**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN TAN, Individually and on Behalf of All Others Similarly Situated, <br><br>                 Plaintiff, <br><br>          v. <br><br> NIO INC., BIN LI, and LOUIS T. HSIEH, <br><br>              Defendants. | No. 1:19-cv-1424-NGG-VMS <br><br> NOTICE OF MOTION OF EMILY CHOU AND XIE JIAN FENG FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**NOTICE IS HEREBY GIVEN THAT** Proposed Lead Plaintiffs Emily Chou and Xie Jian Feng ("Movants") will move this Court, before the Honorable Nicholas G. Garaufis, United States Chief District Judge, on such date as the Court will determine, for the entry of an Order: (1) appointing Movants as Lead Plaintiff in the above-captioned action pursuant to the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Movants' selection of Wolf Haldenstein Adler Freeman & Herz LLP to serve as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

This Motion is supported by the accompanying Memorandum of Law; the accompanying declaration of Matthew M. Guiney and the exhibits attached thereto; the pleadings herein; and any such other written and/or oral argument as may be permitted by the Court.

Due to the statutory timing provisions of the PSLRA, Movants are unable to confer with other potential movants, if any, ahead of filing this motion due to not knowing their identity and

1

are also unable to comply with this Court's Bundling Rule, and thus file this motion pursuant to

this Court's Individual Rules III.A.5 and III.B.4.

Dated: May 13, 2019

RESPECTFULLY SUBMITTED,

_s/ Matthew M. Guiney_____
Matthew M. Guiney
Kevin G. Cooper
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 686-0114
guiney@whafh.com
kcooper@whafh.com

*Counsel for Movants and*
*Proposed Lead Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 13, 2019, I electronically filed the foregoing and all related documents with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Matthew M. Guiney
Matthew M. Guiney

804478