Case 1:19-cv-01424-NGG-JRC   Document 10-1   Filed 05/13/19   Page 1 of 1 PageID #: 44

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN TAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NIO INC., BIN LI, and LOUIS T. HSIEH,<br><br>Defendants. | No. 1:19-cv-1424-NGG-VMS |

**[PROPOSED] ORDER GRANTING THE MOTION OF EMILY CHOU AND XIE JIAN FENG FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF <u>SELECTION OF COUNSEL</u>**

Having considered the motion of Emily Chou and Xie Jian Feng ("Movants") for appointment of Movants as Lead Plaintiffs and approval of Movants' selection of Lead Counsel (the "Motion"), and good cause appearing, the Court hereby ORDERS as follows:

1.     The Motion is GRANTED;

2.     The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Movants as Lead Plaintiffs; and

3.     Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Wolf Haldenstein Adler Freeman & Herz LLP is approved as Lead Counsel for the Class.

IT IS SO ORDERED.

Dated: _____, 2019          _____
                                         HON. NICHOLAS G. GARAUFIS
                                         UNITED STATES DISTRICT JUDGE