**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN TAN, Individually and on Behalf of All Others Similarly Situated, | No. 1:19-cv-1424-NGG-VMS |
| Plaintiff, | |
| v. | |
| NIO INC., BIN LI, and LOUIS T. HSIEH, | |
| Defendants. | |

**DECLARATION OF MATTHEW M. GUINEY IN SUPPORT OF THE MOTION OF
EMILY CHOU AND XIE JIAN FENG FOR APPOINTMENT AS LEAD PLAINTIFFS
AND APPROVAL OF SELECTION OF COUNSEL**

I, Matthew M. Guiney, hereby declare:

1.    I am a partner at the law firm of Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"). I submit this declaration in support of the motion of Emily Chou and Xie Jian Feng ("Movants") for Movants' appointment as Lead Plaintiffs and approval of Movants' selection of Wolf Haldenstein as Lead Counsel.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the notices of pendency published on *Business Wire* and *PR Newswire* on March 12, 2019.

3.    Attached hereto as Exhibit 2 is a true and correct copy of each Movants' sworn certification, demonstrating standing as class members, as well as requisite financial interest in the outcome of the litigation.

4.    Attached hereto as Exhibit 3 is a true and correct copy of a loss chart detailing Movants' transactions in American Depositary Shares of Nio, Inc. and demonstrating Movants' losses therefrom.

2

5.      Attached hereto as Exhibit 4 is a true and correct copy of my firm's resume, setting forth Wolf Haldenstein's background and considerable experience litigating complex securities class actions in federal and state courts throughout the country.

Signed under penalty of perjury this 13th day of May 2019.

s/ Matthew M. Guiney<br>
Matthew M. Guiney