**Movant Group Loss Chart**
**NIO, Inc. (CUSIP 62914V106)**
**Class Period: September 12, 2018 - March 5, 2019**
**Lookback Price (03/06/19 - 05/13/19):**    **$5.31**

**Movant: Xie Jian Feng**

**Purchase**

| Date | # shares | Price/share | Basis |
|---|---|---|---|
| 09/14/18 | 18,933 | $10.69 | $202,393.77 |

**Sales**

| Date | # shares | Price/share | Proceeds | |
|---|---|---|---|---|
| 03/07/19 | (8,933) | $7.55 | ($67,444.15) | (Actual sales price of $7.10 is lower than average to date of sale) |
| 03/07/19 | (10,000) | $7.55 | ($75,500.00) | (Actual sales price of $7.08 is lower than average to date of sale) |
| Sales | | | ($142,944.15) | |
| **FENG LOSS** | | | **$59,449.62** | |

**Movant: Emily Chou**

**Purchase**

| Date | # shares | Price/share | Basis |
|---|---|---|---|
| 02/26/19 | 5,000 | $9.99 | $49,950.00 |
| Retained shares | (5,000) | $5.31 | ($26,550.00) |
| **CHOU LOSS** | | | **$23,400.00** |

**MOVANT GROUP TOTAL LOSS**    **$82,849.62**