## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN TAN, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NIO INC., BIN LI, and LOUIS T. HSIEH,<br><br>    Defendants, | No. 1:19-CV-01424-NGG-VMS<br><br>Honorable Nicholas G. Garaufis |
| BABULAL TARAPARA, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NIO INC., BIN LI, LOUIS T. HSIEH, LIHONG QIN, PADMASREE WARRIOR, TIAN CHENG, XIANG LI, HAI WU, YAQIN ZHANG, XIANPING ZHONG, ZHAOHUI LI, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, and WR SECURITIES, LLC,<br><br>    Defendants. | No. 1:19-cv-02777 (unassigned) |

**MOTION OF THE NIO INVESTOR GROUP FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF CO-LEAD COUNSEL**

Proposed Lead Plaintiff Movant The Nio Investor Group – Richard and Jane Resnick, Yuri Valentino Simione and Mohammed Hamood Alhnaity ("The Nio Investor Group" or "Movant") – respectfully moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), and the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) consolidating the above-captioned related actions (the "Related Actions"); ii) appointing Movant The Nio Investor Group as Lead Plaintiff; (iii) approving Movant's selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") and Berger Montague PC ("Berger Montague") as Co-Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Movant is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. To the best of its knowledge, The Nio Investor Group has the "largest financial interest" in the relief sought by the Class in this action. Movant also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims, and because Movant will fairly and adequately represent the Class.

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of Jeffrey P. Campisi, Declarations of members of The Nio Investor Group, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

The Nio Investor Group is cognizant of Section III(B) of the Individual Motion Practices of District Judge Nicholas G. Garaufis, which provides that no motion papers shall be filed until the motion has been fully briefed (the "Bundling Rule"). The instant motion is filed under the

2

PSLRA, which provides that "any member of the purported class may move the court to serve as lead plaintiff" on or before "60 days after the date on which the notice is published," which is May 13, 2019.  Based on the PSLRA, the motion is to be filed before the motion has been fully briefed.  Additionally, since any member of the proposed class may seek appointment as lead plaintiff, it is impossible to know the identities of all other parties prior to filing the subject motion in order to serve hard copies on them.  Accordingly, the Nio Investor Group respectfully submits that there is good cause to relieve it of the Bundling Rule.

WHEREFORE, Movant respectfully requests that the Court grant its motion and enter an Order: (i) consolidating the Related Actions; (ii) appointing The Nio Investor Group as Lead Plaintiff; (iii) approving Movant's selection of Kaplan Fox and Berger Montague as Co-Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Dated: May 13, 2019
New York, New York

Respectfully submitted,

*/s/ Jeffrey P. Campisi*
Jeffrey P. Campisi
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
Email: jcampisi@kaplanfox.com

Michael Dell'Angelo
Barbara A. Podell
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bm.net
Email: bpodell@bm.net

*Attorneys for Lead Plaintiff Movant The Nio
Investor Group and Proposed Co-Lead Counsel for
the Class*

3

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Jeffrey P. Campisi*
Jeffrey P. Campisi