**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN TAN, Individually and on behalf of all others similarly situated, | No. 1:19-CV-01424-NGG-VMS |
| Plaintiff, | Honorable Nicholas G. Garaufis |
| v. | |
| NIO INC., BIN LI, and LOUIS T. HSIEH, | |
| Defendants, | |
| | |
| BABULAL TARAPARA, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-02777 (unassigned) |
| Plaintiff, | |
| v. | |
| NIO INC., BIN LI, LOUIS T. HSIEH, LIHONG QIN, PADMASREE WARRIOR, TIAN CHENG, XIANG LI, HAI WU, YAQIN ZHANG, XIANPING ZHONG, ZHAOHUI LI, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, and WR SECURITIES, LLC, | |
| Defendants. | |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE MOTION OF THE NIO INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF CO-LEAD COUNSEL**

I, Jeffrey P. Campisi, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a partner at the law firm of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), proposed Co-Lead Counsel for the Class. I submit this declaration in support of the motion filed by Proposed Lead Plaintiff The Nio Investor Group ("Movant") for the entry of an Order: (i) consolidating the above-captioned related actions; (ii) appointing Movant as Lead Plaintiff; (iii) approving Movant's selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") and Berger Montague PC ("Berger Montague") as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through H are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of Richard Resnick and Jane Resnick pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Signed Certification of Yuri Valentino Simione pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT C:   Signed Certification of Mohammed Hamood Alhnaity pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT D:   Tables reflecting calculations of financial losses sustained by The Nio Investor Group on its Class Period transactions in Nio ADS;

EXHIBIT E:   Declarations of members of The Nio Investor Group;

EXHIBIT F:   Notice of pendency of *Sidoli v. Nio Inc.*, No. 3:19-cv-01320-WHO, published on March 12, 2019;

EXHIBIT G:   Firm Resume of Kaplan Fox & Kilsheimer LLP; and

EXHIBIT H:   Firm Resume of Berger Montague PC.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: May 13, 2019          /s/ *Jeffrey P. Campisi*
New York, New York              Jeffrey P. Campisi

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system.


*/s/ Jeffrey P. Campisi*
Jeffrey P. Campisi