# EXHIBIT A

We, Richard and Jane Resnick, make this declaration as to the claims asserted under the federal securities laws, that:

1.      We have reviewed a complaint filed against Nio, Inc. and certain of its officers and/or directors, and we hereby authorize our selected counsel, Barbara A. Podell of Berger Montague PC, to file a complaint and/or a Lead Plaintiff motion on our behalf.

2.      We did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3.      We are willing to serve as representative parties on behalf of the Class or to be members of a group representing the Class, including providing testimony at deposition and trial, if necessary.

4.      Our transactions in the American Depositary Shares (ADS) of Nio, Inc. during the proposed Class Period are set out in Exhibit A.

5.      We have not sought to serve as representative parties on behalf of a class under the United States federal securities laws during the three (3) year period preceding the date on which this certification is signed.

6.      We have not accepted and will not accept any payment for serving as representative parties on behalf of the class beyond our *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

7.      We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: May 10, 2019
Executed at Trumbull, CT

Richard Resnick

Jane Resnick

**Exhibit A To Certification Pursuant To The Federal Securities Laws**

**Transactions in Nio, Inc. ADS (NYSE: NIO)  During the Class Period**

*Account: Richard Resnick, IRA*

| Transaction | Date | Number of ADSs | Price per ADS |
|---|---|---|---|
| Purchase | 11/14/18 | 5,000 | $7.1900 |
| Purchase | 11/14/18 | 5,000 | $7.1500 |
| Purchase | 11/14/18 | 5,000 | $7.1500 |

*Account: Richard Resnick and Jane Resnick, JTWROS*

| Transaction | Date | Number of ADSs | Price per ADS |
|---|---|---|---|
| Purchase | 09/12/18 | 2,000 | $6.1000 |
| Purchase | 09/12/18 | 2,000 | $6.23538 |
| Purchase | 09/14/18 | 1,000 | $10.0200 |
| Purchase | 10/01/18 | 2,000 | $6.8000 |
| Purchase | 10/02/18 | 2,000 | $6.3200 |
| Purchase | 10/15/18 | 1,000 | $7.8900 |
| Purchase | 10/15/18 | 1,000 | $7.8900 |
| Purchase | 10/16/18 | 1,000 | $8.0400 |
| Purchase | 10/24/18 | 2,000 | $6.3500 |
| Purchase | 10/24/18 | 2,000 | $6.2691 |
| Sale | 11/14/18 | -16,000 | $7.070156 |
| Purchase | 11/27/18 | 2,000 | $7.609445 |
| Purchase | 11/28/18 | 1,000 | $7.3800 |
| Purchase | 11/30/18 | 1,000 | $7.9580 |
| Purchase | 12/03/18 | 1,000 | $7.5400 |
| Purchase | 12/21/18 | 2,000 | $6.5144 |
| Purchase | 02/08/19 | 3,000 | $7.5997 |

*Account: Jane Resnick, CMA*

| Transaction | Date | Number of ADSs | Price per ADS |
|---|---|---|---|
| Purchase | 11/19/18 | 2,000 | $7.9000 |

*Account: Jane Resnick, IRA*

| Transaction | Date | Number of ADSs | Price per ADS |
|---|---|---|---|
| Purchase | 11/14/18 | 1,000 | $7.1000 |