# EXHIBIT B

Case 1:19-cv-01424-NGG-JRC    Document 14-4    Filed 05/13/19    Page 1 of 3 PageID #: 148

## CERTIFICATION

I, Yuri Valentino Simione, hereby certify and swear as follows:

1.   I have reviewed a complaint against Nio, Inc. alleging violations of the securities laws and authorize the filing of a lead plaintiff motion.

2.   I am willing to serve as a representative party on behalf of a class, or to be a member of a group representing a class, including providing testimony at deposition and trial, if necessary.

3.   Within the 3-year period preceding the date hereof, I have not sought to serve or served as a representative party on behalf of a class in any action brought under the federal securities laws.

4.   My transactions in Nio, Inc. securities during the proposed class period are set forth in Schedule A, which is attached hereto.

5.   I did not purchase Nio, Inc. securities at the direction of my counsel, or in order to participate in any private action under the federal securities laws; and

6.   I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: ___May 9th, 2019___

Firmato digitalmente da:Yuri Valentino Simione
Motivo:NIO CLASS ACTION ENGAGEMENT
Luogo:Roma
Data:09/05/2019 10:12:23

YURI VALENTINO SIMIONE

**Schedule A**
**Yuri Valentino Simione's Transactions in Nio, Inc.'s Common Stock**

| Security Description | CUSIP | Transaction Type | Trade Date | Quantity | Price |
|---|---|---|---|---|---|
| NIO, Inc. | 62914V106 | Buy | 3/5/2019 | 15,000 | $10.18 |