# EXHIBIT D

### Yuri Simione Loss Calculations - Nio, Inc. ADS (NYSE: NIO)

| Transaction | Trade Date | Number of ADSs | Price per ADS | Total Purchase Cost | Loss per PSLRA [1] |
|---|---|---|---|---|---|
| *Account: Yuri Simione* | | | | | |
| Purchase | 03/05/19 | 15,000 | $10.18 | $ 152,636.03 | |
| **Account Subtotal** | | **15,000** | | **$ 152,636.03** | **($72,408.86)** |
| | | | | | |
| **GRAND TOTAL** | | **15,000** | | **$ 152,636.03** | **($72,408.86)** |

Note

[1]  All shares were retained, and FIFO & LIFO losses are identical.  In computing losses, retained shares were valued at the PSLRA average closing price for the period from 3/6/19 to 5/9/19 =                $5.348478

Page 1 of 1

**Mohammed Hamood Alhnaity Loss Calculations - Nio, Inc. ADS (NYSE: NIO)**

| Transaction | Trade Date | Number of ADSs | Price per ADS | Total Purchase Cost | Loss per PSLRA [1] |
|---|---|---|---|---|---|
| *Account: Mohammed Hamood Alhnaity* | | | | | |
| Purchase | 09/12/18 | 9,080 | $6.26 | $ 56,840.80 | |
| Purchase | 10/30/18 | 1,600 | $5.87 | $ 9,392.00 | |
| Purchase | 10/30/18 | 9,500 | $5.87 | $ 55,758.50 | |
| Purchase | 11/19/18 | 25,000 | $7.94 | $ 198,499.15 | |
| Purchase | 01/02/19 | 20,000 | $6.05 | $ 121,000.00 | |
| Purchase | 02/08/19 | 10,000 | $7.66 | $ 76,561.52 | |
| Purchase | 02/11/19 | 10,000 | $7.40 | $ 74,000.00 | |
| Purchase | 02/12/19 | 10,000 | $7.26 | $ 72,600.00 | |
| | | 95,180 | | $ 664,651.97 | |
| | | | | | |
| Sale | 11/14/18 | (20,180) | $6.05 | $ (121,991.31) | |
| Sale | 12/18/18 | (25,000) | $7.94 | $ (198,491.65) | |
| Sale | 03/05/19 | (10,000) | $6.88 | $ (68,832.30) | |
| | | (55,180) | | $ (389,315.26) | |
| **Account Subtotal** | | **40,000** | | **$ 275,336.71** | **($61,397.59)** |
| | | | | | |
| **GRAND TOTAL** | | **40,000** | | **$ 275,336.71** | **($61,397.59)** |

Note

[1]   40,000 shares were retained, and FIFO & LIFO losses are identical.
In computing losses, retained shares were valued at the PSLRA
average closing price for the period from 3/6/19 to 5/9/19 =                $5.348478

**Richard & Jane Resnick:  Loss Calculations - Nio, Inc. ADS (NYSE: NIO)**

| Transaction | Date | Number of ADSs Bought or (Sold) | Price per ADS | Total Purchase Cost or (Sales Proceeds) | Gain or (Loss) per PSLRA [1] |
|---|---|---|---|---|---|
| **Account: Richard Resnick, IRA** | | | | | |
| Purchase | 11/14/18 | 5,000 | $7.19000 | $  35,950.00 | |
| Purchase | 11/14/18 | 5,000 | $7.15000 | 35,750.00 | |
| Purchase | 11/14/18 | 5,000 | $7.15000 | 35,750.00 | |
| **Account Net Subtotal** | | **15,000** | | **$  107,450.00** | **($27,222.83)** |
| | | | | | |
| **Account: Richard Resnick & Jane Resnick, JTWROS** | | | | | |
| Purchase | 09/12/18 | 2,000 | $6.10000 | $  12,200.00 | |
| Purchase | 09/12/18 | 2,000 | $6.23538 | 12,470.76 | |
| Purchase | 09/14/18 | 1,000 | $10.02000 | 10,020.00 | |
| Purchase | 10/01/18 | 2,000 | $6.80000 | 13,600.00 | |
| Purchase | 10/02/18 | 2,000 | $6.32000 | 12,640.00 | |
| Purchase | 10/15/18 | 1,000 | $7.89000 | 7,890.00 | |
| Purchase | 10/15/18 | 1,000 | $7.89000 | 7,890.00 | |
| Purchase | 10/16/18 | 1,000 | $8.04000 | 8,040.00 | |
| Purchase | 10/24/18 | 2,000 | $6.35000 | 12,700.00 | |
| Purchase | 10/24/18 | 2,000 | $6.26910 | 12,538.20 | |
| Sale | 11/14/18 | (16,000) | $7.07016 | (113,122.50) | |
| Purchase | 11/27/18 | 2,000 | $7.60945 | 15,218.89 | |
| Purchase | 11/28/18 | 1,000 | $7.38000 | 7,380.00 | |
| Purchase | 11/30/18 | 1,000 | $7.95800 | 7,958.00 | |
| Purchase | 12/03/18 | 1,000 | $7.54000 | 7,540.00 | |
| Purchase | 12/21/18 | 2,000 | $6.51440 | 13,028.80 | |
| Purchase | 02/08/19 | 3,000 | $7.59970 | 22,799.10 | |
| **Account Net Subtotal** | | **10,000** | | **$  70,791.25** | **($17,306.47)** |
| | | | | | |
| **Account: Jane Resnick, CMA** | | | | | |
| Purchase | 11/19/18 | 2,000 | $7.90000 | $  15,800.00 | |
| **Account Net Subtotal** | | **2,000** | | **$  15,800.00** | **($5,103.04)** |
| | | | | | |
| **Account: Jane Resnick, IRA** | | | | | |
| Purchase | 11/14/18 | 1,000 | $7.10000 | $  7,100.00 | |
| **Account Net Subtotal** | | **1,000** | | **$  7,100.00** | **($1,751.52)** |
| | | | | | |
| **GRAND TOTAL** | | **28,000** | | **$  201,141.25** | **($51,383.87)** |

**Note**

[1] **FIFO & LIFO losses are identical.  In computing losses, retained shares were valued at the PSLRA average closing price for the period from 3/6/19 to 5/9/19 =**                                    **$5.348478**