# EXHIBIT F

# Kaplan Fox Files Class Action to Recover Losses for Investors Who Purchased Nio Inc. American Depository Shares

NEWS PROVIDED BY
**Kaplan Fox & Kilsheimer LLP** →
Mar 12, 2019, 15:53 ET

SAN FRANCISCO, March 12, 2019 /PRNewswire/ -- Kaplan Fox & Kilsheimer LLP (www.kaplanfox.com) has filed a class action suit in the United States District Court for the Northern District of California against Nio Inc. ("Nio" or the "Company") (NYSE: NIO), Bin "William" Li ("Li"), the Company's Chief Executive Officer and Chairman of the Board of Directors, and Louis T. Hsieh a/k/a Tung-Jung Hsieh ("Hsieh"), the Company's Chief Financial Officer (collectively, the "Defendants").

The complaint alleges that Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the SEC, and is brought by plaintiff on behalf of all persons who purchased the publicly traded ADSs of Nio between January 10, 2019 and March 5, 2019, inclusive (the "Class Period").

The complaint further alleges that, "Nio designs, manufactures and sells electric vehicles in the People's Republic of China, the U.S., Germany and the U.K. The Company reportedly has been compared to Tesla Inc. The Company launched its first volume manufactured electric vehicle, the seven-seater 'ES8', in December 2017 and started delivering vehicles to customers in June 2018."

"During the Class Period, Defendants represented that sales of Nio's ES8 were significantly growing, reaching 11,348 vehicles for the year ended December 31, 2018, and that the Company experienced 'solid ramp-up in production and delivery in 2018, which demonstrated our

execution capabilities,' and represented that demand for the ES8 and ES6 was strong . . . However, unknown to investors, by the beginning of the Class Period, demand for Nio's vehicles was materially declining and the Company was experiencing material adverse trends that were negatively affecting the Company's sales and revenue."

The Complaint further alleges that on March 5, 2019, after the close of the market, Nio disclosed its fourth quarter and full year ended December 31, 2018 financial results. The Company shocked investors when it disclosed that for January 2019, the Company delivered 1,805 ES8s, a decline of over 45% from December 2018, and for February 2019, the Company delivered 811 ES8s, a decline of over 55% from January 2019 deliveries. Further, the Company stated that it expected between 3,500 and 3,800 ES8 sales for the quarter ending March 31, 2019—just 884-1,184 sales in March 2019, representing a decline of over 52% over fourth quarter 2018 sales. . . [Defendant] Hsieh further stated that the trends negatively affecting Nio sales that were experienced in the first quarter of 2019 would continue into the second quarter of 2019, indicating that the material decline in Nio's ES8 sales went beyond first quarter seasonality: '[w]e expect deliveries in the second quarter of 2019 to reflect continued weakness as we await the result of the 2019 EV subsidy policy in China and improvement in the macroeconomic conditions.'"

On March 6, 2019, Nio's ADSs declined from a closing price on March 5, 2019 of $10.19 per ADS, to close at $8.01 per ADS, a decline of $2.01 per ADS or over 21%, on heavy trading volume of over 73 million ADSs. On March 7, 2019, Nio's ADSs declined an additional $0.92 per ADS or over 11% to close at $7.09 per ADS.

**If you are a member of the proposed Class, you may move the court no later than 60 days from today to serve as a lead plaintiff for the proposed Class. You need not seek to become a lead plaintiff in order to share in any possible recovery.**

Plaintiff seeks to recover damages on behalf of the proposed Class and is represented by Kaplan Fox & Kilsheimer LLP (www.kaplanfox.com).  Our firm, with offices in New York, San Francisco, Los Angeles, Chicago, and New Jersey, has decades of experience in prosecuting investor class actions and actions involving violations of the Federal securities laws.

If you have any questions about this Notice, the action, your rights, or your interests, or would like a copy of the complaint, please e-mail attorneys Jeff Campisi (jcampisi@kaplanfox.com), or Larry King (lking@kaplanfox.com), or contact them by phone, regular mail, or fax:

Jeffrey P. Campisi

KAPLAN FOX & KILSHEIMER LLP

850 Third Avenue, 14th Floor

New York, NY 10022

Toll-Free Telephone: (800) 290-1952

Telephone: (212) 687-1980

Fax: (212) 687-7714

E-mail address: jcampisi@kaplanfox.com

Laurence D. King

KAPLAN FOX & KILSHEIMER LLP

350 Sansome Street, Suite 400

San Francisco, CA 94104

Telephone: (415) 772-4700

Fax: (415) 772-4707

E-mail address: lking@kaplanfox.com

SOURCE Kaplan Fox & Kilsheimer LLP

Related Links

http://www.kaplanfox.com