# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN TAN, Individually and on behalf of all others similarly situated, | No. 1:19-CV-01424-NGG-VMS |
| Plaintiff, | Honorable Nicholas G. Garaufis |
| v. | |
| NIO INC., BIN LI, and LOUIS T. HSIEH, | |
| Defendants, | |
| BABULAL TARAPARA, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-02777 (unassigned) |
| Plaintiff, | |
| v. | |
| NIO INC., BIN LI, LOUIS T. HSIEH, LIHONG QIN, PADMASREE WARRIOR, TIAN CHENG, XIANG LI, HAI WU, YAQIN ZHANG, XIANPING ZHONG, ZHAOHUI LI, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, and WR SECURITIES, LLC, | |
| Defendants. | |

## [PROPOSED] ORDER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF CO-LEAD COUNSEL

Having considered the motion of Proposed Lead Plaintiff The Nio Investor Group "Movant") for consolidated of the Related Actions, appointment as Lead Plaintiff and approval of its selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") and Berger Montague PC ("Berger Montague") as Co-Lead Counsel (the "Motion"), IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. This Order (the "Order") shall apply to the Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court, and is consolidated with the Action.

## I.    NEWLY FILED OR TRANSFERRED ACTIONS

3. Each new case that arises out of the subject matter of this Action and is filed in this Court or transferred to this Court shall be consolidated with this Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, files an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

## II.    APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

4. Movant The Nio Investor Group is appointed to serve as Lead Plaintiff in the Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

5. Movant's selection of Kaplan Fox and Berger Montague as Co-Lead Counsel for the Class is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Co-Lead Counsel shall have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Co-Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient

prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Co-Lead Counsel shall have the following responsibilities:

A.    to brief and argue motions;

B.    to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

C.    to direct and coordinate the examination of witnesses in depositions;

D.    to act as spokesperson at pretrial conferences;

E.    to initiate and conduct any settlement negotiations with Defendants' counsel;

F.    to consult with and employ experts;

G.    to receive and review periodic time reports of all attorneys on behalf of Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees; and

H.    to perform such other duties as may be expressly authorized by further order of this Court.

**IT IS SO ORDERED.**

DATE: _____

_____
HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK