# EXHIBIT 3

| | | | | | | | | | | | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | NIO Inc. Loss Chart | | | | | | | | |
| | | | Class Period: September 12, 2018 through March 5, 2019 | | | | | | | | |
| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 5.331702 |
| Mundy, Mark | 9/20/2018 | 100,000 | ($9.10) | ($910,000.00) | 10/11/2018 | 100,000 | $7.05 | $705,000.00 | | | | |
| | 2/27/2019 | 100,000 | ($10.09) | ($1,009,000.00) | 4/15/2019 | 100,000 | $4.96 | $496,000.00 | | | | |
| | | 200,000 | | ($1,919,000.00) | | 200,000 | | $1,201,000.00 | 0 | $0.00 | ($718,000.00) | |

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIO Inc. Loss Chart — Class Period: In Connection with the September 2018 Initial Public Offering | | | | | | | | | | | | 4.56 |
| Mundy, Mark | 9/20/2018 | 100,000 | ($6.26) | ($626,000.00) | 10/11/2018 | 100,000 | $7.05 | $705,000.00 | | | | |
| | 2/27/2019 | 100,000 | ($6.26) | ($626,000.00) | 4/15/2019 | 100,000 | $4.96 | $496,000.00 | | | | |
| | | 200,000 | | ($1,252,000.00) | | 200,000 | | $1,201,000.00 | 0 | $0.00 | ($51,000.00) | |