**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN TAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NIO INC., BIN LI, and LOUIS T. HSIEH, <br><br> Defendants. | Civil Action No.: 1:19-cv-01424 <br><br><br><br> <u>CLASS ACTION</u> |
| BABULAL TARAPARA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NIO INC., BIN LI, LOUIS T. HSIEH, LIHONG QIN, PADMASREE WARRIOR, TIAN CHENG, XIANG LI, HAI WU, YAQIN ZHANG, XIANPING ZHONG, ZHAOHUI LI, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, and WR SECURITIES, LLC, <br><br> Defendants. | Civil Action No.: 1:19-cv-02777 <br><br><br><br> <u>CLASS ACTION</u> |

**NOTICE OF MOTION AND MOTION OF THE NIO INVESTOR**
**GROUP FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD**
**<u>PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL</u>**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Gary Leung, Stephen Pandur, David Ge, Erik De La Cruz, and Mario Castorena (collectively, the "NIO Investor Group" or "Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned actions (the "Actions"); (2) appointing Movant as lead plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving Movant's selection of Levi & Korsinsky, LLP and Bragar Eagel & Squire, P.C. as Co-Lead Counsel for the Class.

Movant seeks appointment as lead plaintiff and approval of its choice of counsel pursuant to the Exchange Act of 1934, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Shannon L. Hopkins in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

DATED: May 13, 2019                     Respectfully Submitted,

                                        **LEVI & KORSINSKY, LLP**

                                        /s/ *Shannon L. Hopkins*
                                        Shannon L. Hopkins (SH-1887)
                                        1111 Summer Street, Suite 403
                                        Stamford, CT 06905
                                        Tel.: (203) 992-4523
                                        shopkins@zlk.com

2

**BRAGAR EAGEL & SQUIRE, P.C.**
Lawrence P. Eagel
885 Third Avenue, Suite 3040
New York, NY 10022
Tel.: (212) 308-5858
Fax: (212) 214-0506
eagel@bespc.com

*Counsel for Movant and [Proposed] Co-Lead*
*Counsel for the Class*