**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN TAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NIO INC., BIN LI, and LOUIS T. HSIEH, <br><br> Defendants. | Civil Action No.: 1:19-cv-01424 <br><br><br><br> <u>CLASS ACTION</u> |
| BABULAL TARAPARA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NIO INC., BIN LI, LOUIS T. HSIEH, LIHONG QIN, PADMASREE WARRIOR, TIAN CHENG, XIANG LI, HAI WU, YAQIN ZHANG, XIANPING ZHONG, ZHAOHUI LI, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, and WR SECURITIES, LLC, <br><br> Defendants. | Civil Action No.: 1:19-cv-02777 <br><br><br><br> <u>CLASS ACTION</u> |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OFTHE NIO INVESTORGROUP FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF COUNSEL</u>**

I, Shannon L. Hopkins, declare as follows:

1.    I am a partner of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky"),

and proposed Co-Lead Counsel for Lead Plaintiff Movants Gary Leung, Stephen Pandur, David

Ge, Erik De La Cruz, and Mario Castorena (collectively, the "NIO Investor Group" or "Movant") in the above-captioned actions (the "Actions"). I submit this Declaration in support of Movant's Motion for entry of an Order: (1) consolidating the Actions; (2) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the American Depositary Shares ("ADSs") of NIO Inc. ("NIO" or the "Company") between September 12, 2018 and March 5, 2019, both dates inclusive (the "Class Period"); (3) approving Movant's selection of the law firm of Levi & Korsinsky and Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel for the putative class for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

2.      Attached hereto as Exhibit A are true and correct copies of the PSLRA Certifications signed by each member of the NIO Investor Group, attaching their securities during the Class Period in Schedule A(s), thereto.

3.      Attached hereto as Exhibit B are true and correct copies of the loss charts detailing the NIO Investor Group's losses collectively and each member's losses individually as a result of their investments in NIO, Inc.

4.      Attached hereto as Exhibit C is the Joint Declaration of the NIO Investor Group.

5.      Attached hereto as Exhibit D is a true and correct copy of the press release originally published on March 12, 2019 on *Business Wire* announcing the pendency of the first-filed securities lawsuit.

6.      Attached hereto as Exhibit E is a true and correct copy of the firm résumé of Levi & Korsinsky.

7.      Attached hereto as Exhibit F is a true and correct copy of the firm résumé of BES.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Executed this 13th day of May, 2019 at Stamford, Connecticut.

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins

## CERTIFICATE OF SERVICE

I, Shannon L. Hopkins, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 13th day of May, 2019.

/s/ Shannon L. Hopkins
Shannon L. Hopkins