# Exhibit A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Gary Leung, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my NIO Inc. securities (NYSE: NIO) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __May 8, 2019__

_____
Gary Leung (May 8, 2019)
Gary Leung

1

## SCHEDULE A

Class Period Transactions of Gary Leung in NIO Inc. securities (NYSE: NIO).

| Transaction | Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 11/29/2018 | 38,000 | $7.98 |
| Purchase | 11/29/2018 | 50,000 | $7.98 |
| Purchase | 11/29/2018 | 50,000 | $7.98 |

2

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Stephen Pandur, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my NIO Inc. securities (NYSE: NIO) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  Mar 19, 2019

*Stephen Pandur*
Stephen Pandur (Mar 19, 2019)

Stephen Pandur

1

## SCHEDULE A

Class Period Transactions of Stephen Pandur in NIO Inc. securities (NYSE: NIO).

| **Transaction** | **Date** | **Quantity** | **Total Price** |
|---|---|---|---|
| Purchase | 03/05/2019 | 30,000 | $9.50 |

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, David Ge , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action(s).

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in NIO Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this March 15, 2019.

Name: David Ge

Signed:

| Case Name | NIO Inc. |
|---|---|
| Ticker | NIO |
| CUSIP | 62914V106 |
| ISIN | US62914V1061 |
| Class Period | 09-12-2018 to 03-05-2019 |

| Entity Name | Fund Name | Fund Number |
|---|---|---|
| David Ge | David Ge | 1 |

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 09-12-2018 | P | 1000 | $ 06.58 |
| 09-13-2018 | P | 10000 | $ 06.62 |
| 09-13-2018 | P | 5901 | $ 07.80 |
| 09-13-2018 | P | 1899 | $ 07.81 |
| 09-13-2018 | P | 1100 | $ 07.82 |
| 09-13-2018 | P | 9000 | $ 07.83 |
| 09-13-2018 | P | 1100 | $ 09.75 |
| 09-13-2018 | S | -20000 | $ 11.70 |
| 09-14-2018 | P | 1 | $ 12.58 |
| 09-14-2018 | P | 551 | $ 12.59 |
| 09-14-2018 | P | 8000 | $ 12.95 |
| 09-14-2018 | P | 8000 | $ 12.90 |
| 09-14-2018 | P | 23448 | $ 12.60 |
| 09-24-2018 | P | 5000 | $ 08.00 |
| 09-27-2018 | P | 15000 | $ 07.20 |
| 09-28-2018 | P | 5000 | $ 07.00 |

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Erik C De La Cruz , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action(s).

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in NIO Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this May 7, 2019.


Name: Erik C De La Cruz

Signed:

| Case Name | NIO Inc. |
|---|---|
| Ticker | NIO |
| Class Period | 09-12-2018 to 03-05-2019 |

**Cleint Name**

Erik De La Cruz

| Date of Transaction | Transaction Type | Quantity | Price per Security | Security |
|---|---|---|---|---|
| 9/17/2018 | P | 18100 | $ 11.82 | |
| 11/6/2018 | P | 20000 | $ 6.50 | |
| 11/8/2018 | S | (20000) | $ 6.54 | |
| 12/27/2018 | P | 1000 | $ 5.99 | |
| 2/4/2019 | PO | 150 | $ 0.30 | NIO Feb 15 19 8.0 C |
| 2/6/2019 | PO | 100 | $ 0.63 | NIO Feb 15 19 8.0 C |
| 2/6/2019 | P | 10000 | $ 8.54 | |
| 2/11/2019 | P | 18900 | $ 7.42 | |
| 2/11/2019 | P | 1100 | $ 7.42 | |
| 2/11/2019 | S | (10000) | $ 7.40 | |
| 2/19/2019 | Option Expired | (250) | $ - | NIO Feb 15 19 8.0 C |

**Legend: Purchasse (B), Sell (S), Sell to Open (SO), Purchase to Open (PO), Sell to Close (SC), Purchase to Close (PC)**

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Mario Castorena , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action(s).

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in NIO Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this May 13, 2019.

Name: Mario Castorena

Signed:

| Case Name | NIO Inc. |
|---|---|
| Ticker | NIO |
| CUSIP | 62914V106 |
| ISIN | US62914V1061 |
| Class Period | 09-12-2018 to 03-05-2019 |

| Entity Name | Fund Name | Fund Number |
|---|---|---|
| Mario Castorena Jr. | Mario Castorena Jr. | Mario Castorena Jr. |

Account 1

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 09-12-2018 | P | 16000 | $ 06.00 |
| 09-13-2018 | P | 1400 | $ 08.81 |
| 09-14-2018 | P | 6500 | $ 13.33 |
| 09-18-2018 | P | 15900 | $ 08.84 |
| 09-18-2018 | P | 2400 | $ 08.81 |
| 09-18-2018 | P | 999 | $ 08.82 |
| 09-18-2018 | P | 701 | $ 08.83 |
| 01-11-2019 | S | -117 | $ 06.59 |
| 01-17-2019 | S | -25 | $ 06.63 |

| Case Name | NIO Inc. |
|---|---|
| Ticker | NIO |
| CUSIP | 62914V106 |
| ISIN | US62914V1061 |
| Class Period | 09-12-2018 to 03-05-2019 |

| Entity Name | Fund Name | Fund Number |
|---|---|---|
| Mario Castorena Jr. | Mario Castorena Jr. | Mario Castorena Jr. |

Account 2

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 09-12-2018 | P | 7500 | $ 06.00 |
| 09-18-2018 | P | 2800 | $ 08.69 |
| 09-18-2018 | P | 1398 | $ 08.66 |
| 09-18-2018 | P | 601 | $ 08.67 |
| 09-18-2018 | P | 399 | $ 08.68 |
| 09-18-2018 | P | 2 | $ 08.65 |