# Exhibit B

**Loss Chart**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Company Name** | NIO Inc. | | | | | |
| **Ticker Symbol** | NIO Inc. | | | **LIFO Loss** | **($365,700.00)** | |
| **Client Name** | Gary Leung | | | | | |
| **Class Period Start** | 09/12/2018 | | | | | |
| **Class Period End** | 03/05/2019 | | | | | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 11/29/2018 | 38,000 | $7.98 | ($303,240.00) | | | ($303,240.00) |
| 11/29/2018 | 50,000 | $7.98 | ($399,000.00) | | | ($399,000.00) |
| 11/29/2018 | 50,000 | $7.98 | ($399,000.00) | | | ($399,000.00) |
| | | | | | **Subtotal** | ($1,101,240.00) |
| **Shares Remaining** | 138,000 | **90-Day Average Price** | | | **90-Day Average** | $735,540.00 |
| | | $5.3300 | | | **Total** | **($365,700.00)** |

**Loss Chart**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Company Name** | NIO Inc. | | | | | |
| **Ticker Symbol** | NIO Inc. | | **LIFO Loss** | **($125,190.00)** | | |
| **Client Name** | Stephen Pandur | | | | | |
| **Class Period Start** | 09/12/2018 | | | | | |
| **Class Period End** | 03/05/2019 | | | | | |

| Date | Quantity | Purchase Price* | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 03/05/2019 | 30,000 | $9.50 | ($285,090.00) | | | ($285,090.00) |
| | | | | | **Subtotal** | ($285,090.00) |
| **Shares Remaining** | 30,000 | **90-Day Average Price** | | | **90-Day Average** | $159,900.00 |
| | | $5.3300 | | | **Total** | **($125,190.00)** |

*After hours trade



| Client Name | David Ge |
|---|---|
| Company Name | NIO Inc. |
| Ticker Symbol | NIO |
| Security Type | |
| Class Period Start | 09-12-2018 |
| Class Period End | 03-05-2019 |
| 90-DAY Lookback Period Start | 03-06-2019 |
| 90-DAY Lookback Period End | 05-12-2019 |
| 90-DAY Lookback Average | $ 05.33 |
| Pre Class Period Hodings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 281,752.8004 |
| Gross Shares Purchased | 95,000.00 |
| Net Shares Retained | 75,000.00 |
| Net Funds Expended | $ 681,630.46 |

| David Ge - 1 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Purchases** | | | | **Sales** | | | | | | **Retained** | | | | **Losses** |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO Gain and (Losses) |
| 09-12-2018 | 1000 | 6.58 | $ 6,580.00 | | | | | | | 1000 | 1000 | $ 05.33 | $ 5,331.70 | $ 1,248.30 |
| 09-13-2018 | 1000 | 6.62 | $ 6,620.00 | 09-13-2018 | 1000 | | $ 11.70 | $ 11,700.00 | - | - | - | $ 05.33 | | -$ 5,080.00 |
| 09-13-2018 | 9000 | 6.62 | $ 59,580.00 | | | | | | | 9000 | 9000 | $ 05.33 | $ 47,985.32 | $ 11,594.68 |
| 09-13-2018 | 5901 | 7.8 | $ 46,027.80 | 09-13-2018 | 5901 | | $ 11.70 | $ 69,041.70 | - | - | - | $ 05.33 | | -$ 23,013.90 |
| 09-13-2018 | 1899 | 7.81 | $ 14,831.19 | 09-13-2018 | 1899 | | $ 11.70 | $ 22,218.30 | - | - | - | $ 05.33 | | -$ 7,387.11 |
| 09-13-2018 | 1100 | 7.82 | $ 8,602.00 | 09-13-2018 | 1100 | | $ 11.70 | $ 12,870.00 | - | - | - | $ 05.33 | | -$ 4,268.00 |
| 09-13-2018 | 9000 | 7.83 | $ 70,470.00 | 09-13-2018 | 9000 | | $ 11.70 | $ 105,300.00 | - | - | - | $ 05.33 | | -$ 34,830.00 |
| 09-13-2018 | 1100 | 9.75 | $ 10,725.00 | 09-13-2018 | 1100 | | $ 11.70 | $ 12,870.00 | - | - | - | $ 05.33 | | -$ 2,145.00 |
| 09-14-2018 | 1 | 12.58 | $ 12.58 | | | | | | - | 1 | 1 | $ 05.33 | $ 05.33 | $ 07.25 |
| 09-14-2018 | 551 | 12.59 | $ 6,937.09 | | | | | | - | 551 | 551 | $ 05.33 | $ 2,937.77 | $ 3,999.32 |
| 09-14-2018 | 8000 | 12.95 | $ 103,600.00 | | | | | | - | 8000 | 8000 | $ 05.33 | $ 42,653.62 | $ 60,946.38 |
| 09-14-2018 | 8000 | 12.9 | $ 103,200.00 | | | | | | - | 8000 | 8000 | $ 05.33 | $ 42,653.62 | $ 60,546.38 |
| 09-14-2018 | 23448 | 12.6 | $ 295,444.80 | | | | | | - | 23448 | 23448 | $ 05.33 | $ 125,017.75 | $ 170,427.05 |
| 09-24-2018 | 5000 | 8 | $ 40,000.00 | | | | | | - | 5000 | 5000 | $ 05.33 | $ 26,658.51 | $ 13,341.49 |
| 09-27-2018 | 15000 | 7.2 | $ 108,000.00 | | | | | | - | 15000 | 15000 | $ 05.33 | $ 79,975.53 | $ 28,024.47 |
| 09-28-2018 | 5000 | 7 | $ 35,000.00 | | | | | | - | 5000 | 5000 | $ 05.33 | $ 26,658.51 | $ 8,341.49 |
| Total: | 95,000.00 | | $ 915,630.46 | | 20,000.00 | | | $ 234,000.00 | | 75,000.00 | 75,000.00 | | $ 399,877.66 | $ 281,752.80 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

**Erik De La Cruz**
**Transactions in Nio Inc. (NIO) Securities**
**Class Period: 09/12/2018 and 03/05/2019, inclusive**
**90-day Lookback Period Start: 3/6/2019**
**90-day Lookback Period End: 5/12/2019**
**90-day Lookback Average: $05.33**

| | |
|---|---|
| Total LIFO Losses Shares | $83,679.25 |
| Total LIFO Losses Options | $10,800.00 |
| Gross Shares Purchased | 69,100 |
| Net Shares Retained | 0 |
| Net Funds Expended | $378,884.25 |
| **Total LIFO Losses** | **$94,479.25** |

**Stocks**

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 9/17/2018 | P | 18100 | | 11.8195 | $213,932.95 |
| 11/6/2018 | P | 20000 | | 6.4985 | $129,970.00 |
| 11/8/2018 | S | (20000) | | 6.54 | ($130,800.00) |
| 12/27/2018 | P | 1000 | | 5.9868 | $5,986.80 |
| 2/6/2019 | P | 10000 | | 8.54 | $85,400.00 |
| 2/11/2019 | P | 18900 | | 7.42 | $140,238.00 |
| 2/11/2019 | P | 1100 | | 7.415 | $8,156.50 |
| 2/11/2019 | S | (10000) | | 7.4 | ($74,000.00) |
| | *After-CP* | | | | |
| 3/7/2019 | S | (2200) | | 7.55 | ($16,610.00) |
| 3/7/2019 | S | (36900) | | 7.55 | ($278,595.00) |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 2/4/2019 | PO | 150 | NIO Feb 15 19 8.0 C | 0.30 | $4,500.00 |
| 2/6/2019 | PO | 100 | NIO Feb 15 19 8.0 C | 0.63 | $6,300.00 |
| 2/19/2019 | Option Expired | (250) | NIO Feb 15 19 8.0 C | 0.00 | $0.00 |

**Legend: Purchase (P), Sell (S), Sell to Open (SO), Purchase to Open (PO), Sell to Close (SC), Purchase to Close (PC)**

| Client Name | Mario Castorena Jr. |
|---|---|
| Company Name | NIO Inc. |
| Ticker Symbol | NIO |
| Security Type | |
| Class Period Start | 09-12-2018 |
| Class Period End | 03-05-2019 |
| 90-DAY Lookback Period Start | 03-06-2019 |
| 90-DAY Lookback Period End | 05-12-2019 |
| 90-DAY Lookback Average | $5.33 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 137,438.6083 |
| Gross Shares Purchased | 43,900.0000 |
| Net Shares Retained | 43,758.0000 |
| Net Funds Expended | $ 370,743.23 |

**Mario Castorena Jr. - Mario Castorena Jr. (Account 1)**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP | Price Per Share | Proceeds from CP Sales | Proceeds from LBP Sales | | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO Gain and (Losses) |
| 09-12-2018 | 16000 | $ 6.00 | $ 96,000.00 | | | | | | | - | 16,000.00 | 16,000.00 | $ 5.33 | $ 85,307.23 | $ 10,692.77 |
| 09-13-2018 | 1400 | $ 8.81 | $ 12,334.00 | | | | | | | - | 1,400.00 | 1,400.00 | $ 5.33 | $ 7,464.38 | $ 4,869.62 |
| 09-14-2018 | 6500 | $ 13.33 | $ 86,645.00 | | | | | | | - | 6,500.00 | 6,500.00 | $ 5.33 | $ 34,656.06 | $ 51,988.94 |
| 09-18-2018 | 15900 | $ 8.84 | $ 140,556.00 | | | | | | | - | 15,900.00 | 15,900.00 | $ 5.33 | $ 84,774.06 | $ 55,781.94 |
| 09-18-2018 | 2400 | $ 8.81 | $ 21,144.00 | | | | | | | - | 2,400.00 | 2,400.00 | $ 5.33 | $ 12,796.09 | $ 8,347.91 |
| 09-18-2018 | 999 | $ 8.82 | $ 8,811.18 | | | | | | | - | 999 | 999 | $ 5.33 | $ 5,326.37 | $ 3,484.81 |
| 09-18-2018 | 117 | $ 8.83 | $ 1,033.11 | 01-11-2019 | | 117 | $ 6.59 | | $ 771.03 | - | - | - | $ 5.33 | | $ 262.08 |
| 09-18-2018 | 25 | $ 8.83 | $ 220.75 | 01-17-2019 | | 25 | $ 6.63 | | $ 165.75 | - | - | - | $ 5.33 | | $ 55.00 |
| 09-18-2018 | 559 | $ 8.83 | $ 4,935.97 | | | | | | | - | 559 | 559 | $ 5.33 | $ 2,980.42 | $ 1,955.55 |
| Total: | 43,900.00 | | $ 371,680.01 | | 142.00 | | | $ 936.78 | | | 43,758.00 | 43,758.00 | | $ 233,304.62 | $ 137,438.61 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.
2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.



| Client Name | Mario Castorena Jr. |
|---|---|
| Company Name | NIO Inc. |
| Ticker Symbol | NIO |
| Security Type | |
| Class Period Start | 09-12-2018 |
| Class Period End | 03-05-2019 |
| 90-DAY Lookback Period Start | 03-06-2019 |
| 90-DAY Lookback Period End | 05-12-2019 |
| 90-DAY Lookback Average | $ 05.33 |
| Pre Class Period Hodings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 22,417.3530 |
| Gross Shares Purchased | 12,700.00 |
| Net Shares Retained | 12,700.00 |
| Net Funds Expended | $ 90,129.97 |

**Mario Castorena Jr. - Mario Castorena Jr. (Account 2)**

| | Purchases | | | | Sales | | | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | | | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO Gain and (Losses) |
| 09-12-2018 | 7500 | 6 | $ 45,000.00 | | | | | | | - | | 7500 | 7500 | $ 05.33 | $ 39,987.77 | $ 5,012.23 |
| 09-18-2018 | 2800 | 8.69 | $ 24,332.00 | | | | | | | - | | 2800 | 2800 | $ 05.33 | $ 14,928.77 | $ 9,403.23 |
| 09-18-2018 | 1398 | 8.66 | $ 12,106.68 | | | | | | | - | | 1398 | 1398 | $ 05.33 | $ 7,453.72 | $ 4,652.96 |
| 09-18-2018 | 601 | 8.67 | $ 5,210.67 | | | | | | | - | | 601 | 601 | $ 05.33 | $ 3,204.35 | $ 2,006.32 |
| 09-18-2018 | 399 | 8.68 | $ 3,463.32 | | | | | | | - | | 399 | 399 | $ 05.33 | $ 2,127.35 | $ 1,335.97 |
| 09-18-2018 | 2 | 8.65 | $ 17.30 | | | | | | | - | | 2 | 2 | $ 05.33 | $ 10.66 | $ 06.64 |
| **Total:** | **12,700.00** | | **$ 90,129.97** | | | | | | | | | **12,700.00** | **12,700.00** | | **$ 67,712.62** | **$ 22,417.35** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.
2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.