**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN TAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NIO, INC., BIN LI, and LOUIS T. HSIEH, <br><br> Defendants. | Case No. 1:19-cv-01424-NGG-VMS |
| BABULAL TARAPARA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NIO INC., BIN LI, LOUIS T. HSIEH, LIHONG QIN, PADMASREE WARRIOR, TIAN CHENG, XIANG LI, HAI WU, YAQIN ZHANG, XIANPING ZHONG, ZHAOHUI LI, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, and WR SECURITIES, LLC, <br><br> Defendants. | Case No. 1:19-cv-02777 |

**NOTICE OF BABULAL TARAPARA'S MOTION FOR CONSOLIDATION OF
RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF,
<u>AND APPROVAL OF LEAD COUNSEL</u>**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Babulal Tarapara ("Tarapara") respectfully moves this Court for an order: (1) consolidating the above-captioned actions pursuant to Federal Rule of Civil Procedure 42(a); (2) appointing Tarapara as Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and (3) approving Tarapara's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion"). In support of this Motion, Movant submits a memorandum of law, the declaration of Lesley F. Portnoy and exhibits attached thereto, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.[1]

Respectfully submitted,

DATED: May 13, 2019                **GLANCY PRONGAY & MURRAY LLP**

By:  _s/ Lesley F. Portnoy_
Lesley F. Portnoy (LP-1941)
230 Park Ave., Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: lportnoy@glancylaw.com

-and-

---

[1] Movant respectfully requests that Section III.B.1. of Your Honor's Individual Rules (which requires that "no motion papers shall be filed until the motion has been fully briefed") be waived. Movant does not know, at this stage, the identity of other persons, if any, that intend to file lead plaintiff motions in this action, and the PSLRA requires that Movant file their lead plaintiff motion by today. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*[Proposed] Lead Counsel for Movant
and the Class*

3

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On May 13, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 13, 2019, at Los Angeles, California.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy