**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN TAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NIO, INC., BIN LI, and LOUIS T. HSIEH, <br><br> Defendants. | Case No. 1:19-cv-01424-NGG-VMS |
| BABULAL TARAPARA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NIO INC., BIN LI, LOUIS T. HSIEH, LIHONG QIN, PADMASREE WARRIOR, TIAN CHENG, XIANG LI, HAI WU, YAQIN ZHANG, XIANPING ZHONG, ZHAOHUI LI, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, and WR SECURITIES, LLC, <br><br> Defendants. | Case No. 1:19-cv-02777 |

**[PROPOSED] ORDER GRANTING BABULAL TARAPARA'S  MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, <u>AND APPROVAL OF LEAD COUNSEL</u>**

Having considered the motion of Babulal Tarapara for consolidation of related actions, appointment as lead plaintiff, and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re NIO Inc. Securities Litigation*, Master File No. 1:19-cv-01424;

3. Babulal Tarapara is APPOINTED to serve as Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B) in the above-captioned action;

4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Babulal Tarapara's selection of lead counsel is APPROVED, and Glancy Prongay & Murray LLP is APPOINTED as Lead Counsel for the Class in the above-captioned action.


IT IS SO ORDERED.



Dated: _____, 2019        _____

HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

1