**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN TAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NIO, INC., BIN LI, and LOUIS T. HSIEH,<br><br>Defendants. | Case No. 1:19-cv-01424-NGG-VMS |
| BABULAL TARAPARA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NIO INC., BIN LI, LOUIS T. HSIEH, LIHONG QIN, PADMASREE WARRIOR, TIAN CHENG, XIANG LI, HAI WU, YAQIN ZHANG, XIANPING ZHONG, ZHAOHUI LI, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, and WR SECURITIES, LLC,<br><br>Defendants. | Case No. 1:19-cv-02777 |

**DECLARATION OF LESLEY F. PORTNOY IN SUPPORT OF BABULAL TARAPARA'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

1

I, Lesley F. Portnoy, hereby declare as follows:

1.      I am a partner with the law firm of Glancy Prongay & Murray LLP, [proposed] lead counsel for [proposed] lead plaintiff Babulal Tarapara ("Movant") and for the class in the above-captioned actions. I make this declaration in support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published March 12, 2019 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein:  *Tan v. NIO Inc., et al*, Case No. 1:19-cv-01424;

Exhibit B:    Signed PSLRA Certification of Movant;

Exhibit C:    Table of Movant's calculated losses, as a result of transactions in NIO Inc.'s securities; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 13th day of May, 2019.

                                        *s/ Lesley F. Portnoy*
                                        Lesley F. Portnoy

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On May 13, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 13, 2019, at Los Angeles, California.


*s/ Lesley F. Portnoy*
Lesley F. Portnoy