**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN TAN, Individually and on Behalf of All Others Similarly Situated, ) ) ) | No.: 1:19-cv-01424-NGG-VMS |
| Plaintiff, ) | **NOTICE OF MOTION OF THE NIO INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |
| v. ) | |
| NIO INC., BIN LI, and LOUIS T. HSIEH, ) ) | |
| Defendants. ) ) | |

| | |
|---|---|
| BABULAL TARAPARA, Individually and on Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) | No.: 1:19-cv-02777 |
| v. ) ) | |
| NIO INC., BIN LI, LOUIS T. HSIEH, LIHONG QIN, PADMASREE WARRIOR, TIAN CHENG, XIANG LI, HAI WU, YAQIN ZHANG, XIANPING ZHONG, ZHAOHUI LI, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, and WR SECURITIES, LLC, ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Bruce A. Bookbinder, Henri A. Malka, and Raam Muthusamy (collectively, the "NIO Investor Group"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, and Fed R. Civ. P. 42, for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing the NIO Investor Group as Lead Plaintiff on

behalf of all persons and entities that purchased or otherwise acquired the securities of NIO Inc. (i) between September 12, 2018 to March 5, 2019, both dates inclusive, and/or (ii) pursuant and/or traceable to the Company's false and/or misleading registration statement and prospectus issued in connection with the Company's September 2018 initial public offering; and (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel.

Dated:  May 13, 2019

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Movants and*
*Proposed Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ**
**& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email:  peretz@bgandg.com

*Additional Counsel for Movants*