**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN TAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NIO INC., BIN LI, and LOUIS T. HSIEH, <br><br> Defendants. | No.: 1:19-cv-01424-NGG-VMS <br><br> **DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF THE NIO INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |
| BABULAL TARAPARA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NIO INC., BIN LI, LOUIS T. HSIEH, LIHONG QIN, PADMASREE WARRIOR, TIAN CHENG, XIANG LI, HAI WU, YAQIN ZHANG, XIANPING ZHONG, ZHAOHUI LI, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, and WR SECURITIES, LLC, <br><br> Defendants. | No.: 1:19-cv-02777 |

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Bruce A. Bookbinder, Henri A. Malka, and Raam Muthusamy (collectively, the "NIO Investor Group"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of the NIO Investor Group's motion for consolidation of the above-

captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of the NIO Investor Group's selection of Pomerantz as Lead Counsel for the Class.

2.     Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:     Press release announcing the pendency of the first of the Related Actions to be filed;

Exhibit B:     Shareholder Certifications executed by the members of the NIO Investor Group;

Exhibit C:     Loss Chart of the NIO Investor Group; and

Exhibit D:     Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 13, 2019, at New York, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman