# EXHIBIT C

**NIO Inc. (NIO)**
**Class Period: Sep 12, 2018 to Mar 5, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 66-Day* Mean Price $5.3317 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bookbinder, Bruce A. | 9/13/2018 | 30,000 | $8.8764 | ($266,292) | 9/13/2018 | (30,000) | $9.7200 | $291,600 | | | |
| Bookbinder, Bruce A. | 9/14/2018 | 30,000 | $10.9955 | ($329,866) | 1/29/2019 | (30,000) | $6.8700 | $206,100 | | | |
| Bookbinder, Bruce A. | 9/14/2018 | 9,000 | $10.6199 | ($95,579) | 3/4/2019 | (15,000) | $9.8593 | $147,890 | | | |
| Bookbinder, Bruce A. | 10/4/2018 | 30,000 | $6.1184 | ($183,553) | 3/26/2019 | (3,000) | $6.1827 | $18,548 | | | |
| Bookbinder, Bruce A. | 10/11/2018 | 20,400 | $7.2200 | ($147,287) | 3/26/2019 | (3,000) | $6.1827 | $18,548 | | | |
| Bookbinder, Bruce A. | 10/11/2018 | 9,600 | $7.1600 | ($68,736) | 3/26/2019 | (3,000) | $6.1827 | $18,548 | | | |
| Bookbinder, Bruce A. | 12/17/2018 | 30,000 | $7.0589 | ($211,767) | 3/26/2019 | (3,000) | $6.1827 | $18,548 | | | |
| Bookbinder, Bruce A. | | | | | 3/26/2019 | (3,000) | $6.1827 | $18,548 | | | |
| Bookbinder, Bruce A. | | | | | 3/26/2019 | (3,000) | $6.1827 | $18,548 | | | |
| Bookbinder, Bruce A. | | | | | 4/16/2019 | (3,000) | $5.6360 | $16,908 | | | |
| Bookbinder, Bruce A. | | | | | 4/16/2019 | (3,000) | $5.6360 | $16,908 | | | |
| Bookbinder, Bruce A. | | | | | 4/16/2019 | (5,913) | $5.6360 | $33,326 | | | |
| Bookbinder, Bruce A. | | | | | 4/16/2019 | (6,000) | $5.6360 | $33,816 | | | |
| Bookbinder, Bruce A. | | | | | 4/17/2019 | (3,000) | $5.6023 | $16,807 | | | |
| Bookbinder, Bruce A. | | | | | 4/17/2019 | (6,000) | $5.6023 | $33,614 | | | |
| Bookbinder, Bruce A. | | | | | 4/18/2019 | (6,000) | $5.5769 | $33,461 | | | |
| Bookbinder, Bruce A. | | | | | 4/23/2019 | (3,087) | $5.5315 | $17,076 | | | |
| **Bookbinder, Bruce A.** | | **159,000** | | **($1,303,080)** | | **(129,000)** | | **$958,793** | **84,000** | **$159,951** | **($184,336)** |
| | | | | | | | | | | | |
| Malka, Henri A. | 2/28/2019 | 4,114 | $10.0000 | ($41,140) | 3/29/2019 | (19,000) | $4.9700 | $94,430 | | | |
| Malka, Henri A. | 2/28/2019 | 14,886 | $10.0000 | ($148,860) | | | | | | | |
| **Malka, Henri A.** | | **19,000** | | **($190,000)** | | **(19,000)** | | **$94,430** | **19,000** | | **($95,570)** |
| | | | | | | | | | | | |
| Muthusamy, Raam | 9/17/2018 | 8,890 | $9.0000 | ($80,010) | | | | | | | |
| Muthusamy, Raam | 9/17/2018 | 266 | $9.0000 | ($2,394) | | | | | | | |
| Muthusamy, Raam | 9/17/2018 | 4 | $8.9000 | ($36) | | | | | | | |
| Muthusamy, Raam | 9/28/2018 | 1,140 | $7.0000 | ($7,980) | | | | | | | |
| **Muthusamy, Raam** | | **10,300** | | **($90,420)** | | | | | **10,300** | **$54,917** | **($35,503)** |
| | | | | | | | | | | | |
| Summary | | | | | | | | | | | |
| Bookbinder, Bruce A. | | 159,000 | | ($1,303,080) | | | | | 84,000 | | ($184,336) |
| Malka, Henri A. | | 19,000 | | ($190,000) | | (19,000) | | $94,430 | 19,000 | | ($95,570) |
| Muthusamy, Raam | | 10,300 | | ($90,420) | | | | | 10,300 | | ($35,503) |
| **Total** | | **188,300** | | **($1,583,499)** | | **(19,000)** | | **$94,430** | **113,300** | | **($315,409)** |

*Avg Closing Prices from March 6 to May 10