**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN TAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NIO INC., BIN LI, and LOUIS T. HSIEH,<br><br>    Defendants. | **CASE No.: 1:19-cv-01424-NGG-VMS**<br><br>**DECLARATION OF PHILLIP KIM IN SUPPORT OF OPPOSITION OF MARK MUNDY TO COMPETING LEAD PLAINTIFF MOTIONS**<br><br>**<u>CLASS ACTION</u>** |

[Caption continues on following page]

| | |
|---|---|
| BABULAL TARAPARA, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>NIO INC., BIN LI, LOUIS T. HSIEH, LIHONG QIN, PADMASREE WARRIOR, TIAN CHENG, XIANG LI, HAI WU, YAQIN ZHANG, XIANPING ZHONG, ZHAOHUI LI, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, and WR SECURITIES, LLC,<br><br>     Defendants. | **CASE No.: 1:19-cv-02777**<br><br>**CLASS ACTION** |

I, Phillip Kim, declare:

1.    I am an attorney with The Rosen Law Firm, P.A., counsel on behalf of Mark Mundy ("Movant"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Movant's opposition to the competing lead plaintiff motions.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:    An email exchange between myself and Brandon Walker, a Partner at Brager, Eagle & Squire P.C., dated May 8, 2019.

Exhibit 2:    Screenshot showing daily trading range for NIO, Inc. ("NIO") ADRs on March 5, 2019, as reported by *MarketWatch*.

Exhibit 3:    Screenshot showing daily trading range for NIO ADRs on September 17, 2018, as reported by *MarketWatch*.

Exhibit 4:    Screenshot showing daily trading range for NIO ADRs on December 27, 2018, as reported by *MarketWatch*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 28th day of May, 2019, in New York, New York.


/s/ Phillip Kim
Phillip Kim

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of May 2019, a true and correct copy of the foregoing **DECLARATION OF PHILLIP KIM IN SUPPORT OF OPPOSITION OF MARK MUNDY TO COMPETING LEAD PLAINTIFF MOTIONS** was served by CM/ECF to the parties registered to the Court's CM/ECF system.


<u>/s/ Phillip Kim</u>