# EXHIBIT 1

## Phillip Kim

**From:**      Brandon Walker <Walker@bespc.com>
**Sent:**      Wednesday, May 08, 2019 10:57 PM
**To:**        Phillip Kim
**Subject:**   Re: NIO

Middle so not quite.

On May 8, 2019, at 10:06 PM, Phillip Kim <pkim@rosenlegal.com> wrote:

I'm moving.

I hear high six and seven figures numbers out there.  You playing in the range?

Sent from my iPhone

On May 8, 2019, at 6:07 PM, Brandon Walker <Walker@bespc.com> wrote:

> Moving in this one?  Monday I believe.
>
> --
> **J. Brandon Walker** | Attorney at Law | Bragar Eagel & Squire P.C.
> 885 Third Avenue, Suite 3040 | New York, NY 10022 | walker@bespc.com
> **o.** 212.355.4648 | **c.** 917.685.0114 | **f.** 212.214.0506

1