# EXHIBIT 2

Log In



**Latest News**     View All |

9:28a Italy elects its first transgender mayor

9:25a Home-price gains are weakest in 7 years, and that's a good thing, Case-Shiller says

9:23a FedEx Stock Falls as Dow Starts Week Little Changed

**Virtual Stock Exchange**

**Our free stock-market game**
- Trade your virtual portfolio in real time
- Talk strategies in group discussions
- Find or create a game that suits you
- Use our learning center to improve

May 28, 2019    9:27 AM EDT

| New York | London | Tokyo |
|---|---|---|
| Pre | Open | Closed |

| DOW | +95.22 | NASDAQ | +8.72 | S&P 500 | +3.82 |
|---|---|---|---|---|---|
| 25,585.69 | +0.37% | 7,637.01 | +0.11% | 2,826.06 | +0.14% |

NEW YORK MARKETS OPEN IN: 0:00:26

Market Snapshot   Analyst Ratings

**BULLETIN**   Senate Republicans vow to quickly quash impeachment charges »

| Home | News Viewer | Markets | **Investing** | Personal Finance | Retirement | Economy | Real Estate | Entertainment | | Watchlist | Alerts | Games |

Stocks   Funds   ETFs   Options   Bonds   Commodities   Currencies   Crypto   Futures   FA Center   Tools   Getting Started   Premium Newsletters

# NIO Inc. ADR
NYS: NIO

Set Alerts
Market Index

Enter Symbols or Keywords [ GO ]

OVERVIEW   PROFILE   CHARTS   FINANCIALS   **HISTORICAL QUOTES**   ANALYST ESTIMATES   OPTIONS   SEC FILINGS   INSIDERS

Before the Bell --Real time quotes    May 28, 2019 9:29 a.m.

## $4.10

+0.24 +6.22%
Volume 1.90m

10a 12p 2p 4p 6p 8p

| | Previous close | Day low | Day high | 52 week low | 52 week high |
|---|---|---|---|---|---|
| | $ 3.86 | $3.81 | $4.05 | $3.81 | $13.80 |
| | -0.07 -1.78% | | | | |

Enter Date: 3/5/19   [ Set ]

## Historical quote for: NIO

Tuesday, March 05, 2019

| | |
|---|---|
| Closing price: | $10.16 |
| Open: | $9.80 |
| High: | $10.63 |
| Low: | $9.70 |
| Volume: | 53.68M |



Ad



PINACLE® PNC BANK

**Sponsored Links**

1. **Penny Stocks to Invest In**
2. **Penny Stock Trading**
3. **Top 10 Stocks**
4. **Top Biotech Penny Stocks**
5. **Tips to Raise Credit Score**
6. **Top Recommended Suvs**

## RECOMMENDED

| THINGS-TO-KNOW | NEWS | METRO | FEATURE |
|---|---|---|---|
|  |  |  |  |
| **Tony Robbins Loses Role With $38B Planning Firm** | **13-year-old girl dies after she's dumped at hospital in** | **Dante de Blasio weighs his future in politics after Yale** | **The 5 Worst Stocks So Far This Year** |

**BARRON'S**

**disturbing mystery**
**NEW YORK POST**

**graduation**
**NEW YORK POST**

**BARRON'S**

**MarketWatch.com**

| Enter Symbols or Keywords | SEARCH |

| | | | |
|---|---|---|---|
| **Site Index** | **Company Info** | **Follow MarketWatch** | **WSJ.com** | **Financial News London** |
| **Topics** | **Code of Conduct** | | **Barron's Online** | **WSJ.com Small Business** |
| **Help** | **Corrections** | **RSS** | **BigCharts** | **realtor.com** |
| **Feedback** | **Advertising Media Kit** | **Podcasts** | **Virtual Stock Exchange** | **Mansion Global** |
| **Newsroom Roster** | **Advertise Locally** | | | |
| **Media Archive** | **Reprints & Licensing** | | | |
| **Premium Products** | **Your Ad Choices** | | | |
| **Mobile** | | | | |

**Market*Watch***

Copyright © 2019 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the **Terms of Service**, **Privacy Policy** and **Cookie Policy**.

Intraday Data provided by SIX Financial Information and subject to **terms of use**. Historical and current end-of-day data provided by SIX Financial Information. All quotes are in local exchange time. Real-time last sale data for U.S. stock quotes reflect trades reported through Nasdaq only. Intraday data delayed at least 15 minutes or per exchange requirements.