# EXHIBIT 3

Log In

*Watch*

May 28, 2019     9:27 AM EDT

| New York | London | Tokyo |
| --- | --- | --- |
| Pre | Open | Closed |

**Latest News**    View All

9:25a Home-price gains are weakest in 7 years, and that's a good thing, Case-Shiller says
9:23a FedEx Stock Falls as Dow Starts Week Little Changed
9:22a Revolve IPO: 5 things you should know about the e-

| DOW | +95.22 | NASDAQ | +8.72 | S&P 500 | +3.82 |
| --- | --- | --- | --- | --- | --- |
| 25,585.69 | +0.37% | 7,637.01 | +0.11% | 2,826.06 | +0.14% |

**BULLETIN** Annual growth rate in U.S. home prices is slowest since 2012 »

**Alerts**



Breaking-news alerts — for free
Sign up for real-time bulletins that affect your portfolio.

NEW YORK MARKETS OPEN IN: 0:02:23
Market Snapshot   Analyst Ratings

Home   News Viewer   Markets   **Investing**   Personal Finance   Retirement   Economy   Real Estate   Entertainment     Watchlist   Alerts   Games

**Stocks**   Funds   ETFs   Options   Bonds   Commodities   Currencies   Crypto   Futures   FA Center   Tools   Getting Started   Premium Newsletters

# NIO Inc. ADR
NYS: NIO

Set Alerts
Market Index

Enter Symbols or Keywords   GO

OVERVIEW   PROFILE   CHARTS   FINANCIALS   **HISTORICAL QUOTES**   ANALYST ESTIMATES   OPTIONS   SEC FILINGS   INSIDERS

Before the Bell --Real time quotes

# $4.09

+0.23 +5.96%
Volume 1.88m

May 28, 2019 9:27 a.m.

10a 12p 2p 4p 6p 8p

| | Previous close | Day low | Day high | 52 week low | 52 week high |
| --- | --- | --- | --- | --- | --- |
| | $ 3.86 | $3.81 | $4.05 | $3.81 | $13.80 |
| | -0.07 -1.78% | | | | |

Enter Date: 9/17/18   Set

## Historical quote for: NIO

Monday, September 17, 2018

| | |
| --- | --- |
| Closing price: | $8.50 |
| Open: | $9.61 |
| High: | $9.75 |
| Low: | $8.50 |
| Volume: | 56.32M |



Ad



PINACLE®   PNC BANK

### Sponsored Links

1. **Penny Stocks to Invest In**
2. **Penny Stock Trading**
3. **Top 10 Stocks**
4. **Top Biotech Penny Stocks**
5. **Tips to Raise Credit Score**
6. **Top Recommended Suvs**

## RECOMMENDED

| THINGS-TO-KNOW | NEWS | METRO | FEATURE |
| --- | --- | --- | --- |
|  |  |  |  |
| **Tony Robbins Loses Role With $38B Planning Firm** | **13-year-old girl dies after she's dumped at hospital in** | **Dante de Blasio weighs his future in politics after Yale** | **The 5 Worst Stocks So Far This Year** |

**BARRON'S**

**disturbing mystery**
*NEW YORK POST*

**graduation**
*NEW YORK POST*

**BARRON'S**

**MarketWatch.com**    | Enter Symbols or Keywords | SEARCH |

| Site Index | Company Info | Follow MarketWatch | WSJ.com | Financial News London |
| Topics | Code of Conduct | | Barron's Online | WSJ.com Small Business |
| Help | Corrections | RSS | BigCharts | realtor.com |
| Feedback | Advertising Media Kit | Podcasts | Virtual Stock Exchange | Mansion Global |
| Newsroom Roster | Advertise Locally | | | |
| Media Archive | Reprints & Licensing | | | |
| Premium Products | Your Ad Choices | | | |
| Mobile | | | | |

*MarketWatch*

Copyright © 2019 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the **Terms of Service**, **Privacy Policy** and **Cookie Policy**.

Intraday Data provided by SIX Financial Information and subject to **terms of use**. Historical and current end-of-day data provided by SIX Financial Information. All quotes are in local exchange time. Real-time last sale data for U.S. stock quotes reflect trades reported through Nasdaq only. Intraday data delayed at least 15 minutes or per exchange requirements.