**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN TAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NIO INC., BIN LI, and LOUIS T. HSIEH,<br><br>Defendants. | Civil Action No.: 1:19-cv-01424<br><br><br><br>CLASS ACTION |
| BABULAL TARAPARA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NIO INC., BIN LI, LOUIS T. HSIEH, LIHONG QIN, PADMASREE WARRIOR, TIAN CHENG, XIANG LI, HAI WU, YAQIN ZHANG, XIANPING ZHONG, ZHAOHUI LI, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, and WR SECURITIES, LLC,<br><br>Defendants. | Civil Action No.: 1:19-cv-02777<br><br><br><br>CLASS ACTION |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF THE NIO INVESTOR GROUP'S MEMORANDUM OF LAW IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Shannon L. Hopkins, declare as follows:

1.      I am a partner of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky"),

and proposed Co-Lead Counsel for Lead Plaintiff Movants Gary Leung, Stephen Pandur, David

Ge, Erik De La Cruz, and Mario Castorena (collectively, the "NIO Investor Group" or "Movant") in the above-captioned actions (the "Actions"). I submit this Declaration in support of Movant's Memorandum of Law in Opposition to Competing Motions for Lead Plaintiff.

2.    Attached hereto as Exhibit A is a true and correct copy of the Notice of Motion and Motion of Mark Mundy to Consolidate Actions, For Appointment as Lead Plaintiff and Approval of Counsel; Memorandum of Points and Authorities in Support Thereof, filed by competing movant Mark Mundy in *Sidoli v. NIO., Inc.*, Case No. 3:19-cv-01320-WHO (N.D. Cal.).

3.    Attached hereto as Exhibit B are true and correct copies of loss charts detailing the Securities Exchange Act of 1934 losses for each remaining competing movant.

4.    Attached hereto as Exhibit C are true and correct copies of loss charts detailing the Securities Act of 1933 losses for each remaining movant, including the NIO Investor Group.

5.    Attached hereto as Exhibit D is a true and correct copy of the Second Joint Declaration of the NIO Investor Group in Support of Its Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge. Executed this 28th day of May, 2019 at Stamford, Connecticut.

/s/ Shannon L. Hopkins
Shannon L. Hopkins

2

## <u>CERTIFICATE OF SERVICE</u>

I, Shannon L. Hopkins, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 28th day of May, 2019.

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins