# Exhibit B

**Securities Exchange Act of 1934 Losses for Remaining Competing Movants in NIO Inc.**

| | |
|---|---|
| **Movant Name** | Babulal Tarapara |
| **Company Name** | NIO Inc. |
| **Ticker Symbol** | NIO |
| **Security Type** | |
| **Class Period Start** | 09-12-2018 |
| **Class Period End** | 03-05-2019 |
| **90-DAY Lookback Period Start** | 03-06-2019 |
| **90-DAY Lookback Average as 5/13/2019** | $ 05.31 |

| | |
|---|---|
| **Movant Name** | Babulal Tarapara |
| **SUMMARY OF FINANCIAL INTEREST** | |
| **LIFO Loss Total** | $110,810.33 |
| **LIFO (Excluding In-and-Out Losses)** | $ 110,810.33 |
| **Gross Shares Purchased** | 96,000.00 |
| **Net Shares Retained** | 86,000.00 |
| **Net Funds Expended** | $567,542.00 |

**Babulal Tarapara**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO Gain and (Losses) | LIFO (Excluding In-and-Out Losses)* |
| 10-01-2018 | 2000 | 6.62 | $ 13,240.00 | | | | | | - | 2000 | 2000 | $ 05.31 | $ 10,621.67 | $ 2,618.33 | $ 2,618.33 |
| 10-02-2018 | 4000 | 6.42 | $ 25,680.00 | | | | | | - | 4000 | 4000 | $ 05.31 | $ 21,243.33 | $ 4,436.67 | $ 4,436.67 |
| 10-02-2018 | 2000 | 6.3 | $ 12,600.00 | | | | | | - | 2000 | 2000 | $ 05.31 | $ 10,621.67 | $ 1,978.33 | $ 1,978.33 |
| 10-02-2018 | 2000 | 6.32 | $ 12,640.00 | | | | | | - | 2000 | 2000 | $ 05.31 | $ 10,621.67 | $ 2,018.33 | $ 2,018.33 |
| 10-02-2018 | 2000 | 6.27 | $ 12,540.00 | | | | | | - | 2000 | 2000 | $ 05.31 | $ 10,621.67 | $ 1,918.33 | $ 1,918.33 |
| 10-02-2018 | 4000 | 5.8995 | $ 23,598.00 | | | | | | - | 4000 | 4000 | $ 05.31 | $ 21,243.33 | $ 2,354.67 | $ 2,354.67 |
| 12-03-2018 | 5000 | 7.57 | $ 37,850.00 | | | | | | - | 5000 | 5000 | $ 05.31 | $ 26,554.17 | $ 11,295.83 | $ 11,295.83 |
| 12-04-2018 | 5000 | 7.2388 | $ 36,194.00 | | | | | | - | 5000 | 5000 | $ 05.31 | $ 26,554.17 | $ 9,639.83 | $ 9,639.83 |
| 12-31-2018 | 10000 | 6.31 | $ 63,100.00 | | | | | | - | 10000 | 10000 | $ 05.31 | $ 53,108.33 | $ 9,991.67 | $ 9,991.67 |
| 12-31-2018 | 10000 | 6.22 | $ 62,200.00 | 12-31-2018 | 10000 | | $ 06.37 | $ 63,700.00 | - | - | - | $ 05.31 | | -$ 1,500.00 | -$ 1,500.00 |
| 01-10-2019 | 20000 | 6.5 | $ 130,000.00 | | | | | | - | 20000 | 20000 | $ 05.31 | $ 106,216.67 | $ 23,783.33 | $ 23,783.33 |
| 01-10-2019 | 20000 | 6.43 | $ 128,600.00 | | | | | | - | 20000 | 20000 | $ 05.31 | $ 106,216.67 | $ 22,383.33 | $ 22,383.33 |
| 02-15-2019 | 10000 | 7.3 | $ 73,000.00 | | | | | | - | 10000 | 10000 | $ 05.31 | $ 53,108.33 | $ 19,891.67 | $ 19,891.67 |
| **Total:** | **96,000.00** | | **$ 631,242.00** | | **10,000.00** | | | **$ 63,700.00** | | **86,000.00** | **86,000.00** | | **$ 456,731.67** | **$ 110,810.33** | **$ 110,810.33** |

| **NIO Investor Group 3 Totals** | |
|---|---|
| **LIFO Loss Total** | $ 297,092.66 |
| **LIFO (Excluding In-and-Out Losses)** | $ 291,392.66 |
| **Gross Shares Purchased** | 188,300 |
| **Net Shares Retained** | 113,300 |
| **Net Funds Expended** | $ 938,223.60 |

| | |
|---|---|
| **Movant Name** | Bruce A. Bookbinder |
| **Company Name** | NIO Inc. |
| **Ticker Symbol** | NIO |
| **Security Type** | |
| **Class Period Start** | 09-12-2018 |
| **Class Period End** | 03-05-2019 |
| **90-DAY Lookback Period Start** | 03-06-2019 |
| **90-DAY Lookback Average as 5/13/2019** | $ 05.31 |

| | |
|---|---|
| **Movant Name** | Bruce A. Bookbinder |
| **SUMMARY OF FINANCIAL INTEREST** | |
| **LIFO Loss Total** | $ 185,184.6395 |
| **LIFO (Excluding In-and-Out Losses)** | $ 179,484.64 |
| **Gross Shares Purchased** | 159,000.00 |
| **Net Shares Retained** | 84,000.00 |
| **Net Funds Expended** | $ 657,804.00 |

**Bruce A. Bookbinder**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO Gain and (Losses) | LIFO (Excluding In-and-Out Losses)* |
| 09-13-2018 | 30000 | 8.88 | $ 266,400.00 | 09-13-2018 | 30000 | | $ 09.72 | $ 291,600.00 | - | - | | $ 05.31 | | -$ 25,200.00 | -$ 25,200.00 |
| 09-14-2018 | 30000 | 11 | $ 330,000.00 | | | | | | - | 30000 | 30000 | $ 05.31 | $ 159,325.00 | $ 170,675.00 | $ 170,675.00 |
| 09-14-2018 | 5913 | 10.62 | $ 62,796.06 | 04-18-2019 | | 5913 | $ 05.58 | | $ 32,994.54 | 5913 | - | $ 05.31 | | $ 29,801.52 | $ 29,801.52 |
| 09-14-2018 | 3087 | 10.62 | $ 32,783.94 | 04-23-2019 | | 3087 | $ 05.53 | | $ 17,075.74 | 3087 | - | $ 05.31 | | $ 15,708.20 | $ 15,708.20 |
| 10-04-2018 | 3000 | 6.12 | $ 18,360.00 | 03-26-2019 | | 3000 | $ 06.18 | | $ 18,548.10 | 3000 | - | $ 05.31 | | -$ 188.10 | -$ 188.10 |
| 10-04-2018 | 3000 | 6.12 | $ 18,360.00 | 04-16-2019 | | 3000 | $ 05.64 | | $ 16,920.00 | 3000 | - | $ 05.31 | | $ 1,440.00 | $ 1,440.00 |
| 10-04-2018 | 3000 | 6.12 | $ 18,360.00 | 04-16-2019 | | 3000 | $ 05.64 | | $ 16,920.00 | 3000 | - | $ 05.31 | | $ 1,440.00 | $ 1,440.00 |

| Trade Date | Shares Purchased | Price Per Share | Total Cost | Trade Date | Shares Sold During CP | Price Per Share | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO Gain and (Losses) | LIFO (Excluding In-and-Out Losses) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-04-2018 | 5913 | 6.12 | $ 36,187.56 | 04-16-2019 | 5913 | $ 05.64 | | $ 33,349.32 | 5913 | - | $ 05.31 | | $ 2,838.24 | $ 2,838.24 |
| 10-04-2018 | 6000 | 6.12 | $ 36,720.00 | 04-16-2019 | 6000 | $ 05.64 | | $ 33,840.00 | 6000 | - | $ 05.31 | | $ 2,880.00 | $ 2,880.00 |
| 10-04-2018 | 3000 | 6.12 | $ 18,360.00 | 04-17-2019 | 3000 | $ 05.60 | | $ 16,806.90 | 3000 | - | $ 05.31 | | $ 1,553.10 | $ 1,553.10 |
| 10-04-2018 | 6000 | 6.12 | $ 36,720.00 | 04-17-2019 | 6000 | $ 05.60 | | $ 33,613.80 | 6000 | - | $ 05.31 | | $ 3,106.20 | $ 3,106.20 |
| 10-04-2018 | 87 | 6.12 | $ 532.44 | 04-18-2019 | 87 | $ 05.58 | | $ 485.46 | 87 | - | $ 05.31 | | $ 46.98 | $ 46.98 |
| 10-11-2018 | 5400 | 7.22 | $ 38,988.00 | 03-04-2019 | 5400 | $ 09.86 | $ 53,244.00 | | - | - | $ 05.31 | | -$ 14,256.00 | -$ 14,256.00 |
| 10-11-2018 | 3000 | 7.22 | $ 21,660.00 | 03-26-2019 | 3000 | $ 06.18 | | $ 18,548.10 | 3000 | - | $ 05.31 | | $ 3,111.90 | $ 3,111.90 |
| 10-11-2018 | 3000 | 7.22 | $ 21,660.00 | 03-26-2019 | 3000 | $ 06.18 | | $ 18,548.10 | 3000 | - | $ 05.31 | | $ 3,111.90 | $ 3,111.90 |
| 10-11-2018 | 3000 | 7.22 | $ 21,660.00 | 03-26-2019 | 3000 | $ 06.18 | | $ 18,548.10 | 3000 | - | $ 05.31 | | $ 3,111.90 | $ 3,111.90 |
| 10-11-2018 | 3000 | 7.22 | $ 21,660.00 | 03-26-2019 | 3000 | $ 06.18 | | $ 18,548.10 | 3000 | - | $ 05.31 | | $ 3,111.90 | $ 3,111.90 |
| 10-11-2018 | 3000 | 7.22 | $ 21,660.00 | 03-26-2019 | 3000 | $ 06.18 | | $ 18,548.10 | 3000 | - | $ 05.31 | | $ 3,111.90 | $ 3,111.90 |
| 10-11-2018 | 9600 | 7.16 | $ 68,736.00 | 03-04-2019 | 9600 | $ 09.86 | $ 94,656.00 | | - | - | $ 05.31 | | -$ 25,920.00 | -$ 25,920.00 |
| 12-17-2018 | 30000 | 7.06 | $ 211,800.00 | 01-29-2019 | 30000 | $ 06.87 | $ 206,100.00 | | - | - | $ 05.31 | | $ 5,700.00 | |
| **Total:** | **159,000.00** | | **$ 1,303,404.00** | | **75,000.00  $ 54000** | | **$ 645,600.00  $ 313294.3605** | | **84,000.00** | **30,000.00** | | **$ 159,325.00** | **$ 185,184.64** | **$ 179,484.64** |

| Movant Name | Henri A. Malka |
|---|---|
| Company Name | NIO Inc. |
| Ticker Symbol | NIO |
| Security Type | |
| Class Period Start | 09-12-2018 |
| Class Period End | 03-05-2019 |
| 90-DAY Lookback Period Start | 03-06-2019 |
| 90-DAY Lookback Average as 5/13/2019 | $ 05.31 |

| Movant Name | Henri A. Malka |
|---|---|
| **SUMMARY OF FINANCIAL INTEREST** | |
| **LIFO Loss Total** | $ 76,190.0000 |
| **LIFO (Excluding In-and-Out Losses)** | $ 76,190.00 |
| **Gross Shares Purchased** | 19,000.00 |
| **Net Shares Retained** | 19,000.00 |
| **Net Funds Expended** | $ 190,000.00 |

### Henri A. Malka

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO Gain and (Losses) | LIFO (Excluding In-and-Out Losses)* |
| 02-28-2019 | 4114 | 10 | $ 41,140.00 | 03-29-2019 | | 4114 | $ 05.99 | | $ 24,642.86 | 4114 | - | $ 05.31 | | $ 16,497.14 | $ 16,497.14 |
| 02-28-2019 | 14886 | 10 | $ 148,860.00 | 03-29-2019 | | 14886 | $ 05.99 | | $ 89,167.14 | 14886 | - | $ 05.31 | | $ 59,692.86 | $ 59,692.86 |
| **Total:** | **19,000.00** | | **$ 190,000.00** | | **$ 19000** | | | | **$ 113810** | **19,000.00** | | | | **$ 76,190.00** | **$ 76,190.00** |

| Movant Name | Raam Muthusamy |
|---|---|
| Company Name | NIO Inc. |
| Ticker Symbol | NIO |
| Security Type | |
| Class Period Start | 09-12-2018 |
| Class Period End | 03-05-2019 |
| 90-DAY Lookback Period Start | 03-06-2019 |
| 90-DAY Lookback Average as 5/13/2019 | $ 05.31 |

| Movant Name | Raam Muthusamy |
|---|---|
| **SUMMARY OF FINANCIAL INTEREST** | |
| **LIFO Loss Total** | $ 35,718.0167 |
| **LIFO (Excluding In-and-Out Losses)** | $ 35,718.02 |
| **Gross Shares Purchased** | 10,300.00 |
| **Net Shares Retained** | 10,300.00 |
| **Net Funds Expended** | $ 90,419.60 |

### Raam Muthusamy

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO Gain and (Losses) | LIFO (Excluding In-and-Out Losses)* |
| 09-17-2018 | 8890 | 9 | $ 80,010.00 | | | | | | | 8890 | 8890 | $ 05.31 | $ 47,213.31 | $ 32,796.69 | $ 32,796.69 |
| 09-17-2018 | 266 | 9 | $ 2,394.00 | | | | | | | 266 | 266 | $ 05.31 | $ 1,412.68 | $ 981.32 | $ 981.32 |
| 09-17-2018 | 4 | 8.9 | $ 35.60 | | | | | | | 4 | 4 | $ 05.31 | $ 21.24 | $ 14.36 | $ 14.36 |
| 09-28-2018 | 1140 | 7 | $ 7,980.00 | | | | | | | 1140 | 1140 | $ 05.31 | $ 6,054.35 | $ 1,925.65 | $ 1,925.65 |
| **Total:** | **10,300.00** | | **$ 90,419.60** | | | | | | | **10,300.00** | **10,300.00** | | **$ 54,701.58** | **$ 35,718.02** | **$ 35,718.02** |

| Movant Name | Mark Mundy |
|---|---|
| Company Name | NIO Inc. |
| Ticker Symbol | NIO |
| Security Type | |
| Class Period Start | 09-12-2018 |
| Class Period End | 03-05-2019 |
| 90-DAY Lookback Period Start | 03-06-2019 |

| Movant Name | Mark Mundy |
|---|---|
| **SUMMARY OF FINANCIAL INTEREST** | |
| **LIFO Loss Total** | $ 646,000.0000 |
| **LIFO (Excluding In-and-Out Losses)** | $ 441,000.00 |
| **Gross Shares Purchased** | 200,000.00 |
| **Net Shares Retained** | 100,000.00 |
| **Net Funds Expended** | $ 1,214,000.00 |

| | |
|---|---|
| **90-DAY Lookback Average as 5/13/2019** | $ 05.31 |

### Mark Mundy

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO Gain and (Losses)** | **LIFO (Excluding In-and-Out Losses)*** |
| 09-20-2018 | 100000 | 9.1 | $ 910,000.00 | 10-11-2018 | 100000 | | $ 07.05 | $ 705,000.00 | | - | - | - | $ 05.31 | | $ 205,000.00 | |
| 02-27-2019 | 100000 | 10.09 | $ 1,009,000.00 | 04-15-2019 | | 100000 | $ 05.68 | | $ 568,000.00 | | 100000 | - | $ 05.31 | | $ 441,000.00 | $ 441,000.00 |
| **Total:** | **200,000.00** | | **$ 1,919,000.00** | | **100,000.00** | **$ 100000** | | **$ 705,000.00** | **$ 568000** | | **100,000.00** | | | | **$ 646,000.00** | **$ 441,000.00** |

| **Chou Group Totals** | |
|---|---|
| **LIFO Loss Total** | $ 82,845.45 |
| **LIFO (Excluding In-and-Out Losses)** | $ 82,845.45 |
| **Gross Shares Purchased** | 23,933 |
| **Net Shares Retained** | 23,933 |
| **Net Funds Expended** | $ 252,343.77 |

| | |
|---|---|
| **Movant Name** | Emily Chou |
| **Company Name** | NIO Inc. |
| **Ticker Symbol** | NIO |
| **Security Type** | |
| **Class Period Start** | 09-12-2018 |
| **Class Period End** | 03-05-2019 |
| **90-DAY Lookback Period Start** | 03-06-2019 |
| **90-DAY Lookback Average as 5/13/2019** | $ 05.31 |

| | |
|---|---|
| **Movant Name** | Emily Chou |
| **SUMMARY OF FINANCIAL INTEREST** | |
| **LIFO Loss Total** | $ 23,395.8333 |
| **LIFO (Excluding In-and-Out Losses)** | $ 23,395.83 |
| **Gross Shares Purchased** | 5,000.00 |
| **Net Shares Retained** | 5,000.00 |
| **Net Funds Expended** | $ 49,950.00 |

### Emily Chou

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO Gain and (Losses)** | **LIFO (Excluding In-and-Out Losses)*** |
| 02-26-2019 | 5000 | 9.99 | $ 49,950.00 | | | | | | - | | 5000 | 5000 | $ 05.31 | $ 26,554.17 | $ 23,395.83 | $ 23,395.83 |
| **Total:** | **5,000.00** | | **$ 49,950.00** | | | | | | | | **5,000.00** | **5,000.00** | | **$ 26,554.17** | **$ 23,395.83** | **$ 23,395.83** |

| | |
|---|---|
| **Movant Name** | Xie Jian Feng |
| **Company Name** | NIO Inc. |
| **Ticker Symbol** | NIO |
| **Security Type** | |
| **Class Period Start** | 09-12-2018 |
| **Class Period End** | 03-05-2019 |
| **90-DAY Lookback Period Start** | 03-06-2019 |
| **90-DAY Lookback Average as 5/13/2019** | $ 05.31 |

| | |
|---|---|
| **Movant Name** | Xie Jian Feng |
| **SUMMARY OF FINANCIAL INTEREST** | |
| **LIFO Loss Total** | $ 59,449.6200 |
| **LIFO (Excluding In-and-Out Losses)** | $ 59,449.62 |
| **Gross Shares Purchased** | 18,933.00 |
| **Net Shares Retained** | 18,933.00 |
| **Net Funds Expended** | $ 202,393.77 |

### Xie Jian Feng

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO Gain and (Losses)** | **LIFO (Excluding In-and-Out Losses)*** |
| 09-14-2018 | 8933 | 10.69 | $ 95,493.77 | 03-07-2019 | | 8933 | $ 07.55 | | $ 67,444.15 | | 8933 | - | $ 05.31 | | $ 28,049.62 | $ 28,049.62 |
| 09-14-2018 | 10000 | 10.69 | $ 106,900.00 | 03-07-2019 | | 10000 | $ 07.55 | | $ 75,500.00 | | 10000 | - | $ 05.31 | | $ 31,400.00 | $ 31,400.00 |
| **Total:** | **18,933.00** | | **$ 202,393.77** | | | **$ 18933** | | | **$ 142944.15** | | **18,933.00** | | | | **$ 59,449.62** | **$ 59,449.62** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding in-and-out losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.