# Exhibit C

**Securities Act of 1933 Losses for Remaining Movants in NIO Inc.**

### § 11 Loss Calculation
#### Losses of David Ge in NIO INC. (NIO)

| | |
|---|---|
| **Client Name** | David Ge |
| **Company Name** | NIO INC. |
| **Ticker Symbol** | NIO |
| **IPO Date** | 9/12/2018 |

#### David Ge

**Purchases**

| Date | Quantity | Price* | Funds Expended/(Received) |
|---|---|---|---|
| 9/12/2018 | 1,000 | $6.26000 | $6,260.00 |
| 9/13/2018 | 10,000 | $6.26000 | $62,600.00 |
| 9/13/2018 | 5,901 | $6.26000 | $36,940.26 |
| 9/13/2018 | 1,899 | $6.26000 | $11,887.74 |
| 9/13/2018 | 1,100 | $6.26000 | $6,886.00 |
| 9/13/2018 | 9,000 | $6.26000 | $56,340.00 |
| 9/13/2018 | 1,100 | $6.26000 | $6,886.00 |
| 9/14/2018 | 1 | $6.26000 | $6.26 |
| 9/14/2018 | 551 | $6.26000 | $3,449.26 |
| 9/14/2018 | 8,000 | $6.26000 | $50,080.00 |
| 9/14/2018 | 8,000 | $6.26000 | $50,080.00 |
| 9/14/2018 | 23,448 | $6.26000 | $146,784.48 |
| 9/24/2018 | 5,000 | $6.26000 | $31,300.00 |
| 9/27/2018 | 15,000 | $6.26000 | $93,900.00 |
| 9/28/2018 | 5,000 | $6.26000 | $31,300.00 |
| **Total Shares Purchased** | | | 95,000 |
| **Price Per Share in the Offering** | | | $6.260 |
| **Value of Shares at Purchase** | | | $594,700.00 |

**Sales**

| Date | Quantity | Price*** | Funds Expended/(Received) |
|---|---|---|---|
| 9/13/2018 | (20,000) | $11.70000 | ($234,000.00) |
| **Total Shares Sold** | | | (20,000) |
| **Value of Shares Sold** | | | ($234,000.00) |
| **Net Cost** | | | $360,700.00 |
| **Shares Retained** | | | 75,000 |
| **Closing Price on 5/10/2019**** | | | $4.56 |
| **Estimated Value of Retained Shares as of 3/19/2019** | | | $342,000.00 |
| **Estimated (Gain)/Loss** | | | $18,700.00 |

| NIO Investor Group Totals | | |
|---|---|---|
| **Member** | **ADSs Purchased** | **Loss** |
| David Ge | 95,000 | $18,700.00 |
| Erik De La Cruz | 69,100 | ($67,709.00) |
| Gary Leung | 138,000 | $234,600.00 |
| Stephen Pandur | 30,000 | $51,000.00 |
| Mario Castorena Jr. | 56,600 | $89,820.74 |
| **TOTAL:** | **388,700** | **$326,411.74** |

\* For purposes of this damage calculation, any shares purchased at a price higher than the offering price of $6.26 are valued at $6.26 per share. Any shares purchased for less than the offering price are valued at their purchase price.

\*\* Pursuant to 15 U.S.C. § 77k(e), retained shares are valued at the closing stock price on the date the initial federal complaint asserting claims under Section 11 - May 10, 2019.

\*\*\* Pursuant to 15 U.S.C. §77k(e), damges on shares retained through the filing of the initial federal complaint and then disposed of are valued by taking the difference of the purchase price less the higher of: (1) the price the shares were disposed of in the market following suit; or (2) the value of the shares as of the date of filing, based on the closing price of the stock on the date the initial federal complaint was filed.

**§ 11 Loss Calculation**

Losses of Erik De La Cruz in NIO INC. (NIO)

| | |
|---|---|
| **Client Name** | Erik De La Cruz |
| **Company Name** | NIO INC. |
| **Ticker Symbol** | NIO |
| **IPO Date** | 9/12/2018 |

Erik De La Cruz

**Purchases**

| Date | Quantity | Price* | Funds Expended/(Received) |
|---|---|---|---|
| 9/17/2018 | 18,100 | $6.26000 | $113,306.00 |
| 11/6/2018 | 20,000 | $6.26000 | $125,200.00 |
| 12/27/2018 | 1,000 | $5.99000 | $5,990.00 |
| 2/6/2019 | 10,000 | $6.26000 | $62,600.00 |
| 2/11/2019 | 18,900 | $6.26000 | $118,314.00 |
| 2/11/2019 | 1,100 | $6.26000 | $6,886.00 |
| **Total Shares Purchased** | | | 69,100 |
| **Price Per Share in the Offering** | | | $6.260 |
| **Value of Shares at Purchase** | | | $432,296.00 |

**Sales**

| Date | Quantity | Price*** | Funds Expended/(Received) |
|---|---|---|---|
| 11/8/2018 | (20,000) | $6.54000 | ($130,800.00) |
| 2/11/2019 | (10,000) | $7.40000 | ($74,000.00) |
| 3/7/2019 | (2,200) | $7.55000 | ($16,610.00) |
| 3/7/2019 | (36,900) | $7.55000 | ($278,595.00) |
| **Total Shares Sold** | (69,100) | | |
| **Value of Shares Sold** | | | ($500,005.00) |
| **Net Cost** | | | ($67,709.00) |
| **Shares Retained** | | | 0 |
| **Closing Price on 5/10/2019**** | | | $4.56 |
| **Estimated Value of Retained Shares as of 3/19/2019** | | | $0.00 |
| **Estimated (Gain)/Loss** | | | ($67,709.00) |

* For purposes of this damage calculation, any shares purchased at a price higher than the offering price of $6.26 are valued at $6.26 per share. Any shares purchased for less than the offering price are valued at their purchase price.

** Pursuant to 15 U.S.C. § 77k(e), retained shares are valued at the closing stock price on the date the initial federal complaint asserting claims under Section 11 - May 10, 2019.

*** Pursuant to 15 U.S.C. §77k(e), damges on shares retained through the filing of the initial federal complaint and then disposed of are valued by taking the difference of the purchase price less the higher of: (1) the price the shares were disposed of in the market following suit; or (2) the value of the shares as of the date of filing, based on the closing price of the stock on the date the initial federal complaint was filed.

**§ 11 Loss Calculation**

Losses of Gary Leung in NIO INC. (NIO)

| | |
|---|---|
| **Client Name** | Gary Leung |
| **Company Name** | NIO INC. |
| **Ticker Symbol** | NIO |
| **IPO Date** | 9/12/2018 |

Gary Leung

| | Purchases | | |
|---|---|---|---|
| **Date** | **Quantity** | **Price*** | **Funds Expended/(Received)** |
| 11/29/2018 | 38,000 | $6.26000 | $237,880.00 |
| 11/29/2018 | 50,000 | $6.26000 | $313,000.00 |
| 11/29/2018 | 50,000 | $6.26000 | $313,000.00 |
| **Total Shares Purchased** | | | 138,000 |
| **Price Per Share in the Offering** | | | $6.260 |
| **Value of Shares at Purchase** | | | $863,880.00 |

| | Sales | | |
|---|---|---|---|
| **Date** | **Quantity** | **Price*****\*** | **Funds Expended/(Received)** |
| **Total Shares Sold** | | | 0 |
| **Value of Shares Sold** | | | $0.00 |
| **Net Cost** | | | $863,880.00 |
| **Shares Retained** | | | 138,000 |
| **Closing Price on 5/10/2019\*\*** | | | $4.56 |
| **Estimated Value of Retained Shares as of 3/19/2019** | | | $629,280.00 |
| **Estimated (Gain)/Loss** | | | $234,600.00 |

\* For purposes of this damage calculation, any shares purchased at a price higher than the offering price of $6.26 are valued at $6.26 per share. Any shares purchased for less than the offering price are valued at their purchase price.

\*\* Pursuant to 15 U.S.C. § 77k(e), retained shares are valued at the closing stock price on the date the initial federal complaint asserting claims under Section 11 - May 10, 2019.

\*\*\* Pursuant to 15 U.S.C. §77k(e), damges on shares retained through the filing of the initial federal complaint and then disposed of are valued by taking the difference of the purchase price less the higher of: (1) the price the shares were disposed of in the market following suit; or (2) the value of the shares as of the date of filing, based on the closing price of the stock on the date the initial federal complaint was filed.

### § 11 Loss Calculation

Losses of Stephen Pandur in NIO INC. (NIO)

| | |
|---|---|
| **Client Name** | Stephen Pandur |
| **Company Name** | NIO INC. |
| **Ticker Symbol** | NIO |
| **IPO Date** | 9/12/2018 |

Stephen Pandur

| | Purchases | | |
|---|---|---|---|
| **Date** | **Quantity** | **Price*** | **Funds Expended/(Received)** |
| 3/5/2019 | 30,000 | $6.26000 | $187,800.00 |
| **Total Shares Purchased** | | | 30,000 |
| **Price Per Share in the Offering** | | | $6.260 |
| **Value of Shares at Purchase** | | | $187,800.00 |

| | Sales | | |
|---|---|---|---|
| **Date** | **Quantity** | **Price*****\*** | **Funds Expended/(Received)** |
| **Total Shares Sold** | | | 0 |
| **Value of Shares Sold** | | | $0.00 |
| **Net Cost** | | | $187,800.00 |
| **Shares Retained** | | | 30,000 |
| **Closing Price on 5/10/2019\*\*** | | | $4.56 |

| | |
|---|---|
| **Estimated Value of Retained Shares as of 3/19/2019** | $136,800.00 |
| **Estimated (Gain)/Loss** | $51,000.00 |

\* For purposes of this damage calculation, any shares purchased at a price higher than the offering price of $6.26 are valued at $6.26 per share. Any shares purchased for less than the offering price are valued at their purchase price.

\*\* Pursuant to 15 U.S.C. § 77k(e), retained shares are valued at the closing stock price on the date the initial federal complaint asserting claims under Section 11 - May 10, 2019.

\*\*\* Pursuant to 15 U.S.C. §77k(e), damges on shares retained through the filing of the initial federal complaint and then disposed of are valued by taking the difference of the purchase price less the higher of: (1) the price the shares were disposed of in the market following suit; or (2) the value of the shares as of the date of filing, based on the closing price of the stock on the date the initial federal complaint was filed.

### § 11 Loss Calculation

Losses of Mario Castorena Jr. in NIO INC. (NIO)

| | |
|---|---|
| **Client Name** | Mario Castorena Jr. |
| **Company Name** | NIO INC. |
| **Ticker Symbol** | NIO |
| **IPO Date** | 9/12/2018 |

Mario Castorena Jr. - Account 1

**Purchases**

| Date | Quantity | Price* | Funds Expended/(Received) |
|---|---|---|---|
| 9/12/2018 | 16,000 | $6.00000 | $96,000.00 |
| 9/13/2018 | 1,400 | $6.26000 | $8,764.00 |
| 9/14/2018 | 6,500 | $6.26000 | $40,690.00 |
| 9/18/2018 | 15,900 | $6.26000 | $99,534.00 |
| 9/18/2018 | 2,400 | $6.26000 | $15,024.00 |
| 9/18/2018 | 999 | $6.26000 | $6,253.74 |
| 9/18/2018 | 701 | $6.26000 | $4,388.26 |
| **Total Shares Purchased** | | | 43,900 |
| **Price Per Share in the Offering** | | | $6.260 |
| **Value of Shares at Purchase** | | | $270,654.00 |

**Sales**

| Date | Quantity | Price*** | Funds Expended/(Received) |
|---|---|---|---|
| 1/11/2019 | (117) | $6.59000 | ($771.03) |
| 1/17/2019 | (25) | $6.63000 | ($165.75) |
| **Total Shares Sold** | | | (142) |
| **Value of Shares Sold** | | | ($936.78) |
| **Net Cost** | | | $269,717.22 |
| **Shares Retained** | | | 43,758 |
| **Closing Price on 5/10/2019\*\*** | | | $4.56 |
| **Estimated Value of Retained Shares as of 3/19/2019** | | | $199,536.48 |
| **Estimated (Gain)/Loss** | | | $70,180.74 |

\* For purposes of this damage calculation, any shares purchased at a price higher than the offering price of $6.26 are valued at $6.26 per share. Any shares purchased for less than the offering price are valued at their purchase price.

\*\* Pursuant to 15 U.S.C. § 77k(e), retained shares are valued at the closing stock price on the date the initial federal complaint asserting claims under Section 11 - May 10, 2019.

\*\*\* Pursuant to 15 U.S.C. §77k(e), damges on shares retained through the filing of the initial federal complaint and then disposed of are valued by taking the difference of the purchase price less the higher of: (1) the price the shares were disposed of in the market following suit; or (2) the value of the shares as of the date of filing, based on the closing price of the stock on the date the initial federal complaint was filed.

### § 11 Loss Calculation
Losses of Mario Castorena Jr. in NIO INC. (NIO)

| | |
|---|---|
| **Client Name** | Mario Castorena Jr. |
| **Company Name** | NIO INC. |
| **Ticker Symbol** | NIO |
| **IPO Date** | 9/12/2018 |

Mario Castorena Jr. - Account 2

**Purchases**

| Date | Quantity | Price* | Funds Expended/(Received) |
|---|---|---|---|
| 9/12/2018 | 7,500 | $6.00000 | $45,000.00 |
| 9/18/2018 | 2,800 | $6.26000 | $17,528.00 |
| 9/18/2018 | 1,398 | $6.26000 | $8,751.48 |
| 9/18/2018 | 601 | $6.26000 | $3,762.26 |
| 9/18/2018 | 399 | $6.26000 | $2,497.74 |
| 9/18/2018 | 2 | $6.26000 | $12.52 |
| **Total Shares Purchased** | | | 12,700 |
| **Price Per Share in the Offering** | | | $6.260 |
| **Value of Shares at Purchase** | | | $77,552.00 |

**Sales**

| Date | Quantity | Price*** | Funds Expended/(Received) |
|---|---|---|---|
| | | | $0.00 |
| **Total Shares Sold** | | | 0 |
| **Value of Shares Sold** | | | $0.00 |
| **Net Cost** | | | $77,552.00 |
| **Shares Retained** | | | 12,700 |
| **Closing Price on 5/10/2019**** | | | $4.56 |
| **Estimated Value of Retained Shares as of 3/19/2019** | | | $57,912.00 |
| **Estimated (Gain)/Loss** | | | $19,640.00 |

\* For purposes of this damage calculation, any shares purchased at a price higher than the offering price of $6.26 are valued at $6.26 per share. Any shares purchased for less than the offering price are valued at their purchase price.

\*\* Pursuant to 15 U.S.C. § 77k(e), retained shares are valued at the closing stock price on the date the initial federal complaint asserting claims under Section 11 - May 10, 2019.

\*\*\* Pursuant to 15 U.S.C. §77k(e), damges on shares retained through the filing of the initial federal complaint and then disposed of are valued by taking the difference of the purchase price less the higher of: (1) the price the shares were disposed of in the market following suit; or (2) the value of the shares as of the date of filing, based on the closing price of the stock on the date the initial federal complaint was filed.

### § 11 Loss Calculation
Losses of Babulal Tarapara in NIO INC. (NIO)

| | |
|---|---|
| **Client Name** | Babulal Tarapara |
| **Company Name** | NIO INC. |
| **Ticker Symbol** | NIO |

**IPO Date**                9/12/2018
                           Babulal Tarapara

### Purchases

| Date | Quantity | Price* | Funds Expended/(Received) |
|---|---|---|---|
| 10/1/2018 | 2,000 | $6.26000 | $12,520.00 |
| 10/2/2018 | 4,000 | $6.26000 | $25,040.00 |
| 10/2/2018 | 2,000 | $6.26000 | $12,520.00 |
| 10/2/2018 | 2,000 | $6.26000 | $12,520.00 |
| 10/2/2018 | 2,000 | $6.26000 | $12,520.00 |
| 10/2/2018 | 4,000 | $5.89950 | $23,598.00 |
| 12/3/2018 | 5,000 | $6.26000 | $31,300.00 |
| 12/4/2018 | 5,000 | $6.26000 | $31,300.00 |
| 12/31/2018 | 10,000 | $6.26000 | $62,600.00 |
| 12/31/2018 | 10,000 | $6.22000 | $62,200.00 |
| 1/10/2019 | 20,000 | $6.26000 | $125,200.00 |
| 1/10/2019 | 20,000 | $6.26000 | $125,200.00 |
| 2/15/2019 | 10,000 | $6.26000 | $62,600.00 |
| 3/7/2019 | 5,800 | $6.26000 | $36,308.00 |
| 3/7/2019 | 14,200 | $6.26000 | $88,892.00 |
| 3/14/2019 | 20,000 | $6.04000 | $120,800.00 |
| 3/14/2019 | 20,000 | $6.01000 | $120,200.00 |
| 3/25/2019 | 10,100 | $5.30000 | $53,530.00 |
| 4/9/2019 | 15,000 | $5.08000 | $76,200.00 |

| | | |
|---|---|---|
| **Total Shares Purchased** | | 181,100 |
| **Price Per Share in the Offering** | | $6.260 |
| **Value of Shares at Purchase** | | $1,095,048.00 |

### Sales

| Date | Quantity | Price*** | Funds Expended/(Received) |
|---|---|---|---|
| 12/31/2018 | (10,000) | $6.37000 | ($63,700.00) |

| | | |
|---|---|---|
| **Total Shares Sold** | | (10,000) |
| **Value of Shares Sold** | | ($63,700.00) |
| **Net Cost** | | $1,031,348.00 |
| **Shares Retained** | | 171,100 |
| **Closing Price on 5/10/2019\*\*** | | $4.56 |
| **Estimated Value of Retained Shares as of 3/19/2019** | | $780,216.00 |
| **Estimated (Gain)/Loss** | | $251,132.00 |

\* For purposes of this damage calculation, any shares purchased at a price higher than the offering price of $6.26 are valued at $6.26 per share. Any shares purchased for less than the offering price are valued at their purchase price.

\*\* Pursuant to 15 U.S.C. § 77k(e), retained shares are valued at the closing stock price on the date the initial federal complaint asserting claims under Section 11 - May 10, 2019.

\*\*\* Pursuant to 15 U.S.C. §77k(e), damges on shares retained through the filing of the initial federal complaint and then disposed of are valued by taking the difference of the purchase price less the higher of: (1) the price the shares were disposed of in the market following suit; or (2) the value of the shares as of the date of filing, based on the closing price of the stock on the date the initial federal complaint was filed.

### § 11 Loss Calculation
Losses of Bruce A. Bookbinder in NIO INC. (NIO)

| NIO Investor Group 3 Totals | | |
|---|---|---|
| Member | ADSs Purchased | Loss |

| | | | |
|---|---|---|---|
| Bruce A. Bookbinder | | 159,000 | ($104,464.11) |
| Henri A. Malka | | 19,000 | $24,510.00 |
| Raam Muthusamy | | 10,300 | $17,510.00 |
| **TOTAL:** | | **188,300** | **($62,444.11)** |

| | |
|---|---|
| **Client Name** | Bruce A. Bookbinder |
| **Company Name** | NIO INC. |
| **Ticker Symbol** | NIO |
| **IPO Date** | 9/12/2018 |
| | Bruce A. Bookbinder |

### Purchases

| Date | Quantity | Price* | Funds Expended/(Received) |
|---|---|---|---|
| 9/13/2018 | 30,000 | $6.26000 | $187,800.00 |
| 9/14/2018 | 30,000 | $6.26000 | $187,800.00 |
| 9/14/2018 | 9,000 | $6.26000 | $56,340.00 |
| 10/4/2018 | 30,000 | $6.12000 | $183,600.00 |
| 10/11/2018 | 20,400 | $6.26000 | $127,704.00 |
| 10/11/2018 | 9,600 | $6.26000 | $60,096.00 |
| 12/17/2018 | 30,000 | $6.26000 | $187,800.00 |
| **Total Shares Purchased** | | | 159,000 |
| **Price Per Share in the Offering** | | | $6.260 |
| **Value of Shares at Purchase** | | | $991,140.00 |

### Sales

| Date | Quantity | Price*** | Funds Expended/(Received) |
|---|---|---|---|
| 9/13/2018 | (30,000) | $9.72000 | ($291,600.00) |
| 1/29/2019 | (30,000) | $6.87000 | ($206,100.00) |
| 3/4/2019 | (15,000) | $9.86000 | ($147,900.00) |
| 3/26/2019 | (3,000) | $6.18270 | ($18,548.10) |
| 3/26/2019 | (3,000) | $6.18270 | ($18,548.10) |
| 3/26/2019 | (3,000) | $6.18270 | ($18,548.10) |
| 3/26/2019 | (3,000) | $6.18270 | ($18,548.10) |
| 3/26/2019 | (3,000) | $6.18270 | ($18,548.10) |
| 3/26/2019 | (3,000) | $6.18270 | ($18,548.10) |
| 4/16/2019 | (3,000) | $5.63600 | ($16,908.00) |
| 4/16/2019 | (3,000) | $5.63600 | ($16,908.00) |
| 4/16/2019 | (5,913) | $5.63600 | ($33,325.67) |
| 4/16/2019 | (6,000) | $5.63600 | ($33,816.00) |
| 4/17/2019 | (3,000) | $5.60230 | ($16,806.90) |
| 4/17/2019 | (6,000) | $5.60230 | ($33,613.80) |
| 4/18/2019 | (6,000) | $5.57690 | ($33,461.40) |
| 4/23/2019 | (3,087) | $5.53150 | ($17,075.74) |
| **Total Shares Sold** | | | (129,000) |
| **Value of Shares Sold** | | | ($958,804.11) |
| **Net Cost** | | | $32,335.89 |
| **Shares Retained** | | | 30,000 |
| **Closing Price on 5/10/2019**** | | | $4.56 |
| **Estimated Value of Retained Shares as of 3/19/2019** | | | $136,800.00 |
| **Estimated (Gain)/Loss** | | | ($104,464.11) |

\* For purposes of this damage calculation, any shares purchased at a price higher than the offering price of $6.26 are valued at $6.26 per share. Any shares purchased for less than the offering price are valued at their purchase price.

\*\* Pursuant to 15 U.S.C. § 77k(e), retained shares are valued at the closing stock price on the date the initial federal complaint asserting claims under Section 11 - May 10, 2019.

\*\*\* Pursuant to 15 U.S.C. §77k(e), damges on shares retained through the filing of the initial federal complaint and then disposed of are valued by taking the difference of the purchase price less the higher of: (1) the price the shares were disposed of in the market following suit; or (2) the value of the shares as of the date of filing, based on the closing price of the stock on the date the initial federal complaint was filed.

### § 11 Loss Calculation
#### Losses of Henri A. Malka in NIO INC. (NIO)

| | |
|---|---|
| **Client Name** | Henri A. Malka |
| **Company Name** | NIO INC. |
| **Ticker Symbol** | NIO |
| **IPO Date** | 9/12/2018 |

#### Henri A. Malka

**Purchases**

| Date | Quantity | Price* | Funds Expended/(Received) |
|---|---|---|---|
| 2/28/2019 | 4,114 | $6.26000 | $25,753.64 |
| 2/28/2019 | 14,886 | $6.26000 | $93,186.36 |
| **Total Shares Purchased** | | | 19,000 |
| **Price Per Share in the Offering** | | | $6.260 |
| **Value of Shares at Purchase** | | | $118,940.00 |

**Sales**

| Date | Quantity | Price*** | Funds Expended/(Received) |
|---|---|---|---|
| 3/29/2019 | (19,000) | $4.97000 | ($94,430.00) |
| **Total Shares Sold** | | | (19,000) |
| **Value of Shares Sold** | | | ($94,430.00) |
| **Net Cost** | | | $24,510.00 |
| **Shares Retained** | | | 0 |
| **Closing Price on 5/10/2019**** | | | $4.56 |
| **Estimated Value of Retained Shares as of 3/19/2019** | | | $0.00 |
| **Estimated (Gain)/Loss** | | | $24,510.00 |

\* For purposes of this damage calculation, any shares purchased at a price higher than the offering price of $6.26 are valued at $6.26 per share. Any shares purchased for less than the offering price are valued at their purchase price.

\*\* Pursuant to 15 U.S.C. § 77k(e), retained shares are valued at the closing stock price on the date the initial federal complaint asserting claims under Section 11 - May 10, 2019.

\*\*\* Pursuant to 15 U.S.C. §77k(e), damges on shares retained through the filing of the initial federal complaint and then disposed of are valued by taking the difference of the purchase price less the higher of: (1) the price the shares were disposed of in the market following suit; or (2) the value of the shares as of the date of filing, based on the closing price of the stock on the date the initial federal complaint was filed.

### § 11 Loss Calculation
#### Losses of Raam Muthusamy in NIO INC. (NIO)

| | |
|---|---|
| **Client Name** | Raam Muthusamy |
| **Company Name** | NIO INC. |
| **Ticker Symbol** | NIO |
| **IPO Date** | 9/12/2018 |

#### Raam Muthusamy

**Purchases**

| Date | Quantity | Price* | Funds Expended/(Received) |
|---|---|---|---|

| Date | Quantity | Price | Funds Expended/(Received) |
|---|---|---|---|
| 9/17/2018 | 8,890 | $6.26000 | $55,651.40 |
| 9/17/2018 | 266 | $6.26000 | $1,665.16 |
| 9/17/2018 | 4 | $6.26000 | $25.04 |
| 9/28/2018 | 1,140 | $6.26000 | $7,136.40 |
| **Total Shares Purchased** | | | 10,300 |
| **Price Per Share in the Offering** | | | $6.260 |
| **Value of Shares at Purchase** | | | $64,478.00 |

| | Sales | | |
|---|---|---|---|
| **Date** | **Quantity** | **Price*** | **Funds Expended/(Received)** |
| **Total Shares Sold** | | | 0 |
| **Value of Shares Sold** | | | $0.00 |
| **Net Cost** | | | $64,478.00 |
| **Shares Retained** | | | 10,300 |
| **Closing Price on 5/10/2019**** | | | $4.56 |
| **Estimated Value of Retained Shares as of 3/19/2019** | | | $46,968.00 |
| **Estimated (Gain)/Loss** | | | $17,510.00 |

\* For purposes of this damage calculation, any shares purchased at a price higher than the offering price of $6.26 are valued at $6.26 per share. Any shares purchased for less than the offering price are valued at their purchase price.

\** Pursuant to 15 U.S.C. § 77k(e), retained shares are valued at the closing stock price on the date the initial federal complaint asserting claims under Section 11 - May 10, 2019.

\*** Pursuant to 15 U.S.C. §77k(e), damges on shares retained through the filing of the initial federal complaint and then disposed of are valued by taking the difference of the purchase price less the higher of: (1) the price the shares were disposed of in the market following suit; or (2) the value of the shares as of the date of filing, based on the closing price of the stock on the date the initial federal complaint was filed.

### § 11 Loss Calculation

Losses of Mark Mundy in NIO INC. (NIO)

| | |
|---|---|
| **Client Name** | Mark Mundy |
| **Company Name** | NIO INC. |
| **Ticker Symbol** | NIO |
| **IPO Date** | 9/12/2018 |

Mark Mundy

| | Purchases | | |
|---|---|---|---|
| **Date** | **Quantity** | **Price*** | **Funds Expended/(Received)** |
| 9/20/2018 | 100,000 | $6.26000 | $626,000.00 |
| 2/27/2019 | 100,000 | $6.26000 | $626,000.00 |
| **Total Shares Purchased** | | | 200,000 |
| **Price Per Share in the Offering** | | | $6.260 |
| **Value of Shares at Purchase** | | | $1,252,000.00 |

| | Sales | | |
|---|---|---|---|
| **Date** | **Quantity** | **Price*** | **Funds Expended/(Received)** |
| 10/11/2018 | (100,000) | $7.05000 | ($705,000.00) |
| 4/15/2019 | (100,000) | $4.96000 | ($496,000.00) |
| **Total Shares Sold** | | | (200,000) |
| **Value of Shares Sold** | | | ($1,201,000.00) |
| **Net Cost** | | | $51,000.00 |

| | |
|---|---|
| **Shares Retained** | 0 |
| **Closing Price on 5/10/2019**** | $4.56 |
| **Estimated Value of Retained Shares as of 3/19/2019** | $0.00 |
| **Estimated (Gain)/Loss** | $51,000.00 |

\* For purposes of this damage calculation, any shares purchased at a price higher than the offering price of $6.26 are valued at $6.26 per share. Any shares purchased for less than the offering price are valued at their purchase price.

\*\* Pursuant to 15 U.S.C. § 77k(e), retained shares are valued at the closing stock price on the date the initial federal complaint asserting claims under Section 11 - May 10, 2019.

\*\*\* Pursuant to 15 U.S.C. §77k(e), damges on shares retained through the filing of the initial federal complaint and then disposed of are valued by taking the difference of the purchase price less the higher of: (1) the price the shares were disposed of in the market following suit; or (2) the value of the shares as of the date of filing, based on the closing price of the stock on the date the initial federal complaint was filed.

### § 11 Loss Calculation
Losses of Emily Chou in NIO INC. (NIO)

| | |
|---|---|
| **Client Name** | Emily Chou |
| **Company Name** | NIO INC. |
| **Ticker Symbol** | NIO |
| **IPO Date** | 9/12/2018 |

Emily Chou

#### Purchases

| Date | Quantity | Price* | Funds Expended/(Received) |
|---|---|---|---|
| 2/26/2019 | 5,000 | $6.26000 | $31,300.00 |
| **Total Shares Purchased** | 5,000 | | |
| **Price Per Share in the Offering** | | | $6.260 |
| **Value of Shares at Purchase** | | | $31,300.00 |

#### Sales

| Date | Quantity | Price*** | Funds Expended/(Received) |
|---|---|---|---|
| **Total Shares Sold** | | | 0 |
| **Value of Shares Sold** | | | $0.00 |
| **Net Cost** | | | $31,300.00 |
| **Shares Retained** | | | 5,000 |
| **Closing Price on 5/10/2019**** | | | $4.56 |
| **Estimated Value of Retained Shares as of 3/19/2019** | | | $22,800.00 |
| **Estimated (Gain)/Loss** | | | $8,500.00 |

\* For purposes of this damage calculation, any shares purchased at a price higher than the offering price of $6.26 are valued at $6.26 per share. Any shares purchased for less than the offering price are valued at their purchase price.

\*\* Pursuant to 15 U.S.C. § 77k(e), retained shares are valued at the closing stock price on the date the initial federal complaint asserting claims under Section 11 - May 10, 2019.

\*\*\* Pursuant to 15 U.S.C. §77k(e), damges on shares retained through the filing of the initial federal complaint and then disposed of are valued by taking the difference of the purchase price less the higher of: (1) the price the shares were disposed of in the market following suit; or (2) the value of the shares as of the date of filing, based on the closing price of the stock on the date the initial federal complaint was filed.

#### Chou Group Totals

| Member | ADSs Purchased | Loss |
|---|---|---|
| Emily Chou | 5,000 | $8,500.00 |
| Xie Jian Feng | 18,933 | ($15,703.72) |
| **TOTAL:** | **23,933** | **($7,203.72)** |

**§ 11 Loss Calculation**

Losses of Xie Jian Feng in NIO INC. (NIO)

| | |
|---|---|
| **Client Name** | Xie Jian Feng |
| **Company Name** | NIO INC. |
| **Ticker Symbol** | NIO |
| **IPO Date** | 9/12/2018 |

Xie Jian Feng

**Purchases**

| Date | Quantity | Price* | Funds Expended/(Received) |
|---|---|---|---|
| 9/14/2018 | 18,933 | $6.26000 | $118,520.58 |
| **Total Shares Purchased** | | | 18,933 |
| **Price Per Share in the Offering** | | | $6.260 |
| **Value of Shares at Purchase** | | | $118,520.58 |

**Sales**

| Date | Quantity | Price*** | Funds Expended/(Received) |
|---|---|---|---|
| 3/7/2019 | (8,933) | $7.10000 | ($63,424.30) |
| 3/7/2019 | (10,000) | $7.08000 | ($70,800.00) |
| **Total Shares Sold** | | | (18,933) |
| **Value of Shares Sold** | | | ($134,224.30) |
| **Net Cost** | | | ($15,703.72) |
| **Shares Retained** | | | 0 |
| **Closing Price on 5/10/2019\*\*** | | | $4.56 |
| **Estimated Value of Retained Shares as of 3/19/2019** | | | $0.00 |
| **Estimated (Gain)/Loss** | | | ($15,703.72) |

\* For purposes of this damage calculation, any shares purchased at a price higher than the offering price of $6.26 are valued at $6.26 per share. Any shares purchased for less than the offering price are valued at their purchase price.

\*\* Pursuant to 15 U.S.C. § 77k(e), retained shares are valued at the closing stock price on the date the initial federal complaint asserting claims under Section 11 - May 10, 2019.

\*\*\* Pursuant to 15 U.S.C. §77k(e), damges on shares retained through the filing of the initial federal complaint and then disposed of are valued by taking the difference of the purchase price less the higher of: (1) the price the shares were disposed of in the market following suit; or (2) the value of the shares as of the date of filing, based on the closing price of the stock on the date the initial federal complaint was filed.