# Exhibit D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN TAN, Individually and On Behalf of All Others Similarly Situated, | Civil Action No.: 1:19-cv-01424-NCG |
| Plaintiff, | |
| v. | CLASS ACTION |
| NIO INC., BIN LI, and LOUIS T. HSIEH, | |
| Defendants. | |
| BABULAL TARAPARA, Individually and On Behalf of All Others Similarly Situated, | Civil Action No.: 1:19-cv-02777-ERK |
| Plaintiff, | |
| v. | CLASS ACTION |
| NIO INC., BIN LI, LOUIS T. HSIEH, LIHONG QIN, PADMASREE WARRIOR, TIAN CHENG, XIANG LI, HAI WU, YAQIN ZHANG, XIANPING ZHONG, ZHAOHUI LI, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, and WR SECURITIES, LLC, | |
| Defendants. | |

**SECOND JOINT DECLARATION OF THE NIO INVESTOR GROUP IN SUPPORT OF ITS MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

The NIO Investor Group declares as follows:

1.      We, Gary Leung, Stephen Pandur, David Ge, Erik De La Cruz, and Mario Castorena, respectfully submit this Second Joint Declaration in support of our Motion for Appointment as Lead Plaintiff.

2.      Following the filing of our motion for appointment as lead plaintiff on May 13, 2019, we received updates from our counsel as to the status of our motion and agreed to hold a call in advance of the filing of our opposition to competing motions to discuss the status of our motion, the motions filed by competing movants, and the progression of the lead plaintiff briefing.

3.      On May 24, 2019, a call was held with counsel from Levi & Korsinsky, LLP and Bragar Eagel & Squire, P.C. On this call we discussed the fact that we collectively claim the highest losses of any movant. We also discussed that opposing movant Mark Mundy was found guilty of bankruptcy fraud, a felony, and feel as though this evidence of inadequacy should prevent him from serving as a class representative in this action. Based on this and our understanding of the procedure for appointing a lead plaintiff, we feel we should be appointed as lead plaintiff.

4.      We understand that our opposition to competing motions for lead plaintiff will be filed on May 28, 2019 and that our reply will be due June 4, 2019. We remain committed to achieving the best possible recovery on behalf of the Class.

1

I, Gary Leung, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 28th day of May 2019.

_____

Gary Leung

2

3

I, Stephen Pandur, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 27th day of May 2019.

_____
Stephen Pandur

3

I, David Ge, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 25th day of May 2019.

David Ge
_____
David Ge

I, Erik De La Cruz, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 24th day of May 2019.

_____
Erik De La Cruz

6

I, Mario Castorena, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 24th day of May 2019.

_____
Mario Castorena

6