**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN TAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NIO INC., BIN LI, and LOUIS T. HSIEH,<br><br>Defendants. | **CASE No.: 1:19-cv-01424-NGG-VMS**<br><br>**NOTICE OF FILING OF NOTICE OF ERRATA, DKT. # 47 IN SIDOLI V. NIO INC. ET AL., CASE NO. 3:19-CV-01320 (N.D. CAL.)**<br><br>**CLASS ACTION** |

[Caption continues on following page]

|  | CASE No.: **1:19-cv-02777** |
| --- | --- |
| BABULAL TARAPARA, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NIO INC., BIN LI, LOUIS T. HSIEH, LIHONG QIN, PADMASREE WARRIOR, TIAN CHENG, XIANG LI, HAI WU, YAQIN ZHANG, XIANPING ZHONG, ZHAOHUI LI, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, and WR SECURITIES, LLC,<br><br>    Defendants. | **CLASS ACTION** |

PLEASE TAKE NOTICE that, on May 29, 2019, Lead Plaintiff Movant Mark Mundy filed a Notice of Errata Re: Dkt. # 27 to his Motion to Consolidate Related Actions, Appoint Lead Plaintiff, and Approve Selection of Lead Counsel in the United States District Court for the Northern District of California --- where two related class actions were filed, *Sidoli v. NIO Inc., et al.*, Case No. 3:19-CV-01320 (N.D. Cal.) and *Jeon v. NIO Inc., et al.*, Case No. 3:19-cv-01644 (N.D. Cal.).

On May 6, 2019, defendants in the two actions filed a motion to transfer the cases to the Eastern District of New York. On May 22, 2019, the cases were ordered transferred to the Eastern District of New York. A copy of the filing is attached hereto as Exhibit 1.

1

Dated: May 29, 2019                    Respectfully submitted,

                                       **THE ROSEN LAW FIRM, P.A.**

                                       /s/ Phillip Kim
                                       Phillip Kim, Esq. (PK 9384)
                                       Laurence M. Rosen, Esq. (LR 5733)
                                       275 Madison Avenue, 34th Floor
                                       New York, New York 10016
                                       Telephone: (212) 686-1060
                                       Fax: (212) 202-3827
                                       Email: pkim@rosenlegal.com
                                       Email: lrosen@rosenlegal.com

                                       *[Proposed] Lead Counsel for Plaintiff and Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May 2019, a true and correct copy of the foregoing **NOTICE OF FILING OF NOTICE OF ERRATA, DKT. # 47 IN SIDOLI V. NIO INC. ET AL., CASE NO. 3:19-CV-01320 (N.D. CAL.)** was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Phillip Kim_____

3