**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN TAN, Individually and On Behalf of All Others Similarly Situated, | Civil Action No.: 1:19-cv-01424 |
| Plaintiff, | |
| v. | |
| NIO INC., BIN LI, and LOUIS T. HSIEH, | CLASS ACTION |
| Defendants. | |
| BABULAL TARAPARA, Individually and On Behalf of All Others Similarly Situated, | Civil Action No.: 1:19-cv-02777 |
| Plaintiff, | |
| v. | |
| NIO INC., BIN LI, LOUIS T. HSIEH, LIHONG QIN, PADMASREE WARRIOR, TIAN CHENG, XIANG LI, HAI WU, YAQIN ZHANG, XIANPING ZHONG, ZHAOHUI LI, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, and WR SECURITIES, LLC, | CLASS ACTION |
| Defendants. | |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF THE NIO INVESTOR GROUP'S REPLY MEMORANDUM OF LAW IN RESPONSE TO MOVANT MARK MUNDY'S OPPOSITION AND IN FURTHER SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND SELECTION OF COUNSEL**

I, Shannon L. Hopkins, declare as follows:

1.    I am a partner of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky"), and proposed Co-Lead Counsel for Lead Plaintiff Movants Gary Leung, Stephen Pandur, David Ge, Erik De La Cruz, and Mario Castorena (collectively, the "NIO Investor Group" or "Movant") in the above-captioned actions (the "Actions"). I submit this Declaration in support of Movant's Reply Memorandum of Law in Response to Competing Movant Mark Mundy's Opposition.

2.    Attached hereto as Exhibit A are true and correct copies of redacted trade statements from Mr. De La Cruz demonstrating the following purchases: (1) 18,100 shares of NIO Inc., at $11.82/share on September 17, 2018; and (2) 1,000 shares of NIO Inc. at $5.99/share on December 27, 2018.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge. Executed this 4th day of June, 2019 at Stamford, Connecticut.

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins

**CERTIFICATE OF SERVICE**

I, Shannon L. Hopkins, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 4th day of June, 2019.

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins

3