# Exhibit A

September 2018



Erik C De La Cruz

September  2018



Erik C De La Cruz

September 2018

| | | | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | | █████████████████████ | ████ | ████ | ████ |
| ██ | █████ | █████████████████ | ████ | ████ | ████ |
| 9/17 | Purchased | NIO INC SHS A SPONSORED AMERICAN DEP SHS REPR 1 SH A ORD SH ISIN#US62914V1061 UNSOLICITED ORDER AVERAGE UNIT PRICE TRANSACTION YOUR BROKER ACTED AS AGENT | 18,100.0000 | 11.8195 | -213,943.84 |

September 2018



Erik C De La Cruz

December  2018



Erik C De La Cruz

December  2018



Erik C De La Cruz

| | | | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 12/27 | Purchased | NIO INC SHS A SPONSORED AMERICAN DEP SHS REPR 1 SH A ORD SH ISIN#US62914V1061 UNSOLICITED ORDER | 1,000.0000 | 5.9868 | -$5,996.75 |

December 2018

January - December 2018



January - December 2018



