# EXHIBIT B

**Loss Chart**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Company Name** | NIO Inc. | | | | | |
| **Ticker Symbol** | NIO Inc. | | | **LIFO Loss** | **($20,398.17)** | |
| **Client Name** | Stephen Pandur | | | | | |
| **Class Period Start** | 09/12/2018 | | | | | |
| **Class Period End** | 03/05/2019 | | | | | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 02/27/2019 | 27,000 | $9.95 | ($268,650.00) | | | ($268,650.00) |
| 02/27/2019 | -27,000 | | | $10.06 | $271,620.00 | $271,620.00 |
| 02/28/2019 | 1,100 | $9.50 | ($10,450.00) | | | ($10,450.00) |
| 03/01/2019 | 27,000 | $9.80 | ($264,600.00) | | | ($264,600.00) |
| 03/01/2019 | -28,100 | | | $9.99 | $280,719.00 | $280,719.00 |
| 03/05/2019* | 30,000 | $9.50 | ($285,000.00) | | | ($285,000.00) |
| 03/06/2019** | -10,000 | | | $8.52 | $85,200.00 | $85,200.00 |
| 03/06/2019** | -2,000 | | | $8.52 | $17,040.00 | $17,040.00 |
| 03/06/2019** | -8,000 | | | $8.51 | $68,080.00 | $68,080.00 |
| 03/06/2019** | -100 | | | $8.58 | $857.89 | $857.89 |
| 03/06/2019** | -700 | | | $8.58 | $6,002.85 | $6,002.85 |
| 03/06/2019** | -600 | | | $8.58 | $5,146.14 | $5,146.14 |
| 03/06/2019** | -1,000 | | | $8.58 | $8,575.00 | $8,575.00 |
| 03/06/2019** | -500 | | | $8.57 | $4,284.95 | $4,284.95 |
| 03/06/2019** | -7,100 | | | $8.56 | $60,776.00 | $60,776.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | **Subtotal** | ($20,398.17) |
| **Shares Remaining** | 0 | **90-Day Average Price** | | **90-Day Average** | $0.00 |
| | | $5.3300 | | **Total** | **($20,398.17)** |

*After hours trade

** Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.