UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
                                    :     19-cv-1424 (NGG) (VMS)
                                      :

*In re NIO, Inc. Securities Litigation*      :    **Oral Argument Requested**
                                      :
                                      :

---------------------------------------------------------- x

## DECLARATION OF ROBERT A. FUMERTON
## IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS
## THE SECOND AMENDED CLASS ACTION COMPLAINT

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants NIO, Inc. ("NIO") and Padmasree Warrior in this action.

2.      I respectfully submit this declaration in support of Defendants' Joint Motion to Dismiss, filed concurrently herewith, and to transmit true and correct copies of the following documents:

Exhibit A....................NIO's Prospectus filed on Form 424(b)(4) (September 12, 2018)

Exhibit B ....................*NIO complete vehicle base will be relocated to Waigang Town*, Shanghai Jiading Government Website (January 19, 2018), www.jiading.gov.cn/jzpd/jzxx/wgz/content_473801 (certified translation)

Exhibit C ....................*The environmental protection bureau window makes full efforts to advance the environmental assessment of major project NIO*, Shanghai Jiading Government Website (January 5, 2018), www.jiading.gov.cn/xzfw/gzdt/content_470404 (certified translation)

Exhibit D....................Announcement about the environmental impact assessment of the construction project of NIO pure electric passenger vehicles production base (certified translation)

Exhibit E .....................NIO Co., Ltd. Jiading Newly Constructed Factory Project, http://www.gongcheng168.cn/showinfo-64-414904-1.html9/ (certified translation)

Exhibit F.....................NIO's Unaudited Fourth Quarter and Full Year 2018 Financial Results, filed on Form 6-K (March 6, 2019)

Exhibit G.....................Transcript of  NIO's Fourth Quarter 2018 Earnings Call (March 6, 2019)

Exhibit H.....................NIO's Historical Stock Price (September 12, 2018 to March 6, 2019)

Exhibit I .....................Daniel Shane, *Chinese Tesla rival Nio warns of weak SUV demand and scraps factor plans*, CNN Business (March 6, 2019, 9:53 AM), https://www.cnn.com/2019/03/06/business/nio-china-electric-cars-stock/index.html

Exhibit J .....................Jane Zhang & Sarah Dai, *Chinese electric vehicle maker Nio scraps Shanghai factory plan after losses double to US $1.4 billion*, South China Morning Post (March 6, 2019, 1:40 PM), https://www.scmp.com/print/tech/article/2188833/chinese-electric-vehicle-maker-nio-scraps-shanghai-factory-plan-after-losses

Exhibit K.....................Mark Kane, *NIO Terminates Plan For Shanghai Manufacturing Plant*, InsideEVs.com (March 6, 2019, 10:15 AM), https://insideevs.com/news/343203/nio-terminates-plan-for-shanghai-manufacturing-plant/

Exhibit L .....................Deutsche Bank Research, *NIO Company Update: Reality check amid steep share price correction* (March 19, 2019)

Exhibit M ....................Shanghai Jiawei Automobile Parts Co., Ltd. Bidding Website, https://www.bidcenter.com.cn/newssearchyz-47280362.html (certified translation)

Exhibit N.....................*Construction, n.*, Oxford English Dictionary (2020)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2020, in New York, New York.

/s/ Robert A. Fumerton
Robert A. Fumerton

2