# Exhibit C

# LIONBRIDGE

STATE OF NEW YORK          )
                          )
                          )          ss
                          )
COUNTY OF NEW YORK         )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached notice "The environmental

protection bureau window makes full efforts to advance the environmental assessment of major

project NIO."

_____

Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me

this 14th day of October, 2020.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

_____

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

5/29/2020

**The environmental protection bureau window makes full efforts to advance the environmental assessment of major project NIO_work trend_Jiading administrative service**

**Shanghai Jiading**
www.jiading.gov.cn
Neighborhood channel

# Shanghai Jiading District Administrative Service Center



| Homepage | Online office | Work trend | Notices & Announcements | Information disclosure | CPC Building window | Investigation solicitation |

**Notices & Announcements:** approval list of the health commission in February 2020   Approval list of the health commission in January 2020
Please input search keywords

**Your current location:** homepage>> work trend >> main text

### The environmental protection bureau window makes full efforts to advance the environmental assessment of major project NIO

Release time: January 5, 2018      Clicks: 997

On January 2, Waigang New Energy Industrial Base, NIO Vehicles and Huanke Environmental Assessment Consulting Co., Ltd. came to the environmental protection window section for coordination of the NIO environmental assessment. Both parties communicated thoroughly in aspects of factory construction, plan design, environmental assessment formulation and approval, so as to advance vigorously the construction of the project within the shortest time at the fastest speed. The environmental protection window will facilitate communication and guidance in technology and approval to make all-out efforts to press ahead the construction of NIO project.

Previous: CCYL members of the Shanghai Landscaping & City Appearance Administrative Bureau attended the organizational meeting themed "practicing new ideas and embracing new era" held by the central CCYL committee      01/2018

Next:    Daily supply of 620,000 tons of quality water! The raw water of Jiading running water is all supplied by Chenxing Reservoir!      01/2018

CPC Shanghai Jiading District Committee Shanghai Jiading District People's Government    Copyright reserved    Site map

H. G.W.A.B. No. 31011402003717    ICP record No.: H. ICP. B. 13001862-1    Site identifier: 3101140038
Shanghai Jiading District Administrative Service Center    organizer and sponsor
Contact: 69989554





**Government website**
**Find errors**

Case 1:19-cv-01424-NGG-JRC　Document 70-3　Filed 12/04/20　Page 5 of 5 PageID #: 1477



# 上海市嘉定区行政服务中心



| 首页 | 一网通办 | 工作动态 | 通知公告 | 信息公开 | 党建之窗 | 调查征集 |
|------|----------|----------|----------|----------|----------|----------|

**通知公告：**　　2020年2月份卫健委窗口审批通过名单　　2020年1月卫健委窗口审批通过名单　　　　　　请输入搜索关键字

您现在的位置：首页 >> 工作动态 >> 正文

## 环保局窗口全力推进重大项目蔚来汽车的环评事宜

发布时间：2018-01-05　　点击数：　997　次

　　1月2日，外冈新能源产业基地、蔚来汽车和环科环境评估咨询有限公司前来环保窗口项目科对接蔚来汽车环评事宜。双方就厂房建设、方案设计、环评编制及其审批等方面做了充分沟通，力求在最短的时间内以最快的速度全力推进项目的建设。环保窗口将一如既往，做好技术和审批上的沟通指导工作，全力以赴推进蔚来汽车项目的建设。

上一篇：绿化市容局窗口团员参加中心团委召开的"践行新思想，拥抱新时代"组织生活会　　　　　　　　　　[ 2018-01-

下一篇：日供应62万吨优质水！嘉定自来水原水实现全部由陈行水库供应！　　　　　　　　　　　　　　　[ 2018-01-

中共上海市嘉定区委员会 上海市嘉定区人民政府 版权所有　网站地图

沪公网安备 31011402003717号　ICP备案号：沪ICP备13001862-1　网站标识码：3101140038

上海市嘉定区行政服务中心 主管主办 联系方式：69989554




Case 1:19-cv-01424-NGG-JRC　Document 70-3　Filed 12/04/20　Page 5 of 5 PageID #: 1477

# 上海市嘉定区行政服务中心