# Exhibit D

# LIONBRIDGE

STATE OF NEW YORK     )
                                  )
                                  )      ss
                                  )
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the attached "Announcement about the environmental impact assessment of the construction project of NIO pure electric passenger vehicles production base."

_____

Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me

this __14th__ day of __October__ , 20 __20__ .

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

_____

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

**Announcement about the environmental impact assessment of the construction project of NIO pure electric passenger vehicles production base**

Publishing unit: Shanghai Huanke Environmental Evaluation Consulting Co., Ltd.
Publishing date: May 2, 2018

## 1. Instructions

   Shanghai Huanke Environmental Evaluation Consulting Co., Ltd. is entrusted by NIO Co., Ltd. to conduct an assessment on the environmental impact of "NIO pure electric passenger vehicles production base construction project." In accordance with the regulations and provisions of the state and Shanghai municipality, the information is released for the first time to the public.



   NIO Co., Ltd., and Shanghai Huanke Environmental Evaluation Consulting Co., Ltd. are responsible for the authenticity of the information published at this stage. Along with the implementation progress of the project and environmental assessment, the proprietor will improve or adjust relevant information.

## 2. Summary of the construction project

   (1) Project name: NIO pure electric passenger vehicles production base construction project
   (2) Project site: In lot 1705, 1706 and 1707, Waigang, Jiading district, Shanghai
   (3) Industry that the project belongs to: C3612 new energy vehicle complete vehicle manufacturing
   (4) Contents of the project: This project plans to rent the manufacturing plants in lot 1705, 1706 and 1707, Waigang, Jiading district, newly constructed new energy vehicle complete vehicle manufacturing project and corresponding supporting accessory and utility engineering. It mainly covers bodywork parts punching, welding, coating and energy storage system production, new energy vehicle assembly, with the annual production of complete pure electric vehicles about 150,000 units.

蔚来纯电动乘用车生产基地建设项目环境影响评价公示

发布单位：上海环科环境评估咨询有限公司

发布日期：2018年05月02日

## 1、说明

上海环科环境评估咨询有限公司受上海蔚来汽车有限公司委托，对"蔚来纯电动乘用车生产基地建设项目"进行环境影响评价。现根据国家及上海市法规及规定，向公众进行第一次信息发布。

上海蔚来汽车有限公司、上海环科环境评估咨询有限公司对现阶段所发布信息的真实性负责。随着项目实施进程及环评工作的开展，业主将完善或调整相关信息。

## 2、建设项目概要

（1）项目名称：蔚来纯电动乘用车生产基地建设项目

（2）项目地点：上海市嘉定区外冈1705地块、1706地块、1707地块内

（3）项目所属行业：C3612 新能源车整车制造

（4）项目内容：本项目拟租赁上海嘉定区外冈1705、1706和1707地块内的生产厂房，新建新能源汽车整车生产项目，并配套的相应的辅助及公用工程。主要包括车身件冲压、焊接、涂装，能量储存系统生产，新能源汽车总装，年生产纯电动车整车约15万台。