# Exhibit E

# LIONBRIDGE

STATE OF NEW YORK ) )
) ss
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached project information of the NIO

Co., Ltd. Jiading Newly Constructed Factory Project.

_____
Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me

this 14th day of October, 20 20.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

_____

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

NIO Co., Ltd. Jiading Newly Constructed Factory                                    Page 1 of 3
Project_ contact mobile, telephone_chinabidders.com/

Current location: Engineering information network>> Shanghai

## NIO Co., Ltd. Jiading Newly Constructed Factory Project

| | |
|---|---|
| Proposed project under construction: | Project information: With a land area of ****** m$^2$ and construction area of ******m$^2$, this project includes an electric vehicle parts and components manufacturing workshop*supported by corresponding auxiliary and utility engineering*bodywork punching workshop*welding workshop*coating workshop*energy storage system |
| Materials used in the project: | Equipment that may be used: office furniture, office chairs, power transmission and distribution and control equipment, transformers, rectifiers, inductors, alarms, elevators, power equipment, electrical equipment, smoke prevention and exhaustion, dust removal and harmful gas emission equipment, air conditioners, ventilation equipment, building intercom system, access control management system, community rain and drainage, reclaimed water treatment equipment, lighting intelligence control system, intelligent system integration, signs, LED, automatic door and sensor system, security system, fire control and alarm, sewage processing equipment, cooling tower, vacuum pump/ drainage pump/sewage removal pump, press and hydraulic machine, hydraulic and pneumatic power machine |
| | Materials that may be used: curtain wall materials, anti-corrosion materials, thermal insulation materials, fireproof materials, waterproof materials, power cables, power distribution devices, communication optical cables, lightning protection grounding, partitions, sanitary ware, floors, carpets, anti-theft doors, fireproof doors, civil air defense doors, steel and rebar, scaffolding, membrane structures, integrated wiring, landscaping, greening, nursery stocks, sculptures, lighting, illumination, lamps, terraces, concrete, cement, sand and gravel, admixtures, underground comprehensive pipe rack, adorning materials, decoration materials, valves, instruments and pipes, grouting materials, special cement, modified asphalt, heavy-duty asphalt, emulsified asphalt, miner powder, modification agent, steel structure …… (due to the wide variety of equipment and materials required for the project, not all of them are listed, and the specific information is subject to the verified actual situation of the project) |
| Time of update: | September 12, 2018    08:42:27 |
| City where the project is located: | Shanghai |
| Stage of the project: | Main work construction |
| Industry which the project belongs to: | Industrial construction, administrative office |
| Time for commencement of construction: | **** |
| Time for completion of construction: | **** |
| Amount of the project: | **** |
| Number of floors of the construction: | Not determined |
| Occupied area: | 533333 m$^2$ |
| Construction area: | 99007m$^2$ |

http://www.gongcheng168.cn/showinfo-64-414904-1.html 9/                                    9/30/2020

NIO Co., Ltd. Jiading Newly Constructed Factory                Page 2 of 3
Project_ contact mobile, telephone_chinabidders.com/

| | |
|---|---|
| Type of project: | Newly constructed |
| Type of proprietor: | Business |
| Address of the engineering project: | Jiading District, Shanghai |

Detailed contact of the project:

Proprietor – project department      Unit: NIO Co., Ltd.

Name: ***Mr.-Qi- ***

Tel: 1***

Mobile: ***

Email: ***

Proprietor – environmental protection department      Unit: NIO Co., Ltd.

Name: ***Mr.-- ***

Tel:0 ***

Mobile: ***

Email: fen ***

Proprietor– manager- planning and construction department      Unit: Shanghai International Automobile City

Name: ***Mr.-Min- responsible for field leveling***

Tel: 1***

Email: ***

Design unit – person in charge of equipment- process designer      Unit: Automotive Engineering Corporation (former Ministry of Machine-Building Industry fourth and fifth design

Name: ***Mr.-Jie- responsible for the coating workshop***

Tel: 1***

Mobile: ***

Email: 598***

**VIP membership RMB 399/promotion price ... <u>register as a member in 10 seconds</u>**

| | |
|---|---|
| Previous | Jiangxi Gaodeng Middle School (expansion) project |
| Next | Qiukui Science and Technology Park project in economic and technological development zone of Ganzhou in Jiangxi |

NIO Co., Ltd. Jiading Newly Constructed Factory                                      Page 3 of 3
Project_ contact mobile, telephone_chinabidders.com/

**National substation**

| | | | |
|---|---|---|---|
| Beijing Project | Shanghai Project | Jiangsu Project | Hebei Project |
| Tianjin Project | Liaoning Project | Henan Project | Chongqing Project |
| Fujian Project | Sichuan Project | Shandong Project | Zhejiang Project |
| Anhui Project | Hubei Project | Hunan Project | Guangdong Project |
| Guizhou Project | Yunnan Project | Jilin Project | Heilongjiang Project |

**Shanghai Engineering Information**

·Villager service center project, Xinghuo Village, Jinshanwei Town, Jinshan District, Shanghai

·Standard factory of C09-04 plot, port heavy equipment industrial zone, Pudong new area, Shanghai (integrated circuit comprehensive industrial park)

· (Shanghai) Shanghai Cetron Network Technology Co., Ltd. Baoshan Discovery Big Data Center Project

·China Unicom Shanghai Branch Waigaoqiao Cloud Base Guangxun Data Center Project

·Decoration project of the second computer room of the linear accelerator in Ruijin Hospital, Shanghai Jiaotong University School of Medicine

·A05-03 plot standard factory building project in Port Heavy Equipment Industrial Zone, Pudong New Area, Shanghai (Intelligent New Energy Automobile Industrial Park)

Related keywords **Jiading Project    Shanghai Project    Factory Project    Automotive Engineering NIO Project**

Beijing Industrial Enterprise Alliance Cultural Communication Co., Ltd. Beijing ICP No. 17064819
Project query-Baidu (Chinabidders.com Engineering Information) www.gongcheng168.cn

Case 1:19-cv-01424-NGG-JRC　　Document 70-5　　Filed 12/04/20　　Page 7 of 9 PageID #: 1489

当前位置: 　工程信息网 >> 上海市

## 上海蔚来汽车有限公司嘉定新建工厂项目

| | |
|---|---|
| 拟在建项目： | 工程信息：该项目占地面积为***,***平方米,建筑面积约**,***平方米,包括:*电动汽车零部件生产厂房*配套相应的辅助及公用工程*车身件冲压车间*焊接车间*涂装车间*能量储存系统 |
| 项目用材： | 可能用到的设备：办公家具、办公座椅、输配电及控制设备、变压器、整流器、电感器、报警器、电梯、电力设备、电气设备、防排烟、除尘及有害气体排放设备、空调、通风设备、楼宇对讲系统、门禁管理系统、小区雨污水、中水处理设备、照明智能控制系统、智能化系统集成、标志牌、LED、自动门及感应系统、安防系统、消防火警、污水处理设备、冷却塔、真空泵 抽放泵 排污泵、压力机 液压机、液压和气压动力机械 可能用到的材料：幕墙材料、防腐材料、保温材料、防火材料、防水材料、电力电缆、配电装置、通信光缆、防雷接地、隔断、洁具、地板、地毯、防盗门、防火门、人防门、钢材钢筋、脚手架、膜结构、综合布线、园林、绿化、苗木、雕塑、照明、亮化、灯具、地坪、混凝土、水泥、砂石、外加剂、地下综合管廊、装饰材料、装修材料、阀门、仪表及管材、灌浆料、特种水泥、改性沥青、重交沥青、乳化沥青、矿粉、改型剂、钢结构 ……（因项目所需设备及材料种类繁多，未能一一列出，具体以项目实际情况核实为准） |

| | |
|---|---|
| 更新时间： | 2018-09-12 08:42:27 |
| 项目所在城市： | 上海市 |
| 工程阶段： | 主体施工 |
| 项目所属行业： | 工业建筑,行政办公 |
| 项目开工时间： | **** |
| 项目竣工时间： | **** |
| 工程金额： | **** |
| 建筑层数： | 暂未确定 |
| 占地面积： | 533333 ㎡ |
| 建筑面积： | 99007 ㎡ |

Case 1:19-cv-01424-NGG-JRC    Document 70-5    Filed 12/04/20    Page 8 of 9 PageID #: 1490

项目类型： 新建

业主类型： 商业

工程项目地址： 上海市嘉定区...

**业主单位-项目部** 单位：上海蔚来汽车有限公司

名字：***琦-先生-***

电话:1***

手机:***

邮箱:***

**业主单位-环保部** 单位：上海蔚来汽车有限公司

名字：***-先生-***

电话:0***

手机:***

邮箱:fen***

项目详细联系人：

**业主单位-经理-规划建设部** 单位：上海国际汽车城产业发展有限公司

名字：***民-先生-负责场地平整等***

电话:1***

手机:***

邮箱:***

**设计单位-设备负责人--工艺设计师** 单位：汽车工业工程有限公司 (原机械工业部第四、第五设计

名字：***杰-先生-负责涂装车间等***

电话:1***

手机:***

邮箱:598***

### 《VIP会员399元/活动价》 ... 10秒注册会员

上一条　　　晋江市高登中学(扩建)项目

下一条　　　江西赣州市经济技术开发区秋葵科技园项目

Case 1:19-cv-01424-NGG-JRC    Document 70-5    Filed 12/04/20    Page 9 of 9 PageID #: 1491

**全国分站**

| | | | |
|---|---|---|---|
| 北京工程 | 上海工程 | 江苏工程 | 河北工程 |
| 天津工程 | 辽宁工程 | 河南工程 | 重庆工程 |
| 福建工程 | 四川工程 | 山东工程 | 浙江工程 |
| 安徽工程 | 湖北工程 | 湖南工程 | 广东工程 |
| 贵州工程 | 云南工程 | 吉林工程 | 黑龙江工程 |

**上海工程信息**

·上海市金山区金山卫镇星火村为民综合服务中心工程

·上海市浦东新区临港重装备产业区C09-04地块标准厂房(集成电路综合产业园)工程

·（上海）上海中传网络技术股份有限公司宝山探索发现大数据中心工程

·中国联合网络通信集团有限公司上海市分公司外高桥云基地广巽数据中心工程

·上海交通大学医学院附属瑞金医院放疗科直线加速器第二机房装饰装修工程

·上海市浦东新区临港重装备产业区A05-03地块标准厂房工程(智能新能源汽车产业园)

相关关键词     **嘉定工程 上海工程 工厂工程 项目工程 汽车工程 蔚来工程**

**北京工企联盟文化传播有限公司 京ICP备17064819号**
**查询工程项目－百度一下（中标网工程信息） www.gongcheng168.cn**