# Exhibit H



Home    Mail    News    Finance    Sports    Entertainment    Search    Mobile    More...

**yahoo! finance**

Search for news, symbols or companies

Sign in    Mail

Finance Home    2020 Election    Watchlists    My Portfolio    Screeners    Premium 🔒    Markets    News    •••    🔒 Premium - Try it free

(•) U.S. markets close in 3 hours 56 minutes

| S&P 500 | Dow 30 | Nasdaq | Russell 2000 |
|---|---|---|---|
| 3,502.32 | 28,738.19 | 11,758.68 | 1,644.91 |
| +18.98 (+0.54%) | +243.99 (+0.86%) | +44.81 (+0.38%) | +6.02 (+0.37%) |

‹  ›

## NIO Limited (NIO)

NYSE - Nasdaq Real Time Price. Currency in USD

☆ Add to watchlist    👥 2W ↑  10W ↑  9M ↑

Quote Lookup

### 28.27  +0.20 (+0.73%)

As of 12:03PM EDT. Market open.

Summary    Company Outlook 🔒    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability

Time Period: Oct 16, 2019 - Mar 06, 2019 ⌄    Show: Historical Prices ⌄

Frequency: Daily ⌄    Apply

Currency in USD    ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Mar 06, 2019 | 8.26 | 8.72 | 8.00 | 8.01 | 8.01 | 73,522,700 |
| Mar 05, 2019 | 9.80 | 10.63 | 9.70 | 10.16 | 10.16 | 53,680,800 |
| Mar 04, 2019 | 10.32 | 10.37 | 9.15 | 9.78 | 9.78 | 43,753,300 |
| Mar 01, 2019 | 9.82 | 10.20 | 9.73 | 10.06 | 10.06 | 32,409,400 |
| Feb 28, 2019 | 9.85 | 9.93 | 9.46 | 9.57 | 9.57 | 26,506,000 |
| Feb 27, 2019 | 10.15 | 10.25 | 9.33 | 9.85 | 9.85 | 53,234,300 |
| Feb 26, 2019 | 9.16 | 10.64 | 8.82 | 9.79 | 9.79 | 106,022,600 |
| Feb 25, 2019 | 9.04 | 9.09 | 8.60 | 9.00 | 9.00 | 52,424,200 |
| Feb 22, 2019 | 7.92 | 8.22 | 7.75 | 8.17 | 8.17 | 26,600,400 |
| Feb 21, 2019 | 7.70 | 7.73 | 7.43 | 7.64 | 7.64 | 8,060,100 |
| Feb 20, 2019 | 7.26 | 7.77 | 7.26 | 7.62 | 7.62 | 21,495,700 |



yahoo! finance PREMIUM

Trade like it's not your first rodeo

Try it free*

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **NKLA** Nikola Corporation | 19.94 | -3.36 | -14.42% |
| **WKHS** Workhorse Group, Inc. | 22.84 | +0.54 | +2.44% |
| **ZM** Zoom Video Communications, Inc. | 561.16 | +24.76 | +4.62% |
| **MRNA** Moderna, Inc. | 74.34 | -1.24 | -1.64% |
| **SPCE** Virgin Galactic Holdings, Inc. | 22.78 | +1.14 | +5.26% |

| Date | | | | | | Volume |
|---|---|---|---|---|---|---|
| Feb 19, 2019 | 7.40 | 7.43 | 7.21 | 7.26 | 7.26 | 9,974,700 |
| Feb 15, 2019 | 7.55 | 7.64 | 7.26 | 7.41 | 7.41 | 15,620,200 |
| Feb 14, 2019 | 7.70 | 7.78 | 7.42 | 7.48 | 7.48 | 14,728,300 |
| Feb 13, 2019 | 7.52 | 7.68 | 7.39 | 7.49 | 7.49 | 10,867,800 |
| Feb 12, 2019 | 7.35 | 7.57 | 7.14 | 7.44 | 7.44 | 13,264,100 |
| Feb 11, 2019 | 7.67 | 7.77 | 7.38 | 7.46 | 7.46 | 9,750,700 |
| Feb 08, 2019 | 8.00 | 8.00 | 7.28 | 7.67 | 7.67 | 21,709,300 |
| Feb 07, 2019 | 8.28 | 8.37 | 7.80 | 8.04 | 8.04 | 23,198,200 |
| Feb 06, 2019 | 7.95 | 8.59 | 7.83 | 8.40 | 8.40 | 33,404,700 |
| Feb 05, 2019 | 7.71 | 7.96 | 7.61 | 7.88 | 7.88 | 9,029,900 |
| Feb 04, 2019 | 7.96 | 7.98 | 7.74 | 7.85 | 7.85 | 8,585,300 |
| Feb 01, 2019 | 7.85 | 8.11 | 7.68 | 7.90 | 7.90 | 20,788,800 |
| Jan 31, 2019 | 7.40 | 7.89 | 7.40 | 7.88 | 7.88 | 21,233,900 |
| Jan 30, 2019 | 6.94 | 7.55 | 6.92 | 7.46 | 7.46 | 28,775,000 |
| Jan 29, 2019 | 6.68 | 6.97 | 6.64 | 6.94 | 6.94 | 14,200,100 |
| Jan 28, 2019 | 6.56 | 6.68 | 6.48 | 6.67 | 6.67 | 5,111,000 |
| Jan 25, 2019 | 6.65 | 6.78 | 6.60 | 6.65 | 6.65 | 6,723,600 |
| Jan 24, 2019 | 6.47 | 6.75 | 6.47 | 6.58 | 6.58 | 5,920,000 |
| Jan 23, 2019 | 6.63 | 6.79 | 6.47 | 6.55 | 6.55 | 5,686,000 |
| Jan 22, 2019 | 6.63 | 6.67 | 6.51 | 6.57 | 6.57 | 6,379,600 |
| Jan 18, 2019 | 6.89 | 6.91 | 6.68 | 6.71 | 6.71 | 9,240,900 |
| Jan 17, 2019 | 6.70 | 6.88 | 6.53 | 6.81 | 6.81 | 8,508,900 |
| Jan 16, 2019 | 6.80 | 6.90 | 6.68 | 6.71 | 6.71 | 6,941,200 |
| Jan 15, 2019 | 6.85 | 7.07 | 6.75 | 6.82 | 6.82 | 12,633,000 |
| Jan 14, 2019 | 6.51 | 7.15 | 6.37 | 6.80 | 6.80 | 19,454,100 |
| Jan 11, 2019 | 6.50 | 6.62 | 6.48 | 6.59 | 6.59 | 6,902,300 |
| Jan 10, 2019 | 6.63 | 6.73 | 6.41 | 6.66 | 6.66 | 11,221,100 |
| Jan 09, 2019 | 6.41 | 6.69 | 6.35 | 6.63 | 6.63 | 11,489,900 |
| Jan 08, 2019 | 6.57 | 6.58 | 6.17 | 6.40 | 6.40 | 9,603,800 |
| Jan 07, 2019 | 6.41 | 6.59 | 6.31 | 6.50 | 6.50 | 9,709,000 |
| Jan 04, 2019 | 6.19 | 6.40 | 6.13 | 6.36 | 6.36 | 9,405,600 |
| Jan 03, 2019 | 6.10 | 6.15 | 6.02 | 6.05 | 6.05 | 7,562,900 |
| Jan 02, 2019 | 6.13 | 6.24 | 6.00 | 6.20 | 6.20 | 8,823,600 |
| Dec 31, 2018 | 6.56 | 6.57 | 6.21 | 6.37 | 6.37 | 8,667,400 |
| Dec 28, 2018 | 6.50 | 6.56 | 6.30 | 6.47 | 6.47 | 7,996,500 |

Advertise With Us

© 2020 Verizon Media. All rights reserved.
Data Disclaimer  Help  Suggestions
Privacy Dashboard
Privacy (Updated)  About Our Ads  Terms
(Updated)  Sitemap

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Dec 27, 2018 | 6.17 | 6.45 | 6.03 | 6.43 | 6.43 | 8,531,900 |
| Dec 26, 2018 | 6.11 | 6.37 | 5.96 | 6.36 | 6.36 | 9,912,300 |
| Dec 24, 2018 | 6.00 | 6.12 | 5.84 | 5.92 | 5.92 | 8,835,800 |
| Dec 21, 2018 | 6.53 | 6.65 | 6.06 | 6.07 | 6.07 | 13,598,300 |
| Dec 20, 2018 | 6.82 | 6.92 | 6.33 | 6.52 | 6.52 | 12,080,000 |
| Dec 19, 2018 | 7.01 | 7.15 | 6.80 | 6.83 | 6.83 | 9,299,700 |
| Dec 18, 2018 | 7.03 | 7.19 | 6.84 | 7.07 | 7.07 | 10,685,800 |
| Dec 17, 2018 | 7.63 | 7.64 | 6.96 | 7.03 | 7.03 | 18,132,800 |
| Dec 14, 2018 | 7.53 | 7.89 | 7.40 | 7.70 | 7.70 | 10,773,600 |
| Dec 13, 2018 | 7.55 | 7.90 | 7.26 | 7.75 | 7.75 | 14,980,900 |
| Dec 12, 2018 | 7.20 | 7.55 | 7.12 | 7.54 | 7.54 | 16,007,500 |
| Dec 11, 2018 | 7.08 | 7.20 | 6.92 | 7.08 | 7.08 | 8,095,700 |
| Dec 10, 2018 | 7.03 | 7.12 | 6.74 | 7.03 | 7.03 | 9,981,000 |
| Dec 07, 2018 | 7.36 | 7.38 | 6.96 | 6.99 | 6.99 | 11,576,200 |
| Dec 06, 2018 | 6.86 | 7.37 | 6.72 | 7.37 | 7.37 | 16,688,100 |
| Dec 04, 2018 | 7.60 | 7.64 | 7.05 | 7.08 | 7.08 | 19,624,700 |
| Dec 03, 2018 | 8.10 | 8.13 | 7.50 | 7.58 | 7.58 | 22,425,400 |
| Nov 30, 2018 | 7.80 | 8.00 | 7.68 | 7.71 | 7.71 | 10,994,700 |
| Nov 29, 2018 | 8.06 | 8.12 | 7.76 | 7.79 | 7.79 | 13,207,600 |
| Nov 28, 2018 | 7.60 | 8.15 | 7.60 | 8.12 | 8.12 | 22,096,900 |
| Nov 27, 2018 | 7.30 | 7.70 | 7.23 | 7.48 | 7.48 | 9,084,900 |
| Nov 26, 2018 | 7.61 | 7.63 | 7.16 | 7.37 | 7.37 | 12,164,900 |
| Nov 23, 2018 | 7.68 | 7.70 | 7.41 | 7.46 | 7.46 | 8,119,700 |
| Nov 21, 2018 | 7.90 | 8.05 | 7.63 | 7.71 | 7.71 | 13,993,600 |
| Nov 20, 2018 | 7.65 | 7.91 | 7.15 | 7.67 | 7.67 | 26,923,200 |
| Nov 19, 2018 | 7.38 | 8.21 | 7.28 | 7.84 | 7.84 | 49,171,800 |
| Nov 16, 2018 | 7.40 | 7.65 | 7.16 | 7.19 | 7.19 | 14,972,500 |
| Nov 15, 2018 | 7.15 | 7.49 | 7.11 | 7.34 | 7.34 | 17,904,000 |
| Nov 14, 2018 | 6.80 | 7.45 | 6.80 | 7.10 | 7.10 | 29,585,100 |
| Nov 13, 2018 | 6.69 | 6.90 | 6.58 | 6.78 | 6.78 | 15,374,100 |
| Nov 12, 2018 | 6.72 | 6.93 | 6.56 | 6.65 | 6.65 | 12,709,100 |
| Nov 09, 2018 | 6.59 | 6.93 | 6.52 | 6.77 | 6.77 | 12,789,800 |
| Nov 08, 2018 | 6.49 | 7.10 | 6.47 | 6.69 | 6.69 | 20,510,700 |
| Nov 07, 2018 | 6.42 | 6.88 | 6.15 | 6.74 | 6.74 | 23,761,800 |
| Nov 06, 2018 | 7.22 | 7.32 | 6.40 | 6.40 | 6.40 | 49,855,800 |

| Date | | | | | | |
|------|------|------|------|------|------|------|
| Nov 05, 2018 | 6.52 | 6.72 | 6.25 | 6.68 | 6.68 | 13,188,700 |
| Nov 02, 2018 | 6.84 | 6.84 | 6.27 | 6.49 | 6.49 | 17,988,800 |
| Nov 01, 2018 | 6.00 | 6.78 | 5.96 | 6.62 | 6.62 | 24,330,900 |
| Oct 31, 2018 | 6.08 | 6.25 | 5.90 | 5.90 | 5.90 | 15,213,400 |
| Oct 30, 2018 | 6.20 | 6.22 | 5.62 | 5.95 | 5.95 | 21,823,900 |
| Oct 29, 2018 | 6.53 | 6.79 | 6.05 | 6.19 | 6.19 | 16,027,600 |
| Oct 26, 2018 | 6.21 | 6.51 | 6.18 | 6.35 | 6.35 | 9,459,000 |
| Oct 25, 2018 | 6.27 | 6.57 | 6.25 | 6.45 | 6.45 | 9,188,700 |
| Oct 24, 2018 | 6.85 | 6.85 | 6.13 | 6.17 | 6.17 | 14,789,900 |
| Oct 23, 2018 | 6.74 | 6.89 | 6.45 | 6.81 | 6.81 | 14,901,700 |
| Oct 22, 2018 | 7.68 | 7.69 | 7.00 | 7.03 | 7.03 | 12,758,500 |
| Oct 19, 2018 | 7.59 | 7.75 | 7.22 | 7.32 | 7.32 | 7,336,200 |
| Oct 18, 2018 | 7.60 | 7.67 | 7.26 | 7.50 | 7.50 | 11,906,000 |
| Oct 17, 2018 | 8.12 | 8.16 | 7.73 | 7.77 | 7.77 | 11,705,300 |
| Oct 16, 2018 | 8.06 | 8.20 | 7.83 | 8.04 | 8.04 | 17,490,500 |
| Oct 15, 2018 | 7.86 | 8.30 | 7.70 | 7.82 | 7.82 | 26,781,700 |
| Oct 12, 2018 | 7.46 | 7.75 | 7.28 | 7.46 | 7.46 | 14,545,400 |
| Oct 11, 2018 | 7.44 | 7.55 | 6.92 | 7.18 | 7.18 | 22,730,000 |
| Oct 10, 2018 | 8.10 | 8.35 | 7.39 | 7.75 | 7.75 | 74,971,100 |
| Oct 09, 2018 | 6.19 | 7.40 | 6.10 | 7.39 | 7.39 | 38,464,400 |
| Oct 08, 2018 | 6.07 | 6.18 | 5.95 | 6.04 | 6.04 | 11,508,800 |
| Oct 05, 2018 | 6.20 | 6.29 | 6.03 | 6.26 | 6.26 | 8,378,300 |
| Oct 04, 2018 | 6.19 | 6.25 | 6.00 | 6.25 | 6.25 | 11,896,600 |
| Oct 03, 2018 | 6.12 | 6.55 | 6.12 | 6.30 | 6.30 | 13,251,200 |
| Oct 02, 2018 | 6.60 | 6.60 | 5.87 | 5.93 | 5.93 | 19,440,000 |
| Oct 01, 2018 | 7.06 | 7.08 | 6.60 | 6.60 | 6.60 | 16,429,100 |
| Sep 28, 2018 | 6.97 | 7.28 | 6.68 | 6.98 | 6.98 | 21,813,600 |
| Sep 27, 2018 | 7.55 | 7.55 | 7.01 | 7.01 | 7.01 | 16,815,600 |
| Sep 26, 2018 | 7.59 | 7.76 | 7.50 | 7.50 | 7.50 | 11,088,300 |
| Sep 25, 2018 | 8.06 | 8.19 | 7.50 | 7.58 | 7.58 | 18,909,300 |
| Sep 24, 2018 | 8.32 | 8.39 | 7.85 | 7.87 | 7.87 | 16,297,900 |
| Sep 21, 2018 | 9.05 | 9.07 | 8.50 | 8.59 | 8.59 | 15,118,500 |
| Sep 20, 2018 | 9.07 | 9.47 | 8.42 | 8.78 | 8.78 | 40,275,000 |
| Sep 19, 2018 | 7.88 | 9.15 | 7.54 | 8.50 | 8.50 | 48,306,500 |
| Sep 18, 2018 | 8.73 | 9.10 | 7.67 | 7.68 | 7.68 | 41,827,600 |

| Date | | | | | |
|---|---|---|---|---|---|
| Sep 17, 2018 | 9.61 | 9.75 | 8.50 | 8.50 | 8.50 | 56,323,900 |
| Sep 14, 2018 | 12.66 | 13.80 | 9.22 | 9.90 | 9.90 | 172,473,600 |
| Sep 13, 2018 | 6.62 | 12.69 | 6.52 | 11.60 | 11.60 | 158,346,500 |
| Sep 12, 2018 | 6.00 | 6.93 | 5.35 | 6.60 | 6.60 | 66,849,000 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.

Case 1:19-cv-01424-NGG-JRC    Document 70-8    Filed 12/04/20    Page 6 of 6 PageID #: 1544