# Exhibit M

# LIONBRIDGE

STATE OF NEW YORK     )
                               )
                               ) ss

COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached document.

Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me

this 14th day of October, 20 20.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

9/30/2020                                          Shanghai Jiawei Automobile Parts Co., Ltd.

**Shanghai Jiawei Automobile Parts Co., Ltd. ---bidcenter. com**        Shanghai Jiawei Automobile Parts Co., Ltd.

Please log in | free registration    Search

Homepage      Tender announcement      Project entrustment      Award of bid      Service center

**Personnel management system   Tendering procurement   Industrial and commercial application**   Talent recruitment system   Enterprise inquiry   Inquiry about enterprise information   Customer service consulting system   Human service system   Announcement of bid awards   Shanghai Office   Supplier procurement system   Company name inquiry   Company alteration   Food operation permit   Online approval system   Enterprise directory   Bid award inquiry   Company Tel   Music mp3 download   Shanghai house price   Shanghai environmental assessment   Industrial park planning   Procurement tendering website   Personnel management system   Tendering procurement   Industrial and commercial application

---

**Project entrustment**

Anhui Xinda Jianyin Property Management Co., Ltd.

Chongqing Qineng Electric Aluminum Co., Ltd. 2020

Next Generation Automated City A-Model Car

Jiaozhou Air Conditioning Phase 2 Final Assembly Line Upgrade and Conversion

Hefei Park Zone 09/2020 (North…

Sino-German Water Heater Laser Welding Equipment Procurement

Wuhan Air Conditioning 2 5mm Machine Basic Package

Chongqing Qineng Electric Aluminum Co., Ltd. Structural….

Changning County Funeral Service Center Section Funeral…

Certain Department Bathroom Facilities and Supplemental Rectification Construction Bid…

**Link of sponsors**

Tendering procurement
**Tendering announcement website**
**Recruitment system**
Auto parts and components
Online approval system
Company alteration
Procurement tendering website
Company phone number
Music mp3 download
Shanghai house prices

**Engineering type**
Residential community
Culture and sports
Exhibition
Healthcare
Hotel service
Engineering
Municipal engineering
Landscape
Parking lot
Administrative office
Agriculture and water conservancy
Energy conservation
More types

**New proprietors**
Engineering Tendering Agency
Government procurement tendering agency
Tendering agency service fee standards
AVIC International Trade & Economic Development Co., Ltd.
Zhongzi International Tendering Co., Ltd.
China Economic International Tendering Group Co., Ltd.
Gongcheng Management Consulting Co., Ltd.

---

Shanghai Jiawei Automobile Parts Co., Ltd.: tendering project

View more information about tendering. Register now. View latest and timeliest tendering information for free!

[bid award result] Boshan New Town Yangxing Yangxin Community BSP0-0601 unit 06-07 plot relocation placement housing project

Shanghai Construction Project Tendering and Bidding Candidates Announcement Design and Survey Integration Tendering Application Number: 1902BSA006 Bid Number: U01

Tenderee: Shanghai Baoye Baoyang Real Estate Co., Ltd. Tendering agency: Shanghai Tuosheng Investment Management Co., Ltd. Contact person: Liu Haiyan

Telephone number: 18939939266 Contact address: Room 1800, No. 1248, Mudanjiang Road, Contact person zip code: 200940 Tender method: Public tendering

Tendering section name: Baoshan New Town Yangxing Yangxin Community BSP0-0601 Unit 06-07 relocation placement housing project: Tendering situation: bidders......see details>>

Region: Shanghai
Release time: April 22, 2019

[Tender Announcement] Zone-B production plant project planning, greening completion and parking lot (garage) completion surveying and mapping services tendering announcement

1. Project overview: 1. Project name: Project planning, completion of greening and parking lot (garage) completion surveying and mapping service for the construction project of Jiawei Automobile Parts Co., Ltd. Zone-B production plant   2. Project content and requirements: According to the requirements of "Shanghai Construction Project Planning and Implementation Whole Process Supervision and Inspection Management Regulations" and "Shanghai Construction Project Planning and Inspection Results Report Specification" and DG/TJ-2030-2007 "Construction Project Planning and Inspection Specification," complete the planning, completion of greening and parking lot (garage) completion surveying and mapping service for the construction project of Jiawei Automobile Parts Co., Ltd. Zone-B production plant 3. Construction address: ......View details>>

Region: Shanghai
Release time: April 23, 2018

[Tender Announcement] Tender Announcement for the Zone A and Zone B Production Plants New Constructions Consulting Service Units

1. Project overview: 1. Project name: Tender for the zone A and zone B production plants new constructions consulting service unit for Jiawei Automobile Parts Co., Ltd. 2. Project content and requirements: carry out preliminary consultation, completion inspection and acceptance, completion file services, etc. for the new plants of this project. 3. Construction address: Zone A: this project is located in Plot 1706, Waigang Town, Jiading District, east to Lvyuan Road, south to the base boundary, west to the base boundary, and north to the base boundary. Land area for construction is about 145606.6 square meters. The total construction area is about 129,000 square meters (subject to the final confirmation by the land regulations department). Zone B: This project is located in Waigang, Jiading ... View details>>

Region: Shanghai
Release time: April 23, 2018

[Tender Announcement] Zone-A production plant project planning, greening completion and parking lot (garage) completion surveying and mapping services tendering announcement

1. Project overview: 1. Project name: Project planning, completion of greening and parking lot (garage) completion surveying and mapping service for the construction project of Jiawei Automobile Parts Co., Ltd. Zone-A production plant   2. Project content and requirements: According to the requirements of "Shanghai Construction Project Planning and Implementation Whole Process Supervision and Inspection Management Regulations" and "Shanghai Construction Project Planning and Inspection Results Report Specification" and DG/TJ-2030-2007 "Construction Project Planning and Inspection Specification," complete the planning, completion of greening and parking lot (garage) completion surveying and mapping service for the construction project of Jiawei Automobile Parts Co., Ltd. Zone-B production plant 3. Construction address: ......View details>>

Region: Shanghai
Release time: April 23, 2018

[Tender Announcement] Tender Announcement of the Project Management Unit for the Zone A and Zone B production plants new constructions

1. Project overview: 1. Project name: tendering of the project management unit for the Zone A and Zone B production plants new constructions of Jiawei Automobile Parts Co., Ltd. 2. Project content and requirements: whole-process project management services 3. Construction address: Waigang Town, Jiading District, Shanghai, divided into plot A and plot B, of which: zone A: This project is located in Plot 1706, Waigang Town, Jiading District, east to Lvyuan Road, south to the base boundary, west to the base boundary, and north to the base boundary. The land area for construction is approximately 145606.6 square meters. The total construction area is about 129,000 square meters (subject to the final confirmation by the land regulations department). Zone B: This project is located in Jiading...View details>>

Region: Shanghai
Release time: April 23, 2018

[Tender Announcement] Tender Announcement for the Construction of the New Test Piling Project of Zone A and Zone B production plants

1. Project overview: 1. Project name: Construction of the new test pile project for the production plants in Zone A and Zone B of Jiawei Automobile Parts Co., Ltd. 2. Construction address: Waigang Town, Jiading District 3. Bid price limit: RMB 1.963541 million 2. Qualified bidders must meet the following requirements: 1. Legal entity with an independent legal entity qualification. and with the corresponding business scope; 2. The qualifications of the participating bidders are: grade-A qualification for professional contracting of ground foundation engineering; 3. This tender does not accept joint bidding; 3. Materials required and time to obtain bidding documents. Suppliers who are willing to participate in bidding can … from March 28, 2018 to March 2018…View details>>

Region: Shanghai
Release time: March 27, 2018

[Tender Announcement] Tender of green building consulting services for the new constructions in Zone A and Zone B production plants of Jiawei Automobile Parts Co., Ltd. Announcement

1. Project overview: 1. Project name: green building consulting services for the new constructions in Zone A and Zone B production plants of Jiawei Automobile Parts Co., Ltd. 2. Project content and requirements: provide overall green building consulting services for the new plants of this project (green label design + operation + LEED) 3. Construction address: Zone A: The project is located in Plot 1706, Waigang Town, Jiading District, east to Lvyuan Road, south to the base boundary, west to the base boundary, and north to the base boundary. The land area for construction is approximately 145606.6 square meters. The total construction area is about 129,000 square meters (subject to the final confirmation by the land regulations department). Zone B: This project...View details>>

Region: Shanghai
Release time: March 16, 2018

[Tender Announcement] Tender Announcement of the Drawing Review of the Zone A production plant project of Jiawei Automobile Parts Co., Ltd.

1. Project overview: 1. Project name: Construction drawing review service for the new construction of the production plant in Zone A of Jianwei Auto Parts Co., Ltd. 2. Contents and requirements of the project: According to the Ministry of Construction "House Construction and Municipal Infrastructure Project Construction Drawing Design Document Review Management Measures" (Ministry of Housing and Urban-Rural Development No. 13 Order), "Notice on Issuing the "Regulations on the Administration of the Review of Construction Drawings and Design Documents of Shanghai Construction Projects" (H.J.J.[2013] No. 313), and the notice of "Key points for the implementation of digitalization and delivery of white drawings for engineering design, construction and as-built drawings in Shanghai" (H.J.H.G.L. [2016] No. 596), complete ...View details>>

Region: Shanghai
Release time: March 15, 2018

[Tender Announcement] Tender Announcement of the Drawing Review of the Zone A production plant

1. Project overview: 1. Project name: Construction drawing review service for the new construction of the production plant in Zone B of Jianwei Auto Parts Co., Ltd. 2. Contents and requirements of the project: According to the Ministry of Construction "House Construction and Municipal Infrastructure Project Construction Drawing Design Document Review Management Measures" (Ministry of Housing and Urban-Rural Development No. 13 Order), "Notice on Issuing the "Regulations on the Administration of the Review of Construction Drawings and Design Documents of Shanghai Construction Projects" (H.J.J.[2013] No. 313), and the notice of "Key points for the implementation of digitalization and delivery of white drawings for engineering design, construction

Region: Shanghai
Release time: March 15, 2018

Back to top

---

| 9/30/2020 | Shanghai Jiawei Automobile Parts Co., Ltd. |
|---|---|

Anhui Tendering Group Co., Ltd.

Guoxin Tendering Group Co., Ltd.

Software copyright

More types

and as-built drawings in Shanghai" (H.J.H.G.L. [2016] No. 596), complete ...View details>>


Display Design


Auto Parts


Shanghai Company Office


Future Planning


Third Party Testing Institutions

[Tender Announcement] Tender Announcement for Zone A production plant

Construction application number: 1802JDA002    Bid section number: U01    Tenderee: Shanghai Jiawei Automobile Parts Co., Ltd.

Tenderee Address: F7, No. 386 Hengrong Road, Jiading District. Tender Project Name: Construction of the production plant project in Zone A of Jiawei Automobile Parts Co., Ltd.

Location: North of Shanghai Anting Northern Belt Expressway, Waigang Town of Jiading District, east to Luyuan Road, south to the base boundary, west to the base boundary, and north to the base boundary. Project scale description/ survey project description / specific description: (1) Geotechnical engineering-Geotechnical engineering survey: 1. Geotechnical engineering survey grade (according to "Geotechnical Engineering Survey Specification" GB50021) B......see details>>

Region: Shanghai

Release time: February 8, 2018

[Tender Announcement] Tender Announcement for Zone B production plant

Construction application number: 1802JDA001    Bid section number: U01    Tenderee: Shanghai Jiawei Automobile Parts Co., Ltd.    Tenderee Address: F7, No. 386 Hengrong Road, Jiading District. Tender Project Name: Construction of the production plant project in Zone B of Jiawei Automobile Parts Co., Ltd.

Location: Waigang Town of Jiading District, east to Luyuan Road, south to the base boundary, west to the base boundary, and north to the base boundary. Project scale description/ survey project description/ specific description: (1) Geotechnical engineering-Geotechnical engineering survey: 1. Geotechnical engineering survey grade ("according to Geotechnical Engineering Survey Specification" GB50021) B; design engineering scale description    specific description (1......see details>

Region: Shanghai

Release time: February 8, 2018

Click to see more

Haven't found the appropriate project?        **Shanghai Jiawei Automobile Parts Co., Ltd.**        Search

**Third-party testing agency**    **Bid award announcement network**    **Auto parts**    Tendering procurement    Shanghai housing prices    New energy vehicles    Shanghai environmental assessment    Auto part    **Bid award announcement network**    **Automobile parts and accessories**    **Bidding procurement**    Shanghai Environmental assessment    Shanghai Yinglun Automobile    Shanghai Baoteng Testing    Gas Company mp3    Shanghai explosion-proof electric control box    Xingtai Jiayi Auto Repair    Plot Planning    mp3 song download    **Shanghai Rubber Products**    XCAR Automobile Mobile Version    Shanghai car license plate    Deadford Sealing strip    Ling Rui Auto    Shanghai Branch    Ruian Auto Parts Factory    Toyota Comry    Shanghai Watch Factory    Elevator Parts    Songjiang District Recruitment Network    Bid award announcement network    Auto Parts    Tendering purchase    Shanghai Environmental Assessment

Homepage | About Us | Access Method | Service List | Terms of Service | Agents Wanted | Talents Wanted | Advertising Service | Links | Site Map | Information Release | Free Information

Customer consultation: 010-88138022    Fax: 010-88123823    Company switchboard: 010-68960600

Customer service mailbox: service#bidcenter.com.cn Note: Replace # with @. Information release: xxfb#bidcenter.com.cn Note: Replace # with @

J. ICP Certificate No. 070615 Haidian Sub-bureau of Beijing Municipal Public Security Bureau    Record Number: 1101081994    Legal Counsel of the Site: Beidou Dingming Law Firm    Lawyer Zhou Zhengguo

Organizer: Beijing Haicheng Tongsheng Network Technology Co., Ltd.    Xi'an Kucheng Network Technology Co., Ltd.

Address: F5, Yumeida Building, No. 111 Fucheng Road, Haidian District, Beijing, China    Zip Code: 100142

Copyright © 2006-2020

**bidcenter. Com** (Beijing Haicheng Tongsheng Network Technology Co., Ltd

Back to top

上海嘉蔚汽车部件有限公司

请登录 | 免费注册

# 上海嘉蔚汽车部件有限公司 --采招网

上海嘉蔚汽车部件有限公司　　[ 搜 索 ]

网站首页　招标公告　项目委托　中标结果　服务中心

人事管理系统　招标采购　工商申请　人才招聘系统　企业 查询　查询企业信息　客服 咨询系统　人工客服系统

中标公告网　上海办公司　供应商采购系统　公司名称查询　公司变更　食品经营许可　网上审批系统　企业名录　中标查询

公司 电话　音乐mp3下载　上海房价　上海 环境评估　产业园区规划　采购招标网　人事管理系统　招标采购　工产申请

## 项目委托

安徽信达建银物业管理有限公...
重庆旗能电铝有限公司2020年
新一代全自动市域A型列车下...
胶州空调二期总装线升级改造--
合肥园区2020.09月份（北
中德热水器激光焊接设备采购...
武汉空调两器5mm设备基础配套
重庆旗能电铝有限公司结构型...
昌宁县殡葬服务中心部分殡葬...
某部卫浴设施配套整治工程招...

更多项目

## 赞助商链接

**招标采购**

中标公告网

招聘系统

汽车零部件

网上审批系统

公司变更

采购招标网

公司的电话

音乐mp3下载

上海房价

## 工程类别

住宅社区　文化体育　展览
卫生医疗　酒店服务　工程
市政道路　园林景观　停车场
行政办公　农业水利　节能

更多类别

## 最新入住业主

工程招标代理机构
政府采购招标代理
招标代理服务费标准
中航技国际经贸发展有限公司
中资国际招标有限责任公司
中经国际招标集团有限公司
公诚管理咨询有限公司
国义招标股份有限公司

---

■■ 上海嘉蔚汽车部件有限公司:**招标项目**　　查看更多相关招标信息请立即注册,免费查看最新最及时的招标信息!

【中标结果】**宝山新城杨行杨鑫社区BSP0-0601单元06-07地块动迁安置房项目**　　地区：上海
上海市建设工程招标投标中标候选人公示设计勘察一体化招标报建编号：1902BSA006标段号：U01招标人：上海宝冶宝杨置业有限公司招标代理机构：上海拓盛投资管理有限公司联系人：刘海燕联系人电话：18939939266联系人地址：牡丹江路1248号1800室联系人邮编：200940招标方式：公开招标招标标段名称：宝山新城杨行杨鑫社区BSP0-0601单元06-07地块动迁安置房项目招投标情况：投标人......**查看详情>>**　　发布时间：2019年4月22日

【招标公告】**B区生产厂房工程规划、绿化竣工及停车场（库）竣工测绘服务招标公告**　　地区：上海
一、项目概况：1、项目名称：建设嘉蔚汽车部件有限公司B区生产厂房项目工程规划、绿化竣工及停车场（库）竣工测绘服务2、项目内容及要求：依据《上海市建设项目规划实施全过程监督检查管理规定》和《上海市建设工程规划检测成果报告书规范》以及DG/TJ-2030-2007《建设工程规划检测规范》的要求，完成建设嘉蔚汽车部件有限公司B区生产厂房项目工程规划、绿化竣工及停车场（库）竣工测绘服务工作。3、建设地址：......**查看详情>>**　　发布时间：2018年4月23日

【招标公告】**A区、B区生产厂房新建工程咨询服务单位招标公告**　　地区：上海
一、项目概况：1、项目名称：建设嘉蔚汽车部件有限公司A区、B区生产厂房新建工程咨询服务单位招标2、项目内容及要求：该项目的新厂区进行前期咨询、竣工验收、竣工档案服务等3、建设地址：A区：该项目位于嘉定区外冈镇1706地块，东至绿源路，南至基地边界，西至基地边界，北至基地边界。建设用土地面积约145606.6平方米。总建筑面积约129000平方米（以规土部门最终认定为准）。B区：该项目位于嘉定区外冈......**查看详情>>**　　发布时间：2018年4月23日

【招标公告】**A区生产厂房工程规划、绿化竣工及停车场（库）竣工测绘服务招标公告**　　地区：上海
一、项目概况：1、项目名称：建设嘉蔚汽车部件有限公司A区生产厂房项目工程规划、绿化竣工及停车场（库）竣工测绘服务2、项目内容及要求：依据《上海市建设项目规划实施全过程监督检查管理规定》和《上海市建设工程规划检测成果报告书规范》以及DG/TJ-2030-2007《建设工程规划检测规范》的要求，完成建设嘉蔚汽车部件有限公司A区生产厂房项目工程规划、绿化竣工及停车场（库）竣工测绘服务工作。3、建设地址：......**查看详情>>**　　发布时间：2018年4月23日

【招标公告】**A区、B区生产厂房新建工程项目管理单位招标公告**　　地区：上海
一、项目概况：1、项目名称：建设嘉蔚汽车部件有限公司A区、B区生产厂房新建工程项目管理单位招标2、项目内容及要求：全过程项目管理服务3、建设地址：上海市嘉定区外冈镇，分AB两地块，其中：A区：该项目位于嘉定区外冈镇1706地块，东至绿源路，南至基地边界，西至基地边界，北至基地边界。建设用地面积约145606.6平方米。总建筑面积129000平方米（以规土部门最终认定为准）。B区：该项目位于嘉定......**查看详情>>**　　发布时间：2018年4月23日

【招标公告】**A区、B区 生产厂房新建试桩工程招标公告**　　地区：上海
一、项目概况：1、项目名称：建设嘉蔚汽车部件有限公司A区、B区生产厂房新建试桩工程2、建设地址：嘉定区外冈镇3、投标限价:196.3541万元二、合格的投标方必须满足以下要求：1、具有独立法人资格的法人，并具有相应的经营范围；2、参加投标单位的资质为：地基基础工程专业承包一级资质；3、本次招标不接受联合投标；三、获取招标文件需带资料及时间凡愿参加投标的供应商可自2018年3月28日至2018年3月......**查看详情>>**　　发布时间：2018年3月27日

【招标公告】**建设嘉蔚汽车部件有限公司A区、B区生产厂房新建工程绿色建筑咨询服务招标公告**　　地区：上海
一、项目概况：1、项目名称：建设嘉蔚汽车部件有限公司A区、B区生产厂房新建工程绿色建筑咨询服务2、项目内容及要求：该项目的新厂区进行整体绿色建筑咨询服务（绿标设计+运营+LEED）3、建设地址：A区：该项目位于嘉定区外冈镇1706地块，东至绿源路，南至基地边界，西至基地边界，北至基地边界。建设用土地面积约145606.6平方米。总建筑面积129000平方米（以规土部门最终认定为准）。B区：该项目......**查看详情>>**　　发布时间：2018年3月16日

【招标公告】**建设嘉蔚汽车部件有限公司A区生产厂房项目审图招标公告**　　地区：上海
一、项目概况：1、项目名称：建设嘉蔚汽车部件有限公司A区生产厂房新建工程施工图审查服务2、项目内容及要求：按照建设部《房屋建筑和市政基础设施工程施工图设计文件审查管理办法》（住建部第13号令）、《关于发布<上海市建设工程施工图设计文件审查管理规定>的通知》（沪建交【2013】313号）、《上海市工程设计、施工及竣工图数字化和白图交付实施要点》的通知（沪建建管联【2016】596号），完......**查看详情>>**　　发布时间：2018年3月15日

【招标公告】**B区生产厂房审图招标公告**　　地区：上海
一、项目概况：1、项目名称：建设嘉蔚汽车部件有限公司B区生产厂房新建工程施工图审查服务2、项目内容及要求：按照建设部《房屋建筑和市政基础设施工程施工图设计文件审查管理办法》（住建部第13号令）、《关于发布<上海市建设工程施工图设计文件审查管理规定>的通知》（沪建交【2013】313号）、　　发布时间：20 3月15日

返回顶部

上海嘉蔚汽车部件有限公司

安徽省招标集团股份有限公司

国信招标集团股份有限公司

软件著作权

更多类别

《上海市工程设计、施工及竣工图数字化和白图交付实施要点》的通知（沪建建管联【2016】596号），完......查看详情>>

    

展馆设计　　　　汽车零配件　　　　上海办公司　　　　未来规划　　　　第三方检测机构

【招标公告】A区生产厂房招标公告　　　　　　　　　　　　　　　　　　　　地区：上海

报建编号：1802JDA002标段号：U01招标人：上海嘉蔚汽车部件有限公司招标人地址：嘉定区恒荣路386号7楼招标项目名称：建设嘉蔚汽车部件有限公司A区生产厂房项目建设地点：上海安亭北部绕城高速以北区域，嘉定区外冈镇，东至绿源路，南至基地边界，西至基地边界，北至基地边界。工程规模描述勘察工程描述具体描述：（1）岩土工程-岩土工程勘察：1.岩土工程勘察等级（按《岩土工程勘察规范》GB50021）乙......查看详情>>

发布时间：2018年2月8日

【招标公告】B区生产厂房招标公告　　　　　　　　　　　　　　　　　　　　地区：上海

报建编号：1802JDA001标段号：U01招标人：上海嘉蔚汽车部件有限公司招标人地址：嘉定区恒荣路386号7楼招标项目名称：建设嘉蔚汽车部件有限公司B区生产厂房项目建设地点：嘉定区外冈镇，东至绿源路，南至恒谐路，西至百泉路，北至基地边界。工程规模描述勘察工程描述具体描述：（1）岩土工程-岩土工程勘察：1.岩土工程勘察等级（按《岩土工程勘察规范》GB50021）乙级；设计工程规模描述具体描述：（1......查看详情>>

发布时间：2018年2月8日

点击查看更多

没有找到合适的项目吗？　　　　　　　　　　　上海嘉蔚汽车部件有限公司　　　　搜索搜索

第三方检测机构　　中标公告网　　汽车零部件　　招标采购　　上海房价　　新能源汽车大全　　上海 环境评估　　汽车零配件

中标公告网　　汽车零配件　　招标采购　　上海 环境评估　　上海英伦汽车　　上海宝腾检测　　燃汽公司　　mp3　　上海防爆电控箱

邢台嘉义汽修　　地块规划　　mp3歌曲下载　　上海橡胶制品　　爱卡汽车移动版　　上海的汽车牌照　　迪德福密封条　　凌锐汽车　　上海科瑞安汽车配件厂　　丰田comry　　上海表厂　　电梯部件　　松江区招聘网　　中标公告网　　汽车零配件　　招标采购　　上海 环境评估

首页｜关于我们｜入网方式｜服务列表｜服务条款｜诚征代理｜诚聘英才｜广告服务｜友情链接｜网站地图｜信息发布｜免费信息

客户咨询：010-88138022　　传　真：010-88123823　　公司总机：010-68960600

客服信箱：service#bidcenter.com.cn注：将#换成@即可　　信息发布：xxfb#bidcenter.com.cn注：将#换成@即可

京ICP证070615号　　北京市公安局海淀分局备案编号：1101081994　　本站法律顾问：北斗鼎铭律师事务所　周正国律师

主办单位：北京海诚通胜网络科技有限公司　　西安酷诚网络科技有限公司

地址：北京市海淀区阜成路111号裕美达大厦5层 邮编：100142

版权所有©2006-2020

采招网（北京海诚通胜网络科技有限公司）

返回顶部