# Exhibit N

construction, n. - Oxford English Dictionary

Oxford English Dictionary | The definitive record of the English language

# construction, *n.*

**Pronunciation:**     /kən'strʌkʃən/

**Forms:**  Also ME **construccioun**, ME–15 **construccion**, **construcyon**, 15 **constructyon**, **constructione** , etc.

**Frequency (in current use):**

**Etymology:** < Latin *constructiōn-em*, noun of action < *construĕre* to CONSTRUE *v.*, CONSTRUCT *n.* The French *construction* is cited by Littré from 12th cent., and may have been the immediate source.

**I.** The action of constructing.

**1.**

**a.** The action of framing, devising, or forming, by the putting together of parts; erection, building.

> *arch of construction*: an arch built in the body of a wall or other structure, to relieve the part below it from superincumbent weight.

c1440   *Promptorium Parvulorum* 91   Construccyon or construynge, *construccio.*

?a1475  (‣*?a1425*)    tr. R. Higden *Polychron.* (Harl. 2261) (1865) I. 19   The construccion of the cite of Rome.

1727   J. ARBUTHNOT *Tables Anc. Coins* 259   The Construction of Ships was forbidden to Senators.

1837   H. MARTINEAU *Society in Amer.* II. 186   From whence a [railroad] line is now in course of construction to the Hudson.

1849   E. A. FREEMAN *Hist. Archit.* 198   Others have only an arch of construction above the flat lintel.

**b.** of immaterial objects, systems, organizations, etc.

1841–8   F. MYERS *Catholic Thoughts* II. IV. xxv. 302   The Mosaic system was the first construction of a special instrumentality for a special end.

**c.** The art or science of constructing.

1842   J. GWILT *Encycl. Archit.* Gloss. 956   *Construction…* Amongst architects it is more particularly used to denote the art of distributing the different forces and strains of the parts and materials of a building in so scientific a manner as to avoid failure and insure durability.

1864   C. VAUX *Villas & Cottages* 70   To study the capabilities and varieties of wooden construction.

1891   *Graphic* 28 Feb.   [The] Assistant-Controller of the Navy and Director of Naval Construction, who has designed the new ships.

**2.**

construction, n. : Oxford English Dictionary

**a.** The manner in which a thing is artificially constructed or naturally formed; structure, conformation, disposition.

> 1707   tr. P. Le Lorrain de Vallemont *Curiosities in Husbandry & Gardening* 28   The Order and..Construction of their essential or organical Parts.
>
> 1791   *Gentleman's Mag.* **61** II. 769   To build it [a dry dock] with a timberfloor of a new and peculiar construction.
>
> 1799   *Med. & Physical Jrnl.* **1** 461   The bad construction of the hospitals.
>
> 1841   T. R. Jones *Gen. Outl. Animal Kingdom* xv. 255   Beneath the mandibles is situated another pair of jaws, of similar construction.
>
> 1866   C. Engel *Introd. Study National Music* i. 15   The rather unusual rhythmical construction of six bars in the first part, and eight in the second.

**b.** The mental building up of materials; constructive faculty.

> 1826   B. Disraeli *Vivian Grey* II. iii. vii. 90   At last, he burst forth with an immense deal of science, and a great want of construction—a want, which scientific men often experience.

**3.** *Geometry.*

**a.** The action or method of drawing a figure for the purpose of solving a problem or proving a proposition.

> 1570   H. Billingsley tr. Euclid *Elements Geom.* I. f. 9   Then is set the construction of suche things which are necessary ether for the doing of the proposition, or for the demonstration.
>
> 1660   tr. I. Barrow *Euclide's Elements* I. 10   The construction, and the demonstration, are every where alike.
>
> 1840   D. Lardner *Treat. Geom.* 133   Of the construction of equal and similar figures.
>
> 1882   G. M. Minchin *Uniplanar Kinematics* 57   Graphic construction for Resultant Acceleration.

**b.** *Nautical.* 'The method of ascertaining a ship's course by trigonometrical diagrams' (Smyth *Sailor's Word-bk.*).

> 1828   *Moore's Pract. Navigator* (ed. 20) 41   By construction.

**c.   construction of equations**  *n.* see quot. 1728.

construction, n. : Oxford English Dictionary

1728   E. CHAMBERS *Cycl.*   *Construction of Equations*, is the Method of reducing a known Equation into Lines and Figures; whereby the Truth of the Rule, Canon, or Equation, may be demonstrated geometrically.

**d.** *transferred.*

1884   tr. H. Lotze *Logic* 123   A generic concept derived from experience, the inner organisation of which can only be represented imperfectly by description, not exactly by construction.

**4.**

**a.** A thing constructed; a material structure; a formation of the mind or genius.

1796   J. MORSE *Amer. Universal Geogr.* (new ed.) II. 424   The subterraneous constructions of Italy are as stupendous as those above ground.

1862   M. HOPKINS *Hawaii* 71   A number of other constructions were discovered.

1875   H. J. S. MAINE *Lect. Early Hist. Inst.* i. 11   The Brehon laws are in no sense a legislative construction.

**b.** A mechanical structure used in a stage setting, or forming the setting itself.

1924   H. CARTER *New Theatre Soviet Russia* 71   Instead of painted planes he [*sc.* Meierhold] uses constructions in volumes made of wood, iron and other suitable material.

1924   H. CARTER *New Theatre Soviet Russia* 72   Construction as it is now understood as an aid to acting and nothing more..arrived in April, 1922.

1929   H. CARTER *New Spirit Russ. Theatre* 221   The bridge of Life and Death that forms the chief construction on the Japanese stage.

1929   *Encycl. Brit.* XXII. 34/2   High platforms, skeletonized structures, inclined planes, all manner of bare, unsentimentalized construction provide the footing as well as the background for the actors.

**c.** *Art.* A sculptural creation, composed from a number of pieces, often of different material, and usually non-representational.

1944   H. READ in *Horizon* July 63   Dear Gabo,..it is easier for me to sympathize with those lovers of art who but dimly apprehend the formal unity of one of your constructions.

1956   F. GORE *Abstract Art* 30   Arp is opposed to the 'technoid' constructions of Mondrian.

1964   H. READ *Hist. Mod. Sculpture* iii. 89   From 1914 onwards a group of artists in Moscow attempted to apply engineering techniques to the construction of sculpture, and the objects thus made were called 'constructions'.

construction, n. : Oxford English Dictionary

**II.** The action of construing, and connected senses.

**5.** *Grammar*.

**a.** The action of syntactically arranging words in a sentence; 'the putting of words, duly chosen, together in such a manner as is proper to convey a complete sense' (Johnson).

1591   R. PERCYVALL *Bibliotheca Hispanica* Gram. sig. E3   Construction is the apt ioining of words in framing of a sentence.

1612   J. BRINSLEY *Posing of Parts* f. 26

1656   J. SMITH *Myst. Rhetorique Unvail'd* 130   Prolepsis is also a figure of Construction.

1728   E. CHAMBERS *Cycl.*   *Construction*,..the arranging and connecting the Words of a Sentence; according to the Rules of the Language.

**b.** The syntactical connection between verbs and their objects or complements, adjectives and their extensions, prepositions and objects, etc.

In this Dictionary the principal constructions of verbs, adjectives, etc., are given under the various senses, marked *Const*.

1530   J. PALSGRAVE *Lesclarcissement* 137   There is nat a more straunger construction in all this tonge.

1571   A. GOLDING tr. J. Calvin *Psalmes of Dauid with Comm.* (lv. 20)   I cannot tell whither the construction will beare it or no.

1640   SIR R. BAKER in C. H. Spurgeon *Treasury of David* (1870) I. Ps. i. 2   That stands in construction with all tenses.

1669   J. MILTON *Accedence* 41   Construction consisteth either in the agreement of words together..which is call'd Concord; or the governing of one the other in such Case or Mood as is to follow.

1767   H. WALPOLE *Narr. Rousseau* 133   He changed the construction of the last phrase, though the thought remained exactly the same.

1876   C. P. MASON *Eng. Gram.* (ed. 21) Pref.   Help towards the understanding of the more difficult constructions.

**c.** *Hebrew Grammar*. The relation of a noun in the construct state. See CONSTRUCT *adj.* 2.

1762   J. PARKHURST *Hebrew & Eng. Lexicon* p. iv   A Noun is said to be *in Regimine*, or in *Construction*, when it is in a particular relation to a Noun following it.

†**6.** The action of analysing the structure of a sentence and translating it word for word into another language; construing, translation. *Obsolete*.

‣ *a*1387   J. TREVISA tr. R. Higden *Polychron.* (St. John's Cambr.) (1869) II. 161   John Cornewaile..chaunged the lore in grammar scole, and construction, of [*i.e.* from] Frenche into Englische.

Case 1:19-cv-01424-NGG-JRC    Document 70-14    Filed 12/04/20    Page 6 of 9 PageID #: 1586

1430   J. LYDGATE tr. *Hist. Troy* II. x   To sewe his style in my translation Worde by worde like the construction After the maner of gramariens.

a1450   (▸a1397)   *Prol. Old Test.* in *Bible (*Wycliffite, L.V.*)* (Cambr. Mm.2.15) (1850) xv. 57   Whanne riȝtful construccioun is lettid bi relacion, I resolue it openli.

1580   J. LYLY *Euphues & his Eng.* (new ed.) f. 72   She drew out hir petracke, requesting him to conster hir a lesson,..Thus walking in the ally she listned to his construction.

1643   SIR T. BROWNE *Religio Medici* (authorized ed.) II. §8   I have seene a grammarian..shew more pride in the construction of one Ode [of Horace] than the Author in the composure of the whole booke.

**7.** The construing, explaining, or interpreting of a text or statement; explanation, interpretation; meaning, sense.

1483   *Cath. Angl.* 75   A Construccion, *construccio, exposicio*.

1490   *Caxton's Blanchardyn & Eglantine* (1962) 47   Whan blanchardyn had wel loked and rede the verses..& well vnderstode theire sentence..the prouost axed hym yf he was counseylled for to fulfylle the construction of that texte.

1532   T. MORE *Confut. Tyndale* in *Wks.* 654/1   Al the question for the more part riseth..vpon the construccion thereof, that is to say..what was for that scripture the true sense and right vnderstanding.

1648   BP. J. HALL *Breathings Devout Soul* xv. 22   What riddles are in that prophesie; which..undergoes as many constructions, as there are pens that have undertaken it.

1782   J. PRIESTLEY *Hist. Corruptions Christianity* I. I. 146   Those texts..will admit of some other construction.

1803   DUKE OF WELLINGTON in Marquess Wellesley *Select. Despatches* (1877) 584   My construction of the tenor of the letter..may I hope prove erroneous.

**8.**

**a.** Interpretation put upon conduct, action, facts, words, etc.; the way in which these are taken or viewed by onlookers; usually with qualification, as ***to put a good, bad, favourable, charitable (or other) construction upon***.

1592   A. DAY *2nd Pt. Eng. Secretorie* sig. E3ᵛ, in *Eng. Secretorie* (rev. ed.)   To admit me fauorable and indifferent construction, of what I shal here vnfould vnto you by writing.

1600   W. SHAKESPEARE *Much Ado about Nothing* III. iv. 45   O illegitimate construction! I scorne that with my heeles.

1609   C. TOURNEUR *Funerall Poeme* 313   The bitter censures of malignancies In managements so subject to construction.

a1616   W. SHAKESPEARE *Macbeth* (1623) I. iv. 12   To finde the Mindes construction in the Face.

a1656   BP. J. HALL *Shaking of Olive-tree* (1660) II. 82   A charitable construction of each others acts and intentions.

1677   W. HUBBARD *Narr. Troubles with Indians New-Eng.* II. 38   To put the best Construction might be, on such Irregular actions.

1705  G. STANHOPE *Paraphr.* III. 499   Some Good may be done, though at the Expence of Envy and ill Construction.

1828  W. SCOTT *Fair Maid of Perth* vii, in *Chron. Canongate* 2nd Ser. I. 174   Since such is the construction that is put upon my patience.

1869  J. MARTINEAU *Ess. Philos. & Theol.* 2nd Ser. 126   Locke..guards himself..against any such construction.

**b.** †*to make (a) construction*: to give an explanation or meaning to; to explain or interpret in a certain way. *Obsolete.* **to bear a construction**: to allow of being explained in a certain way.

1528  J. SKELTON *Honorificatissimo: Replycacion agaynst Yong Scolers* sig. Av   Ye may soone make construction With right lytell instruction.

*a*1616   W. SHAKESPEARE *Merry Wives of Windsor* (1623) II. ii. 216   There is shrewd construction made of her.

1620   F. BACON in H. Ellis *Orig. Lett. Eng. Hist.* II. 259 III. 236   I humblye praye your Lordships to make a favourable and true construction of my absence.

1740   S. RICHARDSON *Pamela* I. xiv. 27   He would have made a less angry Construction, had I less deserved that he should do so.

1848   T. B. MACAULAY *Hist. Eng.* xxi   Facts which would bear two constructions.

**9.** *Law.*

**a.** The explaining or interpreting of the words of a statute, deed, or other legal document.

1523   J. FITZHERBERT *Bk. Surueyeng* i. sig. B3ᵛ   To the declaracyon and constructyon of this statute, etc.

1651   N. BACON *Contin. Hist. Disc. Govt.* xiii. 117   By the Resignation of Richard the Second, the Parliament might seem, in strict construction of Law, to be expired.

1768   W. BLACKSTONE *Comm. Laws Eng.* III. 226   By an equitable construction of the statute of Glocester.

1845   H. J. STEPHEN *New Comm. Laws Eng.* II. 63   The construction or interpretation of a contract.

1890   LD. HALSBURY in *Law Times Rep.* **64** 3/2   The question..turns upon the true construction of the Waterworks Clauses Act, 1847.

**b.** A particular explanation or interpretation put upon a law, etc.

1569   R. GRAFTON *Chron.* II. 1324   The true meaning of which statute, they did impugne & ouerthrowe by diuers subtile and sinister constructions of the same.

1612   F. BACON *Ess.* (new ed.) 213   Iudges must beware of hard constructions, and strained inferences.

1827   T. JARMAN *Powell's Ess. Learning of Devises* (ed. 3) II. 329   The Master of the Rolls..adopted the latter construction.

1890   SIR N. LINDLEY in *Law Times Rep.* **63** 690/1   Forcing upon this order a construction which would not be put upon it by those who are in the habit of dealing with orders in this form.

Case 1:19-cv-01424-NGG-JRC    Document 70-14    Filed 12/04/20    Page 8 of 9 PageID #: 1588

## COMPOUNDS

*attributive* and in other combinations in sense 1, as **construction camp**, **construction car**, **construction material**, **construction timber**, etc.;   **construction railway** *n.* = *construction-way n.*,   **construction train** *n.* a train conveying materials for the construction or repair of railways. **construction-way** *n.* a temporary railway laid down for use in the construction of a permanent railway, canal, or similar undertaking.

1796   LD. NELSON in *Dispatches & Lett.* (1846) VII. p. civ   A Vessel..loaded with construction-timber.

1869   C. L. BRACE *New West* xiv. 184   Every stick of fuel, every railroad tie, and beam for trestle-work, must be carried on construction trains from these mountains.

1873   J. H. BEADLE *Undeveloped West* xxi. 397   Hitherto construction cars had been shoved across singly by hand.

1881   *Chicago Times* 18 June   A construction train backing down to Elwood.

1884   *Cent. Mag.* Oct. 843   Adventurers who had followed the construction camps on the Northern Pacific Railroad.

1891   *Harper's Mag.* Nov. 887/1   It was Dunn's headquarters—the construction camp.

1900   *Daily News* 8 Mar. 3/2   The armoured train and construction trains can now go beyond Crocodile Pools almost to Ramutsa.

1943   J. S. HUXLEY *TVA* 55 (*caption*)   The construction camp lies between the Freeway and the town.

1947   L. M. BEEBE *Mixed Train Daily* 298   The club car 'Julia Bullette' of the romantic Virginia and Truckee—was originally built as a construction car.

## DRAFT ADDITIONS JUNE 2007

**construction paper**   *n. North American* a type of thick coloured paper used esp. in children's craft projects.

1902   *Daily Rev.* (Decatur, Illinois) 19 Dec.   Baskets, sleds, and boxes made of construction paper.

1963   K. H. SEIBEL *Joyful Christmas Craft Bk.* i. 6   Construction paper in bright colors is available at art-supply stores.

2006   *Sunday News* (Lancaster, Pa.) (Nexis) 5 Nov. G1   It was a drawing of a tree with the hand print of each family member cut out of construction paper.

Case 1:19-cv-01424-NGG-JRC Document 70-14 Filed 12/04/20 Page 9 of 9 PageID #: 1589

This entry has not yet been fully updated (first published 1893).

Copyright © 2020 Oxford University Press. All rights reserved.