UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                              :

IN RE NIO, INC. SECURITIES LITIGATION  :  Master File No. 19-cv-01424 (NGG) (JRC)
                                              :
-------------------------------------------------------- x

## STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND ANSWER OF DEFENDANT LOUIS HSIEH

**WHEREAS**, on April 5, 2022, Lead Plaintiff filed a purported proof of service for Defendant Louis Hsieh (ECF No. 99), the only remaining defendant to be served;

**WHEREAS**, Defendant Hsieh disputes that service was effective, but, in the interest of compromise and efficiency, will not contest service; and

**WHEREAS**, Lead Plaintiff and Defendant Hsieh have conferred regarding Defendant Hsieh's response to the Second Amended Complaint (ECF No. 67).

**IT IS HEREBY STIPULATED AND AGREED**, by and between Lead Plaintiff and Defendant Hsieh, subject to the Court's approval, as follows:

1. Defendant Hsieh accepts service of the Second Amended Complaint in this action, without prejudice to or waiver of any of defenses, objections, or arguments, except as to sufficiency of service of process.

[continued on next page]

2.     Defendant Hsieh's Answer to the Second Amended Complaint is due on or before **May 16, 2022**;

DATED:  April 28, 2022

| /s/ Laurence Rosen | /s/ Robert A. Fumerton |
|---|---|
| Laurence Rosen<br>(lrosen@rosenlegal.com)<br>Phillip Kim<br>(pkim@rosenlegal.com)<br>Yu Shi<br>(yshi@rosenlegal.com)<br>**THE ROSEN LAW FIRM, P.A.**<br>275 Madison Avenue, 40th Floor<br>New York, New York 10016<br>Telephone: (212) 686-1060<br><br>*Counsel for Lead Plaintiff* | Scott D. Musoff<br>Robert A. Fumerton<br>Michael C. Griffin<br>**SKADDEN, ARPS, SLATE,**<br>  **MEAGHER & FLOM LLP**<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>Facsimile: (917) 735-2000<br>scott.musoff@skadden.com<br>robert.fumerton@skadden.com<br>michael.griffin@skadden.com<br><br>*Counsel for Defendants NIO Inc., Bin Li, Louis Hsieh, Lihong Qin, Yaqin Zhang, Tian Cheng, Hai Wu, Xiang Li and Padmasree Warrior* |

**IT IS SO ORDERED.**

Dated: _____, 2022          _____
                                                                                                      HON. JAMES R. CHO, U.S.M.J.