

# The Rosen Law Firm
## INVESTOR COUNSEL

Laurence Rosen
lrosen@rosenlegal.com

June 23, 2022

**VIA ECF**

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *In re NIO Inc. Securities Litigation,* Case No. 1:19-cv-01424-NGG-JRC

Dear Judge Garaufis:

In accordance with Rule V(B)(3) of Your Honor's Individual Rules, I write on behalf of Lead Plaintiff Mark Mundy and named plaintiff Eva Huang ("Plaintiffs"), with the consent of Defendants, to seek approval of the parties' proposed briefing schedule on Plaintiffs' motion for class certification.

The parties propose the following class certification briefing schedule:

| | |
|---|---|
| **June 28, 2022** | Plaintiffs' Motion for Class Certification Due. |
| **September 26, 2022** | Defendants' Opposition to Class Certification Due (Defendants will have 90 days to, among other things, obtain documents from Plaintiffs, depose the proposed class representatives, depose Plaintiffs' expert, and retain an expert and submit an expert report, if necessary). |
| **November 11, 2022** | Plaintiffs' Reply in Support of Class Certification Due (Plaintiffs will have 45 days to depose Defendants' expert and submit a rebuttal opinion, if necessary, and to respond to any other arguments made by Defendants' opposition). |

All parties reserve the right to seek an extension of these deadlines for good cause, including as a result of a delay in the production of documents or scheduling of depositions.

Respectfully submitted,

*/s/ Laurence Rosen*
Laurence Rosen

**Application granted.
So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
**Date:** 6/24/22