**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

<table>
<tr><td><em>In re NIO, Inc. Securities Litigation</em></td><td>Case No: 1:19-cv-01424-NGG-JRC</td></tr>
</table>

### DECLARATION OF LAURENCE ROSEN IN SUPPORT OF
### PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Laurence Rosen, declare the following pursuant to 28 U.S.C. §1746:

1. I am an attorney at The Rosen Law Firm, P.A., Lead Counsel for Plaintiffs in the above-captioned action. I am over 18 years of age and am admitted to practice law in this Court. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

2. Attached as Exhibit 1 is a true and correct copy of the Declaration of Dr. Adam Werner.

3. Attached as Exhibit 2 is a true and correct copy of the Declaration of Mark Mundy in Support of Class Certification.

4. Attached as Exhibit 3 is a true and correct copy of the Declaration of Eva Huang in Support of Class Certification.

5. Attached as Exhibit 4 is a true and correct copy of the firm resume of The Rosen Law Firm, P.A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2022 in New York, NY.

*/s/Laurence Rosen*
Laurence Rosen