# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |
|---|
| *In re NIO, Inc. Securities Litigation* |

Case No: 1:19-cv-01424-NGG-JRC

**<u>DECLARATION OF EVA HUANG IN SUPPORT OF CLASS CERTIFICATION</u>**

I, Eva Huang, declare as follows:

1.       I respectfully submit this declaration in support of Plaintiffs' motion for class certification. I have personal knowledge of the statements herein and if called upon as a witness, could and would competently testify hereto.

2.       I am currently serving as a named Plaintiff in the above-captioned action (the "Action") against NIO Inc. ("NIO" or the "Company"), certain of its officers and directors, and the underwriters of NIO's Initial Public Offering ("IPO").

3.       I understand that the Action alleges that NIO's Registration Statement for the IPO falsely stated that NIO's manufacturing facility in Shanghai was under construction at the time of the IPO. In actuality, the Shanghai manufacturing facility was not under construction at the time of the IPO, and construction never commenced before NIO decided to terminate the project after the IPO.  The complaint also alleges that the Registration Statement failed to warn investors that construction of the Shanghai manufacturing facility was dependent on NIO having sufficient cash and meeting sales expectations. I believe the Action is meritorious.

4.       In connection with Plaintiffs' motion for class certification, I am now moving to serve as a Court-appointed Class Representative. I understand that if appointed as a Class

1

Representative, I would represent not only myself, but also the proposed Class consisting of all persons and entities who purchased NIO American Depositary Shares (ADSs) pursuant and/or traceable to the IPO, including a Subclass of those who purchased NIO ADSs from October 8, 2018 to March 5, 2019.

5.      I understand that Court-appointed Lead Plaintiff Mark Mundy is also seeking to be a Class Representative. If appointed, we will both serve as Class Representatives.

6.      I understand that if appointed as a Class Representative, I have a fiduciary duty to act in the interests of all other investors who are members of the Class and Subclass. As such, I am committed to vigorously prosecuting this Action on behalf of the Class and Subclass, and to at all times exercise my good faith and sound judgment to seek a recovery that is fair and beneficial for the Class and Subclass.

7.      To date, I have participated in this Action by, among other things, communicating by phone and email with counsel at The Rosen Law Firm ("Lead Counsel"), reviewing pleadings and otherwise monitoring the progress and status of the Action.

8.      Based on my involvement in this Action, I believe that The Rosen Law Firm possess the necessary expertise and resources to prosecute this Action effectively, and that The Rosen Law Firm has thus far prosecuted this Action effectively – including defeating Defendants' motion to dismiss.

9.      Should I be appointed as a Class Representative, I will fulfill my fiduciary duty to the Class and Subclass and continue to work with Lead Counsel to make sure that the Class and Subclass continue to receive the best possible representation so as to ensure the success of this lawsuit.

10.      If appointed as a Class Representative, I will continue to participate in this Action

2

to keep informed of its status and progress, the strengths and weaknesses of the case, and the prospects for settlement. I will continue to consult with Lead Counsel with respect to significant developments in this Action. I will perform all of these duties mindful of my responsibility of serving what I, in good faith and in consultation with Lead Counsel, believe to be the best interests of the Class and Subclass.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Eva Huang*

Eva Huang (Jun 9, 2022 16:26 PDT)

3