UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :

*In re NIO, Inc. Securities Litigation*       :   19-cv-1424 (NGG) (VMS)
                            :

                            :   **Oral Argument Requested**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF ROBERT A. FUMERTON IN SUPPORT OF DEFENDANTS' JOINT MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants NIO Inc., Bin Li, Louis T. Hsieh, Lihong Qin, Yaqin Zhang, Tian Cheng, Hai Wu, Xiang Li and Padmasree Warrior.

2. I respectfully submit this declaration in support of Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, filed concurrently herewith, and to transmit true and correct copies of the following documents:

Exhibit A....................NIO's Prospectus filed on Form 424(b)(4), dated September 11, 2018, and filed with the SEC on September 12, 2018

Exhibit B ...................Framework Agreement for the NIO Pure Electric Vehicle Factory Project, entered into between Shanghai International Automobile City (Group) Co., Ltd. and Shanghai NIO Automobile Co., Ltd. on November 28, 2017 (certified translation), bearing Bates numbers NIO0000000004-11

Exhibit C ...................Project Blue Sky Third Party Due Diligence Questionnaire (certified translation), bearing Bates numbers NIO0000000019-28

Exhibit D...................Photograph taken March 28, 2018, bearing Bates number NIO0000004750

Exhibit E ...................NIO's Unaudited Fourth Quarter and Full Year 2018 Financial Results, filed on Form 6-K, dated March 6, 2019 (marked as DX23)

Exhibit F...................Transcript of NIO's Fourth Quarter 2018 Earnings Call, dated March 6, 2019, bearing Bates numbers WERNER01129-44 (marked as DX24)

Exhibit G...................Deutsche Bank, *Recent Sales Headwind Should be Mitigated by Improved Cash Flow*, dated March 7, 2019 (marked as DX29)

Exhibit H...................Morgan Stanley, *FY18 Earnings Call Takeaways*, dated March 7, 2019 (marked as DX28)

Exhibit I ...................J.P. Morgan, *NIO: A Soft Start in 2019 but Expect a Meaningful Rebound in 2H*, dated March 6, 2019 (marked as DX27)

Exhibit J ...................Resume of Mark J. Mundy, bearing Bates number PLAINTIFFS429 (marked as DX1)

Exhibit K...................Vanguard Brokerage Transaction Confirmation of Mark Mundy, dated October 11, 2018, bearing Bates numbers PLAINTIFFS419-21 (marked as DX3)

Exhibit L ...................Transcript Excerpts from the Deposition of Mark Mundy, dated August 30, 2022

Exhibit M ..................Vanguard Brokerage Transaction Confirmation of Mark Mundy, dated February 27, 2019, bearing Bates numbers PLAINTIFFS422-25 (marked as DX4)

Exhibit N...................Certification of Mark Mundy, ECF No. 21-2 in this Action (marked as DX5)

Exhibit O...................Rosen Law Firm Retention Agreement, bearing Bates numbers PLAINTIFFS_084-85 (marked as DX7)

Exhibit P...................Transcript Excerpts from the Deposition of Eva Huang, dated September 6, 2022

Exhibit Q...................Fidelity Transaction Confirmation of Eva Huang dated March 5, 2019, bearing Bates numbers PLAINTIFFS_072-73 (marked as DX13)

2

Exhibit R .....................Fidelity Transaction Confirmation of Eva Huang dated March 6, 2019, bearing Bates numbers PLAINTIFFS_070-71 (marked as DX14)

Exhibit S.....................Transcript Excerpts from the Deposition of Dr. Adam Werner, dated September 13, 2022

Exhibit T .....................Bloomberg, *Chinese Electric Car Marker NIO Plunges Most Since Its IPO*, dated March 6, 2019 (marked as DX25)

Exhibit U .....................Motley Fool, *Why Shares of Chinese Electric-Car Marker NIO Fell 47% in March*, dated April 2, 2019 (marked as DX26)

Exhibit V .....................CBS News Transcripts 60 Minutes, *U.S. Automakers Are Caught Between A Tariff Fueled Trade War*, dated February 24, 2019

Exhibit W .....................*The environmental protection bureau window makes full efforts to advance the environmental assessment of major project NIO*, Shanghai Jiading Government Website (January 5, 2018), www.jiading.gov.cn/xzfw/gzdt/content_470404 (certified translation)

Exhibit X .....................*NIO Co., Ltd. Jiading Newly Constructed Factory Project*, http://www.gongcheng168.cn/showinfo-64-414904-1.html9/ (certified translation)

Exhibit Y .....................*NIO complete vehicle base will be relocated to Waigang Town*, Shanghai Jiading Government Website (January 19, 2018), www.jiading.gov.cn/jzpd/jzxx/wgz/content_473801 (certified translation)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2022, in New York, New York.

/s/ Robert A. Fumerton
Robert A. Fumerton

3