# Exhibit B

# LIONBRIDGE

STATE OF NEW YORK          )
                          )
                          )          SS
COUNTY OF NEW YORK        )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached Framework Agreement.

_Lynda Green, Senior Managing Editor_
Lionbridge

Sworn to and subscribed before me

this 15th day of October, 20 22.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

Framework Agreement

Between

Shanghai International Automobile City (Group) Co., Ltd.

And

Shanghai NIO Automobile Co., Ltd.

On

NIO Pure Electric Vehicle Factory Project

November 2017

[seal cut-off]

1

CONFIDENTIAL

NIO0000000004

This agreement was signed in Shanghai on November 28, 2017 by the following parties:

**Party A: Shanghai International Automobile City (Group) Co., Ltd.**

Domicile: No. 79 Moyu Road, Anting Town, Jiading District, Shanghai

**Party B: Shanghai NIO Automobile Co., Ltd.**

Domicile: No. 20, Lane 56, Antuo Road, Shanghai

Party A and Party B are collectively referred to as "**both parties**".

In order to promote the smooth launching of the NIO Pure Electric Vehicle Factory Project in Jiading and promote the sustainable development of the new energy vehicle industry in Jiading District, in accordance with the memorandum of agreement signed by the Jiading District People's Government and Shanghai NIO Automobile Co., Ltd., the two parties agree to carry out in-depth cooperation based on the principles of cooperation in good faith, friendly negotiation, and mutual benefits, coordinating the resources of all parties and jointly promoting the development of the project. After negotiation, the two parties reached the following framework agreement:

## Chapter 1 Cooperation Objectives

**Article 1** Both parties will rely on a work coordination mechanism with clear rights and responsibilities, focusing on vehicle projects and project construction, and with the fundamental goal of building a complete, new energy vehicle industry cluster, to carry out related work. Party B and its designated party will establish a NIO project company ("**NIO Project Company**") to promote the NIO Pure Electric Vehicle Factory Project to be settled in Jiading District; Party A, through designated project company ( "**Auto City Project Company**"), will construct the factory premises for Party B,

2

NIO0000000005

and assist Party B in obtaining financing support from financial institutions.

## Chapter 2 Project Overview

**Article 2** Project name: NIO Pure Electric Vehicle Factory Project (tentative name).

**Article 3** Project construction content: To build a pure electric vehicle manufacturing project with world-leading technology. After the project is completed, it is expected to reach production capacity in two years. At that time, the annual production capacity of pure electric vehicles is expected to reach approximately 100,000 units in double shifts, with estimated annual sales of about 36 billion yuan and an estimated annual tax payment of about 1.946 billion yuan.

**Article 4** Overview of project investment: The total investment of the project is about 6.13 billion yuan. Among them, land investment is 800 million yuan, construction investment is 1.63 billion yuan, equipment investment is 2.22 billion yuan, supplier molding investment is 730 million yuan, other investments are 130 million yuan, initial working capital is 500 million yuan, and the production preparation and debugging expenses are 120 million yuan.

The NIO Project Company plans to raise 3.7 billion yuan by itself, including registered capital of 1.28 billion yuan, which will be paid according to the actual operating needs of the NIO Project Company.

The Auto City Project Company will invest in customizing the factory building for Party B according to the construction needs of Party B. The total investment in the construction of the factory building does not exceed 2.43 billion yuan, and the actual final account shall prevail.

## Chapter 3 Project Site Selection and Support Policies

**Article 5 Land and factory.** The project is located in the new energy vehicle and key parts industry base in Waigang Town, Jiading District. The planned net land area of the project is approximately 775 mu (the actual measurement report issued by the Land Planning Department shall prevail). The land use rights for the site of the project shall be obtained by the Auto City Project Company

3

through legal and compliant means, and the construction of the factory will be completed in accordance with Party B's reasonable requirements. Before construction starts, the NIO Project Company will sign a real estate lease agreement with the Auto City Project Company, with a lease term of not less than 10 years, and Party B and/or the NIO Project Company may not sublease it. With respect to rent, both parties agree that the first five years will be rent-free, and after five years, the rent price of the factory to be paid by Party B to Party A will be based on the local market rental price of the factory and the actual construction cost of the factory, and appropriate discounts over the market price will be given with reference to the contribution of Party B to the local economy.

**Article 6 Financing support**. Party B promises that the registered capital of the NIO Project Company will be in place in full and in time.

Party A shall coordinate with a third party to provide NIO Project Company with equity and/or debt financing of RMB 1.5 billion in a legal manner.

Party A promises to coordinate with financial institutions to provide financing of 1.5 billion yuan for the NIO Project Company. If the financing provided by such financial institutions is less than 1.5 billion yuan, or the loans cannot be released within the line of credit, Party A will make up the difference by designating a third party to inject capital into Shanghai NIO Technology Co., Ltd. or by any other legal and compliant means.

**Article 7** Party A will provide the policy support of "reimbursement of interest for the first five years" for the financing of the NIO Project Company. The loans obtained with such interest reimbursement shall only be used for project equipment investment, and the property rights of the equipment shall belong to the NIO Project Company. Party A agrees that such financing will only be guaranteed by the share capital of the NIO Project Company and its company assets, without the need for any additional guarantee provided by the shareholders of NIO Project Company or any individual shareholders, and Party A shall ensure that the financial institutions providing the financing accept the aforementioned conditions.

CONFIDENTIAL                                                                   NIO0000000007

**Article 8 Policy support**.  For the economic contribution at the district and town levels generated by the NIO Project Company, Party A will support the NIO Project Company in various forms including but not limited to R&D subsidies and talent policies by setting up special supporting funds.

**Article 9 Voting exercise**.  In the event that the financing provided by the financial institutions is less than RMB 1.5 billion as mentioned in Article 6, or the loans cannot be released despite the approval of credit, and Party A and/or a third party designated by it needs to inject capital into Shanghai NIO Technology Co., Ltd.in the form of district-industry fund equity investment, Party A will ensure that the relevant district-industry fund signs a concerted action agreement with Party B.

**Article 10 Talent apartments**.  Party A will assist the NIO Project Company to lease a certain number of talent apartments around the project at favorable rental prices.

### Chapter 4 Special Provisions

**Article 11** Party B promises that Shanghai NIO Automobile Sales Service Co., Ltd. established in Jiading District is the only sales head office in the country, and the vehicles produced by the NIO Project Company can only be sold through Shanghai NIO Automobile Sales Service Co., Ltd. and Shanghai NIO Automobile Co., Ltd. for distribution. If Party B needs to set up a sales branch at another location due to business expansion, Party B promises that, under the condition of normal operation and production capacity, the tax contribution rate of NIO Project Company to Jiading District will not be impacted.

**Article 12** Under the same conditions and in line with Party B's strategic development plan,

5

Party B will give priority to developing its various businesses in Jiading District.

**Article 13** The NIO Project Company is the main entity applying for the production qualification of new energy vehicles, and should get ready to apply for the production qualification of new energy vehicles. Party A will assist Party B in communicating and coordinating with the National Development and Reform Commission, the Ministry of Industry and Information Technology, and other relevant departments in Shanghai, and strive to promote the project establishment, smooth implementation, and obtaining qualifications.

**Article 14** Party A will implement the factory construction of the NIO Project Company and assist in promoting the implementation of [government] policies for NIO Project Company. Both parties will jointly establish a project construction coordination working group with relevant departments to promote the smooth development of the project.

### Chapter 5 Miscellaneous

**Article 15** Both parties undertake to protect state secrets and the other party's business secrets and non-public information in accordance with the law, and shall not infringe upon the other party's intellectual property rights and other legitimate rights and interests.

**Article 16** Both parties undertake to abide by the various stipulations in this Agreement. If there is any disagreement, both parties will resolve it based on the principles of friendly negotiation, cooperation and win-win, and mutual benefits; in case of changes in national laws, regulations and policies, both parties shall negotiate and adjust in a timely manner to minimize negative impact and losses.

**Article 17** This Agreement is a framework agreement reached by the two parties with respect to the NIO Pure Electric Vehicle Factory Project, and only reflects the preliminary consensus of the two parties on project cooperation. For matters not addressed herein,

6

CONFIDENTIAL

NIO0000000009

both parties may negotiate and sign a supplementary agreement or sign a special investment agreement or other follow-up agreement on specific matters. The relevant rights and obligations are subject to the agreement reached by both parties at that time. If either party needs to change the relevant work and schedule agreed in this Agreement due to factors unforeseeable at the time this Agreement was signed, both parties should reach an agreement through consultation, confirm in writing, and abide by the new agreement and schedule.

**Article 18** Each clause of this Agreement is severable and independent of other clauses. If any one or more clauses of this agreement is void, illegal or unenforceable at any time, the other clauses of this Agreement are valid and legal and enforceability shall not be affected by this.

**Article 19** This Agreement is made in duplicate, Party A and Party B each hold one copy, which will take effect from the date of signature or seal by the legal representative or authorized representative of both parties and affixed with the official seal.

(No official text below)

7

CONFIDENTIAL

NIO0000000010

(No official text on this page. This is the signing page of the *Shanghai NIO International Pure Electric Vehicle Factory Project Framework Agreement*)


Party A: Shanghai International Automobile City (Group) Co., Ltd.

[seal:] Shanghai International Automobile City (Group) Co., Ltd.

Domicile: No. 79 Moyu Road, Anting Town, Jiading District, Shanghai   [signature]


Party B: Shanghai NIO Automobile Co., Ltd.

[seal:] Shanghai NIO Automobile Co., Ltd.

Domicile: No. 20, Lane 56, Antuo Road, Shanghai        [signature]

8

CONFIDENTIAL                                        NIO0000000011

# 上海国际汽车城（集团）有限公司

## 与

# 上海蔚来汽车有限公司



# 关于蔚来纯电动整车工厂项目
# 框架协议



## 二〇一七年十一月

Confidential.

NIO0000000004

本协议由以下双方于2017年11月28日于上海市签署：

**甲方：上海国际汽车城（集团）有限公司**

住所：上海市嘉定区安亭镇墨玉路 79 号


**乙方：上海蔚来汽车有限公司**

住所：上海市安拓路56弄20号


甲方和乙方合称"**双方**"。


为推动蔚来纯电动整车工厂项目顺利落户嘉定，促进嘉定区新能源汽车产业的持续发展，根据嘉定区人民政府和上海蔚来汽车有限公司签订的合作备忘录，双方本着诚信合作、友好协商、互惠共赢的原则，同意开展深入合作，统筹协调各方资源，共同推进项目开展。经协商一致，双方达成如下框架协议：

## 第一章　合作目标

**第一条**　双方将依托权责清晰的工作协调机制，以重点聚焦整车项目、围绕项目建设，打造完整新能源汽车产业集群为根本目标，开展有关工作。乙方和其指定方将成立蔚来项目公司（"**蔚来项目公司**"），推动蔚来纯电动整车工厂项目落户嘉定区；甲方通过指定的项目公司（"**汽车城项目公司**"），为乙方建设厂房，

2

Confidential.

NIO0000000005

协助乙方向金融机构获取融资支持。

## 第二章　项目概况

**第二条**　项目名称：蔚来纯电动整车工厂项目（暂定名）。

**第三条**　项目建设内容：建设世界尖端科技的纯电动整车制造项目。在项目建成后，预计两年后达产，届时纯电动汽车年产能预计可达双班约 10 万台，预计年销售额约 360 亿元人民币，预计年纳税约 19.46 亿元人民币。

**第四条**　项目投资概况：项目总投资约 61.3 亿元人民币。其中土地投资 8 亿元，建筑投资 16.3 亿元，设备投资 22.2 亿元，供应商模具投资 7.3 亿元，其他投资 1.3 亿元，铺底流动资金 5 亿元，生产准备和调试费用 1.2 亿元。

蔚来项目公司计划自筹 37 亿元人民币，其中注册资金 12.8 亿元，将根据蔚来项目公司实际运营需求进行缴纳。

汽车城项目公司出资按乙方建设需求为乙方定制厂房，厂房建设总投资不高于 24.3 亿元人民币，最终以实际决算为准。




## 第三章　项目选址及支持政策

**第五条**　**土地厂房**。项目选址嘉定区外冈镇新能源汽车及关键零部件产业基地内，项目规划净用地面积约为 775 亩（最终以规土部门出具的实测报告为准）。由汽车城项目公司以合法合规的

3

Confidential.

NIO0000000006

形式取得项目地块的土地使用权,并按照乙方的合理要求完成厂房的建造工作。在开工建设前,蔚来项日公司将与汽车城项日公司签订不动产租赁协议,租赁期限不少于 10 年,且乙方和/或蔚来项目公司不得转租。针对租金,双方同意,前五年免租,五年以后乙方向甲方支付的厂房租金价格,根据当地厂房市场租赁价格及厂房实际建造成本,参考乙方对当地经济贡献,给予市场价格适当的优惠。

**第六条　融资支持。**乙方承诺蔚来项目公司注册资本金及时足额到位。

甲方协调第三方以合法的方式为蔚来项目公司提供 15 亿元的股权和/或债权融资。

甲方承诺协调金融机构为蔚来项目公司提供融资 15 亿元,如该等金融机构提供的融资少于 15 亿元,或发生在授信额度内无法放款,甲方将通过指定第三方针对差额部分向上海蔚来科技有限公司注资的方式或其他任何合法合规的方式予以补足。

**第七条**　甲方将为蔚来项日公司的该等融资提供"前五年贴息"的政策支持,该等贴息形成的贷款仅用于项目设备投资,由蔚来项目公司拥有设备产权。甲方同意,该等融资将仅以蔚来项目公司的股本以及其公司资产作为担保,无需蔚来项目公司的股东或任何个人股东另行提供担保,并且甲方应确保提供融资的金融机构接受上述条件。



4

Confidential.

NIO0000000007

**第八条　政策扶持。**对于蔚来项目公司所产生的区、镇两级经济贡献，甲方将通过设立专项扶持资金，以包含但不限于研发补贴、人才政策等多种形式对蔚来项目公司予以扶持。

**第九条　表决行使。**若发生第六条所述因金融机构提供的融资少于 15 亿元人民币或虽批授信但无法放款，而需甲方和/或其指定的第三方以区产业基金股权投资形式注资上海蔚来科技有限公司的情形，甲方将确保相关区产业基金与乙方签署一致行动人协议。

**第十条　人才公寓。**甲方将协助蔚来项目公司在项目周边以优惠的租金价格租赁一定数量的人才公寓。



## 第四章　特别约定

**第十一条**　乙方承诺在嘉定区已设立的上海蔚来汽车销售服务有限公司是全国唯一的销售总公司，蔚来项目公司生产的车辆只能通过上海蔚来汽车销售服务有限公司和上海蔚来汽车有限公司分销。若乙方因业务拓展需要在异地设立销售分公司，乙方承诺在正常经营达产的情况下，不影响蔚来项目公司对嘉定区的税收贡献率。

**第十二条**　在同等条件，并且符合乙方战略发展规划的前提下，

5

Confidential.

乙方将优先考虑在嘉定区发展其各项业务。

**第十三条**    蔚来项目公司是申请新能源汽车生产资质的主体，应做好申请新能源汽车生产资质的一切准备，甲方将协助乙方与国家发改委、工信部等及上海市等相关部门沟通协调，努力促成项目立项、顺利推进、获取资质。

**第十四条**    甲方将落实蔚来项目公司的厂房建设，协助推进蔚来项目公司政策落实。双方将联合相关部门共同成立项目建设协调工作小组，推进项目顺利开展。

## 第五章    其它

**第十五条**    双方承诺，依法保守国家秘密和对方的业务秘密以及非公开信息等，不得侵害对方所享有的知识产权及其他合法权益。

**第十六条**    双方承诺，遵守本协议的各项约定，如果发生分歧，双方本着友好协商、合作共赢、互惠互利的原则，通过协商方式加以解决；如遇国家法律、法规和政策变化，双方及时协商调整，最大限度地减少负面影响和损失。

**第十七条**    本协议为双方就蔚来纯电动整车工厂项目所达成的框架性协议，仅反映双方对项目合作方面的初步共识。未尽事宜，

6

Confidential.

NIO0000000009

可由双方另行协商并签订补充协议或就具体事项签署专门的投资协议或其他后续协议，相关的权利义务以双方届时达成的合意为准。任何一方如因签订本协议时未能预见的因素，需变更本协议约定的相关工作及进度安排，双方应磋商达成一致意见，通过书面方式确定，并遵守新的约定和进度安排。

**第十八条**　本协议的每一条款均可分割且独立于其他条款，如在任何时候本协议的任何一条或多条条款成为无效、不合法或不能执行，本协议其他条款的有效性、合法性和可执行性并不因此而受到影响。

**第十九条**　本协议壹式两份，甲方执壹份，乙方执壹份，自甲、乙双方法定代表人或授权代表签字或盖章并加盖公章之日起生效。

（以下无正文）

7

Confidential.

NIO0000000010

（本页无正文，为《蔚来纯电动整车工厂项目框架协议》签署页）

甲方：**上海国际汽车城（集团）有限公司**

住所：上海市嘉定区安亭镇墨玉路 79 号



乙方：**上海蔚来汽车有限公司**

住所：上海市安拓路56弄20号

8

Confidential.

NIO0000000011