# Exhibit D



NIO000004750

Confidential.

**Metadata of NIO0000004750**



