# Exhibit F

EXHIBIT

24

exhibitsticker.com

THOMSON REUTERS

# EDITED TRANSCRIPT

Q4 2018 Nio Inc Earnings Call

EVENT DATE/TIME: MARCH 06, 2019 / 12:00AM GMT

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

WERNER01129

1

## MARCH 06, 2019 / 12:00AM GMT, Q4 2018 Nio Inc Earnings Call

### CORPORATE PARTICIPANTS

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*
**Jade Wei** *NIO Inc. - Senior Director of IR*
**Nick Wang** *NIO Inc. - VP & Head of Finance of NIO Group*
**Tung-Jung Hsieh** *NIO Inc. - CFO*

### CONFERENCE CALL PARTICIPANTS

**Bin Wang** *Crédit Suisse AG, Research Division - China Auto Analyst*
**Daniel V. Galves** *Wolfe Research, LLC - Director of Equity Research & Senior Analyst*
**Fei Fang** *Goldman Sachs Group Inc., Research Division - Equity Analyst*
**Paul Gong** *UBS Investment Bank, Research Division - HK and China Auto Analyst*
**Ryan J. Brinkman** *JP Morgan Chase & Co, Research Division - Senior Equity Research Analyst*
**Vincent Ha** *Deutsche Bank AG, Research Division - Research Analyst*
**Y.C. Lai** *JP Morgan Chase & Co, Research Division - Head of Asia Auto Research*

### PRESENTATION

**Operator**

Hello, ladies and gentlemen, thank you for standing by for NIO Inc.'s Fourth Quarter and Full Year 2018 Earnings Conference Call. (Operator Instructions) Today's conference call is being recorded. I will now turn the call over to your host, Ms. Jade Wei, Senior Director of Investor Relations of the company. Please go ahead, Jade.

**Jade Wei** *NIO Inc. - Senior Director of IR*

Thank you, Christian. Good evening, and good morning, everyone. Welcome to NIO's Fourth Quarter and Full Year 2018 Earnings Conference Call. The company's financial and operating results were published in the press release earlier today and are posted at the company's IR website.

On today's call, we have, in Beijing, Mr. William Li, Founder, Chairman of the Board and Chief Executive Officer; and in Hong Kong, Mr. Louis Hsieh, our Chief Financial Officer; and Mr. Nick Wang, our VP of Finance. Louis and Nick will begin with prepared remarks, and William will join for the Q&A session.

Before we continue, please be kindly reminded that today's discussion will contain forward-looking statements made under the safe harbor provisions of the U.S. Private Securities Litigation Reform Act of 1995. Forward-looking statements involve inherent risks and uncertainties. As such, the company's actual results may be materially different from the views expressed today. Further information regarding risks and uncertainties is included in certain filings of the company with the U.S. Securities and Exchange Commission. The company does not assume any obligation to update any forward-looking statements, except as required under applicable law.

Please also note that NIO's earnings press release and this conference call includes discussions of unaudited GAAP financial information as well as unaudited non-GAAP financial measures. Please refer to NIO's press release, which contains reconciliation of the unaudited non-GAAP measures to comparable GAAP measures.

With that, I will now turn the call over to our CFO, Mr. Louis Hsieh. Louis, please go ahead.

**Tung-Jung Hsieh** *NIO Inc. - CFO*

Thank you, Jade. Hello, everyone. Thank you for joining us today. We are pleased to report our fourth quarter and first full year results as a public company. Our results reflect broad-based accomplishments across the organization and provides with a strong base for moving forward in 2019. I'll begin with some highlights.

In Q4 2018, production continued to ramp for our NIO/JAC manufacturing sites, and we delivered 7,980 ES8s during the quarter to bring our total delivery to 11,348 units for 2018, which helped strengthen the ES8 brand and solidified our leadership position among premium electric 7-seater SUVs.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

WERNER01130

**MARCH 06, 2019 / 12:00AM GMT, Q4 2018 Nio Inc Earnings Call**

Revenues increased 134% sequentially from the third quarter, and total revenue reached RMB 4.95 billion for the first year following our initial deliveries in June 2018. In December 2018, we launched the ES6, our 5-seater high-performance premium electric SUV as well as the 6-seater ES8 version, the 7-passenger SUV in the -- also, we have a 6-seater version. These launches exemplify our focus on continued market penetration through enhanced products and services. We remain confident in our growth prospects in the coming year. We expect a greater-than-anticipated sequential decrease in deliveries in the first quarter of 2019, partially due to accelerated deliveries made in the end of last year in anticipation of EV subsidy reductions in China in 2019; number two, seasonal slowdown surrounding the January 1 and Chinese New Year holidays; number three, soft macroeconomic conditions in China, particularly in the auto sector. As a result, we expect ES8 deliveries in the first quarter to total between 3,500 and 3,800 units. And we have completed 1,805 and 811 deliveries in January and February respectively.

In 2019 -- sorry, by the end of February 2019, we had over 4,200 orders for ES8, with RMB 5,000 deposits and RMB 45,000 production order payments. Going forward, we will no longer report the preorder number of -- for ES8 as deliveries of ES8 entered a shortened, more normal phase of delivery times. Furthermore, going forward, we will report delivery numbers each quarter rather than giving monthly updates.

We expect deliveries in the second quarter of 2019 to reflect continued weakness as we await the results of the 2019 EV subsidy policy in China and improvement in the macroeconomic conditions. We continue to monitor policy changes in support of the EV industry as the subsidy is offered to buyers of electric vehicles.

Yesterday, on March 5, in China, the Chinese central government announced a reduction in the VAT tax from 16% to 13% for manufacturing industries as part of the overall tax reduction and information plan to boost the macro economy. We believe these measures will benefit the overall economy and consumption markets in the long term, including the auto industry.

On another positive note, in mid-December, we were excited to officially launch our ES6 with a pre-subsidy price of -- starting from RMB 358,000. We are confident that the competitive features and prices of the ES6 will lead a significant interest in the mass market. ES6 5-seater SUV possesses exceptional performance, with acceleration from 0 to 100 kilometers an hour in as fast as 4.7 seconds, exceptional range of 510 kilometers, an EDC and a fully featured luxurious interior.

As of the end of February, we had already received over 7,200 -- sorry, 73-hundred-5-thousand RMB preorders. Sorry. We plan to generate additional interest in the ES6 through participation in the high-profile Shanghai auto show in April. We expect this order backlog to increase as ES6 show cars are delivered to our NIO Houses in May as potential buyers can actually see, touch and test drive and experience ES6's driving performance and comfort.

As of the end of February, we have made good progress in preparing the production for the ES6. We are on track to achieve our goal to begin deliveries in June of 2019.

The geographic reach of NIO's users continue to expand. Through the end of February 2019, our ES8 model has been delivered to 270 cities, connecting users across the country. With over 14,000 ES8s now on the road, we continue to receive valuable feedback from users. Positive feedback remains brisk in key areas, including driving and function, interior quality, NOMI interaction, superior service and user engagement.

During the first winter, we heard from users about drive range challenges with the ES8 for long-distance trips. Although our client data indicates that 95% of ES8 usage is in the city-driving and only 5% is related to long-distance travel, we accelerated our efforts to expand our highway power swap station network, covering both the G2 and G4 expressways as well as the majority of the G15 Expressway.

Now NIO users can travel between Beijing, Shanghai and Shenzhen without stopping for hours to recharge simply by using NIO battery swap centers, which provide a fully swapped battery within 5 minutes. NIO is the only company with battery swap technology to enable seamless long-distance driving in China, China's main highways, of ES8 akin to ICE cars in the fuel inconvenience.

Reflecting our drive for continuous improvement, we continue to update and offer software to improve our user experience. Utilizing our

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

WERNER01131

3

## MARCH 06, 2019 / 12:00AM GMT, Q4 2018 Nio Inc Earnings Call

over-the-air technology, in December, we upgraded our ES8 software to version 1.2.0. Over 200 functions have now been added to optimize to provide enhanced safety driver convenience and improve the overall driving experience since our first software version launch in June. Key among these include ADAS functions such as automatic emergency braking, forward collision warning and lane departure warning. We target additional major ADAS functions in the first half of 2019.

Our service network continues to grow. As of the end of February 2019, we opened 13 NIO Houses and 16 pop-up NIO Houses in 27 cities across China.

In additions by year-end, our number of service centers increased to 100 in 66 cities. Mainly composed of authorized service centers, we are pleased to report our worry-free service package continues to receive rave reviews and continue to see about 90% of our users purchase the worry-free service packages. We continue to monitor how users are utilizing available power solutions.

As of the end of February 2019, approximately 78% of users have installed the home chargers, which are the most efficient and convenient charging solution for the daily usage. We also completed over 38,000 one-click power service, touching 64% of users.

Our power swap stations were also utilized actively in cities and on highways by 32% of our users.

Add to this, the more than 170,000 public chargers identified through our NIO APP were utilized by 59% of our users, and it is clear our users are well served by flexible and growing charging infrastructures. We'll continue to monitor usage trends and evaluate our feedback as we continue to improve and enhance the available power solutions.

In China, the Chinese New Year is the busiest travel season of the year. This year, between January 28 to February 18, the heart of the holiday travel period, we provided over 16,000 one-click power services to our users, which earned a satisfaction rating exceeding 4.9 out of 5 in the post-service surveys.

We are proud of our NIO Power and NIO Service teams for their hard work to provide seamless exceptional support in the ES8 users on the road across the country.

Delivering a holistic user experience that exceeds expectations is a key competitive differentiation and one that creates significant barriers to potential competitive entrants. Because of this, we continue to think beyond the delivery of our vehicles to ensure that NIO Service and NIO Power provide the highest-quality service to the NIO community.

Our NIO community continues to expand beyond our users who purchase ES8. Our online NIO community is growing fast, with the NIO APP reporting over 800,000 active users and 190,000 daily active users on peak days.

A highlight of 2018 for the NIO community was our annual NIO day. In December, we hosted the flagship NIO day event in Shanghai and welcomed over 10,000 members of the NIO community to share insights into our vision for the future as well as officially launching the ES6. This event has now been viewed online over 1.5 billion times.

Through a variety of offline activities in 2018, we've gained valuable experience in data and with the continued rolling out, more offline activities to attract target users in 2019.

On a separate note, we would like to give you an update on our plan for building the manufacturing facilities in Jia Ding, Shanghai. In 2017, we signed a framework agreement and memorandum with the government and related NDs in Jia Ding, Shanghai to build a manufacturing plant for NIO. Recently, we have agreed, in principle, that these contractual counterparties -- with our contractual counterparties to terminate the plan of this manufacturing plant. These decisions are made based on 2 reasons. First, in 2018, a new policy was issued by the government authorities, which allow and encourage the entities that operate its vehicle research and development and design to work with vehicle manufacturing companies to manufacture vehicles cooperatively. This joint manufacturing model between NIO and JAC is endorsed and perceived as an innovative manufacturing model in China. Secondly, through an efficiency perspective, we can leverage the existing capacity of NIO's JAC plant and enjoy the flexibilities to expand the capacity to support NIO's

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

WERNER01132    4

## MARCH 06, 2019 / 12:00AM GMT, Q4 2018 Nio Inc Earnings Call

market penetration and growth plans for the next 2 or 3 years. In the long run, we will still focus on the joint manufacturing model and continue improving the effectiveness of capital investments in manufacturing.

2019 is an important year for NIO as we have a full year of production of the ES8 and begin deliveries of the ES6. While soft economic conditions may temper demand for some segments of the auto industry, in China, the EV segment is expected to continue to grow. Our goals in 2019 center around increasing market penetration while effectively improving our production and operation efficiency. Longer-term, we're committed to investing in the research and development to ensure our products and experiences remain in the forefront of the EV industry and exceed our users' expectations.

As we complete our first 6 months as a public company, I would like to thank the growing NIO user community for their ongoing trust, the diligent NIO teams for the commitment to our vision and the investor community for your interest and support of this journey with NIO. Thank you again, and I will now turn the call over to our Vice President of Finance, Nick Wang, to provide the financial details for the quarter. Nick, please?

**Nick Wang** *NIO Inc. - VP & Head of Finance of NIO Group*

Thank you, Louis. As Louis mentioned, we concluded 2018 on a strong note. I will now go over some of our financial results for the fourth quarter. And to be mindful of the length of this call, I encourage listeners to refer to our earnings press release, which is posted online for our full year results and other additional details.

Total revenues in the fourth quarter of 2018 were RMB 3.44 billion or $499.7 million, representing an increase of 133.8% from the third quarter of 2018. Our total revenues are made of 2 parts, vehicle sales and other sales. Vehicle sales in the fourth quarter of 2018 were RMB 3.38 billion or $491.8 million, representing an increase of 137% from the third quarter of 2018 and accounted for 98% of total revenues in the quarter. The increase in fourth quarter vehicle sales over the third quarter of 2018 was attributed to accelerated deliveries of ES8 in the quarter. Other sales in the fourth quarter of 2018 was RMB 54.4 million or $7.9 million, representing an increase of 27.5% from the third quarter of 2018. The increase in the fourth quarter other sales over the third quarter of 2018 was mainly attributed to increased revenue recognized from the home chargers installed and the service provided in the quarter.

Cost of sales in the fourth quarter of 2018 was RMB 3.42 billion or $497.7 million, representing an increase of 115.8% from the third quarter of 2018. The increase in cost of sales over the third quarter of 2018 was mainly driven by the increase of delivery volume of ES8 in the quarter. Gross margin in the fourth quarter of 2018 was positive 0.4% compared with negative 7.9% in the third quarter of 2018, mainly driven by the increase of vehicle margin in the quarter. Vehicle margin in the fourth quarter was positive 3.7% compared with negative 4.3% in the third quarter of 2018. The increase of vehicle margin was mainly driven by the increase of production and the delivery volume of the ES8 in the quarter.

Research and development expenses in the fourth quarter of 2018 were RMB 1.52 billion or $220.4 million, representing an increase of 83.8% from the fourth quarter of 2017 and an increase of 48% from the third quarter of 2018. The increase in research and development expenses over the third quarter of 2018 was primarily attributed to the increased number of personnel and the increase in design and professional expenses related to research and development activities of the ES6, a 5-seater high-performance premium electric SUV launched in December 2018. Excluding share-based compensation expenses, a non-GAAP measure, fourth quarter research and development expenses were RMB 1.49 billion or $217.4 million, representing an increase of 83.1% from the fourth quarter of 2017 and an increase of 57.8% from the third quarter of 2018. Selling, general and administrative expenses in the fourth quarter of 2018 were RMB 1.95 billion or $282.9 million, representing an increase of 130% from the fourth quarter of 2017 and an increase of 16.5% from the third quarter of 2018.

The increase in selling, general and administrative expenses over the third quarter of 2018 was primarily attributed to increased marketing and the promotional activities, increased expenditure on rental and other expenses related to the sales network expansion and the increased number of selling, general and administrative employees.

Excluding share-based compensation expenses, a non-GAAP measure, selling, general and administrative expenses were RMB 1.83 billion or $265.5 million, representing an increase of 123.5% from the fourth quarter of 2017, an increase of 38.1% from the third quarter

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

WERNER01133

## MARCH 06, 2019 / 12:00AM GMT, Q4 2018 Nio Inc Earnings Call

of 2018. Loss from operation in the fourth quarter of 2018 was RMB 3.45 billion or $501.3 million, representing an increase of 106.4% from the fourth quarter of 2017, an increase of 22.7% from the third quarter of 2018.

Excluding share-based compensation expenses, adjusted loss from operations, a non-GAAP measure, was RMB 3.31 billion or $480.7 million in the fourth quarter, representing an increase of 102.4% from the fourth quarter of 2017 and an increase of 39% from the third quarter of 2018. Share-based compensation expenses in the fourth quarter of 2018 were RMB 141.7 billion or $20.6 million, representing an increase of 282.6% from the fourth quarter of 2017 and a decrease of 70 -- 67.2% from the third quarter of 2018. The increase in share-based compensation expenses over the fourth quarter of 2017 was primarily attributed to increased option granted to employees in 2018. The decrease in share-based compensation expenses over the third quarter of 2018 was primarily attributed to the higher cumulative share-based compensation expenses recognized in the third quarter, which was related to the satisfaction of stock options granted pre-IPO to certain employees with the performance condition of an IPO.

Net loss was RMB 3.5 billion or $509.5 million in the fourth quarter of 2018, representing an increase of 106.1% from the fourth quarter of 2017 and an increase of 24.6% from the third quarter of 2018. Excluding share-based compensation expenses, adjusted net loss, a non-GAAP measure, was RMB 3.36 billion or $488.9 million in the fourth quarter of 2018, representing an increase of 102.1% from the fourth quarter of 2017 and an increase of 41.3% from the third quarter of 2018. Net loss attributable to NIO's ordinary shareholders in the fourth quarter of 2018 was RMB 3.52 billion or $511.5 million, representing an increase of 200 -- of, sorry, 26.4% from the fourth quarter of 2017 and a decrease of 64% from the third quarter of 2018. Excluding share-based compensation expenses and accretion on redeemable noncontrolling interests to redemption value, adjusted net loss attributable to NIO's ordinary shareholders, a non-GAAP measure, was RMB 3.34 billion or $486.2 million for the fourth quarter.

Basic and diluted net loss per ADS in the fourth quarter were both RMB 3.37 or $0.49 per ADS. Excluding share-based compensation expenses and accretion on redeemable noncontrolling interests to redemption value, non-GAAP adjusted basic and diluted net loss per ADS were both RMB 3.2 or $0.47 per ADS in the fourth quarter. Our balance of cash and cash equivalents, restricted cash and short-term investment was RMB 8.35 billion or $1.21 billion as of December 31, 2018.

And now for our business outlook. For the first quarter of 2019, the company anticipates a sequential slowdown in vehicle deliveries compared to the fourth quarter of 2018 due to accelerated delivery made at the end of last year in anticipation of EV subsidy reduction in China in 2019, the seasonal slowdown surrounding the January 1 and the Chinese New Year holidays as well as the current moderate macroeconomic conditions in China. For the first quarter of 2019, the company expects deliveries of the ES8 to be between 3,500 and 3,800 vehicles, representing a decrease of approximately 56.1% to 52.4% from the fourth quarter of 2018, the total revenues to be between RMB 1,390.9 million and RMB 1,515.7 million, or between $202.3 million and $220.5 million, a decrease of approximately 59.5% to 55.9% from the fourth quarter of 2018. This business outlook reflects the company's current and preliminary review on the business situation and market condition, which is subject to change.

Now this concludes our prepared remarks. I will now turn the call over to the operator to facilitate our Q&A session. Thank you.

### QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) Your first question today comes from the line of Dan Galves from Wolfe Research.

**Daniel V. Galves** *Wolfe Research, LLC - Director of Equity Research & Senior Analyst*

I was hoping that you could talk a little bit about your expectations for the government EV subsidy policy in 2019. When do you expect this to be announced? What are some of the positives and negatives? Will your -- the bigger 84-kilowatt hour battery help offset some of the reduction? And finally, do you expect more cities in China in 2019 to put restrictions or quotas on internal combustion vehicles?

**Tung-Jung Hsieh** *NIO Inc. - CFO*

Thank you, Dan. William, do you want to answer this question?

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## MARCH 06, 2019 / 12:00AM GMT, Q4 2018 Nio Inc Earnings Call

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

Yes, I can. So thanks for the question. I'll speak in Chinese and Louis will help me to translate. (foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

Right now, we haven't received any official announcement from the government regarding the subsidy policies in 2019, and we expect that it will be announced officially. Recently, for the overall direction, we -- although we haven't received any official announcement, we believe that compared with last year, the subsidy policy in 2019 will be decreasing significantly.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

But if we look at the positive side, as mentioned by the Chinese government yesterday, they will be keeping supporting any risk development, especially the support in terms of the taxations. For the NAV, especially for the pure electric vehicles, there is no need to pay the purchasing tax for the buyers, and we believe that this support in the taxation will be continued.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

And we also believe that the advantages of the consumption taxed on the electric vehicle will also continue.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

And for NIO, our product positioning taps into the premium segment. Compared with other entry-level brands and models, we will receive a very limited effect from the decreasing subsidy. And on the other hand, we do receive a lot of advantages with the taxations. So in the long run, we will be in the advantageous position.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

And another advantage of the decreasing subsidy is that before, we will deduct -- before, we have to deduct the subsidy for our users and we need to wait for the subsidy from the government. And it takes a very long time to wait for the subsidy from the government, and we need to pay some advancement payments. And after the subsidy decreases, actually, we'll receive -- since we'll receive more advantages with the taxations, actually, it will help us to release the pressure of the cash flow.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

And in the long run, I believe that the Chinese policies will be supporting the EV's development. And I have this thought from 2 perspectives. The first is that there will be a lot of benefits in terms of the use of electric vehicles. For example, the EV can drive freely in Beijing, and in Shanghai, we have advantages with the license plate applications of EV. And I believe that more cities will be enacting this kind of EV-friendly policies in the future. And then secondly, we do receive a lot of benefits with the taxes. And for NIO, as we are a premium brand, I believe this will help us to expand our market, especially, we can pick up the market shares of users who used to be the ICE car users.

THOMSON REUTERS | **Contact Us**

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

## MARCH 06, 2019 / 12:00AM GMT, Q4 2018 Nio Inc Earnings Call

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

So all summed up, in the short term, especially in the second quarter this year, we will be facing some pressures, but the pressures on ourselves is much lesser than the pressure on other electric vehicle companies. And in the long run, we believe that we will keep receiving the benefits and advantages from the policies, and this will help us to expand our market.

**Tung-Jung Hsieh** *NIO Inc. - CFO*

Thank you, William. Dan, also, as far as your other question, Hainan Island has now enacted restrictive license plate restrictions. So Sanya and Haikou are also joining that list. So we expect many more cities in the next -- in the coming years to restrict the ICE license plates in those cities to prevent pollution and to move toward an electric car future.

**Operator**

Your next question comes from the line of Ryan Brinkman from JPMorgan.

**Ryan J. Brinkman** *JP Morgan Chase & Co, Research Division - Senior Equity Research Analyst*

I would like to explore a bit more the implications of not building the wholly owned assembly plant in Shanghai. Presumably, this could have a very positive implication for return on invested capital. Could you talk too about the potential impact on earnings relative to pursuing a wholly owned -- relative to not pursuing a wholly owned approach? And then is there anything to think about the potential timing of expected future models? Does this development have the potential to either delay or perhaps even accelerate the timing of when additional models might launch beyond the ES8 and ES6?

**Tung-Jung Hsieh** *NIO Inc. - CFO*

Okay. Thank you, Ryan. This one, I'll let William answer this. He is the most familiar with the plant situation. William, you want to go?

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

Okay. Thanks for your question. (foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

As we all know, last November, the MIP has enacted a very important file called the Number 58 file. And in this file, it is stated that the Chinese government endorsed the cooperation between the car R&D companies like NIO with the existing manufacturing companies or manufacturing plants. That means that the cooperative mode between NIO and JAC is endorsed by the Chinese government.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

Of course, a lot of details regarding this document still need to be finalized. And we expect that on the 1st of June, the details under this document will be finalized officially and it will be opening for the applications and approval procedures.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

And the advantages for NIO is that, first off, we don't need to apply for the subsidies or the carbon emission credit via JAC. We can directly apply this from the government. And secondly, for NIO, as an independent car company, we can manage our product very well, and this will be helping us with our long-term strategic funding.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

WERNER01136    8

## MARCH 06, 2019 / 12:00AM GMT, Q4 2018 Nio Inc Earnings Call

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

And we receive a lot of benefits from this. And with this, we can review and replan our investment in the manufacturing and we can also improve the management efficiency of the manufacturing. So in the long run, we will be upholding this manufacturing cooperative mode. At the moment, JAC is our only manufacturing partner. And in the future, in the long run, we may embrace other partners in this regard, and this will also be an important part for our long-term strategy.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

And currently, because last year, during the second half of last year, we've modified our production lines for both ES8 and ES6 production. And now the annual capacity of NIO/JAC manufacturing site is about 100,000 units per year. And recently, we've been having some discussions with JAC, and we decided that our third model will also be manufactured in this NIO/JAC manufacturing site. Of course, to be compatible with the third model, we need to make some investment and modifications in our production lines. And we will undertake part of this investment. And in this regard, our cooperative mode with JAC will continue. And after the upgrades, the annual capacity of this manufacturing site will be about 150,000 units per year, and this can be compatible with 3 models in the next 2 to 3 years.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

And for the follow-up manufacturing plan, we may be working with other manufacturing partners with other manufacturing sites, but we will keep this cooperative mode in the long run so that we can meet our satisfying capacity. And based on our working experience and cooperative experience with JAC, it takes about 20 months from planning to ramping up to the ideal capacity. And in the future, we will also uphold this so that we can meet our capacity demand, and we don't think this will be a bottleneck for the company's development. And also, it help us to reduce the capital expenses.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

As for the optimization of the 2019 capital expenses because of this termination of Shanghai plant, maybe, Louis or Nick, you can share some figures.

**Nick Wang** *NIO Inc. - VP & Head of Finance of NIO Group*

Okay. I think based on this change of the strategy, I think there's definitely going to be some short-term and midterm saving on the CapEx spending for sure. And over the long run, we believe that this can translate into a long-term higher return on asset as well.

**Operator**

The next question comes from the line of Nick Lai from JPMorgan.

**Y.C. Lai** *JP Morgan Chase & Co, Research Division - Head of Asia Auto Research*

Just one very simple question regarding the pricing strategy. Can we talk about our long-term pricing or medium-term pricing strategy considering 2 moving parts or 2 moving factors? One is subsidy cut and the second is potential localization of Model 3 in the first quarter.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

WERNER01137    9

## MARCH 06, 2019 / 12:00AM GMT, Q4 2018 Nio Inc Earnings Call

**Nick Wang** *NIO Inc. - VP & Head of Finance of NIO Group*

Thank you, Nick. William, do you want to talk about our pricing strategy?

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

Okay. Thanks. (foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

And we'll be committed to adopting a more reasonable pricing strategy instead of just to reduce the price to take up the market share.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

And for ES8 and ES6, we have battery leasing package or policy, which means that user can get RMB 100,000 reduction if they choose this battery leasing service and they only need to pay the monthly fee. And from the number perspective, over 70% of our ES8 users have chosen this battery leasing service.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

So in this regard, for ES6 users, they only need to pay about RMB 258,000 before subsidy, and they don't need to pay the purchasing tax. And from the pricing perspective, our product can be very competitive in the market.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

And we understand that our competitors had several rounds of price reductions recently. They may be facing some competitive pressures, so they need to reduce this price. But I believe -- or I think this price reduction can damage the brand image and the loyalty of their existing users and the consumers. And in the long run, NIO will not tap into -- NIO will not try to take up a bigger market share by simply reducing the price. Instead, we want to innovate our service mode to improve our user satisfactions and user loyalties, and then we can improve our sales and market share.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

So I believe with our pricing strategy and battery leasing service as well as the innovations with our service mode, we can keep our competitive edge in this market. And for this year, to improve our brand awareness and market penetration, we will be hosting some test drive events or user experience events so that we can touch upon more users.

**Tung-Jung Hsieh** *NIO Inc. - CFO*

Thank you. Thank you, William. And Nick, I think in my view, the Tesla price reductions, it's my opinion, I think, is in part directly because NIO is already -- our ES8 is outselling Tesla's top brands, the S and the X, which is why the price reduction was so significant. 15% to 20% is huge. And on Model 3, I think Model 3, the base version, which doesn't even compare close to our ES6 in performance or range, is over RMB 400,000. As William just said, ours is RMB 258,000, if you take the battery lease option to start with. So I don't think it solves the competitive problem for Tesla in China.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

## MARCH 06, 2019 / 12:00AM GMT, Q4 2018 Nio Inc Earnings Call

**Y.C. Lai** *JP Morgan Chase & Co, Research Division - Head of Asia Auto Research*

Yes. And I was actually referring -- yes, if we plan to lose MSRP.

**Tung-Jung Hsieh** *NIO Inc. - CFO*

Yes. So ours is RMB 358,000. Theirs is about RMB 410,000, the cheapest version. But the Model 3 is a small car. It's not even the same class, right? It's a small sedan. It's like comparing a 318i BMW. Ours is more like an X5, the ES6. Our range is 510. Their range is about 300 kilometers. Our acceleration is a second faster than theirs. 0 to 60 in 4.7. Theirs is like 5.7 or 5.8. Theirs has a single motor. Ours is dual motor. So it's not comparable.

**Operator**

Your next question comes from the line of Vincent Ha from Deutsche Bank.

**Vincent Ha** *Deutsche Bank AG, Research Division - Research Analyst*

I have questions on 2 areas. Number one is on the longer-term kinds of sales outlook. Now we noticed that the companies are giving a more conservative guidance for first and second quarter. But does it really change our longer-term expectation of around like 40,000 to 45,000 delivery for the full year 2019? And what will be the split between ES6 and ES8? And then a little bit follow-up on the sales outlook is that we recently saw a really, really positive documentary coming up from the 60 Minutes of CBS, and I think that really helps you raise the awareness on the brand inside China. I don't -- I wonder whether the company is trying to leverage on this publicity to help on the sales and help on the traffic in the NIO Houses. My second question is for the fundraising. Now congratulations on the successful like convertible notes raising last month. And my question on this one is that, can we have a rough idea of what is the cost for the options for the issuance? And then the second question is that, going forward, is this likely to be the major way of further fundraisings in the future? So those are the 2 questions.

**Tung-Jung Hsieh** *NIO Inc. - CFO*

Thank you. Thank you, Vincent. This one, I'll take the numbers question. The understanding is our forecast has not changed for 2019. As we said, the slower-than-expected start in Q1 and Q2 will partly be due -- because the subsidy is normally announced in January in China. This year, it's already March, it hasn't been announced. So that uncertainty. And we said the macro. The other thing is, don't forget, in February, it's only half a month because Chinese New Year took up the first 10 days of holiday. We have some delivery delays in February due to getting licensing plate registration offices opened in China. So the 811 is exceptionally low. So we expect a pickup in March of this year. And as I said, we have over 4,200 orders for ES8 that are in the bank, 5,000 and 45,000. 1,300 of them are for the 6-seater version of the ES8. The 6-seater version won't be available until Q2. So it's not -- the slowdown isn't as pronounced as it looks from the number. But I appreciate that question, Vincent. The 60 Minutes article is great publicity in the U.S. and outside. Unfortunately, 60 Minutes isn't shown in China, but it's a very positive view of William's strategy and vision for the company. On fundraising, the convertible bond had a premium that's a little bit higher than we like. It is -- this coupon is 4.5%. It's a 5-year CB with a 3-year put. I don't think CB will be the primary source of fundraising for us in the future. We have many other sources of fundraising. We have enough cash to launch ES8 and ES6. But as you know, because of a car company's nature, we will need to tap the capital margins at some point in the future. We also have credit lines available to us. We have a lot of strategic interest in investing in NIO through partnerships and others. And also, we have the ability through credit financing on the battery lease receivables we get and others to generate a significant amount of cash by -- from our battery leasing and other revenues. Do you want to talk about fundraising more?

**Nick Wang** *NIO Inc. - VP & Head of Finance of NIO Group*

Yes. Actually, there's 2 points I just want to add on top of what Louis just mentioned. Essentially, you are asking about the structure of the CB. In this transaction, I think there are 2 elements of the derivative -- financial structure in derivative nature. One is the cap called upper strike. That basically shows the management of the company is confident over the long run, especially the high appreciation of stock price. That's basically -- in that element, that basically increased our strike price from 27.5% to 100%. The other element, as we call it, the 0 strike forward shares essentially allow the company to purchase back some shares and make these shares amenable to the potential CB investor in the marketplace. These are typical practice in the market in the CB market, okay?

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

## MARCH 06, 2019 / 12:00AM GMT, Q4 2018 Nio Inc Earnings Call

**Tung-Jung Hsieh** *NIO Inc. - CFO*

Thank you. Thank you, Vincent. Does that answer your question, Vincent? But basically, our forecast remains unchanged. Maybe slightly more ES6 orders because we already have 7,300, 3 or 4 months before launch. So we think that's a very strong number. And then ES8, I think, Q2 should be better than Q1. But -- and then -- but I think ES8 is already the #1 selling premium 7-seater EV in the market already. So it's already outselling the Model X by a wide, wide margin. So it's basically already in the market-leading position. Next question.

**Operator**

Your next question comes from the line of Fei Fang from Goldman Sachs.

**Fei Fang** *Goldman Sachs Group Inc., Research Division - Equity Analyst*

It's very impressive to see the ramp-up of ES8's volume and your brand. Can management talk about the operational lessons you have learned from branding ES8? What have worked? What have not? And what do you plan to do differently for ES6 and the third model? And also, for ES6, how do you think about the cannibalization risk with ES8?

**Tung-Jung Hsieh** *NIO Inc. - CFO*

Thank you, Fei. William, do you want to talk about the lessons you learned from branding ES8 and any cannibalization against ES6? Was ES6 cannibalizing ES8?

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

Yes, thanks for the question. (foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

ES8 is our first product. And from manufacturing to delivery, in terms of the readiness of supply chain, quality and software, we need to improve a lot. And for the past 6 months, we've experienced a lot of challenges. And some days we need to manufacture at least 100 or 200 cars and we need to deliver that many cars every day, and this is a huge pressure for us. And I guess to say we have overcome that period of time, and I -- we appreciate our team for this great contribution.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

And as of today, we've delivered cars to 270 cities in China, and the geographical distribution of our users is quite wide. We even have users in the Northeast China, which is one of the coldest areas in China, which means that we also face some pressures with our service. I cannot say this is a lesson learned, but for the last quarter, we -- for the first quarter last year, we paid a lot of attention with the user experience, for example, to guarantee a smooth car usage and experience in the winter. We spent a lot of time with the user services in these areas. And also, because we didn't want to keep our users waiting for such a long time, we have some intensive user deliveries. And for these, for what we got from the past quarter, we think we can further improve our efficiencies with the service and the service operations. And I believe this will be a long-term target, and this will help us to further improve our user satisfactions.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

And starting from this year, we believe that NIO has entered into the second phase of a competition. We call it the qualifying round. And the priority of this round is that we need to improve our operational efficiency without compromising on the user satisfaction. This is one of the most important tasks at the moment.

**Tung-Jung Hsieh** *NIO Inc. - CFO*

Thank you, William. Also, I think, Fei, I think, in my view, ES6 will obviously have some cannibalization effect on ES8, but I think that's normal. They're both SUVs. One is 5-seater. One is 7-seater. But I want to remind you that the 5-seater version -- 5-seater SUV market is

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

## MARCH 06, 2019 / 12:00AM GMT, Q4 2018 Nio Inc Earnings Call

many times bigger than the 7-seater SUV market, which is very limited in China. So I think the potential for ES6 is much larger in order -- and it's reflected in our half year forecast in ES8. So I think it's inevitable. Okay.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

Yes. (foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

Actually, Louis has mentioned a very important information. The market size of the premium 5-seater SUV is 10x bigger than that of the premium 7-seater SUV, which means that the total volume of the 5-seater SUV above the price of RMB 300,000 is over 1 million units. But that's also -- yes, that 7-seater SUV is only about 100,000 units. And we care a lot about our overall market share instead of just for ES8 or ES6. And for ES6, our target this year is to let more people to know this brand, to know this car and to try this car. That's why this year, we are planning for a wide range test drives around China so that more users or more potential users can have a try. And for our existing users who have tried or drove ES8 for a while, actually the feedback is quite positive because we understand the demand and the need of the Chinese users and we are confident about the product we provide to them. And actually, NIO has one of the highest user satisfactions, and we also want to keep improving this user satisfactions. If you read some self-generated content on social media, they have some attractive titles criticizing about NIO's services, competitiveness or our product. But if we look at the real user feedback, you will find that the feedback from our users are quite positive. And in the long term, I believe this is the foundation to our future competitiveness.

**Operator**

Your next question comes from the line of Paul Gong from UBS.

**Paul Gong** *UBS Investment Bank, Research Division - HK and China Auto Analyst*

My first question is regarding your strategy after the subsidies declined. Say, how much percentage you could pass this shortfall to your customers or you plan to pass? If the subsidy declines by $100, how many dollars should we expect the customers might pay as an extra to make up this shortfall?

**Tung-Jung Hsieh** *NIO Inc. - CFO*

William, you want to talk about the subsidy effect on our pricing, the foreign subsidy? Or do you want me to do it?

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

Yes. So I confirm the question. (foreign language)

**Paul Gong** *UBS Investment Bank, Research Division - HK and China Auto Analyst*

(foreign language)

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Tung-Jung Hsieh** *NIO Inc. - CFO*

Thank you, William. I think...

**Jade Wei** *NIO Inc. - Senior Director of IR*

There were 2 types of...

**Tung-Jung Hsieh** *NIO Inc. - CFO*

Go ahead, I'm sorry.

**Jade Wei** *NIO Inc. - Senior Director of IR*

Do you need translation? Sorry. There were 2 types of subsidy. One is national subsidy. One is local subsidy. Actually, it is not very easy for some users in some cities to get local subsidy already. And as for the subsidy decline or reduction, if the subsidy declined by RMB 1,

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MARCH 06, 2019 / 12:00AM GMT, Q4 2018 Nio Inc Earnings Call

actually user need to pay for that RMB 1. So there is no plan to adjust our price because of this subsidy reduction, which means that if the national subsidy decreases by RMB 10,000 this year, then users need to pay RMB 10,000 more. And before we see the official announcement of the subsidy policy this year -- actually, even if the subsidy policy of this year is released, there's no plan to reduce our price to cover this shortfall.

**Tung-Jung Hsieh** *NIO Inc. - CFO*

To add to that, I think our prices already -- the price and value of performance ours are already the best in the market with ES6 and ES8. And that's why I think, in my view, that's why Tesla has been aggressively lowering their price because of their market share losses to NIO. And so I think there's no reason for us to take down our price. The subsidy will keep our margins in place. And also, with the 3% reduction in VAT tax, that should help our gross margin significantly. So I think the government policies are actually quite positive for us.

**Paul Gong** *UBS Investment Bank, Research Division - HK and China Auto Analyst*

Okay. Yes. My second question is regarding the ES6 orders. I heard it was 7,300. How does this compare to the ES8 orders at the same stage? Say, at the same time last year, what was the cumulative ES8 orders? Can you share with us?

**Tung-Jung Hsieh** *NIO Inc. - CFO*

Yes. I think ES8, at that point, was a little bit better because it was the first time NIO had gone [all this time] for the whole year and it was a big event. So NIO ES8 orders were about 10,000 at this time. But don't forget, ES6, we haven't started the marketing campaign yet. This is mostly the referrals or word of mouth. So you'll see us in April when the Shanghai auto show takes off. As William had mentioned, having a lot more marketing on ES6. In addition, part of the reason costs are high for Q4 than Q1 is we are building a lot of ES6s to be available in May for test drives. That's one thing we learned about ES8, is that we didn't have enough cars for people to test drive. It's very hard to test drive a car. And now we have NIO Houses in 27 cities. So we have built -- so there will be a cost in Q1 to absorb the cost of building a lot of ES6s for a lot of test drive. When people drive our ES8, the majority of them will buy that car, vast majority of them. We think ES6 is even better because it's a lighter, sportier version of the ES8 and it drives phenomenally. So we believe that once we start allowing test drives, the order number will go up quite fast in the May, June timeframe.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

(foreign language)

**Jade Wei** *NIO Inc. - Senior Director of IR*

Actually, the ES6 and the ES8 focus on different market and user groups. For ES8, it taps into the premium 7-seater SUV segment. And in that segment, we don't have many competitors. And also, ES8 represents the first official debut and product launch of NIO. And a lot of users who were not potential 7-seater SUV users bought our cars because they love the NIO brand. That's why we received more orders than ES6 at the early stage of ES8 product launch. And for ES6, the market situation is different. It taps into a bigger market, but at the same time, the competition is more fierce. For example, we have Q5, GLC, X3 in this market segment, and their sales volume every month is over 10,000 units. But we are also very confident with our ES6 performance, user experience, the advantages with the taxes and the innovative services. And we believe we can keep this competitive edge in this market segment. We already expected that the early stage of ES6 order is not as good as ES8. That's why, as Louis mentioned, we will be host -- we will be holding large-scale test drive campaign and market campaign starting from May. And we believe that in this bigger and more competitive market segment, ES6 will be very competitive compared with traditional ICE cars.

**Tung-Jung Hsieh** *NIO Inc. - CFO*

Thank you, William. Next question.

**Operator**

Your next question comes from the line of Bin Wang from Credit Suisse.

**Bin Wang** *Crédit Suisse AG, Research Division - China Auto Analyst*

I actually have 3 operation questions. The number one is about the NIO House number. [As Louis pointed out], right now it's 27. So it has been growing. It's about 70 by the end of this year. So I want to know whether you have any change about the plan for the NIO House number. That's number one question. Number two is about Tesla actually will have the [lower-priced] Model Y next year. Can I assume

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**MARCH 06, 2019 / 12:00AM GMT, Q4 2018 Nio Inc Earnings Call**

that ES6 competes with Model Y? Because Model Y has been set at 10% bigger than the Model 3 since that now will compete with Model Y. So I want to know whether it competes with Model Y. Meanwhile, because the Model 3 has such a big success in the U.S., do we have any plan to introduce a similar model than the Model 3 from NIO in the future, say, 2021? And the third question is about software. One of the key things is so far our ADAS is still not fully being utilized because of the software. You have been guiding software may be ready in May this year. So can we have update about the software, when it will be fully ready to have a much better user experience? And lastly, I also have a question about the battery. Since the ES6 has a better battery, can we know when the battery can be used, I mean, the same A11 battery can be used to ES8? When will it be used? And if that will be used, will the price of the ES8 will be increased or not?

**Tung-Jung Hsieh** *NIO Inc. - CFO*

Okay. Thank you. Thank you, Wang Bin. I'll take one at a time. Our NIO Houses, we currently have 13 in 11 cities and 16 pop-up NIO Houses. William wanted a large footprint as we launch ES6. And because of dispersion of the ES8 orders across the cities, you won't see us go to 70 cities this year. So we realized that the expenses are high. So we are controlling the expenses. And you'll see high expenses in Q1, and then we should see a gradual decline, significant decline in expenses in Q2, Q3, and Q4 as we march towards profitability. That's #1. We think we have pretty good coverage with 27 cities. We may add a few more, but it won't be a large-scale expansion into 70 cities this year. Second, Model Y. Model Y, there was supposed to be some kind of announcement next week. I don't worry about it because it won't be here for a year or so in China if even then. It should be 10% bigger than the Model X. It's closer to our ES6. But if the Model X -- sorry, the Model 3 is the 400 -- the cheapest version is RMB 420,000. That's 10% more. That means the Model Y will be over RMB 500,000 when it comes to China in a year or 2, and that will still not be as kind of price competitive with our ES6, which is RMB 358,000. And that depends on whether you get 1 motor or 2 motors in the Model Y. So I think our ES6 will compete very well. It should be slightly bigger. It will be X5 versus X3, which is what I think the Model Y will be comparable to. So I think our car is more than ready to meet the challenges of the Model Y when it comes to China. As far as Model 3 is concerned, we are in discussions about NP2 platform, NIO platform 2, but that won't -- we haven't decided on what the format of that will be. So we don't know if we will -- but there's no immediate plans the next year to have a car that will compete with Model 3 that size. We think ES6 already competes more than favorably with Model 3. Chinese prefers SUVs to sedans, and ours is an SUV. Tesla's is a small sedan. Sedans are not the preferred choice. Second is the Model -- the ES6 is cheaper than the Model 3 and much higher-priced performance statistics, faster, longer range, much more luxurious. Remember, the Model 3 is a slimmed-down, nothing fancy in the interior with not the same surface level as ES6. So I think they are different classes, and I think the ES6 should be a much more appealing car to Chinese users. Your question on ADAS software, we -- the current timing is for highway pilot or NIO highway pilot to be available sometime in Q2. Don't forget, the NIO ES8 is already equipped with the ADAS hardware. So for us, once that's available, once we order that package, we will get a high revenue, a high gross margin number. So we'll turn it on, on the software side and we'll make over RMB 35,000 to RMB 40,000 by doing that. So we expect NIO pilot -- the current timetable is next quarter, it will be released and available for ES8 and ES6 owners. On the battery, 84-kilowatt battery is going to be available for both ES8 and ES6. So ES6 for a cheaper version can use the 70-kilowatt battery as well. And then for ES8 owners who have 70-kilowatt, William -- and NIO is offering a onetime trade-in value where you can get 60% off for an 84-kilowatt battery if you want to buy that. So we are offering it. It's available. It's the same battery pack. So it's swappable. So for the 70-kilowatt batteries from ES8 that are changed, we will use them in our swap network. So they won't go to waste. And so we expect that battery to have -- for the ES6, it takes the range to 510 on the 84 kilowatts. For the ES8, it takes the range from 355 to 420. So that will solve the range issues for that many -- the biggest complaint from ES8 owners was range. So we expect to have a solution for them by June, July of this year. Does that answer your questions, Wang Bin? Okay. Great. I think it does. Next question, please.

**Operator**

There are no further questions at this time. I'd like to turn the call back over to the company for closing remarks. Thank you.

**Tung-Jung Hsieh** *NIO Inc. - CFO*

Okay. Well, thank you, everyone, for joining us today. From William and Nick and Jade and Heather and I and [Stanley] here in Hong Kong and Beijing, we thank you for your time. We look forward to seeing you.

**Bin Li** *NIO Inc. - Founder, Chairman & CEO*

Thank you, everyone.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

WERNER01143

15

**MARCH 06, 2019 / 12:00AM GMT, Q4 2018 Nio Inc Earnings Call**

**Tung-Jung Hsieh** *NIO Inc. - CFO*

Thank you.

**Jade Wei** *NIO Inc. - Senior Director of IR*

Thank you.

**Operator**

This concludes this conference call. You may now disconnect your line. Thank you.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward looking statements regarding a variety of items. Such forward looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS THOMSON REUTERS'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2019 Thomson Reuters. All Rights Reserved.

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

WERNER01144