# Exhibit G

**Deutsche Bank**
**Research**

EXHIBIT

**29**

exhibitsticker.com

| Rating | Company | Date |
|---|---|---|
| **Buy** | **NIO** | 7 March 2019 |

Asia
China

**Forecast Change**

Automobiles & Components

| | Reuters | Bloomberg | Exchange | Ticker |
|---|---|---|---|---|
| | NIO.N | NIO US | NYS | NIO |

| | |
|---|---|
| Price at 5 Mar 2019 (USD) | 10.16 |
| Price target - 12mth (USD) | 10.20 |
| 52-week range (USD) | 11.60 - 5.90 |
| S P 500 | 2,790 |

# Recent sales headwind should be mitigated by improved cash flow

### Slightly better than expected 4Q18 results with cautious 1Q19E guidance

NIO has reported its 4Q18 results with a net loss of RMB3.5bn (up 26% YoY), slightly ahead of our estimate of a RMB3.7bn loss. The company registered 4Q18 total revenue of RMB3.4bn (up 134% QoQ) on the delivery of 7,980 units of the ES8 SUV (up 144% QoQ). Total gross profit margin turned positive to 0.4% in 4Q18 from -7.9% in 3Q18. That being said, NIO attributes the strong 4Q18 sales to rush deliveries amid market worries about new energy vehicle (NEV) subsidy cuts in early 2019. As such, the company expects 1Q19 sales to cool down to 3.5-3.8k units (down 52-56% QoQ). Meanwhile, NIO is sticking to its view of c. 40-45k full-year sales volume, to be driven by both the ES6 and ES8 SUVs.

### Sticking to joint manufacturing model will help cash flow

In the results announcement, NIO stated that it will no longer seek to build its own vehicle manufacturing plant in Shanghai and will further rely on the joint manufacturing operation with Jianghuai. Considering the successful ramp-up of ES8 production in FY18, we think that NIO's current production business model will not hinder the original sales outlook. Indeed, we view this as a more flexible option with potentially lower capex outlay for the company in the next few years.

### DCF-based target price raised to USD10.2/share; Buy maintained

While there is limited clarity on the potential demand for the ES6 mid-size SUV given a lack of vehicles ready for showcasing and test driving, we stay constructive on its outlook considering its competitive specifications and pricing (starting at RMB358k before subsidies, or RMB258k if the battery leasing option is adopted). We slightly lower our FY19-20 revenue forecasts for NIO, mainly on a weaker macro backdrop, but raise our DCF-derived target price considering the improved free cash flow trend after the scrapping of its plans to construct its own plant. For valuation and risks, see p. 5.

[Valuation & Risks](#)

Vincent Ha, CFA

Research Analyst

+852-2203 6247

Yan Lin

Research Analyst

+852-2203 5929

Key changes

| | | | |
|---|---|---|---|
| TP | 8.60 to 10.20 | ↑ | 18.6% |
| Sales (FYE) | 16,516 to 16,204 | ↓ | -1.9% |
| Op prof margin (FYE) | -52.9 to -53.9 | ↓ | 2.0% |
| Net profit (FYE) | -8,976.5 to -9,049.7 | ↓ | 0.8% |
| *Source: Deutsche Bank* | | | |

Price/price relative

| Performance (%) | 1m | 3m | 12m |
|---|---|---|---|
| Absolute | 28.9 | 43.5 | – |
| S P 500 | 1.9 | 3.3 | 2.5 |
| *Source: Deutsche Bank* | | | |

| Forecasts and ratios | | | | | |
|---|---|---|---|---|---|
| Year End Dec 31 | 2017A | 2018A | 2019E | 2020E | 2021E |
| Sales (CNYm) | 0.0 | 4,951.2 | 16,204.2 | 37,203.6 | 62,430.1 |
| Reported NPAT (CNYm) | -7,561.7 | -23,327.9 | -9,049.7 | -3,594.8 | 2,471.8 |
| Reported EPS FD (CNY) | -8.89 | -27.13 | -8.62 | -3.42 | 2.16 |
| DB EPS FD (CNY) | -5.75 | -10.37 | -8.03 | -2.82 | 2.76 |
| % Change | -0.0% | -2.7% | -2.6% | 5.7% | – |
| DB EPS growth (%) | -99.0 | -80.3 | 22.5 | 64.9 | – |
| PER (x) | – | – | – | – | 24.7 |
| *Source: Deutsche Bank estimates, company data* | | | | | |

Deutsche Bank AG/Hong Kong

Distributed on: 06/03/2019 17:48:07 GMT

Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MCI (P) 091/04/2018.

7 March 2019

Automobiles & Components

NIO

## More details on NIO's 4Q18/FY18 results and 1Q19E guidance

NIO released its 4Q18/FY18 results after market close on 6 March. The company registered 4Q18 total revenue of RMB3.4bn on 7,980 units of ES8 SUV delivery, a substantial improvement from 3Q18 revenue of RMB1.5bn and sales volume of 3,268 units. With the sales ramp-up, NIO reported a small total gross profit of RMB13.6m vs. 3Q18's RMB116.3m gross loss.

Nevertheless, with 1) the rollout of sales and service offerings alongside a sales ramp-up and 2) an increase in development cost for a future product line with more personnel, the company's 4Q18 operating expenses increased by 28.5% QoQ, leading to a 22.7% QoQ (106.4% YoY) widening of its operating loss, and a 41.0% QoQ (101.3% YoY) jump in 4Q18 adjusted net loss.

On a full-year basis, NIO delivered 11,348 units of vehicles, ahead of the 10k-unit target. Its adjusted net loss amounts to RMB8.9bn, 3% below our forecast. We consider the results to be slightly ahead of expectations.

That being said, management expects a sequential decrease in 1Q19 deliveries after the accelerated deliveries in 4Q18. To elaborate, NIO estimates that 1Q19 deliveries will be around 3.6-3.8k units (down 52.4-56.1% QoQ) and total revenue around RMB1.4-1.5bn (down 55.9-59.5% QoQ).

### Figure 1: NIO – 4Q18/2018 results summary

| (RMBm) | 4Q18 | 4Q17 | YoY% | 3Q18 | QoQ | 2018 | 2017 | YoY |
|---|---|---|---|---|---|---|---|---|
| Production (Units) | 8,069 | 0 | n.a. | 4,206 | 91.8% | 12,775 | 0 | n.a. |
| Delivery (Units) | 7,980 | 0 | n.a. | 3,268 | 144.2% | 11,348 | 0 | n.a. |
| **Total revenue** | **3,435.6** | **0.0** | **n.a.** | **1,469.6** | **133.8%** | **4,951.2** | **0.0** | **n.a.** |
| Vehicle sales | 3,381.2 | 0.0 | n.a. | 1,426.9 | 137.0% | 4,852.5 | 0.0 | n.a. |
| Other sales | 54.4 | 0.0 | n.a. | 42.7 | 27.5% | 98.7 | 0.0 | n.a. |
| **Total cost of sales** | **(3,422.0)** | **0.0** | **n.a.** | **(1,585.9)** | **115.8%** | **(5,207.0)** | **0.0** | **n.a.** |
| Vehicle | (3,256.1) | 0.0 | n.a. | (1,488.5) | 118.7% | (4,930.1) | 0.0 | n.a. |
| Others | (165.9) | 0.0 | n.a. | (97.4) | 70.4% | (276.9) | 0.0 | n.a. |
| **Total gross loss** | **13.6** | **0.0** | **n.a.** | **(116.3)** | **n.a.** | **(255.9)** | **0.0** | **n.a.** |
| *Gross margin (%)* | *0.4%* | *n.a.* | | *-7.9%* | | *-5.2%* | *n.a.* | |
| Research and development expense | (1,515.2) | (824.4) | 83.8% | (1,023.4) | 48.0% | (3,997.9) | (2,602.9) | 53.6% |
| Selling, general and administraive expense | (1,945.4) | (845.7) | 130.0% | (1,670.1) | 16.5% | (5,341.8) | (2,350.7) | 127.2% |
| **Operating loss** | **(3,446.9)** | **(1,670.1)** | **106.4%** | **(2,809.9)** | **22.7%** | **(9,595.6)** | **(4,953.6)** | **93.7%** |
| *Operating margin (%)* | *-100.3%* | *n.a.* | | *-191.2%* | | *-193.8%* | *n.a.* | |
| Net finance income/(costs) | (14.4) | 6.3 | n.a. | (5.8) | 150.3% | 9.7 | 0.9 | 999.4% |
| Investment income (including equity investment) | 1.7 | (0.5) | n.a. | (4.0) | n.a. | (9.7) | (1.9) | 418.0% |
| Other income/(loss), net | (27.0) | (33.4) | -19.0% | 10.6 | n.a. | (21.3) | (58.7) | -63.6% |
| **Loss before income tax expense** | **(3,486.7)** | **(1,697.7)** | **105.4%** | **(2,809.1)** | **24.1%** | **(9,616.9)** | **(5,013.3)** | **91.8%** |
| Income tax expense | (16.3) | (2.3) | 601.2% | (1.4) | 1086.5% | (22.0) | (7.9) | 178.8% |
| **Loss after income tax expense** | **(3,503.0)** | **(1,700.0)** | **106.1%** | **(2,810.4)** | **24.6%** | **(9,639.0)** | **(5,021.2)** | **92.0%** |
| Accretion on convertible redeemable preferred shares/redeemable non-controlling interests to redemption value | (31.9) | (1,084.7) | -97.1% | (6,954.4) | -99.5% | (13,730.6) | (2,576.9) | 432.8% |
| Minority interests | 18.4 | 2.1 | 791.5% | 8.0 | 130.3% | 41.7 | 36.4 | 14.4% |
| **Net loss** | **(3,516.5)** | **(2,782.6)** | **26.4%** | **(9,756.8)** | **-64.0%** | **(23,327.9)** | **(7,561.7)** | **208.5%** |
| *Net margin (%)* | *-102.4%* | *n.a.* | | *-663.9%* | | *-471.2%* | *n.a.* | |
| Adjusted net loss | (3,342.9) | (1,660.9) | 101.3% | (2,370.2) | 41.0% | (8,917.8) | (4,894.4) | 82.2% |
| *Adjusted net margin (%)* | *-97.3%* | *n.a.* | | *-161.3%* | | *-180.1%* | *n.a.* | |

*Source: Company data, Deutsche Bank*

Deutsche Bank AG/Hong Kong

## Post-results conference call takeaways

- Delivery and order book for ES8: NIO delivered 1,805 and 811 units in January and February, respectively. At the end of February, NIO had an ES8 order backlog of over 4,200 units with deposits/down payments already made.

- ES6 demand: At the end of February, NIO had received over 7,300 pre-orders (with RMB5k deposits per order) for the 5-seat mid-size ES6 SUV. Management expects more orders to come in, especially in May/June after it rolls out the marketing campaign at the Shanghai Auto Show with more ES6 display cars available for test-drive. Management thinks that the 5-seat mid-size SUV market is c. 10x larger than the 7-seat big-size SUV market, in which ES8 competes.

- NEV subsidy cut: Although the detailed subsidy scheme for 2019 has not been announced yet, NIO expects the subsidy level to decline significantly YoY. However, the company believes that it should feel less of an impact than entry-level NEV OEMs as NIO's premium positioning is supposed to be less price-sensitive. As the company does not plan to lower prices amid subsidy cuts, a lower revenue contribution from subsidies is indeed favorable from a working capital perspective given the long receivable days for subsidies.

- Other policies: Despite a potential subsidy cut, NIO believes that other NEV-friendly policies such as purchase tax waivers and conventional car license plate restrictions in certain cities/regions should continue for a while. What's more, the government's plan to lower manufacturing industries' VAT rates should benefit NIO's financials.

- Termination of the development of its own Shanghai plant: NIO has decided to terminate the plan to build its own manufacturing plant in Jiading District and to focus on the joint manufacturing model. The decision was made after the government allowed vehicle R&D enterprises to work together with OEMs to set up independent auto production/sales entities, similar to what NIO and Jianghuai have been doing. While the detailed policy is not yet in place, formal application will start in June. The advantage of this arrangement for NIO is that it should be able to apply for subsidies and carbon credits directly, as well as directly manage the joint operation to enhance efficiency. NIO believes the savings from the termination of the development of its own plant should allow it to reallocate resources to the capacity expansion at Jianghuai's Hefei plant and other R&D activities.

- Capacity planning: The production base with Jianghuai in Hefei, where the ES8 and ES6 are manufactured, currently has a designed annual capacity of 100k units. NIO has decided to produce its third product, ET7, at the Hefei plant, whose annual capacity is expected to expand to 150k in the next 2-3 years. In the long run, NIO would not rule out the possibility of working with other OEMs.

## Deutsche Bank's view - still upbeat on long term

We think that 1H19E could turn out to be a challenging half for NIO, considering the following headwinds:

7 March 2019

Automobiles & Components

NIO



- Weakened sales trends given the subsidy cut overhang and ES6 not yet becoming available.

- Gross profit margin likely to turn negative again with reduced delivery scale.

- Working capital pressure given the need to settle the component bills for the high number of ES8 sold in 4Q18.

That being said, we expect the following positive developments to mitigate part of the aforementioned pressure:

- Successful completion of USD750m convertible note issuance: We estimate that, putting aside the proceeds used to facilitate the transaction, e.g. for buying the call option contracts to minimize potential share dilution, NIO obtained c. USD450-500m for its core operation at low borrowing cost.

- Scrapping of plan to build own capacity: With the termination of the Shanghai plant plan, the near-term capex for starting plant construction will not be needed. Although NIO mentioned that some of the money saved will be used for Jianghuai's plant expansion and for R&D, we still see good potential for lower cash burn in the next few years.

Last but not least, while we acknowledge that the market may be disappointed by ES6's pre-orders being much lower than ES8's around a similar time last year, we still believe that ES6 demand stands a decent chance of growing when the display cars become available for test drives. To elaborate, we think that at the ES6 price point, even without considering the subsidies, there are basically no comparable products competing head to head. As such, more premier NEV buyers are likely to choose this model once they have had the chance to see the real product, in our view.

## Forecast changes

On the back of a more cautious near-term outlook, given a weaker macro backdrop and NEV subsidy uncertainty, we trim sales volume for FY19 by 1.2%. As a result, our FY19-20E revenue is now 1.9-2.9% lower. Given a more conservative margin improvement trend, we increase NIO's FY19 and 20E reported loss by 0.8% and 13.6%. We still expect NIO to turn profitable in FY21E, with three models in its product portfolio and sales of more than 150k units.

Figure 2: NIO - key forecast changes

|  | New | | | Old | | | % change | | |
|---|---|---|---|---|---|---|---|---|---|
| Units (RMBm) | 2019E | 2020E | 2021E | 2019E | 2020E | 2021E | 2019E | 2020E | 2021E |
| Revenue | 16,204 | 37,204 | 62,430 | 16,516 | 38,305 | n.a. | -1.9% | -2.9% | n.a. |
| Reported net profit | (9,050) | (3,595) | 2,472 | (8,976) | (3,166) | n.a. | 0.8% | 13.6% | n.a. |
| Adjusted net profit | (8,434) | (2,962) | 3,159 | (8,663) | (2,802) | n.a. | -2.6% | 5.7% | n.a. |
| Sales volume (units) | 40,000 | 93,200 | 153,100 | 40,500 | 93,200 | n.a. | -1.2% | 0.0% | n.a. |

*Source: Deutsche Bank estimates*

7 March 2019

Automobiles & Components

NIO

## Higher DCF target valuation with improved cash flow expectations

We maintain our Buy rating on NIO, as we believe the stock is attractively valued vs. the company's long-term potential in China's premium battery electric vehicle segment. We see the near-term share price volatility resulting from a more cautious 1Q19E outlook and the upcoming expiration of pre-IPO investors' lock-up period as an opportunity to Buy.

Given a lack of near-term earnings and investors' focus on start-ups' cash flows, we believe that a DCF analysis is the most appropriate valuation method for NIO. Our DCF analysis uses an unchanged WACC of 12.5% (with 3.5% risk free rate, 6.0% equity risk premium and a beta of 1.5x, which we think is fair for a Chinese auto company with higher share price volatility vs. market average) and free cash flow terminal growth of 2% to reflect our expectations of long term normalized growth for the company. We raise our target price from USD8.6 to USD10.2 mainly on lower overall capex estimate given the termination of the Jiading plant development and hence better free cash flow. We do not think that the implied FY20E EV/sales of 2.3x or long-term implied P/E of 11.7x is excessive when compared to Tesla's trading history.

Key downside risks for NIO: 1) failure to attract demand, 2) major issues in product quality, 3) inability to ramp up production as planned, and 4) inability to contain expense growth.

7 March 2019

Automobiles & Components

NIO

Model updated: 06 March 2019

## Running the numbers

Asia

China

Automobiles & Components

## NIO

| Reuters: NIO.N | Bloomberg: NIO US |
|---|---|

### Buy

| Price (5 Mar 19) | USD 10.16 |
|---|---|
| Target Price | USD 10.20 |
| 52 Week range | USD 5.90 - 11.60 |
| Market cap (m) | USDm 10,668 |
| | EURm 9,443.7 |

### Company Profile

NIO designs, jointly manufactures, and sells smart and connected premium electric vehicles in China. Redefining user experience, the company aims to provide users with comprehensive, convenient and innovative charging solutions and other user-centric services.

### Price Performance



### Margin Trends



### Growth & Profitibility



### Solvency



Vincent Ha, CFA

+852 2203 6247    vincent.ha@db.com

| Fiscal year end 31-Dec | 2016 | 2017 | 2018 | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|
| **Financial Summary** | | | | | | |
| DB EPS (CNY) | -2.89 | -5.75 | -10.37 | -8.03 | -2.82 | 2.76 |
| Reported EPS (CNY) | -4.13 | -8.89 | -27.13 | -8.62 | -3.42 | 2.16 |
| DPS (CNY) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BVPS (CNY) | 1.1 | 9.5 | 7.8 | -0.8 | -4.3 | -1.9 |
| Weighted average shares (m) | 851 | 851 | 860 | 1,050 | 1,050 | 1,050 |
| Average market cap (CNYm) | na | na | 57,702 | 71,508 | 71,508 | 71,508 |
| Enterprise value (CNYm) | na | na | 52,249 | 77,819 | 82,660 | 74,897 |
| **Valuation Metrics** | | | | | | |
| P/E (DB) (x) | nm | nm | nm | nm | nm | 24.7 |
| P/E (Reported) (x) | nm | nm | nm | nm | nm | 31.5 |
| P/BV (x) | 0.00 | 0.00 | 8.64 | -80.94 | -15.97 | -35.64 |
| FCF Yield (%) | na | na | nm | nm | nm | 10.9 |
| Dividend Yield (%) | na | na | 0.0 | 0.0 | 0.0 | 0.0 |
| EV/Sales (x) | nm | nm | 10.6 | 4.8 | 2.2 | 1.2 |
| EV/EBITDA (x) | nm | nm | nm | nm | nm | 14.2 |
| EV/EBIT (x) | nm | nm | nm | nm | nm | 22.8 |
| **Income Statement (CNYm)** | | | | | | |
| Sales revenue | 0 | 0 | 4,951 | 16,204 | 37,204 | 62,430 |
| Gross profit | 0 | 0 | -256 | 983 | 7,016 | 14,207 |
| EBITDA | -2,556 | -4,786 | -9,175 | -7,766 | -1,294 | 5,288 |
| Depreciation | 46 | 168 | 421 | 973 | 1,512 | 2,006 |
| Amortisation | 0 | 0 | 0 | 0 | 0 | 0 |
| EBIT | -2,603 | -4,954 | -9,596 | -8,739 | -2,806 | 3,282 |
| Net interest income(expense) | 28 | 1 | 10 | -300 | -770 | -780 |
| Associates/affiliates | 0 | -5 | -10 | -8 | -5 | -5 |
| Exceptionals/extraordinaries | 0 | 0 | 0 | 0 | 0 | 0 |
| Other pre-tax income/(expense) | 6 | -55 | -21 | 0 | 0 | 0 |
| Profit before tax | -2,569 | -5,013 | -9,617 | -9,047 | -3,581 | 2,497 |
| Income tax expense | 4 | 8 | 22 | 23 | 24 | 25 |
| Minorities | -37 | -36 | -42 | -20 | -10 | 0 |
| Other post-tax income/(expense) | -981 | -2,577 | -13,731 | 0 | 0 | 0 |
| Net profit | -3,518 | -7,562 | -23,328 | -9,050 | -3,595 | 2,472 |
| DB adjustments (including dilution) | 1,058 | 2,667 | 14,410 | 616 | 632 | 687 |
| DB Net profit | -2,460 | -4,894 | -8,918 | -8,434 | -2,962 | 3,159 |
| **Cash Flow (CNYm)** | | | | | | |
| Cash flow from operations | -2,202 | -4,575 | -7,501 | -8,649 | -1,825 | 10,788 |
| Net Capex | -654 | -1,114 | -3,576 | -3,001 | -3,001 | -3,001 |
| Free cash flow | -2,856 | -5,689 | -11,076 | -11,650 | -4,826 | 7,788 |
| Equity raised/(bought back) | -8 | 6 | 7,512 | 0 | 0 | 0 |
| Dividends paid | 0 | 0 | 0 | 0 | 0 | 0 |
| Net inc/(dec) in borrowings | 38 | 621 | 2,328 | 10,160 | 6,570 | -4,930 |
| Other investing/financing cash flows | 3,076 | 11,995 | -3,071 | -8 | -5 | -5 |
| Net cash flow | 250 | 6,934 | -4,306 | -1,497 | 1,739 | 2,853 |
| Change in working capital | -257 | -131 | -1,528 | 560 | -263 | -6,306 |
| **Balance Sheet (CNYm)** | | | | | | |
| Cash and other liquid assets | 581 | 7,506 | 3,134 | 1,510 | 3,229 | 6,062 |
| Tangible fixed assets | 833 | 1,911 | 4,853 | 6,907 | 8,422 | 9,443 |
| Goodwill/intangible assets | 6 | 4 | 217 | 191 | 165 | 139 |
| Associates/investments | 0 | 47 | 5,303 | 5,303 | 5,303 | 5,303 |
| Other assets | 350 | 999 | 5,335 | 8,189 | 10,118 | 7,724 |
| Total assets | 1,770 | 10,468 | 18,843 | 22,100 | 27,237 | 28,670 |
| Interest bearing debt | 38 | 671 | 3,000 | 13,160 | 19,730 | 14,800 |
| Other liabilities | 788 | 1,731 | 7,693 | 9,859 | 12,031 | 15,923 |
| Total liabilities | 825 | 2,402 | 10,692 | 23,019 | 31,761 | 30,723 |
| Shareholders' equity | 957 | 8,055 | 8,166 | -883 | -4,478 | -2,007 |
| Minorities | -12 | 11 | -16 | -36 | -46 | -46 |
| Total shareholders' equity | 945 | 8,066 | 8,150 | -919 | -4,524 | -2,052 |
| Net debt | -544 | -6,835 | -134 | 11,650 | 16,501 | 8,738 |
| **Key Company Metrics** | | | | | | |
| Sales growth (%) | nm | nm | nm | 227.3 | 129.6 | 67.8 |
| DB EPS growth (%) | na | -99.0 | -80.3 | 22.5 | 64.9 | na |
| EBITDA Margin (%) | nm | nm | -185.3 | -47.9 | -3.5 | 8.5 |
| EBIT Margin (%) | nm | nm | -193.8 | -53.9 | -7.5 | 5.3 |
| Payout ratio (%) | nm | nm | nm | nm | nm | 0.0 |
| ROE (%) | -367.6 | -167.8 | -287.6 | -248.5 | nm | nm |
| Capex/sales (%) | nm | nm | 72.2 | 18.5 | 8.1 | 4.8 |
| Capex/depreciation (x) | 14.2 | 6.6 | 8.5 | 3.1 | 2.0 | 1.5 |
| Net debt/equity (%) | -57.5 | -84.7 | -1.6 | nm | nm | nm |
| Net interest cover (x) | nm | nm | nm | nm | nm | 4.2 |

Source: Company data, Deutsche Bank estimates

# Appendix 1

## Important Disclosures

## *Other information available upon request

### Disclosure checklist

| Company | Ticker | Recent price* | Disclosure |
|---|---|---|---|
| NIO | NIO.N | 10.16 (USD) 5 Mar 2019 | 1, 7, 8 |

*Prices are current as of the end of the previous trading session unless otherwise indicated and are sourced from local exchanges via Reuters, Bloomberg and other vendors . Other information is sourced from Deutsche Bank, subject companies, and other sources. For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/CompanySearch. Aside from within this report, important risk and conflict disclosures can also be found at https://research.db.com/Research/Topics/Equities?topicId=RB0002. Investors are strongly encouraged to review this information before investing.

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

1. Within the past year, Deutsche Bank and/or its affiliate(s) has managed or co-managed a public or private offering for this company, for which it received fees.

7. Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.

8. Deutsche Bank and/or its affiliate(s) expects to receive, or intends to seek, compensation for investment banking services from this company in the next three months.

## Important Disclosures Required by Non-U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

1. Within the past year, Deutsche Bank and/or its affiliate(s) has managed or co-managed a public or private offering for this company, for which it received fees.

7. Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/CompanySearch

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Vincent Ha

7 March 2019

Automobiles & Components

NIO



## Historical recommendations and target price. NIO (NIO.N)

*(as of 03/05/2019)*



**Current Recommendations**

Buy
Hold
Sell
Not Rated
Suspended Rating

** Analyst is no longer at
Deutsche Bank

| 1. | 10/08/2018 | Buy, Target Price Change USD 9.50 Vincent Ha, CFA | 2. | 01/22/2019 | Buy, Target Price Change USD 8.60 Vincent Ha, CFA |

## Equity Rating Key

Buy: Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus pro-jected dividend yield ) , we recommend that investors buy the stock.

Sell: Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock.

Hold: We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

Newly issued research recommendations and target prices supersede previously published research.

## Equity rating dispersion and banking relationships



7 March 2019

Automobiles & Components

NIO



## Additional Information

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). Though the information herein is believed to be reliable and has been obtained from public sources believed to be reliable, Deutsche Bank makes no representation as to its accuracy or completeness. Hyperlinks to third-party websites in this report are provided for reader convenience only. Deutsche Bank neither endorses the content nor is responsible for the accuracy or security controls of those websites.

If you use the services of Deutsche Bank in connection with a purchase or sale of a security that is discussed in this report, or is included or discussed in another communication (oral or written) from a Deutsche Bank analyst, Deutsche Bank may act as principal for its own account or as agent for another person.

Deutsche Bank may consider this report in deciding to trade as principal. It may also engage in transactions, for its own account or with customers, in a manner inconsistent with the views taken in this research report. Others within Deutsche Bank, including strategists, sales staff and other analysts, may take views that are inconsistent with those taken in this research report. Deutsche Bank issues a variety of research products, including fundamental analysis, equity-linked analysis, quantitative analysis and trade ideas. Recommendations contained in one type of communication may differ from recommendations contained in others, whether as a result of differing time horizons, methodologies, perspectives or otherwise. Deutsche Bank and/or its affiliates may also be holding debt or equity securities of the issuers it writes on. Analysts are paid in part based on the profitability of Deutsche Bank AG and its affiliates, which includes investment banking, trading and principal trading revenues.

Opinions, estimates and projections constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank provides liquidity for buyers and sellers of securities issued by the companies it covers. Deutsche Bank research analysts sometimes have shorter-term trade ideas that may be inconsistent with Deutsche Bank's existing longer-term ratings. Some trade ideas for equities are listed as Catalyst Calls on the Research Website ( https://research.db.com/Research/ ) , and can be found on the general coverage list and also on the covered company ' s page. A Catalyst Call represents a high-conviction belief by an analyst that a stock will outperform or underperform the market and/or a specified sector over a time frame of no less than two weeks and no more than three months. In addition to Catalyst Calls, analysts may occasionally discuss with our clients, and with Deutsche Bank salespersons and traders, trading strategies or ideas that reference catalysts or events that may have a near-term or medium-term impact on the market price of the securities discussed in this report, which impact may be directionally counter to the analysts' current 12-month view of total return or investment return as described herein. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof if an opinion, forecast or estimate changes or becomes inaccurate. Coverage and the frequency of changes in market conditions and in both general and company-specific economic prospects make it difficult to update research at defined intervals. Updates are at the sole discretion of the coverage analyst or of the Research Department Management, and the majority of reports are published at irregular intervals. This report is provided for informational purposes only and does not take into account the particular investment objectives, financial situations, or needs of individual clients. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst ' s judgment. The financial instruments discussed in this report may not be suitable for all investors, and investors must make their own informed investment decisions. Prices and availability of financial instruments are subject to change without notice, and investment transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Performance calculations exclude transaction costs, unless otherwise indicated. Unless otherwise indicated, prices are current as of the end of the previous trading session and are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is also sourced from Deutsche Bank, subject companies, and other parties.

The Deutsche Bank Research Department is independent of other business divisions of the Bank. Details regarding our organizational arrangements and information barriers we have to prevent and avoid conflicts of interest with respect to our research are available on our website ( https://research.db.com/Research/ ) under Disclaimer.



Macroeconomic fluctuations often account for most of the risks associated with exposures to instruments that promise to pay fixed or variable interest rates. For an investor who is long fixed-rate instruments (thus receiving these cash flows), increases in interest rates naturally lift the discount factors applied to the expected cash flows and thus cause a loss. The longer the maturity of a certain cash flow and the higher the move in the discount factor, the higher will be the loss. Upside surprises in inflation, fiscal funding needs, and FX depreciation rates are among the most common adverse macroeconomic shocks to receivers. But counterparty exposure, issuer creditworthiness, client segmentation, regulation (including changes in assets holding limits for different types of investors), changes in tax policies, currency convertibility (which may constrain currency conversion, repatriation of profits and/or liquidation of positions), and settlement issues related to local clearing houses are also important risk factors. The sensitivity of fixed-income instruments to macroeconomic shocks may be mitigated by indexing the contracted cash flows to inflation, to FX depreciation, or to specified interest rates – these are common in emerging markets. The index fixings may – by construction – lag or mis-measure the actual move in the underlying variables they are intended to track. The choice of the proper fixing (or metric) is particularly important in swaps markets, where floating coupon rates (i.e., coupons indexed to a typically short-dated interest rate reference index) are exchanged for fixed coupons. Funding in a currency that differs from the currency in which coupons are denominated carries FX risk. Options on swaps (swaptions) the risks typical to options in addition to the risks related to rates movements.

Derivative transactions involve numerous risks including market, counterparty default and illiquidity risk. The appropriateness of these products for use by investors depends on the investors' own circumstances, including their tax position, their regulatory environment and the nature of their other assets and liabilities; as such, investors should take expert legal and financial advice before entering into any transaction similar to or inspired by the contents of this publication. The risk of loss in futures trading and options, foreign or domestic, can be substantial. As a result of the high degree of leverage obtainable in futures and options trading, losses may be incurred that are greater than the amount of funds initially deposited – up to theoretically unlimited losses. Trading in options involves risk and is not suitable for all investors. Prior to buying or selling an option, investors must review the "Characteristics and Risks of Standardized Options", at http://www.optionsclearing.com/about/publications/character-risks.jsp . If you are unable to access the website, please contact your Deutsche Bank representative for a copy of this important document.

Participants in foreign exchange transactions may incur risks arising from several factors, including the following: (i) exchange rates can be volatile and are subject to large fluctuations; (ii) the value of currencies may be affected by numerous market factors, including world and national economic, political and regulatory events, events in equity and debt markets and changes in interest rates; and (iii) currencies may be subject to devaluation or government-imposed exchange controls, which could affect the value of the currency. Investors in securities such as ADRs, whose values are affected by the currency of an underlying security, effectively assume currency risk.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. Aside from within this report, important conflict disclosures can also be found at https://research.db.com/Research/ on each company ' s research page. Investors are strongly encouraged to review this information before investing.

Deutsche Bank (which includes Deutsche Bank AG, its branches and affiliated companies) is not acting as a financial adviser, consultant or fiduciary to you or any of your agents (collectively, "You" or "Your") with respect to any information provided in this report. Deutsche Bank does not provide investment, legal, tax or accounting advice, Deutsche Bank is not acting as your impartial adviser, and does not express any opinion or recommendation whatsoever as to any strategies, products or any other information presented in the materials. Information contained herein is being provided solely on the basis that the recipient will make an independent assessment of the merits of any investment decision, and it does not constitute a recommendation of, or express an opinion on, any product or service or any trading strategy.

The information presented is general in nature and is not directed to retirement accounts or any specific person or account type, and is therefore provided to You on the express basis that it is not advice, and You may not rely upon it in making Your decision. The information we provide is being directed only to persons we believe to be financially sophisticated, who are capable of evaluating investment risks independently, both in general and with regard to particular transactions and investment strategies, and who understand that Deutsche Bank has financial interests in the offering of its products

and services. If this is not the case, or if You are an IRA or other retail investor receiving this directly from us, we ask that you inform us immediately.

In July 2018, Deutsche Bank revised its rating system for short term ideas whereby the branding has been changed to Catalyst Calls ("CC") from SOLAR ideas; the rating categories for Catalyst Calls originated in the Americas region have been made consistent with the categories used by Analysts globally; and the effective time period for CCs has been reduced from a maximum of 180 days to 90 days.

**United States**: Approved and/or distributed by Deutsche Bank Securities Incorporated, a member of FINRA, NFA and SIPC. Analysts located outside of the United States are employed by non-US affiliates that are not subject to FINRA regulations.

**Germany**: Approved and/or distributed by Deutsche Bank AG, a joint stock corporation with limited liability incorporated in the Federal Republic of Germany with its principal office in Frankfurt am Main. Deutsche Bank AG is authorized under German Banking Law and is subject to supervision by the European Central Bank and by BaFin, Germany ' s Federal Financial Supervisory Authority.

**United Kingdom**: Approved and/or distributed by Deutsche Bank AG acting through its London Branch at Winchester House, 1 Great Winchester Street, London EC2N 2DB. Deutsche Bank AG in the United Kingdom is authorised by the Prudential Regulation Authority and is subject to limited regulation by the Prudential Regulation Authority and Financial Conduct Authority. Details about the extent of our authorisation and regulation are available on request.

**Hong Kong**: Distributed by Deutsche Bank AG, Hong Kong Branch or Deutsche Securities Asia Limited (save that any research relating to futures contracts within the meaning of the Hong Kong Securities and Futures Ordinance Cap. 571 shall be distributed solely by Deutsche Securities Asia Limited). The provisions set out above in the "Additional Information" section shall apply to the fullest extent permissible by local laws and regulations, including without limitation the Code of Conduct for Persons Licensed or Registered with the Securities and Futures Commission. .

**India**: Prepared by Deutsche Equities India Private Limited (DEIPL) having CIN: U65990MH2002PTC137431 and registered office at 14th Floor, The Capital, C-70, G Block, Bandra Kurla Complex Mumbai (India) 400051. Tel: + 91 22 7180 4444. It is registered by the Securities and Exchange Board of India (SEBI) as a Stock broker bearing registration nos.: NSE (Capital Market Segment) - INB231196834, NSE (F&O Segment) INF231196834, NSE (Currency Derivatives Segment) INE231196834, BSE (Capital Market Segment) INB011196830; Merchant Banker bearing SEBI Registration no.: INM000010833 and Research Analyst bearing SEBI Registration no.: INH000001741. DEIPL may have received administrative warnings from the SEBI for breaches of Indian regulations. The transmission of research through DEIPL is Deutsche Bank's determination and will not make a recipient a client of DEIPL. Deutsche Bank and/or its affiliate(s) may have debt holdings or positions in the subject company. With regard to information on associates, please refer to the "Shareholdings" section in the Annual Report at: https://www.db.com/ir/en/annual-reports.htm .

**Japan**: Approved and/or distributed by Deutsche Securities Inc.(DSI). Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association and The Financial Futures Association of Japan. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. We may also charge commissions and fees for certain categories of investment advice, products and services. Recommended investment strategies, products and services carry the risk of losses to principal and other losses as a result of changes in market and/or economic trends, and/or fluctuations in market value. Before deciding on the purchase of financial products and/or services, customers should carefully read the relevant disclosures, prospectuses and other documentation. "Moody's", "Standard & Poor's", and "Fitch" mentioned in this report are not registered credit rating agencies in Japan unless Japan or "Nippon" is specifically designated in the name of the entity. Reports on Japanese listed companies not written by analysts of DSI are written by Deutsche Bank Group's analysts with the coverage companies specified by DSI. Some of the foreign securities stated on this report are not disclosed according to the Financial Instruments and Exchange Law of Japan. Target prices set by Deutsche Bank's equity analysts are based on a 12-month forecast period..

7 March 2019

Automobiles & Components

NIO

**Korea**: Distributed by Deutsche Securities Korea Co.

**South Africa**: Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10).

**Singapore**: This report is issued by Deutsche Bank AG, Singapore Branch or Deutsche Securities Asia Limited, Singapore Branch (One Raffles Quay #18-00 South Tower Singapore 048583, +65 6423 8001), which may be contacted in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated by Deutsche Bank in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), they accept legal responsibility to such person for its contents.

**Taiwan**: Information on securities/investments that trade in Taiwan is for your reference only. Readers should independently evaluate investment risks and are solely responsible for their investment decisions. Deutsche Bank research may not be distributed to the Taiwan public media or quoted or used by the Taiwan public media without written consent. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation to trade in such securities/instruments. Deutsche Securities Asia Limited, Taipei Branch may not execute transactions for clients in these securities/instruments.

**Qatar**: Deutsche Bank AG in the Qatar Financial Centre (registered no. 00032) is regulated by the Qatar Financial Centre Regulatory Authority. Deutsche Bank AG - QFC Branch may undertake only the financial services activities that fall within the scope of its existing QFCRA license. Its principal place of business in the QFC: Qatar Financial Centre, Tower, West Bay, Level 5, PO Box 14928, Doha, Qatar. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available only to Business Customers, as defined by the Qatar Financial Centre Regulatory Authority.

**Russia**: The information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

**Kingdom of Saudi Arabia**: Deutsche Securities Saudi Arabia LLC Company (registered no. 07073-37) is regulated by the Capital Market Authority. Deutsche Securities Saudi Arabia may undertake only the financial services activities that fall within the scope of its existing CMA license. Its principal place of business in Saudi Arabia: King Fahad Road, Al Olaya District, P.O. Box 301809, Faisaliah Tower - 17th Floor, 11372 Riyadh, Saudi Arabia.

**United Arab Emirates**: Deutsche Bank AG in the Dubai International Financial Centre (registered no. 00045) is regulated by the Dubai Financial Services Authority. Deutsche Bank AG - DIFC Branch may only undertake the financial services activities that fall within the scope of its existing DFSA license. Principal place of business in the DIFC: Dubai International Financial Centre, The Gate Village, Building 5, PO Box 504902, Dubai, U.A.E. This information has been distributed by Deutsche Bank AG. Related financial products or services are available only to Professional Clients, as defined by the Dubai Financial Services Authority.

**Australia and New Zealand**: This research is intended only for "wholesale clients" within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act, respectively. Please refer to Australia-specific research disclosures and related information at https://australia.db.com/australia/content/research-information.html Where research refers to any particular financial product recipients of the research should consider any product disclosure statement, prospectus or other applicable disclosure document before making any decision about whether to acquire the product. In preparing this report, the primary analyst or an individual who assisted in the preparation of this report has likely been in contact with the company that is the subject of this research for confirmation/clarification of data, facts, statements, permission to use company-sourced material in the report, and/or site-visit attendance. Without prior approval from Research Management, analysts may not accept from current or potential Banking clients the costs of travel, accommodations, or other expenses incurred by analysts attending site visits, conferences, social events, and the like. Similarly, without prior approval from Research Management and Anti-Bribery and Corruption ("ABC") team, analysts may not accept perks or other items of value for their personal use from issuers they cover.

7 March 2019

Automobiles & Components

NIO

Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published without Deutsche Bank's prior written consent. Copyright © 2019 Deutsche Bank AG



## David Folkerts-Landau
Group Chief Economist and Global Head of Research

| | | |
|---|---|---|
| Pam Finelli<br>Global Chief Operating Officer<br>Research | Michael Spencer<br>Head of APAC Research | Steve Pollard<br>Head of Americas Research<br>Global Head of Equity Research |
| Anthony Klarman<br>Global Head of<br>Debt Research | Kinner Lakhani<br>Head of EMEA<br>Equity Research | Joe Liew<br>Head of APAC<br>Equity Research |

| | | | |
|---|---|---|---|
| Jim Reid<br>Global Head of<br>Thematic Research | Francis Yared<br>Global Head of<br>Rates Research | George Saravelos<br>Head of FX Research | Peter Hooper<br>Global Head of<br>Economic Research |

Andreas Neubauer
Head of Germany Research

Spyros Mesomeris
Global Head of Quantitative
and QIS Research

## International Production Locations

**Deutsche Bank AG**
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

**Deutsche Bank AG**
Mainzer Landstrasse 11-17
60329 Frankfurt am Main
Germany
Tel: (49) 69 910 00

**Deutsche Bank AG**
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

**Deutsche Securities Inc.**
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6770

**Deutsche Bank AG London**
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500