# Exhibit H



# Morgan Stanley | RESEARCH

*March 7, 2019 01:21 PM GMT*



**EXHIBIT**

**28**

**UPDATE**

## Nio Inc. | Asia Pacific

# FY18 Earnings Call Takeaways

| 📈 Stock Rating | 👁 Industry View | ◎ Price Target |
|---|---|---|
| Overweight | Attractive | US$8.50 |

Nio's 2018 losses were in line with our forecast. We remain OW in view of solid 2019 guidance, capex savings from suspension of factory construction, and the ramp-up of ES6. The NEV subsidy cut could be a near-term risk factor.

**Full-year 2018 results in line:** Nio reported a net loss of Rmb9.6b, in line with our estimate of Rmb9.6b. Its revenue of Rmb5.0b beat our estimate with higher than expected delivery of 11,348 units of ES8 in 2018, vs. our conservative estimate of ~8k units. However, its gross margin for vehicles was close to zero (-2%), resulting in a small gross loss, in line with our estimate. Its R&D expenses were lower than we estimated, but its SG&A expenses were higher, resulting in in-line operating loss and net loss.

**Strong delivery for 2018 as well as 2019 outlook:** After a strong delivery of 11,348 units of ES8 in 2018, Nio estimates delivery of 3,500-3,800 units in 1Q19, over 5,000 units in 2Q19, over 11,000 units in 3Q19 with ES6, and over 19,000 in 4Q19. For the full year, the estimated delivery is 40,000 units, higher than our current forecast of 36k units. Its current order backlog for ES8 is 4,200 orders, and for ES6 7,300 orders. Within the 4,200 orders for ES8, 1,300 are for the six-seater version, which won't be delivered till June 2019.

**Future Shanghai factory suspended:** Nio has suspended its plan to build its own factory in Jiading, Shanghai — recent government policy encouraged its cooperation with JAC Motors. Nio plans to stick with the cooperation mode for manufacturing and is open to seeking other partners. Its current production base with JAC has 100k units of annual capacity, and would be expanded to 150k after upgrade, satisfying the need for its first three models in the next 2-3 years. Nio believes it might still need to pay a small compensation to JAC in 1H19 with relatively low delivery. We view the joint manufacturing mode as positive — it could save on capex while keeping sufficient capacity.

**Funding need for 2019:** Nio guided that it currently has US$1.2b cash and cash equivalents, after the issuance of convertible bonds. It expects the cash burn in 1Q19 to be slightly higher than i4Q18's ~US$500m, and expects the cash burn to narrow each quarter n 2Q-4Q with improved delivery. It currently has US$600m in bank credit lines.

**Remain OW, subsidy cut is the key risk:** We remain positive on Nio because we expect it to lead in China's fast-growing premium EV segment, especially with the ramp-up of ES6, which has a larger addressable market. We see the NEV subsidy cut as a near-term risk because Nio does not plan to reduce its pre-subsidy prices in reaction.

MORGAN STANLEY ASIA LIMITED+

**Jack Yeung**
EQUITY ANALYST
Jack.Yeung@morganstanley.com    +852 2239-7843

**Frank Wan**
RESEARCH ASSOCIATE
Frank.Wan@morganstanley.com    +852 2239-1229

**Eddy Wang, CFA**
EQUITY ANALYST
Eddy.Wang@morganstanley.com    +852 2239-7339

**Tim Hsiao**
EQUITY ANALYST
Tim.Hsiao@morganstanley.com    +852 2848-1982

**Shelley Wang, CFA**
RESEARCH ASSOCIATE
Shelley.Wang@morganstanley.com    +852 3963-0047

Morgan Stanley appreciates your support in the 2019 Institutional Investor All-Asia Research Team Survey.
Request your ballot.

### Nio Inc. ( NIO.N, NIO US )

**China Autos & Auto Parts / China**

| Stock Rating | Overweight |
|---|---|
| Industry View | Attractive |
| Price target | US$8.50 |
| Up/downside to price target (%) | 6 |
| Shr price, close (Mar 6, 2019) | US$8.01 |
| 52-Week Range | US$13.79-5.35 |
| Mkt cap (12/18e) (mn) | Rmb44,936 |
| EV (12/18e) (mn) | Rmb43,802 |
| Sh out, dil, curr (mn) | 1,026 |
| Avg daily trading value (mn) | US$25 |

| Fiscal Year Ending | 12/17 | 12/18e | 12/19e | 12/20e |
|---|---|---|---|---|
| ModelWare EPS (Rmb) | (346.84) | (9.26) | (7.98) | (2.33) |
| Revenue, net (Rmb mn) | 0 | 3,319 | 14,689 | 36,635 |
| EBITDA (Rmb mn) | (4,786) | (9,082) | (6,931) | (229) |
| ModelWare net inc (Rmb mn) | (7,562) | (9,500) | (8,183) | (2,392) |
| P/E | NM | NM | NM | NM |
| P/BV | - | 8.6 | NM | NM |
| RNOA (%) | - | (570.4) | (144.6) | (29.0) |
| ROE (%) | - | (117.9) | (155.9) | NM |
| EV/EBITDA | NM | NM | NM | NM |
| Div yld (%) | - | 0.0 | 0.0 | 0.0 |
| FCF yld ratio (%)** | - | (27.1) | (16.5) | (4.9) |
| Leverage (EOP) (%) | (85.5) | (23.6) | NM | NM |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
** = Based on consensus methodology
e = Morgan Stanley Research estimates

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

+= Analysts employed by non-U.S. affiliates are not registered with FINRA, may not be associated persons of the member and may not be subject to NASD/NYSE restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

Morgan Stanley | RESEARCH



# Valuation Methodology and Risks

Our price target of US$8.5 is our base case scenario value. To capture NIO's long term growth prospects, we have used a discounted cash flow (DCF) model as our primary valuation methodology.

Given the uncertainty of NIO's future business, we apply a 1.85 beta, higher than its OEM peers. As with its peers, we apply a 6.5% equity risk premium for China, a 3.3% risk-free rate, and a 8.9% post-tax cost of debt. We apply 20% target gearing, in line with its peers, considering the similar business nature when the company matures. As a result, we derive a WACC of 14.0%, which we believe fairly reflects its higher risk compared to peers. We assume a terminal growth rate of 1%.

**Risks to Achieving Price Target**

**Downside:** 1) More intense competition in the premium EV market could lead to higher-than-expected branding and sales expenses and lower-than-expected increases in sales; and 2) lower-than-expected production capability could increase customer waiting time, lower the turnover rate and lead to a decrease in purchasing willingness

**Morgan Stanley | RESEARCH**



# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared or are disseminated by Morgan Stanley Asia Limited (which accepts the responsibility for its contents) and/or Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research), and/or Morgan Stanley Taiwan Limited and/or Morgan Stanley & Co International plc, Seoul Branch, and/or Morgan Stanley Australia Limited (A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents), and/or Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents), and/or Morgan Stanley India Company Private Limited, regulated by the Securities and Exchange Board of India ("SEBI") and holder of licenses as a Research Analyst (SEBI Registration No. INH000001105); Stock Broker (BSE Registration No. INB011054237 and NSE Registration No. INB/INF231054231), Merchant Banker (SEBI Registration No. INM000011203), and depository participant with National Securities Depository Limited (SEBI Registration No. IN-DP-NSDL-372-2014) which accepts the responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research, and/or PT. Morgan Stanley Sekuritas Indonesia and their affiliates (collectively, "Morgan Stanley").

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Tim Hsiao; Frank Wan; Eddy Wang, CFA; Shelley Wang, CFA; Jack Yeung.

Unless otherwise stated, the individuals listed on the cover page of this report are research analysts.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies. A Portuguese version of the policy can be found at www.morganstanley.com.br

## Important US Regulatory Disclosures on Subject Companies

As of February 28, 2019, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: Great Wall Motor Company Limited, Minth Group Limited.

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of Cango Inc., **Nio Inc.**, Uxin Limited.

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Cango Inc., **Nio Inc.**, Uxin Limited.

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from BAIC Motor, BYD Company Limited, Cango Inc., Dongfeng Motor Group, FAW Car Company Limited, Fuyao Glass Industry Group, Geely Automobile Holdings, Great Wall Motor Company Limited, Guangzhou Automobile Group, Huayu Automotive, Minth Group Limited, Nexteer Automotive Group, **Nio Inc.**, SAIC Motor Corp. Ltd., Uxin Limited, Zhongsheng Group Holdings.

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Baoxin Auto Group, BYD Company Limited, China Zhengtong Auto Services, Geely Automobile Holdings, Zhongsheng Group Holdings.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: BAIC Motor, BYD Company Limited, Cango Inc., Dongfeng Motor Group, FAW Car Company Limited, Fuyao Glass Industry Group, Geely Automobile Holdings, Great Wall Motor Company Limited, Guangzhou Automobile Group, Huayu Automotive, Minth Group Limited, Nexteer Automotive Group, **Nio Inc.**, SAIC Motor Corp. Ltd., Uxin Limited, Zhongsheng Group Holdings.

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: Baoxin Auto Group, BYD Company Limited, CAR Inc, China Zhengtong Auto Services, Geely Automobile Holdings, **Nio Inc.**, Zhongsheng Group Holdings.

Morgan Stanley & Co. LLC makes a market in the securities of Uxin Limited.

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

(as of February 28, 2019)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm.

For disclosure purposes only (in accordance with NASD and NYSE requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see

**Morgan Stanley** | RESEARCH



definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| **Overweight/Buy** | 1115 | 36% | 296 | 42% | 27% | 526 | 38% |
| **Equal-weight/Hold** | 1379 | 44% | 325 | 46% | 24% | 639 | 46% |
| **Not-Rated/Hold** | 46 | 1% | 6 | 1% | 13% | 6 | 0% |
| **Underweight/Sell** | 585 | 19% | 82 | 12% | 14% | 225 | 16% |
| **TOTAL** | **3,125** | | **709** | | | **1396** | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Stock Price, Price Target and Rating History (See Rating Definitions)

# Morgan Stanley | RESEARCH





Stock Rating History: 3/1/16 : NA/I; 12/1/16 : NA/C; 10/8/18 : O/C; 12/3/18 : O/A

Price Target History: 10/8/18 : 8.5

Source: Morgan Stanley Research    Date Format : MM/DD/YY    Price Target —•—    No Price Target Assigned (NA)
Stock Price (Not Covered by Current Analyst) —    Stock Price (Covered by Current Analyst) —
Stock and Industry Ratings (abbreviations below) appear as ◆ Stock Rating/Industry View
Stock Ratings: Overweight (O) Equal-weight (E) Underweight (U) Not-Rated (NR) No Rating Available (NA)
Industry View: Attractive (A) In-line (I) Cautious (C) No Rating (NR)

Effective January 13, 2014, the stocks covered by Morgan Stanley Asia Pacific will be rated relative to the analyst's industry (or industry team's) coverage.

Effective January 13, 2014, the industry view benchmarks for Morgan Stanley Asia Pacific are as follows: relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Important Disclosures for Morgan Stanley Smith Barney LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.
Each Morgan Stanley Equity Research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC. This review and approval is conducted by the same person who reviews the Equity Research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of **Nio Inc.**, Zhongsheng Group Holdings.
Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions.
Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.
Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.
Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.
Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).
If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.
Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and

5

**Morgan Stanley** | RESEARCH



certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important US Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Certain information in Morgan Stanley Research was sourced by employees of the Shanghai Representative Office of Morgan Stanley Asia Limited for the use of Morgan Stanley Asia Limited.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A. located at Av. Brigadeiro Faria Lima, 3600, 6th floor, São Paulo - SP, Brazil; and is regulated by the Comissão de Valores Mobiliários; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Asia International Limited, Hong Kong Branch; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Asia International Limited, Singapore Branch (Registration number T11FC0207F); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Indonesia by PT. Morgan Stanley Sekuritas Indonesia; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany by Morgan Stanley Bank AG, Frankfurt am Main and Morgan Stanley Private Wealth Management Limited, Niederlassung Deutschland, regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin); in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that Morgan Stanley Research has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and regulated by the Financial Services Board in South Africa. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

Morgan Stanley Hong Kong Securities Limited is the liquidity provider/market maker for securities of Great Wall Motor Company Limited listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

**Morgan Stanley** | RESEARCH



As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.

The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.

Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

Indicators and trackers referenced in Morgan Stanley Research may not be used as, or treated as, a benchmark under Regulation EU 2016/1011, or any other similar framework.

## INDUSTRY COVERAGE: China Autos & Auto Parts

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (03/07/2019) |
|---|---|---|
| **Eddy Wang, CFA** | | |
| Baoxin Auto Group (1293.HK) | U (11/02/2018) | HK$2.24 |
| Cango Inc. (CANG.N) | O (08/20/2018) | US$8.02 |
| CAR Inc (0699.HK) | E (03/29/2018) | HK$6.89 |
| China Yongda Automobiles Services (3669.HK) | E (10/31/2018) | HK$6.18 |
| China Zhengtong Auto Services (1728.HK) | ++ | HK$4.78 |
| Uxin Limited (UXIN.O) | O (07/23/2018) | US$5.40 |
| Zhengzhou Yutong Bus Co (600066.SS) | E (10/30/2018) | Rmb14.33 |
| Zhongsheng Group Holdings (0881.HK) | O (08/03/2017) | HK$18.62 |
| | | |
| **Jack Yeung** | | |
| Anhui Jianghuai Automobile (600418.SS) | U (10/28/2015) | Rmb5.68 |
| BAIC Motor (1958.HK) | O (01/08/2018) | HK$4.97 |
| Brilliance China Automotive (1114.HK) | O (10/22/2013) | HK$7.87 |
| BYD Company Limited (002594.SZ) | U (01/17/2019) | Rmb53.38 |
| BYD Company Limited (1211.HK) | U (01/17/2019) | HK$50.00 |
| Chongqing Changan Automobile (000625.SZ) | E (12/01/2016) | Rmb8.61 |
| Chongqing Changan Automobile (200625.SZ) | O (11/28/2013) | HK$4.50 |
| Dongfeng Motor Group (0489.HK) | O (05/30/2014) | HK$8.42 |
| FAW Car Company Limited (000800.SZ) | U (07/11/2015) | Rmb8.58 |
| Geely Automobile Holdings (0175.HK) | U (01/03/2019) | HK$14.60 |
| Great Wall Motor Company Limited (601633.SS) | U (10/29/2018) | Rmb8.04 |
| Great Wall Motor Company Limited (2333.HK) | E (10/29/2018) | HK$5.89 |
| Guangzhou Automobile Group (601238.SS) | E (09/14/2018) | Rmb12.28 |
| Guangzhou Automobile Group (2238.HK) | O (09/14/2018) | HK$9.93 |
| Jiangling Motors Company (000550.SZ) | U (12/01/2016) | Rmb21.35 |
| Jiangling Motors Company (200550.SZ) | U (12/01/2016) | HK$9.58 |
| Nio Inc. (NIO.N) | O (10/08/2018) | US$8.01 |
| SAIC Motor Corp. Ltd. (600104.SS) | E (03/04/2019) | Rmb27.01 |
| | | |
| **Tim Hsiao** | | |
| Changzhou Xingyu Automotive Lighting Sys (601799.SS) | O (09/13/2018) | Rmb56.05 |
| Fuyao Glass Industry Group (600660.SS) | E (12/01/2016) | Rmb24.71 |
| Fuyao Glass Industry Group (3606.HK) | E (12/01/2016) | HK$27.75 |
| Huayu Automotive (600741.SS) | O (07/11/2015) | Rmb20.82 |
| Minth Group Limited (0425.HK) | O (08/24/2015) | HK$29.90 |
| NavInfo Co Ltd (002405.SZ) | E (09/13/2018) | Rmb24.50 |
| Nexteer Automotive Group (1316.HK) | E (01/15/2018) | HK$10.78 |
| Zhejiang Sanhua Intelligent Controls (002050.SZ) | E (09/13/2018) | Rmb15.92 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2019 Morgan Stanley