# Exhibit I

# J.P.Morgan

**Asia Pacific Equity Research**
06 March 2019

This report is neither intended to be distributed to Mainland China investors nor to provide securities investment consultancy services within the territory of Mainland China. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.

**EXHIBIT**

**27**

*exhibitsticker.com*

# NIO

## A soft start in 2019 but expect a meaningful rebound in 2H

Nio's 2018 result was broadly in line with expectations; we see two important developments per mgmt guidance in 2019 that will lead the company's stock performance and profitability: 1) on the positive side, *potential termination of building a new wholly owned Shanghai plant* and simply leveraging JAC's existing capacity. This implies cost savings and better investment returns. On the flip side, *2) 2019 starts with soft delivery* due to potential brought-forward demand into 4Q18 before NEV subsidy cuts and slow China macro. Of the two, we believe the share price will be more sensitive to (quarterly) delivery and also order flow of *ES6* after the Shanghai auto show in April. We trim our 2019 shipment forecasts to 41k units (from 50k or mgmt guidance of 45k) and *stay Neutral on Nio. Our preferred picks in the China NEV space considering risk-reward and YTD performance are Wuxi Lead, BYD, Beijing Easpring and Shanshan. Outside NEV, we also like Uxin.*

- **2019 guidance/initiative vs JPMe: 1). On the Shanghai plant**, we welcome the move to terminate the greenfield expansion plan and simply utilize/expand existing capacity at JAC, subject to final regulatory approval in June. If it materializes, we believe this will save capex requirements (by ~20-30%) and drive better ROIC and cash flow. **2) 1Q19 delivery guidance** of 3.5-3.8k units (vs. 8.0k in 4Q18) seems soft despite demand being brought-forward and is an industry-wide phenomenon. A soft start in 1Q leaves pressure for 2H19. We note our revised full year sales forecasts, including 2H9 tripling to 31.5k units from 9.5k in 1H19, is 10% below mgmt target. **3) Expenses will be front-end loaded** this year due to R&D and investments for future growth. We welcome mgmt's aim to slow expansion of distribution or service networks (e.g. Nio House, national service center, battery swap station and power van) this year and focus on efficiency gains. 4) Lastly, mgmt indicated the company will consider various funding options in 2H19, e.g. capital (debt, equity) or credit lines depending on the market environment to ensure financial strength and flexibility for LT growth.

- **Recap of our view on China's NEV market:** 1)**.** We forecast a 30% CAGR towards 2025 or 42% growth this year, driven by continued battery cost reductions (incl. expected cost-parity between EV and ICE cars in 2020/2021), implementation of two-credit policy, charging infrastructure rollout and competition. 2) Nio is in a distinctive premium electric SUV market with few rivals at the moment although such dynamics will change when *Byton* (another Chinese EV start-up, click here) and *Tesla's* localized Model 3 hit showrooms towards year end.

- **Stay Neutral**: We trim 2019/20 earnings estimates by ~10% and set a new Dec-19 PT of USD7.0.

## Neutral

**NIO, NIO US**
Price (05 Mar 19): $10.16

▼ **Price Target (Dec-19): $7.00**
Prior (Jun-19): $7.50

**China**

**Head of Asia Auto Research**

**Nick Lai** [AC]
(852) 2800 8543
nick.yc.lai@jpmorgan.com
**Bloomberg** JPMA LAI <GO>
J.P. Morgan Securities (Asia Pacific) Limited

**Head of US Auto Research**

**Ryan Brinkman** [AC]
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com
**Bloomberg** JPMA BRINKMAN <GO>
J.P. Morgan Securities LLC

**Rebecca Y Wen**
(852) 2800-8505
rebecca.y.wen@jpmorgan.com
J.P. Morgan Securities (Asia Pacific) Limited

### Key Changes

| | Prev | Curr |
|---|---|---|
| Revenue - 19E (Rmb mn) | 20,262 | 17,070 |
| Revenue - 20E (Rmb mn) | 45,103 | 40,742 |
| Adj. EPS - 19E (Rmb) | (6.75) | (8.07) |
| Adj. EPS - 20E (Rmb) | (2.49) | (2.93) |

### Style Exposure

| Quant Factors | Current Rank | Historical Rank | | | |
|---|---|---|---|---|---|
| | | 6M | 1Y | 3Y | 5Y |
| Value | 98 | | | | |
| Growth | 45 | 54 | 41 | 59 | 53 |
| Momentum | 47 | 38 | 73 | 41 | 66 |
| Quality | 76 | 100 | | | |
| Low Vol | 100 | | | | |

Sources for: Style Exposure – J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

**See page 8 for analyst certification and important disclosures, including non-US analyst disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

**Asia Pacific Equity Research**
06 March 2019

**J.P.Morgan**

## Price Performance



|  | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | 59.5% | 28.9% | 43.5% | 0.0% |
| Rel | 37.0% | 12.2% | 28.2% | 6.2% |

## Company Data

| | |
|---|---|
| Shares O/S (mn) | 1,045 |
| 52-week range ($) | 13.80-5.35 |
| Market cap ($ mn) | 10,615 |
| Exchange rate | 1.00 |
| Free float(%) | - |
| 3M - Avg daily vol (mn) | 16.71 |
| 3M - Avg daily val ($ mn) | 133.4 |
| Volatility (90 Day) | 66 |
| Index | SHANGHAI SE COMPOSITE |
| BBG BUY\|HOLD\|SELL | 4\|5\|1 |

## Key Financial Metrics

| Rmb in millions | FY18A | FY19E | FY20E | FY21E |
|---|---|---|---|---|
| Revenue | 4,951 | 17,070 | 40,742 | 65,845 |
| Revenue growth | - | 244.8% | 138.7% | 61.6% |
| Adj. EBITDA | (9,118) | (7,518) | (1,402) | 4,530 |
| EBITDA margin | (184.2%) | (44.0%) | (3.4%) | 6.9% |
| EBITDA growth | 90.5% | (17.6%) | (81.3%) | (423.1%) |
| Adj. EBIT | (9,596) | (8,222) | (2,431) | 3,470 |
| EBIT margin | (193.8%) | (48.2%) | (6.0%) | 5.3% |
| Adj. tax rate | (0.2%) | (0.2%) | (0.5%) | 0.5% |
| Adj. net income | (23,328) | (8,429) | (3,057) | 2,588 |
| Net margin | (471.2%) | (49.4%) | (7.5%) | 3.9% |
| Adj. EPS | (22.33) | (8.07) | (2.93) | 2.48 |
| BBG EPS | (19.05) | (8.13) | (3.86) | (2.23) |
| Adj. EPS growth | 151.3% | (63.9%) | (63.7%) | (184.7%) |
| Cashflow from operations | (8,783) | (5,943) | 946 | 7,243 |
| FCFF | (11,793) | (7,153) | (264) | 6,033 |
| Interest cover | 936.0 | NM | NM | 6.9 |
| Net debt/Equity | NM | NM | NM | 0.2 |
| Net debt/EBITDA | 0.2 | NM | NM | NM |
| FCFF yield | (16.6%) | (10.0%) | (0.4%) | 8.5% |
| ROCE | (105.8%) | (114.2%) | (49.9%) | 47.0% |
| ROE | (347.9%) | (737.5%) | 66.5% | (53.5%) |
| EV/EBITDA | NM | NM | NM | 15.7 |
| Adj. P/E | NM | NM | NM | 27.5 |

## Summary Investment Thesis and Valuation

### Investment Thesis

1) We are optimistic on China's NEV (new energy vehicle) market and forecast a 30% CAGR towards 2025 or 42% growth this year, driven by continued battery cost reduction, implementation of two-credit policy, charging infrastructure rollout and competition.

2) On top of this, Nio is distinctively positioned to capture the premium EV market through competitive content offerings such as ADAS level 2 functionality and connectivity features. At the moment, Nio sees fairly limited competition from both domestic and foreign brands at its target price segment (MSRP ~Rmb400-500,000), a clear first-mover advantage, in our view. We believe competition at Nio's target price segment from either Chinese brands with comparable content (e.g. Byton, Lucid Motor, Lynk&Co) or foreign premium brands (e.g. Benz, BMW, Audi, Tesla) will not come until 2H19 or 4Q19 at the earliest.

### Valuation

We value NIO using a blend of a 2023-based Price-to-Sales, Price-to-Earnings, and EV/EBITDAP-based analysis, which suggests a Dec-19 PT of $7.0 value.

## Performance Drivers

| | | |
|---|---|---|
| Idiosyn. | | 86% |
| Style | | 10% |
| Macro | | 3% |
| Country | | 0% |
| Market | | 0% |

| Factors | 3M Corr | 2Y Corr |
|---|---|---|
| **Market: MSCI Asia Pac ex JP** | 0.44 | 0.12 |
| **Country: China** | 0.73 | 0.00 |
| **Macro:** | | |
| MSCI World USD | 0.59 | 0.11 |
| Citi Inflation Surprise Index | 0.54 | 0.10 |
| J.P. Morgan JPMCCI Non Energy | -0.44 | -0.10 |
| **Quant Styles:** | | |
| Growth | -0.54 | -0.28 |
| Quality | 0.49 | 0.27 |
| Value | -0.02 | 0.09 |

Sources for: Performance Drivers – Bloomberg, J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
06 March 2019

J.P.Morgan

## Nio conference call key highlights

- **ES8 deliveries**: Nio delivered 7,980 units of ES8 in 4Q18, leading FY18 total deliveries to over 11k units. Mgmt guides a softer delivery of ES8 in 1Q19 (3,500-3,800) due to: 1) accelerated demand in 4Q18 before subsidy cuts, 2) seasonal slowdown and Chinese New Year effect 3), soft macro conditions in China. ES8 deliveries were 1,805 and 811 vehicles in Jan/ Feb 2019. By the end of Feb-2019, there were over 4,200 backlog orders for ES8. A new 6-seater ES8 was launched in Dec-2018.

- **ES6**: The model was launched in Dec-2018 (pre-subsidy price starting at Rmb358k) and there are over 7,200 units of backlog orders so far. Mgmt believes the order backlog would increase in 2Q when test drive cars are delivered to the showroom in May. Production is on track for deliveries in June-2019. Mgmt is optimistic on ES6 sales as this is a much bigger market (with ~1mn unit volume, 10x of the market for ES8).

- **Shanghai plant**: Nio is planning to terminate the construction of its wholly owned Shanghai plant based on two reasons: 1) new policy released by government in 2018 encourages the joint manufacturing model adopted by Nio and JAC, 2) Nio can leverage its existing Nio-JAC plant and the company plans to increase production capacity at this plant from the current 100k units to 150k units in 2-3 years with three models (ES8, ES6 and the 3rd model). Nio highlighted that subsidy or NEV credit from the JV plant will all belong to Nio. In the long-run, Nio will focus on joint-production model (currently with JAC but mgmt. does not rule out the possibility of having other manufacturing partners) and continue to improve the effectiveness of capital investment and manufacturing. Thanks to termination of Shanghai plant, there will be short-term and mid-term capex savings and translate to higher ROIC in the long-run.

- **Subsidy cut**: Mgmt expects final subsidy policy to be announced very soon, with an aggressive cut. As Nio's models are positioned in the premium market, mgmt believes impact from reduced subsidy is limited. Relatively, Nio actually benefits more from reduced tax (i.e. purchase tax). Mgmt expects a softer NEV market in 2Q due to impacts from subsidy cuts but in the long-term, mgmt believes NEV sector is very supported by the government from various angles (e.g. car plate restrictions, purchase tax exemption etc.).

- **Pricing strategy**: Nio is committed to adopting a more reasonable pricing strategy. With battery leasing package, the MSRP is reduced by ~Rmb100k. Over 70% of users take this option. With battery leasing, starting price of ES6 is around Rmb258k before subsidy which is very competitive. Mgmt believes model 3 is not a direct competing model vs. ES6 given the price (Model 3 starting price at Rmb430k), size of the car and the contents etc.

- **Fundraising**: The company's recently issued 5-year CB is with a 4.5% coupon rate and net proceeds is likely ~Rmb2.0bn. Mgmt believes CB will not be the primary method of fund raising in the future. Mgmt does not rule out the possibility of debt/ equity raising and highlighted the company also has credit lines from bank and some interested strategic investors.

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

**Asia Pacific Equity Research**
06 March 2019

J.P.Morgan

**Table 1: Valuation comparison of China's auto companies**

| Ticker | Company Name | Rec | Price Mar-5 | Mkt Cap USDm | P/E 19E | P/E 20E | P/ BV 19E | P/ BV 20E | Div Yield 19E | Div Yield 20E | EV/EBIT DA 19E | EV/EBIT DA 20E | P/S 19E | P/S 20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **US** | | | | | **6.4** | **5.8** | **1.1** | **1.0** | **5.4%** | **5.4%** | **2.3** | **2.0** | **0.3** | **0.3** |
| GM US | General Motors C | OW | 39 | 55,364 | 5.8 | 5.8 | 1.2 | 1.1 | 3.9% | 3.9% | 2.6 | 2.4 | 0.4 | 0.4 |
| F US | Ford Motor Co | OW | 9 | 34,892 | 7.0 | 5.8 | 0.9 | 0.8 | 6.8% | 6.8% | 2.0 | 1.5 | 0.2 | 0.2 |
| TSLA US | Tesla Inc | UW | 277 | 47,764 | 61 | 39 | 6.6 | 5.4 | n/a | n/a | 25 | 18 | 1.8 | 1.5 |
| **Europe** | | | | | **5.5** | **5.1** | **0.7** | **0.6** | **4.5%** | **4.7%** | **0.9** | **0.8** | **0.3** | **0.3** |
| BMW GR | Bayer Motoren Wk | UW | 75 | 54,279 | 6.8 | 6.7 | 0.8 | 0.8 | 5.8% | 5.8% | 0.8 | 0.9 | 0.5 | 0.5 |
| DAI GR | Daimler Ag | OW | 53 | 62,907 | 7.1 | 6.6 | 0.8 | 0.7 | 6.2% | 6.2% | 1.8 | 1.7 | 0.3 | 0.3 |
| FCA IM | Fiat Chrysler Au | NR | 13 | 22,732 | 3.8 | 2.9 | 0.7 | 0.5 | 0.0% | 0.0% | 1.7 | 1.2 | 0.2 | 0.2 |
| UG FP | Peugeot Sa | OW | 23 | 22,882 | 5.3 | 4.9 | 1.0 | 0.8 | 4.7% | 5.1% | 0.4 | 0.1 | 0.3 | 0.3 |
| RNO FP | Renault Sa | N | 60 | 19,884 | 4.3 | 4.1 | 0.4 | 0.4 | 6.0% | 6.0% | 0.2 | 0.3 | 0.3 | 0.3 |
| **China** | | | | | **8.1** | **7.0** | **1.0** | **0.9** | **3.6%** | **3.9%** | **6.0** | **5.5** | **2.3** | **2.2** |
| 1114 HK | Brilliance China | N | 8.0 | 5,264 | 5.1 | 4.4 | 0.9 | 0.8 | 1.8% | 2.1% | 3.3 | 2.6 | 8.8 | 8.3 |
| 1958 HK | Baic Motor-H | N | 5.0 | 5,156 | 5.7 | 4.5 | 0.7 | 0.6 | 4.8% | 6.1% | 1.7 | 1.5 | 0.3 | 0.2 |
| 489 HK | Dongfeng Motor-H | N | 8.5 | 9,319 | 4.5 | 4.3 | 0.4 | 0.4 | 4.5% | 4.5% | 2.0 | 1.5 | 0.7 | 0.7 |
| 175 HK | Geely Automobile | N | 15.4 | 18,106 | 9.2 | 8.7 | 2.1 | 1.8 | 2.1% | 2.2% | 5.2 | 4.8 | 1.4 | 1.3 |
| 2333 HK | Great Wall Mot-H | UW | 6.1 | 9,810 | 8.4 | 8.2 | 0.8 | 0.8 | 3.4% | 3.6% | 9.8 | 9.5 | 0.7 | 0.7 |
| 2238 HK | Guangzhou Auto-H | OW | 10.0 | 17,525 | 7.8 | 6.9 | 1.0 | 0.9 | 4.2% | 4.1% | 4.6 | 3.9 | 1.9 | 1.8 |
| 200625 CH | Chongqing Chan-B | UW | 4.6 | 5,684 | 15.0 | 10.6 | 0.4 | 0.4 | 1.0% | 2.0% | 9.1 | 8.4 | 0.6 | 0.6 |
| 600104 CH | Saic Motor-A | N | 28.1 | 48,363 | 9.2 | 8.9 | 1.3 | 1.2 | 6.6% | 6.5% | 4.9 | 4.7 | 0.3 | 0.3 |
| 1211 HK | Byd Co Ltd-H | OW | 49.6 | 20,512 | 21.7 | 19.0 | 1.8 | 1.7 | 0.3% | 0.5% | 13.0 | 11.6 | 1.0 | 0.9 |
| 3808 HK | Sinotruk Hk Ltd | N | 14.7 | 5,234 | 9.5 | 10.8 | 1.3 | 1.2 | 5.9% | 5.3% | 2.7 | 2.3 | 0.6 | |
| 600066 CH | Zhengzhou Yut-A | UW | 13.8 | 4,812 | 13.4 | 13.0 | 1.7 | 1.6 | 2.7% | 3.0% | 9.7 | 9.7 | 1.0 | |
| **Global OEM average** | | | | | **9.1** | **8.2** | **1.2** | **1.1** | **3.6%** | **3.9%** | **4.3** | **3.8** | **0.8** | **0.8** |

Source: J.P. Morgan estimates, Bloomberg. Averages exclude BYD and Tesla

4

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
06 March 2019

J.P.Morgan

**Table 2: NIO estimate revisions**

| RMBmn | 2019E | | | 2020E | | |
|---|---|---|---|---|---|---|
| | Revised | Previous | % change | Revised | Previous | % change |
| Net Sales | 17,070 | 20,262 | -16% | 40,742 | 45,103 | -10% |
| Sales growth (yoy%) | 245% | 359% | | 139% | 123% | |
| COGS | 14,907 | 17,661 | -16% | 32,791 | 36,355 | -10% |
| Gross profit | 2,164 | 2,601 | -17% | 7,951 | 8,748 | -9% |
| Gross margin (%) | 13% | 13% | | 20% | 19% | |
| Operating profit | (8,222) | (7,429) | -11% | (2,431) | (2,167) | -12% |
| Operating margin (%) | -48% | -37% | | -6% | -5% | |
| OP (Non- GAAP) | (7,796) | (6,923) | -13% | (2,105) | (1,806) | -17% |
| OPM- adj (%) | -46% | -34% | | -5% | -4% | |
| Pre-tax profit | (8,460) | (7,751) | -9% | (3,058) | (2,844) | -8% |
| Net profit | (8,429) | (7,723) | -9% | (3,057) | (2,843) | -8% |
| Net margin (%) | -49% | -38% | | -8% | -6% | |
| Net profit growth (yoy%) | -64% | -52% | | -64% | -63% | |
| NP (Non- GAAP) | (8,048) | (7,258) | -11% | (2,748) | (2,497) | -10% |
| NPM- adj (%) | -47% | -36% | | -7% | -6% | |

Source: J.P. Morgan estimates, Company data.

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
06 March 2019

J.P.Morgan

# Investment Thesis, Valuation and Risks

## NIO Inc. *(Neutral; Price Target: $7.00)*

**Investment Thesis**

1) We are optimistic on China's NEV (new energy vehicle) market and forecast a 30% CAGR towards 2025 or 42% growth this year, driven by continued battery cost reductions, implementation of two-credit policy, charging infrastructure rollout and competition.

2) On top of this, Nio is distinctively positioned to capture the premium EV market through competitive content offerings such as ADAS level 2 functionality and connectivity features. At the moment, Nio sees fairly limited competition from both domestic and foreign brands at its target price segment (MSRP ~Rmb400-500,000), a clear first-mover advantage, in our view. We believe competition at Nio's target price segment from either Chinese brands with comparable content (e.g. Byton, Lucid Motor, Lynk&Co) or foreign premium brands (e.g. Benz, BMW, Audi, Tesla) will not come until 2H19 or 4Q19 at the earliest.

**Valuation**

We value NIO using a blend of a 2023-based Price-to-Sales, Price-to-Earnings, and EV/EBITDAP-based analysis, which suggests a Dec-19 PT of $7.0 value.

| 2023 Multiples-based Analysis | Weighting | Share Price |
|---|---|---|
| Price-to-Sales | 33% | $7.44 |
| Price-to-Earnings | 33% | $7.11 |
| EV/EBITDAP | 33% | $6.73 |
| **2023 Multiples-based Analysis** | **100%** | **$7.09** |

**Risks to Rating and Price Target**

Downside risks to our Neutral recommendation and price target include: 1). Competition beyond grace period of late 2019, including similar Chinese EV start-ups e.g. Byton, Lucid Motors and premium brands e.g. Benz's EQC, BMW's Mini EV and iX3, Audi e-tron and potentially Tesla model 3. Nearly all will emerge and be available in the market from late 2019. 2) Likely continued reduction of NEV subsidy toward 2020 (~30% p.a.). From 2021, subsidy will be completely phased out. Subsidy accounts for ~16% of Nio's ES8 price. 3) Unproven track record and execution challenges given Nio's limited experience in car industry. Financially, we project Nio will only turn into a profit from 2021; funding hence could be another medium-term challenge facing mgmt.

Upside risks include: better-than-expected execution and deliveries of vehicles.

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

**Asia Pacific Equity Research**
06 March 2019

J.P.Morgan

# NIO: Summary of Financials

| Income Statement | FY17A | FY18A | FY19E | FY20E | FY21E |
|---|---|---|---|---|---|
| Revenue | 0 | 4,951 | 17,070 | 40,742 | 65,845 |
| COGS | 0 | (5,207) | (14,907) | (32,791) | (51,793) |
| Gross profit | 0 | (256) | 2,164 | 7,951 | 14,053 |
| SG&A | (2,351) | (5,342) | (6,286) | (6,370) | (6,632) |
| Adj. EBITDA | (4,786) | (9,118) | (7,518) | (1,402) | 4,530 |
| D&A | (168) | (478) | (705) | (1,029) | (1,061) |
| Adj. EBIT | (4,954) | (9,596) | (8,222) | (2,431) | 3,470 |
| Net Interest | 1 | 10 | (166) | (505) | (657) |
| Adj. PBT | (5,013) | (9,617) | (8,460) | (3,058) | 2,615 |
| Tax | (8) | (22) | (14) | (15) | (13) |
| Minority Interest | 36 | 42 | 46 | 17 | (14) |
| Adj. Net Income | (7,562) | (23,328) | (8,429) | (3,057) | 2,588 |
| Reported EPS (Basic) | (8.89) | (22.33) | (8.07) | (2.93) | 2.48 |
| Adj. EPS | (8.89) | (22.33) | (8.07) | (2.93) | 2.48 |
| | | | | | |
| DPS | - | - | - | - | - |
| Payout ratio | - | - | - | - | - |
| Shares outstanding | 851 | 1,045 | 1,045 | 1,045 | 1,045 |

| Balance Sheet | FY17A | FY18A | FY19E | FY20E | FY21E |
|---|---|---|---|---|---|
| Cash and cash equivalents | 7,506 | 6,043 | 2,820 | 5,486 | 13,948 |
| Accounts receivable | 30 | 49 | 140 | 335 | 541 |
| Inventories | 89 | 571 | 1,184 | 2,426 | 3,689 |
| Other current assets | 685 | 685 | 685 | 685 | 685 |
| Current assets | 8,310 | 7,348 | 4,830 | 8,931 | 18,864 |
| PP&E | 1,911 | 4,433 | 4,929 | 5,100 | 5,240 |
| LT investments | 47 | 47 | 47 | 47 | 47 |
| Other non current assets | 200 | 210 | 220 | 229 | 239 |
| Total assets | 10,468 | 12,038 | 10,025 | 14,308 | 24,390 |
| | | | | | |
| Short term borrowings | 29 | 429 | 629 | 629 | 629 |
| Payables | 40 | 919 | 3,451 | 7,877 | 12,927 |
| Other short term liabilities | 1,550 | 1,550 | 1,550 | 1,550 | 1,550 |
| Current liabilities | 1,619 | 2,897 | 5,630 | 10,056 | 15,106 |
| Long-term debt | 642 | 3,672 | 7,402 | 10,332 | 12,762 |
| Other long term liabilities | 141 | 141 | 141 | 141 | 141 |
| Total liabilities | 2,402 | 6,711 | 13,173 | 20,529 | 28,009 |
| Shareholders' equity | 8,055 | 5,357 | (3,072) | (6,129) | (3,541) |
| Minority interests | 11 | (30) | (76) | (93) | (79) |
| Total liabilities & equity | 10,468 | 12,038 | 10,025 | 14,308 | 24,390 |
| BVPS | 9.46 | 5.13 | (2.94) | (5.87) | (3.39) |
| y/y Growth | 741.8% | (45.8%) | (157.3%) | 99.5% | (42.2%) |
| | | | | | |
| Net debt/(cash) | (6,835) | (1,942) | 5,211 | 5,476 | (557) |

| Cash Flow Statement | FY17A | FY18A | FY19E | FY20E | FY21E |
|---|---|---|---|---|---|
| Cash flow from operating activities | (4,575) | (8,783) | (5,943) | 946 | 7,243 |
| o/w Depreciation & amortization | 168 | 478 | 705 | 1,029 | 1,061 |
| o/w Changes in working capital | (89) | 379 | 1,827 | 2,990 | 3,580 |
| | | | | | |
| Cash flow from investing activities | (1,190) | (3,010) | (1,210) | (1,210) | (1,210) |
| o/w Capital expenditure | (1,114) | (3,010) | (1,210) | (1,210) | (1,210) |
| as % of sales | - | 60.8% | 7.1% | 3.0% | 1.8% |
| | | | | | |
| Cash flow from financing activities | 12,867 | 10,330 | 3,930 | 2,930 | 2,430 |
| o/w Dividends paid | 0 | 0 | 0 | 0 | 0 |
| o/w Shares issued/(repurchased) | - | - | - | - | - |
| o/w Net debt issued/(repaid) | 634 | 3,430 | 3,930 | 2,930 | 2,430 |
| Net change in cash | 6,934 | (1,463) | (3,223) | 2,666 | 8,463 |
| | | | | | |
| Adj. Free cash flow to firm | (6,057) | (11,793) | (7,153) | (264) | 6,033 |
| y/y Growth | 90.4% | 94.7% | (39.3%) | (96.3%) | (2380.8%) |

| Ratio Analysis | FY17A | FY18A | FY19E | FY20E | FY21E |
|---|---|---|---|---|---|
| Gross margin | - | (5.2%) | 12.7% | 19.5% | 21.3% |
| EBITDA margin | - | (184.2%) | (44.0%) | (3.4%) | 6.9% |
| EBIT margin | - | (193.8%) | (48.2%) | (6.0%) | 5.3% |
| Net profit margin | - | (471.2%) | (49.4%) | (7.5%) | 3.9% |
| | | | | | |
| ROE | (167.8%) | (347.9%) | (737.5%) | 66.5% | (53.5%) |
| ROA | (123.6%) | (207.3%) | (76.4%) | (25.1%) | 13.4% |
| ROCE | (102.1%) | (105.8%) | (114.2%) | (49.9%) | 47.0% |
| SG&A/Sales | - | 107.9% | 36.8% | 15.6% | 10.1% |
| | | | | | |
| Net debt/Equity | NM | NM | NM | NM | 0.2 |
| Net debt/EBITDA | 1.4 | 0.2 | NM | NM | NM |
| | | | | | |
| Sales/Assets (x) | 0.0 | 0.4 | 1.5 | 3.3 | 3.4 |
| Assets/Equity (x) | 1.4 | 1.7 | 9.7 | NM | NM |
| Interest cover (x) | 5,401.5 | 936.0 | NM | NM | 6.9 |
| Operating leverage | - | - | (5.8%) | (50.8%) | (394.0%) |
| Tax rate | (0.2%) | (0.2%) | (0.2%) | (0.5%) | 0.5% |
| Revenue y/y Growth | - | - | 244.8% | 138.7% | 61.6% |
| EBITDA y/y Growth | 87.2% | 90.5% | (17.6%) | (81.3%) | (423.1%) |
| EPS y/y Growth | 115.0% | 151.3% | (63.9%) | (63.7%) | (184.7%) |

| Valuation | FY17A | FY18A | FY19E | FY20E | FY21E |
|---|---|---|---|---|---|
| P/E (x) | NM | NM | NM | NM | 27.5 |
| P/BV (x) | 7.2 | 13.3 | NM | NM | NM |
| EV/EBITDA (x) | NM | NM | NM | NM | 15.7 |
| Dividend Yield | - | - | - | - | - |

Source: Company reports and J.P. Morgan estimates.
Note: Rmb in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
06 March 2019

J.P.Morgan

**Other Companies Discussed in This Report** (all prices in this report as of market close on 06 March 2019, unless otherwise indicated)
BYD Company Limited - H (1211.HK/HK$49.75/Overweight), Beijing Easpring Material - A (300073.SZ/Rmb31.34/Overweight), Ningbo Shanshan Co Ltd - A (600884.SS/Rmb16.59/Overweight), Uxin (UXIN/$5.15[05 March 2019]/Overweight), Wuxi Lead - A (300450.SZ/Rmb35.70/Overweight)

**Analyst Certification:** All authors named within this report are research analysts unless otherwise specified.The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker/ Liquidity Provider:** J.P. Morgan and/or an affiliate is a market maker and/or liquidity provider in the financial instruments of/related to NIO, Wuxi Lead - A, BYD Company Limited - H, Beijing Easpring Material - A, Ningbo Shanshan Co Ltd - A, Uxin.

- **Market Maker/ Liquidity Provider (Hong Kong):** J.P. Morgan Securities (Asia Pacific) Limited and/or J.P. Morgan Broking (Hong Kong) Limited and/or an affiliate is a market maker and/or liquidity provider in the securities of BYD Company Limited - H and/or warrants or options thereon, which are listed or traded on The Stock Exchange of Hong Kong Limited.

- **Lead or Co-manager:** J.P. Morgan acted as manager or co-manager in a public offering of securities or financial instruments (as such term is defined in Directive 2014/65/EU) for NIO, Uxin within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: NIO, Uxin.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: NIO, Uxin.

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: NIO.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from NIO, Uxin.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from NIO, Uxin.

- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from NIO.

- **Debt Position:** J.P. Morgan may hold a position in the debt securities of NIO, Wuxi Lead - A, BYD Company Limited - H, Beijing Easpring Material - A, Ningbo Shanshan Co Ltd - A, Uxin, if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

**Asia Pacific Equity Research**
06 March 2019

J.P.Morgan

**NIO (NIO, NIO US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|------|--------|-----------------|------------------|
| 09-Oct-18 | N | 6.04 | 7.50 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Oct 08, 2018. All share prices are as of market close on the previous business day.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Lai, Nick YC**: BAIC Motor Corp LTD (1958) (1958.HK), BYD Company Limited - A (002594.SZ), BYD Company Limited - H (1211.HK), Baoxin Auto Group Limited (1293) (1293.HK), Brilliance China Automotive (1114) (1114.HK), CATL - A (300750.SZ), China ZhengTong Auto Service Holding Limited (1728) (1728.HK), Chongqing Changan Automobile - A (000625.SZ), Chongqing Changan Automobile - B (200625.SZ), DongFeng Motor Co., Ltd. (0489) (0489.HK), Fuyao Glass Industry Group - A (600660.SS), Fuyao Glass Industry Group - H (3606.HK), Geely Automobile Holdings Ltd. (0175) (0175.HK), Great Wall Motor - A (601633.SS), Great Wall Motor - H (2333.HK), Guangzhou Automobile Group - A (601238.SS), Guangzhou Automobile Group - H (2238.HK), Guoxuan High-Tech Co Ltd - A (002074.SZ), Minth Group (0425) (0425.HK), NIO (NIO), Nexteer Automotive Group Limited (1316) (1316.HK), Ningbo Shanshan Co Ltd - A (600884.SS), SAIC Motor Corp - A (600104.SS), Shenzhen Selen Science & Technology Co Ltd - A (002341.SZ), Sinotruk (3808) (3808.HK), Uxin (UXIN), Zhengzhou Yutong Bus - A (600066.SS), Zhongsheng Group Holdings (0881) (0881.HK)

**Brinkman, Ryan**: Adient (ADNT), American Axle (AXL), Aptiv (APTV), Autoliv Inc. (ALV), Avis Budget Group (CAR), BorgWarner Inc. (BWA), Camping World (CWH), Cooper Tire (CTB), Copart, Inc. (CPRT), Dana Inc (DAN), Ferrari (RACE), Ford Motor (F), General Motors (GM), Gentex Corporation (GNTX), Gentherm (THRM), Goodyear (GT), Hertz Global Holdings (HTZ), KAR Auction Services, Inc. (KAR), LKQ (LKQ), Lear Corporation (LEA), Magna International Inc. (MGA), Meritor Inc. (MTOR), Tenneco Inc. (TEN), Tesla Inc (TSLA), Tower International (TOWR), Visteon Corporation (VC)

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

**Asia Pacific Equity Research**
06 March 2019

J.P.Morgan

**J.P. Morgan Equity Research Ratings Distribution, as of January 02, 2019**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 46% | 40% | 14% |
| IB clients* | 53% | 47% | 37% |
| JPMS Equity Research Coverage | 44% | 41% | 15% |
| IB clients* | 75% | 65% | 56% |

*Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months.

For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of J.P. Morgan Securities LLC, may not be registered as research analysts under FINRA rules, may not be associated persons of J.P. Morgan Securities LLC, and may not be subject to FINRA Rule 2241 or 2242 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

Any data discrepancies in this report could be the result of different calculations and/or adjustments.

**Options and Futures related research:** If the information contained herein regards options or futures related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **Germany**: This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsich and also by J.P. Morgan AG (JPM AG) which is a member of the Frankfurt stock exchange and is regulated by the Federal Financial Supervisory Authority (BaFin), JPM AG is a company incorporated in the Federal Republic of Germany with registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

**Asia Pacific Equity Research**
06 March 2019

**J.P.Morgan**

and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 099/04/2018 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 046/09/2018], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE. **Russia:** CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Argentina:** JPMorgan Chase Bank Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission")

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors, as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
06 March 2019

J.P.Morgan

Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** This report is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. The information contained herein is not, and under no circumstances is to be construed as an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised January 19, 2019.

**Copyright 2019 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

Completed    06 Mar 2019 05:43 PM HKT

Disseminated 06 Mar 2019 06:07 PM HKT