# Exhibit J

Mark J. Mundy

## EMPLOYMENT

February 1990 - Present
President & Chief Executive Officer
New York Methodist Hospital (651 beds)
Brooklyn, New York

June 1983 - February 1990
Chief Executive Officer
Quincy Hospital (334 beds)
Quincy, Massachusetts

March 1981 - June 1983
Executive Director
New York Downtown Hospital (352 beds)
New York, New York

May 1973 - March 1981
Associate Administrator
Winthrop University Hospital (548 beds)
Mineola, New York

June 1970 - May 1973
Assistant Director
St. Vincent's Hospital (891 beds)
New York, New York

## EDUCATION

September 1968 - June 1970
Columbia University,  New York, New York
Degree:  M.S. in Hospital Administration

September 1961 - Jan. 1966
Murray State University,  Murray, Kentucky
Degree:  B.S. in History and Business Administration

## MILITARY SERVICE

Jan. 1966 - May 1968
U.S. Army Medical Service Corps - 7th Special Forces Group (Abn)
Entered as 2nd Lieutenant, Discharged as Captain.
(Awarded Army Commendation Medal)


## OTHER:
- FELLOW - American College of Healthcare Executives (1986 )  Recertified 1996,  2006 & 2014
- Greater New York Hospital Association - Chairman - 1998.  Board of Governors (1990-    )
- Healthcare Assoc. of NYS - Board of Trustees (1992 -1995) Chairman, Govt. Relations Comm. (1997 -1998)
- Massachusetts Hospital Association (Secretary) (1986-1990)
- American Hospital Association At-Large Delegate and Regional Policy Board Member (1989-1990)
- COTH Representative to the AAMC Assembly ( 1997 - 1998 )
- League of Voluntary Hospitals - Board of Trustees (1991 -    )
- The Rogosin Institute - Board of Directors (1995 - 2008 )
- New York Health Plan Inc. - Board of Directors  (1994 - 1996)
- Combined Coordinating Council Insurance Company - Board of Directors (1990 -  ) Chairman (2014 - )
- New York State Council on Graduate Medical Education (1994 - 1997 )
- The Assembly State of New York - Speaker's New York Health Advisory Board (1995 - 1996)
- Metropolitan (NY) Health Administrators' Association Annual Award of Distinction - 1998
- Selected for First HCA Regional Forum (50 of HCA's 550 CEO's eligible). (February, 1987)
- Recognized as one of HEALTHWEEK'S Top 25 Turnaround Executives (2/21/89).
- PAST PRESIDENT-The Hospital Administrators' Club of New York (1993-1994)
- PAST PRESIDENT-Columbia University School of Public Health Alumni Association (1976-1977)
- PAST PRESIDENT-Metropolitan (NY) Health Administrators' Association (1972-1973)
- Who's Who in the East (1979-1980)
- Who's Who in Finance and Industry (1987-1988)
- Who's Who in America (1994-1995)

DEFENDANTS' EXHIBIT 8/30/22 1

PLAINTIFFS429