# Exhibit K



P.O. Box 2600
Valley Forge, PA 19482-2600

**Connect with Vanguard®** > vanguard.com

**Vanguard Voyager Services®**

800-284-7245

CARYL E MUNDY &
MARK J MUNDY
JT TEN WROS

## Joint brokerage account — ▮▮▮▮▮▮▮

### CARYL E MUNDY &  MARK J MUNDY  JT TEN WROS

## Brokerage transaction confirmation

Please review this confirmation and contact us immediately if the information isn't correct. All transactions are in your cash account unless otherwise indicated. Notes, if applicable, are listed following the final transaction entry.

## Trades

| Trade date/ Time * | Settlement date | Transaction | Quantity | Price/ Accrued interest * | Principal | Commission/ Fees/ Securities transaction fee | Net amount |
|---|---|---|---|---|---|---|---|

**NIO INC ADS REPSTG CL A ORD SHS**

Symbol: NIO  CUSIP: 62914V-10-6

| 10/11/2018 | 10/15/2018 | Sell | 100,000.00000 | $7.04792 | $704,792.85 | $7.00 | $704,776.69 |
| — | | | | | | — | |
| (Notes 1, 2, 3, 4) | | | | | | $9.16 | |

| | Cost basis method | Acquisition date | Acquisition quantity | Shares relieved |
|---|---|---|---|---|
| | FIFO | 09/20/2018 | 100,000.00000 | 100,000.00000 |

DEFENDANTS' EXHIBIT 8/30/22
3

© 2018 The Vanguard Group, Inc. All rights reserved. 0002-0000188

**Vanguard®**

Joint brokerage account —

**CARYL E MUNDY &  MARK J MUNDY  JT TEN WROS**



## Trades  continued

| Trade date/ Time* | Settlement date | Transaction | Quantity | Price/ Accrued interest* | Principal | Commission/ Fees/ Securities transaction fee | Net amount |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

Notes:

1. This trade was unsolicited.
2. Average price info available upon request.
3. Account type: Margin
4. Capacity: As agent only

*Applicable for certain bond transactions.



## First time seeing the new confirmation?

We've improved our account transaction confirmation. It's simpler to read and can now include multiple transactions on one confirmation, saving paper and postage. Learn more at vanguard.com/confirm.

4169-02-00-0000042-0002-0000188
CONFIDENTIAL                                                    PLAINTIFFS420



**Vanguard**

---

## Terms and conditions

Securities purchased on a cash or margin basis are, or may be, pledged under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if pledged, will be withdrawn from lien as soon as practicable after receipt of payment therefore.

If this transaction is a purchase by you in a cash account and sufficient funds aren't already in your account with us, it's agreed that you'll make full payment for the securities described on this confirmation promptly and not later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction and any applicable agreement(s), and that you don't contemplate sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on this confirmation aren't already held in your account with us, we're acting upon your representation that you or your principal owns such securities, and it's agreed that you'll promptly and not later than settlement date deposit such securities with us. If full payment for the securities purchased by you in this transaction isn't received by us, or if securities sold by you in this transaction aren't delivered to us in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you'll be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees, and other costs incurred by us and interest thereon. For more details, please read your applicable agreement(s).

If this transaction is a purchase by you in a margin account, it's agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date, or at such earlier time payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of Vanguard Brokerage Services® (VBS®), a division of Vanguard Marketing Corporation (VMC), member FINRA and SIPC.

It's understood and agreed that all transactions are subject to the rules and regulations of the Securities and Exchange Commission, self-regulatory organizations, and the Federal Reserve Board and the rules and customs of the exchange or market (and its clearinghouse, if any) where executed. Any transaction executed in the over-the-counter market is subject to the Uniform Practice Code of the Financial Industry Regulatory Authority, Inc. (FINRA). It's further understood that all transactions with VBS are unsolicited. The name of the other broker or party and the time of execution will be furnished upon written request to VBS.

When issued: A short form of "when, as, and if issued." The term indicates a conditional transaction in a security authorized for issuance but not as yet actually issued. All "when issued" transactions are on an "if" basis, to be settled if and when the actual security is issued.

VBS doesn't receive compensation for directing order flow in equity securities. VBS receives compensation for directing certain options securities to our execution partners. A detailed explanation of order routing practices will be provided to you on an annual basis. For additional information regarding order routing practices, including the venues to which VBS orders are routed, visit vrs.vista-one-solutions.com/sec606rule.aspx?clientid=VANG or vanguard.com. VBS, upon written request, will provide information related to your orders that were routed for execution in the past six months. This information will include the venue to which your order(s) was routed, whether the order(s) was directed or nondirected, the time of the transactions, and the source and remuneration received, if any, in connection with your orders.

If "average price transaction" is indicated on this confirmation, details regarding the actual execution prices are available upon request to VBS. Because some executions receive sub-penny pricing, average prices may be slightly above or below the total execution prices as a result of the method by which the average is calculated.

Prices for trades on some fixed income securities have been truncated. Complete price information will be provided upon request to VBS.

Certain clients may have a different pricing structure based on assets or activities in their accounts at VBS or its affiliates. VBS reserves the right to change or waive fees at our discretion, subject to notification in accordance with applicable laws and regulations.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request to VBS.

Zero coupons and multiplier securities are callable below maturity value without notice by mail to the holder unless registered.

The ratings that appear in the description of some fixed income securities have been obtained from ratings services which VBS believes to be reliable; however, VBS can't guarantee their accuracy. Securities for which a rating isn't available are marked "UNRATED."

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in, or is secured by, a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request to VBS.

Mutual funds are offered by prospectus. Fees and charges imposed by the funds are indicated in each fund's prospectus. By purchasing a fund, you agree to pay any fees or charges listed in the fund's prospectus. For mutual fund transactions, VBS may receive other remuneration, the source and amount of which will be furnished upon written request. You may be eligible for breakpoint discounts based on the size of your purchase, current holdings, or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate because of rounding calculations. Please refer to the fund's prospectus or statement of additional information for further information.

**Compensation to VMC**
VMC receives reimbursements from The Vanguard Group, Inc., on behalf of the Vanguard family of mutual funds, for waived and discounted brokerage commissions and fees.

**Capacity in which VBS acted**
VBS acted as your agent only and charged you a commission for its service unless the "Notes" section of the confirmation indicates a different capacity. VBS may act as agent only, as principal, or as agent for the buyer and seller.

**Additional capacity information**
If "average price transaction" is indicated on this confirmation, VBS may have acted as principal, agent, or both, or agent for another party on one or more exchanges. Details regarding the actual execution are available on request to VBS.

If your trade included fractional shares, the fractional shares were traded on a principal basis.

**Reporting instructions**
Report any error, omission, or exception immediately to:

Vanguard Brokerage Services
P.O. Box 1170
Valley Forge, PA 19482-1170

---

Transactions in your account are confirmed subject to the terms and conditions listed above. This confirmation is a notice, not an invoice. Remittance or securities are due on or before settlement date.

Vanguard Marketing Corporation, Distributor of the Vanguard Funds.

CONFIDENTIAL                                                                    PLAINTIFFS421