# Exhibit V

Case 1:19-cv-01424-NGG-JRC     Document 121-24     Filed 12/23/22     Page 1 of 8 PageID #: 3022

## *U.S. Automakers Are Caught Between A Tariff Fueled Trade War, CBS*

CBS News Transcripts CBS 60 MINUTES 7:00 PM EST

February 24, 2019 Sunday

Copyright 2019 CBS Worldwide Inc. All Rights Reserved

**Section:** NEWS

**Length:** 2250 words

**Byline:** Holly Williams
**Highlight:** Beijing is trying to win the race by ensuring the electric vehicles of the future are made in China.

# Body

HOLLY WILLIAMS: There is perhaps nothing more emblematic of the American century than the automobile. Assembly lines rolled out millions of Fords, Chryslers, Chevys and Buicks and made Motor City--Detroit, Michigan--the capital of the global car industry. But in the race to dominate the auto industry of the twenty-first century, it is China vying for the pole position. It`s Chinese automakers building the smart cars of tomorrow. And the energy fueling them is electric. Today, U.S. automakers are caught between a tariff-fueled trade war and threats of cuts to electric car subsidies by the Trump administration. At the same time, Beijing is trying to win the race by ensuring the electric vehicles of the future are made in China.

(Begin VT)

MICHAEL DUNNE: This year, China will build a million electric vehicles. That`s nice scale. That`s half of the electric vehicles in the world.

HOLLY WILLIAMS (voiceover): Michael Dunne grew up in Detroit, America`s Motor City. Then as a graduate student seeking adventure in the late 1980s, he went to Chongqing in Western China.

MICHAEL DUNNE: Everyone was poor, wearing grays and blues, riding bicycles. There were no cars.

HOLLY WILLIAMS: No cars?

MICHAEL DUNNE: No cars at all.

HOLLY WILLIAMS (voiceover): Dunne has watched China evolve from an isolated socialist state to a controlled capitalist powerhouse; and from a nation of bike riders to car drivers. He`s been working as an auto industry consultant in Asia for thirty years, including a stint as a top executive at General Motors. And now, Dunne is witnessing the Chinese government literally electrify its burgeoning auto sector.

What is the Chinese government doing to encourage people to buy electric vehicles?

MICHAEL DUNNE: Lots. Without government regulation, there would be no electric car industry or market here.

HOLLY WILLIAMS: It`s completely created by the government?

MICHAEL DUNNE: Totally created by the government. So you get up to ten thousand dollars in rebates when you buy an electric car in several cities.

HOLLY WILLIAMS: What else does the government do?

U.S. Automakers Are Caught Between A Tariff Fueled Trade War, CBS

MICHAEL DUNNE: In the city of Shanghai, for example, typically, you have to pay twelve-thirteen thousand dollars to buy a license for the ability to buy a car. They waive that.

HOLLY WILLIAMS: They`re free--

MICHAEL DUNNE: Yes.

HOLLY WILLIAMS: --if you buy an electric vehicle.

MICHAEL DUNNE: Yes.

HOLLY WILLIAMS (voiceover): The result: an explosion of electric car makers, a hundred or so, eagerly feeding at the government trough. You can buy a Great Wall, or you can Build Your Dreams--a carmaker in which American billionaire Warren Buffett was an early investor. The latest entrant to the crowded Chinese auto market is Nio.

WILLIAM LI: Hi, Holly.

HOLLY WILLIAMS: Hi, William.

(Voiceover): Nio`s founder is William Li.

It`s nice to meet you.

WILLIAM LI: Okay. Nice to meet you.

HOLLY WILLIAMS: Nice to meet you, too.

WILLIAM LI: Thank you.

HOLLY WILLIAMS (voiceover): A forty-four-year-old billionaire entrepreneur, who we met last year in Beijing. Nio is China`s only all-electric luxury car brand.

It`s sort of similar to a Tesla.

(Voiceover): And the similarity to a Tesla is no coincidence. Nio`s ES8 is competing with American-made Tesla for wealthy, status-conscious Chinese. Their conspicuous consumption has made China one of the biggest markets for luxury goods in the world. With no import costs, at sixty thousand U.S. dollars, the Nio is about half the price of a Tesla.

I heard that you were the one--

WILLIAM LI: Yeah.

HOLLY WILLIAMS: --who called this car the Tesla killer?

(William Li speaking foreign language)

HOLLY WILLIAMS: And maybe it was you.

WILLIAM LI: Maybe. Maybe.

HOLLY WILLIAMS: It doesn`t look like a killer. Should we take it for a spin?

WILLIAM LI: Yeah.

HOLLY WILLIAMS: What`s the acceleration like on this?

(Voiceover): Li claims his car goes from zero to sixty in 4.4 seconds.

U.S. Automakers Are Caught Between A Tariff Fueled Trade War, CBS

WILLIAM LI: Six hundred and fifty--

HOLLY WILLIAMS: Six hundred and fifty horsepower.

WILLIAM LI: --horsepower.

HOLLY WILLIAMS (voiceover): And about two hundred and twenty miles on a full charge. Plus, the car has a built-in personal assistant called Nomi--

Can we try Nomi?

WILLIAM LI: Yeah, sure.

HOLLY WILLIAMS (voiceover): --who follows voice commands, as long as you speak Chinese.

(FOREIGN LANGUAGE)

(Nomi, automated voice, speaking foreign language)

WILLIAM LI: Wow. Cool.

HOLLY WILLIAMS: She understands me.

WILLIAM LI: Yeah, sure.

HOLLY WILLIAMS (voiceover): Nomi is an avatar of artificial intelligence. She`ll entertain you with a music playlist, adjust the temperature--

(William Li speaking foreign language)

HOLLY WILLIAMS (voiceover): --or snap a selfie on command.

(William Li speaking foreign language)

(Nomi, automated voice, speaking foreign language)

WILLIAM LI: Yeah. Okay.

HOLLY WILLIAMS (voiceover): This is Chinese innovation, a great leap forward from China`s communist past.

What would Chairman Mao make of a capitalist like you?

(William Li speaking foreign language)

HOLLY WILLIAMS (voiceover): Li told us Chairman Mao would have said, "You`re doing a good job."

Really? He was a Communist.

WILLIAM LI: Okay.

HOLLY WILLIAMS: He hated capitalists like you.

(William Li speaking foreign language)

HOLLY WILLIAMS (voiceover): "We are trying to make a better world," Li said. In Chinese, the slogan of Li`s car company is: Blue Sky Coming. That dovetails nicely with one of the reasons the Chinese government is pushing electric vehicles, as a way to reduce the country`s choking air pollution.

You`ve been called the Elon Musk of China.

U.S. Automakers Are Caught Between A Tariff Fueled Trade War, CBS

WILLIAM LI: No.

HOLLY WILLIAMS: Is that fair?

WILLIAM LI: I`m younger than him. Yes.

HOLLY WILLIAMS: I`ve been speaking to quite a lot of Chinese people since I got here.

WILLIAM LI: Mm-Hm.

HOLLY WILLIAMS: And they say they really like Teslas.

WILLIAM LI: Yeah.

HOLLY WILLIAMS: How are you going to compete with that?

(William Li speaking foreign language)

HOLLY WILLIAMS (voiceover): Li said It`s like the clothes fashion models wear on the catwalk.

WILLIAM LI: It`s not same.

HOLLY WILLIAMS (voiceover): "The clothes may be beautiful," he explained.

(William Li speaking foreign language)

HOLLY WILLIAMS (voiceover): "But you can`t wear them everyday."

So the Tesla is the super-model and you`re the girl next door?

WILLIAM LI: Yeah.

HOLLY WILLIAMS (voiceover): Auto analyst Michael Dunne says the first challenge for Nio is to overcome China`s reputation for building cheap, low-quality cars.

Are they trying to knock Tesla out of China and take on Tesla perhaps globally?

MICHAEL DUNNE: There`s plenty of market here to allow Tesla to play and Nio to play. What Nio needs to do is establish credibility with consumers and say, we`re legit. We`re-- a really good car.

HOLLY WILLIAMS (voiceover): In September, Nio became the first Chinese all- electric car company to debut on the New York Stock Exchange. The splashy initial public offering raised a billion dollars.

This is the race car?

(Voiceover): A Nio team has competed on the Formula E circuit for two seasons, including this race in Brooklyn, New York. Proof that electric cars are catching up with gas engines in power and speed.

(Man #1 speaking foreign language)

HOLLY WILLIAMS (voiceover): But Nios are really designed for tech-savvy Chinese owners who link to their cars with a mobile app. Tap on a screen for repairs or maintenance. Tap to order a mobile charging van for a quick power boost. Tap again to visit a swap station, where a depleted battery can be replaced in three minutes by robot mechanics. It`s the kind of futuristic scene that William Li could only dream of as a child.

Did anyone in your village have a car?

WILLIAM LI: No.

U.S. Automakers Are Caught Between A Tariff Fueled Trade War, CBS

HOLLY WILLIAMS (voiceover): Ironically, the founder of this high-tech electric car company grew up in a farming village with no electricity.

So you learned about business--

WILLIAM LI: Yeah.

HOLLY WILLIAMS: --raising cows with your grandfather.

WILLIAM LI: Yes, yes, yes.

HOLLY WILLIAMS: And what did you learn?

(William Li speaking foreign language)

HOLLY WILLIAMS (voiceover): Li explained that when you`re doing business, honesty is very important.

This is all Nio.

(Voiceover): Li has founded or backed about forty start-ups including an online auto marketplace and a bike-sharing company. His estimated net worth is 1.2 billion and Li has plowed a hundred and fifty million of his own money into Nio.

Americans have been quite slow to adopt electric cars.

WILLIAM LI: Mm-Hm.

HOLLY WILLIAMS: Is it different here in China?

(William Li speaking foreign language)

HOLLY WILLIAMS (voiceover): "It will definitely be fast," Li told us, "because the Chinese government is pushing electric cars."

But there are also Chinese companies, as well.

(Voiceover): In Shanghai, China has built the largest EV database in the world.

And this is a map of all the electric cars in Shanghai?

DING XIAOHUA: Yeah.

HOLLY WILLIAMS (voiceover): Ding Xiaohua is deputy manager of the Shanghai Electric Vehicle Data Center, which collects millions of bits of information every day on nearly two hundred thousand electric cars on this city`s streets.

So let`s find a Tesla.

DING XIAOHUA: This is only Tesla brands.

HOLLY WILLIAMS: These are all Teslas?

DING XIAOHUA: Yeah. All Teslas.

HOLLY WILLIAMS (voiceover): Inside every electric vehicle in the city is a black box, automatically transmitting data to the center every thirty seconds.

DING XIAOHUA: For example, the speeds, the mileage, the battery temperature.

U.S. Automakers Are Caught Between A Tariff Fueled Trade War, CBS

HOLLY WILLIAMS: And does that help the government plan for the future?

DING XIAOHUA: Yes, public charging points. How many public charging points? And where it is best place for the public charger.

HOLLY WILLIAMS (voiceover): There is nothing like this in the U.S. or anywhere else.

Because it`s real time.

(Voiceover): China is paving the way for the electric cars of the twenty- first century.

And the blue ones are in use?

DING XIAOHUA: Yes, it`s moving.

HOLLY WILLIAMS (voiceover): Most of the country`s hundred or so EV start- ups will be killed off by the competition.

(William Li speaking foreign language)

HOLLY WILLIAMS (voiceover): But William Li thinks Nio will survive and points out his company met its modest goal of delivering ten thousand cars last year.

Why are the numbers so small at the moment?

(William Li speaking foreign language)

HOLLY WILLIAMS (voiceover): "There are always problems and delays when a company ramps up production of something new," Li told us. "And Nio`s cars," he added, "are all made-to-order." We visited Nio`s production line where the made-to-order cars are assembled in a spotless, automated, high- tech factory dominated by a corps of whirring robots. And with China`s massive manufacturing machine behind it, Nio may be able to scale up faster than its foreign competitors.

PADMA WARRIOR: This is more advanced.

MAN #2: Yes.

HOLLY WILLIAMS (voiceover): At the company`s research and development outpost in San Jose, California, Padma Warrior--Nio`s CEO in the United States until last December--predicted its cars will someday be on American roads, but she was cagey about when.

What will it mean to American consumers and American drivers you hope?

PADMA WARRIOR: I would hope consumers will look at it as the future.

HOLLY WILLIAMS: A Chinese future?

PADMA WARRIOR: A China-- China-driven future.

HOLLY WILLIAMS (voiceover): Nio is one of nine Chinese electric vehicle, or EV, companies to set up shop on the West Coast where they can entice the world`s best engineers, programmers and software developers. Nio has hired more than six hundred of them.

PADMA WARRIOR: We have people here that have worked at-- at Google, at Apple, at Cisco, at Tesla, you name it.

HOLLY WILLIAMS: I think some people might see that as a transfer of American technology to a Chinese company.

U.S. Automakers Are Caught Between A Tariff Fueled Trade War, CBS

PADMA WARRIOR: I don`t see it that way. I think I see it more as, where is the biggest market for EVs, right? And where is the biggest problem with respect to pollution? Clearly, that`s China. And so I look at it as taking the best of the talent pool that`s available and changing the world for the better.

HOLLY WILLIAMS (voiceover): This year, the Chinese government will require all global automakers in the country to make ten percent of their vehicles electric. American automakers are already investing billions in electric vehicle technology. But unlike Chinese companies, they don`t have the government trying to fix the race. Auto industry consultant Michael Dunne warns China is determined to bend the electric car industry in its favor.

MICHAEL DUNNE: The size of the market alone makes China an irresistible place to be for any global automaker. If you`re not in China, you`re not-- you`re not playing. So China says, hmm, how badly do you need our market? All right. Very-- you`re welcome to sell as many cars as you want, provided that you also abide by our new rules with regards to electric vehicles.

HOLLY WILLIAMS: Has America already ceded leadership in this industry?

MICHAEL DUNNE: No. Not too late. It`s so early. China has been making electric vehicles three years, four years.

HOLLY WILLIAMS: When will it be too late?

MICHAEL DUNNE: If we wait to 2025, China will be making five million a year, and if we`re still making a half a million, oh, now all of the technology and design engineering is concentrated in China. How do you catch up with that?

(End VT)

ANNOUNCER: Part car dealership, part private club--

(William Li speaking foreign language)

HOLLY WILLIAMS: Oh, you can`t come here--

WILLIAM LI: Yeah.

HOLLY WILLIAMS: --unless you own a Nio.

WILLIAM LI: Yes.

ANNOUNCER: --how Nio entices its customers, go to 60minutesovertime.com.

**Load-Date:** February 26, 2019

---

**End of Document**