# Exhibit Y

# LIONBRIDGE

STATE OF NEW YORK    )
                     )
                     )    ss
                     )
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached article "NIO complete vehicle

base will be relocated to Waigang Town."

Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me

this 14th day of October, 2020 .

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

06/01/2020

**NIO complete vehicle base will be relocated Waigang town_Waigang town_ neighborhood channel_Shanghai Jiading**

Shanghai Jiading                                                                              English    Traditional Chinese Version
www.jiading.gov.cn
Neighborhood channel                          [port homepage] [news channel] [governmental affairs channel] [text cut off]
                                              [business channel] [livelihood channel] [district situations channel] [text cut off]

Channel            Neighborhood        Neighborhood       Illustration of the        **Please input search keywords**
homepage           information         documents          neighborhood

Your current location: homepage >> neighborhood channel >> neighborhood information >> Waigang town

### NIO complete vehicle base will be relocated to Waigang Town

Release time: January 19, 2018



    The district CPC member Rong Wenwei said, to build Jiading into a world-class automobile industrial center, it not only requires the power of the government, but also needs to convene more social resources. From his viewpoint, the automobile industry is always in constant change and shall seek breakthroughs relentlessly. The governmental department shall set up an opener platform and space and establish a bigger service platform to fully harness the current advantages of Jiading in terms of use of vehicles, and unremittingly explore new products, models and management methods. He revealed, the complete vehicle base of NIO will be relocated to Jiading, and the site has been chosen in Waigang town, with the planned land area at about 800mu.

    "The progress of production, education and research cannot be separated from the participation of higher education colleges and institutions." CPC member Liu Jianxiong sai, in the second half year of 2018, Tongji University Jiading Campus will hold an "Innovation & Entrepreneurial Expo" of more than 20,000 people, when scholars from universities around the world will gather here for innovation and entrepreneurship brainstorm. This year, Tongji University and Anting Town also jointly initiate the "Pan-Tongji Innovation and Intelligence City" Project, and the plan has been rolled out to facilitate the implementation of production, education and research integration in the field of automobiles and transport.

[printing article]

Previous:        Waigang town commences large-scale investigation and visit [01/15/2018]

Next:            Waigang town holds the targeted service of enterprise talents activity themed "converge talents in green Waigang and usher in the new year in blossoms" [01/19/2018]

    CPC Shanghai Jiading District Committee Shanghai Jiading District People's Government    Copyright reserved    Site map
        H. G.W.A.B. No. 31011402003717    ICP record No.: H. ICP. B. 13001862-1    Site identifier: 3101140038
        Shanghai Jiading District Administrative Service Center    organizer and sponsor Contact: 021-59533961

www.jiading.gov.cn/jzpd/jzxx/wgz/content_473801                                                                    1/2

06/01/2020
**NIO complete vehicle base will be relocated Waigang town _Waigang town_ neighborhood channel_Shanghai Jiading**

 

Government website

**Find errors**

Case 1:19-cv-01424-NGG-JRC Document 101-27 Filed 12/22/22 Page 6 of 7 PageID #: 3049



English    繁体版

[门户首页]    [新闻频道]    [政务频道]    [公

[营商频道]    [民生频道]    [区情频道]    [专

| 频道首页 | 街镇信息 | 街镇文件 | 图说街镇 | 请输入搜索关键字 |

您现在的位置：  首页 >> 街镇频道 >> 街镇信息 >> 外冈镇

## 蔚来汽车的整车基地将搬到外冈镇

发布时间：2018-01-19



00:00    00:00



　　区人大代表荣文伟说，嘉定要建设成为世界级汽车产业中心，除了政府本身的力量之外，也要汇集更多的社会资源。在他看来，汽车产业始终在前
变化之中，必须不断寻求突破。作为政府部门，要搭建更为开放的平台和空间，搭建起更大的服务平台，充分利用嘉定现有的、汽车使用环节的优势，
断开拓新的产品、模式以及管理方式。他透露，蔚来汽车的整车基地将搬到嘉定，目前已选址在外冈镇，规划土地800亩左右。

　　"产学研的推动，离不开高校院所的参与。"柳剑雄代表说，　2018年下半年，同济大学嘉定校区将举办一场2万多人的"创博会"，届时，全球的
校学者都将汇集在此，进行创新创业头脑风暴。今年，同济大学还与安亭镇共同启动了"环同济创智城"项目，目前已列出计划，将在汽车、交通等领
推进产学研的落地实施。

[打印文章]

上一篇：外冈镇启动大调研大走访工作 ［ 2018-01-15 ］

下一篇：外冈镇举办"绿动外冈聚贤才 梅艳芳菲迎新年" 精准服务企业人才活动 ［ 2018-01-19 ］

中共上海市嘉定区委员会　　上海市嘉定区人民政府 版权所有　　网站地图

沪公网安备 31011402003717号　　ICP备案号：沪ICP备13001862-1　　政府网站标识码：3101140038

上海市嘉定区融媒体中心　　主管主办　　联系方式：021-59533961

Case 1:19-cv-01424-NGG-JRC Document 101-27 Filed 12/22/22 Page 7 of 7 PageID #: 3050

