**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

*In re NIO, Inc. Securities Litigation*

Case No: 1:19-cv-01424-NGG-JRC

**DECLARATION OF LAURENCE ROSEN IN FURTHER SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Laurence Rosen, declare the following pursuant to 28 U.S.C. §1746:

1.      I am an attorney at The Rosen Law Firm, P.A., Lead Counsel for Plaintiffs in the above-captioned action. I am over 18 years of age and am admitted to practice law in this Court. I submit this declaration in further support of Plaintiffs' Motion for Class Certification, and to transmit true and correct copies of the following documents:

- Exhibit 1:    Environmental Impact Report (certified translation), bearing bates numbers NIO0000004541-4746

- Exhibit 2:    Morgan Stanley email thread, with attachment, bearing bates numbers UW_MS_00000001-15

- Exhibit 3:    Morgan Stanley email thread, bearing bates numbers UW_MS_00001666-1670

- Exhibit 4:    NIO's Registration Statement, filed with the SEC on September 11, 2018 (marked as deposition exhibit 31)

- Exhibit 5:    Bank of America Merrill Lynch email thread, bearing bates numbers UW_ML_0013912-16

- Exhibit 6:    Morgan Stanley email thread, bearing bates numbers UW_MS_00079207-09

- Exhibit 7:    Investor Q&A (Business Part), bearing bates numbers UW_MS_00042127-58

- Exhibit 8:    Transcript Excerpts from the Deposition of Dr. Faten Sabry, dated November 11, 2022

- Exhibit 9:   Rebuttal Declaration of Dr. Adam Werner, dated December 23, 2022

- Exhibit 10:   Order Certifying Class in *Malriat v. Quantumscape Corp.,* Case No. 3:21-cv-00058-WHO (N.D. Cal. Dec. 19, 2022)

- Exhibit 11:   Transcript Excerpts from the Deposition of Dr. Adam Werner, dated September 13, 2022

- Exhibit 12:   Expert Declaration of William H. Purcell, dated December 23, 2022

- Exhibit 13:   JL Warren Capital, *NIO Post-CBS Rally Making TSLA Valuation a Grand Bargain,* dated February 27, 2019

- Exhibit 14:   Project Blue Sky – Consolidated TTW Investor Feedback, bearing bates numbers UW_MS_00079140-48

- Exhibit 15:   J.P. Morgan, *Takeaways From JPM's CES Auto Tech Conference for Aptiv, NIO, & Veoneer,* January 14, 2019, bearing bates numbers SABRY-0000152-162

- Exhibit 16:   Credit Suisse, *NIO Inc.: 4Q18 gross profit turned positive for the first time,* March 6, 2019, bearing bates numbers SABRY-0000039-43

- Exhibit 17:   Citi, *NIO Results: In-line FY18 Results with Lower 1Q19 Guidance,* March 6, 2019, bearing bates numbers SABRY-0000029-38

- Exhibit 18:   CICC, *NIO Inc.: ES6 a more mass-market model, but orders limited for now,* March 8, 2019, bearing bates numbers SABRY-0000018-28

- Exhibit 19:   Morgan Stanley email thread, bearing bates numbers UW_MS_00065368-79

- Exhibit 20:   Morgan Stanley email, bearing bates numbers UW_MS_00096094

- Exhibit 21:   Morgan Stanley email thread, bearing bates numbers UW_MS_00096112-114

- Exhibit 22:   J.P. Morgan, *NIO: Blue Sky Future, but unproven path there: Initiate with Neutral*, October 9, 2018, bearing bates numbers SABRY-0000163-210

- Exhibit 23:   Morgan Stanley email thread, bearing bates numbers UW_MS_00090896-99

- <u>Exhibit 24</u>:  Morgan Stanley Asian Equity Commitment Committee Memorandum, dated August 28, 2018, bearing bates numbers UW_MS_00084135-69

- <u>Exhibit 25</u>:  Project Blue Sky Onsite DD Schedule, bearing bates numbers UW_ML_0007863-65

- <u>Exhibit 26</u>:  Email thread between Underwriters and NIO, bearing bates numbers UW_MS_00071208-11

- <u>Exhibit 27</u>:  Morgan Stanley email, bearing bates number UW_MS_00033944

- <u>Exhibit 28</u>:  Morgan Stanley, *China's Premium EV Pioneer; Initiate at Overweight*, October 7, 2018, bearing bates numbers SABRY-0000211-35

- <u>Exhibit 29</u>:  Credit Suisse, *NIO Inc: The next generation car company*, October 22, 2018, bearing bates numbers SABRY-0000093-151

- <u>Exhibit 30</u>:  42How.com, *Is It Bad News that NIO has Halted the Construction of its Shanghai Factory?* dated March 7, 2019, https://chejiahao.autohome.com.cn/info/3426672 (certified translation)

- <u>Exhibit 31</u>:  List of Certified Securities Class Actions Rejecting *Comcast* Arguments

- <u>Exhibit 32</u>:  Transcript Excerpts from the Deposition of Mark Mundy, dated August 30, 2022

- <u>Exhibit 33</u>:  Transcript Excerpts from the Deposition of Eva Huang, dated September 6, 2022

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2022 in New York, NY.

*/s/Laurence Rosen*
Laurence Rosen