# EXHIBIT 2

| | |
|---|---|
| **From:** | Lin, Shirley (IBD) [shirley.lin@morganstanley.com] |
| **Sent:** | 3/5/2018 1:41:57 AM |
| **To:** | Schuetz, Arthur (IBD) [arthur.schuetz@morganstanley.com] |
| **Subject:** | Fwd: Blue Sky - S&S Outline |
| **Attachments:** | Project Blue Sky - Strengths & Strategies_v8_Redline.pdf; Project Blue Sky - Strengths & Strategies_v8_Clean.pdf |

Shirley Lin 林时宜
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

---

**From:** "Lin, Shirley (IBD)" <Shirley.Lin@morganstanley.com>
**Date:** Saturday, 3 March 2018 at 11:13:20 AM
**To:** "Cheung, Alvin (IBD)" <Alvin.Cheung@morganstanley.com>, "Li, Joseph (IBD)" <Joseph.Li@morganstanley.com>, "Schuetz, Arthur (IBD)" <Arthur.Schuetz@morganstanley.com>, "pj_blue_sky_wg" <pj_blue_sky_wg@morganstanley.com>
**Cc:** "Xu, Dirk (IBD)" <Dirk.Xu@morganstanley.com>
**Subject:** RE: Blue Sky - S&S Outline

Arthur,

Please see the latest S&S outline with Joseph's and Alvin's comments incorporated. Please let us know if you have any further comment.

@Dirk, pls arrange the printing and delivery on Sunday evening in Shanghai. You could liaise with Ben Yang from our team who booked OT.

Thanks,
Shirley

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

**From:** Cheung, Alvin (IBD)
**Sent:** Friday, March 02, 2018 5:01 PM
**To:** Lin, Shirley (IBD); Li, Joseph (IBD); Schuetz, Arthur (IBD); pj_blue_sky_wg

Confidential

UW_MS_00000001

**Cc:** Xu, Dirk (IBD)
**Subject:** RE: Blue Sky - S&S Outline

Dear Shirley and team,

Below are my comments for consideration

Strengths
1(a)(i)- can we add a period for CAGR and year for 2.42MM units?
1(d) – Add ", regulatory mandates" between policy framework and government support
2a- change "...strategically positioned in the sweet spot of the Chinese premium EV market" to "...strategically positioned in the Chinese premium EV market, a sweet spot of the auto market,... "

Strategies
1 Heading – "future models" not "further models"
2a – change "complementary to" to "to complement"
4 – consider to change title to "Expand our infrastructure and service courage to improve user experience" [better match the sequences of 4a, b, c]

Thanks,
Alvin

**Alvin Cheung, Vice President**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-3618
Alvin.Cheung@morganstanley.com

Be carbon conscious  Please consider our environment before printing this email.

**From:** Lin, Shirley (IBD)
**Sent:** Friday, March 02, 2018 3:47 PM
**To:** Li, Joseph (IBD); Cheung, Alvin (IBD); Schuetz, Arthur (IBD); pj_blue_sky_wg
**Cc:** Xu, Dirk (IBD)
**Subject:** Re: Blue Sky - S&S Outline

Sure Joseph. Will do.

Shirley Lin 林时宜
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

**From:** "Li, Joseph (IBD)" <Joseph.Li@morganstanley.com>
**Date:** Friday, 2 March 2018 at 3:36:04 PM

Confidential

**To:** "Lin, Shirley (IBD)" <Shirley.Lin@morganstanley.com>, "Cheung, Alvin (IBD)" <Alvin.Cheung@morganstanley.com>, "Schuetz, Arthur (IBD)" <Arthur.Schuetz@morganstanley.com>, "pj_blue_sky_wg" <pj_blue_sky_wg@morganstanley.com>
**Cc:** "Xu, Dirk (IBD)" <Dirk.Xu@morganstanley.com>
**Subject:** RE: Blue Sky - S&S Outline

Nothing further from me except below
S4:  since it now has "revolutionary charging solution" as the beginning of the point, lets swap 4a and 4b

**Joseph Li 李填浪, Executive Director**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 2239-1536
Mobile: +852 9281-8948 or +852 9360-1500
Fax: +852 3407-0597
Joseph.Li@morganstanley.com

Be carbon conscious. Please consider our environment before printing this email.

**From:** Lin, Shirley (IBD)
**Sent:** Friday, March 02, 2018 2:43 PM
**To:** Cheung, Alvin (IBD); Schuetz, Arthur (IBD); Li, Joseph (IBD); pj_blue_sky_wg
**Cc:** Xu, Dirk (IBD)
**Subject:** RE: Blue Sky - S&S Outline

Dear all,

Please see the latest S&S outline based on the latest MP and let us know if you have any comment. We will bring the hard copies to the drafting session on Monday.

Thanks,
Shirley

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

**From:** Lin, Shirley (IBD)
**Sent:** Sunday, February 04, 2018 4:58 PM
**To:** Cheung, Alvin (IBD); Schuetz, Arthur (IBD); Li, Joseph (IBD)
**Cc:** pj_blue_sky_wg; Xu, Dirk (IBD)
**Subject:** RE: Blue Sky - S&S Outline

Thanks a lot Alvin. Will revert to Zach.

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118

Confidential

UW_MS_00000003

Shirley.Lin@morganstanley.com

---

**From:** Cheung, Alvin (IBD)
**Sent:** Sunday, February 04, 2018 4:27 PM
**To:** Schuetz, Arthur (IBD); Lin, Shirley (IBD); Li, Joseph (IBD)
**Cc:** pj_blue_sky_wg; Xu, Dirk (IBD)
**Subject:** RE: Blue Sky - S&S Outline

Perhaps Electra Meccanica (a Canada-based, development-stage EV manufacturer just filed with SEC to raise US$28m in IPO)?

F-1: https://www.sec.gov/Archives/edgar/data/1637736/000165495418000971/electrameccanicavehiclesc.htm *[Note: not drafted by big law firm but doesn't hurt to be used as a reference only]*
Website: https://electrameccanica.com/

---

**From:** Schuetz, Arthur (IBD)
**Sent:** Sunday, February 04, 2018 3:11 PM
**To:** Lin, Shirley (IBD); Li, Joseph (IBD)
**Cc:** pj_blue_sky_wg; Xu, Dirk (IBD)
**Subject:** Re: Blue Sky - S&S Outline

Really don't think they are similar.

Arthur Schuetz
Managing Director
Mob: +852 9226 7992

---

**From:** "Lin, Shirley (IBD)" <Shirley.Lin@morganstanley.com>
**Date:** Sunday, 4 February 2018 at 15:00:17
**To:** "Schuetz, Arthur (IBD)" <Arthur.Schuetz@morganstanley.com>, "Li, Joseph (IBD)" <Joseph.Li@morganstanley.com>
**Cc:** "pj_blue_sky_wg" <pj_blue_sky_wg@morganstanley.com>, "Xu, Dirk (IBD)" <Dirk.Xu@morganstanley.com>
**Subject:** RE: Blue Sky - S&S Outline

BitAuto / Autohome?

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

---

**From:** Schuetz, Arthur (IBD)
**Sent:** Sunday, February 04, 2018 2:50 PM
**To:** Lin, Shirley (IBD); Li, Joseph (IBD)
**Cc:** pj_blue_sky_wg; Xu, Dirk (IBD)
**Subject:** Re: Blue Sky - S&S Outline

UW_MS_00000004

GM US IPO?
Tesla debt IPO is more recent

Arthur Schuetz
Managing Director
Mob: +852 9226 7992

---

**From:** "Lin, Shirley (IBD)" <Shirley.Lin@morganstanley.com>
**Date:** Sunday, 4 February 2018 at 14:43:09
**To:** "Li, Joseph (IBD)" <Joseph.Li@morganstanley.com>, "Schuetz, Arthur (IBD)" <Arthur.Schuetz@morganstanley.com>
**Cc:** "pj_blue_sky_wg" <pj_blue_sky_wg@morganstanley.com>, "Xu, Dirk (IBD)" <Dirk.Xu@morganstanley.com>
**Subject:** RE: Blue Sky - S&S Outline

Team,

Zach from Skadden called and ask other than Tesla, any other prospectus that he could refer to drafting the prospectus.

Angel, have you found the reports from Adam? Mobility and content values in car?

Thanks,
Shirley

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

---

**From:** Lin, Shirley (IBD)
**Sent:** Sunday, February 04, 2018 8:44 AM
**To:** Li, Joseph (IBD); Schuetz, Arthur (IBD)
**Cc:** pj_blue_sky_wg; Xu, Dirk (IBD)
**Subject:** RE: Blue Sky - S&S Outline

Arthur,

I've turned Joseph's comments. Please let me know if you have any further comments to add. Do we need to run the strategies part with Louis?

Thanks,
Shirley

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031

Confidential

UW_MS_00000005

Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

---

**From:** Lin, Shirley (IBD)
**Sent:** Saturday, February 03, 2018 6:58 PM
**To:** Li, Joseph (IBD); Schuetz, Arthur (IBD)
**Cc:** pj_blue_sky_wg; Xu, Dirk (IBD)
**Subject:** Re: Blue Sky - S&S Outline

Thanks Joseph. Will revise accordingly.

Shirley Lin 林时宜
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

---

**From:** "Li, Joseph (IBD)" <Joseph.Li@morganstanley.com>
**Date:** Saturday, 3 February 2018 at 11:10:14 AM
**To:** "Lin, Shirley (IBD)" <Shirley.Lin@morganstanley.com>, "Schuetz, Arthur (IBD)" <Arthur.Schuetz@morganstanley.com>
**Cc:** "pj_blue_sky_wg" <pj_blue_sky_wg@morganstanley.com>, "Xu, Dirk (IBD)" <Dirk.Xu@morganstanley.com>
**Subject:** Re: Blue Sky - S&S Outline

Agreed that this sounds like a mission. But originally intention was to make a strategy to continue improving user experience. It is somewhat overlap with expansion of services and charging Networks.
Suggest have "further expand our charging service network" as the a single strategy and have rest of "further expand NiO experience centers, services network and infrastructure to improve user experience" as a strategy. also consider mention increasing services in "one-click".

Strategy 2, amend to "expand our manufacturing capacity to meet growing demand and continue to optimize manufacturing costs by leveraging common platform and production flexibility"

3b. It shall be "prospective" user

I don't have further on strengths.

---

**From:** "Lin, Shirley (IBD)" <Shirley.Lin@morganstanley.com>
**Date:** Friday, 2 February 2018 at 11:56:22 PM
**To:** "Schuetz, Arthur (IBD)" <Arthur.Schuetz@morganstanley.com>, "Li, Joseph (IBD)" <Joseph.Li@morganstanley.com>
**Cc:** "pj_blue_sky_wg" <pj_blue_sky_wg@morganstanley.com>, "Xu, Dirk (IBD)"

UW_MS_00000006

<Dirk.Xu@morganstanley.com>
**Subject:** RE: Blue Sky - S&S Outline

Dear all,

Please see the revised outline for your review. Paste the strategy part below. Personally, I don't think 4 is strategy, more like a company's vision or mission.

Please let us know if you have any comments. Wondering if we need to ask the company to sign off before sending this to Skadden.

1. **Successfully Launch further models such as ES6 timely to expand product roadmap**
a. The successful launch of the planned ES6 and future models is critical in capitalizing our first mover advantage and capturing the electric vehicle market opportunities
b. We are currently on track to complete the design, engineering and component sourcing of ES6
c. We intend to further expand our product roadmap by introducing facelift models and brand-new models on a regular basis to sustain momentum
2. **Continue to optimize manufacturing costs by leveraging our common platform and production flexibility**
a. We will design different models with adaptable platform architecture and common electric powertrain systems
b. We also plan to build our own manufacturing facility in Shanghai complementary to our contract manufacturing capacity
c. We will maintain equally high quality control standards across our facilities and achieve cost efficiencies
3. **Further expand our distribution, charging and service network**
a. We plan to expand our distribution network by building up more NIO houses in major cities, supported by nationwide logistic network and regional warehousing facilities, in order to cater to increasing demands from EV perspective buyers
b. We will further expand our charging infrastructure and provide more convenient charging solutions to users.
    i. We aim to partner with State Grid and China Southern Power Grid to build a nationwide super charging network
    ii. We plan to establish 1,100 swapping stations and launch 1,200 charging trucks in [ ] cities by 2020E
c. We continue to build our service network through the authorized service centers across China to serve our users. Our goal is to open [ ] authorized service centers in [ ] cities
4. **[Become China's premium automotive brand-of-choice for supreme user experience]**
    i. [ ]
5. **Continue to focus on technological innovation such as AI and autonomous driving**
a. Continue to invest in technological innovation to further advance our proprietary powertrain system, AI system and safety and autonomous driving capabilities of our vehicles
6. **Continue to expand our global industry alliance and strengthen strategic partnerships**
a. We continue to expand our industry alliance leveraging their expertise and knowledge in EV powertrain, charging infrastructure, automotive loan and insurance and Internet services, etc.
b. Our ecosystem will attract more industry leading players as we scale our business and broaden our product and service offerings
c. We will further strengthen our collaboration with our suppliers and partners for product development and technology innovation

Thanks,
Shirley

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre

Confidential

1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

---

**From:** Lin, Shirley (IBD)
**Sent:** Thursday, February 01, 2018 2:12 PM
**To:** Schuetz, Arthur (IBD); Li, Joseph (IBD)
**Cc:** pj_blue_sky_wg; Xu, Dirk (IBD)
**Subject:** RE: Blue Sky - S&S Outline

Arthur,

Joseph and I had a call with Heather to go through the comments. Primarily wording comments and we will turn by COB today. She mentioned that they met GS IBD Hong Kong team yesterday and they also prepared a management presentation with investment highlights etc.

Thanks,
Shirley

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

---

**From:** Schuetz, Arthur (IBD)
**Sent:** Thursday, February 01, 2018 1:44 PM
**To:** Li, Joseph (IBD); Lin, Shirley (IBD)
**Cc:** pj_blue_sky_wg; Xu, Dirk (IBD)
**Subject:** Re: Blue Sky - S&S Outline

Agree, at ipo it is not a strategy
Binging our more models on same platform is

Arthur Schuetz
Managing Director
Mob: +852 9226 7992

---

**From:** "Li, Joseph (IBD)" <Joseph.Li@morganstanley.com>
**Date:** Thursday, 1 February 2018 at 11:51:43 AM
**To:** "Lin, Shirley (IBD)" <Shirley.Lin@morganstanley.com>, "Schuetz, Arthur (IBD)" <Arthur.Schuetz@morganstanley.com>
**Cc:** "pj_blue_sky_wg" <pj_blue_sky_wg@morganstanley.com>, "Xu, Dirk (IBD)" <Dirk.Xu@morganstanley.com>
**Subject:** RE: Blue Sky - S&S Outline

What I thought was that it is more of a near-term execution plan than a strategy per se. By the time it gets listed, it is July; ES8 is already ongoing.

Confidential

The ramp-up plan could either be discussed in the business section (manufacturing) or, as you pointed out, a brief paragraph here in strategy. I'd prefer the former.

Defer to Arthur.

**Joseph Li 李瑱浪, Executive Director**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 2239-1536
Mobile: +852 9281-8948 or +852 9360-1500
Fax: +852 3407-0597
Joseph.Li@morganstanley.com

Be carbon conscious. Please consider our environment before printing this email.

**From:** Lin, Shirley (IBD)
**Sent:** Thursday, February 01, 2018 11:44 AM
**To:** Li, Joseph (IBD); Schuetz, Arthur (IBD)
**Cc:** pj_blue_sky_wg; Xu, Dirk (IBD)
**Subject:** RE: Blue Sky - S&S Outline

Thanks Joseph. We will further expand the strategies. Just one question – note that both you and Arthur removed the mentioning of ES8 in the strategies, I'm wondering if we should discuss the timely delivery and production ramp-up of ES8 somewhere given that ES6 is still one year from now.

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

**From:** Li, Joseph (IBD)
**Sent:** Thursday, February 01, 2018 11:27 AM
**To:** Schuetz, Arthur (IBD); Lin, Shirley (IBD)
**Cc:** pj_blue_sky_wg; Xu, Dirk (IBD)
**Subject:** RE: Blue Sky - S&S Outline

My edits on the strengths as attached, and wording touch on strategies that Arthur proposed below -

- Successfully Launch further models such as ES6 timely on a common platform to optimize manufacturing costs [consider break this to two points, the rollout of ES 6 and others is a point on product road map, whereas the common platform is about cost efficiency]
· Expand our distribution, charging and service network
- become China's premium automotive brand-of-choice for supreme mobility lifestyle
- continue to focus on technological innovation such as charging solutions and autonomous driving
· Build our global industry alliance and strategic partnerships

**From:** "Lin, Shirley (IBD)" <Shirley.Lin@morganstanley.com>
**Date:** Thursday, 1 February 2018 at 00:42:32

Confidential

UW_MS_00000009

**To:** "Schuetz, Arthur (IBD)" <Arthur.Schuetz@morganstanley.com>
**Cc:** "pj_blue_sky_wg" <pj_blue_sky_wg@morganstanley.com>, "Xu, Dirk (IBD)" <Dirk.Xu@morganstanley.com>
**Subject:** Fwd: Blue Sky - S&S Outline

Ccing Arthur.

---

**From:** "Lin, Shirley (IBD)" <Shirley.Lin@morganstanley.com>
**Date:** Wednesday, 31 January 2018 at 10:42:29 PM
**To:** "pj_blue_sky_wg" <pj_blue_sky_wg@morganstanley.com>
**Cc:** "Xu, Dirk (IBD)" <Dirk.Xu@morganstanley.com>
**Subject:** Blue Sky - S&S Outline

Dear team,

Please see the attached S&S outline for your review. For the strategies, we've only put the headlines. Once the team agrees, we could further expand to sub-bullets. Strategies are also pasted below for your easy reading.

- Ramp up ES8 production and optimize our cost structure
- Leverage the common platform to introduce new models
- Continue to focus on technological advancement
- Expand our charging and service network
- Continue to improve the holistic user experience
- Build our global industry alliance and strategic partnerships

Tesla's strategies:

- ***Successfully Launch the Model S .*** We believe the successful launch of the planned Model S is critical to our ability to capitalize on the electric vehicle market opportunity. We are currently executing a plan to finish the design, engineering and component sourcing for the Model S and to build out our planned manufacturing facility in Fremont, California and obtain the equipment to support its production with the goal of commercial introduction of the Model S in 2012.
- ***Use a Common Platform to Introduce New Models .*** We intend to design the Model S with an adaptable platform architecture and common electric powertrain, to provide us the flexibility to use the Model S platform to cost efficiently launch new electric vehicle models subsequent to the start of production of the Model S.
- ***Develop Integrated Engineering and Manufacturing Capabilities .*** We intend to develop our planned substantially integrated electric vehicle manufacturing facility in Fremont, California, allowing our vehicle engineering and manufacturing teams to work alongside one another to streamline the feedback loop for rapid product enhancements and quality improvements.
- ***Continue to Focus on Technological Advancement and Cost Improvement .*** We intend to continue to further develop our proprietary electric powertrain system, specifically its range capabilities, while continuing to reduce its manufacturing cost.
- ***Expand our Company-Owned Sales and Service Network .*** As of June 14, 2010, we had opened 12 Tesla stores in the United States and Europe, and we plan to open additional stores during 2010, with a goal of establishing approximately 50 Tesla stores globally within the next several years in connection with the planned Model S rollout.
- ***Leverage Industry Advancements in Battery Cells .*** We intend to leverage the substantial investments being made globally by battery cell manufacturers, as we have designed our powertrain technology to permit flexibility with respect to battery cell chemistry, form factor and vendor.
- ***Build and Leverage Strategic Relationships.*** We intend to establish and develop strategic relationships with industry leaders to launch our planned electric vehicles and sell our electric vehicle powertrain components.

Confidential

Thanks,
Shirley

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

Confidential

UW_MS_00000011

**Project Blue Sky**

**<u>Strengths</u>**

1.  **Robust EV market opportunity**
    a.  China dominates global EV market with over 60% sales volume share which is still growing explosively
        i.  -China-'s EV market is ~~the largest EV market globally~~expected to grow at a CAGR of 55% from 2016 reaching 2.42 million units in 2020
        ii.  China's EV penetration rate (EV sales as % of auto sales) doubles global average
    b.  High growth in China SUV and premium auto markets, outgrowing the overall automotive market
    c.  Favorable government policies and subsidies for national strategic purposes
        i.  Air pollution reduction
        ii.  Clean energy vehicle production as target national industry
        iii.  Energy independence by reducing oil import
        iv.  A further boost of employment in auto sector
    d.  Favorable policy ~~framework~~framework, regulatory mandates and government support will create domestic champions
        i.  Intelligent connected cars and EV charging network are at the center of national strategies
    e.  Substantial unserved consumers due to limitations on car plate registration

~~1.~~2. **Pioneer in China's premium EV market**
    a.  ~~NIO is~~We are strategically positioned in the Chinese premium EV market, a sweet spot of the auto market, ~~strategically positioned in the sweet spot of the Chinese premium EV market~~ with attractive pricing benefiting from local manufacturing
        i.  ES8 boasts top-end performance features (for example, top speed, 0-100km acceleration time, NEDC range, ~~max power output,~~best in class safety and autonomous driving features, etc), comparing well against lower end local competitors
        ii.  As the only premium EV manufactured domestically, NIO has significant price advantages against other imported premium and luxury brands due to government EV subsidies and avoidance of import taxes
    b.  ~~m~~Multi years lead time ahead of locally manufactured competition in this premium segment
        ~~b.~~
~~2.~~3. **Advanced mobility life-style brand with cutting-edge Auto 3.0 architecture technology, visionary engineering, aesthetic acuity and smart connectivity**~~Redefining EV user experience with cutting-edge technology, visionary engineering, aesthetic acuity and smart connectivity~~
    a.  Cutting-edge technology and visionary engineering
        i.  Induction motor was developed by NIO
        ii.  aerospace grade full-body aluminum architecture, high vehicle torsional stiffness
        iii.  Innovative luxury interior with unprecedented solicitude
    b.  Pioneer in automotive smartness and connectivity featuring AI and autonomous driving

Formatted

Formatted

Formatted

Formatted

Formatted

Formatted

Formatted

Formatted: Indent: Left: 1", No bullets or numbering

Formatted: Indent: Left: 1", No bullets or numbering

UW_MS_00000012

      i.   NIO Pilot based on the most comprehensive ADAS package in the market. ES8 is the first model equipped with Mobileye EyeQ4 system; It features highway pilot, traffic jam pilot and automatic emergency braking, enabled by 23 sensors and cameras

      ii.   <u>NOMI is the first in-car AI connected assistant capable of deep learning, powered by in-car and cloud computation. NOMI is a fun, expressive and intuitive companion</u>

      ii.

**4.** **Revolutionary charging solutions <u>and</u> <s>Sservice-oriented business model advocates a unique and holistic mobility lifestyle</s>**

<s>3.</s>

    a.   <u>We offer a comprehensive and revolutionary suite of charging solutions to address battery charging anywhere, anytime :</u>

      i.   <u>Free home chargers</u>

      ii.   <u>Over 42,000 public super chargers to be set up in alliance with State Grid and China Southern Power Grid. Data is synchronized to NIO Cloud and the users can access real time information on the availability of super chargers</u>

      iii.   <u>Battery Swapping Stations offer battery swap service within 3 mins. NIO targets to set up 1,100 stations in tier 1 cities by 2020</u>

      iv.   <u>Charging trucks throughout China offer rapid charging for 100km range within 10 mins</u>

      v.   <u>Battery leasing plan and energy package to provide flexibility and ease of service</u>

    b.   <u>We redefine user engagement via an innovative technology driven platform approach</u>

      i.   <u>Through our NIO App and energy and service packages consisting of a wide variety of value-added services including insurance, repair & maintenance, charging and roadside assistance, creating seamless ownership and lifetime experience</u>

    <s>a.   NIO offers a comprehensive and revolutionary suite of charging solutions to address battery charging anywhere, anytime :</s>

      <s>i.   Free home chargers</s>

      <s>ii.   Over 42,000 public super chargers to be set up in alliance with State Grid and China Southern Power Grid. Data is synchronized to NIO Cloud and the users can access real time information on the availability of super chargers</s>

      <s>iii.   Battery Swapping Stations offer battery swap service within 3 mins. NIO targets to set up 1,100 stations in tier 1 cities by 2020</s>

      <s>iv.   Charging trucks throughout China offer rapid charging for 100km range within 10 mins</s>

    c.   <s>Battery leasing plan and energy package to provide flexibility and ease of service</s><u>We are establishing an integrated online and offline community by redefining the user engagement</u>

      i.   <u>NIO mobile app offers "one-click" services including valet charging powered by NIO Cloud, "mail box" delivery, car pick-up, maintenance, repairs, courtesy car, etc., along with other features, like moment sharing, online fun shop, social events and activities</u>

      ii.   <u>NIO House cultivates emotional attachment to the brand and promotes user engagement, serving as a user exclusive club with multiple functions, such as library, gallery, open kitchen, joy camp etc</u>

*Formatted: Indent: Left: 1.5", No bullets or numbering*

*Formatted: Font: Bold*

*Formatted: Normal, No bullets or numbering*

*Formatted*

*Formatted: Indent: Left: 1.5", No bullets or numbering*

UW_MS_00000013



b.

5. ~~Service-oriented business model advocates a unique and holistic mobility lifestyle~~ <u>Redefining the user experience creates powerful monetization opportunities</u>

~~4.1.~~
   a. ~~NIO is establishing an integrated online and offline community by redefining the user engagement~~
      i. ~~NIO mobile app offers "one-click" services including valet charging powered by NIO Cloud, "mail box" delivery, car pick-up, maintenance, repairs, courtesy car, etc., along with other features, like moment sharing, online fun shop, social events and activities~~
      ii. ~~NIO House cultivates emotional attachment to the brand and promotes user engagement, serving as a user exclusive club with multiple functions, such as library, gallery, open kitchen, joy camp etc~~
   b.a. User lifetime engagement creates powerful monetization opportunities from multiple products and services
      i. Power solutions, finance/insurance, repair/maintenance
      ii. Big data-powered customer profiles to generate further business opportunities with ecosystem partners
      ii.

5.6. **Global industry alliance provides flexibility, scalability and speed-to-market**
   a. NIO has established an extensive industry alliance network with global leaders in supply chain and manufacturing systems offering manufacturing flexibility and scalability and lowering the breakeven point
   b. NIO partners with global leaders in the areas of autonomous driving, infotainment, value-added lifetime service providers and power network

   b.

6.7. **World class management and tech savvy investor base**
   a. Visionary management team with unique combination of internet DNA and automotive experience
   b. Founder and Chairman, William Li, is a serial entrepreneur in China with extensive expertise and a proven track record of creating innovative and disruptive business models in the mobility and internet space. (he was also the founder of BitAuto, Yixin, and Mobike)
   c. Tech savvy investor base providing strategic support to NIO


## Strategies

1. **Successfully launch ~~further~~ <u>future</u> models such as ES6 timely to expand product roadmap**
   a. The successful launch of the planned ES6 and future models is critical in capitalizing our first mover advantage and capturing electric vehicle market opportunities
   b. We are currently on track to complete the design, engineering and component sourcing of ES6
   c. We intend to further expand our product roadmap by implementing facelifts on existing models and introducing brand-new models on a regular basis to sustain momentum

Formatted: Indent: Left: 1", No bullets or numbering

Formatted

Formatted: Indent: Left: 1.5", No bullets or numbering

Formatted: Font: (Default) Calibri

Formatted: Indent: Left: 1", No bullets or numbering

UW_MS_00000014

2.  **Build our manufacturing capacity and continue to optimize manufacturing costs by leveraging common platform and production flexibility**
    a.  We also plan to build our own manufacturing facility in Shanghai to complement complementary to our contract manufacturing capacity
    b.  We will design different models with adaptable platform architecture and common electric powertrain systems
    c.  We will maintain equally high quality control standards across our facilities and achieve cost efficiencies
3.  **Further expand our charging service network**
    a.  We will further expand our charging infrastructure and provide more convenient charging solutions to users.
        i.  We aim to partner with State Grid and China Southern Power Grid to build a nationwide super charging network
        ii.  We plan to establish 1,100 swapping stations and launch 1,200 charging trucks in [ ] cities by 2020E
4.  **Expand our infrastructure and service courage to improve user experience** Expand our service network and infrastructure to improve user experience   ◄--- [Formatted]
    a.  We plan to expand our distribution network by building up more NIO houses in major cities, supported by nationwide logistic network and regional warehousing facilities, in order to cater to increasing demands from EV prospective buyers
    b.  We continue to build our service network through the authorized service centers across China to serve our users. Our goal is to open [ ] authorized service centers in [ ] cities
    c.  Continue to broaden the service coverage on our "One Click for Service". We will further optimize user experience and attract more active users to our NIO App
5.  **Continue to focus on technological innovation such as AI and autonomous driving**
    a.  Continue to invest in technological innovation to further advance our proprietary powertrain system, AI system and safety and autonomous driving capabilities of our vehicles
6.  **Continue to enlarge our global industry alliance and strengthen strategic partnerships**
    a.  We continue to expand our industry alliance leveraging their expertise and knowledge in EV powertrain, charging infrastructure, automotive loan and insurance and Internet services, etc.
    b.  Our ecosystem will attract more industry leading players as we scale our business and broaden our product and service offerings
    c.  We will further strengthen our collaboration with our suppliers and partners for product development and technology innovation

Confidential