# EXHIBIT 3

| | |
|---|---|
| **From:** | Chen, Angel (IBD) [angel.chen@morganstanley.com] |
| **Sent:** | 3/10/2018 5:23:27 PM |
| **To:** | Lin, Shirley (IBD) [shirley.lin@morganstanley.com]; Xu, Dirk (IBD) [dirk.xu@morganstanley.com] |
| **Subject:** | RE: Blue Sky - Revised Strengths & Strategies Outline |
| **Attachments:** | Project Blue Sky - Strategies_v3_AC.docx; Project Blue Sky - Strategies_v3_AC.pdf |

Hi Shirley,

Please find attached revised strategies part for your review. There are two points that I'm not quite sure which I also highlighted in attached relevant part.

- In Citi's comments, they asked "Can we provide more clarity on timing, regulatory approvals obtained, Government subsidies for plant (any information that gives investors more comfort on progress)". Arthur's comment is just "Agree, we should say started to build". So I changed the wording to "started to build" instead of plan to build. But for the clarity on regulatory approvals obtained, subsidies for plant, etc., I don't think we have relevant information to provide here. Not sure if we need to take their comments and revise.
- In Citi's comments on the fifth bullet points, Arthur added a comment that is "industry first", which I don't quite understand what he means. So here I just revised per Citi's comments.

Let me know if any comments.

Thanks a lot!

**Angel Chen**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 2239-7549
Mobile: +852 5691-7704
Angel.Chen@morganstanley.com

Be carbon conscious. Please consider our environment before printing this email.

**From:** Lin, Shirley (IBD)
**Sent:** Saturday, March 10, 2018 10:52 PM
**To:** Xu, Dirk (IBD); Chen, Angel (IBD)
**Subject:** RE: Blue Sky - Revised Strengths & Strategies Outline

Thanks Dirk. Have you received Arthur's emails? Believe he marked up which comments we should take and which are not. Would you please reflect in your version too? Angel, please do the same.

I will take a look at the consolidated version tomorrow.

Thanks,
Shirley

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

Confidential

**From:** Xu, Dirk (IBD)
**Sent:** Saturday, March 10, 2018 1:52 AM
**To:** Chen, Angel (IBD); Lin, Shirley (IBD)
**Subject:** RE: Blue Sky - Revised Strengths & Strategies Outline

Hi Shirley,

Attaching the strengths part primarily based on our original outline (i.e. v15) for your review. Great if you could let me know your guidance with regard to how we may effectively incorporate other JBRs' comments in one go.

Many thanks.

Best,
Dirk

**Dirk Xu**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 2239-1846
Mobile: +852 5331-6736
Dirk.Xu@morganstanley.com

**From:** Chen, Angel (IBD)
**Sent:** Friday, March 09, 2018 11:09 PM
**To:** Lin, Shirley (IBD); Xu, Dirk (IBD)
**Subject:** RE: Blue Sky - Revised Strengths & Strategies Outline

Hi Shirley,

Attached please find the full paragraph version of strategies part. I have incorporated all the JBRs' comments except Citi's one comment "Can we provide more clarity on timing, regulatory approvals obtained, Government subsidies for plant (any information that gives investors more comfort on progress)". Highlighted in attached as well.

For this information like timing to get regulatory approval, I think we don't have information related to this for now. Please kindly let me know if need to reflect it with any info.

Let me know if any comments.

Thanks a lot!

**Angel Chen**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 2239-7549
Mobile: +852 5691-7704
Angel.Chen@morganstanley.com

Be carbon conscious. Please consider our environment before printing this email.

**From:** Lin, Shirley (IBD)
**Sent:** Friday, March 09, 2018 9:22 PM
**To:** Xu, Dirk (IBD)
**Cc:** Chen, Angel (IBD)
**Subject:** RE: Blue Sky - Revised Strengths & Strategies Outline

Confidential

UW_MS_00001667

Thanks Dirk. You guys could work on the full paragraph version based on the old outline. If anything from other JBR is easy to fix, we could include. Otherwise, I will take a look at those comments tomorrow.

Many thanks!

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

---

**From:** Xu, Dirk (IBD)
**Sent:** Friday, March 09, 2018 8:30 PM
**To:** Lin, Shirley (IBD)
**Cc:** Chen, Angel (IBD)
**Subject:** FW: Blue Sky - Revised Strengths & Strategies Outline

Shirley, so far we have received S&S outline comments from BAML, Citi, JPM, UBS and DB. Have saved these down at the line below -

L:\Projects_HK\B\Blue Sky_0PUP001\Prospectus\Strengths & Strategies\_Comments from other JBRs

Wanted to quickly confirm with you re our working plan if you don't mind – would it make sense for Angel and I to turn all these comments around and get an updated outline first? We can then map it out into paragraphs after you sign off outline.

Thanks,
Dirk

**Dirk Xu**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 2239-1846
Mobile: +852 5331-6736
Dirk.Xu@morganstanley.com

---

**From:** adrian.ding@ubs.com [mailto:adrian.ding@ubs.com]
**Sent:** Friday, March 09, 2018 7:58 PM
**To:** Lin, Shirley (IBD); louis.hsieh@nio.com; nick.wang@nio.com; heather.diwu@nio.com; bluesky_core@jpmorgan.com; gs-project-bluesky@gs.com; dg.project_blue_sky_2018_wg@baml.com; project.blue.sky.2018.wg@citi.com; list.projectbluesky@credit-suisse.com; project.bluesky@list.db.com; DLPBLUESKY@skadden.com; yijun.chao@hankunlaw.com; tracy.zhou@hankunlaw.com; jin.wang@hankunlaw.com; li.zhang@hankunlaw.com; taoran.wang@hankunlaw.com; haoxiang.wang@hankunlaw.com; peihua.cheng@hankunlaw.com; chenchen.zhang@hankunlaw.com; PROJECTBLUESKY2018.LWTEAM@lw.com; Project.bluesky.list@grandall.com.cn
**Cc:** pj_blue_sky_all; ol-ccs+-project-blue-sky@ubs.com
**Subject:** RE: Blue Sky - Revised Strengths & Strategies Outline

Thanks. Please find attached some additional comments from UBS on the Strengths and Strategies outline for your consideration.

Some main comments on this draft are also summarized below in red for easy reference:

- China dominates global EV market with over 60% sales volume share, and the Chinese EV market is still growing explosively

Confidential

UW_MS_00001668

- Favorable government policies and subsidies for national strategic purposes: Instead of stating the various rationales for government support, which are fairly apparent, would suggest to state exact / concrete measures of government support, such as tax benefits, subsidies, infrastructure investments, etc.
- 4.a: We should ask F&S to get the planned # of charging spots evolvement in the next few years, which would be a powerful data point as NIO's users could use all of these in addition to NIO Power solutions
- 1.a.i. ES8 boasts top-end performance features (for example, top speed, fast 0-100km acceleration time, high NEDC range, best in class safety and autonomous driving features, etc), comparing well <u>against lower end local competitors</u>: shouldn't we say comparing well <u>against all</u>, and not limit ourselves only to comparisons to weak competitors
- 1.a.3 Should we add the fact at we are introducing one model per year to grasp the huge opps in this untapped market
- 1.a.3 The tax benefits are not only the 25% import tax. Lets keep it general here please
- E-propulsion system: Would suggest to just use e-powertrain for ease of investors' understanding
- 2.a: would suggest to add: Our cutting edge technology and superior engineering, particularly in relation to our e-powertrain, have been well proved by our well-known racing car products and achievements, including the world's fastest electric vehicle, NIO EP9, and our championship title in Formula E
- 2.b.i: ES8 is the first mass production model in the world equipped with Mobileye EyeQ4
- 3.a. on a framework agreement with State Grid and China Southern Power Grid
- 5.b. at the same time process design, supply chain management and quality control are closely controlled by NIO and supervised onsite
- Strategies #4: would suggest to add: Continue to attract talents from world's top universities, institutions, and top-tier technology and automotive companies. (Talents are key for the Company and talent acquisitions should be included in the strategies)

Cheers,
Adrian

**Adrian Ding**
UBS Investment Bank
All Industries Group, Asia | Corporate Client Solutions
49/F Two International Finance Centre | 8 Finance Street, Central | Hong Kong
Tel: +852 2971 7395 | Fax: +852 2514 5908
adrian.ding@ubs.com

---

**From:** Lin, Shirley [mailto:Shirley.Lin@morganstanley.com]
**Sent:** Wednesday, March 07, 2018 11:03 PM
**To:** 'Louis Hsieh 谢东萤'; 'Nick Wang 汪冬宁'; Heather Diwu 第五蕙; bluesky_core; OL-CCS+-Project-Blue-Sky; gs-project-bluesky@gs.com; dg.project_blue_sky_2018_wg@baml.com; project.blue.sky.2018.wg@citi.com; Project Blue Sky; project.bluesky@list.db.com; DLPBLUESKY@skadden.com; 'yijun.chao@hankunlaw.com'; tracy.zhou@hankunlaw.com; jin.wang@hankunlaw.com; li.zhang@hankunlaw.com; taoran.wang@hankunlaw.com; haoxiang.wang@hankunlaw.com; peihua.cheng@hankunlaw.com; chenchen.zhang@hankunlaw.com; PROJECTBLUESKY2018.LWTEAM@lw.com; Project.bluesky.list@grandall.com.cn
**Cc:** pj-blue-sky-all
**Subject:** Blue Sky - Revised Strengths & Strategies Outline

Dear all,

Please kindly find attached the revised S&S outline reflecting our discussion on Tuesday. If you have any further written comments, please send over by Friday noon for our consolidation.

Thanks,
MS team

Confidential

UW_MS_00001669

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

NOTICE. Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent required and/or permitted under applicable law, to monitor electronic communications, including telephone calls with Morgan Stanley personnel. This message is subject to the Morgan Stanley General Disclaimers available at the following link: http://www.morganstanley.com/disclaimers. If you cannot access the links, please notify us by reply message and we will send the contents to you. By communicating with Morgan Stanley you acknowledge that you have read, understand and consent, (where applicable), to the foregoing and the Morgan Stanley General Disclaimers.

Confidential