# EXHIBIT 6

| | |
|---|---|
| **From:** | Abagian, Alex (GCM) [alex.abagian@morganstanley.com] |
| **Sent:** | 8/22/2018 12:38:35 AM |
| **To:** | Cheng, Mille (GCM) [mille.cheng@morganstanley.com]; Taylor, George (IBD) [george.taylor@morganstanley.com] |
| **Subject:** | Fwd: NIO feedback |

We've always known Adam's stance... but the below really doesn't read good.

Let's see where the key investors come out...

Spoke to norges overnight, still WIP, but doesn't sound it will be higher than $5bn valuation post money (that's way below 5.50 share price)

---

**From:** "Asia Control Group" <Asia.Control.Group@morganstanley.com>
**Date:** Wednesday, 22 August 2018 at 7:50:22 AM
**To:** "Soon, Amanda (GCM)" <Amanda.Soon@morganstanley.com>, "Xu, Rebecca (GCM)" <Rebecca.Xu@morganstanley.com>, "Cheung, Grace (GCM)" <Grace.Cheung@morganstanley.com>, "Xu, James (GCM)" <James.Xu@morganstanley.com>, "Cheng, Mille (GCM)" <Mille.Cheng@morganstanley.com>
**Cc:** "Yeung, Jack (Research)" <Jack.Yeung@morganstanley.com>, "Kang, Vennie (Research)" <Vennie.Kang@morganstanley.com>, "Hsiao, Tim (Research)" <Tim.Hsiao@morganstanley.com>, "Walsh, Marcus (Research)" <Marcus.Walsh@morganstanley.com>, "ctrlhk" <ctrlhk@morganstanley.com>, "430launch" <430launch@morganstanley.com>
**Subject:** RE: NIO feedback

Forwarding to GCM only

Kenichi Nagata, Vice President
**Morgan Stanley | Legal and Compliance**
International Commerce Centre | 1 Austin Road West, Kowloon
Hong Kong
Phone: +852 2239-1896
Kenichi.Nagata@morganstanley.com

---

**From:** Yeung, Jack (Research)
**Sent:** Wednesday, August 22, 2018 7:47 AM
**To:** Asia Control Group; ctrlhk; Cheng, Emily (COMPLIANCE)
**Cc:** Soon, Amanda (GCM); Xu, Rebecca (GCM); Kang, Vennie (Research); Hsiao, Tim (Research); 430launch; Cheung, Grace (GCM); Xu, James (GCM); Walsh, Marcus (Research); Cheng, Mille (GCM); Schuetz, Arthur (IBD); Lin, Shirley (IBD)
**Subject:** FW: NIO feedback

Control Group – please forward to GCM and IBD

---

**From:** Jonas, Adam (Research)
**Sent:** Tuesday, August 21, 2018 4:56 PM
**To:** Finnerty, Aaron (Research); Yeung, Jack (Research)
**Cc:** Jonas, Adam (Research)
**Subject:** NextEv feedback

Hi Aaron. I participated on roughly 20 calls and 7 meetings in London with Jack on Nio and had the opportunity to garner a very wide range of feedback from US and UK-based investors. To my knowledge Jack has hosted roughly 40 meetings and many more calls on top of that globally and will also reply with feedback when he gets situated in HK.

Confidential

UW_MS_00079207

## High level themes:

- The level of investor skepticism is extremely high and nearly universally shared across meetings
- A public offering of equity is seen as premature and carries extraordinary high levels of market and execution risk (detailed later)
- Clients struggle with what truly differentiates NIO vs. other EV startups and existing EV players
- Those who have met or know management see them as opportunistic and better at raising money than running a company
- Universal concern that management´s guidance for unit delivery and profitability is far too high and carries nearly certain risk of missing numbers right out of the gate which would weight on sentiment, equity valuation and the business itself
- Universal view that a $10 to $15bn valuation is far too high
- When we pressed investors for valuation feedback it seemed that ½ couldn´t even name a price while the other half were closely clustered around the $6 to $8bn range. Most were not much higher than the last private round post money value of $4.9bn. Some argued for public valuation lower than the last private funding valuation.
- Most investors we spoke with viewed company guidance as ´impossible´
- Deteriorating sentiment around the Chinese market and recent performance of some China IPOs mentioned as a risk factor
- Most felt that it was a huge stretch to compare NIO to Tesla although understood the logic of the comparison

## Specific risks most frequently highlighted:

- Skepticism around JAC outsourced production – that a tier 2/3 player could hurt quality reputation
- Have not  experienced the car? Tesla IPO involved extensive investor test drives. Little opty to do that here
- Car not seen as that cool. OK… but not a ´must have´. No ´wow´ factor that Tesla had during its IPO
- 17k orders not seen as very much relative to the 45k volume target next year (Tesla´s order to build ratio was far higher)
- JAC´s early production bugs and software glitches have led to monthly misses on production
- Concern over lack of detail on unit costs, breakeven point, variable cost metrics
- Concern over the flood of competing startup IPOs in the pipeline (37 coming, with 10 in the pipeline). This made investors feel they didn't have to get involved here because there will be many shots on goal later.
- Cash consumption. If they raise $1.8bn most believe they will need another $1bn or more within 12 to 18 months.
- NIO House and NIO Power efforts add little to brand value and exacerbate capex needs and free cash burn
- Concern that the current private/anchor investors are not stumping up more cash to help get the company through the next 6 months where we can learn far more about the production ramp capability of JAC

## Positives highlighted:

- China undoubtedly seen as the place to be for EVs
- It´s a real business with real assets
- Tencent/Baidu relationship adds credibility
- Being first to market/early to capital markets formation could be an advantage

## Some (unattributed) quotes:

- "NIO has all the bad things of Tesla but not many of the good ones."
- "This business has the fattest tail risk of any business I have ever seen trying to go public."
- "The main event in capital formation and competition will be the Chinese EV market… this offering smells of top of the bubble."
- "We saw this movie before with solar when the Chinese government encouraged huge capacity build and overinvestment and little value was created for investors."
- "When this company goes public and misses guidance… it could be game over."
- "It seems NIO is going public at the point of absolute maximum uncertainty in terms of China market outlook and operational ramp."
- "If they just waited a bit longer and proved they can execute they could achieve a far higher valuation… it seems the IPO timing expresses a lack of confidence."

Confidential

- "The CFO keeps bragging about how they hired every major bank on the street to lock them up from executing competing IPOs... that may be a clever strategy but would be better if he didn´t tell me about it."

Adam Jonas, Managing Director
**Morgan Stanley | Research**
1585 Broadway, 38th Floor | New York, NY  10036
Phone: +1 212 761-1726
Adam.Jonas@morganstanley.com

**Autos & Shared Mobility research that you might find interesting…**
Video | Primer | Shared Autonomy Explained
Foundation | EV Infrastructure: Tesla's Footprint Maps a $2.7Tr Industry Problem
Foundation | Space: Investment Implications of the Final Frontier
Foundation | Electric Cars and Oil: Shared/Autonomous EVs Not Too Bad for Gasoline Demand?
Blue Paper | Global Investment Implications of Auto 2.0

Be carbon conscious. Please consider our environment before printing this email.

---

**From:** Finnerty, Aaron (Research)
**Sent:** Monday, August 20, 2018 5:30 PM
**To:** Jonas, Adam (Research)
**Subject:** NextEv

Hi Adam,
Not urgent, if you have some investor ed feedback from Next Ev please send my way.   I am curious to hear how the conversations have been going.
Thanks,
Aaron

Aaron Finnerty, Executive Director
**Morgan Stanley | Research**
1585 Broadway, 34th Floor | New York, NY  10036
Phone: +1 212 761-0064
Aaron.Finnerty@morganstanley.com

Be carbon conscious. Please consider our environment before printing this email.

Confidential

UW_MS_00079209