# EXHIBIT 7

# PROJECT BLUESKY

# Investor Q&A (Business Part)

# June 2018

Confidential

UW_MS_00042127

# Table of Contents

| | | |
|---|---|---|
| 1. | **Key Questions** | 3 |
| 2. | **Offering** | 8 |
| 3. | **Industry and competitive landscape** | 10 |
| 4. | **Battery & charging solutions related** | 15 |
| 5. | **Procurement & Manufacturing** | 18 |
| 6. | **Delivery** | 20 |
| 7. | **Safety** | 21 |
| 8. | **Connectivity, Artificial Intelligence and Autonomous Driving** | 22 |
| 9. | **Service** | 26 |
| 10. | **Business mode and operation** | 27 |

2

Confidential

UW_MS_00042128

1. **Key Questions**

   1.1. **How many ES8 do you expect to deliver in 2018? How long will the ramp up period be? Do you expect any bottleneck and if there is, how do you plan to solve it?**

   ※ As of 31 May 2018, we had unfilled reservations for over 18,000 ES8s with deposits

   ※ We began the first deliveries of ES8 on 31 May 2018. We plan to significantly ramp up deliveries from July 2018

   ※ Sales volume are expected to be 10k units in 2018,45k units in 2019, and 100k in 2020

   ※ Currently the NIO / JAC plant is close to completing the tuning phase of the production line, and is following the set schedule to start mass manufacturing. We do not found any bottleneck in manufacturing

   1.2. **Please compare NIO with WM Motor, XPeng, Byton, Singulator and other EV startups in China. What differentiates NIO from these competitors? What are NIO's competitive strengths and weakness?**

   ※ We believe we will be primarily competing with the luxury OEM such as ABB and Tesla, not only against their EV models but also converting more customers from ICV to BEV

   ※ Regarding the emerging domestic players, most of them are entry level and none had established itself in the premium position as NIO. Specifically, we are different from below perspectives:

   — Vision: Our founders' previous experiences defined NIO's culture and mission. Since inception, NIO has been focusing on user experience and value creation through lifetime ownership. Based on our founders' entrepreneur experience in online automotive transaction platform, we transform our deep understanding of the pain points of Chinese car users into solutions on car design, services and etc.

   — Brand positioning: NIO is a premium brand. Our brand-building efforts during the past three years, including the NIO House, NIO Day, our Formula E team and EP9, successfully promoted awareness of our brand and positioned ourselves as a premium brand with high quality vehicles and services in China

3

UW_MS_00042129

— Car and technology: ES8 has significantly better performance than the other brands. It has the fastest acceleration time and the highest maximum power output. It is the only vehicle with all-aluminum body. We had also established industry alliance with technology / industrial leaders such as Tencent, Baidu, Mobileye and CATL. These leading suppliers and partners also allow us to manufacture and deliver our products with high quality standards

— Service: we have built a strong entry barrier and eco-system. For example, we have a set of charging solutions provided to our users, while none of other emerging EV enterprises have ever set up such a comprehensive plan. Our direct sales mode is both cost efficient and transparent, by cutting out franchised distribution costs as well as lowering the number of physical locations required, it allows us to expand our sales network effectively and efficiently in China

— For further comparison please refer to Appendix I & II

**1.3. How does NIO compare to Tesla. What are NIO's competitive strengths?**

▓ Localization: NIO is much more customized to Chinese users. Based on our founders' entrepreneur experience in online automotive transaction platform, we transform our deep understanding of the pain points of Chinese car users to solutions on car design, services, and etc. Operational wise, NIO is headquartered in China, thus we could respond to customer needs much faster. We also had a 'global brand, locally build' supply chain strategy, ensuring on time supplies and reducing delay risk

▓ Consumer Costs: while Tesla has significantly higher manufacturing cost, Chinese buyers also have to pay import tariff and do not have local subsidy. NIO's consumer cost is significantly lower than Tesla's (refer to the question below), despite the recent reduction in the tariff rate

▓ Company Origination: NIO by nature is a user enterprise, focusing more on user experience and value creation through customer's lifetime ownership. Tesla, on the other side, has more emphasis on technical breakthrough than user experience (this is especially true in China, where car models are usually delivered over 1 year later than in the US, charging issues not sufficiently solved, and service centers not enough to fulfill service demand. Besides, the interior space of Tesla's vehicles is not carefully designed for Chinese users)

**1.4. In your opinion, if Tesla builds a plant in China, will it be a real threat to NIO? Please provide your view on the removal of the foreign ownership of 50% in NEV joint ventures and the tariff reduction of imported vehicles. What's the**

4

UW_MS_00042130

**impact?**

▨ Our key distinction from the foreign premium brands is our business model and our understanding about Chinese users, which will not be impacted by the lowered of market barrier against these brands

▨ From the perspective of consumer cost, the impact will be limited:

— The tariff reduction due to locally manufacturing

— Besides tariff, foreign brands still need to pay for purchasing tax (Tesla is not included in the EV White List) and will not receive PRC National and Local Subsidies

| SUV Model | NIO – ES8 (BEV) | Tesla – Model X 75D (BEV) | |
|---|---|---|---|
| | | Imported | Locally built |
| **Costs (RMB)** | | | |
| Ex-Factory Price | 382,900 | 566,080 | 566,080 |
| Customs Duty (Ex-Factory Price*15%) | - | 84,912 | 0 |
| VAT [1] | 65,100 | 110,668 | 96,234 |
| MSRP | 448,000 | 761,660 | 662,314 |
| Purchasing Tax [2] | - | 65,100 | 56,608 |
| National and Local Subsidies | (74,067) | - | - |
| **Total Consumer Cost** | 373,933 | 826,760 | 718,922 |

— The sales of a locally built Tesla vehicle will be at earliest in 2020

**1.5. Are there any exclusivity terms between the Company and CATL? What's the potential switching cost? What's company's strategy for battery supply? What's the rationale for procuring cells from CATL and doing packing in-house?**

▨ We source battery cells from CATL and have our in-house battery packing; we could switch to Samsung if not CATL, the cells are of 99% similarity

▨ There are no exclusive terms with CATL

▨ Battery cell is a relative mature technology and standardized product. CATL ranks first in annual battery production in the world, and it cooperates with multiple well-known domestic and international automotive enterprises. It has the best in class performance and quality in China

5

Confidential

- We conduct battery pack and battery management system in-house to ensure it can be fully integrated in our proprietary e-propulsion system and also fit in our overall car design

## 1.6. What is the rationale for providing battery swap services given it appears Tesla's similar services were not successful?

- Most US households are able to install home chargers. Therefore the frequency for them to use a battery swap station is low

- There is a strong connection between US users and the batteries – they believe in the ownership of a specific battery and do not want to give up on that. A deeper reason behind is the trust issue - they do not trust Tesla on the swapped battery quality

- US population density is quite lower compared to China. It's not economical to construct battery swap station. As a comparison, population density in China is high, thus the usage frequency is much higher

- We believe this is one solution to ease Chinese users' range anxiety when making the decision of purchasing an EV. The standardized, container-like battery swap stations NIO designed are highly scalable. Of course we will install swap stations based on user preference and usage frequency. If in long term fast charging technology is mature and becoming economical, we will not rely on that option or move the stations to tier 3 / 4 cities

## 1.7. How do you choose suppliers? How many car parts rely on a single supplier? How long would the contract generally last? Will supply chain be a key risk? What are the terms given to NIO compared to traditional OEMs?

- We have a "Global Brand, Locally Build" strategy, that is, we seek to partner with reputable international brands which have operations in China

  - The majority of our supply base is located in China

  - Our strategy to source most of the parts locally has significantly lowered our supply chain risks as it enables us to acquire supplies more quickly and reduces risk of delays related to shipping and importing

- ES8 uses over 1,700 purchased parts which we source from over 160 suppliers

  - If not included CATL, ~10% of ES8 parts rely on a single supplier

  - For general parts which are widely available, we seek proposals from multiple suppliers and choose based on quality and price competitiveness, among

6

UW_MS_00042132

other factors. For parts requiring special designs, we solicit design proposals and choose largely based on design-related factors

▦ The terms given to NIO are generally similar with traditional OEMs

**1.8. Please discuss the underlying motivation for both NIO and JAC to form such partnership. Where do you see NIO and JAC's partnership heading to in the next 3 – 5 years? Is there any potential conflict with JAC's new EV JV with VW Motor?**

▦ NIO benefits from its partnership with JAC from the below perspectives:

— License: NIO was able to rely on JAC's license for EV production, ensuring our first mover advantage in the market

— Capital Efficiency: While JAC has taken the majority investment on the plant, NIO is able to build an asset light business model with limited capex investment. Additionally, JAC charges a processing fee of RMB8,500 per vehicle to JAC, thus the variable cost is manageable for NIO

— High-quality Workforce: JAC selected approximately a thousand outstanding front-line employees into the plant, thus enabling a fast launch on NIO's manufacturing capacity

— Speed to Market: with the above mentioned merits, NIO is able to accelerate the speed to market – otherwise it will take a startup another 1-2 years to have vehicle mass production and we will lose our first mover advantage

▦ JAC benefits from the partnership from the below perspectives:

— Enhancing EV Market Exposure: Starting from 2009, JAC has determined the strategic direction on EV, with increasing focus on customer experience and services. Working with NIO will further enhance JAC's profile in the EV sector. After the partnership with NIO, JAC has entered into another partnership with Volkswagen to establish a joint venture manufacturing electric cars

— Branding: The partnership with NIO will allow JAC to uplift its brand position, and prove its capability to manufacture premium vehicles

— Leading OEM Experience: NIO has invested a management team with leading OEM working experience to participate in the design / management of the plant from day one, as well as closely supervise on daily operation. JAC is hoping to learn from NIO's management experience from the close collaboration over the partnership

▦ Our reliance on JAC will decrease in the next 3 – 5 years with our owned plant built

7

UW_MS_00042133

- There is no conflict with JAC's new EV JV with VW Motor. The production line from JAC/NIO plant are exclusive for NIO

**1.9. What's the most recent progress on the Shanghai plant and expected completion time? What are the costs associated with construction and potential costs running the plant?**

- The facility will be ready by 2020

- NIO has entered into an MOU with Shanghai Jiading Government where the government has agreed to facilitate NIO on communication with NDRC and MIIT, and thus facilitate helping NIO to obtain the license

- Shanghai government will invest RMB3 bn on plant construction and provide RMB1.5 bn financing facilities to NIO. Total investment of the Shanghai plant will be RMB6.1 bn with designed capacity 100,000 vehicles

**1.10. Please discuss in more detail regarding the Service Package. Who are the partners providing the insurance under this package? Is this service expected to be profitable?**

- Service Package costs RMB14,800 per year, and it includes:
  - Statutory and third-party liability insurance
  - Repair and routine maintenance services
  - Courtesy car
  - Roadside assistance
  - Enhanced data package

- The statutory and third-party liability insurance will be provided by 3rd-party insurers such as China Taiping Insurance; NIO and our authorized service center will provide other services

- The main purpose of our service package is to provide one-stop / one-click service convenience for our users, therefore expanding our user base and enhance our user stickiness. Its cost will be lowered with increasing scales. We expect that each vehicle under this package will incur a cost of RMB[XX] for the company. The package is expected to be breakeven in 2022 when our vehicles sales reach 225,000, with a potential total fleet of 545,000 vehicles

**2.  Offering**

**2.1. Why does the Company want to go public now? Why not wait until the Company has better profitability? Why would you want to list in the US?**

Confidential

UW_MS_00042134

※ Reasons to go public:

  — Financing Channels: we will have better financing capabilities and stronger capital strength, which will make us more competitive in manufacturing, procurement and R&D, cementing our first mover advantage

  — Branding: our brand value will be further enhanced both globally and domestically, allowing us to gain more recognition from our customers and partners (such as suppliers and partnership in collaboration). Company profile will be further enhanced

  — Employees Incentive: this may not be a major reason but listing could effectively motivate our existing employees and attract more potential talents

  — Business Operation: as a listed company, we will have more flexibility in capital market (for example, we can leverage equity consideration for future M&A)

※ Now is the right timing for NIO listing:

  — For NIO: NIO is now best positioned to capture a significant share of EV market / premium PV market in China:

    — The company has assembled a global team of talents with proven record, planned and constructed facilities, and well established supply chain system

    — With more financing channels, NIO will have more to invest on R&D, thus facilitate us to capture the industry trend and future opportunities

    — We received 18,000 orders on ES8 as of 31 May 2018. We will start mass delivery in July

  — For Investors: we are not greedy on the IPO valuation but would more focus on the long term stock performance, thus the IPO investors would be benefit from the attractive valuation; we expect sustained growth with more models released and other potential monetization the company realized

※ Listing in the US because of investor base and the listing rule fit

## 2.2. What is the use of proceeds from the offering?

※ Use of proceeds (From F-1)

  — Research and development of products, services and technology

  — Selling and marketing and development of sales channels, including NIO Houses

9

Confidential

— Development of our manufacturing facilities and the roll-out of our supply chain

— General corporate purposes and working capital

**2.3. What is your current ownership structure? Whether any shareholders will sell at IPO?**

▨ Below table sets forth the shareholders with over 5% ownership

| Shareholder | % Ownership |
|---|---|
| **All Directors and Executive Officers** | **20.6** |
| Bin Li | 17.5 |
| **Founder Vehicles** | **17.5** |
| **Tencent Entities** | **15.6** |
| **Hillhouse Entities** | **7.7** |

*Note: Founder Vehicles refer to entities incorporated in British Virgin Islands and beneficially owned by Mr Bin Li*

▨ The sell plan of shareholders would come at later stage once offering structure is determined

**3. Industry and competitive landscape**

**3.1. Please introduce the competitive landscape of China EV market and global EV market.**

▨ **Competitive landscape of China EV market**

10

Confidential

UW_MS_00042136

Ranking and Market Share of New Energy Passenger Vehicle Manufactures by Sales Volume China, 2017



%, Thousand Units

▨ China's NEV market has outperformed the global NEV market significantly, growing at a CAGR of 141.5% from approximately 21.8 thousand units in 2013 to 741.9 thousand units in 2017. During the same period, global NEV sales recorded a CAGR of 16.2%

▨ China is notably skewed to BEVs over HEVs and PHEVs. Currently BEV market is mainly comprised of entry level brands. Tesla is the only premium brand in the top ten brands in terms of market share

**3.2. Please provide management's view on the industry development for the next five years.**

▨ China is expected to continue to lead the growth of the global NEV market, reaching 3.6 million units in 2022, growing at a CAGR of 37.1% from 2017 to 2022

▨ We believe the fast growth will attract more players in the industry, making the competitive landscape turn crowded in the future. That is why earlier mover will grasp more advantages

▨ China NEV industry is driven by four main factors: national support, technological development, consumer preference and the active participation of car OEMs.

    — On National Level: Industrial structure adjustment and reduction of fuel consumption is an essential strategy to secure the national energy supply

    — On Consumer Level: Consumers have growing concerns on personal health as well as urban environmental conditions; they could also benefit from NEW purchase in below aspects:

        — From 2014 to the end of 2017, people who purchase NEVs in China can be exempted from purchase tax. This policy has recently been extended

11

UW_MS_00042137

until the end of 2020
- In many cities of China, NEV purchasers can benefit from various local subsidies or allowances
- People who purchase NEVs for own use can apply for car loans that are up to 85% of total price

- On OEM Level: OEMs invest more in the R&D and production of NEVs to reduce the emission of CO2, NOx and other air pollutants

  - The MIIT promulgated the Corporate Average Fuel Consumption and New Energy Automobile Integral Parallel Management Interim Measures (Draft) (<企业平均燃料消耗量与新能源汽车积分并行管理暂行办法>). It sets the requirements for car OEMs to have certain percentages of NEVs in their production portfolios, and creates a set of scoring mechanism to rate these OEMs

- On Technology Level: Technological development has reduced the production costs of power battery and other EV parts

  - Traditional vehicles have a long development history and the production of them have entered a mature phase. Compared to those countries that are considered as auto powers, such as Germany, Japan and US, China has a shorter development history and owns few core or advanced technologies. The emergence of NEV, however, offers an opportunity for China to catch up with foreign countries in the automobile field

## 3.3. What's your expectation on NIO's market share in China EV market for the next 3 years?

▦  Reference projection number on China NEV / BEV market

| 000' units | 2018 | 2019 | 2020 |
| --- | --- | --- | --- |
| NEV | 1,107 | 1,558 | 2,124 |
| BEV | 670 | 929 | 1,336 |
| NIO % of BEV | 1.5% | 4.8% | 7.5% |

## 3.4. Please discuss why company focuses on premium EV market and what is the segment size and growth potential.

▦  Premium EV is a large but unserved market in China

                                                              UW_MS_00042138

▩ Among the top 10 BEV brands with the highest sales volumes in 2017, only Tesla is in the premium segment. The average prices post subsidies of those other 9 brands were all below RMB 170,000

▩ We believe the rising disposal income, the regulatory support incentives such as the limitation on car plate and the increasing environmental awareness will all contribute to the growth of premium BEV market. From 2017 to 2022, premium BEV market is expected to grow at CAGR of 107.6%, reaching ~800k unit in 2022

▩ We can further exploit this market because:

— Product Performance: compared to the existing models in the China premium EV market, we are able to offer a product with better performance. Compared to Tesla Model X 75 D, Audi Q7 45 e-tron, and Mercedes-Benz AMG GLS 63, ES8 has the fastest acceleration time and the highest maximum power output, and it also features the highest autonomous driving level

— Price: ES8 has significant price advantages over the three competitors mentioned above, benefiting from local manufacturing, subsidies and the absence of customs duties and purchasing taxes:

| Costs (RMB) | NIO ES8 | Tesla Model X 75D | Audi Q7 45 e-tron | Mercedes-Benz AMG GLS 63 |
|---|---|---|---|---|
| Ex-Factory Price | 382,900 | 566,080 | 635,080 | 757,662 |
| MSRP | | 448,000 | 761,660 | 854,500 | 1,699,059 |
| Total Consumer Cost | 373,933 | 826,760 | 927,534 | 1,849,023 |

▩ We believe we will not only be able to lead the premium EV market, but also be competitive in the overall premium PV market given our competitive edge on both car performance and price. Compared with Mercedes-BenzAMG GLS 63, for example, we offer a product with comparable or better performance, yet significantly lower price. Below is a table setting forth the comparison:

13

Confidential                                                    UW_MS_00042139

|  | NIO ES8 | Mercedes-Benz AMG GLS 63 |
|---|---|---|
| MSRP | 448,000 | 1,699,059 |
| 0-100km/h | 4.4 | 4.6 |
| Maximum Torque (Nm) | 840 | 760 |
| Maximum Power (kw) | 480 | 430 |
| Autonomous Driving | Level 2.0+ | Level 2.0 |

**3.5. How high are the entry barriers for your technology platform and e-propulsion system?**

- Major entry barrier is capital. Furthermore brand building requires years of efforts

- ES8's e-propulsion system, energy storage system, and enhanced level 2 ADAS system are cutting-edge technologies that require years of development

**3.6. Who are the leading players of e-propulsion system development in China? Please compare NIO's e-propulsion system with these companies'**

- The leading players of ESS / EDS are CATL and [Jiajing]

- ES8 is equipped with the 1st mass-produced induction motor electric drive system. It has a unique electrical architecture that guarantees high-power output, and uses an industry-leading gearbox design for high-torque and high-speed application

**3.7. Please discuss the future development of EV battery, and comment on the battery cost trend?**

- The average cost of lithium-ion batteries has fallen from over US$1,000 per kWh when first developed 20 years ago to below US$270 per kWh today. Such cost is expected to further decrease to around US$150 per kWh by 2022

14

Confidential



Lithium-ion Battery Pack (60kWh) Price in China

## 4. Battery & charging solutions related

### 4.1. What measurements do you take to ensure battery safety and quality?

- Safety Test: before beginning mass production, we had conducted 81 strict quality tests on our battery pack for over a year, including but not limited to external fire test, drop test, seawater soaking test and thermal shock test

- Durability Test: we have done thousands of fast charge / discharge test to simulate 10-year / 300,000km usage; battery capacity decreases of less than 20%

### 4.2. How do you source and manufacture your battery/energy system?

- CATL provides battery cells used in the battery pack of the ES8

- We manufacture powertrain, our battery pack and engine driving system

  - Advanced Manufacturing Technology Centers, or AMTECs, in Nanjing for motors and EDSs, Kunshan for inverters and Changshu for energy storage systems

### 4.3. Is the Energy Package program expected to be profitable? Will it still be profitable if a customer exhausted all of the credit and services under this

15

UW_MS_00042141

**package? [subject to financial model]**

- The purpose of Energy Package is to alleviate the charging concerns from users and encourage buying. Energy Package will not be a major profit source in our strategy

- The Energy Package will be available at RMB980 per month, and it will primarily include one-click charging service for up to 15 times per month and 1000kWh of monthly charging credit

- We expect that each one-click charging service will incur a cost of RMB[XX] and each kWh of charging credit will incur a cost of RMB[XX] for the company

- We expect the Energy Package to breakeven in 2023 when our vehicles sales reached 265,000

**4.4. Please discuss in detail about the valet charging services, including the 3 levels of demand. How many employees are required on average for each Energy Package subscriber in order to sufficiently carry out this service? [subject to financial model]**

- We expect that [XX] employees are needed on average for every 100 Energy Package subscribers to sufficiently carry out the valet charging services

**4.5. What is the battery energy in kWh for each Power Mobile truck? Do they run on traditional fuels or battery as well? [subject to financial model]**

- Each Power Mobile truck has a charging capacity of [XX]kWh, which is sufficient to charge [XX] ES8s assuming each is charged for 30mins or 300km of range

- Power Mobile trucks are expected to run on traditional fuels at this stage but electric trucks will also be adopted in the future

**4.6. How does battery swap work?**

- Once a vehicle is parked in the swap station, battery swapping takes place automatically

- Our battery swap stations were developed in-house and use more than 300 patented technologies to enable quickly battery replacement

**4.7. Please elaborate your plan on battery swapping. How many stations will be built in the next 3 years? What's the capacity of each station? What's the breakeven point / payback period of each station? [subject to financial model]**

16

Confidential

UW_MS_00042142

- We plan to have 40-80 swap stations by the end of 2018, and each station is expected to have a daily capacity to serve [XX] vehicles

- Revenue from swapping stations will be generated through the RMB980 monthly fee on the Energy Package and the RMB180 per charge fee for users who do not subscribe the Energy Package. Payback period of each station is expected to be [XX] years

**4.8. Please discuss what measures NIO has adopted to mitigate the risk associated with battery payment in installment, including potential effectiveness and legal consequences associated with these measures**

- Remotely control the battery:

    — NIO vehicles are equipped with its proprietary software and hardware platform, enabling NIO to remotely control the underlying ECU and BCU modules. Furthermore, powered by NIO Cloud, NIO is able to locate every car (and the battery) on the road

    — Under battery payment default situation, NIO could turn off the battery function remotely and thus disable the vehicle. With the remote control function, we believe the default risk will be controllable and much lower than industry norm – user will not be willing to abandon a whole car just to avoid the battery payment

- To partner with a third-party financial leasing company

    — The reason that it is difficult for us to find a battery financing partner is because currently, only vehicle (together with battery) sale is entitled to government subsidy. We are discussing with government on separate sale of car and battery. In that case, financing company will obtain the battery ownership, and it would be a lot easier for NIO to find a financing partner on the battery leasing business

    — Under the financial leasing scheme, we will further lower the risk of be exposed to payment default but still could offer the payment plan as a user-attraction measure

- Below is an estimate of the financial impact on the default loss on ES8 sales. Assuming 2% default rate based on industry norm, potential ES8 battery loss will be limited in the following three years

17

UW_MS_00042143

|                                   | 2018   | 2019   | 2020   |
| --------------------------------- | ------ | ------ | ------ |
| Vehicle Sales (Units)             | 18,000 | 50,000 | 90,000 |
| Battery Payment Liability (RMB mm) | 540    | 1,500  | 2,700  |
| Default Amount (RMB mm)           | 11     | 30     | 54     |

**4.9. Why is the auto-identification function in the home charger necessary? What is the cost of this charger compare to other regular chargers?**

- Auto-identification function provides a more convenient charging experience by automatically pairing the charger with each ES8

- Each charger along with the complimentary installation is expected to cost us RMB[XX], which is [XX%] higher than a regular charger

- Cost of ES8 chargers is similar to regular chargers

## 5. Procurement & manufacturing

**5.1. Please elaborate on the details of your partnership with JAC. How much do you pay on a per vehicle basis? Are there a minimum number of vehicles to be produced? Any incentive agreement if production / sales reached a certain level? And discuss the investment splits and future capex splits**

- JAC's experience in automotive sector and manufacture capabilities provides NIO capital flexibility as well as timetable acceleration on mass delivery
  - Background about JAC: JAC is a major state-owned automobile manufacturer in China, selling nearly 700,000 passenger and commercial vehicles each year with annual operating revenue of approximately RMB 60 billion. JAC has an established franchise in EV development, including R&D, manufacturing and testing systems, and has gained a significant market share in China's new energy vehicle market. In Year 2015 - 2017, JAC sales 10k, 18k and 28k units of Passenger BEV, growing at a CAGR of 66%

- JAC took majority of the investment (RMB2.2 billion) to build the brand-new NIO / JAC factory for the production of ES8 and potentially other future vehicles from NIO

- Annual capacity is 100,000 units

- JAC charges a processing fee of RMB8,500 per vehicle

- NIO agrees to fully compensate loss the plant may incur for the first three years after the SOP (start of production) time point

**5.2. Is the plant exclusive to NIO?**

18

UW_MS_00042144

- The production line is exclusive to NIO

**5.3. What are the differences between NIO's cooperation with JAC vs. with GAC and Chang'an. Will they also manufacture cars for NIO?**

- We have entered partnership agreements with GAC and Chang'an to capture market opportunities in the entry and mid-range segments of the Chinese EV market, reducing supply chain costs through potential joint procurement and jointly conduct R&D activities

- Vehicles developed and sold under these arrangements will be marketed and sold using GAC's, Changan's, or other jointly developed brands

- In comparison, our partnership with JAC is more on manufacturing. JAC will be the only partner for the ES8 production in the foreseeable future

**5.4.  Are you still identifying partners and what are your criteria?**

- In general we keep the conversation with partners to identify better commercial terms for our business

**5.5. How does NIO ensure manufacturing quality given JAC has limited experience in producing premium vehicles and the extensive use of robotic arms/automation systems?**

- Within the manufacturing process partnering with JAC, NIO takes a number of steps throughout the entire process to ensure that its vehicles are manufactured in accordance with NIO's standards. For example, NIO conducts product development, provides supply chain systems, sets production technique standards, and puts in place quality management systems. Specifically at each stage:
  - At the procurement stage, NIO is responsible for procuring all third party components for its vehicles and apply its quality assurance procedures with respect to suppliers
  - At the manufacturing stage, NIO has taken several measures, including: (i) the key tooling equipment, including stamping equipment, body connection equipment and inspection tools at the factory is procured and owned by NIO, (ii) NIO has trained certain key supervisory personnel at Nanjing Advanced Manufacturing Engineering Center
- NIO implemented operational policies and guidelines as well as quality inspection measures, conducting inspections of both parts and completed vehicles

**5.6. Why did you decide to build a new factory? Is this against your original asset light business model?**

19

UW_MS_00042145

▓ Our Shanghai plant will facilitate to obtain our own EV manufacturing license and give us more flexibility for future models

**5.7. What are the expected timing and necessary steps to achieve the EV manufacturing license? If the license is not achieved in the foreseeable future, what measurement would you take to meet the production schedule?**

▓ We generally follow the Administrative Rules on the Admission of New Energy Vehicle Manufacturers and Products to gain our EV manufacturer qualification

— The MIIT Admission Rules require that a manufacturer of new energy vehicles must meet certain conditions, including, among others, having the capabilities to design, develop and manufacture products and to provide after-sale service and product quality assurance. We will need to pass the inspections conducted by a state-recognized testing institution. An inspection committee consisting of a group of passenger EV experts will provide their opinion on our qualification

— According to the "Automobile Industry Investment Management Rules (Draft for Collecting Opinion)"/汽车展业投资管理规定(征求意见稿) in May 2018, NDRC will restart the reviewing process for the license of EV manufacturing

▓ NIO has started to construct its own manufacturing plant in Shanghai in order to expand manufacturing capacity. Once completed, NIO is expected to obtain its own EV manufacturing license, and potentially benefit from the NEV credit score system in the future. Regarding the timeline, Shanghai plant is expected to be ready by the end of 2020

▓ NIO has entered into an MOU with Shanghai Jiading Government where the government has agreed to facilitate NIO on communication with government, thus helping NIO to obtain the license. The government will also invest in plant construction and provide financing facilities to NIO

▓ The manufacturing capacity of JAC plant could suffice NIO production before NIO completes the construction of the Shanghai plant and obtains license

**6. Delivery**

**6.1. What is the capacity of existing plants?**

▓ Our JAC plant has an annual capacity of 10,0000 units

▓ We have started constructing our own manufacturing facility in Shanghai to

Confidential

UW_MS_00042146

expand manufacturing capacity for the ET7 and future models. Shanghai plant is expected to be completed by 2020, with annual capacity of 100,000 units

**6.2. Within the orders that you have received, what is the percentage of orders with RMB 45,000 non-refundable deposit paid? What is the percentage of buyers that have canceled their orders and asked for the RMB 5,000 refund?**

- The percentage of non-refundable orders is primarily determined by production status of our vehicles. Prior to a vehicle is put into production, the initial RMB5,000 deposit becomes non-refundable and an additional RMB40,000 non-refundable deposit is required to be made by the user

- As of May 31, 2018, we had unfilled reservations for more than 18,000 ES8s with deposits. Of these reservations, approximately 17,000 consist of reservations for which only an initial fully refundable deposit of RMB5,000 has been made, while approximately 1,000 consist of reservations with respect to vehicles which have been put into production

- The percentage of buyers that have canceled their orders is only [XX]%

**6.3. What features of ES8 you have considered but haven't been realized in the current version that can be potentially upgraded in the future?**

- We are keeping improving our AD and NOMI system

## 7. Safety

**7.1. What are the safety features of ES8 and how would they compare with NIO's competitors?**

- Safety is always our first priority

- ES8 is designed to meet the 5-star C-NCAP safety standards

- Extra features in addition to safety standard:
    - Driver drowsiness detection, lane departure warning, lane change assistance, automatic emergency braking, side door opening warning, and 360-degree high definition surround vision

- ES8 is also designed to include safety features such as electric stability program, electric traction control, cornering brake control, hill descent control, hill start assist, rear view camera, front and rear parking sensors, side distance indication system, direct-tire pressure monitoring system, blind spot detection, dynamic wheel torque by brake and roll stability control

- ES8 is the first car in China to have an all-aluminum body and chassis featuring

21

Confidential

aerospace grade 7003 series aluminum alloy, enabling a torsional stiffness of 44,140 Nm/Deg

## 8. Connectivity, Artificial Intelligence and Autonomous Driving

### 8.1. Please elaborate the connectivity functions of ES8. Will ES8 provide OTA updates? What's the expected frequency?

- Our proprietary software leverages Linux, QNX and Android systems and control systems such as the central digital cockpit, connected gateway, ADAS and cyber security systems

- Our SDR has industry leading connectivity and remote service capabilities with a comprehensive end-to-end security framework.

  - The SDR enables a superior driver experience by tracking vehicle settings, user preferences and offering instant remote vehicle diagnostics with respect to faults, alerts and logs to our service and maintenance team. The SDR's high speed Ethernet accelerates our autonomous driving development by uploading relevant video and driving metadata

  - The SDR also offers a completely integrated vehicle security system enabled by a firewall, an intrusion detection system and machine learning for continuous improvement

- ES8 will provide OTA upgrades once necessary. In general, we wish to provide our customers the most advanced technology updates and learn and fix any potential problems immediately. Thereby, we expect to be able to reduce the cost and time to market of new feature rollouts

### 8.2. Please discuss NIO's future development of autonomous driving.

- NIO plans to bring an autonomous EV by 2020 with level 4 autonomy
- We have detailed roadmap for our level 4/5 ODD
  - 2020: optimized for daily commute, including controlled-access high-ways and ramp (ET7 released)
  - 2021: limited self-parking, including parking lot roads and home parking (BT released)
  - 2022: more driving and parking complexity, including major and minor highways and primary streets

22

Confidential

— 2023: dense urban and complex environment

**8.3. In the existing orders, how many buyers also purchase NOMI / NIO Pilot?**

- [Subject to financial model]

**8.4. Who are the partners when we develop NOMI?**

- Major partner of the audio system is iFlytek (科大讯飞)

**8.5. What is ES8's OS system?**

- Android, QNX, and Linux

**8.6. When will NOMI /NIO Pilot function be fully activated?**

- We plan to roll out our ADAS features through OTA updates after going through a rigorous and thorough testing of the features. We expect to activate the function of NOMI / NIO Pilot by stages through our OTA updates

**8.7. You have made substantial investment in autonomous driving and AI. Other than NIO Pilot / NOMI, will there be other monetization opportunities? Will NIO expect to license the IPs out?**

- We are focusing on developing / refining the functions of AD / AI. We will not exclude other monetization opportunities if commercially and strategically benefit for us

**8.8. How does NOMI /NIO Pilot differentiate from the AI technology / interaction of other brands, such as Alexa, Siri and other AI assistants.**

- We are focusing on the mobility AI technology / interaction areas; we also have more data collected in this arena than the other brands mentioned above

**8.9. Please discuss the policy and regulation barrier for autonomous driving.**

- Both US and Chinese Government have released several policies to regulate the R&D and use of autonomous driving technology. In particular, we follow below regulations:
  - China: we generally follow the "Intelligent Connected Vehicle Road Test Management Standards" in China, which will be effective from 1st May 2018. This policy aims to set nationwide uniform standards for ICV road test and to facilitate the development of self-driving technology through the deployment of public road tests of self-driving cars. We have also gained approval to conduct road testing in Beijing and Shanghai, following the regulations on the

23

UW_MS_00042149

municipal level

— US: the NHTSA has released an updated guidance, "A Vision for Safety 2.0", to pave the way for the wide and safety deployment of automated vehicles by providing voluntary guidance that encourages best practices and prioritizes safety. Additionally, the Senate has enacted Self Drive Act to ensure the safety of automated vehicles and encourage the development of autonomous driving technology. It also grants a manufacturer an exemption from current strict safety standards to have a maximum amount of vehicle produced within a certain period

- In general, we perceive the current regulatory environment in both China and US to be rather supportive than obstructive. Regulators are taking practical approach to not only regulate the market, but also learn the market in order to foster its development. The policy and regulation barrier has really helped created a more safe and healthy environment to develop autonomous driving technology

## 8.10. How will NIO's car be used as a big data platform? Meanwhile, what measurements have you taken to ensure the safety of data? What measurement has NIO carried out to prevent cyber-attacks?

- Each of our vehicles collects large amount of traveling, traffic and car performance, etc. We analyze the data to crystalize the useful patterns or improve our AI/AD system

- Our data analytics work is particularly enhanced in China given 1) our analysis grows with the volume of the data and 2) the traffic or user situation is often more complicated and therefore helps us achieve better results and gain deeper insights

- Our cloud data platform stores vehicle, sensor and user data in a single data lake to minimize data duplication and cost. We can easily access fleet level data and analytics for diagnostic purposes and autonomous driving development. The NIO cloud data platform is designed to enable rapid development and deployment of new applications across fleet and users

- We have one comprehensive end-to-end security framework. Our integrated security framework protects vehicle data from end-of-assembly to end-of-life. All external and critical internal communications are protected by on-the-fly encryption. Our cloud-based developer suite for maintenance and analytics enables us to continue improving our security and stay ahead of future threats

## 8.11. What is your view on the two recent fatal crashes on the US road in which

24

UW_MS_00042150

**Tesla's Autopilot system was controlling the car? How would this affect the market prospect of autonomous drive and how likely is the same incident happening to NIO? What measures have NIO taken to reduce such risks?**

▓ We have no comments on Tesla's Autopilot system

▓ We believe the autonomous driving technology is still at its early stage of development. We believe even though most of the advanced autonomous driving system has reached L2 level, it still requires significant amount of human intervention and attention

▓ ES8 is one of the most advanced vehicles in 2018 in terms of active automated driving, driving support and alerts and warning system. And we will continue to implement the most cutting-edge technologies to ensure the safety of our customers

▓ Measurements we have taken:

― During the testing phase, we have been making sure to obtain a license for autonomous driving road test before we conducted such tests. We also take great care to ensure that we only conduct such tests on authorized roads. We are one of the first companies to be licensed to conduct autonomous driving tests in California, Beijing, and Shanghai

― NIO also developed comprehensive technology suite to alert and warn drivers if any potential accident is imminent

― We will collect driving metadata from our users to accelerate our autonomous driving development, and roll out such features through OTA updates only when we become fully confident, We believe the complicated traffic in China will enable NIO Pilot to handle more unexpected situations

8.12. **Given NIO has been licensed to conduct autonomous driving tests in Shanghai and Beijing, will the tests be conducted in closed roads or public roads? How will NIO reduce the potential risks associated with these tests? As well as public relations management if anything unexpected happens.**

▓ The tests will be conducted in both closed roads and public roads, but there will be a human driver when testing on public roads in case of any emergency

▓ To reduce the potential risks of such tests, first, we have been making sure to obtain a license for autonomous driving road test before we conducted such tests. Secondly, we also take great care to ensure that we only conduct such tests on authorized roads

25

Confidential

9.  **Service**

9.1. **Please provide more details regarding the optional battery payment in installment. RMB1280 per month for 78 months would translate to RMB99,840, while the initial cost reduction would be RMB100,000. How would this be economically feasible? Is there a plan for EV battery's second life?**

  ▨ This installment payment option is intended to lower the upfront payment for consumers, and therefore make the ES8 more attracting in price

  ▨ Consumers who choose this option are equally to pay a [6%] interest on the outstanding balance, in addition to a monthly charge of RMB1,280

  ▨ We are in discussion about battery recycle

9.2. **How many customers subscribed the Service / Energy package?**

  ▨ As of 1 May 2018, 90% of the customers subscribed the service package, and 40% of the customers subscribed the energy package

9.3. **Please discuss the oversight and management of authorized service network. What measures has NIO adopted to ensure consistent and quality services?**

  ▨ We adopt a strict selection criteria including:
    ▬ Capability of repairing the aluminum alloy body of vehicles
    ▬ Experience with serving high-end branded vehicles
    ▬ Service-related operational capabilities

  ▨ Additionally, we will have NIO employees onsite each authorized service center to ensure quality services are provided consistently

9.4. **Please elaborate the terms with the exclusive service centers and non-exclusive ones. What's the profit sharing arrangement? If a user repairs his car under service package or warranty, will NIO pay the cost to the service centers? If he doesn't subscribe service package or when warranty expires, will he pay to the service centers directly?**

  ▨ NIO will have authorized service centers which operate in franchise mode. They are exclusive for NIO. NIO will be responsible for decoration / staff training and branding for the centers, and guarantee a 6-8% gain for the owner of the centers

9.5. **Please discuss the expansion plan of service network**

26

Confidential

▩ As of 31 March 2018, we have 25 authorized service centers in 10 cities

▩ We plan to build [XX] service centers in [XX] cities over [XX] years, but we will also consider the geographical distribution of our customers to decide where to put our resources for the service network expansion [subject to financial model]

**10. Business mode and operation**

**10.1. Please introduce NIO's global footprint including facilities and activities in each area. What are the key considerations behind this structure? And how can NIO manage all these operations in an efficient and integrated manner?**

▩ NIO has offices and facilities at 17 locations across the world

▩ Our goal is to recruit a global talent pool with specialists on specific areas:
  — In China for user interface development and engineering tailored to Chinese users; we are also headquartered in China
  — In Silicon Valley for software and autonomous driving
  — In Munich and the UK for vehicle design and engineering

▩ These operations are organized in an efficient manner as each office has its own focus areas, but also in an integrated fashion through close collaboration

▩ Our global footprint echoes our premium proposition customized for Chinese consumers and delivers best-in-class standards in respective areas

**10.2. What measures has NIO taken in order to fulfill environmental, workplace safety and similar regulations throughout the vehicle manufacturing and servicing processes?**

▩ We have taken sufficient measures to fulfill the environmental, workplace safety and similar regulations in each region

**10.3. What's NIO's distribution model and how would that differentiate from other competitors? And how would NIO integrate its online and offline channels?**

▩ We have set up a vehicle delivery center in Shanghai, and we are constructing delivery centers in Beijing, Guangzhou, Shenzhen, Chendu, Heifei, Hangzhou, Nanjing, Suzhou and Wuhan. Vehicles will be delivered to users at such centers

▩ We plan to expand our distribution network by building more NIO Houses and delivery centers, supported by nationwide logistic network and regional warehousing facilities, in order to meet increasing demand from prospective

27

Confidential

buyers, particularly in non-tier one cities

- ▓ We directly sell our vehicles to users, which we believe allows us to provide a more consistent, differentiated and compelling user experience, compared to the traditional franchised distribution model used by our competitors in China

  - ─ Vehicle purchases are placed through our mobile application, which provides an interactive vehicle shopping experience to our users. This also provides us with real time information on demand for our vehicles, allowing us to plan our production more efficiently and reducing inventory needs
  - ─ At NIO Houses, users are able to purchase vehicles using our mobile application, assisted by our sales representatives at the NIO Houses
  - ─ We believe that our online and offline direct sales model is more cost efficient by cutting out franchised distribution costs as well as lowering the number of physical locations required, allowing us to expand our sales network effectively and efficiently in China

**10.4. Do you see any changes to the sales model of NIO in the near future?**

- ▓ We believe our sales model is not only efficient, but also can provide a more consistent and compelling experience for our customers

- ▓ We plan to maintain such sales model in the future

**10.5. What are the marketing strategies in the coming years? Please discuss the considerations and associated expenses. Is there overseas expansion plan? Or will you be only focusing on premium segment in long-term?**

- ▓ NIO plans to adopt a prudent but effective approach regarding branding and marketing activities

- ▓ Sales and marketing expenses are expected to be RMB 2.4bn in 2018, RMB 3.5bn in 2019, and RMB 4.2bn in 2020

- ▓ We currently do not plan to expand overseas markets as our primary focus is the China market, which is already the world's largest battery electric vehicle market, and it is still growing fast

- ▓ We will focus on the premium segment in the short term, with broaden vehicle types

**10.6. How the existing shareholders, especially Tencent and Baidu, help drive value? How are you going to utilize such relationships for future collaboration?**

- ▓ Right now we partnered with Baidu for its online video iQIYI, search engine and

Confidential

UW_MS_00042154

map data and mapping technology, with Tencent for its Tencent Cloud, QQ music, Keen Lab and for NOMI text to speech

▓ We plan to further deepen our strategic partnerships with Tencent, JD and other technology leaders in our ecosystem to explore more value-added services empowered by big-data and our cloud architecture, such as "mailbox" service, or last mile express delivery service into the car trunk, and in-car entertainment

**10.7. What will be NIO's next big move after the IPO?**

▓ Company is still in consideration and it's not appropriate to disclose right now

**10.8. What's the relationship between NIO and NIO Capital? Will NIO collaborate with NIO Capital's portfolio companies?**

▓ William Li is a major LP of NIO Capital

▓ NIO may choose to cooperate with NIO Capital's portfolio companies if such cooperation will be beneficial to NIO

**10.9. Please introduce Company's strategies.**

▓ Continue to focus on technological innovations

— To continue to attract talent from the world's top universities, institutions, technology and automotive companies

— To further advance our proprietary E-powertrain system

— To build seamless vehicle network and create a mobile living space featuring artificial intelligence and a next-generation digital cockpit and user interface

— To develop ADAS with more comprehensive features

▓ Successfully launch future models such as the ES6 and ET7 timely to target a broader customer base and expand our product lineup

— Generally targeting to launch a new model every year

— Launch mid-cycle facelifts on existing models more frequently than industry standards

▓ Build our own manufacturing capacity and continue to optimize manufacturing costs by leveraging a common platform and production flexibility

— Obtain our own EV manufacturing license and potentially benefit from the

29

UW_MS_00042155

NEV credit score system in the future

— Intend to design different models with adaptable platform architecture and electric powertrain systems

▓ Expand our infrastructure and service coverage nationwide to improve user experience

— To expand our users' access to charging infrastructure nationwide and provide more convenient charging solutions to our users

— To offer real-time data on the availability of charging piles

— To continue to build our service network mostly through authorized service centers

— To expand our distribution network by building more NIO Houses and delivery centers

▓ Create more monetization opportunities during the lifetime ownership

— To increase the user adoption of these packages by providing more convenient and user-centric services

— To continue to focus on users' lifetime engagement to create additional monetization opportunities

— To establish and develop strategic partnerships with Tencent, JD and other technology leaders

Confidential

UW_MS_00042156

**Appendix I Comparison of Coming Vehicles**

| SUV Model | NIO ES8 | BYTON Concept | Singulato iS6 | WM EX5 (Compact) | XPENG G3 (Compact) |
|---|---|---|---|---|---|
| MSRP (RMB) | 448,000 | > 300,000 | 200,000 - 300,000 | 99,000 – 216,000 | 125,000 - 205,000 |
| Launching Time | 16 December 2017 | 8 January 2018 | 13 April 2017 | 8 December 2017 | 9 January 2018 |
| (Announced) Mass Production Time | June 2018 | End of 2019 | End of 2018 | September 2018 | End of 2018 |
| Acceleration Time From 0 to 100km/h (s) | 4.4 | 5-6 | Non-disclosed | 7.9 | 5.8 |
| Maximum Torque (N·m) | 840 | 400 / 710 | 580 | 315 | Non-disclosed |
| Maximum Power (kw) | 480 | 220 / 350 | 260 | 160 | Non-disclosed |
| NEDC Driving Range (km) | 355 | 400 / 520 | 300 / 400 | 450 | 330 |
| Autonomous Driving | L 2.0+ | L 3.0 | L 2.0 | L 1.0 | L 2.0+ |

Confidential

UW_MS_00042157

## Appendix II Comparison of Emerging China EV Players

| | NIO | BYTON | Singulato | WM Motor | XPENG |
|---|---|---|---|---|---|
| **Founding Time** | 2014 | 2016 | 2014 | 2015 | 2014 |
| **Founder (Former experience)** | William Li (Bitauto, Yixin) | Carsten Breitfeld (BMW) Daniel Kirchert (Infiniti) | Haiyin Shen (360, Kingsoft) | Hui Shen (Volvo, Geely) | Xiaopeng He (UC) Henry Xia (GAC) |
| **Brand Positioning** | Premium | Premium | Premium | Mid-Range | Mid-Range |
| **Financing History** | A-D rounds ~USD 2.2bn | A-B rounds ~USD 640mm | A-C rounds ~USD 1.1bn | A-B rounds ~USD 1.8bn | A-B rounds ~USD 770mm |
| **Manufacturing Capability** | JAC (outsourced) Capacity: 100,000 p.a. | Self-owned* Capacity: 150,000 p.a. | BAIC (outsourced) | Self-owned Capacity: 100,000 p.a. | Haima (outsourced) Capacity: 50,000 p.a. |
| **Battery Production** | Self-developed battery package / CATL supplied battery cells | Self-developed battery package / CATL supplied battery cells | Self-developed battery pack / battery cell info non-disclosed | Self-developed battery pack / CATL and others supplied battery cells | Self-developed battery pack / battery cell info non-disclosed |
| **Sales Channel** | Direct sales On/off line integrated | Direct sales On/offline integrated | Direct sales On/offline integrated | Franchised dealership | Non-disclosed |

32

Confidential

UW_MS_00042158