# EXHIBIT 11

**In the Matter Of:**

*In Re: NIO Inc. Securities Litigation*

*DR. ADAM WERNER*

*September 13, 2022*



1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

CASE NO. 19-cv-1424 (NGG) (JRC)

-----------------------------------------X

IN RE:

NIO, INC. SECURITIES LITIGATION

-----------------------------------------X

REMOTE DEPOSITION OF DR. ADAM WERNER

Tuesday, September 13, 2022

8:39 a.m. (PT)

Reported by:

Joan Ferrara, RMR, FCRR

Job No. 2022-858476

DR. A. WERNER

Q.    Okay.  Let's focus --

A.    At the front end, the front end.

Q.    Yeah.  So for a misrepresentation case, one way to measure price impact would be to look at the change in stock price when the alleged misrepresentation was made, right?

A.    I've certainly seen people do that before.  That's certainly one way one could look at it.

Q.    Have you ever used that approach before?

A.    As I sit here today, I don't recall.

Q.    In any event, you couldn't do that in this case, right?

A.    You couldn't do that in this case -- I believe that statement is correct.

Q.    It's impossible to show any front-end impact at the time the alleged misrepresentation was made because it was contained in the company's IPO offering documents before the stock was publicly

DR. A. WERNER

traded, right?

A.    I'm not sure.  That question doesn't make sense to me.

Q.    I'll take a step back.

A.    I guess you're now making a distinction between misrepresentation and an omission.  An omission can be a misrepresentation.

Q.    What if I say an affirmative misrepresentation as to distinguish it from an omission, does that help clarify the question?

A.    No.

Q.    How about the alleged or false or misleading statements in this case?

A.    Again, I haven't looked at price impact or loss causation in this case.  If your expert decides to make a price impact argument, that's something I will address in a rebuttal report.  But for the purposes of this report it's not something I looked at.

Q.    Do you have any view, one way or another, as to whether you could determine