# EXHIBIT 13

*This report is exclusively for our clients and subscribers.  Please help us protect the exclusivity and integrity of our research by not forwarding it to others. Please see the last page for important disclosures and disclaimers.*



### NIO Post-CBS Rally Making TSLA Valuation a Grand Bargain

### NYSE: NIO (PT=$3)

### February 27, 2019

<u>CBS 60 Minutes featured NIO</u> (NYSE NIO), a Chinese electric car seller.  The stock jumped 30% in the 2-days following the show being broadcast on Sunday/Feb 27th.  NIO is a typical scenario where the American media intentionally amplifies a Chinese company's relevancy to create sensationalized headlines, which unfortunately sidetracks the need for nuanced analysis of meaningful fundamentals.  In this situation the narrative was blind to the fact that a BEV (battery electric vehicle) company like NIO is a dime a dozen in China. Its fate will soon change for the worse as the Chinese government is to cut EV subsidies, accelerated by the push by the Trump-administration to create fairer marketplace competition than what is currently being practiced.

We believe that the 60 Minutes derived stock rally creates an appetizing opportunity to short the stock.  We see the following catalysts in foreseeable future to make money on the short side.  **We reiterate our NEGATIVE rating on the stock. Our target price is $3 per share, 70% downside from current share price.**

1) China is to cut back on the EV subsidy as early as April.  The announcement was supposed to take place in Q1 and was delayed due to the US-China trade negotiation. BYD Auto made a public notice to its dealerships on Feb 24 regarding the plan to adjust the subsidy to EV buyers starting in May.  (Exhibit 1) Auto SOE Dongfeng also communicated with its dealers re: the reduced subsidy last December. Obviously, the government subsidy - consequently causing discrimination against multinationals – is an important component of US-China trade talks.  At the current EV subsidy policy, even if foreign OEMs make cars in China, they still lose ~30% in pricing competitiveness vs. domestic car makers, as their local rivals are purchase tax exempted (9%) and receive 60,000 RMB in cash subsidies. Meaningful progress in US-China trade negotiations will try to push the Chinese government to phase out this unfair practice.   Today, US trade rep Lighthizer testified before the House Ways and Means Committee and reiterated that "soybean solutions" are not enough and structural changes in policies are needed to get a deal done with Chinese.

February 29. 2019                                                                                                                              NYSE: NIO

Exhibit 1:  BYD Notice to Dealership of Change in EV Subsidy in May 2019



*Sources:  BYD Auto*

Exhibit 2:  China's Unfair Subsidy Regime

| Comps (to be launched) | ES6 | Low-end Model 3 |
|---|---|---|
| | Pure EV | Pure EV |
| Ex Factory Price | 309,000 | 333,000 |
| VAT | 49,000 | 53,000 |
| *VAT%* | *16%* | *16%* |
| MSRP | 358,000 | 386,000 |
| Purchasing Tax | | 33,300 |
| Purchasing Tax % | | *9%* |
| Government Subsidies to Homemade Models | (60,000) | 0 |
| *subsidy %* | *-19%* | |
| Retail Price | 298,000 | 419,300 |
| | | |
| Disadvantage of Foreign OEM | | 93,300 |
| *%* | | *28%* |

*Sources:  JL Warren Capital LLC; Company websites*

  2)   IPO Lock up expiration

We believe that much of NIO recent volatility is likely to be driven by manipulation to elevator the share price so that pre-IPO investors can make profitable exits upon the IPO lock-up expiration on March 12th.  Share price manipulation has been increasingly evident among a group of Chinese ADRs.  Manipulation is likely to be from China, as we observe an extremely high correlation between the liquidity and sentiment of A-share market and Chinese ADRs.  Manipulation is specifically pronounced among those tightly held new IPO stocks before lockup expiration, as we have been abnormal volatilities in IQ, HUYA, QTT, NIO and some HK-listed stocks.  In the case of NIO, float is currently about to improve meaningfully from 16% of total outstanding to close to 80% post lock-up.  We believe that many pre-IPO investors will sell after lock-up as inevitable capital raises in the future will meaningfully dilute the value of their shares.

888 7th Avenue, 17th Floor, New York, NY 10016, USA

February 29. 2019                                                                                              NYSE: NIO

Feeble Fundamentals; BITA Deja Vu

Since the marketing of ES8 in Q2, NIO has delivered 100, 3,268 and 7,980 units in Q2, Q3 and Q4 2018 respectively.  Our checks show that NIO sold about 1,500 cars in January with order run rate which is under 1,000 units per month.   It is our assessment that ES8 sales peaked in Q4, as the novelty gave way to the harsh realities of lukewarm customer feedback. In addition, demand was pulled forward in anticipating a declining EV subsidy in 2019.  This also explained the soaring record EV sales in January.

Note that NIO does not make anything. It is an internet marketing company, like Bitauto, which NIO current CEO Li Bin founded in 2000 and listed on NYSE in 2010.  In 2014, Li Bin hyped BITA's grand plan to transition from an online media only to off-line to on-line e-commerce business to global investors, pushing stock from the $30s to $90s.  He personally sold all his shares at close to the peak.  Today BITA trades at $19 per share. This episode severely undermined management credibility.  BITA spun out its ecommerce business Yixin Group and listed it on HKSE (2858 HK).  Since its IPO, YiXin has lost ~72% market value.  Li Bin left BITA in Jan 2018 for NIO.  NIO was listed on NYSE in September 2018.

### Exhibit 3:  NIO CEO William Bin Lin's Track Record as Operator and Investor

| Ticker (if public) | Companies | | Role | Business | Inception |
|---|---|---|---|---|---|
| | | **William Bin Li Business Involvement** | | | |
| BITA | 易车网 | Bitauto | Founder, CEO 2000-2018 | AUTO MEDIA | 2000 |
| | 汽车头条 | qctt | | | 2014 |
| | 网通社 | news18a | | | 2012 |
| | 宽途洗车 | kuantu | | CAR SERVICES | 2011 |
| | 大师保养 | dashi | | | 2015 |
| UXIN | 优信拍 | Uxin | | ECOMMERCE | 2015 |
| | 精真估 | jingzhengu | INVESTOR | | 2014 |
| | 看车网 | kanche | | | 2014 |
| | 电动邦 | diandongbang | | | 2014 |
| | 嘀嗒出行 | didachuxing | | RIDE SHARE | 2014 |
| | 摩拜单车 | mobike | | | 2015 |
| | 车和家 | CHJ | | "OEM" | 2015 |
| NIO | 蔚来 | NIO | Founder, CEO | | 2014 |

*Source: JL Warren Capital LLC*

JAC Auto (600418 SH) a third-tier Chinese SOE truck manufacturer, makes the ES8 and ES6 (new model to be launched H2).   Before NIO's contract, JAC had limited experience in manufacturing passenger vehicles.  This may explain why the driving dynamics are subpar, given user and reviewers' feedback.  The famous Chinese online blogger No 38 Auto Reviewer reported feeling nauseous after acceleration, especially in Sports Driving Mode. Other drivers report dizziness when accelerating/decelerating.  The jittery feeling comes from the delayed response from the engine when it turns on and off the electricity.  The slow response is followed by a delayed outburst of power which makes drivers and passengers queasy.  This is strange, as electric cars are supposed to be superior than traditional cars in smooth driving.  The deceleration process which occurs when

Page 3 of 6

888 7th Avenue, 17th Floor, New York, NY 10016, USA

the driver lets up on the accelerator pedal is also reported to be difficult to management. The ES8 uses what is termed, Kinetic Energy Recovery System (KERS) to assist the deceleration process, but the software's recovery program does not yet appear to be appropriately finetuned to allow the driver to seamlessly maintain a smoothness of both acceleration and deceleration.  No 38 said that people reported that even with constant attention to pedal modulation that drivers are not able to maintain a smooth deceleration which is extremely unsettling (causes nausea) to passengers.

Picture 1-2:  Empty Showroom in Guangzhou on Saturday/Jan 26, Two Weeks Before Chinese New Year

 

*Source: JL Warren Capital LLC*

Valuation

Comparing to NIO, TSLA stock looks like a grand bargain.  Using EV/2019 Sales (since neither company makes money), NIO trades at 5.4x, 135% premium to TSLA at 2.3x.   After having made and sold ~250,000 pure electric cars around the world, TSLA could be making money this year.  NIO is miles behind.  It sold no more than 12,000 cars in total since 2018.  According to our checks, current monthly order is lower than 1,000 and would be fewer when subsidy goes down this year, driving Chinese car buyers to foreign EV models of similar price range.  Lower end ES6 is supposed to launch in H2, but soon after Tesla Shanghai-assembled low-end M3 will hit the market.  A long list of competitions of Chinese EV OEMs also plan for commercial launch in 2019-2020.  We believe a reasonable valuation for an experimental start-up with no industry experience, no hard asset, no business moat, a CEO with questionable track record, facing declining government support and increasing competition by no means deserve higher valuation than a global EV leader and maker of the best-selling luxury sedan M3 in the US.

February 29. 2019                                                                                    NYSE: NIO

Exhibit 4: Valuation Comparison Between NIO and TESLA

_NIO_

| | | |
|---|---|---|
| stock price (as of Feb 27) | 9.9 | USD |
| Shares o/s | 1026.0 | mm |
| Market Cap | 10,157 | mm |
| Enterprise Value | 9,790 | mm |
| 2019 Sales (JLW Est) | 40.0 | units in 000 |
| Blended ASP | 45.0 | USD in 000 |
| 2019 Sales Revenue | 1,800 | mm |
| EV/2019 Sales | 5.4 | x |

_TSLA_

| | | |
|---|---|---|
| stock price (as of Feb 27) | 313 | USD |
| Shares o/s | 171 | mm |
| Market Cap | 53,376 | mm |
| Cash and cash equivalents | 3,880 | mm |
| Debt | 14,000 | mm |
| Enterprise Value | 63,496 | mm |
| 2019 Sales Consensus | 28,000 | USD in 000 |
| EV/2019 Sales | 2.3 | x |

*Source: JL Warren Capital LLC*

Page 5 of 6

888 7th Avenue, 17th Floor, New York, NY 10016, USA

**DISCLOSURES AND DISCLAIMERS**

**Analyst Certifications and Independence of Research.**

Each of the JL Warren Capital analysts whose names appear on the front page of this report hereby certify that all the views expressed in this Report accurately reflect our personal views about any and all of the subject securities or issuers and that no part of our compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views of in this Report.

JL Warren Capital (the "Company") is an independent equity research provider. The Company is not a member of the FINRA or the SIPC and is not a registered broker dealer or investment adviser. JL Warren Capital has no other regulated or unregulated business activities which conflict with its provision of independent research.

**Limitations of Research and Information.**

This Report has been prepared for distribution to only qualified institutional or professional clients of JL Warren Capital. The contents of this Report represent the views, opinions, and analyses of its authors. The information contained herein does not constitute financial, legal, tax or any other advice. All third-party data presented herein were obtained from publicly available sources which are believed to be reliable; however, the Company makes no warranty, express or implied, concerning the accuracy or completeness of such information. In no event shall the Company be responsible or liable for the correctness of, or update to, any such material or for any damage or lost opportunities resulting from use of this data.

Nothing contained in this Report or any distribution by the Company should be construed as any offer to sell, or any solicitation of an offer to buy, any security or investment. Any research or other material received should not be construed as individualized investment advice. Investment decisions should be made as part of an overall portfolio strategy and you should consult with a professional financial advisor, legal and tax advisor prior to making any investment decision. JL Warren Capital shall not be liable for any direct or indirect, incidental or consequential loss or damage (including loss of profits, revenue or goodwill) arising from any investment decisions based on information or research obtained from JL Warren Capital.

**Reproduction and Distribution Strictly Prohibited.**

No user of this Report may reproduce, modify, copy, distribute, sell, resell, transmit, transfer, license, assign or publish the Report itself or any information contained therein. Notwithstanding the foregoing, clients with access to working models are permitted to alter or modify the information contained therein, if it is solely for such client's own use. This Report is not intended to be available or distributed for any purpose that would be deemed unlawful or otherwise prohibited by any local, state, national or international laws or regulations or would otherwise subject the Company to registration or regulation of any kind within such jurisdiction.

**Copyrights, Trademarks, Intellectual Property.**

JL Warren Capital, and any logos or marks included in this Report are proprietary materials. The use of such terms and logos and marks without the express written consent of JL Warren Capital is strictly prohibited. The copyright in the pages or in the screens of the Report, and in the information and material therein, is proprietary material owned by JL Warren Capital unless otherwise indicated. The unauthorized use of any material on this Report may violate numerous statutes, regulations and laws, including, but not limited to, copyright, trademark, trade secret or patent laws.