# EXHIBIT 14

**PROJECT BLUE SKY - CONSOLIDATED TTW INVESTOR FEEDBACK AND TIERING**

| Tier | based on revised suggested tiering (yellow highlight) |
|---|---|
| S1 | 11 |
| 1 | 34 |
| 2 | 37 |
| 3 | 47 |
| Total | 129 |

| Original tiering by Banks | Revised Tiering | Investor | Investor Type | Investor Attendees | Meeting Date | Location | Positives | Concerns | Responsible Bank |
|---|---|---|---|---|---|---|---|---|---|
| - | - | Tencent | Corporate | - | - | - | - | - | NA |
| - | - | Hillhouse | HF | Zhang Lei | - | - | Pre-IPO Series D investor | - | MS |
| 1 | S1 | Baillie Gifford | LO | Linda Lin | 06/11/18 | LDN | - Met the management during the previous series round meeting and appreciate the update on the business<br>- Very positive about the sector overall and like Company's focus on the R&D<br>- Think Company's product would hit the pain point of the 80 / 90 generation | Still doing a lot work internally and would like to understand more regarding the competition landscape in China electric car market | MS |
| 1 | S1 | Blackrock | LO | Michael Dennis, Lucy Liu, Alex Tang, Charlie Lifford | 6/8/2018, 6/11/2018 | HK, US | - Have built a relationship with the company for the last 2 years and very interested in the company<br>- Happy to engage on further discussions on valuation and anchoring the transaction<br>- Been on site visits yet appreciate chances for test drive and factory visit | - Would need more information on capex in the next three years, manufacturing capacity buidling plan and obstables on production ramp-up<br>- Focus on EV/auto sector competitive landscape in China and comparison with Tesla | GS |
| 1 | S1 | Capital International | LO | Andrew Watt, Wenjie Ge | 06/08/18 | HK | - Think the meeting with management went really well and like management's vision and passion<br>- Very bullish about China electric car sector's growth potential and think Company is well-positioned in the market<br>- Like Company's strategy of creating a closed eco-system around its car, think this helps to increase users' stickiness | - Think Company has limited track record of manufacturing. Would like to understand how company would sustain the quality when mass producing | MS |
| 1 | S1 | Capital Research | LO | Jason Zhang | 06/08/18 | HK | - Out of all the new EV companies that he/ Capital has met, he finds them most interesting / exciting<br>- Likes how they approach the business and consumer orientated aspects of it<br>- Asked to be flagged when analysts do PDIE | - Would like to do more work to see how to value the company | MS |
| 1 | S1 | Capital World | LO | Kaixiang Zhang | 06/07/18 | HK | - Compelling product, interesting business model<br>- Feels that they could have a chance to be a winner and do very well as a startup<br>- They are focused on technology and design which is good and their price point is attractive<br>- Spent a full day with NIO at their offices and said they are great | - Both China macro and China EV space has some risks<br>- Has some questions around profitability based on subscription model<br>- Looking at Telsa, you can see that delay of production hurts both the company's financials as well as multiples | MS |
| 1 | S1 | FMR | LO | Charlie Chai | 06/08/18 | HK | - Interested in EV sector and has done detailed work<br>- Appreciate founder's internet mindset | - Need discount at  IPO valuation, given quality competition from Weima and Xiaopeng<br>- Concerns on maunufaturing execution and safety of the car, especially on the JAC model / quality control<br>- Would like to hear mgmt more concretely address execution hurdle and problem solving preparation | GS |
| 1 | S1 | GIC | SWF | Ye Hsiang Lai | 07/03/18 | SG | - Good Meeting; impressed with management's knowledge of the product - presentation went well and product seems interesting<br>- Willing to fly out to do more due diligence in the form of doing a site visit and seeing the NIO House before further research is conducted<br>- Will research more into the fundamentals of the firm post the site visit<br>- Management have some interesting ideas regarding use of battery-swap function<br>- Wants to stay up-to-date with the NIO's progress | | BAML |
| 1 | S1 | Oppenheimer Capital | LO | Lun Rao | 06/13/18 | NY | - NIO suits Oppenheimer's current investment strategy and has a good story to support an investment decision<br> - Willing to spend more time looking at the competitive landscape, broader policy in China, and cobalt supply<br> - Oppenheimer is set to sign more NDAs with NIO to get more financial details and numbers on the company in the coming weeks<br>- Lucy Ren from Oppenheimer NYC office visited the NIO House and was very impressed by the ES8 car | | BAML |
| 1 | S1 | T Rowe Price (Baltimore) | LO | Josh Nelson | 06/14/18 | Baltimore | - Believes that NIO presents an interesting opportunity within the EV space<br>- Inquisitive towards the impact that NIO's presence in the EV market will have on competitors such as Tesla and the broader market<br>- Impressed by the amount of work that management has done relating to NIO<br>- Top holders of Tesla | | BAML |
| As above | as above | T Rowe Price (HK) | LO | Eunbin Song | 06/08/18 | HK | — Impressed by management's experience in the sector and appreciated their time<br> - Positive towards the EV market in China; think the growth potential is enormous<br> - Sensible strategy of targeting premium segments in China's higher-tier cities<br> - Impressed by NIO's strong shareholder base<br> - Think Tesla is the most relevant comparable<br> - Will do more work around how to value the company and what valuation levels make sense | - Manufacturing and execution capability will be very important when the company goes for mass production | BAML |
| 1 | S1 | Temasek | SWF | Antoinette Li | 07/02/18 | SG | - Think the story is quite unique and interesting, but need to do more work to understand the industry landscape<br>- Did the site visit on 1 Aug and will get back to bank with more feedback | | Citi |
| 1 | S1 | Wellington | LO | Greg Mattiko, Bo Meunier | 06/08/18 | HK | - US PM Patrick Kent was impressed how NIO was able to make such strides in such a short period of time<br>- Global Auto Analyst Saul Rubin has been following NIO for long time and spent a lot of time drilling in on battery swaps, financing of batteries, AEDAS/motor software integration, gross margin targets (thinks 30% is reasonable), and cash burn | | GS |
| 3 | 1 | AC Limited | Family Office | Olivier Courtois, Tim Rigby, Deric Senne | 07/02/18 | Abu Dhabi | - Existing investor from last round, introduced by MS<br>- Meeting was with both private and public side<br>- Introduction for the public side and update for the private side as they had visited SH to test drive the vehicles last year, prior to investment | - Similar questions as asked at Al Nahdha – competitive advantages, how does Tesla factor in, when will NIO be EBITDA positive/cash flow positive, IPO plans | MS / UBS |

| Original tiering by Banks | Revised Tiering | Investor | Investor Type | Investor Attendees | Meeting Date | Location | Feedback Positives | Concerns | Responsible Bank |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | ADIA | SWF | Bill Xu Tejinderjet Sandhu Chris Wilmot Guanglei Li Robert Dalley | 07/02/18 | Abu Dhabi | - Good meeting and both the global and Asian funds have visited company in SH previously for initial meeting and test drive<br>- Found the founder visionary with strong execution capabilities<br>- Can see real market potential and think 20k cars are not an aggressive target<br>- Would like to be followed up once launched, especially after the quieter summer period | - Will do more work on competitive dynamics, including talking to other players in the industry<br>- Concern is the focus on business model (lifestyle, etc.) vs. the car that Elon Musk is focused on | UBS |
| 3 | 1 | Al Nahdha Investment | SWF | Amer Khan, Junaid Sukhera | 07/02/18 | Abu Dhabi | - Existing investor from last round, introduced by MS<br>- Meeting was with CEO, CIO and Analyst<br>- Would likely be supportive of the company in the future, valuation dependent, and want to be kept in the loop going forward<br>- May attend December NIO day in SH | - Questions were primarily around updates since the last meetings, product deliveries made, future plans, impact on competition post US trade war<br>- Also, as this was the first meeting for the CEO, there was some introduction to the company's vision, strategy, competitive advantages, and IPO plans | MS |
| 1 | 1 | AllianceBernstein | LO | Soon Ho Lee (PM) | 06/13/18 | NY | - Very positive outlook on the story – third time meeting with the company and wants to keep building the relationship<br>- NIO has continued to execute since first time he met the company – the company has transformed from a great idea into a tangible business with a lot more upside remaining<br>- Believes NIO's top notch technology and design capabilities provide the company with a very disruptive and defensible business model<br>- Diligence has been positive and feedback from individuals who have visited the facilities is very good<br>- Premier investor base demonstrates the strong convictions that people have in the company | - Most focused on manufacturing and NIO's ability to mass produce<br>- Would like to better understand NIO's plan to achieve their target numbers - production needs to be both on time and have very few defects<br>- As investors are familiar with other electric vehicle companies in the U.S. that are not able to execute, it will be important for NIO to distinguish itself<br>- Tesla owns its manufacturing process and still struggles to hit its targets - it would be helpful for NIO to share with investors how it plans to be different | JPM |
| 1 | 1 | Alyeska | HF | Jonathan Berger (PM) Tom McKiernan (Analyst) | 07/17/18 | Chicago | - Extremely supportive and complimentary of the business following the meeting – will be a high priority for their team<br>- Opportunity is very exciting and NIO is well-positioned given the industry tailwinds in China<br>- Plan to engage more to continue learning about the business | - Would like to gain a better understanding of NIO's product differentiation<br>- Will be helpful for NIO to explain its TAM and how the electric vehicle market is developing in China<br>- Interested in learning more about the future margin profile and path to profitability | JPM |
| 2 | 1 | American Century | LO | Trevor Gurwich Joe Calabrese Theodore Harlan | 06/12/18 | NY | Very interesting opportunity, with tremendous upside<br>Focused on ability to ramp production with no execution issues, and manage the brand image; expects the Company to succeed<br>Top tier ECM deal player; capable of significant order | | DB |
| 2 | 1 | Artisan | LO | David Ng | 06/18/18 | SF | - Unique access point on Chinese EV / AV macro theme<br>- Large market opportunity<br>- Proven management track record – Bitauto, EDU, etc<br>- Best-in-class production capabilities | - Topline execution risk<br>- Wants to be kept up to date; participation dependent on Valuation | Citi |
| 2 | 1 | Baron | LO | Ishay Levin | 06/12/18 | NY | Very positive on story and China EV market opportunity<br>Expected to be significant upfront participant in IPO | | MS / DB |
| 2 | 1 | China Asset Management | LO | Zhong Ning Pan (Head of International Business) Di Zhang (PM, Auto Analyst) | 07/09/18 | BJ | - Very interesting meeting and like the equity story<br>- Would like to be posted on the deal<br>- Running analysis now and will do more work after site visit | - Would like to get more clarity on scalability and competitive landscape since the electric car space will see a lot of new entrants so they think that the sales/numbers are going to be of prime importance and something that they are very interested to learn more about | MS (hosted by JPM in BJ) |
| 1 | 1 | Coatue Management | HF | Peter Zhou | 06/12/18 | NY | – Owned Tesla, very familiar with the sector<br>– No feedback policy, but seemed to be very positive post meeting | | CS |
| 1 | 1 | Columbia | LO | Jasmine Huang (Senior PM) Young Kim (Senior PM) | | Boston / Portland (TP) | - Well versed in the EV space and positive on the NIO opportunity | | JPM |
| 2 | 1 | CPPIB | LO | | | HK | Has not met management | | GS |
| 2 | 1 | FIL | LO | Jenn-Hui Tan, Kai Chen | 06/07/18 | HK | - Still a really solid company, great marketing, pitch is very impressive, but execution is everything | - Would like to see more in terms of execution and a ramp up in deliveries & sales in order to get comfortable | MS |
| 1 | 1 | Janus | HF | Andy Lee | 07/16/18 | Chicago | Been looking for a way to play the EV trend in China, so this is extremely interesting<br>Execution is key issue here given limited production to date<br>Need a better understanding of how NIO will get to 100k vehicles over the next 3 years<br>Andy Li will be in China end of August; will seek to meet management team and do a site visit if available<br>Regular top tier ECM deal player (capable of substantial order; 10%) | | DB |
| 2 | 1 | Jennison | HF | Albert Kwok | 06/15/18 | BOS | Thought it was a good TTW meeting and sees a clear market opportunity in China, of which NIO is at the forefront<br>Impressed by NIO's leadership and the technology being applied to the production process<br>Top tier ECM deal player | Key issue will be execution and seeing the first few batches of vehicles being produced in line with expectations, proving out the model | DB |
| 1 | 1 | JP Morgan AM | LO | Mark Mao | 06/08/18 | HK | -Big believer in China electric car market and think the industry will receive a lot of subsidiaries from the government<br>- Impressed with the 3-minute battery swap station, think this could potentially cause high user stickiness and barriers for other competitors to enter<br>- Like the design of model ES8 and is confident it would be a success when the cars get delivered | - Expressed concern on the manufacturing capability for the production Line. Understand Company will cooperate with JAC which is a low-tier manufacture in China. Wonder how company would guarantee the production line's low failure late | MS |
| 2 | 1 | Key Square Capital Management | HF | Mike Germino | 06/12/18 | NY | - Appreciates the meeting. Company is very impressive and the technology is clearly differentiated<br>- Shareholder base is also impressive and management were able to present very well<br>- Would like to hear more about the IPO developments and meet analysts during PDIE | - Need to do more work to see how this compares against other players in the Chinese market and on the unit economics / path to profitability | MS |
| 2 | 1 | Lone Pine Capital | HF | David Craver, Lu Li | 06/13/18 | NY | - The company has utilized strategic investments to help establish itself as a clear innovator in the Chinese EV vehicle<br>- From a financial perspective, most focused on ability to drive price tension in outgoing sales next year since that will be first datapoint to show how inelastic demand will be in China<br>- From Lone Pine's perspective, they expect China will be very accommodating as brand awareness is probably most important | | MS |

Confidential

| Original tiering by Banks | Revised Tiering | Investor | Investor Type | Investor Attendees | Meeting Date | Location | Feedback Positives | Concerns | Responsible Bank |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | Mathews | LO | Winnie Chwang | 06/18/18 | NY | - Think the firm has impressive technology and a strong 'connected-consumer' platform<br>- Keen to do more work on an IPO valuation | - Critical that NIO start making deliveries soon | BAML |
| 1 | 1 | Myriad | HF | Carl Huttenlocher | | HK | Pre-IPO Series D investor | | MS |
| 1 | 1 | Norges | LO | Gautier Rosseau, Phillip Shefter | 06/11/18 | LDN | - Think the meeting with the management went well and like Company's asset light business model<br>- Think Company has better on ground operation in China when comparing to Tesla and has better design and quality cars comparing to other local competitors<br>- Like the Company's strategy of creating a closed eco system around its cars which would improve user stickiness and hit the paint point of 80 / 90 generations | The major concern is around the manufacture given Company's limited track record | MS |
| 1 | 1 | OTPP | Pension | Ben Chan (Asia Pacific Regional MD) Dan Kiang (PM) Geoffrey Liu (Associate) | | HK | - Management quality is strong and have high words for Louis but made a point that building a car would be different from running an internet company so they're more looking for operational / manufacturing capabilities<br>- Interesting company with solid growth story<br>- Positive on the China EV industry prospects<br>- Definitely want to do a site visit and test drive after hearing Louis' presentation | - Would appreciate more granularity around financials and unit economics<br>- Very focused on the competition and mentioned while there's a timing advantage, domestic competition could intensify with brands such as WM, Xiaopeng and other international players<br>- Track record for production is important and would like to see this done well | JPM |
| 1 | 1 | Pictet | LO | James Kenney | 06/11/18 | LDN | —Overall very interested in the Company after the meeting<br>—Like the business model, exposure to China EV story and asset light model<br>—Like the positioning in terms of pricing/design. NIO seems to get the sweet spot<br>—Like the idea of focusing on single country manufacturing/distribution. James is totally keen on China EV ramp up and he is well aware of all government initiatives both on plate licenses as well as charging station push. In that context NIO fits in very well from their perspective | —Would like to know future competition in the space, especially from well-established brands such as BYD, and how NIO will deal with that<br>—Want to get more details as to how supportive Chinese government is and is China ready with all charging points<br>—Want to get a better understanding of current plans in terms of unit orders<br>—Would like to know detailed comparison with Tesla in terms of sourcing, manufacturing base, labour cost, R&D, design, pricing as well as tax initiatives<br>—Want to have a better understanding of the R&D development, in the US and in China<br>—Would like a bit more deep dive into battery sourcing and power<br>—Have some thoughts on AD, and is it a way to open up the market? How is the competition on that front? | JPM |
| 1 | 1 | Putnam Investments | LO | Matthew Culley | 06/15/18 | BOS | —Extremely impressed and very interested in learning more<br>—Appreciated the site visit arranged by the company and was very good due diligence | —Will have to do more work on the financials | CS |
| 1 | 1 | QIA | SWF | Simon James Smith | 07/03/18 | Doha | - Liked the company. It's innovative and differentiates itself from competitions as there is real near-term prospects of delivering revenue and profitability<br>- Impressed by the team as it's pragmatic with good cost positioning<br>- QIA is very US market focused so actively looks at potential US IPOs, can see the potential in owning the stock if there is a US listing down the line | - Would like to be kept updated on the Company's progress especially given the summer slowdown in market activities | UBS |
| 1 | 1 | Schroders | LO | James Gotto | 06/11/18 | LDN | - Very interesting meeting and keen to follow company / be kept updated<br>- Strong shareholder roster<br>- Think it is a good opportunity and the concept / business model is interesting | - Concerned about industry competition<br>- Would like more detail and evidence of execution (e.g. manufacturing but note software issues) and a path to profitability at the current pricing points - the presentation was definitely on the optimistic side | Citi |
| as above | as above | Schroders (Shanghai) | LO | Maggie (PM) Candice Chen (Research VP) Lucy Liu (Analyst) | 07/11/18 | SH | - Show a great interest and have met the management team / visited NIO house several times<br>- Very interested in the EV industry and like management | - Would like to know more details on monetarization and strategy to differentiate NIO with its competitors<br>- Think the IPO market is going to be crowded with tech deals such as Pinduoduo and China Tower, so wonder would that affect investor attention on deals from other sectors such as NIO | JPM |
| 1 | 1 | Serenity Capital | HF | Chen Wang | | HK | Pre-IPO Series D investor | | MS |
| 1 | 1 | Soros | HF | Matt Fong Nicholas Laster Sean Grogan Steve Amaro | 06/19/18 | NY | Very positive on company and story; want to be a significant early order (and capable of substantial order; 5 – 10%)<br>Awaiting more information re. financials, would like to be able to build a model<br>Will seek more detailed follow up with Louis & Nick post building a model<br>Matt Fong (PM running global tech book) attended 7/23 site visit; very positive experience and thought the car was a fantastic product and of the highest quality<br>Has been in regular dialogue with DB Asia and US team since beginning of marketing process | | DB |
| 3 | 1 | TCW Group | HF | Jeffrey Lin | 07/18/18 | LA | - Likes the huge market potential than US and gives premium on the favor from Chinese government<br>- Believes the management is smart and strong, and there is higher odds of success than Tesla<br>- Thinks the manufacturing partnership is strong | - Branding / positioning would be the key item for consideration, i.e. if it can match the branding status like Audi<br>- Still thinks the right comp is in Tesla itself | GS |
| 2 | 1 | TIAA CREF | LO | Bart Grenning, Lisa Wang | 06/18/18 | SF | - Positive on Chinese EV market upside<br>- Attractive investment thesis; management pitched well<br>- Solid management track record in greenfield markets | - Needs to have visibility / confidence on when company will reach cash flow break-even<br>- Expects IPO discount | Citi |
| 1 | 1 | UBS GAM | LO | John Osborne (Analyst) | 07/17/18 | Chicago | - Management has an impressive track record and credibility among investors<br>- Believes NIO is well positioned versus its competitors<br>- Both the Asia and U.S. teams look forward to engaging further and continuing to build their relationship with NIO | - Would like to learn more about NIO's execution strategy to ramp up production<br>- Sharing more around NIO's differentiation and its competitive moat is important to highlight to investors | JPM |
| as above | as above | UBS GAM | LO | Kevin Koh (Director, PM) Raymond Wong (Executive Director, PM) | 07/03/18 | SG | - Very interested in the company and would do more work after the site visit<br>- Impressed with the management vision and story<br>- UBS GAM's Asia and US teams are both keen; their Chicago team who made the investment in Tesla has also met with Company and also had positive feedback | - No major concern as of now | JPM |
| 1 | 1 | Waddell & Reed | HF | Josh Brown | 07/17/18 | Chicago | - Well understood the difference between NIO and Tesla, from Company postioning, management efficiency to operating components<br>- Interested in following up on the IPO<br>- Thinks NIO can attract talents across disciplines to build up the business | - Particularly focused on how to maintain a premium image for a Chinese produced product<br>- Thinks Company needs to clearly lay out its differentiated strategy from Tesla especially on supply chain issue and battery technology etc. | GS |

UW_MS_00079142

| Original tiering by Banks | Revised Tiering | Investor | Investor Type | Investor Attendees | Meeting Date | Location | Feedback Positives | Concerns | Responsible Bank |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Wells Capital Management | LO | Lan Guo | 06/15/18 | BOS | —Impressed by management and acknowledges the reputable investor base the company already has<br>—Agrees that China has a much larger TAM and NIO will develop quickly in the coming years<br>—Thinks it is right way to have OEMs and partners for manufacturing | —Would like to learn more about NIO's future overseas expansion plans<br>—Competition from BWM/Benz/Audi with their upcoming China made EV/hybrid vehicles | CS |
| 2 | 1 | William Blair | LO | Anil Daka (Research Associate)<br>Derek Maleh (Research Associate) | 07/16/18 | Chicago | - Enjoyed the interactive session and meeting management<br>- Positive that NIO is offering investor test drives as it will really help demonstrate the quality of NIO's cars<br>- Looking forward to following the company and seeing it continue to grow | - Would like to understand more about the benchmarking metrics and how NIO will continue to distinguish itself from Tesla                          - Looking for more detail on how NIO plans to keep costs lower, prevents performance degradation, etc. | JPM |
| 1 | 2 | AIA | LO | Adrian Au | 06/06/18 | HK | - Likes the Company as they have clearly focused a lot of time developing their cars<br>- The equity story / concept is strong<br>- Acknowledge company's competitiveness in the industry | - Need more clarity on sales figures to be able to understand valuation and model growth/margins and FVs<br>- Initial order queue seems much shorter than 100,000 capacity target?<br>- Seems like there maybe a sales channel bottleneck and it takes time to educate sales and have sales capability catch up with production capacity<br>- Uncertainty on execution on production target as well as relying on other parties for quality control<br>- Concerns around production seems to be a common theme in the China auto circle especially EV<br>- Only Tesla is a direct comp but hard to compare as Telsa and NIO are in a very different stage<br>- Need some guidance on how to look at valuation in order to do more work | Citi |
| 2 | 2 | Axiom | HF | Alexander Harrison, Brad Amoils | 06/19/18 | NY | - Impressive company – solid strategy / operational plan, underpinned by advance technology<br>- Focused on charging station rollout strategy and EV sales plan | - Want to see product run rate by Q3 given impact on valuation | Citi |
| 2 | 2 | Baring | LO | Angela Zhou, William Fong, Nicola Lai | 06/07/18 | HK | - Thinks company has a good concept and good product<br>- Likes the fact that the company has government support to assist them<br>- Will be comparing company to Tesla<br>- Think it's a high profile deal and appreciate the early meeting<br>- The only China NEV play and a good pure China story<br>- 50% cheaper seems a good edge over Telsa<br>- Asked when will there be a group plant/ show room site visit. the team is interested to join | - It is hard to compare NIO to Tesla directly<br>- Need some guidance on how to value the Company<br>- There is execution risk given the lack of track record<br>- "No need to spend own money and most capex supported by investors" - seems a bit too good to be true<br>- Product risk and brand equity risk | Citi |
| 2 | 2 | Castle Hook | HF | David Rogers, Crist Rich, Max Cascante, Scott Pearl | 06/19/18 | NY | - Interested in visting NIO plant in July 2018<br>- Believes China will be a leader in EV market going forward and that NIO will be well positioned at that stage<br>- Very impressed by the company and management team, especially by NIO's go-to-market strategy and product.<br>- Interested and will do more work on a valuation | | BAML |
| 1 | 2 | Citadel | HF | Karl Richter, Michael Medeiros | 07/17/18 | Chicago | Very compelling market opportunity, with an impressive CFO who has done this before<br>Comes down to execution, but sounds like the Company is doing the right thing<br>Will be following the process closely; and likely deal participant (capable of substantial order; 10%)<br>ECM syndicate book expected to participate, and fundamental Asia tech book focused on it as well (one of Citadel's largest funds)<br>Will be in China in mid / late August and will seek to meet Company | | DB |
| 2 | 2 | D. E. Shaw | HF | | | NY | Has not met management | | GS |
| 2 | 2 | D1 Capital | HF | Ray Bao | 06/17/18 | NY | - Company has a strategic vision with a differentiated product in China, and they will be the beneficiary of favorable regulation locally<br>- Thinks this is a good buy given tariff trade wars | - Would like to understand customer retention data and innovation beyond base models | MS |
| 1 | 2 | Discovery Capital | HF | Tong Zhao (Analyst) | 06/14/18 | NY | - Have known Louis for a long time - he has built up a strong reputation among the investor community<br>- Investors will believe in the story and there will be a strong bull thesis at IPO<br>- NIO benefits from a first-mover advantage and is well positioned to capitalize on higher long-term margin opportunity given benefits afforded to local players<br>- Very clear market opportunity aided by the China EV tailwinds<br>- Significant ramp in vehicle production seems achievable and potentially conservative<br>- Will be helpful to the story to have cars in production at the time of the IPO | - Shanghai factory has a lot of potential - would like to learn more about it development and future productivity targets<br>- NIO is a strong brand name - need to determine if it will be positioned as a Tech company or consumer brand<br>- First-mover and near term advantage is clear - would like to better understand the long-term competitive moat<br>- Better understanding of potential domestic EV competitive landscape | JPM |
| 2 | 2 | Dragoneer | LO | Marc Stad | | SF | Very interesting opportunity, with tremendous upside<br>Focused on ability to ramp production with no execution issues, and manage the brand image; expects the Company to succeed<br>Top tier ECM deal player; capable of significant order | | DB |
| 2 | 2 | Driehaus | HF | | | Chicago | Has not met management | | Citi |
| 2 | 2 | DWS | HF | Has not met management yet | | | Very focused on global auto EV landscape, and has previously met members of NIO team in China<br>Seeking to do conference or video call in early August with NIO management (DB arranging)<br>If interested, capable of substantial order (c.10%) | | DB |
| 2 | 2 | Empyrean Capital Partners | HF | Patrick O'keeffe | 07/18/18 | LA | - Think the equity story of Company is phenomenal and indicated high interest of participating in the deal | | MS |
| 2 | 2 | Franklin Templeton | LO | | | NY | Has not met management | | Citi |

Confidential

UW_MS_00079143

| Original tiering by Banks | Revised Tiering | Investor | Investor Type | Investor Attendees | Meeting Date | Location | Feedback — Positives | Feedback — Concerns | Responsible Bank |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 2 | Gilder Gagnon Howe | LO | Arash Ganjian (PM) | 06/13/18 | NY | - Impressed by the management team and comprehensive presentation - clear that they know the business inside and out<br>- NIO is well-positioned given industry tailwinds and support from the Chinese government - the push for electric vehicle adoption will only continue to strengthen<br>- Believes NIO has an advantage over competitors within the premium and SUV business segments given the company's extensive knowledge<br>- Investors will give credit for management's forecasts given their strong reputations<br>- Plans to take long-term view on valuation - given the compelling story and expected growth, will look out 5 years+ and discount back to present value | - Interested in NIO's vision for the company and view of the market long-term. Sharing those goals and insights will attract investors who want to grow with the company over many years<br>- Would like to hear more about the potential impact of ride-sharing and their view on the expansion of that market<br>- More detail around the owner's experience outside of driving would be helpful - SmartAssistant, other features, etc.<br>- What will Tesla's impact be on the competitive landscape and will they be eligible for subsidies when they open their Shanghai factory?<br>- Spent time on foreign competition but would like to hear more about the domestic competition - who will their main competitors in 2-3 years? | JPM |
| 2 | 2 | GSA Capital | HF | Jinsong Du | 06/07/18 | HK | - Overall good management and company R&D capability | - Too early to give detail feedback<br>- Need to wait till their July model launch to check market feedback | MS |
| 2 | 2 | Indus | LO | Jimmie Newton | 06/19/18 | NY | - Liked the company and its vision after having an in-depth and informative discussion on the company's growth & profitability outlook as well as upcoming production deliveries & pipeline<br>- Impressed with NIO's competitive recharging subscription packages, ADAS and automation features (via Mobileye products) and an in-car AI assistant | - Will study further and would like to have more information regarding NIO's financials once available | UBS |
| 1 | 2 | Marshall Wace | HF | Hai-Tao Fuan | 06/06/18 | HK | —Very interesting business. NIO clearly knows the market very well and has a huge home advantage with entire manufacturing base in China, which will allow NIO to undercut any competition<br>—Very impressed with the proprietary technology they have around batteries, AI, etc.<br>—NIO has clearly thought through the infrastructure behind servicing products, which other comps like Tesla still haven't got quite right<br>—The target margins are higher than the investor had expected – looks like NIO makes 25-30% which is very impressive given the quality of the product<br>—The government subsidies will go away at some point, but not worried about that as its less of an issue given price point and by then they would have attained the scale<br>—Fair/trading value would be in line with Tesla given more growth here | —Would like to know about how service fee would cover the cost of services<br>—Want to know more about their rationale and strategy of production by 2020<br>—Would like to know more about how NIO would build entry barrier and compete with new comers<br>—Want to know how NIO would deal with wage growth issue<br>—Need to do more work on valuation. Can't compare only to another car manufacturer | JPM |
| 2 | 2 | Marsico | LO | Zach Smith (Research Analyst) | 07/16/18 | Chicago | - Management presents the story well<br>- Feedback received from independent suppliers was very positive<br>- NIO is well positioned for the large market opportunity in China and benefits from its first-mover advantage | - Focused on manufacturing and NIO's strategy to mass produce<br>- Would like a better understanding of the future competitive landscape and how NIO will continue to win | JPM |
| 2 | 2 | Martin Currie | HF | | | UK | Has not met management | | GS |
| 1 | 2 | Millennium | HF | Wei He, Jerry Jiang, Haoran Liu, Vincent Lui, Zoe Zhao | 06/07/18 | HK | - very intersted the deal, top focus across pockets in asia and us<br>- have done detailed work on EV sector and NIO in particular, will continue to engage<br>- appreciates that mgmt very presentable and business looks promising overall<br>- US team relatively more skeptical than Asia side given Tesla story turnout, but much more excited after the meeting and liked the mgmt a lot<br>- would like to do test drive and site visit if possible | - Focused on technical side of the technology, supplier control, production execution (yield, just in time monitoring etc.), battery cost curve, battery pack / switch model and economics, distribution model vs. the ICE car dealership distribution, R&D team etc.<br>- Tough to say on valuation given financials weren't focus of discussion<br>- Questions on how to scale/expand manufacturing process to gain share. Rivals Tesla with discount: not sure how big the discount will need to be vs. tesla but it will have to be a discount given the differences in scale.<br>- Key risk is if can deliver mass production on time/ if product quality is as good as promised | GS |
| 3 | 2 | Morgan Stanley Investment Management | LO | Chelsea Hua | 07/03/18 | SG | Likes market segment approach, and car price very attractive<br>Focused on ability to mass produce vehicle with quality and safety assurance<br>More visibility on production the better | | DB |
| 2 | 2 | Neuberger Berman | LO | Gabe Cahill | 07/20/18 | LA | -Love the story, the CFO is fantastic<br>-Tailwind: China subsidy and beneficial EV regulation; I love the fact that their suppliers are less than 300km's away from their plant | -Unknowns: they have a large service component to their customer value proposition – at least for the Chinese market, understanding the numbers / cost associated with it would be helpful<br>-Manufacturing efficiency will be an important component. Early data to help substantiate a monthly run rate and ability to grow that run rate without incidence will be helpful for those scarred by TSLA. | GS |
| 1 | 2 | Nuveen | HF | David Lund | 07/16/18 | Chicago | - Liked story and keen on future participation<br>- Impressed with how far company has come in such a short time - Engineering in Germany, AV effort/Tech in Silicon Valley, Production in China, etc.<br>- Attractive fundamentals – Chinese public / government support for EV | - Chinese market fundamentals<br>- Recent ADR after-market performance<br>- Short track record of production and deliveries thus far – minor consideration since there will be more datapoints in September | Citi |
| 1 | 2 | Och-Ziff | HF | | | HK | Has not met management, only did site visit on 1 Aug | | GS |
| 2 | 2 | Partner Fund | HF | Edward Sun | 06/18/18 | SF | Very positive on story and likely deal participant<br>Would have liked to attend site tour but was conflicted during Q2 US earnings season | | DB |
| 1 | 2 | SAFE | SWF | Qingshan Hao, Boning Xie, Chuanchuan Shen, Duo Li, Ruda Yang | 07/09/18 | BJ | - Appreciate NIO's strong pre-IPO shareholder base, should be a good starting line for the IPO<br>- Management has a clear idea for future prospects of the company with plans to expand into the US<br>- ES8 SUV looks good from both a user and aesthetic point of view. Interested in how NOMI will continue to develop as the in-car AI-system<br>- EV market growing in China; NIO should get some good consumer traction like Tesla<br>- Want to do more fundamental research into getting a good valuation for NIO | | BAML |
| 3 | 2 | Sands | HF | | | DC | Has not met management | | GS |
| 4 | 2 | Seatown | HF | Eddie Ong | 07/02/18 | SG | - Interesting products and advanced technology<br>- Strong pre-IPO backers to enhance NIO's credibility | - Wanted to know more on how NIO can use pricing strategy to acquire market share under the competitive landscape in China<br>- Company has no manufacturing base and relies on third party<br>- Would like to have more colour on execution risk<br>- Valuation is important and would expect certain discount to Tesla | UBS |

Confidential

| Original tiering by Banks | Revised Tiering | Investor | Investor Type | Investor Attendees | Meeting Date | Location | Feedback | | Responsible Bank |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Positives | Concerns | |
| 1 | 2 | Segantii | HF | Adam Weinrich | 06/07/18 | HK | - Expressed strong interest in the Company<br>- Clear leader in the China EV market's premium segment especially as NIO has already launched a production vehicle, contrasting it with many other companies which are still at the conceptual stage<br>- Captures the backdrop of supportive government policy in promoting electric cars and cleaner environment. NIO also emerged as a champion from China's recent efforts in boosting its high-tech industries<br>- Capable management, good presentation | | UBS |
| 2 | 2 | Senator Investment Group | HF | Todd Cuccia | 06/12/18 | NY | - Impressed with management team and the huge market potential<br>- Thinks the product is clearly differentiated and the AI is impressive<br>- Wants to be kept updated on the transaction | - Overall China macro and the competition in the EV space | MS |
| 2 | 2 | Teng Yue Partners | HF | Jim Cheng | 06/13/18 | NY | - Very interested and know company well – meeting again soon locally in China | - Some concerns on production/execution capabilities as untested and also on sector competition (Volvo entering Chinese market) | MS |
| 1 | 2 | Thornburg | LO | Ted Chang | 06/18/18 | SF | ─Very interesting company, came away more intrigued than expected<br>─Clearly a high profile company that has raised a substantial amount of $ with the strong connection of outstanding talent, important themes, and tier 1 VCs<br>─The concept / idea sounds very interesting. Definitely buys into the concept. Strategy is sound according to Ted<br>─Likes how they're using suppliers and not trying to do everything in house themselves<br>─Order momentum seems to be good (although early) | ─What's the right valuation? Given no financials, should one price closer to premium Auto OEM or try for the software multiple<br>─Deserves a premium Auto OEM multiple but not a definitely a software multiple<br>─All conceptual (concept is great) but no real production yet so hopes to realistic valuation | CS |
| 1 | 2 | Tiger Global | HF | Edward Lei<br>Griffin Schroeder | 06/14/18 | NY | Very positive on market opportunity and familiar with NIO; expect IPO participation (capable of substantial order; 10%)<br>Would have liked to attend site tour but the PM just had a baby so was conflicted | | DB |
| 2 | 2 | Tide Point Capital Management | HF | Ben Chaiken | 06/12/18 | NY | - Very interesting story – TSLA of China, but at a more affordable price and with better ancillary benefits that will likely appeal to consumer (e.g., on demand charging)<br>- No dealers – straight to consumer<br>- Premium, smart EV - Premium SUV category is going to be the future, and that is where NIO is positioned<br>- Artificial Intelligence is the differentiator + network + product + government tailwinds (installing chargers)<br>- Thinks this is a very interesting way to play expansion of EV's into China, with a pricing edge vs competitors and full government support that could streamline a more seamless roll out<br>- An additional differentiator is the service platform that is sold along with the car – that consumers don't have with TSLA | | MS |
| 3 | 2 | Value Partners | LO | Louis So, Michelle Yu | 06/07/18 | HK | - Impressive company with a highly reputable and extensive pre-IPO investor base. Informative meeting with management<br>- Liked the integrated value chain with strong supplier relationship<br>- Convincing plan in terms of building its autonomous driving and batteries | - Would like to have more clarity on future earnings and need to study further on profitability forecasts to get comfortable around valuation | UBS |
| 2 | 2 | Viking | HF | Michel Zhang | 06/13/18 | NY | - Enjoyed the meeting with management and thought that the meeting was very productive<br>- Need to conduct due-diligence after having multiple meetings with management - ideally in early September before the IPO<br>- Would be intersted in driving the car and visiting the plant<br>- Need to do do more work to value the company | - NIO needs to price well for a successful launch given the additional 4-5 pure EV competitors coming up in the market | BAML |
| 1 | 2 | Winslow | HF | Roger Mendel | 06/14/18 | NY | - Impressive equity story; differentiated investment exposure and value-add<br>- Unique market opportunity combined with government support | - Significant offer size / valuation ask given lack of long-term commercial track record<br>- Participation predicated on valuation | Citi |
| 4 | 3 | 3W Fund | HF | Weiwei Wu, Felix Zhou | 07/11/18 | SH | - Looks forward to conducting a site visit to assess the extent of manufacturing capabilities<br>- Will focus on NIO from a P/S basis with DCF as well as earnings basis in the longer run | - NIO will need to execute their pricing well for a strong performance | BAML |
| 3 | 3 | Aberdeen | LO | Pruksa Iamthongthong | 07/03/18 | SG | - Meeting went very well and was impressed with the market opportunity<br>- Likes the technology and the differentiated angle<br>- Thinks that there is a huge growth potential<br>- Would like to be updated on the deal progress | Would like to do more work to see how to value company | MS |
| 3 | 3 | Allianz | LO | Danny Su | 06/18/18 | SF | Liked the story and clear market opportunity<br>Evaluating execution issues and de-risking ability to ramp to meet ambitious production targets | | DB |
| 3 | 3 | Anchorbolt | HF | Paritosh Batra, Mike Burley | 07/16/18 | Chicago | - Would like to do a site visit<br>- Fascinating story. But ultimately decision will come down to price range and valuation<br>- Difficult to compare given that Tesla is only notable comp<br>- Timing wise: Important to execute at opportune time to receive optimal funding<br>- Interested in the battery-swapping aspect - added focus of brand loyalty<br>- Very large market regarding individual preference for EVs - people have received Tesla well and this should be no different for NIO's reception | | BAML |
| 3 | 3 | Ariose Capital | HF | Lan Tian (Analyst) | 07/11/18 | SH | - Promising company if management could keep up their promise<br>- Think the general electronic vehicle market has great potential<br>- Government subsidy and support on developing electronic vehicle industry make it an very interesting investment opportunity | - Would like to know more details on monetarization potential and manufacturing cost<br>- Have to monitor the market closely given its recent volatility brought by trade war as well as the competition on investor money in the IPO space | JPM |
| 3 | 3 | Avanda Investment Management | LO | Wei Fa Hong | 07/03/18 | SG | - Likes the theme<br>- Government is defintely supportive of the space<br>- Wants to be kept abreast on any developments | - Not sure how to value the company at this stage | MS |

Confidential

| Original tiering by Banks | Revised Tiering | Investor | Investor Type | Investor Attendees | Meeting Date | Location | Feedback Positives | Concerns | Responsible Bank |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 3 | Carmignac Gestion | LO | Haiyan Li, Nan Ou | 06/11/18 | LDN | —Want to be kept posted on progress and would really like to hear more on NIO when it's hitting the road<br>—Investors will refer to the Tesla story and the problems it is having now and will try to apply it to NIO, but China is totally a different market and believe NIO can learn from Tesla's experience<br>—Like how the company positions itself in the brand positioning / MSRP, large TAM | —Would like to see NIO's cars being delivered to more people and therefore can get some data on consumer satisfaction level<br>—Would like to hear more about (ongoing or potential) collaboration between OEMs, other car companies and Tesla<br>—Have not seen a successful Chinese 'premium' car brand in the international market yet, so NIO will have some challenges to face which will be different to Tesla's route in the US | CS |
| 4 | 3 | Causeway Capital Management | LO | Fusheng Li, James Doyle | 07/18/18 | LA | - Very interested but are effectively at stage 1 of diligence<br>- Good story, TSLA tariffs help, obviously solid backing and management | Some execution risk but if the numbers do materialize, can participate in size | MS |
| 3 | 3 | Cloudalpha | HF | Chris Wang (Partner and CIO)<br>Gary Hsu (Analyst) | | HK | - Keen on the deal and think this is a very compelling investment opportunity<br>- Think NIO clearly differentiates itself as in the China EV market and can see real potential in the market<br>- Would like to be posted on the deal | | JPM |
| 3 | 3 | Clough | HF | Brian Chen | 06/15/18 | BOS | —Was very impressed with the CEO - that introduced the car in the video - clearly - a visionary - making a car, distributing, and maintaining is not easy to do - particularly in the 2 year window that they spoke of<br>—Would like to meeting management during roadshow | —Company doesn't have a proven track record yet and the history of the company is rather short<br>—Will come down to valuation | CS |
| 3 | 3 | CP Group | Corporate | Zhiming Yue, Jane Chen, Xiaomin Wang, Xiaoyi Li | 06/07/18 | HK | —Interested in NIO and will do more work, especially regarding the industry and potential synergies<br>—Asked to keep them updated on any development + timetable | —Will monitor closely the delivery schedule as this will be one of the key factors to support Company's growth expectations<br>—Profitability once the government stops the subsidies | CS |
| 1 | 3 | CQS | HF | Lincoln Li (PM) | | HK | - Indicated interests very early on and remained highly interested on the deal<br>- Lincoln is a big believer in EV and is very positive of NIO's future<br>- Lincoln knows NIO very well as he has invested and now sitting on the board of a large EV recharging facility operator in China that work together with NIO. He has met Company professionally much in the past<br>- Unable to join the group site visits due to conflicts, but would be interested if there is any future ones | | JPM |
| 3 | 3 | DSAM | LO | Seth Kirkham | | UK | Has not met management | | MS / GS |
| 3 | 3 | Eaton Vance | LO | | | UK | Has not met management | | Citi |
| 4 | 3 | Elephas | HF | Jonathan Cai, Fangda Sun | 07/11/18 | SH | - Interesting company and management. Presentation was well-rehearsed with management showing strong levels of confidence in their product<br>- Would like to do more fundamental research regarding the valuation of the company<br>- Minimal competition within the EV market space at the moment, good opportunity for NIO<br>- Would like regular updates on NIO's progress | - Potentially increasing competition base means that NIO must price well to succeed | BAML |
| 4 | 3 | Farallon | HF | Vikram Bagaria | 07/03/18 | SG | Impressed with company; high quality product and cost efficient<br>Supportive of EV theme in China; will run numbers (sales, capex, growth) to come up with fair value | | DB |
| 2 | 3 | Fullerton | HF | | 07/03/18 | SG | 1. Has been following the Company for a while and well understood the business model<br>2. Thinks the management is very engaging and professional<br>3. Would like to follow up on the process | 1. Profitability. CFO gave some numbers on cost and profitability per car, as well as other expenses (which apparently is mostly in showroom). Need to pin down. CFO claimed Nio will be able to make money in three years, and that they are so competitive because they produce locally, no tariffs etc. But this is assuming zero direct competitors upcoming in their space at that price point. Might not be the case.<br>2. Demand/Supply. CFO confident they will be able to sell every car they make. No doubt around that – smaller volume, novelty, right segment etc. But real consideration is not just about the supply and demand, rather in the offering and proposition. We should not view this like we do a traditional OEM, which means that the typical metrics don't quite apply. It's like a lifestyle (smart apps etc in the car – CFO claimed this is unique, but have seen other OEMs like Daimler claiming to do the same thing. Would like to see how good are those offering beyond just the driving experience?<br>3. Competitors. CFO didn't want to be compared to Tesla, but he did himself keep pointing back to Tesla. Said production issues would not happen to them. But not easy to make a car, and it's certainly not easy to make a good one. Beyond this need to know the real value that is being offered. | GS |
| 2 | 3 | GAM | LO | | | HK | Has not met management | | GS |
| 2 | 3 | Granite Point | HF | Chiheng Tan | 06/15/18 | BOS | —Like the story and the management team. Really amazing that they have assembled such a global high quality team<br>—Agree with their TAM and overall macro assumptions<br>—Believe they can hit their product and manufacturing goals | —Real question is can they really create China's first luxury brand (in any category) that can compete against Benz, Audi, BMW and Tesla. China overall now has "value for money" brands like Xiaomi and perhaps huawei but no real luxury name. Once more, they have a two year window to execute this strategy. EV is a relatively new space so it is not impossible but not easy<br>—For valuation, would consider price to sales, ev/ebitda 3 years out —Tesla is the natural comp | CS |
| 4 | 3 | Graticule | HF | Ivan Vatchkov, Sriram Vasudevan, Victor Chen | 07/02/18 | SG | - Impressed with management's preparation for investor meeting; highly polished and well rehearsed<br>- Found the product very impressive, should be received well in the market<br>- Optimistic towards China's EV market, NIO should have a strong upside if deal executed appropriately<br>- Not many notable comps<br>- Need to do more work relating to valuation | - Will the firm be able to scale production to meet growing demand as product hits the market | BAML |
| 1 | 3 | Harvest Fund Management | LO | Alan Wang (US TMT Equity Analyst, QDII PM)<br>Darcy Lee (Analyst) | 07/09/18 | BJ | - In general, they like it<br>- One of the PMs actually ordered a car from NIO so they are very supportive for the product and think that this car does belong in the luxury segment<br>- They are looking forward to the site visit and will remain very engaged<br>- Will do more work on valuation once the site visit is over | | JPM |

UW_MS_00079146

| Original tiering by Banks | Revised Tiering | Investor | Investor Type | Investor Attendees | Meeting Date | Location | Positives | Concerns | Responsible Bank |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Feedback** | | |
| 3 | 3 | Jericho | HF | Conan Gu Kendrew Tan | 06/19/18 | NY | Very positive on story; want to participate<br>Understand market dynamic and opportunity and see NIO as a front runner<br>Conan Gu (PM) was in China recently and visited NIO house and test drove the car (believe coordinated with Nick Wang post TTW meeting) | | DB |
| 4 | 3 | Keywise | HF | Lei Zhang, Jack Chen | 07/09/18 | BJ | - Liked the management team, knowledgeable on both the market and the product<br>- More valuation work needs to be done. Good pricing should translate to a good performance for NIO<br>- Would like to stay updated on NIOs progress<br>- Battery swapping concept makes sense. Would like to see how this works out in real-life application | - How will price of batteries affect their ramp up | BAML |
| 4 | 3 | Kylin | HF | Sean Zhao | 06/19/18 | NY | - Believe NIO has good fundamentals and excellent strategy going forward in the EV market<br>- Minimal notable comps - just Tesla<br>- Knowledgeable management who are confident in the future prospects of NIO<br>- Interested, but will need to do more work regarding a valuation | - How tenable is their strategy without government subsidies<br>- Additional car makers entering market; valuation level will play a large role relating to the success of the IPO | BAML |
| 3 | 3 | Lansdowne Partners | HF | Adrian Bougourd | 06/11/18 | LDN | —Lansdowne met management a year ago and liked the story then. They said the momentum gained in the interim is very impressive as the market structure has come their way. Hence, they like it even more now<br>—The overall market seems to have this white space at the price point NIO are pursuing with a ton of mass market competition that is unlikely to push up the value chain from a product perspective. They are too focused on the low end/mass and haven't delivered the product. This provides NIO the chance to be very productive at this level and build brand awareness<br>—A notable comparison was drawn between Tesla who have made it unclear what they're going after and their ability to pursue this economically is totally in question. NIO have contracted a three year path to profitability and are only producing in China where as TSLA face four issues: global sourcing missed tax breaks, producing in 31 countries, labour costs are 10x the amount of NIO and no partnership in China with local players<br>—Management spoke to post loss years to bridging to 5% EBIT margin to then a 10% EBIT margin by 2020. Given OEM's can get to 10% margins and NIO's cost base is far lower this should be a starting point | —Would like to know NIO's brand positioning goal and future strategy<br>—Would like to know whether there are sufficient products that are building brands at the mass level that could credibly push up into the mid-tier segment<br>—Want to know the profitability at the lower price points and how might that evolve over time<br>—Would like to know how OEM model evolves over the next five years and chances that cause the big players to get their act together and credibly take on a NIO or Tesla from a price perspective | JPM |
| 3 | 3 | Legatum | LO | Damien Tran Dominic St George | 07/02/18 | Dubai | - Looked at the company during pre-IPO phase<br>- Liked the Company and its positioning, finding the story compelling<br>- Glad to know that the company has started shipping cars recently and more progress will be made over the next few months<br>- Understand NIO's competitive advantages and it is critical for them to deliver on 2020 / 21 targets | - Would like to be updated on the latest development on production and shipping, so as to validate the mass production / business and give more comfort on visibility<br>- Concerned about the broader market back-drop especially given the ongoing Sino-American trade war | UBS |
| 3 | 3 | Longlead | HF | Bob Qian | 07/03/18 | SG | —Innovative model for changing battery etc.<br>—Strategic market positioning<br>—IoT application could have great potential | —Unproven track record. Asset light model means they have less control on production than competitors. Also quality is a potential issue<br>—Valuation – comping against Tesla makes sense. But would compare NIO against Tesla today instead of Tesla in 2010, plus a discount | CS |
| 2 | 3 | Macquarie | LO | Phoebe Hong (Senior Analyst) | | HK | - Interesting story and like the management<br>- Like the exposure to China EV story and think NIO's internet theme and connectivity focus is set to disrupt traditional transactional model<br>- Feel that NIO has some home advantage with entire manufacturing base in China | - NIO would still need to prove that it is "better than Tesla"<br>- Would need to further understand channels, component sourcing, market sizing and entry barrier of creating a new luxury auto brand in China<br>- Would like to see how sales numbers come through | JPM |
| 3 | 3 | McNab | HF | | | NY | Has not met management | | GS |
| 3 | 3 | Moon Capital | HF | Nicholas Lee | 06/19/18 | NY | - Differentiated product pricing / positon within Chinese auto space - premium level product at affordable price point<br>- Accommodative government policy driving long growth runway<br>- Impressive motor technology; proven in competitive circuits<br>- Tier 1 suppliers and best–in–class production specialists<br>- Low-cost add-on offerings to improve customer monetization and expand margins<br>- Ferrari is the top comparable | - Market still immature – best practices yet to be established<br>- Cost of building out a nation-wide charging network | Citi |
| 4 | 3 | Mubadala | SWF | Mohamed Al Badr Andres Rodenas | 07/02/18 | Abu Dhabi | - Liked the company and would like to assess this opportunity on a longer term basis<br>- More focused on private investment opportunities but would continue to follow NIO's development and seek areas of coorperation going forward | - Believed the next 3 years will be key in terms of executing and implementing NIO's plans | UBS |
| 3 | 3 | NWQ Investment Management | LO | Peter Boardman | 07/18/18 | LA | - Interested in story and is keen to be kept updated on developments with the deal | - Would like to see at least a couple quarters of shipping promises made on time with inventory management being a key risk<br>- Sector competition in China | MS |
| 2 | 3 | Oaktree | LO | Karen Wang | 07/16/18 | SF | - Differentiated asset<br>- Impressive scope and technological capabilities | - Focused on ability to ship volume<br>- Wants to learn more about tech differentiator | Citi |
| 4 | 3 | Pinpoint | HF | Xu Lei | 07/11/18 | SH | - Like the company and looks forward to thevisit the site to assess NIO's manufacturing capability<br>- Really likes the company's concept, but an investment decision will be determined by its valuation<br>- Would like to understand NIO's existing valuation and have a better understanding of NIO's broader picture; would like to do more work regarding this | | BAML |
| 2 | 3 | Pointstate | HF | | | NY | Has not met management | | GS |
| 2 | 3 | Prime Capital | HF | Liu Qiang (PM) Chen Chuan (Analyst) | 07/11/18 | SH | - Quite keen on the deal and want to meet with management again<br>- Impressed with management's knowledge and vision on the future growth of this industry<br>- Think the general electronic vehicle market is very fast-growing and has great potential<br>- Show a strong interests in Nio's product and looks forward to the test drive | - Would like to further understand company's strategy to retain its competitive advantage<br>- Key focus would be monetarization and profitability | JPM |

Confidential

| Original tiering by Banks | Revised Tiering | Investor | Investor Type | Investor Attendees | Meeting Date | Location | Feedback Positives | Feedback Concerns | Responsible Bank |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 3 | Primecap | LO | Greg Molinelli | 07/18/18 | LA | - Focused on delivery plan and market share, which thinks the Company is on track for its plan<br>- Likes the management | - Focused on solving supply chain issue while Tesla didn't do well in this regard<br>- Can elaborate on the competition from both domestic players, OEMs and Tesla's ongoing China expansion<br>- Can lay out clearly the things that Tesla did wrong but NIO did right | GS |
| 2 | 3 | Regal | HF | Randy Cheung | 07/02/18 | SG | - Interested in the company and would like to study more on its growth story<br>- Did the site visit on 1 Aug and will get back to bank with more feedback | | Citi |
| 3 | 3 | Silk Road | SWF | Dan Wang<br>Yue Zhou<br>Yujie Liu<br>Tiandu Wu | 07/19/18 | SH | - Had a good meeting<br>- William was very articulate and convincing in his communication, disrupting the way Silk Road saw EV manufacturers | - Uncertainties over aftermarket performance | UBS |
| 3 | 3 | Sinorock | Chinese Fund | Guo Lv, Yi Zhang | 07/09/18 | BJ | - Zhang Yi conducted a site visit in Hefei on July 23. Several observations:<br>- Was highly impressed by the manufacturing plant's process management;<br>- High degree of autonomation in the factory, approx. 70~80% automised;<br>- Did a test drive and was impressed by the car itself<br>- Impressed with the quality of the cars as well as the price point<br>- Positive sentiment towards NIO; think it's the best amongst Chinese EV market<br>- Like that NIO is targeting the premium market portion of the Chinese market | - NOMI's functionality is not being fully maximised; a lot of room for improvement | BAML |
| 2 | 3 | Snow Lake Capital | China fund | Sean Ma | 06/08/18 | HK | —Knowledgeable and experienced management team, impressed<br>—Great company with high growth potentials which is in the right industry for China<br>—Thinks China's market will allow the Company to grow in its expected speed<br>—Having clear advantages compared to imported EVs like Tesla (in terms of price) and local EV companies (in terms of quality) | —Would need to do more work in this space and will not only look at Tesla for benchmarking (focusing on the production vs. valuation)<br>—Key focus will be when will the Company fully deliver its first batch of large quantity of cars<br>—Uncertainty on the Company's self-owned factory | CS |
| 2 | 3 | Taikang Life Insurance | LO | Zhang Xing Xin (Rsearch Manager)<br>Jerry An Chi Peng (Analyst) | 07/09/18 | BJ | - Meeting went well and is keen on this deal<br>- Signed up for the site visit and will do more work after this | - Valuation will be a main factor of consideration<br>- Wants to look at the product and see how the market receives it<br>- Really hope to get more numbers/disclosure on financials. Thinks that sales volume is key as selling fewer cars would compress margins | JPM |
| 2 | 3 | Third Point | HF | | | NY | Has not met management | | GS |
| 2 | 3 | Tybourne | HF | Karan Danthi | 06/28/18 | HK | - Informative meeting, has been aware of the IPO and studied the opportunity closely | - Understand company is reverting on Investor's initial question on key operational staff bio and on the organizational set of NIO<br>- UBS is separately addressing investor' question on capacity & production ramp up | UBS |
| 3 | 3 | UBS O'Connor | HF | Mike Martin | 07/17/18 | Chicago | - Impressed that NIO has both variable and fixed cost advantanges in their car manufacturing<br>- Intrigued by the swappable battery system<br>- Forward-looking strategy with intentions to commence sales in the US once their cash flows break-even in China<br>- Interested in the partnership NIO has with Baidu; but would like to know more regarding their use of software in the vehicle<br>- Would like to have regular updates on NIO's execution progress and the upcoming IPO | - Key is manufacturing capabilities to meet demand<br>- Concerns over supply of battery and their prices | BAML |
| 3 | 3 | WCM | HF | | | NY | Has not met management | | GS |
| 2 | 3 | Whale Rock | HF | Alex Sacerdote<br>Wei Guo | 06/15/18 | BOS | —Overall very interested. Awesome company targeting a very good niche<br>—Interesting to see the high quality of the team they have put together<br>—Wants to be kept informed about timeline of the deal | —Would like more clarification around the battery source, SIC adoption | CS |

Confidential