# EXHIBIT 15

**J.P.Morgan**

North America Equity Research
14 January 2019

# US Autos & Auto Parts

## Takeaways from JPM's CES Auto Tech Conference for Aptiv, NIO, & Veoneer

We hosted the managements of two high technology auto parts suppliers (Aptiv & Veoneer) and one automaker (NIO), at the J.P. Morgan Tech Forum conference at the Bellagio on the sidelines of last week's Consumer Electronics Show (CES) in Las Vegas. We also hosted investor tours to showcase Aptiv and Veoneer's latest products and technologies and participated in an autonomous driving demonstration hosted by Aptiv. Some common themes emerged, including that the China market has recently softened notably and is expected to remain soft in 2019, that LiDAR will be key for achieving Level 3 (L3) and greater capabilities, and that while L4/L5 capable vehicles may increase in penetration more slowly than was previously envisioned (given cost considerations, and to some extent regulatory brakes), at the same time suppliers are seeing increased demand for products to support L2/L2+ capabilities (including because of greater ability for automakers to monetize, given strong underlying demand). Detailed takeaways for the firms we hosted at the J.P. Morgan Tech Forum are as follows, with select takeaways briefly summarized below.

- **Aptiv (APTV; Overweight):** We hosted Aptiv's Chief Technology Officer & President of Mobility Services Glen De Vos, and President of Autonomous Mobility Karl Iagnemma at the J.P. Morgan Tech Forum. *Key takeaways include: (1)* New Las Vegas tech center now has 300 employees operating and testing service self-driving vehicles; local Lyft collaboration starting to show positive results; *(2)* L4/L5 autonomous is likely to be pushed out, given the extra costs currently involved, with L2/L2+ as the key focus for OEMs near-term; *(3)* LiDAR will be key for L3+ autonomous; *(4)* Adoption of SVA (Smart Vehicle Architecture), benefitting Aptiv's Signal & Power Solutions segment, will be spurred by the increased need for power and data processing spurred by developments separately benefitting its Advanced Safety & User Experience segment (e.g., ADAS and autonomous driving) and by vehicle electrification; *(5)* Aptiv is making a big push toward expanding its software capabilities, with fully 35% of its engineering workforce now consisting of software engineers; and *(6)* Integration of nuTonomy acquisition progressing well.

- **NIO (NIO; Neutral):** We hosted NIO's CFO Louis Hsieh at the J.P. Morgan Tech Forum. *Key takeaways include: (1)* NIO logged stronger than expected ES8 deliveries in 4Q, but noted December benefitted from some pull-ahead of sales, suggesting January will likely be softer; and *(2)* Demand for the ES8 is significantly outpacing that for the Tesla Model X, and management feels good also about the value proposition for its upcoming ES6 relative to the Tesla Model 3; *(3)* NIO updated on the prospect of a wholly-owned assembly plant, suggesting new rules make it potentially easier to obtain a license, but it is in no rush, given ability to expand existing capacity and bevy of alternative options; and *(4)* Experience with battery-swapping program has not proven problematic, differentiates NIO from the competition via reduced charging time and extended practicable range.

**Autos & Auto Parts**

**Ryan Brinkman** [AC]
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com
Bloomberg JPMA BRINKMAN <GO>
J.P. Morgan Securities LLC

**Rajat Gupta**
(1-212) 622-6382
rajat.gupta@jpmorgan.com
J.P. Morgan Securities LLC

**Daniel J Won**
(1-212) 622-3221
daniel.j.won@jpmorgan.com
J.P. Morgan Securities LLC

**Aayush Gupta**
(91-22) 6157-3363
aayush.gupta@jpmchase.com
J.P. Morgan India Private Limited

**China Autos**

**Nick Lai**
(852) 2800 8543
nick.yc.lai@jpmorgan.com
Bloomberg JPMA LAI <GO>
J.P. Morgan Securities (Asia Pacific) Limited

See page 7 for analyst certification and important disclosures, including non-US analyst disclosures.

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
14 January 2019

J.P.Morgan

- **Veoneer (VNE; Not Covered):** We hosted Veoneer's CEO Jan Carlson, new Chief Technology Officer Nishant Batra, and outgoing CFO Mathias Hermansson at the J.P. Morgan Tech Forum. We also participated in a Veoneer autonomous driving demonstration. *Key takeaways include: (1)* Management provided an update on global end-markets, characterizing China as softer and uncertain, Europe mixed, Japan flat, Rest-of-Asia growing, and North America strong but peaking; *(2)* Veoneer announced a significant LiDAR win for a robo-taxi application at the show; *(3)* Despite the LiDAR award, it was communicated that L4/L5 autonomous penetration may be pushed out relative to prior expectation (but that significant growth is expected in L2/L2+ penetration near-term); *(4)* Management revisited commentary at the time of 3Q earnings that suggests potential downside to near-term financial targets and potential upside to medium-term targets; and *(5)* Management expects better sales and margin for its Brake Systems business (~20% of sales) going forward.

2

WERNER01081

SABRY-0000153

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
14 January 2019

J.P.Morgan

## Aptiv (APTV, OW)

**Aptiv's Senior Vice President, Chief Technology Officer & President of Mobility Services Group Glen De Vos, and President of Autonomous Mobility Karl Iagnemma, both presented at the J.P. Morgan Tech Forum on the sidelines of CES.** What follows is a compilation of takeaways from that presentation, our separate investor tour of Aptiv's booth at CES (showcasing multiple product technologies), and our participation in an autonomous driving demonstration.

- **New Las Vegas tech center now has 300 employees operating and testing service self-driving vehicles; local Lyft collaboration starting to show positive results.** Aptiv now has 300 employees in a new tech center built in Las Vegas over the past year. The company now has 75 autonomous vehicles in operation in the Vegas area, of which 30 are on the Lyft network, clocking over 30,000 hours of passenger rides on a cumulative basis, all while earning an average 4.95 out of 5 rating by Lyft customers. Our own experience was impressive, reinforcing our view that Aptiv is well positioned to be a leader in this burgeoning segment of the auto industry. We had the chance to ride in a highly autonomous vehicle over fully an hour period in heavy real world Las Vegas traffic. The backup safety driver never engaged with the vehicle's controls (in contrast to our ride last year, in which the driver engaged on a couple of occasions), except when driving briefly on private land for which the vehicle was not permissioned to drive in autonomous mode. The driving experience continues to improve over prior years, speaking to the improvements in the vehicle's radar, LiDAR, and camera sensor suite (it partners with Mobileye in vision systems) and its maturing driving policy and controls.

- **L4/L5 autonomous is likely to be pushed out, given the extra costs currently involved, with L2/L2+ as the key focus for OEMs near-term.** For the personally owned market, Aptiv noted that the cost of an automotive grade L4 autonomous system is currently prohibitive. OEMs are currently primarily focused on L2 and L2+ systems which are in demand by the consumer and at the same time high margin & ASP for the OEM as well. For L3, due to the functional safety requirements associated with transferring control to the car, the incremental investment and related cost is not currently justifiable for the incremental benefit for most consumers. Further, management noted that until the cost of LiDAR and certain other autonomous components comes down, L2+/L3- will be the focus area for OEMs. Aptiv believes the economics of the opportunity make a lot more sense when looking to commercial fleet operators, given that the cost savings associated with removing human drivers can help to defray the expensive componentry. Aptiv believes that by the early 2020s, the industry could see initial deployments of driverless vehicles which could reach significant scale by 2024/2025+.

- **LiDAR will be key for L3+ autonomous.** APTV defended their preference for LiDAR + camera systems over just cameras for autonomous driving. They noted that there is significant advantage to having multiple distinct sensor modes, and a backup system that relies on different failure modes. They view the use of multiple sensors as smart from a safety perspective and from an industrialization perspective. They noted that LiDARs offer some unique capabilities that other sensor modes do not, including the ability to perceive very well in darkness, long range geometric information, etc. Management acknowledged LiDAR remains very expensive, although costs are already on their way down.

WERNER01082    3

SABRY-0000154

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
14 January 2019

J.P.Morgan

- **Adoption of SVA (Smart Vehicle Architecture), benefitting Aptiv's Signal & Power Solutions segment, will be spurred by the increased need for power and data processing spurred by developments separately benefitting its Advanced Safety & User Experience segment (e.g., ADAS and autonomous driving) and by vehicle electrification.** One of the key areas of focus for Aptiv at CES this year was the industry's expected pivot to Smart Vehicle Architecture (SVA) and how Aptiv is looking to enable that shift. The signal and power distribution architecture of today's vehicles were by and large invented in the late 1990s and never contemplated the significant increase in demand for signal processing and power distribution. The growing plethora of cameras, radars, LiDARs, and ultrasonic sensors, etc. is requiring both more processing power and more electricity. At the same time, there has been substantial growth in power-hungry creature comforts (e.g., 32-way power seats, heated and cooled seats and cup holders, etc.) and advanced infotainment systems, along with the electrification of the powertrain (which requires heavier duty / higher voltage wiring, etc.) means that existing architectures will require complete overhauls to keep complexity and weight manageable. Aptiv believes such systems will add more value to the customer and that it is best positioned to capitalize upon this trend. Management expects a large-scale shift toward SVAs to occur during the 2022-2025 timeframe.

- **Aptiv is making a big push toward expanding its software capabilities, with fully 35% of its engineering workforce now consisting of software engineers.** While hardware remains an important aspect of Aptiv's business, software is a rapidly expanding portion of Aptiv's business and workforce. Today, Aptiv employs ~18,700 engineers, up from ~17,000 a year ago, with fully ~6,000 of these employees being software engineers currently.

- **Integration of nuTonomy acquisition progressing well.** Management explained that the acquisition of nuTonomy was done primarily to improve the organization's speed, scale, and skillset when it comes to autonomous driving. The acquisition represented a doubling down in the autonomous space, with engineering strength expanding in multiples since the deal (now ~700 engineers are focused on developing autonomous driving software). The acquisition filled key gaps for both Aptiv and nuTonomy from both a software and hardware perspective, respectively, and allowed for the development of a software stack that was superior to that which either company possessed independently.

North America Equity Research

WERNER01083

SABRY-0000155

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
14 January 2019

J.P.Morgan

## NIO Inc. (NIO, N) — Covered by J.P. Morgan China Autos Analyst Nick Lai

**NIO's CFO Louis Hsieh presented at the J.P. Morgan Tech Forum on the sidelines of CES.** Key takeaways from our discussion are as follows:

- **NIO logged stronger than expected ES8 deliveries in 4Q, but noted December benefitted from some pull-ahead of sales, suggesting January will likely be softer.** NIO delivered 3,318 ES8 vehicles in December and 11,348 in 2018, beating its target of 10,000 ES8 deliveries by year-end. However, January deliveries are likely to be softer as consumers sought delivery ahead of potential changes to electric vehicle subsidies in the 2019 calendar year.

- **Demand for the ES8 is significantly outpacing that for the Tesla Model X, and management feels good also about the value proposition for its upcoming ES6 relative to the Tesla Model 3.** The ES8 has been outselling its primary competitor, the Tesla Model X, in China partly as a consequence of its substantially lower cost to the consumer, and what management sees as better service (the ES8 has been selling ~2,500-3,000 units per month, vs. the Model X closer to ~400-500 units). The ES6, a 5 passenger battery electric mid-size premium crossover launching in 2019, starts at $350K RMB vs. the Tesla Model 3 ~$400-500K RMB while at the same time boasting impressive specifications including a 0-60 mph acceleration of 4.7 seconds and an up to 510 km NEDC range. Management expects to sell 20,000 ES6's in 2019, and to have ~10,000 orders by June.

- **NIO updated on the prospect of a wholly-owned assembly plant, suggesting new rules make it potentially easier to obtain a license, but it is in no rush, given ability to expand existing capacity and bevy of alternative options.** Management updated that a recent rules change means it now no longer needs to have a plant first in order to apply for a license for permission to manufacture new vehicles, in our view easing the process and reducing associated risks of organic capacity expansion. With that said, management noted that expansion of the JAC plant from its current ~120K units capacity to a higher ~170K units seems a more efficient use of capital than opening a new plant. And a number of automakers (and now even perhaps supplier Magna International) are interested in producing vehicles for NIO, again suggesting less need for a wholly-owned plant in the near-term. Management instead plans to allocate capital toward R&D, increasing customer satisfaction, and boosting sales. Management also intends to expand overseas in an asset-light way, for example through distribution partners instead of via a system of NIO Houses.

- **Experience with battery-swapping program has not proven problematic, differentiates NIO from the competition via reduced charging time and extended practicable range.** NIO is the only EV manufacturer with battery swapping services that allows the consumer to quickly "fuel up" as compared to traditional plug in charging technology. Battery swapping allows for longer distance travel such as along the now wired up "golden highway" (such as connects Beijing to Shanghai) and the company is now performing hundreds of such swaps per day.

SABRY-0000156

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
14 January 2019

J.P.Morgan

## Veoneer (VNE, Not Covered)

**Veoneer's CEO Jan Carlson, CTO Nishant Batra, and outgoing CFO Mathias Hermansson, all presented at the J.P. Morgan Tech Forum on the sidelines of CES.** What follows is a compilation of takeaways from that presentation, and our participation in an active safety and autonomous driving demonstration.

- **Management provided an update on global end-markets, characterizing China as softer and uncertain, Europe mixed, Japan flat, Rest-of-Asia growing, and North America strong but peaking.** Management noted a material softening of the market in China over the past several months, which it estimated is likely to continue into 2019, although the magnitude of pressure is tough to gauge. Europe sales were lower in December 2018 and are expected to remain softer into 2019, as the impact of WLTP continues to linger. The outlook for growth in Eastern Europe is better, although some uncertainty exists in this region as well. Japan is likely to remain flattish, as per management, while Rest of Asia is likely to see some growth. North America was characterized as strong but at peak.

- **Veoneer announced a significant LiDAR win for a robo-taxi application at the show.** At CES, Veoneer announced a significant LiDAR customer win for a robo-taxi application beginning in 2020. Veoneer will be partnering with Velodyne to integrate its product in an automotive grade fashion.

- **Despite the LiDAR award, it was communicated that L4/L5 autonomous penetration may be pushed out relative to prior expectation (but that significant growth is expected in L2/L2+ penetration near-term).** Veoneer noted that proliferation of L4/L5 capable vehicles may take longer than was previously expected. Management noted that L4/L5 equipped vehicles require a lot of redundancy, with cameras (internal and external), radars, and LiDARs all needed, for both short and long range sensing. As sensor sets change for L4/L5 capability (particularly L5), testing and validation must necessarily increase materially. While L4/L5 may be being pushed out, there is at the same time an increased focus on L2/L2+, with scale and volume growth here bringing down the cost of components over time, aiding the eventual move to L4/L5. Veoneer also noted a significant gating factor for the eventual move to L4/L5 will be determined by how soon the industry moves toward a solid-state / electronically scanning LiDAR approach to reduce cost, which may not be likely until 2025.

- **Management revisited commentary at the time of 3Q earnings that suggests potential downside to near-term financial targets and potential upside to medium-term targets.** Management reiterated the potential for some downside risk to near-term targets, given the softer macroeconomic environment and a delay in some customer launch vehicles. With that said, the stronger order intake in the time since separation suggest potential upside to longer-term targets

- **Management expects better sales and margin for its Brake Systems business (~20% of sales) going forward.** Management noted that its long-term margin expectations have not changed for this segment, despite softer recent performance. The firm expects legacy Honda business to continue to roll off throughout 2019 but that large program wins with one or more Detroit-based OEMs will meaningfully contribute to revenue beginning in 2020, improving results thereafter. They noted that the business benefits from higher penetration of hybrid and electric vehicles, due to increased demand for regenerative braking, etc.

WERNER01085

SABRY-0000157

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
14 January 2019

J.P.Morgan

**Companies Discussed in This Report** (all prices in this report as of market close on 11 January 2019)
Aptiv (APTV/$69.43/Overweight), NIO (NIO/$6.59/Neutral)

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker:** JPMS makes a market in the stock of Aptiv.

- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by Aptiv, NIO.

- **Lead or Co-manager:** J.P. Morgan acted as lead or co-manager in a public offering of equity and/or debt securities for NIO within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Aptiv, NIO.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Aptiv, NIO.

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: Aptiv, NIO.

- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: Aptiv.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Aptiv, NIO.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Aptiv, NIO.

- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Aptiv, NIO.

- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of Aptiv, NIO.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

WERNER01086   7

SABRY-0000158

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
14 January 2019

J.P.Morgan

**Aptiv (APTV, APTV US) Price Chart**



Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.

**NIO (NIO, NIO US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 09-Oct-18 | N | 6.04 | 7.50 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Oct 08, 2018.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

WERNER01087

SABRY-0000159

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
14 January 2019

J.P.Morgan

**Coverage Universe: Brinkman, Ryan**: Adient (ADNT), American Axle (AXL), Aptiv (APTV), Autoliv Inc. (ALV), Avis Budget Group (CAR), BorgWarner Inc. (BWA), Camping World (CWH), Cooper Tire (CTB), Copart, Inc. (CPRT), Dana Inc (DAN), Ferrari (RACE), Ford Motor (F), General Motors (GM), Gentex Corporation (GNTX), Gentherm (THRM), Goodyear (GT), Hertz Global Holdings (HTZ), KAR Auction Services, Inc. (KAR), LKQ (LKQ), Lear Corporation (LEA), Magna International Inc. (MGA), Meritor Inc. (MTOR), Tenneco Inc. (TEN), Tesla Inc (TSLA), Tower International (TOWR), Visteon Corporation (VC)

**J.P. Morgan Equity Research Ratings Distribution, as of January 02, 2019**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 46% | 40% | 14% |
| IB clients* | 53% | 47% | 37% |
| JPMS Equity Research Coverage | 44% | 41% | 15% |
| IB clients* | 75% | 65% | 56% |

*Percentage of investment banking clients in each rating category.

For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of JPMS, are not registered/qualified as research analysts under NASD/NYSE rules, may not be associated persons of JPMS, and may not be subject to FINRA Rule 2241 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at https://www.theocc.com/components/docs/riskstoc.pdf

**Private Bank Clients:** Where you are a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is issued to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal Entities Disclosures**

U.S.: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **Germany**: This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsich and also by J.P. Morgan AG (JPM AG) which is a member of the Frankfurt stock exchange and is regulated by the Federal Financial Supervisory Authority (BaFin), JPM AG is a company incorporated in the Federal Republic of Germany with registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued

WERNER01088    9

SABRY-0000160

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
14 January 2019

J.P.Morgan

and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore**: This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 099/04/2018 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 046/09/2018], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors, as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan:** Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope

WERNER01089

SABRY-0000161

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
14 January 2019

J.P.Morgan

and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil:** Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised January 01, 2019.

Copyright 2019 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.

WERNER01090 [11]

SABRY-0000162