# EXHIBIT 18



Equity Research
March 8, 2019

# NIO Inc.

## ES6 a more mass-market model, but orders limited for now

 Results Review

### 2018 earnings in line with our expectation; 2019 orders lower than market estimates

Revenue and attributable net loss were Rmb3.44bn and Rmb3.52bn in 4Q18, and Rmb4.95bn and Rmb23.33bn in 2018 with ES8 delivery volume at 11,348 units, in line with our expectation. ES8 delivery was 1,805 in January 2019 and 811 units in February 2019, and backlog of ES8 and ES6 was 4,200 and 7,300 units, below market expectation.

### Trends to watch

**ES6: A more mass-market model; buying interest high but orders limited for now.** ES6 faces competition from numerous traditional vehicles and alternative-fuel vehicles. In addition, delivery of ES6 is scheduled to begin in 3Q19, and the long wait may hurt order volume. However, as delivery approaches, we expect order volume to be more reflective of actual demand.

**Contract manufacturing in line with policy guidance and corporate business model, and good for controlling capex.** NIO has abandoned its plan to build a manufacturing factory in Shanghai, and would continue to cooperate with JAC Motors. This allows NIO to focus on high-end brand marketing and technological development.

**Global competition intensifying; increasing product value while maintaining the same prices might be the best pricing strategy.** We think NIO could increase its product value while maintaining the same prices. This should help it maintain its brand positioning and attract undecided consumers.

### Earnings forecast

We lower our 2019e forecast for the company's expenses, and lift our 2019 forecast for its EPS by 13.5% from a net loss of Rmb28.9 to a net loss of Rmb25.0.

### Valuation and recommendation

**Maintain HOLD and TP at US$8.5**, implying 16.3% downside room.

### Risks

Downside from expiring share lockup; upside from recovering orders.



**Lei WANG**

Analyst
lei5.wang@cicc.com.cn
SAC Reg. No.: S0080118040030
SFC CE Ref: BNN451

**Wei FENG**

Analyst
wei.feng@cicc.com.cn
SAC Reg. No.: S0080513110002
SFC CE Ref: BCK590

---

### Maintain HOLD

| Ticker | NIO.US |
| --- | --- |
| CICC investment rating | HOLD |
| Last close | US$10.16 |
| CICC target | US$8.50 |
| 52wk price range | US$13.80~5.35 |
| Market cap (bn) | US$11 |
| Daily value (mn) | US$272.93 |
| Shares outstanding (mn) | 1,050 |
| Free float (%) | N.A. |
| Daily volume (mn sh) | 30.18 |
| Business sector | Auto & Parts |

| (Rmb mn) | 2017A | 2018A | 2019E | 2020E |
| --- | --- | --- | --- | --- |
| Revenue | 0 | 4,951 | 15,461 | 31,671 |
| (+/-) | N.M. | N.M. | 212.3% | 104.8% |
| Net profit | -7,562 | -23,328 | -8,305 | -4,633 |
| (+/-) | N.M. | N.M. | N.M. | N.M. |
| EPS | -346.84 | -70.23 | -25.00 | -13.95 |
| BPS | 369.46 | 24.59 | -0.42 | -14.37 |
| DPS | 0.00 | 0.00 | 0.00 | 0.00 |
| CPS | -209.83 | -62.58 | -17.56 | 0.55 |
| P/E | N.M. | N.M. | N.M. | N.M. |
| P/B | 0.2 | 2.8 | -167.7 | -4.9 |
| EV/EBITDA | 1.1 | N.M. | N.M. | N.M. |
| Dividend yield | 0.0% | 0.0% | 0.0% | 0.0% |
| ROAA | -123.6% | -159.2% | -41.7% | -18.0% |
| ROAE | -167.8% | -287.6% | -206.9% | 188.7% |

*Source: Wind, Bloomberg, Corporate filings, CICC Research*

---

*Please read carefully the important disclosures at the end of this report*

SABRY-0000018



## Financial summary

| Financial statement (Rmb mn) | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| **Income statement** | | | | |
| Net revenue | 0 | 4,951 | 15,461 | 31,671 |
| COGS | 0 | -5,207 | -13,458 | -25,576 |
| SG&A expenses | -2,351 | -5,342 | -5,967 | -6,577 |
| R&D expenses | -2,603 | -3,998 | -4,264 | -4,085 |
| Other operating expenses | 0 | 0 | 0 | 0 |
| Operating profit | -4,954 | -9,596 | -8,227 | -4,566 |
| Finance costs | -2 | -10 | 3 | 3 |
| Other income (expense) | -59 | -21 | -10 | -5 |
| Profit before income tax | -5,013 | -9,617 | -8,328 | -4,664 |
| Income tax | -8 | -22 | -19 | -11 |
| Net profit | -7,562 | -23,328 | -8,305 | -4,633 |
| Minority interest | 36 | 42 | 42 | 42 |
| Non-GAAP net profit | -7,562 | -23,328 | -8,305 | -4,633 |
| EBITDA | -4,786 | -8,974 | -6,695 | -3,033 |
| **Balance sheet** | | | | |
| Cash and bank balances | 7,506 | 3,134 | 2,820 | 2,833 |
| Trade and bill receivables | 30 | 88 | 160 | 304 |
| Inventories | 89 | 1,465 | 2,950 | 5,676 |
| Other current assets | 685 | 7,482 | 5,531 | 10,581 |
| Total current assets | 8,310 | 12,170 | 11,460 | 19,393 |
| Fixed assets and CIP | 1,911 | 4,853 | 8,863 | 10,498 |
| Intangible assets | 4 | 5 | 6 | 8 |
| Total non-current assets | 2,158 | 6,673 | 9,533 | 11,171 |
| Total assets | 10,468 | 18,843 | 20,994 | 30,564 |
| Short-term borrowings | 29 | 1,870 | 1,870 | 1,870 |
| Trade and bill payables | 274 | 3,090 | 2,916 | 5,613 |
| Other current liabilities | 1,316 | 3,634 | 9,522 | 17,987 |
| Total current liabilities | 1,619 | 8,593 | 14,308 | 25,469 |
| Long-term borrowings | 642 | 1,168 | 3,668 | 6,668 |
| Total non-current liabilities | 784 | 2,099 | 6,799 | 9,799 |
| Total liabilities | 2,402 | 10,692 | 21,107 | 35,268 |
| Minority interests | 11 | -16 | 26 | 68 |
| Total shareholders' equity | 8,055 | 8,166 | -139 | -4,771 |
| Total liabilities & equity | 10,468 | 18,843 | 20,994 | 30,564 |
| **Cash flow statement** | | | | |
| Pretax profit | -5,013 | -9,617 | -8,328 | -4,664 |
| Depreciation & amortization | 168 | 622 | 1,532 | 1,533 |
| Change in working capital | 313 | 1,946 | 899 | 3,241 |
| Others | -43 | -13,738 | 64 | 73 |
| Cash flow from operations | -4,575 | -20,787 | -5,832 | 183 |
| Capital expenditure | -1,114 | -4,468 | -4,640 | -3,170 |
| Others | -76 | -6,770 | 5,459 | 0 |
| Cash flow from investing | -1,190 | -11,239 | 819 | -3,170 |
| Equity financing | 0 | -17,539 | 0 | 0 |
| Lend from bank | 605 | 2,566 | 2,500 | 3,000 |
| Others | 12,262 | 0 | 2,200 | 0 |
| Cash flow from financing | 12,867 | -14,973 | 4,700 | 3,000 |
| Foreign exchange gain (loss) | -168 | 0 | 0 | 0 |
| Net changes in cash | 6,934 | -46,999 | -313 | 13 |

| Financial ratios | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| **Growth ability** | | | | |
| Revenue | N.M. | N.M. | 212.3% | 104.8% |
| Operating profit | N.M. | N.M. | N.M. | N.M. |
| EBITDA | N.M. | N.M. | N.M. | N.M. |
| Net profit | N.M. | N.M. | N.M. | N.M. |
| **Profitability** | | | | |
| Gross margin | | -5.2% | 13.0% | 19.2% |
| Operating margin | | -193.8% | -53.2% | -14.4% |
| EBITDA margin | | -181.2% | -43.3% | -9.6% |
| Net margin | | -471.2% | -53.7% | -14.6% |
| **Liquidity** | | | | |
| Current ratio | 5.13 | 1.42 | 0.80 | 0.76 |
| Quick ratio | 5.08 | 1.25 | 0.59 | 0.54 |
| Cash ratio | 4.64 | 0.36 | 0.20 | 0.11 |
| Liabilities / assets | 22.9% | 56.7% | 100.5% | 115.4% |
| Net debt / equity | net cash | net cash | net cash | net cash |
| **Return** | | | | |
| RoA | -123.6% | -159.2% | -41.7% | -18.0% |
| RoE | -167.8% | -287.6% | -206.9% | 188.7% |
| **Per-share data** | | | | |
| EPS (Rmb) | -346.84 | -70.23 | -25.00 | -13.95 |
| BPS (Rmb) | 369.46 | 24.59 | -0.42 | -14.37 |
| DPS (Rmb) | 0.00 | 0.00 | 0.00 | 0.00 |
| CPS (Rmb) | -209.83 | -62.58 | -17.56 | 0.55 |
| **Valuation** | | | | |
| P/E | N.M. | N.M. | N.M. | N.M. |
| P/B | 0.2 | 2.8 | -167.7 | -4.9 |
| EV/EBITDA | 1.1 | N.M. | N.M. | N.M. |
| Dividend yield | 0.0% | 0.0% | 0.0% | 0.0% |

*Source: Corporate filings, CICC Research*

## Company description

NIO Inc. was founded in 2014 and is headquartered in Shanghai. Previously, NIO was called NextEV, and it changed its name in July 2017. The firm designs, manufactures, and sells electric vehicles in the People's Republic of China, the US, Germany, and the UK. NIO is also involved in the manufacture of e-powertrains, battery packs, and components, racecars and racing management, technology development, and sales and after-sales activities. In addition, it offers power solutions for battery charging and other value-added services.

SABRY-0000019



## ES6 a more mass-market model, but orders limited for now

NIO delivered 11,348 ES8 in 2018 vs. guidance of 10,000 units. Given the booming alternative fuel vehicle market, we think the delivery volume is in line with expectation.

**Delivery volume sharply declined sequentially in January–February 2019.** NIO guided ES8 delivery volume of 3,500–3,800 units in 1Q19, implying 884–1,184 units in March given the 2,616 units delivered in January–February. Consumers continued to wait amid uncertainty about AFV subsidies, US-China trade negotiations and rivals' volatile pricing.

**ES6: A more mass-market model; buying interest high but orders limited for now**

**ES8 order volume in line with expectation; ES6 orders lower than expected.** Backlog of ES8 and ES6 had totaled 4,200 units and 7,300 units. Incremental ES8 order was 6,134 units between end-November and end-February, given end-November order at about 4,000 units and December–February delivery volume of 5,934 units. Excluding the 10-day Spring Festival holiday, average daily new order reached 76 units. NIO began taking order for ES6 from December 16. Excluding the Spring Festival holiday, average daily new order reached 112 units. Daily average order of ES8 has remained stable, but order has not significantly grown for the newly-launched ES6.

**ES6 orders limited due to different target customers and product positioning; order volume before ES6 delivery a more accurate reflection of demand.** ES8 targets a market with limited rivals, which avoids competition with mature players. In addition, ES8 is the first model released by NIO, and consumer recognition of NIO's corporate management and corporate culture is sufficient to support sales volume of ES8, a niche-market 7-seat luxury SUV. In contrast, ES6 faces competition from traditional-fuel vehicles such as Benz's GLC, Audi's Q3, Cadillac's XT5 and Lexus' NX and alternative-fuel vehicles such as BMW's X1PHEV. In addition, delivery of ES6 is scheduled to begin in 3Q19, and the long wait may hurt order volume. Moreover, we estimate the momentum from "fan economy" is waning, and consumers are less likely to place orders before trying ES6 firsthand. Therefore, as delivery approaches, we expect order volume to be more reflective of actual demand.

**Contract manufacturing in line with policy guidance and corporate business model, and good for controlling capex**

NIO has abandoned its plan to build a manufacturing factory in Shanghai, and would continue to cooperate with JAC Motors. NIO's 3rd model would be manufactured by JAC Motors, and production capacity may gradually expand to 150,000 units.

China in January 2019 announced a policy encouraging traditional-fuel vehicle manufacturers to optimize their capacity distribution, and increase sector concentration via capacity cooperation. Given the production and investment plans released by new EV manufacturers, we estimate that it costs Rmb3–8bn to build facilities with production capacity of 100,000–200,000 units. We estimate the NIO's original Shanghai factory may cost Rmb5–6bn. Abandoning the plan should improve NIO's cash flow in the near term and enhance its return on assets in the long term. This is also in line with government policy guidance. In addition, considering that Tesla is building a BEV factory in Shanghai, we believe it might be difficult for NIO to gain regulatory approval for its production base in Shanghai as well.

As a new EV manufacturer, NIO lacks expertise and experience in manufacturing. Abandoning the factory investment should allow NIO to focus on high-end brand marketing and technological

SABRY-0000020



development, in our view.

**Global competition intensifying; increasing product value while maintaining the same prices might be the best pricing strategy**

China is attracting global AFV automakers and cost along the value chain is falling. The price cut by leading players should increase competition. Previously, we cautioned that global companies may compete with ES6 in the sale price range after a price cut, and global competitors outperform in driving range. If ES6 can catch up in driving range, we think it may be able to rival global competitors by leveraging its large size and luxury interior design.

Given that domestic EV batteries cannot rival Tesla's in the near term, we think NIO could increase its product value while maintaining the same prices. This should help it maintain brand positioning and attract undecided consumers.

► As an auto financing model, EV battery leasing increases the leverage of vehicle purchasing. By opting for the EV battery leasing model, consumers will enjoy a Rmb100,000 cut in vehicle purchasing price, but have to pay Rmb1,660/monthly in the next 60 months. With larger-capacity batteries, we believe NIO could offer sharper cut in vehicle purchasing price, conducive to attracting more consumers.

► NIO Pilot is an advanced driver-assistance system with high gross profit margin. The software is included in the vehicle prices. We believe NIO can offer benefits related to NIO Pilot to adjust the actual prices of its ES6 and ES8, such as offering free trials. For example, Tesla often adjusts its actual sales price with Autopilot related services.

*Figure 1: NIO's monthly output, delivery and order volume*

|  |  | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Monthly production** |  |  | 1,235 | 1,235 | 1,235 | 2,897 | 2,897 | 2,775 | 2,000 | 1,000 |
| **Production YTD** |  | 500 | 1,735 | 2,971 | 4,206 | 7,103 | 10,000 | 12,775 | 2,000 | 3,000 |
|  |  |  |  |  |  |  |  |  |  |  |
| **Monthly delivery** |  | 100 | 381 | 1,121 | 1,766 | 1,573 | 3,089 | 3,318 | 1,805 | 811 |
| **Delivery YTD** |  | 100 | 481 | 1,602 | 3,368 | 4,941 | 8,030 | 11,348 | 1,805 | 2,616 |
|  |  |  |  |  |  |  |  |  |  |  |
| **Monthly order** | ES8 |  |  |  |  |  | 2,089 | 2045 | 2045 | 2045 |
|  | ES6 |  |  |  |  |  |  | 1460 | 2920 | 2920 |
| **Backlog orders** | ES8 |  |  |  |  | 5,000 | 4,000 |  |  | 4,200 |
|  | ES6 |  |  |  |  |  |  |  |  | 7,300 |

Note: Red data are based on corporate filings, and blue data are CICC estimate.
Source: Corporate filings, CICC Research

SABRY-0000021



*Figure 2: NIO's monthly output and delivery volume*



*Source: Corporate filings, CICC Research*

*Figure 3: NIO' new order volume*



*Source: Corporate filings, CICC Research*

*Figure 4: Quarterly income statement*

| Rmb mn | 2Q18 | 3Q18 | 4Q18 | 2018 |
|---|---|---|---|---|
| **Revenue** | **46** | **1,470** | **3,436** | **4,951** |
| Sales of goods | 44 | 1,427 | 3,381 | 4,852 |
| Other revenue | 2 | 43 | 54 | 99 |
| Cost of goods sold | (199) | (1,586) | (3,422) | (5,207) |
| **Gross profit** | **(153)** | **(116)** | **14** | **(256)** |
| R&D expenses | (765) | (1,023) | (1,515) | (3,998) |
| Selling and administrative expenses | (957) | (1,670) | (1,945) | (5,342) |
| Operating profit | **(1,875)** | **(2,810)** | **(3,447)** | **(9,596)** |
| Interest income/expense | 7 | (6) | (14) | 10 |
| Other income/expense | 76 | 7 | (25) | (31) |
| Profit before income tax | **(1,792)** | **(2,809)** | **(3,487)** | **(9,617)** |
| Income tax | (2) | (1) | (16) | (22) |
| Minority interest | 7 | 8 | 18 | 42 |
| **Net profit attributable to shareholders** | **(6,111)** | **(9,757)** | **(3,516)** | **(23,328)** |
| **Diluted EPS (Rmb)** | **#DIV/0!** | **(42.59)** | **(3.37)** | **(70.23)** |
| | | | | |
| **Operating income – YoY** | 0.0% | #DIV/0! | #DIV/0! | 0% |
| **Net profit attributable to shareholders – YoY** | -477% | -492% | -107% | -209% |
| | | | | |
| **Operating income – QoQ** | 0.0% | 3095.3% | 133.8% | |
| **Net profit attributable to shareholders – QoQ** | -299% | 60% | -64% | |

*Source: Corporate filings, CICC Research*

SABRY-0000022



*Figure 5: Quarterly financials*

| (Rmb mn) | 2Q18 | 3Q18 | 4Q18 | 2018 |
|---|---|---|---|---|
| Revenue | 46 | 1,470 | 3,436 | 4,951 |
| Gross profit | -153 | -116 | 14 | -256 |
| Net profit | -6,111 | -9,757 | -3,516 | -23,328 |
| **Fully-diluted EPS (Rmb)** | **n.a** | **-42.59** | **-3.37** | **-70.23** |
| | | | | |
| GPM | n.a | n.a | 0.4% | n.a |
| NPM | n.a | n.a | n.a | n.a |

*Source: Corporate filings, CICC Research*

*Figure 6: Earnings forecast revisions*

| Rmb mn | 2018A | 2019E | | |
|---|---|---|---|---|
| | Actual | Before | After | Change % |
| **Revenue** | 4,951 | 15,618 | 15,618 | 0.0% |
| Cost of sales | -5,207 | -13,458 | -13,458 | 0.0% |
| **Gross profit** | -256 | 2,004 | 2,004 | 0.0% |
| Research and development expenses | -3,998 | -5,614 | -4,264 | -24.1% |
| Sales, general and administrative expenses | -5,342 | -5,967 | -5,967 | 0.0% |
| **Income (loss) from operations** | -9,596 | -9,577 | -8,227 | -14.1% |
| Interest income/(loss), net | 10 | -30 | -117 | 291.6% |
| Other income/(loss), net | -31 | -7 | -7 | 0.0% |
| **Profit before income tax** | -9,617 | -9,614 | -8,351 | -13.1% |
| Income tax expense | -22 | -9 | -19 | 112.7% |
| Minority interests | 42 | 31 | 42 | 34.5% |
| **Net income (loss)** | -23,328 | -9,592 | -8,329 | -13.2% |
| **Fully diluted EPS (Rmb)** | -70 | -29 | -25 | -13.2% |

*Source: Corporate filings, CICC Research*

SABRY-0000023



*Figure 7: New EV manufacturers' investment and production capacity*

| | Qualification | Production | Production capacity (10thd unit) | Investment (Rmb 100mn) |
|---|---|---|---|---|
| BAIC BJEV | BEV | Self-owned factory | 27 | >65 |
| YUDO | BEV | Self-owned factory | 8 | 20 |
| JMEV | BEV | Self-owned factory | 15 | 34 |
| ZD | BEV | Self-owned factory | 4 | 8.8 |
| Changjiang EV | BEV | Self-owned factory | 10 | 25 |
| QIANTU | BEV | Self-owned factory | 5 | 20 |
| HOZON | BEV | Self-owned factory | 8 | 11.5 |
| CheryEV | BEV | Self-owned factory | 26 | >40 |
| JINKANG | BEV | Self-owned factory | 5 | 25.1 |
| NEVS | BEV | Self-owned factory | 5 | 42 |
| SDEV | BEV | Self-owned factory | 10 | 26 |
| WM | NEV PV & CV, traditional vehicles | Self-owned factory | 20 | 67 |
| Dearcc | NEV PV & CV | ODM, self-owned factory | 18 | 55 |
| Byton | NEV PV & CV, traditional vehicles | ODM, Self-owned factory | 10 | |
| CHJ | NEV PV & CV, traditional vehicles | Self-owned factory | 10 | 30 |
| NIO | NA | ODM | | |
| XIAOPENG | NA | ODM, Self-owned factory | 10 | 40 |
| Singulato | NA | ODM, Self-owned factory | 20 | 80 |
| WANXIANG | NEV-CV | Self-owned factory | | |
| MIN AN | NDRC approval | Self-owned factory | 8 | 25 |
| GreenWheel | NDRC approval | Self-owned factory | | |
| JAC-VW | NDRC approval | Self-owned factory | 10 | |
| AIWAYS | Ongoing | Self-owned factory | 30 | 40 |
| Leapmotor | NA | Self-owned factory | 5 | 26 |
| CHANGHE SUZUKI | NDRC approval | | | |

*Source: Wind Info, CICC Research*

SABRY-0000024



*Figure 8: Valuations of comparable companies*

| Company | Category | Price | Market Cap | P/E | | | P/B | | | EV/EBITDA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2019/3/6 | US$ mn | 18A | 19E | 20E | 18A | 19E | 20E | 18A | 19E | 20E |
| **China A-Share Listcos** | | | | | | | | | | | | |
| **CICC Coverage** | | Rmb | | | | | | | | | | |
| Chang'an Auto A | PV | 8.79 | 6,299 | 67.6 | 22.0 | 16.9 | 0.9 | 0.9 | 0.8 | 67.1 | 61.4 | 52.0 |
| Great Wall Motor | PV | 8.12 | 11,058 | 13.8 | 13.5 | 12.9 | 1.4 | 1.3 | 1.2 | 8.6 | 8.3 | 7.9 |
| SAIC Motor | PV | 28.12 | 49,021 | 9.1 | 8.8 | 8.4 | 1.4 | 1.3 | 1.2 | 9.6 | 9.0 | 8.6 |
| BYD | PV | 54.08 | 22,014 | 53.0 | 30.7 | 30.6 | 2.6 | 2.4 | 2.2 | 14.1 | 10.9 | 10.4 |
| Jianghuai Auto | PV/CV | 5.44 | 1,537 | 38.9 | 28.6 | 27.2 | 0.7 | 0.7 | 0.7 | 8.8 | 7.9 | 7.5 |
| Weichai Power A | Parts/CV | 10.90 | 12,904 | 10.8 | 10.2 | 9.6 | 2.2 | 1.9 | 1.8 | 6.9 | 6.8 | 6.5 |
| CNHTC Jinan Truck | CV | 15.32 | 1,534 | 11.5 | 12.1 | 13.1 | 1.7 | 1.6 | 1.5 | 9.5 | 10.1 | 10.3 |
| Yutong Bus | CV | 13.82 | 4,565 | 14.5 | 13.8 | 13.4 | 1.9 | 1.8 | 1.7 | 12.7 | 12.0 | 10.9 |
| Jiangling Motor | CV/PV | 20.47 | 2,637 | 186.1 | 25.6 | 17.8 | 1.4 | 1.4 | 1.3 | 16.5 | 9.4 | 7.7 |
| Huayu Automotive | Parts | 20.97 | 9,865 | 8.2 | 9.3 | 8.6 | 1.4 | 1.3 | 1.2 | 6.2 | 6.5 | 6.1 |
| Fuyao Glass | Parts | 24.89 | 9,317 | 14.7 | 14.7 | 13.4 | 2.9 | 2.8 | 2.6 | 11.7 | 10.1 | 9.3 |
| Zhejiang Yinlun | Parts | 8.80 | 1,052 | 18.7 | 14.7 | 11.3 | 1.6 | 1.3 | 1.0 | 13.2 | 10.8 | 8.9 |
| Weifu Hi-tech | Parts | 21.78 | 3,279 | 8.4 | 8.1 | 7.6 | 1.4 | 1.2 | 1.1 | 6.7 | 6.4 | 6.1 |
| GAC | PV | 12.27 | 18,736 | 10.8 | 10.1 | 9.4 | 1.6 | 1.5 | 1.3 | 8.1 | 7.6 | 7.1 |
| Joyson Electronics | Parts | 26.51 | 3,755 | 20.1 | 24.8 | 18.5 | 1.8 | 1.7 | 1.6 | 11.5 | 11.0 | 9.8 |
| Pacific Precision Forging | Parts | 13.09 | 791 | 17.7 | 15.0 | 13.4 | 2.8 | 2.4 | 2.0 | 11.4 | 9.9 | 8.9 |
| Xingyu Automotive Lighting | Parts | 57.45 | 2,367 | 26.0 | 20.1 | 20.3 | 3.6 | 3.3 | 3.1 | 19.2 | 15.2 | 15.3 |
| Aotecar New Energy Technology | Parts | 2.79 | 1,304 | 16.4 | 34.9 | n.a. | 1.5 | 1.5 | n.a. | 12.3 | 19.4 | n.a. |
| WLY | Parts | 6.96 | 1,402 | 18.8 | 13.1 | 12.6 | 1.5 | 1.4 | 1.3 | 10.3 | 8.2 | 9.3 |
| Tuopu | Parts | 21.43 | 2,326 | 19.0 | 16.5 | 14.3 | 2.4 | 2.1 | 1.7 | 13.2 | 11.5 | 9.5 |
| Sanhua | Parts | 15.92 | 5,061 | 26.1 | 24.0 | 21.6 | 4.0 | 3.5 | 3.2 | 19.9 | 17.2 | 15.5 |
| Ningbo Jifeng Auto Parts | Parts | 8.64 | 824 | 17.3 | 14.9 | 12.3 | 4.2 | 3.3 | 2.2 | 12.7 | 10.9 | 9.3 |
| NBHX | Parts | 12.76 | 1,192 | 11.4 | 10.1 | 9.2 | 0.9 | 0.9 | 0.8 | 5.9 | 5.5 | 5.3 |
| Asia Pacific | Parts | 5.37 | 591 | 53.7 | 48.8 | n.a. | 1.4 | 1.4 | n.a. | 15.3 | 14.3 | n.a. |
| China Grand Auto | Dealer | 5.07 | 6,191 | 9.9 | 9.1 | 8.2 | 1.1 | 1.0 | 0.9 | 9.4 | 8.6 | 8.2 |
| **Wind Consensus** | | | | | | | | | | | | |
| Dongfeng Automobile | CV | 4.44 | 1,325 | 17.6 | 14.1 | 11.8 | 1.3 | 1.2 | 1.1 | 8.9 | 7.6 | 7.0 |
| **Median** | **Median** | | | **17.4** | **14.8** | **12.9** | **1.5** | **1.4** | **1.2** | **10.3** | **9.6** | **8.9** |
| | | | | | | | | | | | | |
| **HK Listcos** | | | | | | | | | | | | |
| **CICC Coverage** | | HK$ | | | | | | | | | | |
| Brilliance Auto | PV | 8.01 | 5,148 | 6.6 | 5.9 | 5.4 | 1.3 | 1.1 | 0.9 | 6.8 | 6.2 | 5.6 |
| Geely Auto | PV | 15.40 | 17,626 | 10.0 | 9.8 | 9.0 | 3.4 | 2.6 | 2.2 | 7.3 | 7.1 | 6.5 |
| GAC | PV | 9.97 | 12,998 | 7.5 | 7.0 | 6.5 | 0.9 | 1.1 | 1.0 | 7.0 | 6.6 | 6.1 |
| BYD | PV | 49.60 | 17,239 | 41.5 | 24.8 | 24.7 | 2.1 | 2.0 | 1.8 | 9.4 | 7.3 | 6.6 |
| Dongfeng Motor Group | PV/CV | 8.53 | 9,363 | 4.3 | 4.2 | 4.1 | 0.6 | 0.5 | 0.4 | 3.4 | 3.3 | 3.2 |
| Great Wall Motor | PV/CV | 6.05 | 7,035 | 8.8 | 8.6 | 8.2 | 1.0 | 0.9 | 0.8 | 6.1 | 5.8 | 5.6 |
| Weichai Power H | Parts/CV | 11.96 | 12,089 | 10.1 | 9.5 | 9.0 | 2.3 | 2.0 | 1.8 | 4.5 | 4.5 | 4.2 |
| Sinotruk | CV | 14.70 | 5,171 | 9.4 | 8.7 | 8.7 | 1.5 | 1.4 | 1.3 | 5.6 | 5.3 | 5.2 |
| Minth Group | Parts | 30.80 | 4,500 | 15.0 | 12.4 | 10.3 | 2.5 | 2.2 | 2.0 | 9.1 | 7.7 | 6.5 |
| Fuyao Glass | Parts | 28.15 | 8,997 | 14.2 | 14.2 | 12.9 | 3.2 | 2.8 | 2.7 | 10.0 | 8.6 | 7.5 |
| Zhongsheng Holdings | Dealer | 19.20 | 5,557 | 10.3 | 9.0 | 7.6 | 2.3 | 1.9 | 1.6 | 4.9 | 4.3 | 3.9 |
| Yonda Auto | Dealer | 6.35 | 1,487 | 7.2 | 7.1 | 6.9 | 1.2 | 1.0 | 0.9 | 3.7 | 3.6 | 3.4 |
| Grand Baoxin Auto | Dealer | 2.35 | 849 | 6.7 | 5.9 | 5.4 | 0.8 | 0.8 | 0.7 | 2.3 | 2.1 | 2.0 |
| **Wind Consensus** | | | | | | | | | | | | |
| DCH Holdings | Dealer | 2.97 | 714 | n.a. | n.a. | n.a. | 0.6 | n.a. | n.a. | n.a. | n.a. | n.a. |
| **Median** | **Median** | | | **8.1** | **7.9** | **7.2** | **1.3** | **1.1** | **1.0** | **5.8** | **5.6** | **5.4** |
| | | | | | | | | | | | | |
| **US Listcos** | | | | | | | | | | | | |
| **CICC Coverage** | | USD$ | | | | | | | | | | |
| NIO | PV | 10.16 | 10,269 | n.a. | n.a. | n.a. | 1.0 | -13.6 | -2.3 | n.m. | n.m. | n.m. |

*Source: Wind Info, CICC Research*

SABRY-0000025



## Important legal disclosures

**General Disclosures**

This report has been produced by China International Capital Corporation Hong Kong Securities Limited (CICCHKS). This report is based on information available to the public that we consider reliable, but CICCHKS and its associated company(ies)(collectively, hereinafter "CICC") do not represent that it is accurate or complete. The information and opinions contained herein are for investors' reference only and do not take into account the particular investment objectives, financial situation, or needs of any client, and are not an offer to buy or sell or a solicitation of an offer to buy or sell the securities or the financial products mentioned. Under no circumstances shall the information contained herein or the opinions expressed herein constitute a personal recommendation to anyone. Investors should make their own independent evaluation of the information contained in this research report, consider their own individual investment objectives, financial situation and particular needs. CICC does not provide tax, accounting, or legal advice to our clients, and all investors are advised to consult with their tax, accounting, or legal advisers regarding any potential investment. Neither CICC nor its related persons shall be liable in any manner whatsoever for any consequences of any reliance thereon or usage thereof.

The performance information (including any expression of opinion or forecast) herein reflect the most up-to-date opinions, speculations and forecasts at the time of the report's production and publication. Such opinions, speculations and forecasts are subject to change and may be amended without any notification. At different periods, CICC may release reports which are inconsistent with the opinions, speculations and forecasts contained herein.

The analysts named in this report may have from time to time discussed with our clients, including CICC salespeople, traders, and other professionals, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the securities or the financial products discussed in this report, which impact may be directionally counter to the analysts' published price target expectations for such securities or the financial products. Any such trading strategies are distinct from and do not affect the analysts' fundamental rating for such securities or the financial products as described herein.

CICC's salespeople, traders, and other professionals may provide oral or written market commentary or trading ideas that may be inconsistent with, and reach different conclusions from, the recommendations and opinions presented in this report. Such ideas or recommendations reflect the different assumptions, views and analytical methods of the persons who prepared them, and CICC is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this report. CICC's asset management area, proprietary trading desks and other investing businesses may make investment decisions that are inconsistent with the recommendations or opinions expressed in this report.

Unless stated otherwise, any performance data quoted represents past performance. Past performance is not a indicator of future performance. No representation or warranty is made that any returns indicated will be achieved. Certain assumptions may have been made in this analysis which have resulted in any returns detailed herein. Changes to the assumptions may have a material impact on any returns detailed.

To the extent this material is provided to any recipient, this material is provided solely on the basis that the recipient has the capability to independently evaluate investment risk and is exercising independent judgment in evaluating investment decisions in that its investment decisions will be based on its own independent assessment of the opportunities and risks presented by a potential investment, market factors and other investment considerations.

This report is distributed in Hong Kong by CICCHKS, which is regulated by the Securities and Futures Commission. Queries concerning CICC Research from readers in Hong Kong should be directed to our Hong Kong sales representatives. The CE numbers of SFC licensed authors of this report are disclosed by the authors' names on the cover page.

This report is distributed in Singapore only to accredited investors and/or institutional investors, as defined in the Securities and Futures Act, by China International Capital Corporation (Singapore) Pte. Limited ("CICCSG"), which is regulated by the Monetary Authority of Singapore. By virtue of distribution by CICCSG to these categories of investors in Singapore, disclosure under Section 36 of the Financial Adviser Act (which relates to disclosure of a financial adviser's interest and/or its representative's interest in securities) is not required. This report is not intended for and should not be distributed or passed on, directly or indirectly, to any other person in the jurisdiction of Singapore. Recipients of this report in Singapore should contact CICCSG in respect of any matter arising from or in connection with this report.

This report is distributed in the United Kingdom by China International Capital Corporation (UK) Limited ("CICCUK"), which is authorised and regulated by the Financial Conduct Authority. The investments and services to which this report relates are only available to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. This report is not intended for retail clients. In other EEA countries, the report is issued to persons regarded as professional investors (or equivalent) in their home jurisdiction.

This report will be made available in other jurisdictions pursuant to the applicable laws and regulations in those particular jurisdictions.

*Continued on next page*

SABRY-0000026



**Special Disclosures**

CICC does and seeks to do business with companies covered in CICC Research. As a result, investors should be aware that CICC and/or its associated persons may have a conflict of interest that could affect the objectivity of this report.

Disclosures in relation to the Companies contained this report could be found at https://research.cicc.com/footer/disclosures, or in the published latest company-specific research.

Distribution of ratings is available at https://research.cicc.com/footer/disclosures.

Explanation of stock ratings: "BUY" absolute return of 20% or more; "HOLD" between +20% and -10%; "SELL" -10% and below. Asterisk denotes non-directional rating change: coverage initiation or resumption.

Explanation of sector ratings: Analyst expects a sector rated "OVERWEIGHT" to outperform the market by 10% or more over the next 6~12 months, "EQUAL-WEIGHT" to end up between 10% below and 10% above the market, and "UNDERWEIGHT" to fall behind the market by 10% or more, over the next 6~12 months.

**Copyright of this report belongs to CICC. Any form of unauthorized distribution, reproduction, publication, release or quotation is prohibited without CICC's written permission.**

*V160908*
*Translation: Jian LIU*
*Editing: Wanbo ZHOU*



---

*Please read carefully the important disclosures at the end of this report*

SABRY-0000027

### Beijing

**China International Capital Corporation Limited**
28th Floor, China World Office 2
1 Jianguomenwai Avenue
Beijing 100004, P.R. China
Tel:  (86-10) 6505-1166
Fax:  (86-10) 6505-1156

### Shanghai

**China International Capital Corporation Limited – Shanghai Branch**
32nd Floor Azia Center
1233 Lujiazui Ring Road
Shanghai 200120, P.R. China
Tel:  (86-21) 5879-6226
Fax:  (86-21) 5888-8976

### Hong Kong

**China International Capital Corporation (Hong Kong) Limited**
29th Floor, One International Finance Centre
1 Harbour View Street
Central, Hong Kong
Tel:  (852) 2872-2000
Fax:  (852) 2872-2100

### Shenzhen

**China International Capital Corporation Limited – Shenzhen Branch**
72th Floor, Shenzhen PingAn Finance Center
5033 Yitian Boulevard, Futian District
Shenzhen 518000, P.R. China
Tel: (86-755) 8319-5000
Fax: (86-755) 8319-9229

### Singapore

**China International Capital Corporation (Singapore) Pte. Limited**
#39-04, 6 Battery Road
Singapore 049909
Tel:  (65) 6572-1999
Fax:  (65) 6327-1278

### United Kingdom

**China International Capital Corporation (UK) Limited**
Level 25, 125 Old Broad Street
London EC2N 1AR, United Kingdom
Tel:  (44-20) 7367-5718
Fax:  (44-20) 7367-5719

---

**Beijing Jianguomenwai Avenue Branch**
1st Floor, Capital Tower
6A Jianguomenwai Avenue
Beijing 100022, P.R. China
Tel:  (86-10) 8567-9238
Fax:  (86-10) 8567-9235

**Beijing Kexueyuan South Road Branch**
Room 1311, Block B, Raycom Infotech Park
2 Kexueyuan South Road, Haidian District
Beijing 100022, P.R. China
Tel:  (86-10) 8286-1086
Fax:  (86-10) 8286 1106

**Shanghai Pudong New District Century Avenue Branch**
Unit 4609-14, 46th Floor, Phase II Shanghai IFC, No.8 Century Avenue,China (Shanghai) Pilot Free Trande Zone, Shanghai, 200120, P.R. China
Tel:  (86-21) 5359-9800
Fax:  (86-21) 2057-9488

**Shanghai Huangpu District Hubin Road Branch**
18th Floor, 3 Corporate Avenue,No.168
Hubin Road, Huangpu District,
Shanghai 200021, P.R. China
Tel:  (86-21) 6386-1195
Fax:  (86-21) 6386-1180

**Shenzhen Fuhuayilu Branch**
Room 201, Annex Building
Shenzhen Duty Free Commercial Tower
6 Fuhua 1st Road, Futian District
Shenzhen 518048, P.R. China
Tel:  (86-755) 8832-2388
Fax:  (86-755) 8254-8243

**Hangzhou Jiaogong Road Branch**
1st Floor, Euro American Center
18 Jiaogong Road
Hangzhou 310012, P.R. China
Tel:  (86-571) 8849-8000
Fax:  (86-571) 8735-7743

**Nanjing Hanzhong Road Branch**
Section C, 30th Floor, Asia Pacific Tower
2 Hanzhong Road, Gulou District
Nanjing 210005, P.R. China
Tel:  (86-25) 8316-8988
Fax:  (86-25) 8316-8397

**Guangzhou Tianhe Road Branch**
40th Floor, Teemtower
208 Tianhe Road
Guangzhou 510620, P.R. China
Tel:  (86-20) 8396-3968
Fax:  (86-20) 8516-8198

**Chengdu Binjiang Road (East) Branch**
1st & 16th Floors, Shangri-La Center
Block 9B, Binjiang Road (East)
Chengdu 610021, P.R. China
Tel:  (86-28) 8612-8188
Fax:  (86-28) 8444-7010

**Xiamen Lianyue Road Branch**
4th Floor, Office Building, Paragon Center
1 Lianyue Road, Siming District
Xiamen 361012, P.R. China
Tel:  (86-592) 515-7000
Fax:  (86-592) 511-5527

**Wuhan Zhongnan Road Branch**
4301-B, Poly Plaza
99 Zhongnan Road, Wuchang District
Wuhan 430070, P.R. China
Tel:  (86-27) 8334-3099
Fax:  (86-27) 8359-0535

**Qingdao Middle Hongkong Road Branch**
11th Floor, Shangri-La Center
Block 9, Hongkong Road (M), South District
Qingdao 266071, P.R. China
Tel:  (86-532) 6670-6789
Fax:  (86-532) 6887-7018

**Chongqing Honghu Road (West) Branch**
1st & 10th Floors, Ourui Lanjue Center
Block 9, Honghu Road (W), New North District
Chongqing 401120, P.R. China
Tel:  (86-23) 6307-7088
Fax:  (86-23) 6739-6636

**Tianjin Nanjing Road Branch**
10th Floor, Tianjin Global Trading Center
219 Nanjing Road, Heping District
Tianjin 300051, P.R. China
Tel:  (86-22) 2317-6188
Fax:  (86-22) 2321-5079

**Dalian Gangxing Road Branch**
16th Floor, Wanda Center
6 Gangxing Road, Zhongshan District
Dalian 116001, P.R. China
Tel:  (86-411) 8237-2388
Fax:  (86-411) 8814-2933

**Foshan Jihua 5th Road Branch**
12th Floor, Trend International Business Building
2 Jihua 5th Road, Chancheng District
Foshan 528000, P.R. China
Tel:  (86-757) 8290-3588
Fax:  (86-757) 8303-6299

**Yunfu Xinxing Dongdi North Road Branch**
2nd Floor, Service Building C1, Wens Science & Technology Garden, Dongdi North Road
Xincheng Town, Xinxing County
Yunfu 527499, P.R. China
Tel:  (86-766) 2985-088
Fax:  (86-766) 2985-018

**Changsha Chezhan Road (North) Branch**
3rd Floor, Annex Building, Securities Tower
459 Chezhan Road (North), Furong District
Changsha 410001, P.R. China
Tel:  (86-731) 8878-7088
Fax:  (86-731) 8446-2455

**Ningbo Yangfan Road Branch**
11th Floor, Building Five, 999 Yangfan Road
Hi-tech Industrial Development Zone
Ningbo 315103, P.R. China
Tel:  (86-574) 8907-7288
Fax:  (86-574) 8907-7328

**Fuzhou Wusi Road Branch**
38th Floor, Henglicheng Office Building
No.128 Wusi Road, Gulou District
Fuzhou 350001, P.R. China
Tel:  (86-591) 8625 3088
Fax:  (86-591) 8625 3050

**Xi'an Yanta Branch**
21th Floor, Capitaland West Tower,
No.64 Second Ring South Road West Section,
Yanta District, Xi'an 710065, P.R. China
Tel: (+86-29) 8648-6888
Fax: (+86-29) 8648-6868



SABRY-0000028