# EXHIBIT 19

| | |
|---|---|
| **From:** | Lin, Shirley (IBD) [Shirley.Lin@morganstanley.com] |
| **Sent:** | 8/2/2018 2:17:16 AM |
| **To:** | Cheng, Emily (COMPLIANCE) [Emily.Cheng@MorganStanley.com]; Hsiao, Tim (Research) [Tim.Hsiao@morganstanley.com]; Asia Control Group [Asia.Control.Group@morganstanley.com]; Yeung, Jack (Research) [Jack.Yeung@morganstanley.com]; Jonas, Adam (Research) [Adam.Jonas@morganstanley.com]; Kang, Vennie (Research) [Vennie.Kang@morganstanley.com] |
| **CC:** | ctrlhk [ctrlhk@morganstanley.com]; pj_blue_sky_wg [pj_blue_sky_wg@morganstanley.com]; Cheung, Grace (GCM) [Grace.Cheung@morganstanley.com]; Soon, Amanda (GCM) [Amanda.Soon@morganstanley.com]; Xu, James (GCM) [James.Xu@morganstanley.com] |
| **Subject:** | RE: Blue Sky - 4th confi |
| **Attachments:** | 560276-055-Jun22-1437E-Jul31-0400H-NG.PDF |

Dear control group, please kindly forward.

---

Dear Adam, Jack, Tim and Vennie,

Please see attached the 4th confidential filing submitted to SEC on Monday. It contains 1H 2018 financials. Our timetable is on track and we expect to make 1st public filing on Aug 14th and PDIE starts on Aug 15th.

Should you have any question, please let us know.

Thanks,
Shirley

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

**From:** Cheng, Emily (COMPLIANCE)
**Sent:** Wednesday, July 11, 2018 12:05 PM
**To:** Hsiao, Tim (Research); Asia Control Group; Lin, Shirley (IBD); Yeung, Jack (Research); Jonas, Adam (Research); Kang, Vennie (Research)
**Cc:** ctrlhk; pj_blue_sky_wg; Cheung, Grace (GCM); Soon, Amanda (GCM); Xu, James (GCM)
**Subject:** RE: Blue Sky - 3rd confi

**From:** Hsiao, Tim (Research)
**Sent:** Wednesday, July 11, 2018 12:01 PM
**To:** Asia Control Group; Lin, Shirley (IBD); Yeung, Jack (Research); Jonas, Adam (Research); Kang, Vennie (Research)
**Cc:** ctrlhk; pj_blue_sky_wg; Cheung, Grace (GCM); Soon, Amanda (GCM); Xu, James (GCM)
**Subject:** Re: Blue Sky - 3rd confi

Well received; thanks a lot!

Best,
Tim

Confidential

UW_MS_00065368

**From:** "Asia Control Group" <Asia.Control.Group@morganstanley.com>
**Date:** Wednesday, 11 July 2018 at 11:24:09
**To:** "Lin, Shirley (IBD)" <Shirley.Lin@morganstanley.com>, "Asia Control Group" <Asia.Control.Group@morganstanley.com>, "Hsiao, Tim (Research)" <Tim.Hsiao@morganstanley.com>, "Yeung, Jack (Research)" <Jack.Yeung@morganstanley.com>, "Jonas, Adam (Research)" <Adam.Jonas@morganstanley.com>, "Kang, Vennie (Research)" <Vennie.Kang@morganstanley.com>
**Cc:** "ctrlhk" <ctrlhk@morganstanley.com>, "pj_blue_sky_wg" <pj_blue_sky_wg@morganstanley.com>, "Cheung, Grace (GCM)" <Grace.Cheung@morganstanley.com>, "Soon, Amanda (GCM)" <Amanda.Soon@morganstanley.com>, "Xu, James (GCM)" <James.Xu@morganstanley.com>
**Subject:** RE: Blue Sky - 3rd confi

Linyu Qi
**Morgan Stanley | Legal and Compliance**
International Commerce Centre | 1 Austin Road West, Kowloon
Hong Kong
Phone: +852 2239-7438
Linyu.Qi@morganstanley.com

Be carbon conscious. Please consider our environment before printing this email.

**From:** Lin, Shirley (IBD)
**Sent:** Wednesday, July 11, 2018 11:23 AM
**To:** Asia Control Group; Hsiao, Tim (Research); Yeung, Jack (Research); Jonas, Adam (Research); Kang, Vennie (Research)
**Cc:** ctrlhk; pj_blue_sky_wg; Cheung, Grace (GCM); Soon, Amanda (GCM); Xu, James (GCM)
**Subject:** RE: Blue Sky - 3rd confi

Hi Tim,

Yes the third confi was submitted in late June and please find attached the last F-1 including Q1 financials.

The latest timetable is also attached for your reference too.

Thanks,
Shirley

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

**From:** Qi, Linyu (COMPLIANCE) **On Behalf Of** Asia Control Group
**Sent:** Wednesday, July 11, 2018 10:51 AM

Confidential

UW_MS_00065369

**To:** Hsiao, Tim (Research); Asia Control Group; Yeung, Jack (Research); Jonas, Adam (Research); Kang, Vennie (Research)
**Cc:** ctrlhk; pj_blue_sky_wg; Lin, Shirley (IBD); Cheung, Grace (GCM); Soon, Amanda (GCM); Xu, James (GCM)
**Subject:** RE: Blue Sky - 3rd confi


Linyu Qi
**Morgan Stanley | Legal and Compliance**
International Commerce Centre | 1 Austin Road West, Kowloon
Hong Kong
Phone: +852 2239-7438
Linyu.Qi@morganstanley.com


Be carbon conscious. Please consider our environment before printing this email.

---

**From:** Hsiao, Tim (Research)
**Sent:** Wednesday, July 11, 2018 10:51 AM
**To:** Asia Control Group; Yeung, Jack (Research); Jonas, Adam (Research); Kang, Vennie (Research)
**Cc:** ctrlhk; pj_blue_sky_wg; Lin, Shirley (IBD); Cheung, Grace (GCM); Soon, Amanda (GCM); Xu, James (GCM)
**Subject:** Blue Sky - 3rd confi

Hi team,

Could we have the latest filing materials (3rd confi per schedule) with updated quarterly stats included? Thank you.

Best,
Tim

---

**From:** "Asia Control Group" <Asia.Control.Group@morganstanley.com>
**Date:** Friday, 15 June 2018 at 07:27:23
**To:** "Yeung, Jack (Research)" <Jack.Yeung@morganstanley.com>, "Hsiao, Tim (Research)" <Tim.Hsiao@morganstanley.com>, "Jonas, Adam (Research)" <Adam.Jonas@morganstanley.com>, "Kang, Vennie (Research)" <Vennie.Kang@morganstanley.com>
**Cc:** "ctrlhk" <ctrlhk@morganstanley.com>, "pj_blue_sky_wg" <pj_blue_sky_wg@morganstanley.com>, "Lin, Shirley (IBD)" <Shirley.Lin@morganstanley.com>, "Cheung, Grace (GCM)" <Grace.Cheung@morganstanley.com>, "Soon, Amanda (GCM)" <Amanda.Soon@morganstanley.com>, "Xu, James (GCM)" <James.Xu@morganstanley.com>
**Subject:** RE: Blue Sky - Timetable


Kenichi Nagata, Vice President
**Morgan Stanley | Legal and Compliance**
International Commerce Centre | 1 Austin Road West, Kowloon
Hong Kong
Phone: +852 2239-1896
Kenichi.Nagata@morganstanley.com

---

**From:** Lin, Shirley (IBD)
**Sent:** Friday, June 15, 2018 2:27 AM
**To:** Asia Control Group; Cheung, Grace (GCM); Hsiao, Tim (Research); Soon, Amanda (GCM); Xu, James (GCM); Jonas, Adam (Research)

UW_MS_00065370

**Cc:** ctrlhk; Kang, Vennie (Research); Yeung, Jack (Research); pj_blue_sky_wg
**Subject:** RE: Blue Sky - Timetable

Dear control group, please forward it.

Dear Jack, Adam and team,

Please find the latest timetable for your reference.

Thanks,
Shirley

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

---

**From:** Qi, Linyu (COMPLIANCE) **On Behalf Of** Asia Control Group
**Sent:** Monday, June 11, 2018 12:23 PM
**To:** Cheung, Grace (GCM); Asia Control Group; Hsiao, Tim (Research); Soon, Amanda (GCM); Xu, James (GCM)
**Cc:** ctrlhk; Kang, Vennie (Research); Yeung, Jack (Research); pj_blue_sky_wg
**Subject:** RE: Blue Sky - Timetable

Forwarding

| August 16 | • 1st public filing |
| August 20 | • Start Pre-Deal Investor Education (PDIE) |
| August 31 | • 2nd public filing |
| September 3 | • Start management roadshow – Asia first |
| September 13 | • Pricing |
| September 14 | • Listing |

Linyu Qi
**Morgan Stanley | Legal and Compliance**
International Commerce Centre | 1 Austin Road West, Kowloon
Hong Kong
Phone: +852 2239-7438
Linyu.Qi@morganstanley.com

Be carbon conscious. Please consider our environment before printing this email

---

**From:** Cheung, Grace (GCM)
**Sent:** Monday, June 11, 2018 12:15 PM
**To:** Asia Control Group; Hsiao, Tim (Research); Soon, Amanda (GCM); Xu, James (GCM)
**Cc:** ctrlhk; Kang, Vennie (Research); Yeung, Jack (Research); pj_blue_sky_wg
**Subject:** RE: Blue Sky - Timetable

Hi team,

UW_MS_00065371

Please find attached latest timetable.

Thanks,
Grace

**From:** Wang, Agnes (COMPLIANCE) **On Behalf Of** Asia Control Group
**Sent:** Monday, June 11, 2018 7:36 AM
**To:** Hsiao, Tim (Research); Cheung, Grace (GCM); Soon, Amanda (GCM); Xu, James (GCM)
**Cc:** ctrlhk; Kang, Vennie (Research); Yeung, Jack (Research)
**Subject:** RE: Blue Sky - Timetable

Forwarding

Regards
Agnes

**From:** Hsiao, Tim (Research)
**Sent:** Monday, June 11, 2018 7:32 AM
**To:** Cheng, Emily (COMPLIANCE); Asia Control Group; Cheung, Grace (GCM); Soon, Amanda (GCM); Xu, James (GCM)
**Cc:** ctrlhk; Kang, Vennie (Research); Yeung, Jack (Research)
**Subject:** RE: Blue Sky - Timetable

Hi team, could we have some updates on this today please?
Thanks much!

Best,
Tim

**From:** Cheng, Emily (COMPLIANCE)
**Sent:** Friday, June 08, 2018 7:15 PM
**To:** Hsiao, Tim (Research); Asia Control Group; Cheung, Grace (GCM); Soon, Amanda (GCM); Xu, James (GCM)
**Cc:** ctrlhk; Kang, Vennie (Research); Yeung, Jack (Research)
**Subject:** Blue Sky - Timetable

Forwarding to GCM

GCM: is the public filing still Jul 13 and PDIE starting Jul 16? Thanks!

**From:** Hsiao, Tim (Research)
**Sent:** Friday, June 08, 2018 7:13 PM
**To:** Asia Control Group; Lin, Shirley (IBD)
**Cc:** ctrlhk; Kang, Vennie (Research); Yeung, Jack (Research)
**Subject:** RE: Blue Sky

Control group, please help to forward to banking team.

Hi Shirley, may I know if there's updated timetable?
Thanks.

Best,
Tim

Tim Hsiao
**Morgan Stanley | Research**
International Commerce Centre | 1 Austin Road West, Kowloon

Confidential

Hong Kong
Phone: +852 2848-1982
Tim.Hsiao@morganstanley.com

Be carbon conscious. Please consider our environment before printing this email.

**From:** Cheng, Emily (COMPLIANCE) **On Behalf Of** Asia Control Group
**Sent:** Thursday, May 17, 2018 11:23 AM
**To:** Lin, Shirley (IBD); NY CG2; Varga, Elizabeth (Research); Asia Control Group; Yeung, Jack (Research); Jonas, Adam (Research); Hsiao, Tim (Research); Walsh, Marcus (Research)
**Cc:** pj_blue_sky_all; ctrlhk; ctrlny; Sham, Ella (Research); Kang, Vennie (Research)
**Subject:** RE: Blue Sky - Timetable

forwarding

Emily Cheng
**Morgan Stanley | Legal and Compliance**
International Commerce Centre | 1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-1651
Emily.Cheng@MorganStanley.com

Be carbon conscious. Please consider our environment before printing this email.

**From:** Lin, Shirley (IBD)
**Sent:** Thursday, May 17, 2018 11:21 AM
**To:** NY CG2; Varga, Elizabeth (Research); Asia Control Group; Yeung, Jack (Research); Jonas, Adam (Research); Hsiao, Tim (Research); Walsh, Marcus (Research)
**Cc:** pj_blue_sky_all; ctrlhk; ctrlny; Sham, Ella (Research); Kang, Vennie (Research)
**Subject:** RE: Blue Sky - Timetable

Control Group, please forward to research.

Dear Jack and Adam,

Please see attached the close-to-final agenda. Some small details may be subject to further changes. But the dates and hotels are all confirmed. Feel free to arrange your trip based on this version and hotel needs to be booked by ourselves.

Thanks,
Shirley

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

**From:** Boyd, Abigail (COMPLIANCE) **On Behalf Of** NY CG2
**Sent:** Monday, May 14, 2018 10:08 PM
**To:** Varga, Elizabeth (Research); NY CG2; Lin, Shirley (IBD); Asia Control Group; Yeung, Jack (Research); Jonas, Adam (Research); Hsiao, Tim (Research); Walsh, Marcus (Research)
**Cc:** pj_blue_sky_all; ctrlhk; ctrlny; Sham, Ella (Research); Kang, Vennie (Research)
**Subject:** RE: Blue Sky - Timetable

Confidential

UW_MS_00065373

**From:** Varga, Elizabeth (Research)
**Sent:** Monday, May 14, 2018 10:06 AM
**To:** NY CG2; Lin, Shirley (IBD); Asia Control Group; Yeung, Jack (Research); Jonas, Adam (Research); Hsiao, Tim (Research); Walsh, Marcus (Research)
**Cc:** pj_blue_sky_all; ctrlhk; ctrlny; Sham, Ella (Research); Kang, Vennie (Research)
**Subject:** RE: Blue Sky - Timetable

Kindly send to the team:

Please confirm a dial-in number will be provided for Adam Jonas to call in.

Thank you,

Elizabeth Varga
**Morgan Stanley | Research**
1585 Broadway, 38th Floor | New York, NY 10036
Phone: +1 212 761-8408
Elizabeth.Varga@morganstanley.com

2018 Institutional Investor
## All-America Research Poll

REQUEST YOUR BALLOT >

VIEW OUR ANALYSTS >

⊙ Watch Our Key Insights

**Autos & Shared Mobility research that you might find interesting…**
Video | Primer | Shared Autonomy Explained
Foundation | EV Infrastructure: Tesla's Footprint Maps a $2.7Tr Industry Problem
Foundation | Space: Investment Implications of the Final Frontier
Foundation | Electric Cars and Oil: Shared/Autonomous EVs Not Too Bad for Gasoline Demand?
Blue Paper | Global Investment Implications of Auto 2.0

Be carbon conscious. Please consider our environment before printing this email.

**From:** Fetherston, Timothy (COMPLIANCE) **On Behalf Of** NY CG2
**Sent:** Sunday, May 13, 2018 9:42 AM
**To:** Lin, Shirley (IBD); Asia Control Group; Yeung, Jack (Research); Jonas, Adam (Research); Hsiao, Tim (Research); Walsh, Marcus (Research)
**Cc:** pj_blue_sky_all; ctrlhk; ctrlny; Soon, Amanda (GCM); Sham, Ella (Research); Kang, Vennie (Research); Varga, Elizabeth (Research)
**Subject:** RE: Blue Sky - Timetable

**From:** Lin, Shirley (IBD)
**Sent:** Sunday, May 13, 2018 8:53 AM
**To:** Asia Control Group; Yeung, Jack (Research); Jonas, Adam (Research); Hsiao, Tim (Research); Walsh, Marcus (Research)
**Cc:** pj_blue_sky_all; ctrlhk; ctrlny; Soon, Amanda (GCM); Sham, Ella (Research); Kang, Vennie (Research); Varga, Elizabeth (Research)
**Subject:** RE: Blue Sky - Timetable

Dear Jack and Adam,

Analyst Presentation is confirmed on June 4th and 5th in Nanjing and Hefei. We are finalizing the logistics details with the company and will share with you the detailed agenda in due course.

Ella / Elizabeth, could you please block Jack's and Adam's calendars for those two days?

UW_MS_00065374

Thanks,
Shirley

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

---

**From:** Qi, Linyu (COMPLIANCE) **On Behalf Of** Asia Control Group
**Sent:** Monday, May 07, 2018 4:15 PM
**To:** Lin, Shirley (IBD); Asia Control Group; Yeung, Jack (Research); Jonas, Adam (Research); Hsiao, Tim (Research); Walsh, Marcus (Research)
**Cc:** pj_blue_sky_all; ctrlhk; ctrlny; Soon, Amanda (GCM); Sham, Ella (Research); Kang, Vennie (Research)
**Subject:** RE: Blue Sky - Timetable

forwarding

Linyu Qi
**Morgan Stanley | Legal and Compliance**
International Commerce Centre | 1 Austin Road West, Kowloon
Hong Kong
Phone: +852 2239-7438
Linyu.Qi@morganstanley.com

Be carbon conscious. Please consider our environment before printing this email

---

**From:** Lin, Shirley (IBD)
**Sent:** Monday, May 07, 2018 4:12 PM
**To:** Asia Control Group; Yeung, Jack (Research); Jonas, Adam (Research); Hsiao, Tim (Research); Walsh, Marcus (Research)
**Cc:** pj_blue_sky_all; ctrlhk; ctrlny; Soon, Amanda (GCM); Sham, Ella (Research); Kang, Vennie (Research)
**Subject:** RE: Blue Sky - Timetable

Dear Control Group,

Please resend the timetable to Jack and Adam. The key milestones are listed below:

- **Analyst Presentation – [tentatively June 4th / 5th] containing the site visit to JAC plant**
- TTW – June 7th – June 20th
- First public filing – July 13th
- **PDIE – July 16th**
- Second public filing – July 27th
- Management Roadshow – July 30th – August 8th
- Pricing – August 9th

Thanks,
Shirley

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031

Confidential

Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

---

**From:** Wang, Agnes (COMPLIANCE) **On Behalf Of** Asia Control Group
**Sent:** Thursday, May 03, 2018 1:00 PM
**To:** Lin, Shirley (IBD); Yeung, Jack (Research); Jonas, Adam (Research); Hsiao, Tim (Research); Walsh, Marcus (Research)
**Cc:** pj_blue_sky_all; ctrlhk; ctrlny; Soon, Amanda (GCM); Sham, Ella (Research); Kang, Vennie (Research)
**Subject:** RE: Blue Sky - Draft prospectus

Forwarding

Thanks

Agnes

---

**From:** Lin, Shirley (IBD)
**Sent:** Thursday, May 03, 2018 12:54 PM
**To:** Asia Control Group; Yeung, Jack (Research); Jonas, Adam (Research); Hsiao, Tim (Research); Walsh, Marcus (Research)
**Cc:** pj_blue_sky_all; ctrlhk; ctrlny; Soon, Amanda (GCM); Sham, Ella (Research); Kang, Vennie (Research)
**Subject:** RE: Blue Sky - Draft prospectus

Thanks a lot Jack. Will wait for Adam's response. Please also find the latest timetable attached and AP date will be moved a bit subject to Adam's availability and the company's confirmation. The timetable is quite tight as the company wants to get it done before the summer vacation, so we suggest some of the work could be front-loaded if possible. You could refer to the F-1 we circulated and don't need to wait until the AP. Should you have any question, please do not hesitate to reach out to us.

Thanks,
Shirley

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

---

**From:** Wang, Agnes (COMPLIANCE) **On Behalf Of** Asia Control Group
**Sent:** Thursday, May 03, 2018 12:01 PM
**To:** Yeung, Jack (Research); Lin, Shirley (IBD); Jonas, Adam (Research); Hsiao, Tim (Research); Walsh, Marcus (Research)
**Cc:** pj_blue_sky_all; ctrlhk; ctrlny; Soon, Amanda (GCM); Sham, Ella (Research); Kang, Vennie (Research)
**Subject:** RE: Blue Sky - Draft prospectus

Forwarding

Thanks

Agnes

---

**From:** Yeung, Jack (Research)
**Sent:** Thursday, May 03, 2018 11:58 AM
**To:** Asia Control Group; Lin, Shirley (IBD); Jonas, Adam (Research); Hsiao, Tim (Research); Walsh, Marcus (Research)
**Cc:** pj_blue_sky_all; ctrlhk; ctrlny; Soon, Amanda (GCM); Sham, Ella (Research); Kang, Vennie (Research)
**Subject:** RE: Blue Sky - Draft prospectus

Confidential

Both works, before or after China Summit since we will be in China by then.

Jack Yeung
**Morgan Stanley | Research**
International Commerce Centre | 1 Austin Road West, Kowloon
Hong Kong
Phone: +852 2239-7843
Jack.Yeung@morganstanley.com

Be carbon conscious. Please consider our environment before printing this email.

---

**From:** Wang, Agnes (COMPLIANCE) **On Behalf Of** Asia Control Group
**Sent:** Thursday, May 03, 2018 11:53 AM
**To:** Lin, Shirley (IBD); Yeung, Jack (Research); Jonas, Adam (Research)
**Cc:** pj_blue_sky_all; ctrlhk; ctrlny; Soon, Amanda (GCM)
**Subject:** RE: Blue Sky - Draft prospectus

Forwarding

Thanks
Agnes

---

**From:** Lin, Shirley (IBD)
**Sent:** Thursday, May 03, 2018 11:44 AM
**To:** Asia Control Group; Yeung, Jack (Research); Jonas, Adam (Research)
**Cc:** pj_blue_sky_all; ctrlhk; ctrlny; Soon, Amanda (GCM)
**Subject:** RE: Blue Sky - Draft prospectus

Dear control group, please forward the below email.

---

Dear Jack and Adam,

We are considering to hold the Analyst Presentation either before China Summit (May 30th to June 1st) or the follow week (June 4th and 5th). It takes roughly two days consisting of analyst presentation, the site visit of JAC plant in Hefei and a separate session on model. Please advise when works for you the best, we will propose to the company and other JBRs' analysts. Looking forward to your reply.

Thanks,

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

---

**From:** Qi, Linyu (COMPLIANCE) **On Behalf Of** Asia Control Group
**Sent:** Monday, April 30, 2018 11:16 AM
**To:** Lin, Shirley (IBD); Asia Control Group; Yeung, Jack (Research); Jonas, Adam (Research)
**Cc:** pj_blue_sky_all; ctrlhk; ctrlny; Soon, Amanda (GCM)
**Subject:** RE: Blue Sky - Draft prospectus

forwarding

Confidential

UW_MS_00065377

Linyu Qi
**Morgan Stanley | Legal and Compliance**
International Commerce Centre | 1 Austin Road West, Kowloon
Hong Kong
Phone: +852 2239-7438
Linyu.Qi@morganstanley.com

Be carbon conscious. Please consider our environment before printing this email.

**From:** Lin, Shirley (IBD)
**Sent:** Monday, April 30, 2018 11:15 AM
**To:** Asia Control Group; Yeung, Jack (Research); Jonas, Adam (Research)
**Cc:** pj_blue_sky_all; ctrlhk; ctrlny; Soon, Amanda (GCM)
**Subject:** RE: Blue Sky - Draft prospectus

Dear Control Group, could you please forward the latest F-1 to Jack and Adam?

Dear Jack and Adam,

We have filed 1ˢᵗ confi last Friday and attached please find the latest F-1 for your reference. We are updating the timetable and will share with you as soon as it's ready. The analyst presentation will likely be held by end of May or early June.

Thanks,
Shirley

**Shirley Lin 林时宜**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0758
Mobile: +86 13296-105262 or +852 6905-3031
Fax: +852 3748-1118
Shirley.Lin@morganstanley.com

**From:** Nagata, Kenichi (COMPLIANCE) **On Behalf Of** Asia Control Group
**Sent:** Monday, April 23, 2018 4:34 PM
**To:** Yeung, Jack (Research); Jonas, Adam (Research)
**Cc:** pj_blue_sky_all; ctrlhk; ctrlny; Soon, Amanda (GCM)
**Subject:** RE: Blue Sky - Draft prospectus

Kenichi Nagata, Vice President
**Morgan Stanley | Legal and Compliance**
International Commerce Centre | 1 Austin Road West, Kowloon
Hong Kong
Phone: +852 2239-1896
Kenichi.Nagata@morganstanley.com

**From:** Soon, Amanda (GCM)
**Sent:** Monday, April 23, 2018 4:31 PM
**To:** ctrlhk; ctrlny; Asia Control Group
**Cc:** pj_blue_sky_all
**Subject:** Blue Sky - Draft prospectus

Hi Emily

Confidential

UW_MS_00065378

As discussed, please can you kindly forward the attachments on the F1 prospectus to both Jack Yeung and Adam Jonas? This is for Project Blue Sky / NIO IPO.

This is for their reference ahead of the AECC call currently scheduled for <u>Wed 25 April 7PM NY / Thu 26 April 7AM HK</u>. We understand that Jack has confirmed his availability for this time and we will send the calendar invite once confirmed.

Thank you

**Amanda Soon, Vice President**
Morgan Stanley | Global Capital Markets
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 2848-5857
Mobile: +852 6319-6631
Fax: +852 3748-1342
<u>Amanda.Soon@morganstanley.com</u>

Be carbon conscious  Please consider our environment before printing this email.

Confidential