# EXHIBIT 20

**From:**    Schuetz, Arthur (IBD) [arthur.schuetz@morganstanley.com]
**Sent:**    9/16/2018 10:48:39 PM
**To:**    Lin, Shirley (IBD) [shirley.lin@morganstanley.com]; Chen, Angel (IBD) [angel.chen@morganstanley.com]

We should think what is a good way to regularly feed Louis and his team information on the sector. We should have newsrun on all the Chinese EV start ups as well as Tesla of course, especially China related and zee Germans, ie any news on etron, EQC, ix3, Porsche, VW, I pace etc. Obviously anything on NIO itself. And the EV sector in China, any regulatory changes, NEV credit system and values.

And then do we send once a week? And if particularly interesting things in between?

What do you guys think. Want to keep it manageable but Louis specifically asked that we keep him up to date on these things and they will do equity next 12 months.

Arthur Schuetz
Managing Director
Mob: +852 9226 7992