# EXHIBIT 21

From:        Chui, Vincent (IWM) [vincent.chui@morganstanley.com]
Sent:        9/18/2018 12:22:00 AM
To:          Cheng, Mille (GCM) [mille.cheng@morganstanley.com]
Subject:     Nio Inc

Can we strategize on referral?    Given the US interest, we really need to do the discussion with prospect immediately.    Vincent

**From:** "Chui, Vincent (IWM)" <Vincent.Chui@morganstanley.com>
**Date:** Friday, September 14, 2018 at 9:46:16 PM
**To:** "Narcisse, Colbert (IWM)" <Colbert.Narcisse@morganstanley.com>, "Spencer, Darren (IWM)" <Darren.Spencer@morganstanley.com>
**Subject:** Nio Inc.: WM coverage

FYI ... entrepreneurial FAs reach out to bankers individually re prospecting in Asia, particularly with respect to ADR issuers.   There is not any coordination on the US side as far as I know.  In Asia, our referral protocol with IBD and GCM here is that whenever there is any verbal mandate they need to refer to us immediately so we send our IRs to identify needs (UBS and CS almost always are already there).   Sales Management here will ensure that the process includes consideration of US needs and where appropriate will reach out to USWM management for joint coverage.   This protocol was agreed just recently so just starting ... In the case of Nio, the IPO took place on Wed last week and there was no official referral till literally last week ... that's something we and my partners in IBD and GCM have undertaken to change.   I'm setting up a two person office to do/vet two way referral ... they are ex or current bankers on my headcount but cost split with IBD and wallcrossed at all times.   Vincent

**From:** Chui, Vincent (IWM)
**Sent:** Friday, September 14, 2018 11:12 AM
**To:** Sato, Kimihiro (PWM); Soon, Amanda (GCM); Schuetz, Arthur (IBD); Cheng, Mille (GCM)
**Cc:** Ponosuk, Jon (Strategic Client Management)
**Subject:** Re: Nio Inc.: WM coverage

PWM Asia is indeed in the process of prospecting and identifying suitable accounts. Great Kimi knows CFO who I believe is American citizen who clearly has US onshore needs. For those who are not US citizens IRs in Asia will kick off the first round of discussion asap. If anyone is determined to have US needs or for their own reasons also want US coverage I think your team are in a good position to partner with IRs here, subject to US management endorsement (that's something I discussed with Mendel and Corbet in NY on Wed; we are aligned for more collaboration to showcase US capability to the appropriate clients).

Mille - let's expedite the process.

Vincent

**From:** "Sato, Kimihiro (PWM)" <K.Sato@morganstanleypwm.com>
**Date:** Thursday, 13 September 2018 at 5:12:57 PM
**To:** "Soon, Amanda (GCM)" <Amanda.Soon@morganstanley.com>, "Schuetz, Arthur (IBD)" <Arthur.Schuetz@morganstanley.com>, "Cheng, Mille (GCM)" <Mille.Cheng@morganstanley.com>
**Cc:** "Chui, Vincent (IWM)" <Vincent.Chui@morganstanley.com>, "Ponosuk, Jon (Strategic Client Management)" <Jon.Ponosuk@morganstanley.com>
**Subject:** RE: Nio Inc.: WM coverage

                                                                                      UW_MS_00096112

Thank you Jon for connecting us to the NIO coverage team in HK.

Dear Arthur, Mille, and Amanda,

It's very nice to meet you over email.   Some of you may know my partner, Haiman Cai, from her tenure in IED.   Haiman and I were in the same Associate class and studied together for Series 7.   I always believed Haiman would do well in PWM.   After fifteen years of persistent recruiting, Haiman finally agreed to join me in PWM in 2012.

Thank you in advance for your help.   My connection to NIO is through its CFO, Louis Hsieh, who was my section-mate in b-school.   With NIO's IPO behind us, Haiman and I thought it would be timely to reach out to certain NIO affiliates with substantial equity holdings.   Per NIO's F-1 filing, there are four individuals.   They are the two co-founders, Bin Li (148.7MM shares) and Lihong Qin (10.5MM shares); Padmasree Warrior, CEO of NIO USA, (11.8MM shares); and Xiang Li, CEO of Beijing CHJ Info Tech Co. (15.0MM shares).   Ms. Warrior is a U.S. investor while the three others are Chinese nationals/residents who hold their shares through BVI PHCs.

Messrs. Li, Qin, and Li have all had successful careers-to-date and I wouldn't be surprised if they are existing clients of PWM HK.   In that instance, we'd defer to HK PWM to determine if a satellite NY coverage would be additive from the standpoint of future 144 sales, 10b5-1 diversification plans, hedging strategies, etc.   Please let us know.

Our prospecting system indicates that Ms. Warrior is not a MS WM client.   A cross-selling introduction would carry significant weight and would greatly enhance our chances of starting a wealth management relationship.  We'd be very appreciative if such a referral would be possible.

Best regards,

Kimi Sato

Kimihiro Sato, Executive Director
**Morgan Stanley Private Wealth Management**
1585 Broadway, 21st Floor | New York, NY  10036
Phone: +1 212 761-7778
Mobile: +1 646 824-4888
Fax: +1 212 507-3222
NMLS # 1310680
k.sato@morganstanleypwm.com

_Visit Our Team Website_

Be carbon conscious. Please consider our environment before printing this email.

---

**From:** Soon, Amanda (GCM)
**Sent:** Thursday, September 13, 2018 4:21 AM
**To:** Ponosuk, Jon (Strategic Client Management)
**Cc:** Dennis, Elizabeth (Strategic Client Management); Chui, Vincent (IWM); Cheng, Mille (GCM); Schuetz, Arthur (IBD)
**Subject:** RE: Nio Inc.: WM coverage

Hi Jon

Thank you for your email. Yes that is right, we heard from Louis directly that he has a prior relationship with Kimi and has known her for a long time.

Do let us know how we can help. I'm copying in Arthur who is the banker in charge of NIO and Mille. Thanks

**Amanda Soon, Vice President**
Morgan Stanley | Global Capital Markets
International Commerce Centre
1 Austin Road West, Kowloon

UW_MS_00096113

Hong Kong
Phone: +852 2848-5857
Mobile: +852 6319-6631
Fax: +852 3748-1342
Amanda.Soon@morganstanley.com

Be carbon conscious. Please consider our environment before printing this email.

---

**From:** Ponosuk, Jon (Strategic Client Management)
**Sent:** Thursday, September 13, 2018 12:43 AM
**To:** Soon, Amanda (GCM)
**Cc:** Dennis, Elizabeth (Strategic Client Management); Chui, Vincent (IWM)
**Subject:** Nio Inc.: WM coverage

Amanda,

With the pricing of Nio, we wanted to reach out to you to see if any of the executives or shareholders may have Wealth Management needs in the US given the NYSE listing. I see in the prospectus that the CEO and President hold shares in entities in the BVI and the Chief Development Officer has a San Jose, CA address.

In terms of connectivity, New York-based Morgan Stanley advisor Kimihiro ("Kimi") Sato has a relationship with Nio CFO Louis Hsieh (Kimi and Louis were classmates at Harvard Business School). Kimi's business partner here in New York, Haiman Cai, is a native Mandarin speaker. Kimi and Haiman cover several executives of public Chinese companies listed in New York and would be well-positioned to serve Nio execs with various WM services including wealth planning, 10b5-1 plans, lending, etc

Also, we appreciate you passing on Tanya Curry's deck on our Directed Share Program capabilities to the company. I see the company chose UBS to manage the DSP but we appreciate you positioning us for the business.

Happy to discuss further or connect you to Kimi and Haiman if it makes sense.


Regards,
Jon


Jon Ponosuk, Managing Director
**Morgan Stanley | Strategic Client Management**
1585 Broadway, 29th Floor | New York, NY 10036
Phone: +1 212 761- 4695
Cell: +1 202 487- 5169
Jon.Ponosuk@morganstanley.com

Confidential

UW_MS_00096114