# EXHIBIT 22

Case 1:19-cv-01424-NGG-JRC    Document 122-23    Filed 12/23/22    Page 2 of 49 PageID #: 3976

## NIO

### Blue Sky Future, but unproven path there: Initiate with Neutral

**Initiation**
**Neutral**

NIO, NIO US
Price: $6.26

**Price Target: $7.50**

**We initiate coverage on Nio with a Neutral recommendation and June-19 PT of US7.5/shr.** Nio, founded in 2014, is an EV manufacturer targeting China's fast growing and largely untapped premium EV market through its competitive SUV line-ups. We are optimistic on China's EV demand and Nio's top-line opportunity. The company's lack of track record (for now) means that evidence of overcoming execution challenges will warrant a more constructive near-term stance. Potential further capital-raising could also be a risk before the company turns a profit in 2021. On balance, we see Neutral a fair designation at this stage. Key data to watch will be production & backlog.

- **Positive drivers: 1). We are optimistic on China's NEV market** and project 49% CAGR toward 2020, led by passenger EV, thanks to rapid battery price reduction and government-led charging infrastructure rollout. We believe Nio is in a strong market segment with robust top line opportunity (JPMe 95% CAGR in 2018-2023). **2) We like Nio's focus on the niche premium EV market** at MSRP ~Rmb400-500k, thus far very much untapped with any meaningful Chinese or foreign competition, which may only arrive from 4Q19 at the earliest. Nio's SUV line-ups with competitive content such as ADAS level 2 and connectivity features should bring its volume from 11k units this year to 304k by 2023 (94% CAGR) on our estimate. **3) Nio offers unique solutions and experience** to its customers such as battery swap, Nio House and Apps which we believe will appeal to China's young buyers (aged 20-30), currently accounting for ~40% of new car sales.

- **Investment risks: 1). Competition beyond grace period of late 2019**, including similar Chinese EV start-ups e.g. *Byton*, *Lucid Motors* and premium brands e.g. Benz's *EQC*, BMW's *Mini EV* and *iX3*, *Audi e-tron* and potentially *Tesla model 3*. Nearly all will emerge and be available in the market from late 2019. **2) Likely continued reduction of NEV subsidies** toward 2020 (~30% p.a.). From 2021, subsidies will be completely phased out. Subsidies account for ~16% of Nio's ES8 price. **3) Unproven track record and execution challenges** given Nio's limited experience in the car industry. Financially, we project Nio will only turn in a profit from 2021; hence funding could be another medium-term challenge facing management.

**China**
**Head of Asia Auto Research**
Nick Lai [AC]
(852) 2800 8543
nick.yc.lai@jpmorgan.com
Bloomberg JPMA LAI <GO>
J.P. Morgan Securities (Asia Pacific) Limited

**Head of US Auto Research**
Ryan Brinkman [AC]
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com
Bloomberg JPMA BRINKMAN <GO>
J.P. Morgan Securities LLC

Rebecca Y Wen
(852) 2800-8505
rebecca.y.wen@jpmorgan.com
J.P. Morgan Securities (Asia Pacific) Limited

**Price Performance**



| | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | 0.0% | 0.0% | 0.0% | 0.0% |
| Rel | 14.7% | -1.6% | -1.2% | 16.4% |

### NIO Inc. (Reuters: NIO, Bloomberg: NIO US)

| Rmb in mn, year-end Dec | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|
| Revenue (Rmb mn) | 0 | 0 | 4,411 | 20,262 | 45,103 |
| Net Profit (Rmb mn) | (3,518) | (7,562) | (15,994) | (7,723) | (2,843) |
| EPS (Rmb) | (4.13) | (8.89) | (15.23) | (7.36) | (2.71) |
| DPS (Rmb) | - | - | - | - | - |
| Revenue growth (%) | - | - | - | 359.4% | 122.6% |
| EPS growth (%) | - | 115.0% | 71.4% | (51.7%) | (63.2%) |
| ROCE | (524.4%) | (102.1%) | (101.1%) | (94.1%) | (36.0%) |
| ROE | (735.3%) | (167.8%) | (232.5%) | (418.9%) | 82.7% |
| P/E (x) | NM | NM | NM | NM | NM |
| P/BV (x) | 38.2 | 4.5 | 7.9 | NM | NM |
| EV/EBITDA (x) | NM | NM | NM | NM | NM |
| Dividend Yield | - | - | - | - | - |

| Company Data | |
|---|---|
| Shares O/S (mn) | 1,050 |
| Market Cap (Rmb mn) | 45,149 |
| Market Cap ($ mn) | 6,573 |
| Price ($) | 6.26 |
| Date Of Price | 05-Oct-18 |
| Free Float(%) | - |
| 3M - Avg daily vol (mn) | - |
| 3M - Avg daily val ($ mn) | - |
| 3M - Avg daily val ($ mn) | - |
| SHCOMP | 2821.35 |
| Exchange Rate | 1.00 |
| Price Target End Date | 30-Jun-19 |

Source: Company data, Bloomberg, J.P. Morgan estimates.

**See page 45 for analyst certification and important disclosures, including non-US analyst disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

SABRY-0000163

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

| Key catalysts for the stock price: | Upside risks to our view: | Downside risks to our view: |
|---|---|---|
| • Monthly delivery and backlog order | • Better-than-expected sales volume<br>• Higher-than-expected gross margin | • Worse-than-expected sales volume<br>• Worse-than-expected gross margin |

| Key financial metrics | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|
| Revenues (LC) | - | 4,411 | 20,262 | 45,103 |
| Revenue growth (%) | | | 359% | 123% |
| EBITDA (LC) | (4,786) | (8,806) | (6,412) | (322) |
| EBITDA margin (%) | | -200% | -32% | -1% |
| Tax rate (%) | -0.2% | -0.1% | -0.2% | -0.5% |
| Net profit (LC) | (7,562) | (15,994) | (7,723) | (2,843) |
| EPS (LC) | (9) | (15) | (7) | (3) |
| EPS growth (%) | 115% | 71% | -52% | -63% |
| DPS (LC) | - | - | - | - |
| BVPS (LC) | 9 | 5 | (2) | (5) |
| Operating cash flow (LC mn) | (4,575) | (8,398) | (4,553) | 2,234 |
| Free cash flow (LC mn) | (5,689) | (12,514) | (8,184) | (1,431) |
| Interest cover (X) | 5,402 | 83 | (36) | (1) |
| Net margin (%) | | -363% | -38% | -6% |
| Sales/assets (X) | - | 0 | 2 | 3 |
| Net debt/equity (%) | -85% | -23% | -336% | -182% |
| ROE (%) | -168% | -232% | -419% | 83% |

| Key model assumptions | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|
| Auto sales volume (units) | | 11,000 | 50,154 | 111,389 |
| Auto gross margin | | -3% | 12% | 19% |

Source: Bloomberg, Company data and J.P. Morgan estimates.

### Sensitivity analysis

| Sensitivity to | Impact on EBIT | | Impact on EPS | |
|---|---|---|---|---|
| | FY18E | FY19E | FY18E | FY19E |
| 1% decrease in sales | 1.0% | 1.0% | 0.6% | 1.0% |
| 100 bps decrease in GPM | -0.5% | -2.7% | -0.3% | -2.6% |

Source: J.P. Morgan estimates.

### Valuation and price target basis

Considering the balance of risks and rewards discussed above, we initiate coverage on Nio with a Neutral recommendation. We value NIO using a blend of a 2023-based Price-to-Sales, Price-to-Earnings, and EV/EBITDAP-based analysis, which suggests a $7.5 value.

### Revenue breakdown ( by source)

% in 2018



Source: Bloomberg, Company data and J.P. Morgan estimates.

| Net profit (Rmb mn) | 2018 | 2019 |
|---|---|---|
| JPMe (Non-GAAP) | (9,059) | (7,258) |
| Consensus | (9,245) | (8,806) |
| Diff | 2% | 18% |

### Table 1: Valuation summary

| Ticker | Company Name | Rec | Price 10/5 | Mkt Cap USDm | P/E 18E | P/E 19E | P/BV 18E | P/BV 19E | Div Yield 18E | Div Yield 19E | EV/ EBITDA 18E | EV/ EBITDA 19E | P/S 18E | P/S 19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **US** | | | | | 6.2 | 5.5 | 1.1 | 1.0 | 6.2% | 6.5% | 2.9 | 2.4 | 0.3 | 0.3 |
| GM US | General Motors C | OW | 34 | 48,140 | 5.6 | 5.1 | 1.3 | 1.1 | 4.5% | 4.9% | 3.0 | 2.5 | 0.3 | 0.3 |
| F US | Ford Motor Co | OW | 9 | 36,350 | 6.7 | 5.9 | 1.0 | 0.9 | 8.0% | 8.0% | 2.9 | 2.3 | 0.2 | 0.2 |
| TSLA US | Tesla Inc | UW | 262 | 44,687 | (31) | (210) | 8.5 | 8.1 | n/a | n/a | 148 | 35 | 2.4 | 2.0 |
| **Europe** | | | | | 6.0 | 5.3 | 0.8 | 0.7 | 4.0% | 4.4% | 1.4 | 1.2 | 0.3 | 0.3 |
| VOW3 GR | Volkswagen-Pref | OW | 149 | 85,411 | 6.2 | 5.3 | 0.6 | 0.6 | 4.3% | 5.1% | 1.0 | 0.9 | 0.3 | 0.3 |
| BMW GR | BMW | N | 78 | 58,063 | 6.9 | 6.8 | 0.8 | 0.8 | 5.2% | 5.5% | 1.3 | 1.2 | 0.5 | 0.5 |
| DAI GR | Daimler Ag | OW | 55 | 68,347 | 7.2 | 6.2 | 0.9 | 0.8 | 6.8% | 6.7% | 2.5 | 2.2 | 0.4 | 0.4 |
| FCA IM | Fiat Chrysler Au | OW | 15 | 26,926 | 5.1 | 4.4 | 0.9 | 0.8 | 0.0% | 0.0% | 2.0 | 1.6 | 0.2 | 0.2 |
| UG FP | Peugeot Sa | OW | 22 | 22,824 | 6.5 | 5.0 | 1.1 | 0.9 | 3.8% | 5.0% | 1.2 | 0.8 | 0.3 | 0.3 |
| RNO FP | Renault Sa | N | 72 | 24,619 | 4.3 | 4.1 | 0.6 | 0.5 | 3.9% | 4.0% | 0.6 | 0.5 | 0.4 | 0.4 |
| **China** | | | | | 9.8 | 8.6 | 1.2 | 1.1 | 3.2% | 3.6% | 4.4 | 3.8 | 0.6 | 0.5 |
| 1114 HK | Brilliance China | OW | 11.0 | 7,083 | 9.8 | 8.0 | 1.6 | 1.4 | 4.2% | 4.3% | 3.9 | 3.2 | 0.8 | 0.8 |
| 1958 HK | Baic Motor-H | OW | 6.0 | 6,097 | 11.2 | 9.8 | 1.3 | 1.2 | 2.8% | 3.2% | 5.3 | 4.7 | 0.4 | 0.4 |
| 489 HK | Dongfeng Motor | N | 8.1 | 8,951 | 7.8 | 6.9 | 0.7 | 0.6 | 3.5% | 4.2% | 3.6 | 3.2 | 0.4 | 0.4 |
| 175 HK | Geely Automobile | N | 14.4 | 16,478 | 10.3 | 9.0 | 1.3 | 1.1 | 2.1% | 2.3% | 4.9 | 4.3 | 0.7 | 0.7 |
| 2333 HK | Great Wall Mot-H | N | 4.7 | 8,776 | 12.5 | 9.8 | 0.7 | 0.7 | 2.6% | 3.0% | 4.4 | 3.7 | 0.2 | 0.2 |
| 2238 HK | Guangzhou Auto | OW | 7.6 | 14,468 | 10.0 | 10.3 | 1.3 | 1.2 | 2.6% | 3.2% | 4.3 | 3.4 | 0.5 | 0.5 |
| 200625 CH | Changan-B | UW | 6.3 | 4,861 | 8.2 | 7.5 | 0.7 | 0.7 | 5.5% | 5.8% | 2.7 | 2.4 | 0.4 | 0.4 |
| 600104 CH | Saic Motor-A | N | 33.3 | 56,606 | 9.7 | 8.8 | 2.1 | 1.8 | 1.8% | 2.3% | 4.9 | 4.4 | 0.8 | 0.8 |
| 1211 HK | Byd Co Ltd-H | OW | 52.1 | 19,043 | 9.0 | 8.8 | 1.2 | 1.1 | 3.4% | 3.6% | 4.3 | 4.1 | 0.8 | 0.8 |
| **Global average** | | | | | 9.4 | 8.1 | 1.5 | 1.3 | 3.6% | 4.0% | 4.5 | 4.9 | 1.0 | 0.9 |

Source: J.P. Morgan estimates, Bloomberg. Averages exclude BYD and Tesla

SABRY-0000164

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

# Table of Contents

Investment summary...............................................................4

Investment Positives ............................................................5

Positive 1: Robust NEV market supported by government ...........................5
Positive 2: Niche market player ..............................................8
Positive 3: Unique business model............................................10

Key Investment Risks ..........................................................12

Risk 1: Intensifying competition from late 2019....................................12
Risk 2: Subsidy cuts in the industry ...........................................13
Risk 3: Limited track record and execution challenges .............................14
Risk 4: Potential need for further capital raising..................................14

Valuation and recommendation ...............................................15

Company Analysis ...............................................................19

Company Description ..........................................................19

Management Team...............................................................19
History of NIO ................................................................20
Geographic Profile ............................................................22
Sources of Revenue: Vehicle Sales; Service Packages, Energy Packages; and Other Services ......................................................................23
The Cars: EP9; ES8; ES6; ET7; and a 4th As Yet Unnamed Model........................25

SWOT Analysis .................................................................28

Industry Analysis..............................................................29

Financial Analysis .............................................................35

Vehicle Volume Outlook.........................................................38
Vehicle Revenue Outlook........................................................39
Total Revenue Outlook..........................................................39
Vehicle Gross Profit Outlook....................................................40
Total Gross Profit Outlook ......................................................40

Appendix I: Financial Statements ...........................................41

Investment Thesis, Valuation and Risks ...................................42

Appendix II: Glossary of Tables and Figures.............................43

List of Tables ...................................................................43

List of Figures..................................................................43

SABRY-0000165

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

**Terminology:**
- **NEV** = new energy vehicle (including EV, PHEV and HEV)
- **EV (BEV)** = electric vehicle, or pure battery-powered electric vehicle
- **PHEV** = plug-in hybrid electric vehicle
- **HEV** = hybrid electric vehicle
- **FCEV** = fuel cell electric vehicle

# Investment summary

We initiate coverage on Nio with a Neutral recommendation and June-19 PT USD7.5/shr. Nio is a start-up carmaker, founded in 2014 and focuses on the premium EV (electric vehicle) market in China – a unique and fast growing segment.

**On the positive side:**
1) We are optimistic on China's NEV (new energy vehicle) market and anticipate 49%/ 26% CAGR toward 2020 or 2025, driven by continued reduction of battery cost and charging infrastructure rollout – an initiative led by the government.
2) On top of this, Nio is uniquely positioned to capture the premium EV market through competitive content offerings such as ADAS level 2 functionality and connectivity features. At the moment, Nio sees fairly limited competition from both domestic and foreign brands at its target price segment (MSRP ~Rmb400-500,000), a clear first-mover advantage, in our view. We believe competition at Nio's target price segment from either Chinese brands with comparable content (e.g. *Byton, Lucid Motor, Lynk&Co*) or foreign premium brands (e.g. *Benz, BMW, Audi, Tesla*) will not come until 2H19 or 4Q19 at the earliest.

**Conversely,** our reservations mainly lie in the lack of proven track record and hence potential execution challenge or risk facing management in a highly sophisticated car industry. Besides a limited four years of history, Nio chooses to adopt a direct distribution strategy through its online platform and mega showrooms ("*Nio House*") and aims to solve customers' range anxiety through its battery-swap and power-mobile business model. These *could* be successful if the company executes well but could also present operational risks, dragging the company's profitability. On the financial front, we project Nio will only turn profitable in 2021 and the company may need to raise capital before that. As a result, considering the balance of risk and reward, hence our Neutral stance at this stage.

**Key data to monitor** would include monthly deliveries, production yield rate and order backlog (refundable vs. non-refundable).

Figure 1: Competitive landscape of China premium market



Source: Company reports.

Figure 2: P/S vs. CAGR



Source: Company reports.

SABRY-0000166

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

# Investment Positives

## Positive 1: Robust NEV market supported by government

### Robust growth of the NEV market

China's NEV market has seen rapid growth during the past few years and we expect China's NEV sales to continue to experience a robust growing trend. China's new energy vehicle sales, including EVs, PHEVs and HEVs, enjoyed strong growth of over 100% CAGR during 2014-17, from 95k units in 2014 to 897k units in 2017, thanks to the support from the various government policies.

Our base case is that China NEV (including EV, PHEV and HEV) demand will see 49% CAGR in 2017-20, to 3.0 mn units. Of which, EV and PHEV collectively are expected to top 2.5mn units by 2020, 26% above the State Council's target of 2.0mn units. Longer term, we project NEV to exhibit 26% CAGR toward 2025; of which EV/PHEV would top 4.8mn units (see table below).

We believe the robust growth of the NEV market is reasonable, driven by:

1) **Rapid battery price cost reduction** (~15-20% p.a.) through improving energy density, rising scale and production yield. One important factor for price reduction, in our view, is OEMs continuing to push suppliers to lower prices given battery suppliers still enjoy rather healthy (GP) margin of ~30-32% now.

2) **Incentive by government through subsidy policy,** which is in favor of passenger EV with longer range (>350km) and higher energy density (>160Wh/kg). We see two important "milestones" here:

    a) **Price parity** between EV and ICE cars (on after subsidy basis), seen this year for selective A or A0-segment compact EV model which doesn't require a large battery pack such as BYD's "Yuan" model.

    b) **Cost parity** between EV and ICE compact cars (which would require ~40-45KWh battery) by 2020 when battery price is anticipated to slip to ~Rmb800/KWh (pack level, including VAT) vs. current Rmb1,100-1,200/KWh.

3) **Availability of charging facilities** is expected to improve markedly. The State Council's 2020 target calls for 4.5 million charging post units and 12,000 charging station units.

5

SABRY-0000167

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

### Table 2: China NEV sales forecast

| | 2014 | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Annual NEV sales (000 units)** | 95 | 345 | 588 | 897 | 1,418 | 2,111 | 2,973 | 3,716 | 4,314 | 4,816 | 5,269 | 5,787 |
| EVs | 45 | 247 | 409 | 652 | 924 | 1,315 | 1,821 | 2,334 | 2,658 | 2,961 | 3,192 | 3,460 |
| PHEVs | 30 | 84 | 98 | 125 | 286 | 483 | 699 | 838 | 1,004 | 1,104 | 1,214 | 1,335 |
| HEVs | 20 | 14 | 81 | 120 | 209 | 313 | 453 | 544 | 652 | 750 | 863 | 992 |
| *EVs+PHEVs* | *75* | *331* | *507* | *777* | *1,210* | *1,799* | *2,520* | *3,172* | *3,662* | *4,066* | *4,406* | *4,795* |
| **NEV penetration** | 0.4% | 1% | 2% | 3% | 5% | 7% | 10% | 12% | 14% | 15% | 16% | 17% |
| EVs | 0.2% | 1% | 1% | 2% | 3% | 4% | 6% | 8% | 8% | 9% | 10% | 10% |
| PHEVs | 0.1% | 0.3% | 0.3% | 0.4% | 1% | 2% | 2% | 3% | 3% | 3% | 4% | 4% |
| HEVs | 0.1% | 0.1% | 0.3% | 0.4% | 1% | 1% | 1% | 2% | 2% | 2% | 3% | 3% |
| *EVs+PHEVs* | *0.3%* | *1%* | *2%* | *3%* | *4%* | *6%* | *8%* | *10%* | *12%* | *13%* | *13%* | *14%* |
| **NEV sales growth (yoy%)** | 440% | 263% | 70% | 53% | 58% | 49% | 41% | 25% | 16% | 12% | 9% | 10% |
| EVs | 208% | 449% | 65% | 59% | 42% | 42% | 38% | 28% | 14% | 11% | 8% | 8% |
| PHEVs | | 181% | 17% | 28% | 129% | 69% | 45% | 20% | 20% | 10% | 10% | 10% |
| HEVs | | -31% | 468% | 49% | 74% | 50% | 45% | 20% | 20% | 15% | 15% | 15% |
| *EVs+PHEVs* | | *343%* | *53%* | *53%* | *56%* | *49%* | *40%* | *26%* | *15%* | *11%* | *8%* | *9%* |
| **Cumulative NEV fleet size (incl. HEVs)** | 141 | 485 | 1,071 | 1,965 | 3,379 | 5,476 | 8,401 | 12,010 | 16,127 | 20,605 | 25,326 | 30,273 |
| **Cumulative NEV fleet size (excl. HEVs)** | 120 | 451 | 956 | 1,730 | 2,936 | 4,722 | 7,197 | 10,273 | 13,762 | 17,534 | 21,468 | 25,543 |

Source: CAAM, J.P. Morgan estimates.

Our forecast of 2.5mn units of EV/PHEV sales in 2020 is 26% above the government's target of 2mn units.

## China government's policies support NEV market growth

Government's policies will drive NEV demand from three directions:

- The retroactive **two-credit policies** announced in China on 12 March 2018 are pushing OEMs to have a larger proportion of NEVs in their production portfolio in order to meet China's 2020 fuel consumption target of an average 5.0 liters of fuel consumption per 100 km range (click here).Two-credit policies push OEMs to produce NEVs in order to meet the requirements.

- A leveling off of government subsidies towards 2020 could potentially trigger some 'pre-buying' activity this year and next. New NEV subsidies were announced on 14 February 2018, effective 11 June 2018, raising energy density and driving range requirements (click here). In addition, there will be no more subsidies beyond 2020, so we could see some "pre-buying" activity in 2020.
- Thirdly, China's car plate policies are also supportive for New Energy Vehicles. China has imposed car plate restrictions on most vehicles, except for EV and PHEV. In most major cities, electric vehicles or new energy cars can get free car plates or get plates without going through the lottery system.

6

SABRY-0000168

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

Table 3: Summary of China car purchase restrictions in major cities

| | Shanghai | Beijing | Guiyang /Shijiazhuang | Guangzhou | Tianjin | Hangzhou | Shenzhen | Hainan |
|---|---|---|---|---|---|---|---|---|
| When? | 1994 | Dec 23rd, 2010 | Jul-11 | July 1st, 2012 | Dec 16th 2013 | March 26th 2014 | Dec 29th 2014 | Aug 2018 |
| Restrictions | 1)Car plate quota each month/ year through bidding process | 1)Car plate quota through lottery process | 1)Two kinds of car plate in the city "authorized plate" and "common plate" | 1)Car plate quota of 120k units/ per annum through both bidding and lottery process | 1) Car plate quota through lottery and bidding process. | 1) Car plate quota through lottery and bidding process. | 1) Car plate quota through lottery and bidding process. | 1) Car plate quota through lottery and bidding process. |
| | 2)Control growth of total vehicle fleet each year | 2)New car plate quota reduced from 240k units/ per annum in 2011 to 150k units from Jan 2014 | 2)"Authorized plate" with fixed quota of 2,000 units/ per month | 2)Bidding and lottery each has half of 120k units of plate quota | 2)100k units of plate to be issued each year. Of which, 50% through lottery, 40% bidding and 10% reserved for new energy vehicle (through lottery) | 2)80k units of plates to be issued each year. Of which, 64k through lottery and 16k through bidding. | 2)100k units of plates to be issued each year. Of which, 20k units is reserved for new energy vehicles | |
| | | | 3)No monthly limit for "common plate" but cars with common plate cannot enter downtown area (1st ring road) in the city | 3)10% plate reserved for new energy vehicle | | | | |
| How to acquire a car plate | Bidding | Lottery | Lottery (for authorized plate) | Bidding and lottery | Bidding and lottery | Bidding and lottery | Bidding and lottery | Bidding and lottery |
| Control increase of PV fleet size each year? | Yes | Yes | No | No | Yes | Yes | Yes | No |
| Winning rate if bidding process | Around 5% | 1% | NA | 100% (bidding) and 5% (lottery) | No detail | No detail | No detail | NA |
| For electronic vehicle or new energy car | Free car plate | Most can get plate without going through lottery | No specific detail now | 10% quota set aside for EV through lottery (but current winning rate is 100%) | Most can get plate without going through lottery | No need to go through lottery process | 20% quota set aside for new energy vehicle | No need to go through lottery process |

Source: J.P. Morgan, NDRC

7

SABRY-0000169

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

## Positive 2: Niche market player

As a niche market player, NIO is well positioned in the premium market to sell high-end models with tailored designs, localized content and services for Chinese buyers especially young ones. NIO's first volume manufactured vehicle, the ES8, is a 7-seater electric SUV featuring its family-friendly design as being most spacious among same class SUVs. Further, NIO has incorporated cutting-edge technology not only into its chassis and architecture but also into its autonomous (ADAS level 2) and powertrain system through worldwide partnership with reputable suppliers, shown in table below.

- **Chassis & architecture:** ES8's full-body aluminum alloy architecture featuring aerospace grade enables both a light body weight and a high torsional stiffness of up to 44,140 Nm/Deg.

- **Powertrain:** ES8's modular electric powertrain ensures sufficient driving range (350km on NEDC test cycle) and high efficiency of accelerating from 0 to 100km/h at ~4.5 seconds.

- **Autonomous driving and connectivity:** ES8 is equipped with 23 sensors, Mobileye's EyeQ4 processor and its self-developed AI system NOMI which enhances user experience.

Table 4: NIO's partnership with reputable global suppliers

| Connectivity & Autonomous Driving | Powertrain | Chassis & Architecture |
|---|---|---|
| • Off-car remote access | • Modular E-Powertrain | • Aluminum & carbon fiber composite material *(Novelis)* |
| • Over-the-air upgrades | • Battery swap option (battery cells supplied by *CATL*) | • Light weight body |
| • 360 surveillance sensors | • Energy storage system- incl. induction motor, motor controller and high-torque gearbox *(in-house)* | • i-Booster braking system *(Bosch)* |
| • ADAS processor, hardware, Mobilereye EyeQ4 *(Mobileye N.V.)* | | • Air suspension system *(Continental)* |
| • Steering system *(ThyssenKrupp)* | | |

Source: Company data

Compared with other players in China's NEV market, NIO is offering premium models with top performance but at a more competitive price range, indicated in the chart below. While most of China's local OEMs and emerging EV players are focused on entry to mid-level models, NIO produces premium EV models with high-end content. Compared with global OEMs and EV players, such as BMW, Audi, Daimler and Tesla etc., NIO's pricing is much more affordable. If we look into

SABRY-0000170

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

performance details of the ES8, Tesla's Model X and SAIC's Marvel X (Table 5), ES8 is both competitive and attractive.

Figure 3: Competitive landscape of China premium market



Source: Company data, Frost & Sullivan.

SABRY-0000171

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

**Table 5: Comparison of key BEV models**

| | NIO ES8 (BEV) | Tesla Model X 75 D (BEV) | SAIC Marvel X (four-wheel drive model) (BEV) |
|---|---|---|---|
| MSRP (RMB) | 448,000 | 761,660 | 376,300 |
| Price after subsidy (Central gov't subsidy+Shanghai local subsidy) | 380,500 | 761,660 | 308,800 |
| Size- Length/Width/Height (mm) | 5,022/ 1,962/ 1,756 | 5,037/ 2,070/ 1,684 | 4,678/ 1,919/ 1,618 |
| Max No. of Seats | 7 | 7 | 5 |
| 0 to 100km/h (s) | 4.4 | 5.2 | 4.7 |
| Top Speed (km/h) | 200 | 210 | 170 |
| Maximum Torque (N*m) | 840 | 660 | 665 |
| Maximum Power (kw) | 480 | 386 | 222 |
| Capacity of Battery (kWh) | 70 | 75 | 52.5 |
| Electricity Consumption (kWh/km) | 0.2 | 0.22 | 0.14 |
| Charging Time | 10h (AC Charging) 1.1h (DC Charging) | 8h (AC Charging) 75min (DC Charging) | 8h (AC Charging) 40min (DC Charging) |
| NEDC Driving Range (km) | 355 | 406 | 370 |
| Autonomous Driving | Level 2.0+ | Level 2.0+ | Level 2.0+ |
| Autonomous Driving Features | • NIO Pilot: highway pilot, traffic jam pilot and automatic emergency braking; • Nomi: in-car AI system | • Auto Pilot: collision avoidance system | • AI Pilot: AI Cruise; Automatic parking; AR driving technology; • Wireless charging function |

Source: Company data

## Positive 3: Unique business model

NIO's key distinctions from other premium brands are its unique business model focusing on user experience (via NIO House, NIO App etc.), its exclusive battery leasing plan and its comprehensive power solutions.

- **NIO App** functions as an online portal for customers to make online purchases, register for NIO activities and join its e-community to share moments. NIO App has more than 520k registered users as of August 2018 and over 210k photos shared in this on-line community, an area where the company could potentially monetize in the future.

10

SABRY-0000172

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

- **NIO Houses** are not only mega showrooms but also dedicated user clubs with multiple social functions. As of August 2018, there are 8 NIO Houses completed in Shanghai, Beijing, Nanjing, Guangzhou, Shenzhen and Hangzhou and 4 more NIO Houses and several pop-up NIO Houses to be completed in 2018.

Figure 4: Major features of NIO App (in Chinese only)

Online purchase



Merchandise & gifts



Moment sharing



Activity



Source: Company

NIO's battery leasing plan is also unique. It reduces both purchasing costs and ongoing maintenance and energy costs for customers and redirects them to focus on total cost of ownership.

In addition, NIO's comprehensive power services offer clients worry-free solutions and ensure convenience. NIO provides 4 major services including Power Swap, Power Mobile, Charging Station and Power Express to offer clients timely and efficient power solutions, shown in the table below.

Table 6: NIO's power services – convenience for customers and removes owners' range anxiety

| Solutions | Services offered |
| --- | --- |
| Power Swap | • Compact size of 45 sqm per station which is relatively easy to build with limited cost (~Rmb2.0mn per station)<br>• 3 min battery swap solution;<br>• >1,100 swap stations by 2020 vs. current ~50-60 |
| Power Mobile | • 10 min for 100 km;<br>• Hundreds of NIO Power mobile trucks to be in operation in 2018<br>• Over 1,200 vehicles by 2020 |
| Charging station | • Partnership with State Grid, Nanfang Heshun, Star Charge, TELD;<br>• Connected to 42,000+ stations by Mar 18 |
| Power Express | • One-click charging service through the Apps;<br>• Remote monitoring charging status in real time |

Source: Company data

11

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

# Key Investment Risks

## Risk 1: Intensifying competition from late 2019

Competition in China's NEV market is intensifying, while OEMs are striving to offer electrification solutions to customers and comply with China's strict fuel efficiency/emissions targets. Many global OEMs are developing specific platforms for new energy cars. Examples include Volkswagen's MEB platform, a modular platform for electric vehicles, aims to start NEV production in 2019; BMW's EV platform also plans to deliver 25 BEV/PHEV models by 2025.

Besides, local and international OEMs are also launching NEV models to compete in China's NEV market. Tesla is planning to build a plant in Shanghai. According to Bloomberg, Tesla (TSLA.O, US$318.51, rated UW by JPM US Analyst Ryan Brinkman, latest note click here) and the Shanghai government has signed a MOU whereby Tesla will plan to build a giga factory with annual production of 500k units in the future. The new investment and venture will include manufacturing and R&D capabilities.

And the recent Great Wall Motor/BMW JV (focus on electric vehicles under the Mini brand) should further shape the competitive dynamics especially in China's premium EV market (click here). BMW (BMW.DE, €80.2 rated UW by JPM Cazenove Analyst Jose Asumendi) and Great Wall Motor announced the signing of a joint venture agreement for producing Mini-brand electric vehicles in China on 10 July 2018, following the LOI announced in February this year (click here). The 50:50 JV is named "Spotlight Automotive Ltd" and initial registered capital of Rmb1.7bn is shared equally by Great Wall Motor and BMW. The production plant based in Jiangsu with designed capacity of 160k units will be completed in 2H 2020.

Besides the above examples, we believe similar Chinese start-ups such as Byton (click here for the company's web link) and Lucid Motors (click here) will be the main rivals targeting similar price ranges and with competitive content against Nio. According to Bloomberg news and our discussions with sales staff at the Beijing auto show in April this year, Byton's first EV model is scheduled to hit the Chinese market in 2H or 4Q19.

12

SABRY-0000174

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

Figure 5: Byton's first EV model (exterior)



Source: Company.

Figure 6: Byton's first EV model (interior)



Source: Company.

## Risk 2: Subsidy cuts in the industry

OEMs bear the burden of subsidy cuts in the industry. The Chinese government announced a revised 2018 NEV subsidy policy on 14 February, effective from 11 June 2018, which is in favor of passenger EV with longer range (>350km on NEDC test cycle) and higher energy density (>160Wh per kg at pack level). And beyond 2020, there will be no more subsidies. At the moment, we don't know whether subsidies will be cut by ~30% again or not in 2019. Our base case is that subsidies will likely be cut by ~30% in 2019 and again in 2020 before being completely removed from 2021.

Depending on the type of car (EV vs. PHEV, PV vs. CV) and driving range, subsidies currently account for approximately 15-16% of NIO ES8's MSRP, given central government's subsidy for ES8 is Rmb 45k and Shanghai local government subsidy is Rmb 22.5k. With subsidy cuts in the sector, pressure on NIO's ASP and profitability is expected.

Table 7: Comparison of central government subsidies for passenger NEV (2016-18), based on "standard model"

| | EV driving range (R) (km) | | | | | | | PHEV |
|---|---|---|---|---|---|---|---|---|
| | Pure EV | | | | | | | |
| | 100 ≤ R < 150 | 150≤R<200 | 200≤R<250 | 250≤R<300 | 300≤R<400 | R≥400 | | R ≥ 50 |
| 2016 | 25,000 | 45,000 | 45,000 | 55,000 | 55,000 | 55,000 | | 30,000 |
| 2017 | 20,000 | 36,000 | 36,000 | 44,000 | 44,000 | 44,000 | | 24,000 |
| 2017 vs. 2016 % change | -20% | -20% | -20% | -20% | -20% | -20% | | -20% |
| 2018 | 0 | 15,000 | 24,000 | 34,000 | 45,000 | 50,000 | | 22,000 |
| 2018 vs. 2017 % change | -100% | -58% | -33% | -23% | 2% | 14% | | -8% |

Source: Ministry of Finance.

13

SABRY-0000175

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

## Risk 3: Limited track record and execution challenges

With only four years of history and having only sold its first hundred vehicles in 2Q18, Nio has a limited track record. Although its business model is unique and innovative (e.g. battery swap), there are very successful examples in the global market place at this stage. Besides, sizeable capex investment and personnel involvement could be challenging for NIO, as the company further rolls out its charging network and distribution channels. This includes:

- NIO's Power Mobile service requires a lot of personnel to drive its fast charging trucks.

- NIO's ambition to set up more than 1,100 power swap stations by 2020 also sets high capex or working capital requirement and execution challenge for the company. According to management, cost per station is around Rmb2.0mn (excluding land cost). To build an extensive swap station network, the company will need to lease parking spaces available in main cities (e.g. parking lots at shopping malls or department stores).

- NIO's distribution strategy is different from traditional 4S stores. Though NIO House creates customer community and unique experience, such a business model is untested and whether the company will be able to monetize is another question.

## Risk 4: Potential need for further capital raising

Currently, NIO is loss-making and its net loss widened from Rmb3.5bn in 2016 to Rmb7.6bn in 2017. The company also recorded negative operating cash flow of Rmb2.2bn in 2016 and Rmb4.6bn in 2017. NIO's future sustainability will depend on its ability to turn profitable or further potential financing.. Based on our analysis, the company may need to raise further capital before it turns in a profit in 2021. Currently we do not factor in the additional equity capital raising in our model and thus our current projection leaves Nio in negative equity during 2019-2021.

Despite a negative equity, we believe Nio's operating cash flow will be sufficient to honor its short-term obligations in the next couple of years. We premise our analysis on the belief that the company will retain access to long-term funds. Nio's cash on hand (~Rmb1.0bn by end-2019) well covers its short-term borrowing (~Rmb 600mn) and we believe the company will turn into positive operating cash flow in 2020.

SABRY-0000176

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan



Figure 7: NIO's total equity forecasts

Source: Company, JPMorgan.



Figure 8: Nio's cash vs. ST borrowing

Source: Company.

# Valuation and recommendation

Considering the balance of risk and reward discussed above, we initiate coverage on Nio with a Neutral recommendation. *We value NIO using a blend of a 2023-based Price-to-Sales, Price-to-Earnings, and EV/EBITDAP-based analysis, which suggests a $7.5 value.* A summary of our June 2019 price target methodology is shown in the table below.

Table 8: 2023 Financial Performance-based NIO Automotive Value Per Share Analysis

USD per Share

| 2023 Multiples-based Analysis | Weighting | Share Price |
|---|---|---|
| Price-to-Sales | 33% | $7.54 |
| Price-to-Earnings | 33% | $7.41 |
| EV/EBITDAP | 33% | $7.33 |
| **2023 Multiples-based Analysis** | **100%** | **$7.43** |

Source: J.P. Morgan estimates.

### 1. Price to sales approach

Our Price-to-Sales analysis, a 1/3-weighted component of our valuation analysis suggesting $7.5 per share, is shown in Table 9. We use a target multiple of 0.9x 2023 revenue, guided by the average of the 1.0x multiple of 2021 consensus revenue that Tesla (TSLA) currently trades and the 0.8x multiple of 2020 consensus revenue at which BYD (1211 HK) currently trades. These are the furthest out years for which we consider there to be a sufficient sample size of estimates. As our price target end-date is June 2019, we apply 3.5 years of discounting to implied equity value in 2023, utilizing a high 20% discount rate, reflecting considerable execution risk, given that NIO has only recently begun scale operations.

15

SABRY-0000177

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

**J.P.Morgan**

Table 9: NIO Price-to-Sales Based Value per Share Analysis

In ¥ and ¥ mn, except implied value per share in USD

| | Earnings Ramp | |
|---|---|---|
| Price-to-Sales-based Analysis | 2019E | 2023E |
| Sales | 20,262 | 124,545 |
| Price/Sales Multiple | | 0.9x |
| **Implied Equity Value** | | **112,091** |
| Discount Rate to 2019 | | 20% |
| Implied Equity Value Discounted to 12/31/2019 | | 59,216 |
| Chinese RMB per USD | | 6.9 |
| Diluted Share Count | 1,144 | 1,144 |
| Implied Value / Share (Chinese RMB) | | 51.77005 |
| **Implied Value / Share (USD)** | | **$ 7.54** |
| | | |
| Memo: | | |
| (-) Net Cash/(Debt) | 1,327 | 6,417 |
| (-) Other Adjustments | - | - |
| Enterprise Value | -1,327 | 105,674 |
| JPM EBITDAP | -6,412 | 13,681 |
| Implied EV/EBITDAP | n/m | 7.7x |
| Net Income | -7,723 | 10,017 |
| Implied P/E | n/m | 11.2x |

Source: J.P. Morgan estimates.

## 2.  Price to Earnings approach

Our Price-to-Earnings analysis, a 1/3-weighted component of our valuation analysis suggesting $7.4 per share, is shown in Table 10. We use a target multiple of 11x 2023 earnings, guided by the 14x multiple of 2021 consensus EPS that Tesla (TSLA) currently trades. We forecast Nio will turn in a profit in 2021 and reach more meaningful and normalized profit in 2023, hence 11x PER is reasonable in our view. This is the furthest out year for which we consider there to be a sufficient sample size of estimates. As our price target end-date is June 2019, we apply 3.5 years of discounting to implied equity value in 2023, utilizing a high 20% discount rate, reflecting considerable execution risk, given that NIO has only recently begun scale operations.

16

SABRY-0000178

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

Table 10: NIO Price-to-Earnings Based Value per Share Analysis

In ¥ and ¥ mn, except implied value per share in USD

| Price-to-Earnings-based Analysis | Earnings Ramp | |
| --- | --- | --- |
| | 2019E | 2023E |
| Net Income | -7,723 | 10,017 |
| P/E Multiple | | 11.0x |
| **Implied Equity Value** | | **110,188** |
| Discount Rate to 2019 | | 20% |
| Implied Equity Value Discounted to 12/31/2019 | | 58,211 |
| Chinese RMB per USD | | 6.9 |
| Diluted Share Count | 1,144 | 1,144 |
| Implied Value / Share (Chinese RMB) | | 50.89142 |
| **Implied Value / Share (USD)** | | **$ 7.41** |
| | | |
| Memo: | | |
| (-) Net Cash/(Debt) | 1,327 | 6,417 |
| (-) Other Adjustments | - | - |
| Enterprise Value | -1,327 | 103,772 |
| JPM EBITDAP | (6,412) | 13,681 |
| Implied EV/EBITDAP | | 7.6x |
| | | |
| Sales | 20,262 | 124,545 |
| Implied Price/Sales | | 0.9x |

Source: J.P. Morgan estimates.

## 3.  EV/EBITDA approach

Our EV/EBITDA analysis, a 1/3-weighted component of our valuation analysis suggesting $7.3 per share, is shown in Table 11. We use a target multiple of 7.5x 2023 EBITDA, guided by the average of the 8.7x multiple of 2021 consensus EBITDA that Tesla (TSLA) currently trades and the 9.5x multiple of 2020 consensus EBITDA at which BYD (1211 HK) currently trades. These are the furthest out years for which we consider there to be a sufficient sample size of estimates. As our price target end-date is June 2019, we apply 3.5 years of discounting to implied equity value in 2023, utilizing a high 20% discount rate, reflecting considerable execution risk, given that NIO has only recently begun scale operations.

SABRY-0000179

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

Table 11: NIO Automotive EV/EBITDAP Based Value per Share Analysis

In ¥ and ¥ mn, except implied value per share in USD

| EV/EBITDAP-based Analysis | Earnings Ramp 2019E | Earnings Ramp 2023E |
|---|---|---|
| JPM EBITDA ex-Equity Income | (6,412) | 13,681 |
| (+) Adjustments (e.g., Pension, OPEB) | - | - |
| **EBITDAPO** | **(6,412)** | **13,681** |
| | | |
| JPM EV/EBITDAP Multiple | | 7.5x |
| **Enterprise Value** | | **102,608** |
| | | |
| (-) Total Debt | (4,101) | (14,821) |
| (+) Cash & Investments | 5,428 | 21,238 |
| Net Cash/(Debt) | 1,327 | 6,417 |
| | | |
| (+) Equity Stakes (10x P/E) | - | - |
| (-) Noncontrolling Stakes (10x P/E) | - | - |
| (-) Pension Underfunding (35% tax) | - | - |
| Other Adjustments | - | - |
| | | |
| **Implied Equity Value** | | **109,025** |
| Discount Rate to 2019 | | 20% |
| Implied Equity Value Discounted to 12/31/2019 | | 57,596 |
| Chinese RMB per USD | | 6.9 |
| Diluted Share Count | 1,144 | 1,144 |
| Implied Value / Share (Chinese RMB) | | 50.35414 |
| **Implied Value / Share (USD)** | | **$ 7.33** |
| | | |
| Memo: | | |
| Sales | 20,262 | 124,545 |
| *Implied Price/Sales* | *n/m* | *0.9x* |
| | | |
| Net Income | (7,723) | 10,017 |
| EPS | n/a | n/a |
| *Implied P/E* | *n/m* | *10.9x* |

Source: J.P. Morgan estimates

SABRY-0000180

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

# Company Analysis

## Company Description

NIO designs, develops, manufactures, and sells premium electric automobiles. Founded by Bin ("William") Li in 2014, the firm traces its roots to efforts to win the FIA Formula E Driver's Championship. To this end, the company designed, developed, and manufactured the EP9 all-electric supercar, securing the championship in June of 2015. The EP9 in 2017 set the all-time speed record for any vehicle (electric or combustion) around Germany's famed Nürburgring race track. Nio capitalized upon this technological achievement by transitioning into the design, development, and selling of the ES8, a 7-passenger Battery Electric Vehicle (BEV) crossover utility vehicle (CUV) beginning in mid-2018. The ES8 is produced in conjunction with Anhui Jianghuai Automobile Co., Ltd. ("JAC Motors"), a domestic Chinese automaker in a joint-venture facility in Hefei, China. NIO plans to introduce a 5-passenger CUV at the end of 2018, also built in the JAC JV facility, with sales beginning in 2019. Beyond this, plans include to construct the firm's first wholly-owned final assembly plant in Shanghai to manufacture additional models, including a premium sedan ("ET7") by the end of 2020. NIO develops only electric vehicles, in keeping with its mission of environmental sustainability (the firm's Chinese name, "Weilai" translates as "Blue Sky Coming"). In addition to vehicle sales (currently 96.5% of total revenue), NIO also sells service packages (e.g., connectivity, maintenance, and concierge services) and energy packages (e.g., charging pile access, mobile charging trucks, and battery swapping) for those vehicles (combined energy and service packages amount to 3.5% of total revenue — a proportion which we expect to grow over time). At last count, NIO employed 730 engineers throughout the world and 2,056 workers in its factories located in China.

## Management Team

**NIO's management team is led by the following individuals with a blend of both automotive and non-automotive experience:**

- **Bin ("William") Li (Chairman & Chief Executive Officer):** Mr. Li has served as the Chairman and Chief Executive Officer of NIO since January 2018. He also serves as Chairman of Bitauto Holdings Limited (a China-based NYSE-listed auto services and marketing company) and as Vice Chairman of CADA (the China Automobile Dealers Association).

- **Louis T. Hsieh (Chief Financial Officer):** Mr. Hsieh was appointed CFO of NIO in May 2017. He also serves as a non-executive Director of Yum China and also New Oriental Education and Technology Group (a China-based educational services company at which he also served as CFO from 2005 to 2015).

- **Lihong Qin (Co-Founder & President):** Lihong Qin has been with NIO since 2014. Mr. Qin served as Chief Marketing Officer at Longfor Properties Co., Ltd., a property development and investment company in China from 2008 to 2014.

- **Hsien Tsong ("Jack") Cheng (Co-Founder & Executive Vice President):** Mr. Cheng has headed NIO's XPT EV components business since July 2015. Previously, he served as CEO of Magneti Marelli China and Fiat China following a 26 year career at Ford Motor Company.

19

SABRY-0000181

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

- Padmasree Warrior (Director and Chief Development Officer): Ms. Padmasree has served as chief development officer and chief executive officer of NIO USA since December 2015. She has also served as a director of Microsoft since December 2015 and Spotify Ltd. since June 2017.

## History of NIO

### Nio's roots are in high performance electric vehicle racing

NIO was founded in November 2014 as "Nextev", changed its name to "Nextev Limited" in February 2015, and changed its name again to "NIO" in 2017. The EP9, NIO's battery electric supercar, was developed to compete in and secure the inaugural FIA Formula E Driver's Championship in June 2015 which helped establish the company as a competitor in the electric vehicle market. In May 2017, the EP9 electric supercar broke multiple speed records at various race tracks, including in Germany and the United States. Finishing a lap in 6 minutes and 45.90 seconds on the famed Nürburgring "Nordschleife" (i.e., "Green Hell") track, the EP9 demonstrated both Nio's own technological prowess and the performance potential of electric vehicles generally.

### More recently, NIO has executed a shift toward the design, development, engineering, manufacturing, and sale of premium positioned Battery Electric Vehicles

Having first honed its technological prowess via high performance electric vehicle racing, NIO in more recent years executed a shift toward pursuing a strategy of ushering in an era of environmental sustainability by focusing on the development of premium positioned but mass-market Battery Electric Vehicles (BEVs) for the general public. To augment its knowledge of battery electric vehicle technology gained from the development of the EP9, the firm established "NIO GmbH" in Germany to serve as its headquarters for vehicle design, "NIO USA" to serve as its headquarters for software and hardware related to autonomous driving systems, and "XPT Limited" in Hong Kong to serve as its headquarters for electric vehicle systems and components development. Its first non-racing vehicle, the ES8, began volume production in April 2018.

### The next steps in NIO's history are expected to include the debut of additional models (the ES6, ET7, and a 4th as yet unnamed model), and the construction of its first wholly-owned final assembly plant

NIO plans to launch the ES6, a 5-passenger CUV, by the end of 2018, with the goal of delivering the vehicles to customers in the first half of 2019. We expect the ES6 to be built alongside the ES8 in NIO's joint-venture facility with JAC in Hefei. Subsequent to the ES6, we expect the company to launch the ET7, NIO's first passenger car (a sedan) in 2020, leveraging technologies and lessons learned from both the ES8 and ES6. We expect the ET7 to be built in a still to be constructed wholly-owned manufacturing plant in Shanghai that will also assemble a 4th as yet unnamed model beginning in 2021 (likely another sedan based on the ET7, perhaps incorporating more autonomous features, maybe marketed to ride-share providers).

SABRY-0000182

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

The history of NIO thus far, and JPM expectations for key milestones in coming years, are illustrated graphically in Figure 7.

Figure 9: NIO Timeline



Source: Company reports; J.P. Morgan estimates.

SABRY-0000183

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

## Geographic Profile

**NIO currently derives all of its revenue from China, although we see a significant opportunity to grow by diversifying geographically in coming years, likely initially via an export strategy**

Given that China (NIO's country of origin) is currently the world's largest automotive market and focusing tremendous effort and financial resources toward encouraging New Energy Vehicle ("NEV") sales — including Battery Electric Vehicles ("BEV") of the type that NIO solely manufacturers — we expect that NIO management will initially be focused on growing its domestic sales in China. With that said, we are cognizant of the fact that NIO's vehicles (developed globally, including in Germany and the United States) have all along been designed with meeting US and European crash test standards in mind. Therefore, we see exports as a logical next step.

Figure 10: Revenue by Geography
% in 2018



Source: Company Reports.

SABRY-0000184

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

## Sources of Revenue: Vehicle Sales; Service Packages, Energy Packages; and Other Services

NIO derives its revenue from four broad sources: (1) Vehicle Sales; (2) Service Packages; (3) Energy Packages; and (4) Other Services.

- **Vehicle Sales (we expect to comprise ~90% revenue):** Through the "NIO House" model, NIO sells its vehicles directly to consumers, allows the firm to exercise a great deal of control over the customer experience which it aims to be friendly and differentiated. Vehicles are purchased via a mobile application (including via the assistance of sales representatives at the NIO Houses) and subsequently delivered to NIO Houses where customers can take delivery. NIO aims for this model to effectively manage inventory in the channel, lower the number of physical locations, and better ensure a high quality customer experience. Multiple NIO Houses are currently located or are planned in cities such as Beijing, Guangzhou, Shenzhen, Chendu, Heifei, Hangzhou, Nanjing, Suzhou, and Wuhuan. Sales currently consist only of the NIO ES8 full-size (7-passenger) Crossover Utility Vehicle (CUV), although the lineup is expected to expand to additionally include the ES6 mid-size (5-passenger) CUV, the ET7 passenger car (which we estimate to be a 5-passenger full-size or mid-size sedan), and an unnamed 4th model (which we estimate to also be a 5-passenger full-size or mid-size sedan).

- **Service Packages (we expect to comprise ~5% revenue):** NIO offers its vehicle customers "worry free" service packages that include services such as free repair, routine maintenance, nation-wide roadside assistance, and enhanced data packages (e.g., up to 7 GB per month) that can be accessed with a mobile application. The service can include pickup and delivery of the vehicle in question, or in some cases repair on-site.

- **Energy Packages (we expect to comprise ~3% revenue):** NIO offers its vehicle customers energy packages consisting of charging and battery swapping charging solutions that users can, again, access through a mobile application. NIO's "Power Home" service allows the consumer to charge at home, while "Power Swap" is an innovative (mostly automated) battery swapping service. "Power Express" is yet another service, which provides for a 24 hour on-demand pick up and drop off service, while its "Power Mobile" service includes rapid remote charging via dedicated power trucks which come to the customer (100 km of charging can be provided within the first 10 minutes). Customers can also access more than 200,000 charging piles.

- **Other Services (we expect to comprise ~2% revenue):** Other sources of revenue include extended lifetime warranties and other ancillary offerings.

23

SABRY-0000185

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

## Figure 11: Revenue by Source
% in 2018



Source: Company Reports.

SABRY-0000186

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

## The Cars: EP9; ES8; ES6; ET7; and a 4th As Yet Unnamed Model

**Today (apart from the very limited edition EP9 supercar) NIO offers only the ES8, 7-passenger full-size premium ES8 crossover battery electric vehicle (BEV), although we expect it to roll out additional BEV models, through 2023 including**: (1) the ES6, a 5-passenger mid-size premium crossover; (2) the ET7, a mid/full-size passenger sedan; (3) an as yet unnamed mid/full-size passenger sedan (likely incorporating more autonomous technology relative to the ET7).

- **NIO EP9:** The EP9, introduced in 2016, is NIO's "supercar" that broke the production car record at the Nürburgring Nordschleife "Green Hell" track in Germany in May 2017, finishing a lap in 6 minutes and 45.90 seconds (the record has since been surpassed — by less than 1 second — by the Lamborghini Aventador; NIO still holds the record for an electric car). The EP9 also set an electric vehicle record of 1 minute 52.78 seconds at Circuit Paul Richard in France in November 2016. The EP9 has four high performance inboard motors and four individual gearboxes that deliver 1 Megawatt of power (equivalent to 1,341 horsepower). The EP9 boasts the potential to accelerate from 0 to 200 kilometers per hour in 7.1 seconds, a top speed of 313 kilometers per hour, and an interchangeable battery system designed to be charged in 45 minutes. Examples of the EP9 can be seen in Figure 10, Figure 11, Figure 12, and Figure 13 on page 26.

- **NIO ES8:** The ES8 is a 7-passenger full-size premium crossover battery electric vehicle equipped with a proprietary e-propulsion system capable of accelerating from 0 to 100 kilometers per hour in 4.4 seconds and a maximum range of up to 500 kilometers on a single charge. The vehicle has a maximum torque of 480 kilowatts (840 Newton meters) with a maximum power output of 650 horsepower. It is also equipped with Level 2 ADAS technology which is enabled by 23 sensors and a Mobileye EyeQ4 ADAS processor. The total landed cost to the consumer of 373,933 RMB consists of the ex-factory price of 386,207 RMB, *plus* a standard 16% Value-Added Tax of 61,793 RMB (there is no purchase tax, as the vehicle is exempt due to being a domestically produced battery electric vehicle in China), *less* various national and local subsidies totaling 74,067 RMB. The ES8 is produced at the JAC joint-venture facility in Hefei. Examples of the ES8 can be seen in Figure 14, Figure 15, Figure 16, and Figure 17 on page 27.

- **NIO ES6:** The ES6 is a 5-passenger mid-size premium crossover that is expected to launch at the end of 2018 and begin being delivered by mid-2019. The price will be set at a lower price point than the ES8 in order to reach a broader audience. Similar to the ES8, the ES6 will also be manufactured at the JAC joint-venture manufacturing facility in Hefei.

- **ET7:** The ET7 is an upcoming 5-passenger sedan expected to be launched in 2020. We expect that the ET7 will be manufactured in NIO's own manufacturing facility expected to be constructed in Shanghai.

- **4th As Yet Unnamed Model:** The unnamed 4th model, another passenger sedan, is expected to launch in 2021. We expect that the vehicle will be produced alongside the ET7 at NIO's planned wholly-owned final assembly plant in Shanghai. Comparatively less information is known about this model, although we imagine it to be similar to the ET7 but with more autonomous capability, likely aimed at the autonomous ride-share market.

SABRY-0000187

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

## The NIO EP9

**Figure 12: NIO EP9 Battery Electric Vehicle Supercar**



Source: Company reports.

**Figure 13: NIO EP9 Battery Electric Vehicle Supercar**



Source: Company reports.

**Figure 14: NIO EP9 Battery Electric Vehicle Supercar**



Source: Company reports.

**Figure 15: NIO EP9 Battery Electric Vehicle Supercar**



Source: Company reports.

26

SABRY-0000188

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

## The NIO ES8

**Figure 16: NIO ES8 7-Passenger Battery Electric Vehicle Crossover Utility Vehicle**



Source: Company reports.

**Figure 17: NIO ES8 7-Passenger Battery Electric Vehicle Crossover Utility Vehicle**



Source: Company reports.

**Figure 18: NIO ES8 7-Passenger Battery Electric Vehicle Crossover Utility Vehicle**



Source: Company reports.

**Figure 19: NIO ES8 7-Passenger Battery Electric Vehicle Crossover Utility Vehicle**



Source: Company reports.

27

SABRY-0000189

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

# SWOT Analysis

| Strengths | Weaknesses |
|---|---|
| ▪ As a niche market player, NIO is well positioned in the premium market to sell high-end models with tailored designs, localized content and services for Chinese buyers especially young ones.<br><br>▪ NIO's key distinctions from other premium brands are its unique business model focusing on user experience (via NIO House, NIO App etc.), the exclusive battery leasing plan and its comprehensive power solutions. | ▪ With only four years of history and having only sold its first hundred vehicles in 2Q18, Nio has a limited track record. Though its business model is unique and innovative (e.g. battery swap), there are very few successful examples in global market place at this stage.<br><br>▪ Sizeable capex investment and personnel involvement could be challenging for NIO, as the company further rolls out its charging network and distribution channels. |
| **Opportunities** | **Threats** |
| ▪ China's NEV market has seen rapid growth during the past few years and we expect China's NEV sales to continue to see a robust growing trend.<br><br>▪ China government policies also support NEV market growth from three directions:1) The retroactive two-credit policies are pushing OEMs to have a larger proportion of NEVs in their production portfolio; 2) A leveling off of government subsidy towards 2020 could potentially trigger some 'pre-buying' activity; 3) Thirdly, China's car plate policies are also supportive for New Energy Vehicles. | ▪ Competition in China's NEV market is intensifying, while OEMs are striving to offer electrification solutions to customers and comply with China's strict fuel efficiency/emissions targets. Many global OEMs are developing specific platforms for new energy car. Examples include Volkswagen's MEB platform, a modular platform for electric vehicles, aims to start NEV production in 2019; BMW's EV platform also plans to deliver 25 BEV/PHEV models by 2025. |

28

SABRY-0000190

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

# Industry Analysis

## China's NEV Market

**Strong growth over 2014-17**

China's new energy vehicle sales, including EVs, PHEVs and HEVs, enjoyed strong growth of over 100% CAGR during 2014-17, from 95k units in 2014 to 897k units in 2017, thanks to various government policy supports.

- **NEV** = new energy vehicle
- **EV (BEV)** = pure battery electric vehicle
- **PHEV** = plug-in hybrid electric vehicle
- **HEV** = hybrid electric vehicle
- **FCEV** = fuel cell electric vehicle
- **PV** = passenger vehicle (sedan, SUV, MPV)
- **CV** = commercial vehicle (bus, truck)

Of note is China's national subsidy policy, which covers only EVs, PHEVs and FCEVs, but not HEVs. We include all three major types of NEVs in our forecasts: EVs, PHEVs and HEVs. FCEV volume is negligible in China (no sales YTD and only 766 units in 2017), as there is limited product available, and we believe investors can ignore FCEVs in China for now. FCEVs are also expected to play a very small role in the global NEV market in terms of volume and penetration.

China sold a total of 897k NEV units in 2017 (EVs, PHEVs and HEVs); the majority of the volume came from EVs, at 652k units, while PHEVs and HEVs each contributed around 120k units. Although PVs accounted for nearly 80% of NEV sales last year, their penetration rate was less than 3% of total PV sales. NEV penetration is higher for CVs (nearly 5% in 2017) thanks to government efforts to electrify public buses (22% of total bus sales last year were EVs or PHEVs).

Year-to-Aug, NEV sales are up 88% yoy, at 601k units. Of this, EVs are up 72% yoy and PHEVs up 161% yoy, driven by passenger PHEVs.

Figure 20: China 2017 NEV sales breakdown (total 897k units)



Source: CAAM.

Figure 21: China Jan-Aug NEV sales growth (yoy%)



Source: CAAM.

**Nearly 50% CAGR towards 2020E**

Our base case projects that China NEV (including EV, PHEV and HEV) demand will see a 49% CAGR in 2017-20 and a 26% CAGR in 2017-25. Our forecast of 2.5mn units of EV and PHEV sales in 2020 is above the government's target of 2.0mn units. However, we believe our assumption is not aggressive, as around 60% of the volume, or 1.5mn units, is from "A00-segment" mini-EVs that are designed for shorter ranges (below 100-150km) without much battery capacity.

SABRY-0000191

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

We derive our NEV forecast considering the following main drivers and variables:

- Rapid battery cost reduction (~15-20% p.a.) through improving energy density, rising scale and yield.

- A cost of ownership between that of EVs and ICE cars. Rapid battery cost reduction implies possible **cost parity** between EVs and ICEs by 2020.

- An estimated addressable market and customer behavior as well as economics between those of EVs, PHEVs and ICE cars.

- A leveling off of government subsidy toward 2020. There will be no more subsidies beyond 2020, so we could see some "pre-buying" activity in 2020.

- Local government policy on bus procurement (i.e., 30% to be NEV buses).

- Two credit policies that push OEMs to produce NEVs in order to meet the requirements.

- The availability of charging facilities. The State Council's 2020 target includes 4.5mn charging post units and 12k charging station units. The availability of a charging network is an important factor for the growth and popularity of NEVs, especially EVs, in China.

- A majority of NEV volume (~55% in 2020E) to come from "A00-segment" mini-EVs, which might not receive NEV subsidies, given their shorter designed range. While their driving range might be only 80-150km, we believe there will be demand for mini-EVs, as they are very affordable (sometimes as cheap as Rmb40k-50k per vehicle), easy for parking and often used as a family's second vehicle within metropolitan areas.

Table 12: Recap of segmentation definitions in China

| Segment | Wheelbase | Engine size | MSRP range | Examples |
|---------|-----------|-------------|------------|----------|
| A00 | 2.0-2.35m | < 1.0L | Rmb36k-60k | Geely Panda, BYD F0 |
| A0 | 2.35-2.5m | 1.0L ~ 1.6L | Rmb38k-120k | VW Polo, Chevrolet Sail, Honda Fit, Toyota Yaris L |
| A | 2.5-2.7m | 1.4L ~ 2.0L | Rmb43k-260k | VW Santana, Honda City, Nissan Sylphy, Toyota Corolla |
| B | 2.6-2.8m | 1.4L ~ 3.5L | Rmb99k-600k | VW Passat, Buick Regal, Toyota Camry, Honda Accord, Nissan Teana, BMW 3-series L |
| C | 2.8-3m | 2.0L ~ 3.5L | Rmb380-800k | BMW 5-series, Audi A6L, Benz E-class |
| D | > 3m | > 3.0L | >Rmb900k | Benz S-class, BMW 7-series, Audi A8 |

Source: J.P. Morgan.

The table 2 highlights our base-case forecasts for the NEV market in China:

- **Base case:** We forecast that sales will grow at a 49% CAGR between 2017 and 2020 and at a 26% CAGR toward 2025. NEV penetration for PVs will grow at a much higher rate, from 3% in 2017 to 10% in 2020 and 17% in 2025, thanks to two credit policies, declining battery costs and high demand for mini-EVs.

- **Bull case:** We forecast NEV sales growth at a 54% CAGR between 2017 and 2020 and at a 29% CAGR between 2020 and 2025.

- **Bear case:** We estimate an NEV growth CAGR of 39% toward 2020 and of 21% toward 2025.

SABRY-0000192

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

**Figure 22: China NEV annual sales forecast – scenario analysis**



Source: CAAM, J.P. Morgan estimates. Note: NEV including EV, PHEV and HEV.

**Figure 24: China NEV sales CAGR growth forecast – scenario analysis**



Source: CAAM, J.P. Morgan estimates. Note: NEV including EV, PHEV and HEV.

**Figure 26: China NEV sales breakdown**



Source: CAAM, J.P. Morgan estimates. Note: NEV including EV, PHEV and HEV.

**Figure 23: China NEV penetration forecast – scenario analysis**



Source: CAAM, J.P. Morgan estimates. Note: NEV including EV, PHEV and HEV.

**Figure 25: China NEV penetration forecast – by segment**



Source: CAAM, J.P. Morgan estimates. Note: NEV including EV and PHEV only.

**Figure 27: China passenger EV sales breakdown**



Source: CAAM, J.P. Morgan estimates.

31

SABRY-0000193

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

## New energy vehicle subsidies

Financial subsidies are important drivers of NEV demand, given the currently high battery cost. Depending on the type of car (EV vs. PHEV, PV vs. CV) and driving range, subsidies currently approximate 20-40% of MSRP for EVs and less than 20% for PHEVs.

To support NEV demand, but curb fraudulent NEV sales at the same time, the Chinese government announced a revised 2018 NEV subsidy policy on 14 February (click here). The revised subsidy will be effective 11 June 2018. We summarize the subsidy policy in the tables below. Noticeable changes from 2017 include:

**For passenger vehicles:**

- **No subsidy for EVs with less than 150km of driving range** (vs. a Rmb20k subsidy for EVs with a driving range of 100-150km in 2017). Subsidies are also reduced by 23-58% for EVs with a driving range of 150-300km (assuming energy density of 120-140 Wh/kg).

- **Higher subsidy for EVs with >300km of driving range:** On the positive front, EVs with >300km of driving range now receive an additional 2-14% subsidy (for standard models of 120-140 Wh/kg). For EVs with >400km of driving range, the subsidy could increase by 50% if the vehicle fulfills additional requirements with high energy density (>160 Wh/kg) and low energy consumption. The maximum subsidy for an EV can now top Rmb99k (central subsidy Rmb66 + local subsidy Rmb33k), up from Rmb66k in 2017.

- **Moderate changes for PHEVs:** PHEV subsidies are cut by only 8% for a standard model. The total subsidy could increase by 21%, to Rmb43,500 (central subsidy Rmb29,040 + 50% local subsidy), if a vehicle meets all additional requirements, up from Rmb36,000 in 2017.

- **Enhanced energy density requirement:** The minimum energy density requirement is now 105 Wh/kg vs. 90Wh/kg in 2017.

- **Additional cap of Rmb1,200 subsidy for every kwh of battery:** For instance, an EV with 10 kwh battery capacity can receive a maximum of only Rmb12k, regardless of its EV driving range or energy density/consumption.

**For buses**

- Maximum subsidies for EV and PHEV buses are reduced by 40% and 50%, respectively. The maximum central government subsidy for pure EV buses with lengths of >10m is now Rmb180k vs. Rmb200k in 2017.

- **Reduced operational threshold:** In an effort to curb subsidy cheating, the government added a new requirement last year that vehicles for corporate use are eligible for subsidy only after they have been on the road for over 30,000 km. This threshold is now reduced to 20,000 km, which is good news for OEMs, as it reduces financing pressure and shortens cash collection periods.

**Central government subsidy for passenger vehicles**

SABRY-0000194

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

Table 13: Comparison of central government subsidy for PVs (2016-18), based on "standard model"

| | EV driving range (R) (km) | | | | | | PHEV |
|---|---|---|---|---|---|---|---|
| | Pure EV | | | | | | |
| | 100 ≤ R < 150 | 150≤R<200 | 200≤R<250 | 250≤R<300 | 300≤R<400 | R≥400 | R ≥ 50 |
| 2016 | 25,000 | 45,000 | 45,000 | 55,000 | 55,000 | 55,000 | 30,000 |
| 2017 | 20,000 | 36,000 | 36,000 | 44,000 | 44,000 | 44,000 | 24,000 |
| 2017 vs. 2016 % change | -20% | -20% | -20% | -20% | -20% | -20% | -20% |
| 2018 | 0 | 15,000 | 24,000 | 34,000 | 45,000 | 50,000 | 22,000 |
| 2018 vs. 2017 % change | -100% | -58% | -33% | -23% | 2% | 14% | -8% |

Source: Ministry of Finance.

Table 14: Central government NEV subsidy (A) for passenger vehicles (2018), adjusted for energy density

| | | | EV driving range (R) (km) | | | | | | PHEV |
|---|---|---|---|---|---|---|---|---|---|
| | | | Pure EV | | | | | | |
| | | | 100 ≤ R < 150 | 150≤R<200 | 200≤R<250 | 250≤R<300 | 300≤R<400 | R≥400 | R ≥ 50 |
| | | | 0 | 15,000 | 24,000 | 34,000 | 45,000 | 50,000 | 22,000 |
| | 105-120 | ×0.6 | - | 9,000 | 14,400 | 20,400 | 27,000 | 30,000 | 13,200 |
| Energy density | 120-140 | ×1 | - | 15,000 | 24,000 | 34,000 | 45,000 | 50,000 | 22,000 |
| (Wh/Kg) | 140-160 | ×1.1 | - | 16,500 | 26,400 | 37,400 | 49,500 | 55,000 | 24,200 |
| | >160 | ×1.2 | - | 18,000 | 28,800 | 40,800 | 54,000 | 60,000 | 26,400 |

Source: Ministry of Finance, J.P. Morgan.

Table 15: 2018 NEV adjustment factor (B) under different vehicle weights (m) and energy consumptions (Y) (for EVs only)

| | m = 700 | m = 1,000 | m = 1,300 | m = 1,600 | m = 1,900 |
|---|---|---|---|---|---|
| Y = 7 | 1x | 1.1x | 1.1x | 1.1x | 1.1x |
| Y = 10 | | 1x | 1x | 1.1x | 1.1x |
| Y = 13 | | 0.5x | 0.5x | 1x | 1.1x |
| Y = 16 | | | | 0.5x | 1x |
| Y = 19 | | | | | 0.5x |

The 2018 central government subsidy is calculated as:

Subsidy (A) * 2018 NEV adjustment factor (B)

Source: Ministry of Finance, J.P. Morgan.

33

SABRY-0000195

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

**J.P.Morgan**

## Central government subsidy for buses

Table 16: 2017 Central government NEV subsidies for buses

| | Subsidy (A) (Rmb/kwh) | Adjustment factor (B) | | | Subsidy limit according to bus length (C) (Rmb) | | |
|---|---|---|---|---|---|---|---|
| | | | | | 6<L≤8m | 8<L≤10m | L>10m |
| | | **Battery specific (Wh/kg)** | | | | | |
| Pure EV bus | 1,800 | 85-95 | 95-115 | >115 | 90,000 | 200,000 | 300,000 |
| | | 0.8 | 1 | 1.2 | | | |
| | | **Charge rate** | | | | | |
| Fast-charge EV bus | 3,000 | 3C-5C | 5C-15C | > 15C | 60,000 | 120,000 | 200,000 |
| | | 0.8 | 1 | 1.4 | | | |
| | | **Fuel saving ratio** | | | | | |
| PHEV bus | 3,000 | 40%-45% | 45%-60% | >60% | 45,000 | 90,000 | 150,000 |
| | | 0.8 | 1 | 1.2 | | | |

Source: Ministry of Finance. Total subsidy amount is calculated as Kwh* (A) * (B), but capped at the limit stated in column (C).

- The 2018 central government subsidy calculation is the same as in 2017.
- The maximum central government subsidy for EV buses of >10m in 2018 is Rmb180k vs. Rmb300k in 2017, **a 40% cut.**
- The maximum subsidy for PHEV buses is cut by 50%.

Table 17: 2018 central government NEV subsidies for buses

| | Subsidy (A) (Rmb/kwh) | Adjustment factor (B) | | | Subsidy limit according to bus length (C) (Rmb) | | |
|---|---|---|---|---|---|---|---|
| | | | | | 6<L≤8m | 8<L≤10m | L>10m |
| | | **Battery specific (Wh/kg)** | | | | | |
| Pure EV bus | 1,200 | | 115-135 | >135 | 55,000 | 120,000 | 180,000 |
| | | | 1 | 1.1 | | | |
| | | **Charge rate** | | | | | |
| Fast-charge EV bus | 2,100 | 3C-5C | 5C-15C | > 15C | 40,000 | 80,000 | 130,000 |
| | | 0.8 | 1 | 1.1 | | | |
| | | **Fuel saving ratio** | | | | | |
| PHEV bus | 1,500 | 40%-45% | 45%-60% | >60% | 22,000 | 45,000 | 75,000 |
| | | 0.8 | 1 | 1.1 | | | |

Source: Ministry of Finance. Total subsidy amount is calculated as Kwh* (A) * (B), but capped at the limit stated in column (C).

SABRY-0000196

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

# Financial Analysis

**Key components of our earnings and cash flows outlook, as graphically depicted in the following two pages are as follows:**

- **We forecast revenue growing at a +95.1% CAGR to total ¥124,545 mn in 2023.** We model ¥4,411 mn of revenue in 2018 advancing to ¥20,262 mn in 2019, ¥45,103 mn in 2020, ¥75,586 mn in 2021, ¥102,608 mn in 2022, and ¥124,545 mn in 2023 as depicted graphically in Figure 26 on page 36.

- **We forecast adjusted EBITDA growing to ¥13,681 mn in 2023.** We model (¥8,806) mn of adjusted EBITDA in 2018 advancing to (¥6,412) mn in 2019, (¥322) mn in 2020, ¥6,158 mn in 2021, ¥10,262 mn in 2022, and ¥13,681 mn in 2023, as depicted graphically in Figure 27 on page 36.

- **We forecast EBIT growing to ¥11,107 mn in 2023.** We model (¥9,353) mn of EBIT in 2018 advancing to (¥7,429) mn in 2019, (¥2,167) mn in 2020, ¥3,908 mn in 2021, ¥7,759 mn in 2022, and ¥11,107 mn in 2023, as depicted graphically in Figure 28 on page 36.

- **We forecast adjusted net income growing to ¥10,444 mn in 2023.** We model (¥9,059) mn of adjusted net income in 2018 advancing to (¥7,258) mn in 2019, (¥2,497) mn in 2020, ¥3,241 mn in 2021, ¥6,984 mn in 2022, and ¥10,444 mn in 2023, as depicted graphically in Figure 29 on page 36.

- **We forecast free cash flow growing to ¥13,729 mn in 2023.** We model (¥12,408) mn of free cash flow (i.e., operating cash flow less capital expenditures) in 2018 advancing to (¥8,363) mn in 2019, (¥1,976) mn in 2020, ¥5,390 mn in 2021, ¥10,038 mn in 2022, and ¥13,792 mn in 2023, as depicted graphically in Figure 30 on page 37.

- **We forecast EBITDA margin of 11.0% in 2023.** We model EBITDA margin of (199.6) % in 2018 advancing to (31.6) % in 2019, (0.7) % in 2020, 8.1% in 2021, 10.0% in 2022, and 11.0% in 2023, as depicted graphically in Figure 31 on page 37.

- **We forecast EBIT margin of 8.9% in 2023.** We model EBIT margin of (212) % in 2018 advancing to (36.7) % in 2019, (4.8) % in 2020, 5.2% in 2021, 7.6% in 2022, and 8.9% in 2023, as depicted graphically in Figure 32 on page 37.

- **We forecast adjusted net income margin of 8.4% in 2023.** We model adjusted net income margin of (205.4) % in 2018 advancing to (35.8) % in 2019, (5.5) % in 2020, 4.3% in 2021, 6.8% in 2022, and 8.4% in 2023, as depicted graphically in Figure 33 on page 37.

SABRY-0000197

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

## Forecast Snapshot

Figure 28: NIO Revenues (2018-2023E)
Chinese RMB



Source: J.P. Morgan estimates.

Figure 29: NIO Adjusted EBITDA (2018-2023E)
Chinese RMB



Source: J.P. Morgan estimates.

Figure 30: NIO Adjusted EBIT (2018-2023E)
Chinese RMB



Source: J.P. Morgan estimates.

Figure 31: NIO Adjusted Net Income (2018-2023E)
Chinese RMB



Source: J.P. Morgan estimates.

36

SABRY-0000198

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

Figure 32: NIO Free Cash Flow (2018-2023E)
Chinese RMB



Source: J.P. Morgan estimates.

Figure 33: NIO Adjusted EBITDA Margin (2012-2023E)
%



Source: J.P. Morgan estimates.

Figure 34: NIO Adjusted EBIT Margin (2018-2023E)
%



Source: J.P. Morgan estimates.

Figure 35: NIO Adjusted Net Income Margin (2018-2023E)
%



Source: J.P. Morgan estimates.

SABRY-0000199

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

## Vehicle Volume Outlook

**We expect NIO's vehicle volume to grow quickly, on ramp-up of ES8 production, followed by product portfolio expansion**

Our vehicle volume outlook is depicted graphically in Figure 34 and shown in more granular tabular format in Table 18. We expect production (and hence shipments) to grow rapidly as ES8 production is ramped through the first half of 2019 — around the time that the ES6 joins the lineup. We expect volume will continue to grow as NIO diversifies its lineup to additionally include passenger sedans and (toward the end of the forecast window) begins explores targeting export markets.

Figure 36: NIO Car Shipments Outlook by Model (2018-2023E)
units



Source: Company reports; J.P. Morgan estimates.

SABRY-0000200

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

## Vehicle Revenue Outlook

**Our detailed revenue build is shown in Table 18**

Table 18 below shows our expectations for unit volume by model by year, as well as our expectations for Manufacturer's Suggested Retail Price (MSRP, i.e., what the consumer pays), and Net Revenue per Unit (i.e., what NIO keeps after deducting Value-Added Tax), as well as Net Revenue by model and Total Vehicle Revenue.

Table 18: NIO Vehicle Revenue Build (2018-2023E)

Units, RMB, millions of RMB

| Vehicle Volume by Model (Units) | 3Q18E | 4Q18E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|
| ES8 | 5,000 | 6,000 | 11,000 | 27,154 | 34,272 | 40,902 | 45,380 | 51,075 |
| ES6 | - | - | - | 23,000 | 58,117 | 83,672 | 89,037 | 96,377 |
| ET7 | - | - | - | - | 19,000 | 40,216 | 70,182 | 86,216 |
| 4th model | - | - | - | - | - | 20,000 | 45,091 | 70,640 |
| **Total sales volume** | **5,000** | **6,000** | **11,000** | **50,154** | **111,389** | **184,789** | **249,690** | **304,308** |

| MSRP by Model (RMB) | 3Q18E | 4Q18E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|
| ES8 | 509,500 | 509,500 | 509,500 | 499,310 | 489,324 | 479,537 | 469,947 | 455,848 |
| ES6 | 462,500 | 462,500 | 462,500 | 457,875 | 453,296 | 448,763 | 444,276 | 435,390 |
| ET7 | 461,500 | 461,500 | 461,500 | 456,885 | 452,316 | 447,793 | 443,315 | 434,449 |
| 4th model | 500,000 | 500,000 | 500,000 | 495,000 | 490,050 | 485,150 | 480,298 | 470,692 |

| Value-Added Tax by Model (% and RMB) | 3Q18E | 4Q18E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|
| *memo: VAT rate* | *16%* | *16%* | *16%* | *16%* | *16%* | *16%* | *16%* | *16%* |
| ES8 | 81,520 | 81,520 | 81,520 | 79,890 | 78,292 | 76,726 | 75,191 | 72,936 |
| ES6 | | | | 73,260 | 72,527 | 71,802 | 71,084 | 69,662 |
| ET7 | | | | | 72,371 | 71,647 | 70,930 | 69,512 |
| 4th model | | | | | | 77,624 | 76,848 | 75,311 |

| Net Revenue Per Unit by Model (RMB) | 3Q18E | 4Q18E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|
| ES8 | 427,980 | 427,980 | 427,980 | 419,420 | 411,032 | 402,811 | 394,755 | 382,912 |
| ES6 | - | - | - | 384,615 | 380,769 | 376,961 | 373,192 | 365,728 |
| ET7 | - | - | - | - | 379,946 | 376,146 | 372,385 | 364,937 |
| 4th model | - | - | - | - | - | 407,526 | 403,450 | 395,381 |

| Net Revenue by Model (millions of RMB) | 3Q18E | 4Q18E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|
| ES8 | 2,140 | 2,568 | 4,708 | 11,389 | 14,087 | 16,476 | 17,914 | 19,557 |
| ES6 | - | - | - | 8,846 | 22,129 | 31,541 | 33,228 | 35,248 |
| ET7 | - | - | - | - | 7,219 | 15,127 | 26,135 | 31,463 |
| 4th model | - | - | - | - | - | 8,151 | 18,192 | 27,930 |
| **Total Vehicle Revenue** | **2,140** | **2,568** | **4,708** | **20,235** | **43,435** | **71,294** | **95,469** | **114,198** |

Source: J.P. Morgan estimates.

## Total Revenue Outlook

Our expectation for Total Revenue (Total Vehicle Revenue plus sales from service packages, energy packages, and other services) is shown in Table 19 below.

Table 19: NIO Total Revenue Build (2018-2023E)

Units, RMB, millions of RMB

| Total Net Revenue (millions of RMB) | 3Q18E | 4Q18E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|
| Vehicles | 2,140 | 2,568 | 4,708 | 20,235 | 43,435 | 71,294 | 95,469 | 114,198 |
| Deferred Revenue | (210) | (160) | (370) | (642) | (541) | (561) | (658) | (740) |
| Service Package | 16 | 19 | 34 | 400 | 1,436 | 3,276 | 4,781 | 6,409 |
| Energy Package | 5 | 7 | 12 | 120 | 376 | 833 | 1,715 | 2,655 |
| Other Services | 12 | 15 | 27 | 148 | 397 | 744 | 1,301 | 2,023 |
| **Total Revenue** | **1,962** | **2,449** | **4,411** | **20,262** | **45,103** | **75,586** | **102,608** | **124,545** |

Source: J.P. Morgan estimates.

SABRY-0000201

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

## Vehicle Gross Profit Outlook

Our expectation for vehicle sales gross margin by model and gross profit by model and in aggregate is shown in Table 20 below.

**Table 20: NIO Vehicle Goss Profit Build (2018-2023E)**

Units, RMB, millions of RMB

| Net Revenue by Model (millions of RMB) | 3Q18E | 4Q18E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|
| ES8 | 2,140 | 2,568 | 4,708 | 11,389 | 14,087 | 16,476 | 17,914 | 19,557 |
| ES6 | - | - | - | 8,846 | 22,129 | 31,541 | 33,228 | 35,248 |
| ET7 | - | - | - | - | 7,219 | 15,127 | 26,135 | 31,463 |
| 4th model | - | - | - | - | - | 8,151 | 18,192 | 27,930 |
| **Total Vehicle Revenue** | **2,140** | **2,568** | **4,708** | **20,235** | **43,435** | **71,294** | **95,469** | **114,198** |
| | | | | | | | | |
| Gross Margin by Model (%) | 3Q18E | 4Q18E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
| ES8 | -4.0% | -3.0% | -3.5% | 17.0% | 20.0% | 22.0% | 22.0% | 22.0% |
| ES6 | | | | 6.0% | 20.0% | 22.0% | 22.0% | 22.0% |
| ET7 | | | | | 15.0% | 20.0% | 20.0% | 20.0% |
| 4th model | | | | | | 20.0% | 20.0% | 20.0% |
| **Blended Gross Margin** | **-4.0%** | **-3.0%** | **-3.5%** | **12.2%** | **19.2%** | **21.3%** | **21.1%** | **21.0%** |
| | | | | | | | | |
| Gross Profit by Model (millions of RMB) | 3Q18E | 4Q18E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
| ES8 | (86) | (77) | (163) | 1,936 | 2,817 | 3,625 | 3,941 | 4,303 |
| ES6 | - | - | - | 531 | 4,426 | 6,939 | 7,310 | 7,754 |
| ET7 | - | - | - | - | 1,083 | 3,025 | 5,227 | 6,293 |
| 4th model | - | - | - | - | - | 1,630 | 3,638 | 5,586 |
| **Total Vehicle Gross Profit** | **(86)** | **(77)** | **(163)** | **2,467** | **8,326** | **15,219** | **20,117** | **23,936** |

Source: J.P. Morgan estimates.

## Total Gross Profit Outlook

Our expectation for Total Gross Profit (Total Vehicle Gross Profit plus sales from service packages, energy packages, and other services) is shown in Table 21 below.

**Table 21: NIO Total Gross Profit Build (2018-2023E)**

Units, RMB, millions of RMB

| Total Net Revenue (millions of RMB) | 3Q18E | 4Q18E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|
| Vehicles | 2,140 | 2,568 | 4,708 | 20,235 | 43,435 | 71,294 | 95,469 | 114,198 |
| Deferred Revenue | (210) | (160) | (370) | (642) | (541) | (561) | (658) | (740) |
| Service Package | 16 | 19 | 34 | 400 | 1,436 | 3,276 | 4,781 | 6,409 |
| Energy Package | 5 | 7 | 12 | 120 | 376 | 833 | 1,715 | 2,655 |
| Other Services | 12 | 15 | 27 | 148 | 397 | 744 | 1,301 | 2,023 |
| **Total Revenue** | **1,962** | **2,449** | **4,411** | **20,262** | **45,103** | **75,586** | **102,608** | **124,545** |
| | | | | | | | | |
| Gross Margin by Revenue Category (%) | 3Q18E | 4Q18E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
| Vehicles | -4.0% | -3.0% | -3.5% | 12.2% | 19.2% | 21.3% | 21.1% | 21.0% |
| Deferred Revenue | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Service Package | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| Energy Package | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| Other Services | 20.0% | 20.0% | -24.7% | 20.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| **Blended Gross Margin** | **-4.0%** | **-2.8%** | **-6.8%** | **12.8%** | **19.4%** | **21.4%** | **21.1%** | **20.9%** |
| | | | | | | | | |
| Total Gross Profit (millions of RMB) | 3Q18E | 4Q18E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
| Vehicles | (86) | (77) | (304) | 2,467 | 8,326 | 15,219 | 20,117 | 23,936 |
| Deferred Revenue | - | - | - | - | - | - | - | - |
| Service Package | 3 | 4 | 7 | 80 | 287 | 655 | 956 | 1,282 |
| Energy Package | 1 | 1 | 2 | 24 | 75 | 167 | 343 | 531 |
| Other Services | 2 | 3 | (7) | 30 | 60 | 112 | 195 | 303 |
| **Total Gross Profit** | **(79)** | **(69)** | **(301)** | **2,601** | **8,748** | **16,153** | **21,611** | **26,052** |

Source: J.P. Morgan estimates.

40

SABRY-0000202

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

# Appendix I: Financial Statements

## Table 22: NIO Income Statement

¥ million

| RMBmn | 2016 | 2017 | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|
| Net Sales | 0 | 0 | 4,411 | 20,262 | 45,103 | 75,586 | 102,608 | 124,545 |
| Sales growth (yoy%) | | | | 359.4% | 122.6% | 67.6% | 35.7% | 21.4% |
| COGS | 0 | 0 | 4,712 | 17,661 | 36,355 | 59,434 | 80,997 | 98,493 |
| Gross profit | 0 | 0 | (301) | 2,601 | 8,748 | 16,153 | 21,611 | 26,052 |
| Gross margin (%) | | | -6.8% | 12.8% | 19.4% | 21.4% | 21.1% | 20.9% |
| Operating profit | (2,603) | (4,954) | (9,353) | (7,429) | (2,167) | 3,908 | 7,759 | 11,107 |
| Operating margin (%) | | | -212.0% | -36.7% | -4.8% | 5.2% | 7.6% | 8.9% |
| OP (Non- GAAP) | (2526) | (4863) | (9116) | (6923) | (1806) | 4,210 | 8,067 | 11,480 |
| OPM- adj (%) | | | -206.7% | -34.2% | -4.0% | 5.6% | 7.9% | 9.2% |
| Pre-tax profit | (2569) | (5013) | (9286) | (7751) | (2844) | 2,953 | 6,710 | 10,121 |
| Net profit | (3518) | (7562) | (15994) | (7723) | (2843) | 2,922 | 6,640 | 10,017 |
| Net margin (%) | | | -362.6% | -38.1% | -6.3% | 3.9% | 6.5% | 8.0% |
| Net profit growth (yoy%) | | 115.0% | 111.5% | -51.7% | -63.2% | -202.8% | 127.2% | 50.9% |
| NP (Non- GAAP) | (2497) | (4931) | (9059) | (7258) | (2497) | 3,241 | 6,984 | 10,444 |
| NPM- adj (%) | | | -205.4% | -35.8% | -5.5% | 4.3% | 6.8% | 8.4% |
| EPS (basic) | (4) | (9) | (15) | (7) | (3) | 2.78 | 6.32 | 9.54 |
| EPS (fully diluted) | (4) | (9) | (14) | (7) | (2) | 2.55 | 5.81 | 8.76 |
| EPS growth (%) | | | 57.4% | -51.7% | -63.2% | -202.8% | 127.2% | 50.9% |
| EBIT | (2603) | (4954) | (9353) | (7429) | (2167) | 3,908 | 7,759 | 11,107 |
| EBITDA | (2556) | (4786) | (8806) | (6412) | (322) | 6,158 | 10,262 | 13,681 |
| EBIT margin (%) | | | -212.0% | -36.7% | -4.8% | 5.2% | 7.6% | 8.9% |
| EBITDA margin (%) | | | -199.6% | -31.6% | -0.7% | 8.1% | 10.0% | 11.0% |

Source: Company reports; J.P. Morgan estimates.

## Table 23: NIO Balance Sheet Statement

¥ million

| RMB mn | 2016 | 2017 | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|
| Total Current Assets | 875 | 8,310 | 6,673 | 3,250 | 5,695 | 15,310 | 28,536 | 44,622 |
| Total Non-Current Assets | 895 | 2,158 | 5,620 | 8,413 | 10,779 | 12,538 | 13,345 | 13,281 |
| Total Assets | 1,770 | 10,468 | 12,293 | 11,664 | 16,474 | 27,848 | 41,881 | 57,902 |
| Total Current Liabilities | 727 | 1,619 | 2,811 | 6,216 | 10,954 | 16,960 | 22,888 | 27,838 |
| Total Non-current Liabilities | 99 | 784 | 3,814 | 7,544 | 10,474 | 12,904 | 14,334 | 15,334 |
| Total Liabilities | 825 | 2,402 | 6,624 | 13,759 | 21,428 | 29,864 | 37,221 | 43,171 |
| Total Owners' Equity | 945 | 8,066 | 5,669 | (2,096) | (4,954) | (2,016) | 4,660 | 14,731 |
| Total Liabilities & Owners' Equity | 1,770 | 10,468 | 12,293 | 11,664 | 16,474 | 27,848 | 41,881 | 57,902 |

Source: Company reports; J.P. Morgan estimates.

## Table 24: NIO Cash Flow Statement

¥ million

| RMB mn | 2016 | 2017 | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|
| Cash Flow from Operating Activities | (2,202) | (4,575) | (8,398) | (4,553) | 2,234 | 9,400 | 13,348 | 16,239 |
| Cash Flow from Investing Activities | 118 | (1,190) | (4,010) | (3,810) | (4,210) | (4,010) | (3,310) | (2,510) |
| Cash Flow from Financing Activities | 2,293 | 12,867 | 10,330 | 3,930 | 2,930 | 2,430 | 1,430 | 930 |
| Increase(Decrease) in Cash and Cash Equivalents | 250 | 6,934 | (2,078) | (4,433) | 954 | 7,820 | 11,468 | 14,659 |
| Cash & Cash Equivalents - Beginning | 347 | 597 | 7,531 | 5,453 | 1,020 | 1,975 | 9,795 | 21,263 |
| Cash & Cash Equivalents - Ending | 597 | 7,531 | 5,453 | 1,020 | 1,975 | 9,795 | 21,263 | 35,922 |

Source: Company reports; J.P. Morgan estimates.

SABRY-0000203

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

# Investment Thesis, Valuation and Risks

## NIO *(Neutral; Price Target: $7.50)*

### Investment Thesis

1) We are optimistic on China's NEV (new energy vehicle) market and anticipate 49%/ 26% CAGR toward 2020 or 2025, driven by continued reduction of battery cost and charging infrastructure rollout – an initiative led by the government.

2) On top of this, Nio is uniquely positioned to capture the premium EV market through competitive content offerings such as ADAS level 2 functionality and connectivity features. At the moment, Nio sees fairly limited competition from both domestic and foreign brands at its target price segment (MSRP ~Rmb400-500,000), a clear first-mover advantage, in our view. We believe competition at Nio's target price segment from either Chinese brands with comparable content (e.g. Byton, Lucid Motor, Lynk&Co) or foreign premium brands (e.g. Benz, BMW, Audi, Tesla) will not come until 2H19 or 4Q19 at the earliest.

### Valuation

Considering the balance of risk and reward discussed above, we initiate coverage on Nio with a Neutral recommendation. We value NIO using a blend of a 2023-based Price-to-Sales, Price-to-Earnings, and EV/EBITDAP-based analysis, which suggests a $7.5 value.

### Risks to Rating and Price Target

Downside risks to our Neutral recommendation and price target include:

1). Competition beyond grace period of late 2019, including similar Chinese EV start-ups e.g. Byton, Lucid Motors and premium brands e.g. Benz's EQC, BMW's Mini EV and iX3, Audi e-tron and potentially Tesla model 3. Nearly all will emerge and be available in the market from late 2019. 2) Likely continued reduction of NEV subsidy toward 2020 (~30% p.a.). From 2021, subsidy will be completely phased out. Subsidy accounts for ~16% of Nio's ES8 price. 3) Unproven track record and execution challenges given Nio's limited experience in car industry. Financially, we project Nio will only turn into a profit from 2021; funding hence could be another medium term challenge facing mgmt.

Upside risks include: better than expected execution and deliveries of vehicles.

SABRY-0000204

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

# Appendix II: Glossary of Tables and Figures

## List of Tables

Table 1: Valuation summary ..................................................................................................2
Table 2: China NEV sales forecast .......................................................................................6
Table 3: Summary of China car purchase restrictions in major cities...................................7
Table 4: NIO's partnership with reputable global suppliers...................................................8
Table 5: Comparison of key BEV models............................................................................10
Table 6: NIO's power services- convenience for customer and remove owner's range anxiety.....11
Table 7: Comparison of central government subsidy for passenger NEV (2016-18), based on "standard model"..................13
Table 8: 2023 Financial Performance-based NIO Automotive Value Per Share Analysis........................15
Table 9: NIO Price-to-Sales Based Value per Share Analysis .............................................16
Table 10: NIO Price-to-Earnings Based Value per Share Analysis.......................................17
Table 11: NIO Automotive EV/EBITDAP Based Value per Share Analysis........................18
Table 12: Recap of segmentation definitions in China .......................................................30
Table 13: Comparison of central government subsidy for PVs (2016-18), based on "standard model" ....................33
Table 14: Central government NEV subsidy (A) for passenger vehicles (2018), adjusted for energy density......................33
Table 15: 2018 NEV adjustment factor (B) under different vehicle weights (m) and energy consumptions (Y) (for EVs only)
...............................................................................................................................................33
Table 16: 2017 Central government NEV subsidies for buses .............................................34
Table 17: 2018 central government NEV subsidies for buses ..............................................34
Table 18: NIO Vehicle Revenue Build (2018-2023E)........................................................39
Table 19: NIO Total Revenue Build (2018-2023E)............................................................39
Table 20: NIO Vehicle Goss Profit Build (2018-2023E)....................................................40
Table 21: NIO Total Gross Profit Build (2018-2023E).......................................................40
Table 22: NIO Income Statement ........................................................................................41
Table 23: NIO Balance Sheet Statement..............................................................................41
Table 24: NIO Cash Flow Statement....................................................................................41

## List of Figures

Figure 1: NIO Timeline........................................................................................................21
Figure 2: Revenue by Geography ........................................................................................22
Figure 3: Revenue by Source................................................................................................24
Figure 4: NIO EP9 Battery Electric Vehicle Supercar .......................................................26
Figure 5: NIO EP9 Battery Electric Vehicle Supercar .......................................................26
Figure 6: NIO EP9 Battery Electric Vehicle Supercar .......................................................26
Figure 7: NIO EP9 Battery Electric Vehicle Supercar .......................................................26
Figure 8: NIO ES8 7-Passenger Battery Electric Vehicle Crossover Utility Vehicle .........27
Figure 9: NIO ES8 7-Passenger Battery Electric Vehicle Crossover Utility Vehicle .........27
Figure 10: NIO ES8 7-Passenger Battery Electric Vehicle Crossover Utility Vehicle........27
Figure 11: NIO ES8 7-Passenger Battery Electric Vehicle Crossover Utility Vehicle........27
Figure 12: NIO Revenues (2018-2023E)..............................................................................36
Figure 13: NIO Adjusted EBITDA (2018-2023E)...............................................................36
Figure 14: NIO Adjusted EBIT (2018-2023E) ....................................................................36
Figure 15: NIO Adjusted Net Income (2018-2023E)...........................................................36
Figure 16: NIO Free Cash Flow (2018-2023E) ...................................................................37
Figure 17: NIO Adjusted EBITDA Margin (2012-2023E)...................................................37
Figure 18: NIO Adjusted EBIT Margin (2018-2023E) ........................................................37
Figure 19: NIO Adjusted Net Income Margin (2018-2023E)...............................................37
Figure 20: NIO Car Shipments Outlook by Model (2018-2023E)........................................38

SABRY-0000205

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

# NIO: Summary of Financials

| Income Statement | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|
| Revenue | 0 | 0 | 4,411 | 20,262 | 45,103 |
| COGS | 0 | 0 | (4,712) | (17,661) | (36,355) |
| Gross profit | 0 | 0 | (301) | 2,601 | 8,748 |
| SG&A | (1,137) | (2,351) | (3,932) | (5,167) | (6,405) |
| Adj. EBITDA | (2,556) | (4,786) | (8,806) | (6,412) | (322) |
| D&A | (46) | (168) | (548) | (1,017) | (1,845) |
| Adj. EBIT | (2,603) | (4,954) | (9,353) | (7,429) | (2,167) |
| Net Interest | 28 | 1 | 106 | (178) | (542) |
| Adj. PBT | (2,569) | (5,013) | (9,286) | (7,751) | (2,844) |
| Tax | (4) | (8) | (10) | (14) | (14) |
| Minority Interest | 37 | 36 | 48 | 42 | 15 |
| Adj. Net Income | (3,518) | (7,562) | (15,994) | (7,723) | (2,843) |
| | | | | | |
| Reported EPS (Basic) | (4.13) | (8.89) | (15.23) | (7.36) | (2.71) |
| Adj. EPS | (4.13) | (8.89) | (13.98) | (6.75) | (2.49) |
| | | | | | |
| DPS | - | - | - | - | - |
| Payout ratio | - | - | - | - | - |
| Shares outstanding | 851 | 851 | 1,050 | 1,050 | 1,050 |

| Cash Flow Statement | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|
| Cash flow from operating activities | (2,202) | (4,575) | (8,398) | (4,553) | 2,234 |
| o/w Depreciation & amortization | 46 | 168 | 548 | 1,017 | 1,845 |
| o/w Changes in working capital | 0 | (89) | 351 | 2,195 | 3,248 |
| | | | | | |
| Cash flow from investing activities | 118 | (1,190) | (4,010) | (3,810) | (4,210) |
| o/w Capital expenditure | (654) | (1,114) | (4,010) | (3,810) | (4,210) |
| as % of sales | - | - | 90.9% | 18.8% | 9.3% |
| | | | | | |
| Cash flow from financing activities | 2,293 | 12,867 | 10,330 | 3,930 | 2,930 |
| o/w Dividends paid | 0 | 0 | 0 | 0 | 0 |
| o/w Shares issued/(repurchased) | - | - | - | - | - |
| o/w Net debt issued/(repaid) | 38 | 634 | 3,430 | 3,930 | 2,930 |
| | | | | | |
| Net change in cash | 250 | 6,934 | (2,078) | (4,433) | 954 |
| | | | | | |
| Adj. Free cash flow to firm | (3,182) | (6,057) | (12,408) | (8,363) | (1,976) |
| y/y Growth | - | 90.4% | 104.9% | (32.6%) | (76.4%) |

| Balance Sheet | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|
| Cash and cash equivalents | 581 | 7,506 | 5,428 | 995 | 1,950 |
| Accounts receivable | 2 | 30 | 44 | 167 | 371 |
| Inventories | 0 | 89 | 516 | 1,403 | 2,689 |
| Other current assets | 292 | 685 | 685 | 685 | 685 |
| Current assets | 875 | 8,310 | 6,673 | 3,250 | 5,695 |
| PP&E | 833 | 1,911 | 5,363 | 8,147 | 10,502 |
| LT investments | 47 | 47 | 47 | 47 | 47 |
| Other non current assets | 15 | 200 | 210 | 220 | 229 |
| Total assets | 1,770 | 10,468 | 12,293 | 11,664 | 16,474 |
| | | | | | |
| Short term borrowings | 0 | 29 | 429 | 629 | 629 |
| Payables | 21 | 40 | 832 | 4,037 | 8,776 |
| Other short term liabilities | 706 | 1,550 | 1,550 | 1,550 | 1,550 |
| Current liabilities | 727 | 1,619 | 2,811 | 6,216 | 10,954 |
| Long-term debt | 38 | 642 | 3,672 | 7,402 | 10,332 |
| Other long term liabilities | 61 | 141 | 141 | 141 | 141 |
| Total liabilities | 825 | 2,402 | 6,624 | 13,759 | 21,428 |
| | | | | | |
| Shareholders' equity | 957 | 8,055 | 5,705 | (2,018) | (4,861) |
| Minority interests | (12) | 11 | (36) | (78) | (93) |
| Total liabilities & equity | 1,770 | 10,468 | 12,293 | 11,664 | 16,474 |
| | | | | | |
| BVPS | 1.12 | 9.46 | 5.43 | (1.92) | (4.63) |
| y/y Growth | - | 741.8% | (42.6%) | (135.4%) | 140.9% |
| | | | | | |
| Net debt/(cash) | (544) | (6,835) | (1,327) | 7,036 | 9,011 |

| Ratio Analysis | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|
| Gross margin | - | - | (6.8%) | 12.8% | 19.4% |
| EBITDA margin | - | - | (199.6%) | (31.6%) | (0.7%) |
| EBIT margin | - | - | (212.0%) | (36.7%) | (4.8%) |
| Net profit margin | - | - | (362.6%) | (38.1%) | (6.3%) |
| | | | | | |
| ROE | (735.3%) | (167.8%) | (232.5%) | (418.9%) | 82.7% |
| ROA | (397.4%) | (123.6%) | (140.5%) | (64.5%) | (20.2%) |
| ROCE | (524.4%) | (102.1%) | (101.1%) | (94.1%) | (36.0%) |
| SG&A/Sales | - | - | 89.1% | 25.5% | 14.2% |
| Net debt/Equity | (57.5%) | (84.7%) | (23.4%) | (335.7%) | (181.9%) |
| Net debt/EBITDA | 21.3% | 142.8% | 15.1% | (109.7%) | (2796.5%) |
| | | | | | |
| Sales/Assets (x) | 0.0 | 0.0 | 0.4 | 1.7 | 3.2 |
| Assets/Equity (x) | 1.9 | 1.4 | 1.7 | 6.5 | NM |
| Interest cover (x) | 93.0 | 5,401.5 | 83.3 | NM | NM |
| Operating leverage | - | - | - | (5.7%) | (57.8%) |
| Tax rate | (0.2%) | (0.2%) | (0.1%) | (0.2%) | (0.5%) |
| | | | | | |
| Revenue y/y Growth | - | - | - | 359.4% | 122.6% |
| EBITDA y/y Growth | - | 87.2% | 84.0% | (27.2%) | (95.0%) |
| EPS y/y Growth | - | 115.0% | 57.4% | (51.7%) | (63.2%) |

| Valuation | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|
| P/E (x) | NM | NM | NM | NM | NM |
| P/BV (x) | 38.2 | 4.5 | 7.9 | NM | NM |
| EV/EBITDA (x) | NM | NM | NM | NM | NM |
| Dividend Yield | - | - | - | - | - |

Source: Company reports and J.P. Morgan estimates.
Note: Rmb in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

44

SABRY-0000206

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

● **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by NIO.

● **Lead or Co-manager:** J.P. Morgan acted as lead or co-manager in a public offering of equity and/or debt securities for NIO within the past 12 months.

● **Beneficial Ownership (1% or more):** J.P. Morgan beneficially owns 1% or more of a class of common equity securities of NIO.

● **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: NIO.

● **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: NIO.

● **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from NIO.

● **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from NIO.

● **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of NIO.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

**NIO (NIO, NIO US) Price Chart**



Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.

45

SABRY-0000207

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Lai, Nick YC**: BAIC Motor Corp LTD (1958.HK), BYD Company Limited - A (002594.SZ), BYD Company Limited - H (1211.HK), Baoxin Auto Group Limited (1293.HK), Brilliance China Automotive (1114.HK), CATL - A (300750.SZ), China ZhengTong Auto Service Holding Limited (1728.HK), Chongqing Changan Automobile - A (000625.SZ), Chongqing Changan Automobile - B (200625.SZ), DongFeng Motor Co., Ltd. (0489.HK), Fuyao Glass Industry Group - A (600660.SS), Fuyao Glass Industry Group - H (3606.HK), Geely Automobile Holdings Ltd. (0175.HK), Great Wall Motor - A (601633.SS), Great Wall Motor - H (2333.HK), Guangzhou Automobile Group - A (601238.SS), Guangzhou Automobile Group - H (2238.HK), Guoxuan High-Tech Co Ltd - A (002074.SZ), Minth Group (0425.HK), Nexteer Automotive Group Limited (1316.HK), Ningbo Shanshan Co Ltd - A (600884.SS), SAIC Motor Corp - A (600104.SS), Shenzhen Selen Science & Technology Co Ltd - A (002341.SZ), Sinotruk (3808.HK), Uxin (UXIN), Zhengzhou Yutong Bus - A (600066.SS), Zhongsheng Group Holdings (0881.HK)

**Brinkman, Ryan**: Adient (ADNT), American Axle (AXL), Aptiv (APTV), Autoliv Inc. (ALV), Avis Budget Group (CAR), BorgWarner Inc. (BWA), Camping World (CWH), Cooper Tire (CTB), Copart, Inc. (CPRT), Dana Inc (DAN), Ferrari (RACE), Ford Motor (F), General Motors (GM), Gentex Corporation (GNTX), Gentherm (THRM), Goodyear (GT), Hertz Global Holdings (HTZ), KAR Auction Services, Inc. (KAR), LKQ (LKQ), Lear Corporation (LEA), Magna International Inc. (MGA), Meritor Inc. (MTOR), Tenneco Inc. (TEN), Tesla Inc (TSLA), Tower International (TOWR), Visteon Corporation (VC)

**J.P. Morgan Equity Research Ratings Distribution, as of October 01, 2018**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 47% | 40% | 13% |
| IB clients* | 54% | 49% | 37% |
| JPMS Equity Research Coverage | 45% | 42% | 13% |
| IB clients* | 75% | 66% | 53% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of JPMS, are not registered/qualified as research analysts under NASD/NYSE rules, may not be associated persons of JPMS, and may not be subject to FINRA Rule 2241 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

**Other Disclosures**

SABRY-0000208

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

**J.P.Morgan**

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at https://www.theocc.com/components/docs/riskstoc.pdf

**Private Bank Clients:** Where you are a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is issued to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal Entities Disclosures**
U.S.: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **Canada:** J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. **U.K.:** JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsich and also by J.P. Morgan AG (JPM AG) which is a member of the Frankfurt stock exchange and is regulated by the Federal Financial Supervisory Authority (BaFin). JPM AG is a company incorporated in the Federal Republic of Germany with registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. **South Africa:** J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong:** J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea:** This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia:** J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan:** J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand:** This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia:** PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines:** J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil:** Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico:** J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 099/04/2018 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 046/09/2018], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan:** JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia:** This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan:** J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia:** J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai:** JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of

SABRY-0000209

Nick Lai
(852) 2800 8543
nick.yc.lai@jpmorgan.com

Asia Pacific Equity Research
09 October 2018

J.P.Morgan

publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors, as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan:** Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil:** Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised October 06, 2018.

**Copyright 2018 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

48

Completed    09 Oct 2018 04:01 AM HKT

Disseminated 09 Oct 2018 04:06 AM HKT

SABRY-0000210