# EXHIBIT 25

Case 1:19-cv-01424-NGG-JRC    Document 122-26    Filed 12/23/22    Page 1 of 4 PageID #: 4065

April 2018

# Project Blue Sky

## Onsite DD Schedule

CONFIDENTIAL

UW_ML_0007863

# China Onsite DD Schedule

| 参观时间 | 参观地点 | 详细地址 | 联系人（姓名及电话） | 参观时长 |
|---|---|---|---|---|
| **Day 1 (Apr 18)** | | | | |
| 9am | Service Assurance Center (Exclusive) | 上海闵行罗锦路 218 号 | | 半小时 |
| 10:30am | Service Assurance Center (Non-exclusive) | 上海浦东金桥路/乐园路 198 号 | | 一小时（包含采访时间） |
| 12:30pm | Fulfilment/Logistics Center (CDC) | 上海宝山区汶川路 6 号智慧湾配送中心 | | 半小时 |
| 2:00pm | NIO House SH | 上海静安太古汇 | | 一小时 |
| 4:00pm | Battery Swap Stations | 上海安晓路 | | 半小时 |
| **Day 2 (Apr 19)** | | | | |
| 8am | NIO Owned Factory—XPT Changshu | 常熟高新技术产业开发区黄埔江路 59 号 | | 一小时 |
| 1pm | NIO Owned Factory—XPT Nanjing | 南京市栖霞区港城路 2 号 | | 一小时 |
| 5pm | NIO / JAC Factory | 合肥市经济开发区宿松路 9766 号 | | 一小时 |
| **Day 3 (Apr 20)** | | | | |
| 10:00am | NIO House BJ | 北京长安街 1 号东方广场 | | 一小时 |
| 12:00pm | Service Assurance Center (Exclusive) BJ Yizhuang | 北京亦庄经济技术开发中心中和街 16 号 902＆907 室 | | 半小时 |

1

CONFIDENTIAL

UW_ML_0007864

# US & German Onsite DD Schedule

| Visit Time | Location | Address | Contact (Name / Cell) | Length |
|---|---|---|---|---|
| **US (Apr 19)** | | | | |
| 2pm | San Jose Software Development Center | 3200 N 1st St, San Jose, CA 95134 (408) 518-7000 | | 1h |
| **Germany (Apr 19)** | | | | |
| 2pm | Munich Design Center | Montgelasstrasse 14, 81679 Munich, Germany | | 1h |

2

CONFIDENTIAL

UW_ML_0007865