# EXHIBIT 26

**From:** Louis Hsieh 谢东萤 [louis.hsieh@nio.com]
**Sent:** 8/10/2018 11:21:53 PM
**To:** Takhtajan, Alice L [alice.l.takhtajan@jpmorgan.com]
**CC:** kefei.li@db.com; mark.hantho@db.com; Cho, Kelvin KL [kelvin.kl.cho@jpmorgan.com]; Myers, Elizabeth P [elizabeth.p.myers@jpmorgan.com]; Heather Diwu 第五蕙 [heather.diwu@nio.com]; Jade Wei 魏裕 [jade.wei@nio.com]; Nick Wang 汪冬宁 [nick.wang@nio.com]; pj_blue_sky_all@morganstanley.com; adrsyndicate [adrsyndicate@morganstanley.com]; amanda.soon@morganstanley.com; arthur.schuetz@morganstanley.com
**Subject:** Re: Blue Sky: Analysts PDIE Schedule Recommendation

Understood

Best
Louis

Sent from my iPhone

On Aug 11, 2018, at 03:36, Takhtajan, Alice L <Alice.L.Takhtajan@jpmorgan.com> wrote:

Louis,
Please note that per our policy, J.P. Morgan's research analysts can speak to all investors internationally (ex US). With respect to U.S. based investors, J.P. Morgan's research analysts can engage on a reverse inquiry basis with the investors that met with you during TTW meetings. We will ensure these US investors have the contact details for our research analysts and can reach out to them for further information.

Best,

**Alice Takhtajan** | Managing Director | Equity Capital Markets | **J.P. Morgan** | 383 Madison Avenue, Floor 28, New York, NY 10179 |T: (212) 622 2764 | F: (917) 464 3198 | alice.l.takhtajan@jpmorgan.com

**From:** Schuetz, Arthur <Arthur.Schuetz@morganstanley.com>
**Date:** Friday, Aug 10, 2018, 2:03 AM
**To:** Louis Hsieh 谢东萤 <louis.hsieh@nio.com>, Soon, Amanda <Amanda.Soon@morganstanley.com>
**Cc:** kefei.li@db.com <kefei.li@db.com>, mark.hantho@db.com <mark.hantho@db.com>, Cho, Kelvin KL <kelvin.kl.cho@Jpmorgan.com>, Myers, Elizabeth P <elizabeth.p.myers@jpmorgan.com>, Heather Diwu 第五蕙 <heather.diwu@nio.com>, Jade Wei 魏裕 <jade.wei@nio.com>, Nick Wang 汪冬宁 <nick.wang@nio.com>, pj-blue-sky-all <pj_blue_sky_all@morganstanley.com>, adrsyndicate <adrsyndicate@morganstanley.com>
**Subject:** RE: Blue Sky: Analysts PDIE Schedule Recommendation

Louis,
DB and JPMorgan are copied in and can reply , but they told us according to internal policy DB can only reply to reverse inquiries and JPM cant call investors at all before second public filing.

**Arthur Schuetz, Managing Director**
Morgan Stanley | Investment Banking Division
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-0309
Mobile: +852 9226-7992
Fax: +852 3748-0418
Arthur.Schuetz@morganstanley.com

UW_MS_00071208

Be carbon conscious. Please consider our environment before printing this email.

**From:** Louis Hsieh 谢东萤 [mailto:louis.hsieh@nio.com]
**Sent:** Friday, August 10, 2018 12:17 PM
**To:** Soon, Amanda (GCM)
**Cc:** kefei.li@db.com; Hantho, Mark (mark.hantho@db.com); kelvin.kl.cho@Jpmorgan.com; Elizabeth P Myers; Heather Diwu 第五蕙; Jade Wei 魏裕; Nick Wang 汪冬宁; pj_blue_sky_all; adrsyndicate
**Subject:** Re: Blue Sky: Analysts PDIE Schedule Recommendation

That's why I limit it to 3 banks with the 3 topped II Analysts.

Best
Louis

Sent from my iPhone

On Aug 10, 2018, at 11:42, Soon, Amanda <Amanda.Soon@morganstanley.com> wrote:

Hi Louis

Yes understood. This is not to control who the Analysts can speak to, but rather to prevent too many Analysts in one city at one point as almost all of them can only market to Asian and European accounts before the 2nd filing. As Mille was alluding to on Wednesday, we want to avoid a scenario where 8 banks are all in HK at the same time / date for example.

**From:** "Louis Hsieh 谢东萤" <louis.hsieh@nio.com>
**Date:** Friday, 10 August 2018 at 11:30:14 AM
**To:** "Soon, Amanda (GCM)" <Amanda.Soon@morganstanley.com>, "kefei.li@db.com" <kefei.li@db.com>, "Hantho, Mark (mark.hantho@db.com)" <mark.hantho@db.com>, "kelvin.kl.cho@Jpmorgan.com" <kelvin.kl.cho@Jpmorgan.com>, "Elizabeth P Myers" <elizabeth.p.myers@jpmorgan.com>
**Cc:** "Heather Diwu 第五蕙" <heather.diwu@nio.com>, "Jade Wei 魏裕" <jade.wei@nio.com>, "Nick Wang 汪冬宁" <nick.wang@nio.com>, "pj_blue_sky_all" <pj_blue_sky_all@morganstanley.com>, "adrsyndicate" <adrsyndicate@morganstanley.com>
**Subject:** Re: Blue Sky: Analysts PDIE Schedule Recommendation

For PDIE, I want Institutional Investors ranked #1-#3 unleashed!

Best.

Louis

Sent from my iPad

On Aug 10, 2018, at 11:25 AM, Louis Hsieh 谢东萤 <louis.hsieh@nio.com> wrote:

No, Rod Lache, DB Analyst, and Ryan Brinkman, JPM Analyst, can talk to whoever they want, as can Adam Jonas, MS Analyst. Other analysts wait for second public filing.fir US accounts if that is their policy.

Best.

Confidential

Louis

Sent from my iPad

On Aug 10, 2018, at 11:16 AM, Soon, Amanda <Amanda.Soon@morganstanley.com> wrote:

Dear Louis,

Please kindly find attached the proposed PDIE schedule across the 8 banks which we have drawn up for your consideration.

We have kept in mind the following

1) We confirmed that apart from Morgan Stanley and Deutsche Bank, the other 6 banks Analysts are not allowed to do pre-marketing to US investors BEFORE the 2nd filing with pricing range due to their respective internal compliance policies (they can only do Asia and Europe)

2) DB Analyst is limited to only doing calls to US investors based on reverse enquiries and cannot physically meet investors in the US

3) Locations for all 7 banks Analysts (apart from MS) are hence limited to Asia and Europe cities before the 2nd public filing

4) We have tried to ensure that there are no more than 3-4 Analysts marketing in the same city on any one day from 14-28 August so that the overlap is controlled

Given that PDIE is intended to commence next Tuesday, we suggest communicating this to the Banks by this afternoon HKT so that they can make adjustments to their Analysts' schedules as required.

Please feel free to let us know if you need anything else.


Many thanks
Amanda

NOTICE. Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent required and/or permitted under applicable law, to monitor electronic communications, including telephone calls with Morgan Stanley personnel. This message is subject to the Morgan Stanley General Disclaimers available at the following link: http://www.morganstanley.com/disclaimers. If you cannot access the links, please notify us by reply message and we will send the contents to you. By communicating with Morgan Stanley you acknowledge that you have read, understand and consent, (where applicable), to the foregoing and the Morgan Stanley General Disclaimers.

<Project Blue Sky_PDIE Schedule.pdf>

NOTICE. Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent required and/or permitted under applicable law, to monitor electronic communications, including telephone calls with Morgan Stanley personnel. This message is subject to the Morgan Stanley General Disclaimers available at the following link: http://www.morganstanley.com/disclaimers. If you cannot access the links, please notify us by reply message and we will send the contents to you. By communicating with Morgan Stanley you acknowledge that you have read, understand and consent, (where applicable), to the foregoing and the Morgan Stanley General Disclaimers.

UW_MS_00071210

NOTICE: Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent required and/or permitted under applicable law, to monitor electronic communications, including telephone calls with Morgan Stanley personnel. This message is subject to the Morgan Stanley General Disclaimers available at the following link: http://www.morganstanley.com/disclaimers.  If you cannot access the links, please notify us by reply message and we will send the contents to you. By communicating with Morgan Stanley you acknowledge that you have read, understand and consent, (where applicable), to the foregoing and the Morgan Stanley General Disclaimers.

This message is confidential and subject to terms at: http://www.jpmorgan.com/emaildisclaimer including on confidentiality, legal privilege, viruses and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

Confidential

UW_MS_00071211