# EXHIBIT 27

**From:**     Cheng, Mille (GCM) [mille.cheng@morganstanley.com]
**Sent:**      5/15/2018 5:59:06 PM
**To:**         Assomull, Mohit (GCM) [mohit.assomull@morganstanley.com]
**Subject:**  Nio AP

Mo,

We are having an analyst presentation for Nio, the electric car company, in China on June 4-5. Our Asian analyst is attending in person and Adam Jonas is currently scheduled to dial in. Can we get your help in pushing Adam to see if he can join in person? There are 8 banks on this deal and Adam is the only one not attending in person. Other banks have overseas analysts attending as well, and importantly, I think having Adam there are the manufacturing in person could help address some of the concerns surrounding manufacturing.

Given our lead role into the deal (20% minimum economics over 7 other banks), it will be critical that we show our global commitment to the transaction.

If Adam prefers, we can schedule other meetings on the side to make his trip more worthwhile.

Sorry to be asking this. Let me know what you think?


Regards,
Mille

Confidential                                                                                                                      UW_MS_00033944