# EXHIBIT 28

Case 1:19-cv-01424-NGG-JRC    Document 122-29    Filed 12/23/22    Page 1 of 26 PageID #: 4076

**Morgan Stanley** | RESEARCH

FOUNDATION

*October 7, 2018 08:26 PM GMT*

Nio Inc. | Asia Pacific

# China's Premium EV Pioneer; Initiate at Overweight

MORGAN STANLEY ASIA LIMITED+

**Jack Yeung**
EQUITY ANALYST
Jack.Yeung@morganstanley.com   +852 2239-7843

**Frank Wan**
RESEARCH ASSOCIATE
Frank.Wan@morganstanley.com   +852 2239-1229

**Tim Hsiao**
EQUITY ANALYST
Tim.Hsiao@morganstanley.com   +852 2848-1982

**Eddy Wang, CFA**
EQUITY ANALYST
Eddy.Wang@morganstanley.com   +852 2239-7339

**Vennie Kang**
RESEARCH ASSOCIATE
Vennie.Kang@morganstanley.com   +852 2848-5066

| | Stock Rating | Industry View | Price Target |
|---|---|---|---|
| | Overweight | Cautious | US$8.50 |

We expect China's premium EV market to be the next rapidly growing PV segment, with a sales volume CAGR of 54.5% in 2017-22. We believe NIO's distinctive business model together with its price advantage over foreign competitors will allow it to penetrate the underserved market.

**The fast-growing premium EV market in China is now underserved:** China's new energy vehicle (NEV) market is projected to expand at a 37.1% CAGR from 2017 to 2022, per Frost & Sullivan. We estimate the premium EV market will have higher growth at a 54.5% CAGR, backed by Frost & Sullivan's estimates of: 1) a 12.4% CAGR in 2017-22 for the premium passenger vehicle (PV) segment in China; 2) a 9.4% CAGR in 2017-22 for China's SUV segment; 3) a 40.8% CAGR in 2017-22 for China's battery electric vehicle (BEV) sales volume; and 4) the current low market penetration. Among China's top 10 best-selling BEV brands in 2017, nine have an average price below Rmb170k, and Tesla has an average price above Rmb800k, creating an opportunity for NIO's BEV models with a price range of Rmb300-600k.

**NIO has distinctive advantages and a differentiated business model:** NIO's first mass-produced model, ES8, has the best-in-class specifications among the premium EVs currently on the market but a lower price, partly due to local manufacturing subsidies, the absence of customs duties and reduced taxes, compared to foreign brands. Its direct sales model and fostering of a user community could bring better cost efficiency and customer stickiness. Its comprehensive charging solution could ease user concerns with regard to charging. We are positive on NIO's future technology upgrades with continuous R&D investment.

**Key concerns:** 1) limited production experience and heavy reliance on partnership and outsourcing; 2) intense competition in China's PV market; 3) potential risks from policy changes in terms of declining NEV subsidies and lower barriers to entry for foreign players; and 4) NIO's negative profit and free cash flow through to 2020.

**Initiate at OW, PT US$8.5:** Our DCF-derived price target implies 36% upside. We are positive on NIO's leading position in an underserved premium EV market and believe in the company's long-term value.

## Nio Inc. ( NIO.N, NIO US )

China Autos & Auto Parts / China

| Stock Rating | Overweight |
|---|---|
| Industry View | Cautious |
| Price target | US$8.50 |
| Up/downside to price target (%) | 36 |
| Shr price, close (Oct 4, 2018) | US$6.25 |
| 52-Week Range | US$13.79-5.35 |
| Mkt cap (12/18e) (mn) | Rmb44,041 |
| EV (12/18e) (mn) | Rmb42,908 |
| Sh out, dil, curr (mn) | 1,026 |
| Avg daily trading value (mn) | US$56 |

| Fiscal Year Ending | 12/17 | 12/18e | 12/19e | 12/20e |
|---|---|---|---|---|
| ModelWare EPS (Rmb) | (346.84) | (9.26) | (7.98) | (2.33) |
| Revenue, net (Rmb mn) | 0 | 3,319 | 14,689 | 36,635 |
| EBITDA (Rmb mn) | (4,786) | (9,082) | (6,931) | (229) |
| ModelWare net inc (Rmb mn) | (7,562) | (9,500) | (8,183) | (2,392) |
| P/E | NM | NM | NM | NM |
| P/BV | - | 8.4 | NM | NM |
| RNOA (%) | - | (570.4) | (144.6) | (29.0) |
| ROE (%) | - | (117.9) | (155.9) | NM |
| EV/EBITDA | NM | NM | NM | NM |
| Div yld (%) | - | 0.0 | 0.0 | 0.0 |
| FCF yld ratio (%)** | - | (27.6) | (20.6) | (6.1) |
| Leverage (EOP) (%) | (85.5) | (23.6) | NM | NM |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
** = Based on consensus methodology
e = Morgan Stanley Research estimates

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

+= Analysts employed by non-U.S. affiliates are not registered with FINRA, may not be associated persons of the member and may not be subject to NASD/NYSE restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

1

**Morgan Stanley** | **RESEARCH**

FOUNDATION

# Key Charts

**Exhibit 1:** PV Sales Volume in China by Brand Position



Source: Frost & Sullivan, Morgan Stanley Research, E = Frost & Sullivan estimates

**Exhibit 2:** PV Sales Volume in China by Model Type



Source: Frost & Sullivan, Morgan Stanley Research, E = Frost & Sullivan estimates

**Exhibit 3:** NEV Sales Volume in China by Power Type



Source: Frost & Sullivan, Morgan Stanley Research, E = Frost & Sullivan estimates

**Exhibit 4:** Global BEV Sales Volume by Region



Source: Frost & Sullivan, Morgan Stanley Research, E = Frost & Sullivan estimates

**Exhibit 5:** Pricing of Top 10 Best-Selling BEV Brands in China (2017)



Source: Frost & Sullivan, Morgan Stanley Research

**Exhibit 6:** China's Premium EV Sales Volume Forecast



Source: Morgan Stanley Research, E = Morgan Stanley Research Estimates

2

SABRY-0000212

**Morgan Stanley** | RESEARCH

FOUNDATION

**Exhibit 7:** NIO's "User Community" Business Model



Source: Company Data

**Exhibit 8:** NIO's Comprehensive Charging Solutions



Source: Company Data

**Exhibit 9:** Number of Unfulfilled Reservations with Non-refundable Deposits Made (end of May, June and July 2018)



Source: Company Data

**Exhibit 10:** Number of ES8 Produced in May, June and July 2018



Source: Company Data

**Exhibit 11:** Total Unfulfilled Reservations as of July 31, 2018



Source: Company Data

3

SABRY-0000213

**Morgan Stanley** | RESEARCH

FOUNDATION

# Financial Summary

**Exhibit 12:** NIO: Financial Summary

## Income Statement

| (Rmb Mn) | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|
| Revenue | - | 3,319 | 14,689 | 36,635 |
| Cost of sales | - | (3,643) | (13,248) | (29,650) |
| Gross profit | - | (323) | 1,442 | 6,986 |
| R&D expenses | (2,603) | (5,204) | (4,792) | (3,693) |
| SG&A expenses | (2,351) | (3,965) | (4,601) | (5,299) |
| Operating profit (GAAP) | (4,954) | (9,492) | (7,950) | (2,007) |
| Stock-based compensation | (90) | (167) | (171) | (164) |
| Operating profit (ex. stock comp) | (4,863) | (9,325) | (7,779) | (1,843) |
| Interest income | 19 | 17 | 12 | 1 |
| Interest expense | (18) | (18) | (231) | (340) |
| Other income / (expense) | (61) | (61) | (61) | (61) |
| Protax profit | (5,013) | (9,554) | (8,230) | (2,406) |
| Income tax | (8) | (15) | (13) | (4) |
| Profit after tax | (5,021) | (9,569) | (8,243) | (2,410) |
| Minority interests | 36 | 69 | 60 | 17 |
| Net income | (4,985) | (9,500) | (8,183) | (2,392) |
| Convertible redeemable preferred shares | (2,577) | - | - | - |
| Reported net income | (7,562) | (9,500) | (8,183) | (2,392) |
| EPS (Rmb) | (347) | (9) | (8) | (2) |

## Balance Sheet

| (Rmb Mn) | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|
| Non-curent assets | 2,158 | 5,727 | 8,434 | 10,838 |
| Property and equipment, net | 1,911 | 5,482 | 8,191 | 10,597 |
| Intangible assets, net | 4 | 4 | 4 | 4 |
| Long-term investments | 47 | 45 | 43 | 41 |
| Other non-current assets | 195 | 195 | 195 | 195 |
| Current assets | 8,310 | 3,336 | 2,093 | 4,367 |
| Cash and cash equivalents | 7,506 | 1,859 | 626 | 1,937 |
| Inventory | 89 | 185 | 752 | 1,716 |
| Other current assets | 715 | 1,291 | 715 | 715 |
| Current liabilities | 1,619 | 3,019 | 8,910 | 13,819 |
| Short-term borrowings | 29 | 29 | 4,287 | 6,303 |
| Trade payable | 234 | 1,608 | 3,247 | 6,176 |
| Taxes payable | 30 | 57 | 49 | 14 |
| Other current liabilities | 1,326 | 1,326 | 1,326 | 1,326 |
| Non-current liabilities | 784 | 784 | 4,429 | 6,444 |
| Long-term borrowings | 642 | 642 | 4,287 | 6,303 |
| Other non-current liabilities | 141 | 141 | 141 | 141 |
| Equity | 8,066 | 5,260 | (2,812) | (5,057) |
| Convertible preferred stock | 19,658 | 19,658 | 19,658 | 19,658 |
| Common Stock | 0 | 6,596 | 6,596 | 6,596 |
| Accumulated deficit | (11,712) | (21,114) | (29,186) | (31,432) |
| Others | 109 | 109 | 109 | 109 |
| Minority interests | 11 | 11 | 11 | 11 |

## Financial Analysis

| | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|
| Growth (%) | | | | |
| Revenue | NM | NM | 342.6% | 149.4% |
| Operating profit (GAAP) | 90.3% | 91.6% | -16.2% | -74.8% |
| Net profit | 115.0% | 25.6% | -13.9% | -70.8% |
| Margins (%) | | | | |
| Gross Margin | NM | -9.7% | 9.8% | 19.1% |
| Operating Margin | NM | -286.0% | -54.1% | -5.5% |
| Net Margin | NM | -286.2% | -55.7% | -6.5% |
| Efficiency | | | | |
| Asset Turnover (x) | NM | 2.7 | 0.7 | 0.4 |
| Inventory Days | NM | 19 | 21 | 21 |
| Receivables Days | NM | 63 | 80 | 91 |
| Payable Days | NM | 161 | 89 | 76 |
| Return (%) | | | | |
| ROA | NM | -91% | -90% | -23% |
| ROE | NM | -118% | -156% | NM |
| Gearing (x) | | | | |
| Asset/Equity | 1.30 | 1.73 | NM | NM |
| Total Liabilities/Equity | 0.30 | 0.72 | NM | NM |
| Total IB Debt/Equity | 0.08 | 0.13 | NM | NM |

## Cashflow Statement

| (Rmb Mn) | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|
| Cash from operating activities | (4,575) | (8,262) | (5,409) | 1,464 |
| Cash from investing activities | (1,200) | (3,981) | (3,728) | (4,184) |
| Cash from financing activities | 12,867 | 6,596 | 7,904 | 4,030 |
| Exchange difference | (168) | - | - | - |
| Increase in cash and equivalents | 6,925 | (5,646) | (1,233) | 1,310 |
| Cash BOP | 581 | 7,506 | 1,859 | 626 |
| Cash EOP | 7,506 | 1,859 | 626 | 1,937 |

Source: Company Data, Morgan Stanley Research (E) estimates

4

SABRY-0000214

**Morgan Stanley** | RESEARCH

FOUNDATION

**Risk Reward**

# Poised to benefit from fast-growing premium EV market in China



$12.50 (+100%)

$8.50 (+36%)

$6.25

$4.50 (-28%)

- Price Target (Oct-19)    — Historical Stock Performance    - Current Stock Price

Source; Morgan Stanley Research estimates. Thomson Reuters

**Price Target    US$8.50**
Base case, DCF

**Bull        US$12.50**
22x 2021E P/E
**Stronger sales growth, higher ASP and margin improvement compared with base case:** Stronger sales driven by better demand and faster ramp-up of capacity. Stronger-than-expected PV market in China leads to less intense competition, which helps on ASP and margin.

**Base        US$8.50**
15x 2021E P/E
**Solid sales of NIO ES8 and successful launch of subsequent models:** Sales of ES8 and subsequent models (e.g. ES6, ET7) achieve solid performance in 2018-22 driven by a fast-growing premium EV market and favorable government policies. In addition, the stable production capacity of NIO's own plant after completion in 2020 can further lift gross margin and meet the increasing demand.

**Bear        US$4.50**
8x 2021E P/E
**Weaker sales growth, lower ASP and margin deterioration compared with base case:** Competition becomes more intense in the market. Traditional OEMs with greater financial, technical, manufacturing, marketing and other resources have more advantages in the competitive market, and take more market share from start-ups.

## Investment Thesis

■ According to Frost & Sullivan, the fast-growing PV car market in China is driven by continued expansion of the middle class and upper middle class, with annual incomes of US$10k to US$60k and over US$60k respectively. The population in the middle and upper middle class is expected to expand to ~502 million in aggregate by 2022. The growing middle class greatly increases the long-term growth potential in China's PV market.

■ The Chinese government has a clear strategy for developing NEVs. Favorable policies have been issued to push NEV penetration. The government has set targets for production capacity of 2mn NEV units by 2020 and accumulated production and sales of 5mn NEV units by 2020.

■ The premium electric SUV segment is a largely underserved market. We expect China's premium EV sales volume to increase at a CAGR of 54.5% in 2017-22.

## Key Value Drivers

■ Sales volume growth
■ New model launches to cover more customers
■ Production capacity keeps improving to meet the increasing demand

## Potential Catalysts

■ Sales ramp-up of ES8
■ Successful launch of ES6 and ET7

## Risks to Achieving Price Target

■ **Downside:** 1) More intense competition in the premium EV market could lead to higher-than-expected branding and sales expenses and lower-than-expected increases in sales; and 2) lower-than-expected production capability could increase customer waiting time, lower the turnover rate and lead to a decrease in purchasing willingness.

5

SABRY-0000215

**Morgan Stanley** | RESEARCH

FOUNDATION

# Investment Summary

**Conclusion:** We initiate coverage of NIO Inc. with an Overweight rating and a US$8.5 price target. Benefiting from the fast-growing NEV segment as well as strong demand for luxury PVs in China, NIO's revenue is set to increase at a 102% five-year CAGR, to Rmb110bn in 2022, on our estimates. We forecast NIO's GAAP net margin to improve from -286% in 2018 to 8% in 2022.

**Company background:** NIO is a pioneer in China's premium EV market. It designs, jointly manufactures, and sells smart and connected premium EVs, advancing innovations in connectivity, autonomous driving and artificial intelligence. NIO aims to provide users with innovative charging solutions and other user-centric service offerings.

**Fast-growing premium EV market in China is underserved:** According to Frost & Sullivan, China's NEV market is projected to grow at a CAGR of 37.1% in 2017-2022. Moreover, premium electric SUVs are expected to have the largest growth, as: 1) the premium segment in China is expected to grow at a CAGR of 12.4% from 2017 to 2022, higher than the entry and mid-range segments; 2) the SUV segment will retain the fastest growth with a CAGR of 9.4% from 2017 to 2022, compared with sedan and MPV segments; 3) China's BEV sales volume is expected to grow at a CAGR of 40.8% from 2017 to 2022; and 4) currently there is not enough penetration in the premium EV segment. We expect China's premium EV market to grow at a CAGR of 54.5% from 2017 to 2022. Also, current government policies, such as subsidies, tax reductions and car plate restrictions on internal combustion engine (ICE) vehicles, favor NEV developments.

**NIO's distinctive business model aims at the underserved premium EV market:** 1) NIO's first mass-produced vehicle, ES8, has the best-in-class specifications among the premium EVs currently available in the market; 2) it also enjoys a price advantage due to local manufacturing subsidies, the absence of customs duties and the reduction of taxes; 3) NIO adopts a direct sales distribution model that can help it to plan production more efficiently, minimize inventory, cut out franchising costs and expand the sales network more effectively; 4) NIO's comprehensive charging solutions could ease users' concerns about charging; and 5) NIO's vehicles are equipped with advanced driver-assistance systems (ADAS) and in-car AI, and NIO aims to keep upgrading the technology to improve the user experience so as to maintain its competitiveness.

**Our DCF-derived PT of US$8.5 for NIO implies 36% upside:** We are positive on NIO's leading position in the underserved premium EV market and believe the company can leverage its first-mover advantage to gain market share in this segment. We are positive on NIO's long-term value and expect it to turn profitable from 2021.

**Key risks:** 1) Limited production experience and reliance on partnerships and outsourcing could lead to a loss of control in the supply chain, harming production capabilities; 2) uncertainty about the construction and operation of NIO's own manufacturing facilities due to time, budget and government regulations; 3) profitability concerns due to operational and production capacity; 4) competition in China's automotive market; and 5) current NEV profit margins are closely linked to favorable policies. Potential policy changes may diminish the current advantages of NEVs over ICE vehicles.

6

SABRY-0000216

**Morgan Stanley** | **RESEARCH**                                    FOUNDATION

# Investment Positives

## A) Fast-growing premium EV market in China

**China's PV industry:** Sales volume is expected to increase at a CAGR of 5.2% from 2017 to 2022, reaching 33.1mn units, per Frost & Sullivan estimates.

**The premium segment in China** is expected to continue to expand at a CAGR of 12.4% from 2017 to 2022, per Frost & Sullivan estimates.

**Exhibit 13:** PV Sales Volume in China by Brand Position (2013-2022E)



Source: Frost & Sullivan, Morgan Stanley Research, E = Frost & Sullivan Estimates

**The SUV segment** is expected to continue to outpace industry growth for the next five years, reaching 16.9mn units in 2022, at a CAGR of 9.4%, per Frost & Sullivan estimates.

7

SABRY-0000217

**Morgan Stanley** | **RESEARCH**

**FOUNDATION**



**Exhibit 14:** PV Sales Volume in China by Model Type (2013-2022E)

Source: Frost & Sullivan, Morgan Stanley Research, E = Frost & Sullivan Estimates

**China's NEV market:** Frost & Sullivan expects the volume of NEVs to reach 3.6mn units in 2022, expanding at a CAGR of 37.1% from 2017 to 2022; the Chinese government is targeting annual sales volume of 2mn units, and a total of 5mn NEVs on the road by 2020.



**Exhibit 15:** NEV Sales Volume in China by Power Type (2013-2022E)

Source: Frost & Sullivan, Morgan Stanley Research, E = Frost & Sullivan Estimates

**BEVs in China:** China's BEVs accounted for 54.3% of the overall global BEV market in 2017; Frost & Sullivan expects over 2.6mn BEVs to be sold in China in 2022, accounting for 64.6% of the global BEV market. From 2017 to 2022, the sales volume of BEVs is expected to expand at a CAGR of 40.8% in China versus 36.0% globally.

8

SABRY-0000218

# Morgan Stanley | RESEARCH

FOUNDATION

**Exhibit 16:** Global BEV Sales Volume by Region (2017-2022E)



Source: Frost & Sullivan, Morgan Stanley Research, E = Frost & Sullivan Estimates

**Premium electric SUV segment is a niche market in China:** ~476,000 BEVs were sold to Chinese consumers in 2017. However, only Tesla is in the premium segment among the top 10 BEV brands with the highest sales volumes in 2017, while the majority of NEV brands in China are in the entry segment with average prices below Rmb170,000 (post subsidies). We believe significant opportunities exist for NIO, with its BEV products priced at Rmb300-600k. We forecast China's premium EV sales volume will increase at a CAGR of 54.5% from 2017 to 2022.

**Exhibit 17:** Pricing of Top 10 Best-Selling BEV Brands in China (2017)



Source: Frost & Sullivan, Morgan Stanley Research

9

SABRY-0000219

**Morgan Stanley** | RESEARCH                                        FOUNDATION

Exhibit 18: China's Premium EV Sales Volume Forecast (2016 – 2022E)



Source: Morgan Stanley Research, E = Morgan Stanley Research Estimates

## B) Favorable policies pushing the development of NEVs in China

**China's strong regulatory push is the key driver of NEV penetration:** The current tax exemption for NEV purchases runs from 1 January 2018 until 31 December 2020. A new subsidy policy was issued by MoF in February 2018: subsidies for BEVs with a driving range of 300 to 400 km are 45k Rmb/unit from 12 June 2018; subsidies for BEVs with a driving range of above 400km are 50k Rmb/unit.

**The Chinese government has set ambitious targets for EV adoption:** The 2020 annual production capacity target for NEVs is set at 2mn units, and the accumulated production and sales of NEVs by 2020 should reach 5mn units. The "double scoring" system limits the annual production capacity or import volume of traditional energy PVs. OEMs with production capacity over 30,000 units will be required to achieve a NEV quota of 10% in 2019 and 12% in 2020.

**Car plate restrictions in major cities:** Local governments of Tier 1 and some Tier 2 cities limit the number of car plates issued to ICE vehicles through a lottery or auction process. The total number of car plate applicants from those cities reached 6.1mn by the end of 2017. However, there is no limitation on NEV car plates (except Beijing). According to Frost & Sullivan, by 2025, over 17 cities are expected to restrict the number of car plates for ICE vehicles issued annually. Therefore, the huge demand for car ownership could be shifted to EVs.

SABRY-0000220

Morgan Stanley | RESEARCH    FOUNDATION

**Exhibit 19:** The average probabilities of obtaining car plates and the number of applicants by the end of 2017

| City | Average Probability of Obtaining Car Plate | Number of Applicants by End of 2017 ('000 persons) |
|------|------|------|
| Beijing | 0.12% | 2,839 |
| Shanghai | 4.49% | 228 |
| Guangzhou | 1.46% | 586 |
| Shenzhen | 0.81% | 909 |
| Tianjin | 0.78% | 866 |
| Hangzhou | 0.92% | 679 |
| **Total** | | **6,107** |

Source: Frost & Sullivan, Morgan Stanley Research

## C) NIO focuses on cutting-edge technology to improve user-experience with the benefits of local production

**ES8 has the best-in-class specifications among the premium EVs currently available in the market:** Among the premium EVs currently available in the market, ES8 has the fastest acceleration time from 0 to 100km/h, highest maximum power output, highest autonomous driving level, and highest maximum torque. To maintain its technological lead, NIO has formed strategic alliances with various technology leaders, such as Tencent, Baidu, Mobileye and CATL.

**Exhibit 20:** Key Specifications - Comparing ES8 with other premium EVs currently in the market

| | NIO ES8 | Tesla Model X 75D | Audi Q7 45 e-tron | SAIC Roewe ERX5 | BYD SONG EV300 SUV | Mercedes-Benz AMG GLS 63 |
|------|------|------|------|------|------|------|
| Type | BEV | BEV | PHEV (2.0L) | BEV | BEV | ICE |
| Max No. of Seat | 7 | 7 | 5 | 5 | 5 | 7 |
| Horse Power (hp) | 650 | 525 | 367 | N/A | 218 | 585 |
| Capacity of Battery (kWh) | 70 | 75 | 17.3 | 48 | 48 | N/A |
| Acceleration time from 0 to 100km/h (s) | 4.4 | 5.2 | 5.9 | 7.8 | 8.9 | 4.6 |
| Maximum Torque (N.m) | 840 | 660 | 700 | 255 | 310 | 760 |
| Maximum Power (kw) | 480 | 386 | 270 | 85 | 160 | 430 |
| NEDC Driving Range (km) | 355 | 406 | 56 | 320 | 300 | N/A |
| Electricity Consumption (kWh/km) | 0.20 | 0.22 | 0.31 | 0.18 | 0.19 | N/A |
| Battery Swap Service | Yes | No | No | No | No | No |
| Autonomous Driving | Level 2+ | Level 2+ | Level 2 | Level 1 | Level 1 | Level 2 |

Source: Frost & Sullivan, Morgan Stanley Research, data as of August 2018.

**Competitive pricing due to local manufacturing:** Compared with its foreign competitors, ES8 has a significant price advantage due to local manufacturing subsidies and absence of customs duties and purchasing taxes. In addition, as a local NEV manufacturer, NIO also benefits from ample manufacturing capacity, faster launch time, better understanding of Chinese consumers, and low-interest government loans.

11

SABRY-0000221

**Morgan Stanley** | RESEARCH

**FOUNDATION**

**Exhibit 21:** Price - Comparing ES8 with Foreign Competitors

| Costs (RMB) | NIO ES8 | Tesla Model X75D | Audi Q7 45 e-tron | Mercedes-Benz AMG GLS 63 |
|---|---|---|---|---|
| Ex-Factory Price | 386,207 | 594,150 | 655,922 | 732,192 |
| Customs Duty | - | 237,660 | 98,388 | 292,877 |
| Consumption Tax | - | - | - | 683,379 |
| VAT | 61,793 | 133,090 | 120,690 | 273,352 |
| MSRP | 448,000 | 964,900 | 875,000 | 1,981,800 |
| Purchasing Tax | - | 83,181 | - | 170,845 |
| Vehicle and Vessel Use Tax | - | - | - | 4,245 |
| Plate Fee | - | - | - | 500 |
| PRC National and Local Subsidies | (74,067) | - | - | - |
| **Total Consumer Cost** | **373,933** | **1,048,081** | **875,000** | **2,157,390** |

Source: Frost & Sullivan, Morgan Stanley Research, date as of August 2018.

## D) NIO's distinctive sales model may achieve better cost-efficiency in marketing compared with traditional OEMs

**The "user community" business model can help to increase customer stickiness:** For a new brand, the most challenging task is to accumulate a number of users within a short period. NIO introduced NIO Houses and a mobile application to create an online and offline integrated community to retain user engagement and cultivate loyalty to NIO's brand.

**Direct sales can achieve higher cost efficiency than traditional franchise model:** Inspired by the success of China's online shopping, NIO directly sells its vehicles through the NIO mobile application. Besides the simplified purchasing process and saving in sales expenses, the mobile app also provides real-time information on demand. That can help NIO to plan its production schedule more efficiently and minimize the inventory. By lowering the number of physical locations and cutting out franchised distribution costs, NIO can achieve further cost efficiency. Therefore, the start-up can expand its sales network more effectively and efficiently in China within a short period.

12

SABRY-0000222

**Morgan Stanley** | RESEARCH

FOUNDATION

**Exhibit 22:** NIO's Sales Strategy



Source: Company data

## E) Comprehensive charging solutions

**Rapid improvement in charging infrastructure in China:** The Chinese government has targeted constructing over 12,000 charging stations and over 4.8mn charging piles by 2020. The total number of charging piles in China is projected by the National Energy Administration to reach ~5.0mn units by 2022, a CAGR of 62.6% from 2017, and the number of public charging piles is expected to reach 2.1mn by 2022. NIO has signed a strategic agreement with China Southern Grid to synchronize the public chargers installed by Southern Grid to NIO cloud for users to access. In addition, NIO installs its award-winning private charging pile for buyers of its vehicles.

13

SABRY-0000223

**Morgan Stanley** | **RESEARCH**

**FOUNDATION**

**Exhibit 23:** Total Number of Charging Piles in China (2013-2022E)



Source: Frost & Sullivan, Morgan Stanley Research, E = Frost & Sullivan Estimates

**Comprehensive charging solutions:** NIO also provides other charging solutions for its customers, who can easily access them through the mobile phone app. Those charging solutions include battery swap stations, charging trucks and a 24-hour on-demand pick-up and drop-off service. We believe the comprehensive charging solutions can improve user experience and diminish potential buyers' concerns about the inconvenience of using BEVs, therefore boosting sales.

**Exhibit 24:** Comprehensive charging solutions



Source: Company data

14

SABRY-0000224

**Morgan Stanley** | RESEARCH

FOUNDATION

# Investment Concerns

## A) Limited production experience and heavy reliance on partnerships and outsourcing

**NIO's production is heavily reliant on outsourcing:** For the ES8, over 1,700 purchased parts are sourced from over 160 suppliers. According to the company, many suppliers are single source suppliers. Therefore, the control in the supply chain is weak. The quality, quantity and pricing may fluctuate due to many uncertainties, which could affect the production capacity and/or quality of NIO's vehicles.

**NIO agreed to compensate JAC for operating losses:** Although NIO-JAC's plant has annual capacity of 120,000 units, the production so far is far behind the company's expectation. Only ~1,300 units in total had been produced from May to July. NIO has agreed to pay a total of Rmb100mn to JAC, including Rmb65mn as compensation for losses in 2Q2018 and Rmb35mn as a prepayment and for potential losses in 3Q2018. This compensation agreement will significantly affect NIO's already tight cash flow.

**NIO's own factory may not start production on schedule:** NIO expects its own manufacturing facility in Shanghai to be ready by the end of 2020. However, it is possible that construction could be delayed and costs may exceed expectations. Furthermore, the Chinese government has broad and strict supervision and regulations about NEV manufacturing approval. Therefore, success in obtaining an EV manufacturing license is not guaranteed.

**Exhibit 25:** NIO has limited production experience and is heavily reliant on partnerships and outsourcing



Source: Company data, Morgan Stanley Research

## B) China's automotive market is highly competitive

15

SABRY-0000225

**Morgan Stanley** | RESEARCH

FOUNDATION

**Traditional OEMs have significant competitive advantages:** We expect the premium EV segment to become more competitive in the future since more traditional OEMs are aiming at this segment and will launch more models in 2019. Traditional OEMs have significantly greater financial, technical, manufacturing, marketing and other resources. Unlike other traditional premium OEMs who have already built up their reputation and recognition in the market, as a new brand in the market, NIO's business and prospects depend significantly on its ability to build the "NIO" brand. We expect the increase in marketing spending will dilute NIO's profit margin.

**Lack of product variety may negatively affect profitability:** Currently NIO depends on revenue generated from a single model. The launch of future models largely depends on the success of its early model. Together with the shortage in production capacity, NIO may not have enough market exposure and may not be able to benefit from economies of scale, thus its profitability could be adversely impacted.

**Unproven distribution model:** NIO adopts a direct-sales strategy for the purpose of maintaining cost-efficiency while expanding its market network in China within a short period. However, this innovative sales model for PVs is unproven. Customers are used to visiting franchise stores and making a purchasing decision with the assistance of a sales person. In addition, to minimize its inventory cost, NIO's vehicles are built-to-order (BTO). Current reserved customers are expected to wait 6-9 months for delivery. The long waiting time could affect the purchasing decision, cause potential customers to seek alternatives, and weaken NIO's sales.

**Exhibit 26:** BEV Market Share in China (2017)



Source: Frost & Sullivan, Morgan Stanley Research

**Exhibit 27:** Number of Luxury Dealership Stores by City Tier (September 2017)



Source: AlohaWise, Morgan Stanley Research

## C) Potential risks due to policy changes

**Policy risk from declining NEV subsidy:** The Chinese government has announced a phase-out schedule for the subsidies provided to purchasers of certain NEVs. The subsidies provided to purchasers of certain new energy vehicles in 2019 and 2020 will be reduced by 20% compared with 2017 levels. Any reduction in national subsidies will also lower the maximum local subsidies that can be provided. The decline in subsidy could hurt NIO's future sales and pricing power.

**Policy risk on foreign entrants:** China's tariff on imported PVs was reduced to 15% on

SABRY-0000226

# Morgan Stanley | RESEARCH

## FOUNDATION

July 1, 2018 (those originating from the United States are subject to an additional 25% tax), lowering the entry barrier of foreign players and undermining NIO's pricing advantage. Furthermore, the lifting of the limitation on foreign ownership of OEMs by 2022 for ICE and in 2018 for EVs has facilitated NIO's competitors, such as Tesla, to operate wholly-owned entities in China without the need for a domestic partner. Both policies would bring a higher risk of competition from foreign players.

## D) Financial concern

With heavy spending in R&D and SG&A, we estimate NIO will generate losses through 2020, and only achieve positive profit in 2021. That, plus the continuous high capital expenditure, results in even higher negative free cash flow. We expect NIO's free cash flow to be negative Rmb12.4bn in 2018, versus US$1bn it raised through the IPO. While we are positive on NIO's long-term future, we do note the risk from a changing market environment before NIO breaks even in 2021, on our estimates.



**Exhibit 28:** NIO: Profit after tax estimates

PAT (Rmb m)

Source: Company Data, Morgan Stanley Research (E) estimates



**Exhibit 29:** NIO: Free cash flow estimates

FCF (Rmb m)

Source: Company Data, Morgan Stanley Research (E) estimates

17

SABRY-0000227

**Morgan Stanley** | RESEARCH



# Earnings Forecasts and Assumptions

## Revenue

We expect NIO to achieve Rmb3,319m revenue in 2018, backed by sales of 7,785 units of the ES8. We expect revenue to grow at 343% and 149% in 2019 and 2020, fueled by 360% and 143% sales volume growth. With the launch of the ES6 in 2019 and the ET7 in 2020, we expect a contribution of 33% / 53% / 13% from the ES8 / ES6 / ET7 in terms of sales volume, and 36% / 51% / 13% in terms of vehicle volume for 2020. We expect the revenue contribution from services to remain small in 2018-20, and to account for 4% of the revenue in 2020. Beyond 2020, we expect revenue growth to slow from 67% in 2021 to single digits in 2030.

## Gross Margin

We expect a -3% gross margin for vehicle sales business for 2018, improving to 13% in 2019 and 21% in 2020 and then stabilizing at around 23%-25% in the long term. For the services business, we expect a negative gross margin through 2021, and a positive gross margin from 2022, which stabilizes at around 6% in the long term. Overall, the gross profit contribution from services business is small at 5% in the long term.

## Operating Expenses & Tax

We expect large R&D expenses in 2018-20, accounting for 157% / 33% / 10% of revenue. Similarly, we expect SG&A costs to be high at 119% / 31% / 14% of revenue. R&D and SG&A stabilize at around 6% and 8% of sales in the long term.

As NIO is still in loss in 2018-20 on our estimates, we expect minimal income tax for the period. We expect the long-term effective tax rate to be 15%.

## Net Income

As a result, our earnings forecast for 2018-20 is net losses of Rmb9,500m / Rmb8,183m and Rmb2,392m. With strong sales growth and normalized expenses, we expect NIO to achieve positive earnings from 2021 on.

SABRY-0000228

Morgan Stanley | RESEARCH

FOUNDATION

**Exhibit 30:** NIO: Summary of key assumptions

| | 2018E | 2019E | 2020E |
|---|---|---|---|
| **Sales Volume (units)** | | | |
| ES8 | 7,785 | 17,600 | 29,000 |
| ES6 | | 18,210 | 46,187 |
| ET7 | - | - | 11,700 |
| **Total** | **7,785** | **35,810** | **86,887** |
| | | | |
| **Revenue (Rmb m)** | | | |
| ES8 | 3,584 | 7,714 | 12,711 |
| ES6 | | 7,078 | 18,272 |
| ET7 | - | - | 4,587 |
| Service and others | 63 | 499 | 1,536 |
| Changes in deferred revenue | (327) | (602) | (470) |
| **Total** | **3,319** | **14,689** | **36,635** |
| | | | |
| **Gross Margin** | | | |
| Vehicle | 3% | 18% | 21% |
| Service and others | -365% | 67% | -16% |
| **Total** | **-10%** | **10%** | **19%** |
| | | | |
| **Gross Profit (Rmb m)** | | | |
| Vehicle | (94) | 1,778 | 7,231 |
| Service and others | (229) | (336) | (245) |
| **Total** | **(323)** | **1,442** | **6,986** |
| | | | |
| R&D Expenses (Rmb m) | (5,204) | (4,792) | (3,693) |
| SG&A Expenses (Rmb m) | (3,965) | (4,601) | (5,299) |
| **Net profit (Rmb m)** | **(9,500)** | **(8,183)** | **(2,392)** |

Source: Morgan Stanley Research (E) estimates

19

SABRY-0000229

**Morgan Stanley** | RESEARCH

FOUNDATION

# Valuation

To capture NIO's long term growth prospects, we have used a discounted cash flow (DCF) model as our primary valuation methodology.

Given the uncertainty of NIO's future business, we apply a 1.85 beta, higher than its OEM peers. As with its peers, we apply a 6.5% equity risk premium for China, a 3.3% risk-free rate, and a 8.9% post-tax cost of debt. We apply 20% target gearing, in line with its peers, considering the similar business nature when the company matures. As a result, we derive a WACC of 14.0%, which we believe fairly reflects its higher risk compared to peers. We assume a terminal growth rate of 1%.

Our DCF-derived base case PT is US$8.5

**Exhibit 31:** NIO WACC vs. peers

| Company | Ticker | CoE | CoD | Risk free rate | HK Risk Premium | China Risk Premium | Gearing ratio | Terminal growth | WACC |
|---------|--------|-----|-----|----------------|-----------------|--------------------|---------------|-----------------|------|
| NIO | NIO.N | 15.3 | 8.9 | 3.3 | 4.5 | 2 | 20 | 1.0% | 14.0 |
| BAIC | 1958.HK | 12 | 8.9 | 3.3 | 4.5 | 2 | 20 | 2.0% | 11.4 |
| Brilliance | 1114.HK | 11.9 | 8.9 | 3.3 | 4.5 | 2 | 20 | 3.0% | 11.3 |
| BYD | 1211.HK | 9.8 | 8.1 | 3.3 | 4.5 | 2 | 65 | 3.5% | 8.7 |
| FAW | 000800.SZ | 13.1 | 8.9 | 3.3 | 4.5 | 2 | 25 | 1.0% | 12.0 |
| Dongfeng | 0489.HK | 13.1 | 4.5 | 3.3 | 4.5 | 2 | 30 | 4.0% | 10.5 |
| Geely | 175.HK | 13.7 | 8.9 | 3.3 | 4.5 | 2 | 20 | 2.0% | 12.7 |
| GAC | 2238.HK | 12.1 | 8.9 | 3.3 | 4.5 | 2 | 20 | 1.0% | 11.4 |
| JAC | 600481.SH | 13.8 | 10.6 | 3.3 | 4.5 | 2 | 20 | 1.0% | 13.2 |
| GWM | 2333.HK | 10.8 | 8.9 | 3.3 | 4.5 | 2 | 20 | 3.0% | 10.4 |
| SAIC | 600104.SS | 11.1 | 8.9 | 3.3 | 4.5 | 2 | 30 | 2.0% | 10.4 |
| JMC | 000550.SZ | 13.1 | 8.9 | 3.3 | 4.5 | 2 | 10 | 0.5% | 12.6 |
| Tesla | TSLA.O | | | | | | | | 13.0 |
| BMW | BMWG.DE | | | | | | | | 10.0 |
| Daimler | DAIGn.DE | | | | | | | | 9.0 |

| | | |
|---|---|---|
| Average | 2.0% | 11 |
| Min | 0.5% | 9 |
| Max | 4.0% | 14 |

Source: Company Data, Morgan Stanley Research

**Exhibit 32:** NIO: DCF Valuation

| (Rmb m) | FY 2016 | FY 2017 | FY 2018E | FY 2019E | FY 2020E | FY 2021E | FY 2022E | FY 2023E | FY 2024E | FY 2025E | FY 2026E | FY 2027E | FY 2028E | FY 2029E | FY 2030E |
|---------|---------|---------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|
| EBITDA | (2,596) | (4,766) | (9,082) | (6,931) | (229) | 8,501 | 10,463 | 13,296 | 14,630 | 16,265 | 17,915 | 19,280 | 20,513 | 22,356 | 23,874 |
| D&A | -46 | 168 | 410 | 1,019 | 1,778 | 2,506 | 3,069 | 3,271 | 4,245 | 5,302 | 6,447 | 7,676 | 8,991 | 10,396 | 11,371 |
| EBIT | (2,603) | (4,954) | (9,492) | (7,950) | (2,007) | 3,995 | 7,404 | 10,025 | 10,385 | 10,963 | 11,468 | 11,604 | 11,522 | 11,960 | 12,502 |
| Other income/expenses | 34 | (60) | (62) | (279) | (399) | (291) | (155) | (121) | (82) | (63) | (32) | 1 | 36 | 73 | 112 |
| Pretax income | (2,569) | (5,013) | (9,554) | (8,230) | (2,406) | 3,705 | 7,249 | 9,903 | 10,293 | 10,900 | 11,436 | 11,605 | 11,558 | 12,032 | 12,614 |
| Income Taxes | (4) | (8) | (15) | (13) | (4) | (6) | (11) | (16) | (16) | (1,635) | (1,715) | (1,741) | (1,734) | (1,805) | (1,892) |
| Net Income | (2,573) | (5,021) | (9,569) | (8,243) | (2,410) | 3,699 | 7,238 | 9,888 | 10,277 | 9,265 | 9,720 | 9,864 | 9,824 | 10,227 | 10,722 |
| Plus: | | | | | | | | | | | | | | | |
| After-tax Interest Expense (Income) | (28) | (1) | 1 | 219 | 339 | 230 | 94 | 61 | 32 | 2 | (24) | (52) | (82) | (113) | (147) |
| Depreciation of PP&E | 46 | 168 | 410 | 1,019 | 1,778 | 2,506 | 3,069 | 3,271 | 4,245 | 5,302 | 6,447 | 7,676 | 8,991 | 10,396 | 11,371 |
| Minus: | | | | | | | | | | | | | | | |
| Change in Working Capital | 210 | 494 | (701) | (1,850) | (1,965) | (2,400) | (2,644) | (2,291) | (224) | 601 | 975 | 1,615 | 2,184 | 2,962 | 3,879 |
| Capital Expenditures | 664 | 1,114 | 3,981 | 3,728 | 4,184 | 3,897 | 3,231 | 2,506 | 4,888 | 5,288 | 5,725 | 6,143 | 6,576 | 7,027 | 7,499 |
| Unlevered Free Cash Flow | (3,419) | (6,462) | (12,437) | (9,083) | (2,512) | 4,936 | 10,004 | 13,004 | 9,909 | 8,861 | 9,440 | 9,729 | 9,973 | 10,522 | 10,569 |

| | |
|---|---|
| Terminal growth | 1.0% |
| WACC | 14.0% |
| PV of Cash Flow | 43,434 |
| PV of Terminal Value | 20,639 |
| Enterprise Value | 64,073 |
| - Minorities | 11 |
| - Net Debt | 7,949 |
| Equity Value | 56,113 |
| NOSH (m) | 1,026 |
| Equity Value/share (Rmb) | 55 |
| FX (USD/RMB) | 6.4 |
| Equity Value/share (USD) | 8.5 |

Source: Company Data, Morgan Stanley Research (E) estimates

20

SABRY-0000230



FOUNDATION

**Exhibit 33:** NIO: Unlevered FCF through 2030



Source: Company Data, Morgan Stanley Research (E) estimates.

SABRY-0000231

**Morgan Stanley** | RESEARCH

FOUNDATION

# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared or are disseminated by Morgan Stanley Asia Limited (which accepts the responsibility for its contents) and/or Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research), and/or Morgan Stanley Taiwan Limited and/or Morgan Stanley & Co International plc, Seoul Branch, and/or Morgan Stanley Australia Limited (A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents), and/or Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents), and/or Morgan Stanley India Company Private Limited, regulated by the Securities and Exchange Board of India ("SEBI") and holder of licenses as a Research Analyst (SEBI Registration No. INH000001105); Stock Broker (BSE Registration No. INB011054237 and NSE Registration No. INB/INF231054231), Merchant Banker (SEBI Registration No. INM000011203), and depository participant with National Securities Depository Limited (SEBI Registration No. IN-DP-NSDL-372-2014) which accepts the responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research, and/or PT. Morgan Stanley Sekuritas Indonesia and their affiliates (collectively, "Morgan Stanley").

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Tim Hsiao; Vennie Kang; Frank Wan; Eddy Wang, CFA; Jack Yeung.

Unless otherwise stated, the individuals listed on the cover page of this report are research analysts.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies.

## Important US Regulatory Disclosures on Subject Companies

As of September 28, 2018, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: Minth Group Limited, **Nio Inc.**, Zhejiang Sanhua Intelligent Controls.

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of Cango Inc., China Yongda Automobiles Services, China Zhengtong Auto Services, **Nio Inc.**, Uxin Limited.

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Cango Inc., China Zhengtong Auto Services, **Nio Inc.**, Uxin Limited.

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from BAIC Motor, BYD Company Limited, Cango Inc., Dongfeng Motor Group, Fuyao Glass Industry Group, Geely Automobile Holdings, Great Wall Motor Company Limited, Guangzhou Automobile Group, Huayu Automotive, Minth Group Limited, Nexteer Automotive Group, **Nio Inc.**, SAIC Motor Corp. Ltd., Uxin Limited, Zhongsheng Group Holdings.

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Baoxin Auto Group, BYD Company Limited, China Zhengtong Auto Services, Geely Automobile Holdings, Zhongsheng Group Holdings.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: BAIC Motor, BYD Company Limited, Cango Inc., China Yongda Automobiles Services, China Zhengtong Auto Services, Dongfeng Motor Group, Fuyao Glass Industry Group, Geely Automobile Holdings, Great Wall Motor Company Limited, Guangzhou Automobile Group, Huayu Automotive, Minth Group Limited, Nexteer Automotive Group, **Nio Inc.**, SAIC Motor Corp. Ltd., Uxin Limited, Zhongsheng Group Holdings.

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: Baoxin Auto Group, BYD Company Limited, CAR Inc, China Zhengtong Auto Services, Geely Automobile Holdings, Zhongsheng Group Holdings.

Morgan Stanley & Co. LLC makes a market in the securities of Uxin Limited.

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

### Global Stock Ratings Distribution

(as of September 30, 2018)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm.

For disclosure purposes only (in accordance with NASD and NYSE requirements), we include the category headings of Buy, Hold, and Sell alongside our

22

SABRY-0000232

# Morgan Stanley | RESEARCH

FOUNDATION

ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| Overweight/Buy | 1178 | 37% | 308 | 42% | 26% | 562 | 40% |
| Equal-weight/Hold | 1378 | 44% | 343 | 46% | 25% | 625 | 44% |
| Not-Rated/Hold | 49 | 2% | 5 | 1% | 10% | 7 | 0% |
| Underweight/Sell | 554 | 18% | 83 | 11% | 15% | 224 | 16% |
| TOTAL | 3,159 | | 739 | | | 1418 | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Important Disclosures for Morgan Stanley Smith Barney LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.

Each Morgan Stanley Equity Research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC. This review and approval is conducted by the same person who reviews the Equity Research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of Zhongsheng Group Holdings.

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions. Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan

SABRY-0000233

Morgan Stanley | RESEARCH                                                                    FOUNDATION

Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important US Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Certain information in Morgan Stanley Research was sourced by employees of the Shanghai Representative Office of Morgan Stanley Asia Limited for the use of Morgan Stanley Asia Limited.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A.; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Asia International Limited, Hong Kong Branch; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Asia International Limited, Singapore Branch (Registration number T11FC0207F); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Indonesia by PT. Morgan Stanley Sekuritas Indonesia; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany by Morgan Stanley Bank AG, Frankfurt am Main and Morgan Stanley Private Wealth Management Limited, Niederlassung Deutschland, regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin); in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that Morgan Stanley Research has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and regulated by the Financial Services Board in South Africa. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

Morgan Stanley Hong Kong Securities Limited is the liquidity provider/market maker for securities of Great Wall Motor Company Limited listed on the Stock

SABRY-0000234

# Morgan Stanley | RESEARCH

FOUNDATION

Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk.
The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.
The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.
As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.
The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.
Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

### INDUSTRY COVERAGE: China Autos & Auto Parts

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (09/28/2018) |
|---|---|---|
| **Eddy Wang, CFA** | | |
| Baoxin Auto Group (1293.HK) | E (07/30/2018) | HK$2.31 |
| Cango Inc. (CANG.N) | O (08/20/2018) | US$11.06 |
| CAR Inc (0699.HK) | E (03/29/2018) | HK$6.15 |
| China Yongda Automobiles Services (3669.HK) | O (02/07/2017) | HK$6.81 |
| China Zhengtong Auto Services (1728.HK) | O (10/08/2015) | HK$5.11 |
| Uxin Limited (UXIN.O) | O (07/23/2018) | US$6.50 |
| Zhengzhou Yutong Bus Co (600066.SS) | O (04/05/2016) | Rmb14.67 |
| Zhongsheng Group Holdings (0881.HK) | O (08/03/2017) | HK$17.46 |
| **Jack Yeung** | | |
| Anhui Jianghuai Automobile (600418.SS) | U (10/28/2015) | Rmb5.22 |
| BAIC Motor (1958.HK) | O (01/08/2018) | HK$5.96 |
| Brilliance China Automotive (1114.HK) | O (10/22/2013) | HK$11.00 |
| BYD Company Limited (002594.SZ) | U (11/25/2015) | Rmb49.10 |
| BYD Company Limited (1211.HK) | U (05/24/2018) | HK$52.10 |
| Chongqing Changan Automobile (000625.SZ) | E (12/01/2016) | Rmb7.28 |
| Chongqing Changan Automobile (200625.SZ) | O (11/28/2013) | HK$6.32 |
| Dongfeng Motor Group (0489.HK) | O (05/30/2014) | HK$8.14 |
| FAW Car Company Limited (000800.SZ) | U (07/11/2015) | Rmb6.59 |
| Geely Automobile Holdings (0175.HK) | U (09/17/2018) | HK$14.38 |
| Great Wall Motor Company Limited (601633.SS) | E (07/06/2017) | Rmb7.87 |
| Great Wall Motor Company Limited (2333.HK) | O (07/06/2017) | HK$4.73 |
| Guangzhou Automobile Group (601238.SS) | E (09/14/2018) | Rmb11.05 |
| Guangzhou Automobile Group (2238.HK) | O (09/14/2018) | HK$7.64 |
| Jiangling Motors Company (000550.SZ) | U (12/01/2016) | Rmb11.37 |
| Jiangling Motors Company (200550.SZ) | U (12/01/2016) | HK$8.26 |
| Nio Inc. (NIO.N) | O (10/07/2018) | US$6.26 |
| SAIC Motor Corp. Ltd. (600104.SS) | E (08/23/2018) | Rmb33.28 |
| **Tim Hsiao** | | |
| Changzhou Xingyu Automotive Lighting Sys (601799.SS) | O (09/13/2018) | Rmb52.36 |
| Fuyao Glass Industry Group (600660.SS) | E (12/01/2016) | Rmb25.45 |
| Fuyao Glass Industry Group (3606.HK) | E (12/01/2016) | HK$28.15 |
| Huayu Automotive (600741.SS) | O (07/11/2015) | Rmb22.50 |
| Minth Group Limited (0425.HK) | O (08/24/2015) | HK$29.25 |
| NavInfo Co Ltd (002405.SZ) | E (09/13/2018) | Rmb18.35 |
| Nexteer Automotive Group (1316.HK) | E (01/15/2018) | HK$11.76 |
| Zhejiang Sanhua Intelligent Controls (002050.SZ) | E (09/13/2018) | Rmb13.32 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2018 Morgan Stanley

SABRY-0000235