# EXHIBIT 29

Case 1:19-cv-01424-NGG-JRC    Document 122-30    Filed 12/23/22    Page 1 of 60 PageID #: 4102


**CREDIT SUISSE**

22 October 2018
Asia Pacific/China
**Equity Research**
Automobile Manufacturers

# Nio Inc (NIO.N / NIO US)

INITIATION

## The next generation car company

| Rating | **OUTPERFORM** |
|---|---|
| Price (19-Oct-18, US$) | 7.32 |
| Target price (US$) | 12.60 |
| Upside/downside (%) | 72.1 |
| Mkt cap (US$mn) | 7,510 |
| Enterprise value (Rmb mn) | 48,670 |
| Number of shares (mn) | 1,026 |
| Free float (%) | 15.6 |
| 52-wk price range (US$) | 11.60-5.93 |
| ADTO-6M (US$ mn) | 46.7 |

Target price is for 12 months.

[V] = Stock Considered Volatile (see Disclosure Appendix)

**Research Analysts**

**Bin Wang**
852 2101 6702
bin.wang@credit-suisse.com

**Nick Li**
852 2101 6704
nick.li.3@credit-suisse.com

**Carrie Jiang**
852 2101 6723
carrie.jiang@credit-suisse.com

- **Initiating with OUTPERFORM and TP of US$12.6 implying 72% upside.** NIO is a premium smart electric vehicle (EV) maker in China, which enjoys a well-established premium branding, leadership in smart EV technology, and provides car owners a differentiated experience. Starting at Rmb4.75 bn in 2018, we estimate NIO's revenue will grow at 192% CAGR to Rmb41 bn at 2020. Due to small initial volumes (10k/45k/100k units in 2018/19/20E), we assume NIO will have losses in 2018-20E, with Rmb29.6 bn total negative FCF. We estimate NIO's total per unit cost to decline from Rmb1,445k in 2018 to Rmb381k in 2021, when the company achieves 165k units volume and first year breakeven.

- **Premium new energy vehicles to enjoy immediate exponential growth ahead—54% CAGR in 2018-30E.** Key drivers are Chinese citizens' rising income and upgraded replacement demand, notably unserved demand due to car plate restrictions, improving charging infrastructure, strong regulatory push like "NEV credit" regime, falling battery price and ownership cost.

- **NIO is a pioneer in China's premium electric vehicle market with well-established branding, technology leadership and redefined car owners' experience.** Via sponsor participation in "Formula E" racing, introduction of "EP9" (fastest all-electric car), and the "NIO house" network (an exclusive high-end living space, beyond new car sales), NIO successfully established its premium brand image. NIO's first mass-produced product—ES8 seven-seater SUV—offers 4.4 seconds 0 to100 km/h acceleration, enhanced level 2+ autonomous driving and "NOMI" (an artificial intelligence assistant).

- **Valuation and risks.** Our DCF-based target price of US$12.6 implies 4.8x/ 2.2x 2019/2020E P/S, which is higher than the global premium of auto peers. As an early-stage, growing company, NIO's growth profile can't be fully exhibited in the next several years via near-term multiples. Key risks are: (1) execution risk on near-term milestones, such as deliver vehicles on time; (2) failure to build a premium brand due to service or product quality issues.

### Share price performance

Price (LHS) — Rebased Rel (RHS)

The price relative chart measures performance against the S&P 500 INDEX which closed at 2,767.78 on 19/10/18. On 19/10/18 the spot exchange rate was US$1/US$1

| Performance | 1M | 3M | 12M |
|---|---|---|---|
| Absolute (%) | (13.9) | | |
| Relative (%) | (9.1) | | |

### Financial and valuation metrics

| Year | 12/17A | 12/18E | 12/19E | 12/20E |
|---|---|---|---|---|
| Revenue (Rmb mn) | 0.0 | 4,752.1 | 18,686.2 | 40,655.1 |
| EBITDA (Rmb mn) | (4,785.7) | (9,227.0) | (6,845.7) | (881.0) |
| EBIT (Rmb mn) | (4,953.6) | (9,677.7) | (8,077.4) | (2,651.1) |
| Net profit (Rmb mn) | (4,984.7) | (9,454.2) | (8,003.8) | (3,148.6) |
| EPS (CS adj.) (Rmb) | (228.64) | (26.03) | (7.8) | (3.07) |
| Chg. from prev. EPS (%) | n.a. | - | - | - |
| Consensus EPS (Rmb) | n.a. | (10.32) | (7.28) | (2.4) |
| EPS growth (%) | n.m. | n.m. | n.m. | n.m. |
| P/E (x) | n.m. | n.m. | n.m. | n.m. |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| EV/EBITDA (x) | n.m. | n.m. | n.m. | n.m. |
| P/B (x) | n.m. | 2.74 | n.m. | n.m. |
| ROE (%) | n.m. | n.m. | (294.6) | n.m. |
| Net debt/equity (%) | (84.9) | (38.0) | n.m. | n.m. |

Source: Company data, Thomson Reuters, Credit Suisse estimates

**DISCLOSURE APPENDIX AT THE BACK OF THIS REPORT CONTAINS IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS, LEGAL ENTITY DISCLOSURE AND THE STATUS OF NON-US ANALYSTS.** US Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.



22 October 2018

# Focus charts and table

**Figure 1: Tesla market cap transformed historically along with sales volume growth**



Source: Company data, the BLOOMBERG PROFESSIONAL™ service

**Figure 2: NIO monthly production and delivery**



Source: Company data, Thinkercar

**Figure 3: NIO sales volume outlook by model**



Source: Company data, Credit Suisse estimates

**Figure 4: China NEV market brand pyramid**



Source: Company

**Figure 5: China premium NEV PV  sales outlook**



Source: Thinkercar, Credit Suisse estimates

Nio Inc (NIO.N / NIO US)

2

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000094



22 October 2018

# The next generation car company

## Initiate on NIO with OUTPERFORM & TP of US$12.6

NIO is a premium smart electric vehicle (EV) maker in China, which enjoys a well-established premium branding, leadership in smart connected EV technology and provides car owners a differentiated experience.

## Premium NEV market: Exponential growth ahead

**We forecast China's premium NEV PV sales volume to enjoy a 54% CAGR in 2018-30E**

We forecast China's premium NEV PV sales volume to enjoy a 54% CAGR in 2018-30E. Key drivers are Chinese citizens' rising income and upgraded replacement demand, notably unserved demand due to car plate restrictions, improving charging infrastructure, strong regulatory push like "NEV credit" regime, falling battery price and ownership cost.

## NIO enjoys strong branding, technology leadership amid under-explored smart premium NEV market

**NIO enjoys well-established branding, technology leadership, and redefined car owners' experience**

NIO enjoys well-established branding, technology leadership, and has redefined car owners' experience. **(1) A premium brand:** Via sponsor participation in "Formula E" racing, introduction of "EP9" (the fastest production electric car in the world), hosting the "NIO Day" event (an annual carnival), and establishing the "NIO house" network (an exclusive high-end living space, which goes beyond new car sales distribution). **(2) Smart connected NEV leader:** NIO's first mass-produced product, ES8 seven-seater SUV, offers an all-aluminium body and chassis and five-star safety. Thanks to NIO's intelligent E-propulsion system, ES8 can accelerate from 0 to100 km/hr in 4.4 seconds, and provides enhanced level 2+ autonomous driving as well as "NOMI" (an artificial intelligence assistant with deep learning). **(3) Redefined car owners' experience:** NIO provides a comprehensive, convenient and innovative suite of EV charging solutions. These include "Power Home" (home charging solution), "Power Swap" (innovative battery swapping service), "Power Mobile" (mobile charging service through charging trucks), and "Power Express" (24-hour on-demand pick-up and drop-off charging service). Meanwhile, NIO also provides other user-centric services, including car insurance, repair and maintenance, roadside assistance, as well as an enhanced connected-vehicle related data package. NIO chooses high traffic retail spaces—tier1/tier 2 cities' central business districts—to establish "NIO-house", an exclusive space for NIO users and their friends.

## NIO's growth profile and financial forecast

**We estimate NIO's revenue to grow at a CAGR of 192% to Rmb41 bn in 2020**

Starting at Rmb4.75 bn in 2018, we estimates NIO's revenue will grow at a CAGR of 192% to Rmb41 bn in 2020. Due to relatively smaller volume initially, we assume NIO to stay loss-making in 2018-20E with negative free cash flow—Rmb29.6 bn total negative FCF in these three years. Starting at a volume of 10k units in 2018, we forecast NIO will deliver 45k/100k units in 2019/2020E. We estimate NIO's total per unit cost (COGS+SG&A+R&D) to reduce from Rmb1,445k in 2018 to Rmb381k in 2021, when the company achieves 165k volume and first-year breakeven.

## Valuation and risks

**Our DCF-based target price of US$12.6 implies 4.8x/2.2x 2019/2020E P/S, which is higher than global premium auto peers**

Our DCF-based target price of US$12.6 implies 4.8x/2.2x 2019/2020E P/S, which is higher than global premium auto peers. We think the DCF approach is the most appropriate method for valuing an early-stage, growing company like NIO. In other words, NIO's earnings power cannot be fully exhibited in the next several years via near-term multiples. Key risks are: (1) execution risk on near-term milestones, such as delivering vehicles on time, and (2) failure to build a premium brand due to service or product quality issues.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000095

 **CREDIT SUISSE**

22 October 2018

# Nio Inc (NIO.N / NIO US)

Price (19 Oct 2018): US$7.32; Rating: **OUTPERFORM**; Target Price: US$12.60; Analyst: **Bin Wang**

| Income Statement (Rmb mn) | 12/17A | 12/18E | 12/19E | 12/20E |
|---|---|---|---|---|
| Sales revenue | 0 | 4,752 | 18,686 | 40,655 |
| Cost of goods sold | 0 | 5,469 | 16,316 | 32,001 |
| EBITDA | (4,786) | (9,227) | (6,846) | (881) |
| EBIT | (4,954) | (9,678) | (8,077) | (2,651) |
| Net interest expense/(inc.) | (1) | (192) | (43) | 529 |
| Recurring PBT | (5,013) | (9,487) | (8,037) | (3,182) |
| Profit after tax | (5,021) | (9,487) | (8,037) | (3,182) |
| Reported net profit | (7,562) | (23,454) | (8,004) | (3,149) |
| Net profit (Credit Suisse) | (4,985) | (9,454) | (8,004) | (3,149) |

| Balance Sheet (Rmb mn) | 12/17A | 12/18E | 12/19E | 12/20E |
|---|---|---|---|---|
| Cash & cash equivalents | 7,517 | 4,256 | 4,116 | 4,339 |
| Current receivables | 0 | 13 | 51 | 111 |
| Inventories | 89 | 300 | 894 | 1,753 |
| Other current assets | 704 | 830 | 830 | 830 |
| Current assets | 8,310 | 5,399 | 5,891 | 7,034 |
| Property, plant & equip. | 1,911 | 6,205 | 10,343 | 14,490 |
| Investments | 47 | 45 | 43 | 41 |
| Intangibles | 4 | 457 | 758 | 1,018 |
| Other non-current assets | 195 | 195 | 195 | 195 |
| Total assets | 10,468 | 12,302 | 17,230 | 22,778 |
| Current liabilities | 1,619 | 4,095 | 7,989 | 11,777 |
| Total liabilities | 2,402 | 5,605 | 18,570 | 27,300 |
| Shareholders' equity | (11,603) | 6,719 | (1,285) | (4,434) |
| Minority interests | 11 | (22) | (55) | (88) |
| Total liabilities & equity | 10,468 | 12,302 | 17,230 | 22,778 |

| Cash Flow (Rmb mn) | 12/17A | 12/18E | 12/19E | 12/20E |
|---|---|---|---|---|
| EBIT | (4,954) | (9,678) | (8,077) | (2,651) |
| Net interest | 0 | 0 | 0 | 0 |
| Tax paid | 0 | 0 | 0 | 0 |
| Working capital | 131 | 1,815 | 993 | 1,633 |
| Other cash & non-cash items | 314 | 451 | 1,232 | 1,770 |
| Operating cash flow | (4,509) | (7,412) | (5,853) | 752 |
| Capex | (1,114) | (5,198) | (5,670) | (6,177) |
| Free cash flow to the firm | (5,623) | (12,610) | (11,522) | (5,425) |
| Investing cash flow | (1,200) | (4,972) | (5,542) | (6,053) |
| Equity raised | 0 | 6,900 | 0 | 0 |
| Dividends paid | 0 | 0 | 0 | 0 |
| Financing cash flow | 12,867 | 9,124 | 11,254 | 5,525 |
| Total cash flow | 7,158 | (3,260) | (140) | 223 |
| Adjustments | (168) | 0 | 0 | 0 |
| Net change in cash | 6,990 | (3,260) | (140) | 223 |

| Per share | 12/17A | 12/18E | 12/19E | 12/20E |
|---|---|---|---|---|
| Shares (wtd avg.) (mn) | 22 | 363 | 1,026 | 1,026 |
| EPS (Credit Suisse) (Rmb) | (228.64) | (26.03) | (7.80) | (3.07) |
| DPS (Rmb) | 0.00 | 0.00 | 0.00 | 0.00 |
| Operating CFPS (Rmb) | (206.82) | (20.41) | (5.70) | 0.73 |

| Earnings | 12/17A | 12/18E | 12/19E | 12/20E |
|---|---|---|---|---|
| Growth (%) | | | | |
| Sales revenue | | | 293.2 | 117.6 |
| EBIT | (90.3) | (95.4) | 16.5 | 67.2 |
| EPS | (50.5) | 88.6 | 70.0 | 60.7 |
| Margins (%) | | | | |
| EBITDA | () | (194.2) | (36.6) | (2.2) |
| EBIT | () | (203.6) | (43.2) | (6.5) |

| Valuation (x) | 12/17A | 12/18E | 12/19E | 12/20E |
|---|---|---|---|---|
| P/E | (0.2) | (1.9) | (6.5) | (16.5) |
| P/B | (0.10) | 2.74 | (40.50) | (11.74) |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| EV/sales | | 10.4 | 3.3 | 1.6 |
| EV/EBITDA | (9.4) | (5.4) | (8.9) | (76.0) |
| EV/EBIT | (9.1) | (5.1) | (7.6) | (25.3) |

| ROE analysis (%) | 12/17A | 12/18E | 12/19E | 12/20E |
|---|---|---|---|---|
| ROE | 64.3 | 387.1 | (294.6) | 110.1 |
| ROIC | (611.7) | (360.3) | (137.5) | (29.5) |

| Credit ratios | 12/17A | 12/18E | 12/19E | 12/20E |
|---|---|---|---|---|
| Net debt/equity (%) | (84.9) | (38.0) | (666.8) | (329.3) |
| Net debt/EBITDA (x) | n.m. | n.m. | n.m. | n.m. |

Source: Company data, Thomson Reuters, Credit Suisse estimates

## Company Background

NIO is an electric vehicle (EV) maker in China. It is a well-established premium brand, with a strong position in smart connected EV technology, and offers a differentiated experience for car owners.

### Blue/Grey Sky Scenario



**Our Blue Sky Scenario (US$)** — 20.00

Our blue sky valuation of US$20.0 assumes a 7% terminal growth rate. We have chosen a 13-year forecasted time horizon for our DCF which captures the full maturation of the ES8, ES6, ET7 and its fourth product. Our 2030 volume estimate of 555k units only implies an 8.3% share of the China luxury car market, which we believe can still grow over the subsequent years. Therefore, we see our 7% terminal growth rate as still being within the reasonable range.

**Our Grey Sky Scenario (US$)** — 5.00

Our grey sky valuation of US$5.0 assumes a conservative terminal growth rate of 1% due to rising competition, although we assume volume progress will be on an upward trend. This stems from our judgement on the higher competition in the premium NEV market, from new entrants (i.e. Byton, Faraday Future, Lucid, etc) and existing premium brands (Mercedes-Benz, BMW, Audi, Porsche, among others).

### Share price performance



The price relative chart measures performance against the S&P 500 INDEX which closed at 2,767.78 on 19-Oct-2018
On 19-Oct-2018 the spot exchange rate was US$1/US$1

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000096


CREDIT SUISSE

22 October 2018

# Table of contents

**Focus chart and table** — 2

**The next generation car company** — 3

Initiate on NIO with OUTPERFORM & TP of US$12.6 — 3

Premium NEV market: Exponential growth ahead — 3

NIO enjoys strong branding, technology leadership amid under-explored smart premium NEV market — 3

NIO's growth profile and financial forecast — 3

Valuation and risks — 3

**Initiate on NIO with OUTPERFORM and TP of US$12.6** — 6

**Premium NEV market: Exponential growth ahead** — 7

NEV: A strategically important sector with energy national security concerns — 7

Notable unserved demand due to car plate restrictions — 8

Improving infrastructure and strong regulatory push — 9

Declining battery price and NEV ownership cost — 9

Better acceleration and handling: more fun to drive — 10

Premium NEV: Immediate exponential growth ahead on low penetration and aggressive pricing — 10

**NIO enjoys strong branding, technology leadership amid under-explored smart premium NEV market** — 12

A premium brand — 12

Smart connected NEV leader domestically — 16

NIO: Redefines a car owners' experience — 22

**NIO's growth profile and financial forecast market** — 27

NIO's business model — 27

Financial forecast — 31

Volume forecast: 216% CAGR — 31

Vehicle revenue forecast: 190% CAGR — 32

Vehicle gross profit forecast: turn positive from 2019 — 33

**After-sales services & charging revenue: 294% CAGR** — 33

After-sales services & charging remain gross loss — 34

Blended revenue forecast: 192% CAGR — 35

Blended gross profit to turn positive from 2019 — 36

Loss-making at the operating level in 2018-20 — 36

SG&A and R&D cost continue to grow, but as a % of revenue continue to fall — 37

**Valuation and risks** — 42

Key investment risks — 49

**Appendix: Company background** — 51

Management profiles — 53

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000097



22 October 2018

# Initiate on NIO with OUTPERFORM and TP of US$12.6

**NIO is a premium smart electric vehicle (EV) maker in China**

NIO is a premium smart electric vehicle (EV) maker in China, which enjoys a well-established premium branding, leadership in smart connected EV technology, and provides car owners a differentiated experience including comprehensive, convenient and innovative charging solutions, and other user-centric services. NIO's mission is to shape a joyful lifestyle by offering premium smart EVs and to be the best user enterprise.

Unlike incumbent car companies which mainly focus on vehicle quality and manufacturing, NIO declared it wants to redefine the user experience and prioritise user satisfaction. In other words, its ecosystem is not just about the car, but the array of products and services that are attached to the car. Meanwhile, traditional car companies rarely connect directly with customers (sell cars via dealers) while NIO sells directly to consumers, via its self-built channel, NIO house, and establishes a direct connection. NIO House is not just a showroom for cars and services but also an exclusive space for NIO users and their friends as a co-working space, a day-care centre, a café, and a space for exclusive events. In addition, NIO's vehicle and the NIO app connect users generate data and feedback. That is why NIO calls itself "a user enterprise".

**Figure 6: NIO—the next generation car company**

| | Auto 1.0 Industrial-age | Auto 2.0 Internet-age | Auto 3.0 Next generation |
|---|---|---|---|
| **Centre of gravity** | **Manufacturing**<br>• Vehicle quality<br>• Component supply chain<br>• Sell via franchised dealers | **Direct selling**<br>• Close to customers<br>• ZERO inventory<br>• NO selling price | **User enterprise**<br>• Client satisfaction priority<br>• User-centric service<br>• "Worry-free" charging |
| **Customers** | Audience | Participants | Brand owners |
| **Competence** | Hardware | Software | Lifestyle |
| **User experience** | Vehicle | Vehicle + Service | Vehicle<br>Service package<br>Energy package<br>NIO house: user centre<br>Community: event /apps |

Source: Company data, Credit Suisse research

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000098



22 October 2018

# Premium NEV market: Exponential growth ahead

**China's premium NEV PV sales volume to enjoy a 54% CAGR in 2018-30E**

We forecast China's premium NEV PV sales volume to enjoy a 54% CAGR in 2018-30E. Key drivers are Chinese citizens' rising income and upgraded replacement demand, notably unserved demand due to car plate restrictions, improving charging infrastructure, strong regulatory push like "NEV credit" regime, falling battery price and ownership cost.

Benefitting from the Chinese government's favourable policies and strong support, China's new energy vehicle ("NEV") market has outperformed the global NEV market significantly. China NEV passenger vehicle sales have enjoyed an exponential growth of 128% five-year CAGR from only 9.5k units in 2012 to 600k units in 2017. Looking ahead, we forecast China's new energy PV sales to enjoy 28% 13-year CAGR from 2017 to 2030 (hitting 15 mn units), when NEVs are expected to achieve a notable penetration rate of 45% (NEV PV volume as % of overall PV). The high 28% 13-year CAGR will be driven by (1) notable unserved demand due to car plate restrictions; (2) improving infrastructure and strong regulatory push; (3) declining battery price and NEV ownership cost; (4) more fun in driving with better acceleration and handling than ICE (internal combustion engine).

**Figure 7: China premium NEV PV sales outlook**



Source: Company data, Credit Suisse estimates

**Figure 8: China NEV passenger vehicle sales outlook**



Source: Company data, Credit Suisse estimates

## NEV: A strategically important sector with energy national security concerns

The auto industry has been recognised as a strategically important industry for China. It is a significant contributor to China's GDP (>4%), employment (~4.7 mn workers), taxation (~4.5%) and national retail sales (~25%). In the traditional ICE auto market, Chinese players have lagged their global leading peers in terms of technology, i.e., powertrain. The NEV market is expected to create a level playing field and allow Chinese NEV companies to play a greater role.

Meanwhile, Chinese governments, both central and local, are pushing for adoption of NEVs with strong policy support, owing to worsening air pollution as well as a focus on petroleum resource independence. Imported crude oil exposure has kept increasing, hitting 69% in 2017.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000099

**CREDIT SUISSE**

22 October 2018

**Figure 9: Auto industry is critical to China's economy**



>4%
% of GDP contribution

~4.7mn
Employment

TAX

~4.5%
% of taxation

~25%
% of national retail sales

Source: Company data, Credit Suisse research

**Figure 10: Imported crude oil as % total consumption**



Source: CEIC

## Notable unserved demand due to car plate restrictions

The strong regulatory requirement in China has been one of the drivers for NEV penetration. Due to severe traffic congestion and air pollution, certain areas (including Beijing, Shanghai, Shenzhen, Hangzhou, Guangzhou, Tianjin, Shijiazhuang, Guiyang and Hainan province) controlled ICE vehicle purchase via restricting annual car plate numbers.

The probability of obtaining car plates in these areas is very low. The total number of car plate applicants from those areas reached 6.1 mn by end-2017, representing a huge unmet demand for car ownership. These people could be prospective NEV buyers given there is either no limitation on NEV plates or a much higher probability of obtaining them.

**Figure 11: Car plate restriction in 9 cities / provinces**



Source: Credit Suisse research

**Figure 12: Probability of getting an ICE car plate**



**Probability of getting a car plate**

0.1%
Beijing

0.8%
Shenzhen

4.5%
Shanghai

1.5%
Guangzhou

0.8%
Tianjin

0.9%
Hangzhou

6.1 million potential users

Source: Credit Suisse estimates

Nio Inc (NIO.N / NIO US)

8

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000100



22 October 2018

## Improving infrastructure and strong regulatory push

Rapidly growing charging infrastructure should pave the way for NEV development, as charging facilities are a major bottleneck for NEV demand currently. Thus, to attract prospective NEV purchases, building sufficient charging infrastructure and providing convenient charging services are critical. As a result, both public and private sectors (including state-owned electricity companies and automotive OEMs) are investing heavily in nationwide charging networks to alleviate potential customer concerns. By end-2017, there were only 446,000 charging piles. However, the number should rise to 5 mn units in 2020, 20 mn in 2025, and 80 mn units in 2030, according to Technology Roadmap for Energy-Saving and New Energy Vehicles from Chinese Society of Automotive Engineers.

**Figure 13: Nation-wide charging infrastructure (charging pile) outlook**



Source: Chinese Society of Automotive Engineers

Meanwhile, the Chinese government has introduced an "NEV credits" regime in 2017 to push more NEV supply. This policy requires automakers to fulfil a 10%/12% credits share target in 2019/2020. Failure to meet the NEV credits target will lead to suspension of production for certain existing, high-fuel-consuming models. As conventional ICE car makers might face NEV credit deficits, trading NEV credits are likely to be NEV makers' new profit stream.

## Declining battery price and NEV ownership cost

Improvements in battery technology, coupled with economies of scale, continue to reduce battery costs. Lithium-ion battery prices have fallen, from over US$1,000/kWh when first developed 20 years ago, to below US$270/kWh today. Cost is expected to further decrease to around US$155/kWh by 2022. The declining battery price could narrow the pricing/cost gap between NEV and ICE products, which could stimulate NEV demand.

From the perspective of total cost of ownership, NEVs enjoy significant operational cost advantages. Battery charging energy cost (around Rmb0.2/km) is approximately 75% lower than ICE cars' fuel cost (around Rmb0.8/km), and repair and maintenance costs are also significantly lower due to NEVs' simpler structure (no oil, belts, filters, etc. and brake life is much longer than ICEs) and lower maintenance frequency.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000101

**CREDIT SUISSE**

22 October 2018

**Figure 14: Significant advantage in fuel cost, repair& maintenance**



Source: Credit Suisse research

**Figure 15: Lithium-ion battery pack price outlook**



Source: Company data, Credit Suisse estimates

## Better acceleration and handling: more fun to drive

Electric vehicles have better acceleration and handling compared with ICE. **Better acceleration:** Because of the way electric motors work, there is no torque curve. This means that the vehicle has full power instantly, not like ICEs where the engine needs to rev to a certain level to get full power. It also means there is no need for transmission gearing in an EV. **Better handling:** If designed correctly, EVs can have a lower and more-balanced centre of gravity. The battery can be flat and run along the bottom of the vehicle, compared to an ICE, where the engine's centre of mass sits higher and has to be in the front or back. Additionally, All-Wheel Drive—which improves handling and overall driving performance—is much easier and less costly. In an EV, you just add a drive-unit in the front of the car. However in an ICE, complicated mechanical components are required to transmit engine power to the rear wheels.

**Figure 16: 4.4 seconds—ES8 accelerates from 0-100 km/hr**



Source: Company

**Figure 17: NIO ES8 chassis: battery flat along the vehicle bottom**



Source: Company

## Premium NEV: Immediate exponential growth ahead on low penetration and aggressive pricing

Thanks to Chinese citizens' rising income and upgraded replacement demand, premium brands enjoyed multi-year, double-digit volume growth. This was because people generally upgraded their vehicle brands—from local brands to mass-global brands, or from mass-global brands to premium brands—when replacing cars in China, to show their rising

Nio Inc (NIO.N / NIO US)

10

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000102

**CREDIT SUISSE**

22 October 2018

social status. In the premium segment, we expect ICE cars to lose share to NEVs, as NEVs are estimated to enjoy 54% CAGR in 2017-30, hitting 6.1 mn units in 2030. This is because of NEV cars' much lower fuel and repair and maintenance costs vs ICE cars. Meanwhile, premium NEVs are likely to be priced lower than premium ICEs in the near future, thanks to battery evolution. We estimate premium NEVs to be 91% of the total premium car market in 2030, vs 2017's 1% only.

**Figure 18: Premium NEVs to gain share in overall PV market**



Source: Company data, Credit Suisse estimates

**Figure 19: China premium NEV passenger vehicle sales outlook**



Source: Company data, Credit Suisse estimates

Our confidence on premium NEVs' exponential growth stems from: (1) huge potential from the low premium-NEV penetration rate (of total NEVs)—at 3.7% in 2017, well below the 39% seen in the US, and (2) premium NEV products' very aggressive pricing strategy in China, with some premium products' NEV price already overlapping their ICE version.

For example, BMW 5-series sedan PHEV is priced at Rmb497k, overlapping with 5-series the ICE version's Rmb437k-660k price range. It is a similar case goes for BMW X1 SUV's PHEV, which is priced at Rmb397k, overlapping its ICE version's price range of Rmb284k-439k. If one were to throw in the 10% vehicle-purchase-tax exemption and some areas' free car plate for NEVs, then prices look even more appealing for the BMW 5-series PHEV and X1 SUV PHEV.

**Figure 20: BMW 5-series and X1 price comparison: NEV vs ICE**



Source: Company data, Credit Suisse estimates

**Figure 21: Premium NEV penetration (% of total NEV) comparison—China vs. USA**



Source: Company data, Credit Suisse estimates

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000103



22 October 2018

# NIO enjoys strong branding, technology leadership amid under-explored smart premium NEV market

**NIO enjoys well-established branding, technology leadership, and redefined car owners' experience amid the under-explored smart premium NEV market**

NIO enjoys well-established branding, technology leadership, and redefined car owners' experience amid the under-explored smart premium NEV market.

**(1) A premium brand:** NIO has built a premium brand via sponsor participation in "Formula E" racing, introduction of "EP9" (the fastest production electric car in the world), hosting the "NIO Day" event (an annual carnival), and establishing the "NIO house" network (an exclusive high-end living space, which is beyond new car sales distribution).

**(2) Smart connected NEV leader:** NIO's first mass-produced product, ES8 seven-seater SUV, offers an all-aluminium body and chassis and five-star safety. Thanks to NIO's intelligent E-propulsion system, ES8 can accelerate from 0 to100 km/hr in 4.4 seconds, and provides enhanced level 2+ autonomous driving as well as "NOMI" (an artificial intelligence assistant with deep learning).

**(3) Redefined car owners' experience:** NIO provides a comprehensive, convenient and innovative suite of EV charging solutions. These include "Power Home" (home charging solution), "Power Swap" (innovative battery swapping service), "Power Mobile" (mobile charging service through charging trucks), and "Power Express" (24-hour on-demand pick-up and drop-off charging service). Meanwhile, NIO also provides other user-centric services, including car insurance, repair and maintenance, roadside assistance, as well as an enhanced connected-vehicle related data package. NIO chooses high traffic retail spaces—tier1/tier 2 cities' central business districts—to establish "NIO-house", an exclusive space for NIO users and their friends.

## A premium brand

NIO is strategically positioned in China's premium EV market with a first-mover advantage—the only premium domestic EV volume-manufacturer in China currently. NIO has successfully established its premium brand image in China via sponsor participation in "Formula E" racing, introducing "EP9" (the fastest production electric car in the world), hosting "NIO Day" event (an annual carnival), and establishing the "NIO house" network (an exclusive high-end living space, which is beyond new car sales distribution).

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000104

CREDIT SUISSE

22 October 2018

**Figure 22: A premium brand—China new energy vehicle brand pyramid**



Source: Company

**Figure 23:　China NEV SUV market landscape**



Source: Company data, Credit Suisse estimates

**Leveraging car racing for branding.** NIO's formula E team has been competing in the FIA Formula E Championship since it was established in 2014. The team won its first FIA

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000105



22 October 2018

Formula E Drivers' Championship in July 2015. NIO's participation in Formula E Championship could enhance its brand awareness among customers and apply the technology in race cars to NIO's passenger vehicle products.

**Figure 24: NIO Formula E team—enhancing brand awareness**



Source: Company

**Building EP9 super car to bring people's attention to NIO's capabilities and brand.** NIO's EP9 supercar is the fastest production electric car in the world. It broke the lap record twice in Germany and the US in 2017. On 23 February 2017, NIO EP9 broke the Circuit of the Americas autonomous lap record in the US (02:40.33). On 12 May 2017, NIO EP9 broke the lap record in Nürburgring Nordschleife in Germany again (06:45.90).

**Figure 25: EP9 supercar—demonstrating NIO's technology leadership**



Source: Company

**Event related branding—NIO Day.** NIO hosted its first NIO Day, an anniversary activity for all NIO fans globally, on 16 December 2017. During the 2017 NIO Day, NIO showcased its first product: the ES8 seven-seater, large-size pure-electric vehicle. The activity attracted an audience of 110mn who watched online and increased the number of its social media account followers by 90k. After the ceremony, more than 7,000 Chinese media articles covered NIO Day.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000106



22 October 2018

**Figure 26: NIO Day—annual carnival with new car debut**



Source: Company

**NIO House: exclusive space for NIO's high-end brand building.** NIO Houses are located in each city's central business district with a unique layout to suit local users' needs. NIO Houses offer a "Go beyond the car" experience to car owners, which means that NIO House is a special place where NIO car owners could grow together with the brand. NIO House is also an exclusive user club to cultivate brand loyalty and promote user engagement. In conclusion, NIO House is not just a showroom for car and services but also an exclusive space for NIO users and their friends.

**Figure 27: NIO House—exclusive space for NIO users and their friends**



Source: Company

Nio Inc (NIO.N / NIO US)

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000107



22 October 2018

## Smart connected NEV leader domestically

NIO's first mass-produced product, ES8 seven-seater SUV, offers an all-aluminium body & chassis and five-star plus safety. Thanks to NIO's intelligent E-propulsion system, ES8 can accelerate from 0 to100 km/hour at 4.4 seconds, and provides level 2+ autonomous driving as well as "NOMI"—an artificial intelligence assistant with deep learning.

**Figure 28: ES8—NIO's first product with high performance smart connectivity features**



| 4.4 S | 650 HP | 840 NM | 355 KM | 5-star | 33.8 m | Level 2+ |
|---|---|---|---|---|---|---|
| 0- 100 km / h | Peak power | Torque | NEDC range | Safety | braking distance 100 km/h | Autonomous Driving |



Source: Company

Nio Inc (NIO.N / NIO US)

16

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000108

CREDIT SUISSE

22 October 2018

ES8 outperformed its peers across multiple dimensions including motor horsepower output, acceleration, tagged price, size and other core features, all of which differentiates NIO from its NEV competitors.

**Figure 29: ES8—specifications outperforming its new energy vehicle peers**



Source: Company data

Meanwhile, locally manufactured NEVs have several structural advantages in the marketplace over imported models due to absence of customs duty, lower manufacturing costs and the availability of government subsidies. A comparison of the ES8, Tesla Model X, BMW X5 PHEV, and Audi Q7 e-tron, inclusive of government subsidies and taxes is set forth below. The ES8 boasts price advantages over the other models due to local manufacturing subsidies and absence of customs duties and vehicle purchasing taxes.

**Figure 30: ES8—specifications outperforming its peers**

| Brand<br>Model | NIO<br>ES8 | Tesla<br>Model X | Jaguar<br>I-Pace | BMW<br>X1 | Volvo<br>XC60 | BMW<br>X5 | Audi<br>Q7 e-tron |
|---|---|---|---|---|---|---|---|
| Type | Pure EV | Pure EV | Pure EV | PHEV (1.5L) | PHEV (2.0L) | PHEV (2.0L) | PHEV (2.0L) |
| Ex factory price | 386,200 | 571,000 | 399,000 | 342,000 | 474,000 | 644,600 | 656,000 |
| Tariff | | 228,400 | 159,600 | | | 96,700 | 98,400 |
| VAT | 61,800 | 128,000 | 89,400 | 54,800 | 75,900 | 118,600 | 120,600 |
| MSRP | 448,000 | 927,400 | 648,000 | 396,800 | 549,900 | 859,900 | 875,000 |
| Purchasing tax | | 79,940 | 55,860 | | | 74,130 | |
| Government subsidies | -67,500 | | | -33,000 | -33,000 | | |
| Customer cost | 380,500 | 1,007,340 | 703,860 | 363,800 | 516,900 | 934,030 | 875,000 |
| Length (mm) | 5,022 | 5,037 | 4,682 | 4,565 | 4,688 | 4,909 | 5,071 |
| Width (mm) | 1,962 | 2,070 | 2,011 | 1,821 | 1,902 | 1,938 | 1,968 |
| Horse Power (hp) | 650 | 525 | 400 | 136 | 320 | 245 | 252 |
| 0-100km/h (s) acceleration | 4.4 | 5.2 | 4.8 | 7.4 | 5.3 | 6.8 | 5.9 |
| Top speed (km/h) | 200 | 210 | 200 | 195 | 230 | 210 | 228 |
| Battery capacity (kWh) | 70 | 75 | 81 | 11 | 10 | 9 | 17 |
| Maximum Torque (N.m) | 840 | 660 | 696 | 220 | 240 | 250 | 350 |
| Maximum Power (kw) | 480 | 386 | 294 | 70 | 235 | 180 | 185 |
| NEDC Driving distance (km) | 355 | 406 | 500 | 60 | 50 | 27 | 56 |
| Autonomous driving | Level 2+ | Level 2+ | Level 2 | Level 1 | Level 2 | Level 2 | Level 2 |

Source: Company data, Credit Suisse estimates

Nio Inc (NIO.N / NIO US)

17

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000109



22 October 2018

### All-aluminium body and chassis

ES8 is the first car in China to have an all-aluminium body and chassis featuring aerospace grade 7003 series aluminium alloy, enabling a high vehicle torsional stiffness of 44,140 Nm/Deg, and also features the highest amount of aluminium for any mass production car yet. All-aluminium body can only notably reduce total vehicle weight, resulting in a longer drive distance per charge.

**Figure 31: Beyond five-star safety—all-aluminium body and chassis**



Source: Company

### Advanced Electric Powertrain

One of NIO's core technology competencies is its proprietary e-propulsion system, which primarily consists of an electric drive system (EDS), an energy storage system (ESS) and a vehicle intelligence control system (VIS).

NIO's integrated EDS has a copper rotor induction motor, a motor controller with a unique topology design, and a high-torque gearbox. The combination of high-power and high-torque is expected to provide users with a powerful driving force. ES8 is equipped with integrated EDS, delivering 480 kilowatts of power.

NIO's lightweight ESS uses high-energy-density battery cells and high-strength housing. ES8 is equipped with NIO's proprietary 70-kilowatt-hour liquid cooled battery pack developed and packaged in house, bringing a high energy density of 135Wh/kg.

The ESS is high-capacity and has industry-leading thermal management technology and a safety structure design. In addition, the ESS is equipped with a state-of-the-art battery management system, a high-efficiency liquid-cooled design and swapping technology to achieve long-lasting, stable and new energy solutions.

NIO's advanced VIS includes a vehicle control unit (VCU), electric vehicle controller and ADAS system. A VCU is an intelligent controller, which can control the torque output according to different driver behaviour and control region torque according to best energy recovery. The vehicle control system's network architecture also takes into account functional safety and network security.

Nio Inc (NIO.N / NIO US)

18

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000110



22 October 2018

**Figure 32: NIO's e-powertrain technology**



## Electric Drive System (EDS)
High-performance induction motor with copper rotor

Superior power

High torque

Extreme rotation

**Power**
- 240kW

**Torque**
- 420N·m

**Architecture**
- Dual Three-phase Topology Structure



## Energy storage system (ESS)
Light-weight, dynamic energy with efficiency

High energy density - 135wh/kg (pack)

Extended life cycle: 2,000 charge

Real-time monitoring

**Safe**
- Triple mechanism
- Highest standard
- Liquid cooling system

**Capable**
- 70kWh

**Smart**
- Compatible and Swappable

Source: Company

**Enhanced level 2+ autonomous driving**

NIO's ES8 is equipped with NIO Pilot, a comprehensive, enhanced level 2+ ADAS system that will update with new features over time through high-speed FOTA (firmware over-the-air) updates. The ES8 is the world's first vehicle to come equipped with the Mobileye's EyeQ®4 ADAS processor. The NIO Pilot hardware consists of 23 sensors, including a front-facing trifocal camera, four exterior surround cameras, five millimetre-wave radars, 12 ultrasonic sensors, and an interior driver monitor camera.

NIO Pilot features under development include:

(1) **Active ADAS features**, such as automatic emergency braking (AEB) and collision warning, park assist, adaptive cruise control (ACC) including traffic jam pilot and lane keeping assistant, highway autopilot for lateral and longitudinal support in certain conditions, and summon for limited automated parking scenarios.

(2) **Driving support**, including automatic high-beam control and lane keeping assistance, intelligent speed, side collision and lane changing assistance;

(3) **Alerts and warnings**, including lane departure warning, blind spot detection, front and rear cross-traffic alerts, side distance indication, door opening warning, and driver alert.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000111

CREDIT SUISSE

22 October 2018

**Figure 33: NIO PILOT—Enhanced level 2+ autonomous driving**



5 millimeter wave radars

1 driver monitoring camera

1 trifocal camera

4 surround view cameras

12 ultrasonic sensors

**Mobileye EyeQ4** chip

Computation capability – 2.5 TFLOPS

Energy usage – 5 watt

Response time - 20ms



**LION** smart gateway

Strong data exchange capability

Continuous self-learning

Enable remote upgrade

**Active automated driving**
- **AEB:** *Automatic emergency braking*
- **CDW:** *Collision detection warning*
- **PA:** *Park assist*
- **ACC:** *Adaptive cruise control*
- **TJA:** *Traffic jam assist*
- **HA:** *Highway autopilot*
- **APS:** *Automatic parking system* (limited scenarios)

**Driving support**
- **AHBC:** *Automatic high beam control*
- **LKA:** *Lane keeping assist*
- **ISA:** *Intelligent speed adaptation*
- **SC:** *Side collision*
- **LCA:** *Lane change assist*

**Alerts & warnings**
- **LDW:** *Lane departure warning*
- **BSM:** *Blind spot monitoring*
- **CTA:** *Cross-traffic alert*
- **SDI:** *Side distance indication*
- **DOW:** *Door opening warning*
- **DA:** *Driver alert*

Source: Company

**NOMI—Artificial intelligence assistant with deep learning**

NIO self-developed a new artificial intelligence assistance with deep learning, NOMI, to assist NIO car owners in daily driving life. NOMI is a fun, expressive and intuitive companion that can listen, talk and help drivers along the way. NOMI can achieve a higher level of safety by complete off-screen control via voice interaction, high efficiency powered by both in-car and cloud computation, which enables Firmware-Over-the-Air (FOTA) updates. NOMI also can continuously learn users' habits and interests through deep learning algorithms in order to meet their individual needs under different circumstances.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000112



22 October 2018

**Figure 34: NOMI—artificial intelligence assistant of deep learning**



NOMI is a fun, expressive, and intuitive companion that can listen, talk, and help drivers along the way

**"Hi, NOMI"**
- Navigate the destinations
- Make phone calls
- Turn on and off air-conditioning
- Open and close windows
- Control the seat massage
- Operating in-car media

. . . . . .



- **Safety:** Complete off-screen via voice interaction
- **High efficiency:** Powered by both in-car & cloud computation, which enable (FOTA) Firmware- Over-the-Air updates enabled software improvement
- **Natural interaction:** Continuously learns users' profile through deep learning algorithms



Source: Company

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000113



22 October 2018

# NIO: Redefines a car owners' experience

NIO provides a comprehensive, convenient and innovative suite of EV charging solutions (NIO power) and other value-added service offerings (NIO Service). Through one click using the NIO mobile application, users can access a full suite of services, as part of NIO's strategy of redefining user experience.

**Figure 35: User-centric services—comprehensive, convenient, innovative**



Source: Company

## Energy package: NIO power

NIO offers a comprehensive and innovative suite of power solutions to address the battery charging needs. These include "Power Home" (home charging solution), "Power Swap" (innovative battery swapping service), "Power Mobile" (mobile charging service through charging trucks), and "Power Express" (24-hour on-demand pick-up and drop-off charging service). The energy package is priced at Rmb10,800/year or Rmn980/month fixed subscription fee, or Rmb180 per charge. NIO's goal is to provide the most convenient power solutions. Using NIO mobile application, users can monitor battery levels and charging status. The charging status of batteries and the charging solutions available to users are all connected through NIO cloud, enabling users in finding the most convenient charging solution available in a given area.

**Power Home.** NIO installs chargers at customers' homes after the purchase of a new vehicle, based on customer request, where installation at the customer's home is feasible. Under normal temperatures and battery conditions, the battery of the ES8 would be charged from approximately 20% to 90% power level in seven to eight hours.

**Power Express.** Using NIO mobile application, a user is able to arrange to have NIO pick up his or her vehicle at the user's designated parking location. The vehicle is driven to a nearby battery charging station or battery swap station, or a charging truck is driven to the parking location. The vehicle is returned to the user once battery charging or swapping is

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000114



22 October 2018

completed. Users can monitor vehicle charging status real-time using the mobile application.

**Power Mobile.** NIO provides charging through charging trucks. Users are able to book NIO Power Mobile services in advance conveniently through mobile application. NIO Power Mobile enables an ES8 to run approximately 100 km after charging for ten minutes.

**Power Swap.** NIO offers the ability to arrange for a battery swap for the ES8. The swap stations are compact stations located in parking lots and other locations. The battery swap stations were developed in-house and use chassis replacement technology and apply more than 300 patented technologies to provide precise positioning, rapid disassembly, compact integration, and flexible deployment, allowing battery replacement within minutes.

**Figure 36: NIO Power—innovative and comprehensive charging**



**Power Home**
*The "best of best" reddot award in 2018*
*Complimentary installation*

**Power Mobile**
*10 mins charging for 100 km*
*1,200 + NIO power mobile charging trucks by 2020*

**Power Express**
*24-hour on-demand pick-up and drop-off charging*
*Remote monitoring charging status in real time*

**Power Swap**
*Battery replacement within mins, on 300 + patented technology*
*1,100 + NIO power swap stations by 2020*

Source: Company

### User-centric service package

Meanwhile, NIO also provides users a service package, which, at a price initially set at Rmb14,800 per year, will provide statutory, third-party liability and vehicle damage insurance through third-party insurers, repair and routine maintenance services, courtesy car during repair and maintenance lasting more than 24 hours, roadside assistance and an enhanced data package, among other services.

Through the service package, NIO aims to provide users with a "worry free" vehicle ownership experience. Using their mobile application, users are able to arrange for vehicle service with a few clicks. At a user's request, NIO picks up the car, arranges for maintenance and repair services, and then returns the car to the user once the services are done. As long as the maintenance and repair is covered under the service package, no additional fee will be invoiced to the service package subscriber. If the user has a car

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000115



22 October 2018

accident, NIO will also assist the user in engaging with the insurance company and providing any necessary repairs.

**Figure 37: Service package—"Worry free" car ownership experience**



Source: Company data

**NIO House: Not just a show room for car & service, but beyond the car**

NIO adopts an innovative sales model compared to incumbent automobile manufacturers. It sells vehicles through its own sales network, including NIO Houses and its mobile application. NIO chooses high traffic retail spaces—tier1/tier 2 cities' central business districts—to establish a "NIO House", an exclusive space for NIO users and their friends.

NIO aims to provide experiences that go beyond the car with NIO Houses. NIO Houses are intended to function, not just as showrooms for vehicles and services, but also as a living space for customers and their friends. Potential users can browse cars and products, go for test drives and interact with user development specialists.

The first NIO House, which occupies over 32,000 sq ft, has two floors and seven main areas and is Beijing's largest brand experience centre. Each NIO House features a gallery showcasing the brand and products, and may also feature a lounge for users to relax and socialise, forums which consist of a theatre and which are intended to be a place for gatherings, meetings or presentations, "labs" which are bookable meeting rooms and workspaces, a library, an open kitchen and a kids joy camp.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000116



22 October 2018

## Figure 38: NIO House—not just a show room for car & service…

**Open Kitchen**
*Taste NIO's signature coffee*

**Kids Joy Camp**
*Space for young people to explore, create and grow*

**Labs**
*Meeting room and workspaces to inspire members and enable creativity*



**Living Room**
*The warm heart and a space to socialise, relax and think*

**Forum**
*An inspiring space and a theater for thinking, dreams and collaboration*

**Library**
*A museum to share knowledge, relax and enjoy some alone time*



### Extraordinary consumer experiences

- Choose high traffic retail spaces – tier1 / tier 2 cities' central business districts

- Educate potential customers in a less formal, more experiential environment

- Brand experience centre, to browse vehicle and products, test driving

**Shanghai**
*MixC*
*Opened Apr-2017*

**Shanghai**
*Shanghai Tower*
*Opened Jul-2018*

**Shanghai**
*TaiKoo Hui*
*Opened Dec-2017*

**Beijing**
*Oriental Plaza*
*Opened Nov-2017*

**Beijing**
*Zhongguancun*
*Opened Dec-2017*

**Guangzhou**
*Zhujiang New Town*
*Opened Jan-2018*

**Nanjing**
*Xinjiekou*
*Opened May-2018*

**Hangzhou**
*West Lake*
*Opened Jul-2018*

**Shenzhen**
*PingAn Financial Center*
*Opened May-2018*

**Chengdu**
*Tianfu Avenue*
*To open*

**Suzhou**
*Suzhou Center*
*To open*

**Hefei**
*NIO-JAC plant*
*To open*

**Xi'an**
*High-tech "The City"*
*To open*

Source: Company data

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000117



22 October 2018

## NIO APP: User community via digital touch points

NIO also launched its smartphone applications to build up a user community. NIO App has attracted more than 410,000 registered users. Via NIO App, users could order a new car, control the vehicle, book car services and ask for power charging solutions. Since NIO App launched, there are more than 210,000 photos shared in the online community. Registered users could earn NIO credits by logging in every day. The users could either use NIO credits or pay money to buy NIO-related merchandise via NIO App.

**Figure 39: NIO App's strong connection among vehicle, smartphone, and users**






| Vehicle & service | Friends & connection | Event & moment sharing | Merchandise & gifts |
|---|---|---|---|
| • Order a new car<br>• Vehicle control<br>• NIO car services<br>• NIO power charging solution | **450,000+** registered users | **210,000+** photos shared in online community | • Shopping NIO merchandise<br>• Earn NIO Credits, which is used both at online store and at NIO Houses to purchase |

Source: Company data

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000118

CREDIT SUISSE

22 October 2018

# NIO's growth profile and financial forecast market

**We estimated NIO achieves 165k volume and first year breakeven in 2021**

Starting at Rmb4.75 bn in 2018, we estimate NIO's revenue will grow at a CAGR of 192% to Rmb41 bn in 2020. Due to the relatively smaller volume initially, we assume NIO to stay loss-making in 2018-20E with negative free cash flow—Rmb29.6 bn total negative FCF in these three years. Starting at 10k units volume in 2018, we forecast NIO will deliver 45k/ 100k units in 2019/2020E. We estimate NIO's total per unit cost (COGS+SG&A+R&D) to reduce from Rmb1,445k in 2018 Rmb381k in 2021, when the company achieves 165k volume and first year breakeven.

## NIO's business model

NIO's business model is highly vertically integrated, from R&D, manufacturing, sales & distribution, service & energy packages, and exploring beyond the car (NIO App).

NIO's revenue mainly came from (1) vehicle sales income, (2) service income from service package and energy package; and (3) spare parts and accessories.

In terms of costs, NIO would incur vehicle components sourcing costs, manufacturing costs, labour and utility costs, amortisation of intangible assets, depreciation of plants and NIO houses, and operating expense in branding, sales network and user service network.

**Figure 40: NIO business model—highly integrated**

*Revenue*
*Vehicle sales income*
*Service income from service package and energy package*
*Spare parts and accessories*

     

| Research & develop | Manufacturing | Sales & distribution | Service package | Energy package | Beyond the car |
|---|---|---|---|---|---|
| Vehicle design/testing | Parts procurement | Vehicle direct sales | Insurance | Charging piles | Spare parts |
| E-powertrain/battery | JAC-NIO plant | NIO house | Maintenance | Charging trucks | Accessories |
| Autonomous drive | Shanghai plant | Car distribution center | Repair | Battery swap | Merchandise |
| Artificial Intelligence | E-propulsion plant | Branding & marketing | Courtesy car | Battery upgrade | Apps |

*Cost and expense*
*Vehicle  components, manufacturing cost, labour and utility cost*
*Amortisation of intangible assets, depreciation of plants, NIO house, etc*
*Operating expense in branding, sales network, and user service network*

Source: Company data

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000119



22 October 2018

## Key assumptions for NIO to turn profitable in 2021

We estimate NIO's total per unit cost (COGS+SG&A+R&D) to decline, from Rmb1,445k in 2018 to Rmb 381k in 2021, when the company achieves 165k volume and first year breakeven. Key assumptions for the profitability progress are as below:

- **Rmb25k** per unit in-house made component cost, mainly battery pack, electric motors and electric control—down from Rmb45k in 2018 to Rmb20k in 2021.

- **Rmb182k** per unit external sourcing non-battery component cost—down from Rmb327k in 2018 to Rmb145k in 2021.

- **Rmb40k** per unit manufacturing cost—down from Rmb58k in 2018 to Rmb18k in 2021.

- **Rmb340k** per unit SG&A expense—down from Rmb391k in 2018 to Rmb51k in 2021.

- **Rmb471k** per unit R&D expense—down from Rmb505k in 2018 to Rmb34k in 2021.

- **Rmb6k** per unit aftersales service & charging expense—down from Rmb17k in 2018 to Rmb11k in 2021.

**Figure 41: NIO's total cost (COGS+SG&A+R&D) per unit decline from 2018 to 2021**



Source: Credit Suisse estimates

Key drivers are (1) notable operating leverage as volumes ramp up, mainly for SG&A, R&D, manufacturing, aftersales service & charging expense, (2) increasing bargaining power with external suppliers via introduction of multi-supplier component sourcing system via currently mainly sole supplier practices.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000120

**CREDIT SUISSE**

22 October 2018

## Per unit internally produced component cost, mainly battery pack, electric motors and electric control—down from Rmb45k in 2018 to Rmb20k in 2021

NIO's core new energy vehicle (NEV) technology is its own, and it supplies these EV-related products, including battery pack, electric control, and electric motor, from its own factories—XPT. NIO's NEV technology is so advanced that some automakers are already seeking XPT for electric powertrain supply. Thus, a higher production volume will significantly improve the operating leverage, and result in more cost savings.

## Per unit external sourcing component cost—down from Rmb328k in 2018 to Rmb145k in 2021.

As NIO is still an early stage company, with no track record and limited sales volume, its bargaining power with parts suppliers is relatively weak. Moreover, NIO's positioning in luxury brands also requires it to produce the products with high quality auto parts. Thus NIO mainly has only one supplier for its major components, e.g. aluminium alloy, battery pack, and decorative parts, and this supplier sells the components at a premium price for global automakers. In the future, with a better track record and higher sales volume, we believe NIO will bring in another one or two suppliers for the same components, to increase more competition among suppliers, thus resulting in lower sourcing costs.

From the same perspective, auto parts suppliers will also provide higher annual price reduction to NIO when its production ramps up and there is more competition among auto parts suppliers. Moreover, given NIO's products are all equipped with many leading technology components, e.g. Mobileye EQ4 chip, these components' annual price reduction is much higher than traditional auto parts, e.g. functional and decorative parts.

**Figure 42: NIO sales volume outlook by model**



Source: Credit Suisse estimates

**Figure 43: NIO's total non-battery component costs (in-house + external sourcing) in 2018-21**



Source: Credit Suisse estimates

## Per unit manufacturing cost—own from Rmb58k in 2018 to Rmb18k in 2021

Thanks to (1) higher production volume in its JAC-NIO plant, and (2) a new plant in Shanghai to start operations in 2019, NIO's manufacturing-related costs could decrease from Rmb58k in 2018 to Rmb18k in 2021. The higher plant-utilisation rate and improved product yield could also help in manufacturing cost savings.

NIO's first and second products—ES8 and ES6 SUVs—are all produced by JAC. Thus NIO has to pay manufacturing and labour costs of Rmb8.5k to JAC. Moreover, the agreement between NIO and JAC states that NIO has to compensate JAC for any losses made by the plant. We estimate that NIO pays Rmb25k per unit at the current level, which will substantially decrease to a standard Rmb8.5k per unit when the production volume

Nio Inc (NIO.N / NIO US)

29

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000121


22 October 2018

exceeds 30k units. Starting from 2020, NIO's Shanghai plant will start to produce the ET7 sedan, and the manufacturing-related cost is expected to be lower than Rmb8.5k for the long term, therefore costs will further reduce after 2020.

### Per unit SG&A expense—down from Rmb391k in 2018 to Rmb51k in 2021

*With more sales volume every year, the service base will increase, resulting in a sequential increase of utilisation rate of its facilities and services*

One of the key differences between NIO and other traditional automakers is that NIO built its own dealer network and provides dealer-related services through its own staff. Thus the operating leverage from SG&A increased, thanks to NIO's highly forward integration to dealer areas. No matter how many NIO cars are on the road, the company still needs to put in enough facilities and service crew to cover all key areas that car owners are in. Thus, the utilisation rate of all facilities and services is very low at the beginning of the business. With more sales volume every year, the service base will increase, resulting in a sequential increase of the utilisation rate of its facilities and services. The sales volume forecast indicates that NIO's service-volume base will increase from 10k units in 2018 to 320k units in 2021. Thus, the SG&A expenses per unit are expected to decline from Rmb391k units in 2018 to Rmb51k units in 2021.

### Per unit R&D expense—down from Rmb505k in 2018 to Rmb34k in 2021

In 2018, NIO only has one product—ES8 SUV—with very limited estimated sales volume of 10k units. However, NIO will still put much effort in its R&D by investing an estimated ~Rmb5 bn constantly, in 2018-2021. Therefore, with higher sales volume, to increase from 10k units in 2018E to 165k units in 2021E, the R&D expense per unit could substantially decline from Rmb505k per unit in 2018 to Rmb34k per unit in 2021.

**Figure 44: NIO car parc (car on the road) volume outlook**



Source: Credit Suisse estimates

**Figure 45: Operating cost per unit breakdown**



Source: Credit Suisse estimates

### Per units aftersales service & charging expense—down from Rmb17k in 2018 to Rmb11k in 2021

A similar rationale also applies to aftersales service and charging expenses. NIO's dealer and service network will face a low utilisation rate at the beginning of its operation, given the limited sales volume. However, with higher sales volume in 2018-21, which will result in a larger service-base for both charging and aftersales services, the utilisation rate of facilities and service crew will increase. Therefore, the aftersales service and charging expense is expected to decrease from Rmb17k in 2018 to Rmb11k in 2021.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000122



22 October 2018

## Financial forecast

We estimate NIO to make operating losses in 2018-20, and assume it achieves volumes of 165k and first-year breakeven in 2021. The sequential improvement in profitability is mainly thanks to: (1) NIO's increasing sales volume improving the effect of scale economy by lifting utilisation rate; and (2) falling component sourcing price, along with the fast growth of production/procurement volume, and the introduction of more of a dual supplier system for some key components vs the current sole supplier arrangement.

As a result, we forecast NIO will start to generate positive operating cash flow from 2020, thanks to the fast-improving operating margin. Meanwhile, we expect NIO to notably increase its debt level from 2019, via debt financing, given its continuous loss between 2018 and 2020. As a result, we forecast NIO's net debt to hit Rmb14.9 bn in 2020.

**Figure 46: NIO total operating profit (EBIT) outlook**



Source: Company data, Credit Suisse estimates

**Figure 47: NIO gross margin and operating margin**



Source: Company data, Credit Suisse estimates

**Figure 48: NIO operating cash flow outlook**



Source: Company data, Credit Suisse estimates

**Figure 49: NIO net debt (cash) position level outlook**



Source: Company data, Credit Suisse estimates

## Volume forecast: 216% CAGR

We forecast NIO's sales volume will increase at 216% CAGR in 2018-20 from 10k units in 2018 to 100k units in 2020. To achieve such volume growth, NIO is expected to (1) launch one new product each year e.g. ES8 SUV in 2018, ES6 SUV in 2019 and ET7 in 2020; and (2) expand its sales channel by adding more NIO Houses, from 3 in end-2017 to 50 by end-2020. New model launches and expansion of the NIO House network requires continued investment in plants, tooling, decoration, R&D and the like.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000123



22 October 2018

## Figure 50: NIO sales volume outlook by model



Source: Company data, Credit Suisse estimates

## Figure 51: NIO new product launch plan: one model each year



Source: Company data, Credit Suisse estimates

## Figure 52: NIO House network expansion (count) outlook



Source: Company data, Credit Suisse estimates

## Figure 53: NIO market share outlook in premium NEV market



Source: Company data, Credit Suisse estimates

Thanks to NIO's expanding product portfolio, from the ES8 seven-seater large SUV in 2018, to ES6 five-seater mid-sized SUV in 2019 and ET7 sedan in 2020, we forecast NIO will enjoy rising market share in 2018-20E, in the China NEV market. In the premium NEV passenger vehicle market, we expect NIO to gain share in 2019E thanks to fast growing sales volume. As Tesla is building a plant in Shanghai and plans to start producing Model S, Model X and Model 3 locally in 2020, we expect NIO's market share to decline in 2020 to 20%, due to a rapidly expanding overall premium NEV PV market size, thanks to Tesla's China localisation strategy.

## Vehicle revenue forecast: 190% CAGR

### We expect NIO's vehicle sales revenue to enjoy 190% CAGR in 2018-20E

Starting at Rmb4.6 bn revenue in 2018, we forecast NIO's top-line to grow at a 190% CAGR, to Rmb38.8 bn of revenue by 2020. The high revenue growth is driven by (1) rapid new-product launches and product portfolio expansion; (2) subsequent vehicle upgrades and facelifts; (3) successful ramp-up in JAC-NIO plant and Shanghai plant; and (4) NIO's effective sales and marketing strategies, e.g. NIO House expansion.

NIO plans to launch one new model per year, which supports its revenue growth. It has already decided to launch ES8 SUV in 2018, ES6 SUV in 2019 and ET7 sedan in 2020. We expect its new products will be priced in the range of Rmb400k-600k. Thus, we assume the ASP of each model is in the middle of the base price and fully loaded price.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000124

**CREDIT SUISSE**

22 October 2018

**Figure 54: NIO vehicle sales revenue outlook**



Source: Company data, Credit Suisse estimates

**Figure 55: NIO vehicle selling price by model**



| | ES8 | ES6 | ET7 |
|---|---|---|---|
| MSRP base | Rmb448,000 | Rmb378,000 | Rmb380,000 |
| MSRP with fully loaded options | Rmb571,000 | Rmb500,000 | Rmb500,000 |
| Average selling price | Rmb508,000 | Rmb438,000 | Rmb440,000 |

Source: Company data, Credit Suisse estimates

## Vehicle gross profit forecast: turn positive from 2019

**We expect NIO's vehicle gross profit margin to exceed 20% from 2020**

We expect NIO to make a gross profit in 2019 after a Rmb600 mn gross loss in 2018. We estimate its gross profit to increase 236% YoY in 2020—from Rmb2.7 bn in 2019 to Rmb9.1 bn in 2020. We forecast NIO's gross margin to improve from -13.8% in 2018 to 23.4% in 2020. Our confidence on NIO's gross margin expansion in 2018-20 comes from: (1) its increasing sales volume which will improve the effects of scale economy by lifting utilisation rate; and (2) a falling component-sourcing price along with the fast growth in production/procurement volume.

In particular, NIO will have three products in the market by 2020 with 67% capacity utilisation (100k unit sales volume vs 150k unit capacity), which will support >20% gross margin due to per unit fixed-cost dilution.

**Figure 56: NIO vehicle sales gross profit outlook**



Source: Company data, Credit Suisse estimates

**Figure 57: NIO vehicle gross margin outlook**



Source: Company data, Credit Suisse estimates

## After-sales services & charging revenue: 294% CAGR

**We expect NIO's after-sales services & charging revenue to enjoy 294% CAGR in 2018-20**

Thanks to the high growth of NIO's vehicle sales volume in 2018-20, the number of NIO vehicles on road will also surge sharply. We expect its number of car parc (vehicles on road) to spike from 10k units in 2018 to 155k units in 2020 with a CAGR of 294% in 2018-20. Thus, the increasing number of car parc will generate more revenue from after-sales services and charging services. We expect NIO's after-sales service and charging revenue

Nio Inc (NIO.N / NIO US)

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000125



22 October 2018

to increase from Rmb123 mn in 2018 to Rmb1,807 mn in 2020 with a CAGR of 284% in 2018-20.

Energy package/service package prices are Rmb10,800/Rmb14,800 each year (including 6% VAT) and each customer purchases Rmb4,000 of accessories on average when they buy a new NIO vehicle. Our take-rate assumption for service package is 50%, while our energy package take-rate assumption is expected to increase from 15% in 2018 to 22% in 2020, due to more customers not having a fixed parking space to install the "power home" charger.

**Figure 58: NIO after-sales service & charging revenue outlook**



Source: Company data, Credit Suisse estimates

**Figure 59: NIO car parc (car on the road) volume outlook**



Source: Company data, Credit Suisse estimates

## After-sales services & charging remain gross loss

**We expect NIO's after-sales service & charging to stay loss making**

As NIO wants to provide convenient services from the beginning, it may need to establish a large scale after-sales-service and charging network in the first few years, which is not cost-effective but good for its brand image build-up. Thus, we expect NIO's after-sales service and charging services to suffer a loss in 2018-20.

We estimate its gross margin for after-sales service and charging to be -63% in 2018 and sequentially improve to -23.2% in 2020 (still a loss). The key factor to improve the gross margin sequentially is an improving utilisation rate thanks to service/ charger volume increasing along with car parc. Meanwhile, the improving gross margin forecast will also be helped by the rising energy package take-rate: from 15% in 2018 to 22% in 2020.

**Figure 60: NIO after-sales service & charging gross profit outlook**



Source: Company data, Credit Suisse estimates

**Figure 61: NIO after-sales service & charging gross margin outlook**



Source: Company data, Credit Suisse estimates

Nio Inc (NIO.N / NIO US)

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000126



22 October 2018

## Blended revenue forecast: 192% CAGR

**We believe NIO's total revenue could enjoy a fast growth in 2018-20 with a CAGR of 192%**

Both the high growth of NIO's vehicle sales and after-sales service & charging revenue will drive up NIO's overall revenue in 2018-20. We expect NIO's vehicle sales/after-sales service & charging revenue to increase at a 190%/ 284% CAGR in 2018-20E. As a result, NIO's total revenue will enjoy 192% CAGR in 2018-20E. The high growth of vehicle sales is driven by (1) a sufficient and diversified product launch plan in the future with one new model and old model's facelift version to launch each year; (2) the successful production ramp-up; and (3) effective sales and marketing strategies. With more sales volume of NIO's products, we expect the after-sales service & charging revenue also to surge thanks to a higher number of NIO vehicles on the road.

We expect the majority percentage of revenue to be contributed by vehicle sales in 2018-20E. However, the after-sales service and charging revenue as a % of total will gradually increase due to the rising number of car parc. From 2018 to 2020, the after-sales and charging revenue as a % of total is expected to increase from 2.6% to 4.4%.

**Figure 62: NIO total revenue outlook**



Source: Company data, Credit Suisse estimates

**Figure 63: NIO total revenue breakdown**



Source: Company data, Credit Suisse estimates

## Capex outlook: Remains large in 2018-2020

**Rising capex for new plants and energy solution network**

We expect NIO's capex to increase from Rmb1.1 bn in 2017 to Rmb6.2 bn in 2020E, mainly due to preparing for the fully-owned Shanghai plant as well as potential new plants. The spending for sales, service and energy network also needs big-ticket investment for decoration, tool and equipment procurement etc.

NIO already has one JAC-NIO factory with 100k unit capacity and is building a new fully-owned factory in Shanghai with total designed capacity of 100k units. The Shanghai plant is expected to complete in mid-2020.

For NIO's sales, service and energy networks capex, we expect it to set up its service and energy networks aggressively in 2018-20 so as to convenience customers to begin with. Meanwhile, more capex will be incurred for NIO's sales network—mainly NIO House and delivery centres—from where NIO sends vehicles to customers.

The intangible assets are mainly derived from NIO's R&D process.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000127



22 October 2018

**Figure 64: NIO total capex outlook**



Source: Company data, Credit Suisse estimates

**Figure 65: NIO capex breakdown by usage**



Source: Company data, Credit Suisse estimates

## Blended gross profit to turn positive from 2019

**We expect NIO to turn profitable at the gross level in 2019, and 2020 gross profit to jump 263% YoY**

In 2018, we expect NIO to suffer a gross loss mainly because of its: (1) low capacity-utilisation rate, at only 10% (10k units sales volume vs. 100k units capacity); and (2) relatively high component-sourcing cost at the beginning.

We believe NIO could turn profitable at the gross level in 2019, thanks to rapid sales volume growth and a falling component sourcing price. In 2020, NIO's gross profit enjoys fastest YoY growth (263%) as we expect there will be another round of components-sourcing-cost decline for ES8 SUV, ES6 SUV and ET7 sedan when total sales volume of these products hits 100k units for the first time. On the after-sales-service and charging business, we expect it to continue to be loss-making at the gross level, but the losses to narrow due to higher operating leverage (e.g. more service unit per NIO House) in 2018-20.

**Figure 66: NIO total gross profit outlook**



Source: Company data, Credit Suisse estimates

**Figure 67: NIO total gross profit breakdown**



Source: Company data, Credit Suisse estimates

## Loss-making at the operating level in 2018-20

**We expect NIO to notably reduce operating loss in 2020**

In 2018-19, we estimate NIO will incur a large amount of operating costs (such as employee compensation, marketing and promotion, rental expense, etc.) to expand its NIO House and service network. NIO also needs to invest heavily in its new product

Nio Inc (NIO.N / NIO US)

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000128



development. Thus, given its low sales volume in 2018-19 and the large expenses to incur, we expect NIO's operating profit (EBIT) in 2018-19 to dip, at Rmb9.7 bn/Rmb8.1 bn in 2018/19.

Thanks to a spike in sales volume and a well-established network, we expect NIO to narrow the loss in 2020E because of (1) rising gross margin on component-sourcing cost drop and rising capacity-utilisation rate, and (2) reducing per unit SG&A and R&D expense along with fast-growing sales volume scale. As a result, we estimate NIO's gross margin and operating margin to improve from 2018-20E.

**Figure 68: NIO total operating profit (EBIT) outlook**



Source: Company data, Credit Suisse estimates

**Figure 69: Gross margin & operating margin outlook**



Source: Company data, Credit Suisse estimates

## SG&A and R&D cost continue to grow, but as a % of revenue continue to fall

**We expect NIO's expense-to-revenue ratio to decrease in 2018-20E**

We expect NIO's R&D/SG&A expense-to-revenue ratios to sharply decrease from 106%/106% in 2018 to 12.4%/15.5% in 2020E, thanks to fast growing revenue despite rising SG&A expenses.

SG&A expense is estimated to increase at a 39% CAGR in 2018-20E because of the rising operating expense costs (like employee compensation, marketing and promotion, rental expense, etc.) for its NIO House and delivery centres to meet increasing demand from prospective buyers, particularly in non-tier 1 cities. The NIO House number count is estimated to increase from three in end-2017 to 50 by end-2020.

However, we expect NIO's R&D cost to remain stable at Rmb4.5-5.0 bn level in 2018-20E. It has already reached a similar level to Tesla's R&D expense in 2015-16 as well as SAIC Roewe & MG local brand operations' R&D expense level in 2015-16.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000129



22 October 2018



Figure 70: NIO's R&D expense and as % of revenue

Source: Company data, Credit Suisse estimates



Figure 71: NIO's SG&A expense and as a % of revenue

Source: Company data, Credit Suisse estimates

## Cash flow outlook

**Operating cash flow turns positive from 2020 but not for free cash flow in 2020**

We expect NIO to generate positive operating cash flow from 2020 after its total sales volume reaches 100k units. Achieving 100k units sales volume is a key stage for OEMs, post which OEMs could enjoy lower components sourcing costs and lower fixed cost per unit.

Given NIO uses a direct selling strategy, it barely generates any account receivables as customers normally pay the full amount when receiving the products. Thus, NIO could leverage the balance sheets of its suppliers to grow its business. As a result, it enjoys big ticket operating cash flow from rising account payables growth.

We have assumed NIO has 20-day inventories days, one-day accounts receivable and 75-days of accounts payables. Thus, the net working capital structure is expected to be favourable to NIO.

Despite operating cash flow turning positive in 2020, the big-ticket capex plan still results in Rmb5.4 bn negative free cash flow. This is quite typical for an early stage company that still needs investment for its future development. As a result, we expect NIO to have a net debt position of Rmb9.8 bn at end-2020.



Figure 72: NIO's operating cash flow outlook

Source: Company data, Credit Suisse estimates



Figure 73: NIO's working capital change outlook

Source: Company data, Credit Suisse estimates

Meanwhile, we expect NIO to notably increase its debt level starting 2019 via loan financing, given the company's continuous operating loss between 2018 and 2020. As a result, we forecast NIO to turn to net debt position from 2019 with net debt hitting Rmb14.9

Nio Inc (NIO.N / NIO US)

38

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000130

**CREDIT SUISSE**

22 October 2018

bn in 2020. We do not anticipate NIO taking up new equity financing, as China's domestic commercial banks are willing to provide bank facility to list companies from fast growth sectors, such as NEV. Currently, NIO has received banking facilities from a wave of domestic commercial banks, like Bank of Shanghai, Bank of Nanjing, China Merchants bank, China CITIC Bank, Zhejiang Merchants Bank, Hangzhou Bank, Pudong Development Bank, Bank of Communication, Xiamen international Bank, China Everbright Bank, etc.

**Figure 74: NIO's free cash flow outlook**



Source: Company data, Credit Suisse estimates

**Figure 75: NIO's net debt (cash) position level outlook**



Source: Company data, Credit Suisse estimates

**Figure 76: NIO's income statement**

| P&L (Rmb mn) | 2017 | 2018e | 2019e | 2020e | | 2018e YoY | 2019e YoY | 2020e YoY |
|---|---|---|---|---|---|---|---|---|
| Revenue | | 4,752 | 18,686 | 40,655 | | | 293% | 118% |
| COGS | | (5,469) | (16,316) | (32,001) | | | 198% | 96% |
| Gross Profit | | (717) | 2,371 | 8,654 | | | -431% | 265% |
| R&D expense | (2,603) | (5,050) | (4,477) | (5,023) | | 94% | -11% | 12% |
| SG&A expense | (2,351) | (3,911) | (5,971) | (6,282) | | 66% | 53% | 5% |
| Profit / (Loss) from operation | (4,954) | (9,678) | (8,077) | (2,651) | | 95% | -17% | -67% |
| Interest income | 19 | 226 | 128 | 124 | | 1091% | -43% | -3% |
| Interest expenses | (18) | (34) | (86) | (653) | | 86% | 155% | 663% |
| Share of profit / (losses) of equity investee | (5) | (5) | (5) | (5) | | 0% | 0% | 0% |
| Investment income | 3 | 3 | 3 | 3 | | 0% | 0% | 0% |
| Other income / (loss), net | (59) | | | | | | | |
| Profit / (Loss) before income tax | (5,013) | (9,487) | (8,037) | (3,182) | | 89% | -15% | -60% |
| Income tax expense | (8) | - | - | - | | | | |
| Net profit / (loss) after tax | (5,021) | (9,487) | (8,037) | (3,182) | | 89% | -15% | -60% |
| Accretion on convertible redeemable preferred sh | (2,577) | (14,000) | | - | | 443% | | |
| Minority interest | 36 | 33 | 33 | 33 | | -10% | | |
| Net profit / (loss) | (7,562) | (23,454) | (8,004) | (3,149) | | 210% | -66% | -61% |
| Margins | 2017 | 2018 | 2019 | 2020 | | 2018e YoY | 2019e YoY | 2020e YoY |
| Gross margin | | -15.1% | 12.7% | 21.3% | | 27.8% | 8.6% | |
| R&D expense / sales | | -106.3% | -24.0% | -12.4% | | 82.3% | 11.6% | |
| SG&A expense / sales | | -82.3% | -32.0% | -15.5% | | 50.3% | 16.5% | |
| Operating margin | | -203.6% | -43.2% | -6.5% | | 160.4% | 36.7% | |
| Interest income /sales | | 4.8% | 0.7% | 0.3% | | -4.1% | -0.4% | |
| Interest expenses / sales | | -0.7% | -0.5% | -1.6% | | 0.2% | -1.1% | |
| Share of profit / (losses) of equity investee / sales | | -0.1% | 0.0% | 0.0% | | 0.1% | 0.0% | |
| Investment income / sales | | 0.1% | 0.0% | 0.0% | | -0.1% | 0.0% | |
| Other income / (loss), net / sales | | 0.0% | 0.0% | 0.0% | | 0.0% | 0.0% | |
| PBT margin | | -199.6% | -43.0% | -7.8% | | 156.6% | 35.2% | |
| PAT margin | | -199.6% | -43.0% | -7.8% | | 156.6% | 35.2% | |
| Accretion on convertible redeemable preferred shares to reder | | 0 | 0.0% | 0.0% | | 0.0% | 0.0% | |
| Net margin | | -493.6% | -42.8% | -7.7% | | 450.7% | 35.1% | |

Source: Company data, Credit Suisse estimates

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000131



## Figure 77: NIO's balance sheet

| BS (Rmb mn) | 2017 | 2018e | 2019e | 2020e | 2018e YoY | 2019e YoY | 2020e YoY |
|---|---|---|---|---|---|---|---|
| **Current assets** | | | | | | | |
| Cash and cash equivalents | 7,506 | 4,246 | 4,105 | 4,329 | -43% | -3% | 5% |
| Restricted cash | 11 | 11 | 11 | 11 | 0% | 0% | 0% |
| Amounts due from related parties | 30 | 30 | 30 | 30 | 0% | 0% | 0% |
| Inventories | 89 | 300 | 894 | 1,753 | 235% | 198% | 96% |
| Trade receivable | | 13 | 51 | 111 | | 293% | 118% |
| Prepayments and other current assets | 674 | 800 | 800 | 800 | 19% | 0% | 0% |
| **Total current assets** | **8,310** | **5,399** | **5,891** | **7,034** | **-35%** | **9%** | **19%** |
| | | | | | | | |
| **Non-current assets** | | | | | | | |
| Long-term restricted cash | 14 | 14 | 14 | 14 | 0% | 0% | 0% |
| Property, plant and equipment, net | 1,911 | 6,205 | 10,343 | 14,490 | 225% | 67% | 40% |
| Intangible assets, net | 4 | 457 | 758 | 1,018 | 10164% | 66% | 34% |
| **Total non-current assets** | **2,158** | **6,903** | **11,340** | **15,745** | **220%** | **64%** | **39%** |
| | | | | | | | |
| **Current liabilities** | | | | | | | |
| Short-term borrowings | 29 | 342 | 2,610 | 3,845 | 1089% | 663% | 47% |
| Trade payable | 234 | 2,397 | 4,023 | 6,576 | 925% | 68% | 63% |
| Accrual and other liabilities | 1,286 | 1,286 | 1,286 | 1,286 | 0% | 0% | 0% |
| **Total current liabilities** | **1,619** | **4,095** | **7,989** | **11,777** | **153%** | **95%** | **47%** |
| | | | | | | | |
| **Non-current liabilities** | | | | | | | |
| Long-term borrowings | 642 | 1,369 | 10,440 | 15,382 | 113% | 663% | 47% |
| Other non-current liabilities | 141 | 141 | 141 | 141 | 0% | 0% | 0% |
| **Total non-current liabilities** | **784** | **1,510** | **10,581** | **15,523** | **93%** | **601%** | **47%** |
| | | | | | | | |
| **Total NIO Inc. shareholders' (deficit) / equity** | **(11,603)** | **6,719** | **(1,285)** | **(4,434)** | **-158%** | **-119%** | **245%** |
| | | | | | | | |
| Non-controlling interests | 11 | (22) | (55) | (88) | -292% | 152% | 60% |
| **Total shareholders' (deficit) / equity** | **(11,592)** | **6,697** | **(1,340)** | **(4,521)** | **-158%** | **-120%** | **237%** |
| | | | | | | | |
| **Total liab. & equity** | **10,468** | **12,302** | **17,230** | **22,778** | **18%** | **40%** | **32%** |

Source: Company data, Credit Suisse estimates

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000132



22 October 2018

## Figure 78: NIO's cash flow statement

| CF (Rmb mn) | 2017 | 2018e | 2019e | 2020e | 2018e YoY | 2019e YoY | 2020e YoY |
|---|---|---|---|---|---|---|---|
| Operating cash before working capital | (4,705) | (9,227) | (6,846) | (881) | 96% | -26% | -87% |
| Profit before tax | (5,021) | (9,487) | (8,037) | (3,182) | 89% | -15% | -60% |
| Dpreciation and amortization | 168 | 451 | 1,232 | 1,770 | 169% | 173% | 44% |
| Foreign exchange (gain) / loss | 50 | | | | | | |
| Share-based compensation expenses | 90 | | | | | | |
| Investment income | (3) | (3) | (3) | (3) | 0% | 0% | 0% |
| Share of losses of equity investee | 5 | 5 | 5 | 5 | 0% | 0% | 0% |
| Finance cost (net) | | (192) | (43) | 529 | | -78% | -1341% |
| | | | | | | | |
| Change in workling capital | 131 | 1,815 | 993 | 1,633 | 1288% | -45% | 64% |
| Prepayments and other current assets | (405) | (126) | - | - | -69% | | |
| Trade receivables | | (13) | (38) | (60) | | 193% | 58% |
| Inventories | (89) | (210) | (594) | (859) | 135% | 183% | 45% |
| Other non-current assets | (67) | - | - | - | | | |
| Trade payable | | 2,163 | 1,626 | 2,553 | | -25% | 57% |
| | | | | | | | |
| Net cash flow from operating activities | (4,575) | (7,412) | (5,853) | 752 | 62% | -21% | -113% |
| | | | | | | | |
| Purchase of property, plant and equipment and intan | (1,114) | (5,198) | (5,670) | (6,177) | 367% | 9% | 9% |
| Interest received | | 226 | 128 | 124 | | -43% | -3% |
| Net cash flow from investing activities | (1,200) | (4,972) | (5,542) | (6,053) | 314% | 11% | 9% |
| | | | | | | | |
| Free cash flow | (5,689) | (12,610) | (11,522) | (5,425) | 122% | -9% | -53% |
| Proceeds from borrowings | 634 | 1,040 | 11,339 | 6,177 | 64% | 991% | -46% |
| Proceeds | | 6,900 | | | | | |
| Interest paid | | (34) | (86) | (653) | | 155% | 663% |
| Repayment of convertible promossory note | (325) | | | | | | |
| Net cash flow from financing activities | 12,867 | 9,124 | 11,254 | 5,525 | -29% | 23% | -51% |
| | | | | | | | |
| Net cash flow | 6,925 | (3,260) | (140) | 223 | -147% | -96% | -259% |
| Cash&cash equivalents at beginning of the year | 581 | 7,506 | 4,246 | 4,105 | 1191% | -43% | -3% |
| Cash and cash equivalents at end of the year | 7,506 | 4,246 | 4,105 | 4,329 | -43% | -3% | 5% |

Source: Company data, Credit Suisse estimates

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000133



22 October 2018

# Valuation and risks

**DCF is the most appropriate method for valuing an early-stage, growing company like NIO, which leads us to a target price US$12.60**

**Why a discounted cash flow (DCF) approach?** Despite some of the shortcomings of the DCF valuation, such as the reliability of long-term forecasts and the sensitivity to WACC/terminal growth assumptions, we think DCF is the most appropriate method for valuing an early-stage, growing company like NIO. In other words, NIO's earnings power cannot be fully exhibited within the next several years via simple multiples, and it is thus imperative to value NIO on a long-term basis that captures the transformational developments to the top line.

**Figure 79: NIO's free cash flow outlook**



Source: Company data, Credit Suisse estimates

**Valuation key assumptions: US$12.97 bn market cap or US$12.6 per share**

We have chosen a 13-year forecasted time horizon for our DCF which captures the full maturation of the ES8, ES6, ET7, and its fourth product. Our 2030 volume estimate of 555k units only implies an 8.3% share of China premium brand car market, which we believe can grow over the subsequent years. Therefore, we see that our 4% terminal growth rate is within the reasonable range. As a result, the terminal value accounts for 75% of the total DCF value across the range of methodologies we have applied.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000134

CREDIT SUISSE

22 October 2018

**Figure 80: Valuation breakdown (assuming 4% terminal growth)**



- Terminal value
- Value of year 2018-2030E
- Net debt/(cash) & minority

Source: Company data, Credit Suisse estimates

Our DCF leads us to a target price US$12.60, assuming, NIO will achieve volume of 165k and its first-year breakeven in 2021. We have applied an 11% WACC for our equity valuation. Key assumptions include a 4.3% cost of debt, a 4.0% risk-free rate, 1.5 beta, a 15% income tax rate, a 77% equity/equity + debt ratio and 4% terminal growth rate. We highlight that the 1.5 beta is much higher than that of most auto companies (including Tesla) as we try to factor in the potential higher volatility risk, given NIO is a company in an early stage.

**Figure 81: Discounted free cash flow outlook**



Source: Company data, Credit Suisse estimates

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000135



CREDIT SUISSE

## Figure 82: NIO's discount cash flow valuation—US$12.97 bn or US$12.6 per share

| (Rmb mn) | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | Terminal value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total sales volume (unit) | 10,000 | 45,000 | 100,000 | 165,000 | 225,000 | 275,000 | 315,000 | 355,000 | 395,000 | 435,000 | 475,000 | 515,000 | 555,000 | |
| Automotive ASP (Rmb) | 472,414 | 407,088 | 395,345 | 393,103 | 393,487 | 394,232 | 394,691 | 395,046 | 395,330 | 395,561 | 395,753 | 395,916 | 396,055 | |
| Vehicle sales revenue (Rmb mn) | 4,629 | 18,020 | 38,848 | 63,668 | 86,760 | 106,012 | 121,301 | 136,592 | 151,926 | 167,308 | 182,714 | 198,120 | 213,526 | |
| Vehicle service revenue (Rmb mn) | 123 | 666 | 1,807 | 3,672 | 6,153 | 9,102 | 12,466 | 16,296 | 20,412 | 24,929 | 29,748 | 34,616 | 39,334 | |
| **Total revenue** | **4,752** | **18,686** | **40,655** | **67,340** | **92,913** | **115,114** | **133,767** | **152,888** | **172,337** | **192,237** | **212,461** | **232,736** | **252,861** | |
| YoY growth | | 293% | 118% | 66% | 38% | 24% | 16% | 14% | 13% | 12% | 11% | 10% | 9% | |
| Operating Income (EBIT) | (9,678) | (8,077) | (2,651) | 3,020 | 8,650 | 11,267 | 12,514 | 13,520 | 14,309 | 15,032 | 15,704 | 16,324 | 17,006 | |
| Operating Margin | 203.6% | -43.2% | -6.5% | 4.5% | 9.3% | 9.8% | 9.4% | 8.8% | 8.3% | 7.8% | 7.4% | 7.0% | 6.7% | |
| Depreciation & amortization | (451) | (1,232) | (1,770) | (2,122) | (2,337) | (2,675) | (3,009) | (3,456) | (4,015) | (4,585) | (4,840) | (5,198) | (5,537) | |
| EBITDA | (9,227) | (6,846) | (881) | 5,141 | 10,987 | 13,942 | 15,523 | 16,976 | 18,325 | 19,617 | 20,544 | 21,522 | 22,543 | |
| % Growth | | -26% | -87% | 684% | 114% | 27% | 11% | 9% | 8% | 7% | 5% | 5% | 5% | |
| Net Interest Income (Expense) | 192 | 43 | (529) | (831) | (802) | (420) | (74) | 171 | 413 | 656 | 924 | 1,209 | 1,512 | |
| Share of profit / (losses) of equity in | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | |
| Investment income | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | |
| **Before income tax** | **(9,487)** | **(8,037)** | **(3,182)** | **2,187** | **7,846** | **10,845** | **12,439** | **13,689** | **14,720** | **15,686** | **16,626** | **17,532** | **18,516** | |
| Income tax expense | - | - | - | (328) | (1,177) | (1,627) | (1,866) | (2,053) | (2,208) | (2,353) | (2,494) | (2,630) | (2,777) | |
| **Porfit after tax** | **(9,487)** | **(8,037)** | **(3,182)** | **1,859** | **6,669** | **9,218** | **10,573** | **11,635** | **12,512** | **13,333** | **14,132** | **14,902** | **15,738** | |
| Change in working capital | 1,815 | 993 | 1,633 | 2,691 | 2,535 | 2,508 | 2,207 | 2,286 | 2,338 | 2,382 | 2,402 | 2,377 | 2,302 | |
| Capex | (5,198) | (5,670) | (6,177) | (5,035) | (3,558) | (5,126) | (5,212) | (6,568) | (7,798) | (8,113) | (8,430) | (8,730) | (7,523) | |
| capex % to revenue | -109.4% | -30.3% | -15.2% | 7.5% | -3.8% | -4.5% | -3.9% | -4.3% | -4.5% | 4.2% | -4.0% | -3.8% | -3.0% | |
| **Free cashflow** | **(12,610)** | **(11,522)** | **(5,425)** | **2,469** | **8,787** | **9,697** | **10,653** | **10,641** | **10,656** | **11,533** | **12,021** | **12,539** | **14,545** | **215,859** |
| Discounted FCF (Present Value) | (13,721) | (11,294) | (4,791) | 1,964 | 6,296 | 6,259 | 6,194 | 5,574 | 5,029 | 4,902 | 4,603 | 4,326 | 4,520 | 67,080 |

| Value of core operations | 86,943 |
|---|---|
| minority interest | (24) |
| Net debt/(cash) | (2,758) |
| **Equity value (Rmb)** | **89,725** |
| **Equity value (USD)** | **12,968** |
| No. of shares (mn) | 1,026 |
| **Value per share (USD)** | **12.6** |

| WACC & Growth Assumptions | |
|---|---|
| Equity / (Equity +Debt) Ratio | 77.2% |
| Risk free rate | 4.0% |
| Market risk premium | 6.0% |
| Beta | 1.50 |
| Borrowing cost | 5% |
| Tax Rate | 15% |
| WACC | 11.0% |
| Terminal growth rate | 4.0% |

Source: Company data, Credit Suisse estimates

CREDIT SUISSE

22 October 2018

**Peers comparison:** Our target price of US$12.60 implies 4.8x/2.2x 2019/2020E per share, which is notably higher than the global premium auto brand peers' average. Peer group's market-cap weighted average 2019/2020E per share was 0.9x/0.9x, or below half of NIO's per share multiples. As a growing company in its early stage, NIO's growth profile cannot be fully exhibited within the next several years via near-term multiples. Thus, such kind of valuation multiple premiums are reasonable and can be justified by NIO's high growth profile.

**Figure 83: Global premium auto brand peers' valuation comparison**

|  | Bloomberg Ticker | Market Cap (US$ bn) | P/E (x) | | | P/B (x) | | | EV/EBITDA (x) | | | Price /Sales | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 2018E | 2019E | 2020E | 2018E | 2019E | 2020E | 2018E | 2019E | 2020E | 2018E | 2019E | 2020E |
| Tata Motors | TTMT IN | 8.0 | 8.0x | 5.6x | 4.7x | 0.6x | 0.6x | 0.5x | 2.6x | 2.2x | 1.9x | 0.2x | 0.2x | 0.2x |
| Volkswagen | VOW GR | 59.5 | 5.5x | 4.8x | 4.5x | 0.6x | 0.5x | 0.5x | 2.0x | 1.8x | 1.7x | 0.3x | 0.3x | 0.3x |
| Tesla | TSLA US | 43.0 | -45.0x | 79.1x | 26.6x | 7.9x | 7.3x | 5.6x | 32.9x | 15.1x | 10.4x | 2.1x | 1.5x | 1.2x |
| Ferrari | RACE IM | 21.8 | 30.4x | 28.1x | 25.0x | 14.5x | 10.7x | 8.4x | 17.8x | 16.1x | 14.1x | 5.4x | 5.0x | 4.6x |
| BMW | BMW GR | 55.9 | 7.1x | 6.7x | 6.5x | 0.8x | 0.8x | 0.7x | 6.8x | 6.4x | 6.3x | 0.5x | 0.5x | 0.5x |
| Daimler | DAI GR | 64.9 | 6.2x | 5.9x | 5.7x | 0.8x | 0.7x | 0.7x | 2.1x | 2.0x | 1.9x | 0.3x | 0.3x | 0.3x |
| Global auto makers' simple Avg. |  |  | 2.0x | 21.7x | 12.2x | 4.2x | 3.5x | 2.7x | 10.7x | 7.2x | 6.0x | 1.5x | 1.3x | 1.2x |
| Global auto makers' market cap weighted Avg |  |  | -0.3x | 20.2x | 10.8x | 3.1x | 2.7x | 2.2x | 9.7x | 6.3x | 5.3x | 1.1x | 0.9x | 0.9x |

Source: Bloomberg, Credit Suisse estimates

### How Tesla's market cap transformed historically

Tesla as a brand is well-known and is nearly synonymous with premium electric vehicles globally. Due to no legacy arrangements with any dealer network, low maintenance needs of NEVs, and the use of internet to handle most automotive transactions, Tesla is able to sell vehicles directly. Given a similar brand positioning and business model for vehicle distribution, we regard Tesla as a close peer of NIO. Historically, Tesla's market cap fluctuation has closely followed volume transformational development. When Tesla started delivering its first fully develop-from-scratch model, Model S, in 2012, its market cap had more than quadrupled from US$3.3 bn in mid-2012 to US$15 bn in mid-2013.

**Figure 84: Tesla's market cap transformed historically along with sales volume growth**



Source: Company data, the BLOOMBERG PROFESSIONAL™ service

NIO started delivering its ES8 SUV from June 2018, to fulfill around 15k units of order backlog. Monthly delivery volume had increased continuously in the past three months to 1,766 units in September 2018 (up 58% MoM), thanks to the ramping up of production volume. This demonstrated NIO's steady production ramp-up capability, strong demand from users, and acceptance of NIO as a premium brand. This will alleviate concerns on

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000137



22 October 2018

NIO's product quality, manufacturing, and supply chain management capability. This period was very similar to Tesla's experience between 2012 and 2013.

**Figure 85: NIO's monthly production volume and delivery (to customers)**



Source: Company data

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000138

CREDIT SUISSE

22 October 2018

# HOLT® view on NIO

Figure 86 reflects CS forecasts for sales, margins, and asset turns for Nio Inc. for the period from 2018E to 2030E. The CFROI® profile indicates economic returns to turn positive from 2021E onwards, remaining above cost-of-capital levels with an average of c.10.6% from 2021E-30E. This is supported by robust top-line CAGR of c.39% and asset efficiency improving from 0.20x to 1.76x over the next 13 years.

Beyond the explicit forecast period, HOLT uses a fade-DCF model to arrive at a warranted price, assuming CFROI and discount rate gradually fade to 6% in the long run, while asset growth also fades to 2.5%—incorporating the economic reality of competition which causes the return and growth rates to regress to the mean.

Linking CS Analyst estimates to Credit Suisse HOLT suggests a warranted price of US$10.62 per share (+36% upside to the current market price) and in line with analyst's OUTPERFORM rating.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000139



22 October 2018

## Figure 86: CS Analyst estimates suggest robust ~39% top-line CAGR from 2018 to 2030



Source: Credit Suisse HOLT

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000140


## Key investment risks

- **Execution risk on near-term milestones, such as inability to deliver products on time.** NIO may fail to develop, manufacture, market, and sell its electric vehicle products. As NIO has to leverage its partners' factory and needs time to build its own factory, it may face capacity shortage. NIO is a new entrant in the auto industry, and may not be able to successfully introduce new and improved electric vehicle products periodically. Meanwhile, a serious misstep on the costs and commercial appeal of NIO's models could jeopardise its ability to participate in the premium NEV market.

- **Potential disputes with manufacturing partners.** NIO entered into an agreement with Jianghuai Automobile (JAC) for the production of ES8 SUV and ES6 SUV for a period of five years. Given JAC plant is not in NIO's control, NIO may delay the delivery of products due to JAC missing timelines or capacity constraints. Moreover, NIO's premium positioning may be negatively affected by public reception of JAC's quality.

- **Failure to meet customers' expectation.** The biggest risk for new auto OEMs comes after product delivery and not during the making of the car. As NIO positions itself as a premium brand, the public has set a high expectation of its products and services. However, any product defects or service failures could harm NIO's brand and reputation, and result in revenue decline, delivery recalls, product recalls, product liability claims, etc.

- **Failure to provide convenient charging solutions.** Comprehensive charging solutions are one of the key features of NIO. Its charging solutions include power home, power mobile, power express, and power swap. As NIO has very limited experience in providing charging solutions, it may not be able to provide sufficient charging network at an initial stage, which could negatively affect customers' acceptance of NIO.

- **Failure to satisfy mandated safety standards.** In China, vehicles must pass various tests, undergo a certification process, and be listed with China Compulsory Certification (CCC), so that vehicles can be sold and used. NIO's ES8 SUV obtained CCC certification in Dec-2017. For its other products (ES6 SUV and ET7 sedan), it has not started the certification process yet. Thus, NIO's new products may not be able to obtain certification successfully, which could negatively affect NIO's operational and financial outlook.

- **Potential price increase of raw materials and components.** Given NIO is still involved in the vehicle manufacturing process, its exposure to raw materials like aluminium, steel, carbon fibre, lithium, nickel and cobalt, is still high. Moreover, NIO also sources battery cell and other components from suppliers. Thus, the increasing price of raw materials and components will negatively affect NIO's financials.

- **Potential loss of reservations for ES8.** NIO has received an order backlog of 18,000 units for ES8, with deposits as of 31 May 2018. Of the 18,000 units order backlog, 17,000 units have an initial fully refundable deposit of Rmb5,000, and 1,000 units order has been put into production. The fully refundable deposits become non-refundable once the vehicle enters into production. Given (1) the cancellation of orders is out of NIO's control, and (2) customers may still need to wait a long time to obtain their ES8, the potential delay of ES8 may incur significant order cancellations, which will negatively affect NIO's business.

- **Inability to control the costs incurred for future business development.** Given NIO is still at the initial stage of its business and has just launched its first volume product—ES8 SUV—it may need to incur significant costs to expand its business, e.g., NIO Houses, charging network, and factories. Thus, NIO's profitability will be negatively affected if it cannot manage costs efficiently.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000141



22 October 2018

- **Failure to build NIO premium brand.** Unlike other traditional OEMs emphasising heavily on products, NIO targets building its premium brand image via providing high-quality products and superior services. To develop and strengthen NIO's brand, the company has initiated an annual NIO Day, Formula E team, and has actively participated in different automotive shows and events. As NIO has to incur high costs on branding, its operational performance may be negatively affected if it stops investing in its brand build-up.

- **Potential loss of key executive officers, and staff members.** NIO, as a start-up company, largely depends on the continued efforts of its executive officers and key employees. With NIO becoming more famous, competitors may poach its employees. Given NEV manufacturing is different from ICE vehicle production, it is not easy for NIO to find replacements immediately. Moreover, if some of its executive directors leave the firm and form a new one, NIO may lose customers, know-how, and key staff.

- **Evolution of battery technology.** Our forecast for China's premium NEV growth is dependent on a significant improvement in battery performance at a sharply reduced cost (a 12% CAGR between 2013 and 2022). The path to US$155 per kWh battery (in 2022) and fast recharging will require NEVs as a competitive option vs advanced internal combustion engine technology.

- **Competition from other NEV entrants and existing OEMs.** NIO will face a wave of new NEV competition. On the one hand, most incumbent OEMs are devoting huge investment and engineering resources to develop their NEVs. On the other, there are over 100 new entrants in NEV in this fast growing market, which will lead to a big spike in NEV capacity. The potential oversupply could threaten NIO.

- **Charging infrastructure development.** Our assumptions for China's NEV growth require both significant investment in charging facility and upgrade of the electric grid. We believe a rapidly growing charging infrastructure will pave the way for NEV development, as charging facilities are the major bottleneck for NEV demand currently. By end-2017, there were only 446,000 charging piles. However, the number is estimated to rise to 5 mn units in 2020, 20 mn units in 2025, and 80 mn units in 2030, according to Technology Roadmap for Energy-Saving and New Energy Vehicles from Chinese Society of Automotive Engineers. However, this ambitious plan requires huge capital investment and a coordinated effort from utilities, regulators, and the government; any postponement in the schedule would result in downside risk to our volume forecast.

- **Government regulation changes, such as bigger-than-expected NEV subsidy cut.** In the near term, China's NEV market is a policy driven market. China governments, both central and local, are pushing for adoption of NEVs with strong policy support owing to worsening air pollution as well as China's focus on petroleum resource independence. On 13 Feb 2018, China's government had reduced the subsidy for pure-electric passenger vehicles (PV) short-drive distance (<300 km) cars by 23-100% but raised the subsidy for long-drive distance (>300 km) cars' by 2-14%. This indicated a potential budget shortage for NEV subsidy, as the Chinese government had too much sector and area to take care of, like national security, energy security, job security, etc. If there is a larger-than-expected subsidy drop, it will also hurt our NEV volume forecast.

Nio Inc (NIO.N / NIO US)

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000142



22 October 2018

# Appendix: Company background

NIO designs, develops, jointly manufactures, and sells smart and connected premium electric vehicles. NIO is driving automotive innovations in vehicle connectivity, autonomous driving, and artificial intelligence.

**Figure 87: NIO—a global startup with China focus**



Source: Company data

**Figure 88: NIO's production facilities in China**



Source: Company data

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000143



22 October 2018

## Figure 89: NIO's production facilities in China

Hefei JAC: NIO smart NEV manufacturing base
Capex: Rmb2.2 bn
Capacity: 100,000 units

Nanjing e-motors and electronic modules plant (XPT)
Capex: Rmb3 bn
Capacity: 280,000 units









Changshu battery pack (ESS) manufacturing base

Kunshan inverters (PEU) manufacturing base



Source: Company

## Figure 90: Corporate History

**Feb.** NIO Nextev (UK) Limited founded in the United Kingdom as Formula E and EP9 electric supercar headquarters. It also provides engineering support for vehicle R&D in Shanghai.

**Jan.** Established NIO Power Express Limited,, which later incorporated NIO Energy Investment (Hubei) Co., Ltd. to handle power management operation.
**Feb.** Established NIO User Enterprise Limited, which incorporated Shanghai NIO Sales and Services Co., Ltd. to handle sales and services of electric vehicles.
**Mar.** Unveiled our vision car, EVE, in Austin, Texas.

**Mar.** As the first batch of companies to obtain a Shanghai Intelligent Connected Vehicle Test Licence to test 17 items

**Feb.** NIO Nextev Ltd. (wholly-owned) founded in Hong Kong

- **Oct.** Obtained an autonomous vehicle testing permit in USA.
- **Nov.** Unveiled NIO brand and the EP9 in London.

- **Nov.** Opened first NIO House
- **Dec.** Held first NIO Day and introduced the ES8 and began taking orders.

| 1Q15 | 2Q15 | 3Q15 | 4Q15 | 1Q16 | 2Q16 | 3Q16 | 4Q16 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 1Q18 | 2Q18 |

- **May.** NIO Co., Ltd. (wholly-owned) founded in Shanghai as global headquarters and engage in R&D activities.
- **May.** NIO GmbH founded in Germany as vehicle design headquarters

- **Apr.** NIO SPORT Limited founded in Hong Kong to handle Formula E operation.
- **Apr.** Invested Nanjing high-performance motor plant with RMB3 billion capex.
- **Apr.** XPT established XPT Technology Limited in charge of i XPT's IP management.
- **May.** XPT established Jiangsu Weiran Investment Co., Ltd. as technology development base in China.
- **May,.** Entered into a manufacturing cooperation agreement with JAC

- **Apr.** As the first batch of companies to obtain a Beijing Autonomous Driving Test Licence to test various items.
- **Apr.** Entered into contractual arrangements with Shanghai Anbin and Beijing NIO, VIEs, and their shareholders to conduct certain of China operations in the future
- **May.** XPT (Nanjing) E-Powertrain Technology. and Nanjing Punch Powertrain Automatic Transmission entered into a NEV gear box JV agreement

- **Nov.** NIO USA, Inc. (USA headquarters) established to design and develop software and hardware for autonomous driving systems and other advanced technology modules
- **Dec.** XPT Limited established in Hong Kong to engage in electric vehicles of systems and components development

- **Apr.** Unveiled first volume manufactured passenger car, the ES8, and showcased EP9 and EVE
- **May.** EP9 electric supercar broke the record for fastest lap for a production car around the Nurburgring in Germany after having already broken the records for fastest autonomous lap and fastest lap for a production car around the Circuit of the Americas in Texas, USA

Source: Company data

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000144

 CREDIT SUISSE

22 October 2018

## Figure 91: NIO's corporate structure



Source: Company data

## Management profiles

### Figure 92: Management profile

| Directors & executive officers | Age | Position | Description |
|---|---|---|---|
| Bin Lin (William) | 43 | Chairman & Chief Executive Officer | Mr Bin Li is the founder and has served as Chairman of the board and CEO since inception. Mr Li currently also serves as Chairman of the board of directors at Bitauto Holdings Limited, an NYSE-listed automobile service company and a leading automobile service provider in China. In 2000, Mr Li co-founded Beijing Bitauto E-Commerce Co., Ltd. and served as its director and president until 2006. In 2002, Mr Li co-founded Beijing C&I Advertising Company Limited and has served as its Chairman of the board of directors and CEO since its inception. In addition, Mr Li currently serves as Vice-Chairman of China Automobile Dealers Association (CADA), and was recognised by CADA in 2008 as one of the Top 10 most influential and distinguished people in China's automobile dealer industry in the past 20 years. Mr Li received his bachelor's degree in sociology from Peking University where he minored in Law. |
| Lihong Qin | 44 | Director and President | Mr Lihong Qin is the co-founder and has served as Director and President since NIO's inception. Prior to NIO, Mr Qin served as chief marketing officer and executive director at Longfor Properties Co., Ltd., a leading company involved in property development and investment in China, from 2008 to 2014. He also served as deputy general manager at Anhui Chery Automobile Sales and Service Company from 2005 to 2008, as senior consultant and project manager at Roland Berger Strategy Consultants from 2003 to 2005, and as assistant brand manager at the Marketing Department of Procter & Gamble (Guangzhou) Ltd. from 2001 to 2003. Mr Qin received his bachelor's degree and a master's degree in law from Peking University in 1999 and a master's degree in public policy from Harvard University. |

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000145

**CREDIT SUISSE**

22 October 2018

| Directors & executive officers | Age | Position | Description |
|---|---|---|---|
| Louis T. Hsieh | 53 | Chief Financial Officer | Mr Louis T. Hsieh has served as CFO since May 2017. Mr Hsieh also serves as a Non-executive director and Senior advisor to the CEO at New Oriental Education and Technology Group, or New Oriental, an NYSE-listed company providing private educational services in China. Mr Hsieh joined New Oriental in 2005 and served as CFO from 2005 to 2015, as President from 2008 to 2016, and Director since 2007. He is also an independent Director and Chairman of audit committee for each of JD.com, Inc., China's largest direct sales internet company; YUM China Holdings, an NYSE-listed fastfood restaurant company operating KFC, Pizza Hut, Little Sheep Hot Pot, Taco Bell in China; and Nord Anglia Education, Inc., an NYSE-listed education company. Prior to joining New Oriental, Mr Hsieh held senior executive positions in private equity and investment banking with UBS Capital (managing director and Asia Tech/Media/Telecom head), JP Morgan (vice president) and Credit Suisse, and served as a corporate and securities law attorney at White & Case LLP. Mr Hsieh received a bachelor's degree in industrial engineering and engineering management from Stanford University, a master's degree in business administration from the Harvard Business School, and a juris doctor degree from the University of California at Berkeley. |
| Hesien-Tsong Cheng | 59 | Executive Vice President | Mr Hesien-Tsong Cheng is the co-founder and has served as executive vice president and CEO of XPT since July 2015. Prior to NIO, Mr Cheng served as chairman and CEO at Magneti Marelli from Jan-2013 to Jul-2015. Mr Cheng served as chairman of Fiat Automotive Finance Co., Ltd. and chairman and CEO of FIAT (China) Business Co., Ltd. from Jun-2014 to Jul-2015. Prior to that, Mr Cheng served as general manager of GAC Fiat Automobiles Co., Ltd. from Jul-2010 to Mar-2013. Mr Cheng received his bachelor's degree in mechanical engineering from National Cheng Kung University in Taiwan in 1980. |
| Padmasree Warrior | 57 | Director and Chief Development Officer | Ms. Padmasree Warrior has served as the Chief development officer and Chief executive officer of NIO USA, Inc. since Dec-2015, and our director since Mar-2016. She also serves as a director of Microsoft Corporation since Dec-2015 and Spotify Ltd. since Jun-2017. Prior to joining Nio, Ms. Warrior worked as chief technology officer and strategy officer at Cisco Systems, Inc. from 2008 to 2015. In addition, she held various positions at Motorola, Inc. from 1984 to 2007, most recently as executive vice president and chief technology officer from 2002 to 2007. Ms. Warrior received her bachelor's degree in chemical engineering from Indian Institute of Technology in 1982 and a master's degree in chemical engineering from Cornell University in 1984. |
| Xin Zhou | 48 | Vice President | Mr Xin Zhou has served as Nio's Vice President since Apr-2015. Mr Zhou served as executive director at Qoros Automotive Co., Ltd. from Sep-2009 to Apr-2015. Prior to that, he was the engagement manager of McKinsey & Co. from Apr-2007 to Sep-2009, and executive director of Lear Corp. from May-1998 to Apr-2007. Mr Zhou received a bachelor's degree in applied science from Fudan University in 1992 and a master's degree in business administration from China Europe International Business School in 2008. |
| Dongning Wang | 46 | Vice President | Mr Dongning Wang has served as the Vice President since Sep-2015. Prior to joining Nio, Mr Wang served as the executive vice president and chief financial officer at Jaguar Land Rover Greater China. Prior to joining Jaguar Land Rover Greater China, he held various senior financial management positions in Daimler Chrysler US headquarters and Asia Pacific region for a total of seven years. From 1995 to 1999, he served as a senior project manager at State Power Corporation of China. Mr Wang received a bachelor's degree in engineering mechanics from Tsinghua University in 1995 and a master's degree in business administration from Wharton Business School in 2002. |
| Feng Shen | 54 | Vice President | Mr Feng Shen has served as Vice President since Dec-2017. Mr Shen worked in several senior management roles, such as president and global chief technology officer at Polestar, president at Volvo Cars, and chairman at China-Sweden Traffic Safety Research Center from 2010 to 2017. Prior to that, Mr Shen worked as a powertrain manager and technical expert at Ford Motor Company from 1999 to 2010. Mr Shen received a bachelor's degree in mathematics and mechanics and a master's degree in applied mechanics from Fudan University in 1984 and 1987, respectively. He also received a doctoral degree in mechanical engineering from Auburn University in 1996. |
| Tian Cheng | 35 | Director | Mr Tian Cheng has served as Director since Mar-2015. Mr Cheng is a partner at Shunwei Capital and specialises in evaluating investment opportunities and investing in technology, media and telecom industry. Prior to joining Shunwei Capital, he served as an associate director of the investment group at Temasek Holdings (Private) Limited from Jul-2008 to Jun-2014. Mr Cheng received a bachelor's degree in business administration and a master's degree in management from Fudan University in 2005 and 2008, respectively. |
| Xiang Li | 36 | Director | Mr Xiang Li has served as Director since May-2015. Mr Li serves as chairman of the board of directors and CEO of Beijing CHJ Information Technology Co., Ltd. Mr Li was also the founder of Autohome Inc., an NYSE-listed company, and served as director from 2008 to 2016, its president from May 2013 to Jun 2015 and its executive vice president from 2008 to May 2013. Autohome Inc. provides online advertising services to the automotive industry. |
| Liang Li | 46 | Director | Mr Liang Li has served as Director since Mar-2015. Mr Li is a partner of Hillhouse Capital since Nov-2005. He served as a general manager at State Research Internet and Data (Beijing) Co., Ltd. from Mar-2001 to Nov-2005. Prior to that, he worked as a vice general manager at State Research Information and Technology Co., Ltd. Mr Li received a bachelor's degree and a master's degree in automation from Tsinghua University in 1993 and 1997, respectively. |

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000146

**CREDIT SUISSE**

22 October 2018

| Directors & executive officers | Age | Position | Description |
|---|---|---|---|
| Hai Wu | 49 | Director | Mr Wu Hai has served as Director since Jul-2016. He is a Managing Director of China at Temasek Holdings Advisors (Beijing) Co., Ltd, since May-2014. Mr Wu has extensive experience in investments and management. Prior to joining Temasek Holdings, he was the chief executive officer at Ramaxel Technology (Shenzhen) Limited from Apr-2012 to Feb-2014 and a managing director at CITIC Private Equity Funds Management Co., Ltd. from Mar-2010 to May-2012. Mr Wu served as the global director and managing partner of Beijing Branch office of Mckinsey & Company from August 1999 to February 2010. He also served as a non-executive director of COFCO Meat Holdings Limited from Sep-2015 to Dec-2017. He received a bachelor's degree in physiology from Peking University, a master's degree in business administration from the Johnson School of Management, University of Cornell and a doctoral degree in neuroscience and cell biology in Rutgers University. |
| Wenjie Wu | 43 | Director | Ms. Wenjie Wu has served as Director since Mar-2017. Currently, Ms. Wu serves as a managing partner at Baidu Capital and a director of both Xunlei Limited (Nasdaq: XNET) and Kingsoft Corporation Limited (HKEX: 03888). Prior to joining Baidu Capital, Ms. Wu worked in various senior management roles of Ctrip.com International Ltd., including chief strategy officer and chief financial officer, from Nov-2011 to Nov-2016. Ms. Wu received a doctoral degree in finance from the University of Hong Kong, a master's degree in philosophy and finance from the Hong Kong University of Science and Technology, a master's degree and a bachelor's degree in economics from Nan Kai University, China. Ms. Wu has been a chartered financial analyst since 2004. |
| Xiangping Zhong | 42 | Director | Mr Xiangping Zhong has served as Nio's Director since Apr-2018. Mr Zhong currently serves as a General Manager of map platform product department and a Vice President of mobile internet group of Tencent Holdings Ltd. Mr Zhong also serves as a director of NAVINFO Polytron Technologies Inc. since Apr-2017. Prior to that, he served as a general manager of mobile browsing products development at Tencent Holdings Ltd. from 2004 to 2008. Mr Zhong received a bachelor's degree from Nanjing University in computer science and technology. |
| Zhaohui Li | 42 | Director | Mr Zhaohui Li has served as Director since January 2018. Mr Li works as a Managing Partner of Tencent Investment and a General Manager of the M&A department at Tencent Holdings Ltd. since 2010. From 2008 to 2010, he served as an investment director of Bertelsmann Asia Investment Fund. Mr Li received a bachelor's degree from Peking University in 1998 and a master's degree in business administration from Duke University Fuqua School of Business in 2004. |

Source: Company data

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000147



CREDIT SUISSE

22 October 2018

**Companies Mentioned** *(Price as of 19-Oct-2018)*
**BMW** (BMWG.DE, €74.64)
**Daimler** (DAIGn.DE, €51.39)
**Ferrari N.V.** (RACE.N, $116.51)
**Nio Inc** (NIO.N, $7.32, OUTPERFORM[V], TP $12.6)
**Tata Motors Ltd.** (TAMO.BO, Rs174.8)
**Tesla Motors Inc.** (TSLA.OQ, $260.0)
**Volkswagen** (VOWG_p.DE, €143.98)

## Disclosure Appendix

### Analyst Certification
Bin Wang, Nick Li and Carrie Jiang each certify, with respect to the companies or securities that the individual analyzes, that (1) the views expressed in this report accurately reflect his or her personal views about all of the subject companies and securities and (2) no part of his or her compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

### As of December 10, 2012 Analysts' stock rating are defined as follows:
**Outperform (O) :** The stock's total return is expected to outperform the relevant benchmark* over the next 12 months.
**Neutral (N) :** The stock's total return is expected to be in line with the relevant benchmark* over the next 12 months.
**Underperform (U) :** The stock's total return is expected to underperform the relevant benchmark* over the next 12 months.

*Relevant benchmark by region: As of 10th December 2012, Japanese ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. As of 2nd October 2012, U.S. and Canadian as well as European ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunites. For Latin American and Asia stocks (excluding Japan and Australia), ratings are based on a stock's total return relative to the average total return of the relevant country or regional benchmark (India - S&P BSE Sensex Index); prior to 2nd October 2012 U.S. and Canadian ratings were based on (1) a stock's absolute total return potential to its current share price and (2) the relative attractiveness of a stock's total return potential within an analyst's coverage universe. For Australian and New Zealand stocks, the expected total return (ETR) calculation includes 12-month rolling dividend yield. An Outperform rating is assigned where an ETR is greater than or equal to 7.5%; Underperform where an ETR less than or equal to 5%. A Neutral may be assigned where the ETR is between -5% and 15%. The overlapping rating range allows analysts to assign a rating that puts ETR in the context of associated risks. Prior to 18 May 2015, ETR ranges for Outperform and Underperform ratings did not overlap with Neutral thresholds between 15% and 7.5%, which was in operation from 7 July 2011.

**Restricted (R) :** In certain circumstances, Credit Suisse policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Credit Suisse's engagement in an investment banking transaction and in certain other circumstances.
**Not Rated (NR) :** Credit Suisse Equity Research does not have an investment rating or view on the stock or any other securities related to the company at this time.
**Not Covered (NC) :** Credit Suisse Equity Research does not provide ongoing coverage of the company or offer an investment rating or investment view on the equity security of the company or related products.

**Volatility Indicator [V] :** A stock is defined as volatile if the stock price has moved up or down by 20% or more in a month in at least 8 of the past 24 months or the analyst expects significant volatility going forward.

Analysts' sector weightings are distinct from analysts' stock ratings and are based on the analyst's expectations for the fundamentals and/or valuation of the sector* relative to the group's historic fundamentals and/or valuation:
**Overweight :** The analyst's expectation for the sector's fundamentals and/or valuation is favorable over the next 12 months.
**Market Weight :** The analyst's expectation for the sector's fundamentals and/or valuation is neutral over the next 12 months.
**Underweight :** The analyst's expectation for the sector's fundamentals and/or valuation is cautious over the next 12 months.
*An analyst's coverage sector consists of all companies covered by the analyst within the relevant sector. An analyst may cover multiple sectors.

Credit Suisse's distribution of stock ratings (and banking clients) is:

### Global Ratings Distribution

| Rating | Versus universe (%) | Of which banking clients (%) |
|---|---|---|
| Outperform/Buy* | 49% | (64% banking clients) |
| Neutral/Hold* | 38% | (59% banking clients) |
| Underperform/Sell* | 12% | (53% banking clients) |
| Restricted | 2% | |

*For purposes of the NYSE and FINRA ratings distribution disclosure requirements, our stock ratings of Outperform, Neutral, and Underperform most closely correspond to Buy, Hold, and Sell, respectively; however, the meanings are not the same, as our stock ratings are determined on a relative basis. (Please refer to definitions above.) An investor's decision to buy or sell a security should be based on investment objectives, current holdings, and other individual factors.

### Important Global Disclosures
Credit Suisse's research reports are made available to clients through our proprietary research portal on CS PLUS. Credit Suisse research products may also be made available through third-party vendors or alternate electronic means as a convenience. Certain research products are only made available through CS PLUS. The services provided by Credit Suisse's analysts to clients may depend on a specific client's preferences regarding the frequency and manner of receiving communications, the client's risk profile and investment, the size and scope of the overall client relationship with the Firm, as well as legal and regulatory constraints. To access all of Credit Suisse's research that you are entitled to receive in the most timely manner, please contact your sales representative or go to https://plus.credit-suisse.com .
Credit Suisse's policy is to update research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions stated herein.

Nio Inc (NIO.N / NIO US)

56

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000148



CREDIT SUISSE

22 October 2018

Credit Suisse's policy is only to publish investment research that is impartial, independent, clear, fair and not misleading. For more detail please refer to Credit Suisse's Policies for Managing Conflicts of Interest in connection with Investment Research: https://www.credit-suisse.com/sites/disclaimers-ib/en/managing-conflicts.html .

Credit Suisse does not provide any tax advice. Any statement herein regarding any US federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purposes of avoiding any penalties.

Credit Suisse has decided not to enter into business relationships with companies that Credit Suisse has determined to be involved in the development, manufacture, or acquisition of anti-personnel mines and cluster munitions. For Credit Suisse's position on the issue, please see https://www.credit-suisse.com/media/assets/corporate/docs/about-us/responsibility/banking/policy-summaries-en.pdf .

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities

Target Price and Rating
Valuation Methodology and Risks: (12 months) for Nio Inc (NIO.N)

**Method:** We derive our target price of US$12.6 for NIO from a DCF (discounted cash flow)-based methodology, implying 2.2x 2020E P/S. We have applied a 11% WACC for our equity valuation. Key assumptions include a 4.3% cost of debt, a 4.0% risk-free rate, 1.5 beta, a 15% income tax rate, a 77% equity/equity + debt ratio, and 4% terminal growth. We think DCF is the most appropriate method for valuing an early-stage, growing company like NIO. In other words, NIO' s earnings power cannot be fully exhibited within the next several years via simple multiples, and it is thus imperative to value NIO on a long-term basis that captures the transformational developments to the top line. We have an OUTPERFORM rating on NIO because of its decent growth prospects as a premium smart electric vehicle (EV) maker in China. NIO enjoys a well-established premium branding, leadership in smart EV technology, and provides car owners a differentiated experience. Further, premium new energy vehicles should enjoy immediate exponential growth ahead–54% CAGR in 2018-30E.

**Risk:** Downside risks that could impede achievement of our US$12.6 target price include (1) Execution risk on near-term milestones, such as inability to deliver vehicle products on time or capacity shortage (given it has to rely on a partner). NIO is a new entrant to the auto industry, and may not be able to successfully introduce new and improved electric vehicle products periodically. (2) Failure to meet customers' expectation. Given that NIO positions itself as a premium bran any product defects or service failures could harm NIO's brand and reputation, and result in revenue decline, delivery recalls, product recalls, product liability claims, etc. (3) Potential loss of reservations for ES8. NIO has received an 15,778 unit ES8 order backlog with deposits as of 31 August 2018. Downside risks to our OUTPERFORM rating are: (1) Failure to build NIO premium brand. Unlike other traditional OEMs emphasizing heavily on vehicle products, NIO targets building its premium brand image through providing high quality products and superior services. (2) Inability to control the costs incurred for future business development. Thus, NIO's profitability will be negatively affected if it cannot manage the costs efficiently.

Please refer to the firm's disclosure website at https://rave.credit-suisse.com/disclosures/view/selectArchive for the definitions of abbreviations typically used in the target price method and risk sections.

*See the Companies Mentioned section for full company names*
Credit Suisse currently has, or had within the past 12 months, the following as investment banking client(s): NIO.N
Credit Suisse provided investment banking services to the subject company (NIO.N) within the past 12 months.
Credit Suisse has managed or co-managed a public offering of securities for the subject company (NIO.N) within the past 12 months.
Within the past 12 months, Credit Suisse has received compensation for investment banking services from the following issuer(s): NIO.N
Credit Suisse expects to receive or intends to seek investment banking related compensation from the subject company (NIO.N) within the next 3 months.
Credit Suisse or a member of the Credit Suisse Group is a market maker or liquidity provider in the securities of the following subject issuer(s): NIO.N
A member of the Credit Suisse Group is party to an agreement with, or may have provided services set out in sections A and B of Annex I of Directive 2014/65/EU of the European Parliament and Council ("MiFID Services") to, the subject issuer (NIO.N) within the past 12 months.

For date and time of production, dissemination and history of recommendation for the subject company(ies) featured in this report, disseminated within the past 12 months, please refer to the link: https://rave.credit-suisse.com/disclosures/view/report?i=384524&v=5rgffoq9obde1p5xomvp434qr .

**Important Regional Disclosures**
Singapore recipients should contact Credit Suisse AG, Singapore Branch for any matters arising from this research report.
The analyst(s) involved in the preparation of this report may participate in events hosted by the subject company, including site visits. Credit Suisse does not accept or permit analysts to accept payment or reimbursement for travel expenses associated with these events.
Restrictions on certain Canadian securities are indicated by the following abbreviations: NVS--Non-Voting shares; RVS--Restricted Voting Shares; SVS--Subordinate Voting Shares.
Individuals receiving this report from a Canadian investment dealer that is not affiliated with Credit Suisse should be advised that this report may not contain regulatory disclosures the non-affiliated Canadian investment dealer would be required to make if this were its own report.
For Credit Suisse Securities (Canada), Inc.'s policies and procedures regarding the dissemination of equity research, please visit https://www.credit-suisse.com/sites/disclaimers-ib/en/canada-research-policy.html.
Principal is not guaranteed in the case of equities because equity prices are variable.
Commission is the commission rate or the amount agreed with a customer when setting up an account or at any time after that.
This research report is authored by:
**Credit Suisse (Hong Kong) Limited** ..................................................................................................................... Bin Wang ; Nick Li ; Carrie Jiang

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000149



22 October 2018

To the extent this is a report authored in whole or in part by a non-U.S. analyst and is made available in the U.S., the following are important disclosures regarding any non-U.S. analyst contributors: The non-U.S. research analysts listed below (if any) are not registered/qualified as research analysts with FINRA. The non-U.S. research analysts listed below may not be associated persons of CSSU and therefore may not be subject to the FINRA 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Credit Suisse (Hong Kong) Limited** .................................................................................................................... Bin Wang ; Nick Li ; Carrie Jiang

## Important Credit Suisse HOLT Disclosures

The HOLT methodology does not assign ratings or a target price to a security. It is an analytical tool that involves use of a set of proprietary quantitative algorithms and warranted value calculations, collectively called the HOLT valuation model, that are consistently applied to all the companies included in its database. Third-party data (including consensus earnings estimates) are systematically translated into a number of default variables and incorporated into the algorithms available in the HOLT valuation model. The source financial statement, pricing, and earnings data provided by outside data vendors are subject to quality control and may also be adjusted to more closely measure the underlying economics of firm performance. These adjustments provide consistency when analyzing a single company across time, or analyzing multiple companies across industries or national borders. The default scenario that is produced by the HOLT valuation model establishes a warranted price for a security, and as the third-party data are updated, the warranted price may also change. The default variables may also be adjusted to produce alternative warranted prices, any of which could occur. The warranted price is an algorithmic output applied systematically across all companies based on historical levels and volatility of returns. Additional information about the HOLT methodology is available on request.

CFROI, CFROE, HOLT, HOLT Lens, HOLTfolio, "Clarity is Confidence" and "Powered by HOLT" are trademarks or registered trademarks of Credit Suisse Group AG or its affiliates in the United States and other countries.

HOLT is a corporate performance and valuation advisory service of Credit Suisse.

© 2018 Credit Suisse Group AG and its subsidiaries and affiliates. All rights reserved.

Important disclosures regarding companies that are the subject of this report are available by calling +1 (877) 291-2683. The same important disclosures, with the exception of valuation methodology and risk discussions, are also available on Credit Suisse's disclosure website at https://rave.credit-suisse.com/disclosures . For valuation methodology and risks associated with any recommendation, price target, or rating referenced in this report, please refer to the disclosures section of the most recent report regarding the subject company.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000150



22 October 2018

This report is produced by subsidiaries and affiliates of Credit Suisse operating under its Global Markets Division. For more information on our structure, please use the following link: https://www.credit-suisse.com/who-we-are. This report may contain material that is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Credit Suisse or its affiliates ("CS") to any registration or licensing requirement within such jurisdiction. All material presented in this report, unless specifically indicated otherwise, is under copyright to CS. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of CS. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of CS or its affiliates. The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. CS may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. CS will not treat recipients of this report as its customers by virtue of their receiving this report. The investments and services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice, or a representation that any investment or strategy is suitable or appropriate to your individual circumstances, or otherwise constitutes a personal recommendation to you. CS does not advise on the tax consequences of investments and you are advised to contact an independent tax adviser. Please note in particular that the bases and levels of taxation may change. Information and opinions presented in this report have been obtained or derived from sources believed by CS to be reliable, but CS makes no representation as to their accuracy or completeness. CS accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to CS. This report is not to be relied upon in substitution for the exercise of independent judgment. CS may have issued, and may in the future issue, other communications that are inconsistent with, and reach different conclusions from, the information presented in this report. Those communications reflect the different assumptions, views and analytical methods of the analysts who prepared them and CS is under no obligation to ensure that such other communications are brought to the attention of any recipient of this report. Some investments referred to in this report will be offered solely by a single entity and in the case of some investments solely by CS, or an associate of CS or CS may be the only market maker in such investments. Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgment at its original date of publication by CS and are subject to change without notice. The price, value of and income from any of the securities or financial instruments mentioned in this report can fall as well as rise. The value of securities and financial instruments is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities or financial instruments. Investors in securities such as ADR's, the values of which are influenced by currency volatility, effectively assume this risk. Structured securities are complex instruments, typically involve a high degree of risk and are intended for sale only to sophisticated investors who are capable of understanding and assuming the risks involved. The market value of any structured security may be affected by changes in economic, financial and political factors (including, but not limited to, spot and forward interest and exchange rates), time to maturity, market conditions and volatility, and the credit quality of any issuer or reference issuer. Any investor interested in purchasing a structured product should conduct their own investigation and analysis of the product and consult with their own professional advisers as to the risks involved in making such a purchase. Some investments discussed in this report may have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realised. Those losses may equal your original investment. Indeed, in the case of some investments the potential losses may exceed the amount of initial investment and, in such circumstances, you may be required to pay more money to support those losses. Income yields from investments may fluctuate and, in consequence, initial capital paid to make the investment may be used as part of that income yield. Some investments may not be readily realisable and it may be difficult to sell or realise those investments, similarly it may prove difficult for you to obtain reliable information about the value, or risks, to which such an investment is exposed. This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of CS, CS has not reviewed any such site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to CS's own website material) is provided solely for your convenience and information and the content of any such website does not in any way form part of this document. Accessing such website or following such link through this report or CS's website shall be at your own risk.

This report is issued and distributed in **European Union (except Switzerland):** by Credit Suisse Securities (Europe) Limited, One Cabot Square, London E14 4QJ, England, which is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. **Germany:** Credit Suisse (Deutschland) Aktiengesellschaft regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht ("BaFin"). **United States and Canada:** Credit Suisse Securities (USA) LLC; **Switzerland:** Credit Suisse AG, **Brazil:** Banco de Investimentos Credit Suisse (Brasil) S.A or its affiliates; **Mexico:** Banco Credit Suisse (México), S.A. (transactions related to the securities mentioned in this report will only be effected in compliance with applicable regulation); **Japan:** by Credit Suisse Securities (Japan) Limited, Financial Instruments Firm, Director-General of Kanto Local Finance Bureau ( Kinsho) No. 66, a member of Japan Securities Dealers Association, The Financial Futures Association of Japan, Japan Investment Advisers Association, Type II Financial Instruments Firms Association; **Hong Kong:** Credit Suisse (Hong Kong) Limited, **Australia:** Credit Suisse Equities (Australia) Limited; **Thailand:** Credit Suisse Securities (Thailand) Limited, regulated by the Office of the Securities and Exchange Commission, Thailand, having registered address at 990 Abdulrahim Place, 27th Floor, Unit 2701, Rama IV Road, Silom, Bangrak, Bangkok10500, Thailand, Tel. +66 2614 6000; **Malaysia:** Credit Suisse Securities (Malaysia) Sdn Bhd; **Singapore:** Credit Suisse AG, Singapore Branch; **India:** Credit Suisse Securities (India) Private Limited (CIN no.U67120MH1996PTC104392) regulated by the Securities and Exchange Board of India as Research Analyst (registration no. INH 000001030) and as Stock Broker (registration no. INB230970637, INF230970637; INB010970631; INF010970631), having registered address at 9th Floor, Ceejay House, Dr.A.B. Road, Worli, Mumbai - 18, India, T- +91-22 6777 3777; **South Korea:** Credit Suisse Securities (Europe) Limited, Seoul Branch; **Taiwan:** Credit Suisse AG Taipei Securities Branch; **Indonesia:** PT Credit Suisse Sekuritas Indonesia; **Philippines:** Credit Suisse Securities (Philippines ) Inc., and elsewhere in the world by the relevant authorised affiliate of the above.

**Additional Regional Disclaimers**

**Hong Kong:** Credit Suisse (Hong Kong) Limited ("CSHK") is licensed and regulated by the Securities and Futures Commission of Hong Kong under the laws of Hong Kong, which differ from Australian laws. CSHKL does not hold an Australian financial services licence (AFSL) and is exempt from the requirement to hold an AFSL under the Corporations Act 2001 (the Act) under Class Order 03/1103 published by the ASIC in respect of financial services provided to Australian wholesale clients (within the meaning of section 761G of the Act). Research on Taiwanese securities produced by Credit Suisse AG, Taipei Securities Branch has been prepared by a registered Senior Business Person.

**Australia** (to the extent services are offered in Australia): Credit Suisse Securities (Europe) Limited ("CSSEL") and Credit Suisse International ("CSI") are authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ("FCA") and the Prudential Regulation Authority under UK laws, which differ from Australian Laws. CSSEL and CSI do not hold an Australian Financial Services Licence ("AFSL") and are exempt from the requirement to hold an AFSL under the Corporations Act 2001 ("Corporations Act") under Class Order 03/1099 published by the Australian Securities and Investments Commission ("ASIC"), in respect of the financial services provided to Australian wholesale clients (within the meaning of section 761G of the Corporations Act). This material is not for distribution to retail clients and is directed exclusively at Credit Suisse's professional clients and eligible counterparties as defined by the FCA, and wholesale clients as defined under section 761G of the Corporations Act. Credit Suisse (Hong Kong) Limited ("CSHK") is licensed and regulated by the Securities and Futures Commission of Hong Kong under the laws of Hong Kong, which differ from Australian laws. CSHKL does not hold an AFSL and is exempt from the requirement to hold an AFSL under the Corporations Act under Class Order 03/1103 published by the ASIC in respect of financial services provided to Australian wholesale clients (within the meaning of section 761G of the Corporations Act). Credit Suisse Securities (USA) LLC (CSSU) and Credit Suisse Asset Management LLC (CSAM LLC) are licensed and regulated by the Securities Exchange Commission of the United States under the laws of the United States, which differ from Australian laws. CSSU and CSAM LLC do not hold an AFSL and is exempt from the requirement to hold an AFSL under the Corporations Act under Class Order 03/1100 published by the ASIC in respect of financial services provided to Australian wholesale clients (within the meaning of section 761G of the Corporations Act).

**Malaysia:** Research provided to residents of Malaysia is authorised by the Head of Research for Credit Suisse Securities (Malaysia) Sdn Bhd, to whom they should direct any queries on +603 2723 2020.

**Singapore:** This report has been prepared and issued for distribution in Singapore to institutional investors, accredited investors and expert investors (each as defined under the Financial Advisers Regulations) only, and is also distributed by Credit Suisse AG, Singapore Branch to overseas investors (as defined under the Financial Advisers Regulations). Credit Suisse AG, Singapore Branch may distribute reports produced by its foreign entities or affiliates pursuant to an arrangement under Regulation 32C of the Financial Advisers Regulations. Singapore recipients should contact Credit Suisse AG, Singapore Branch at +65-6212-2000 for matters arising from, or in connection with, this report. By virtue of your status as an institutional investor, accredited investor, expert investor or overseas investor, Credit Suisse AG, Singapore Branch is exempted from complying with certain compliance requirements under the Financial Advisers Act, Chapter 110 of Singapore (the "FAA"), the Financial Advisers Regulations and the relevant Notices and Guidelines issued thereunder, in respect of any financial advisory service which Credit Suisse AG, Singapore Branch may provide to you.

**EU:** This report has been produced by subsidiaries and affiliates of Credit Suisse operating under its Global Markets Division

In jurisdictions where CS is not already registered or licensed to trade in securities, transactions will only be effected in accordance with applicable securities legislation, which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements.

This material is issued and distributed in the U.S. by CSSU, a member of NYSE, FINRA, SIPC and the NFA, and CSSU accepts responsibility for its contents. Clients should contact analysts and execute transactions through a Credit Suisse subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

Please note that this research was originally prepared and issued by CS for distribution to their market professional and institutional investor customers. Recipients who are not market professional or institutional investor customers of CS should seek the advice of their independent financial advisor prior to taking any investment decision based on this report or for any necessary explanation of its contents. This research may relate to investments or services of a person outside of the UK or to other matters which are not authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority or in respect of which the protections of the Prudential Regulation Authority and Financial Conduct Authority for private customers and/or the UK compensation scheme may not be available, and further details as to where this may be the case are available upon request in respect of this report.

CS may provide various services to US municipal entities or obligated persons ("municipalities"), including suggesting individual transactions or trades and entering into such transactions. Any services CS provides to municipalities are not viewed as "advice" within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. CS is providing any such services and related information solely on an arm's length basis and not as an advisor or fiduciary to the municipality. In connection with the provision of the any such services, there is no agreement, direct or indirect, between any municipality (including the officials,management, employees or agents thereof) and CS for CS to provide advice to the municipality. Municipalities should consult with their financial, accounting and legal advisors regarding any such services provided by CS. In addition, CS is not acting for direct or indirect compensation to solicit the municipality on behalf of an unaffiliated broker, dealer, municipal securities dealer, municipal advisor, or investment adviser for the purpose of obtaining or retaining an engagement by the municipality for or in connection with Municipal Financial Products, the issuance of municipal securities, or of an investment adviser to provide investment advisory services to or on behalf of the municipality. If this report is being distributed by a financial institution other than Credit Suisse AG, or its affiliates, that financial institution is solely responsible for distribution. Clients of that institution should contact that institution to effect a transaction in the securities mentioned in this report or require further information. This report does not constitute investment advice by Credit Suisse to the clients of the distributing financial institution, and neither Credit Suisse AG, its affiliates, and their respective officers, directors and employees accept any liability whatsoever for any direct or consequential loss arising from their use of this report or its content. Principal is not guaranteed. Commission is the commission rate or the amount agreed with a customer when setting up an account or at any time after that. No information or communication provided herein or otherwise is intended to be, or should be construed as, a recommendation within the meaning of the US Department of Labor's final regulation defining "investment advice" for purposes of the Employee Retirement Income Security Act of 1974, as amended and Section 4975 of the Internal Revenue Code of 1986, as amended, and the information provided herein is intended to be general information, and should not be construed as, providing investment advice (impartial or otherwise).

Copyright © 2018 CREDIT SUISSE AG and/or its affiliates. All rights reserved.

Investment principal on bonds can be eroded depending on sale price or market price. In addition, there are bonds on which investment principal can be eroded due to changes in redemption amounts. Care is required when investing in such instruments.

When you purchase non-listed Japanese fixed income securities (Japanese government bonds, Japanese municipal bonds, Japanese government guaranteed bonds, Japanese corporate bonds) from CS as a seller, you will be requested to pay the purchase price only.

kendahl.lester@skadden.com Kendahl Lester 07/07/22 05:35:11 PM Skadden, Arps, Slate, Meagher

SABRY-0000151