# EXHIBIT 30



# Certificate of Accuracy

| Original File Name(s) | Translated File Name(s) |
| --- | --- |
| 蔚来上海工厂建设终止，这是个坏消息吗？_车家号_发现车生活_汽车之家 - for translation.pdf | 蔚来上海工厂建设终止，这是个坏消息吗？_车家号_发现车生活_汽车之家 - for translation (Final).docx |

December 5, 2022

We, Translate.One, hereby certify that to the best of our knowledge and belief the document attached to this letter is a true and accurate translation of the original document.

For all certified translations, Translate.One follows an ISO 9001:2015 certified process. A fully vetted professional translator who is a native speaker of the target language and expert in the subject matter translates the documents. Thereafter, an equally qualified linguist edits the translations, which are then sent back to the lead translator for finalization. As a final step, the project manager and quality control specialist reviews the final translation for completeness.

*Doranny Jaime Yarnell*
_____
Doranny Jaime Yarnell
Project Manager
Translate.One

Translate.One
3200 Cobb Galleria Parkway
Suite 200
Atlanta, GA 30339
412.261.1101
translate.one

**Is it bad news that NIO has halted the construction of its Shanghai factory?**

www.42how.com    255 views    2019-03-07 21:50

---

NIO's share price plunged following the release of its 2018 earnings report. For Wall Street, there are many bearish factors stacked against NIO in the current quarter, but many in the financial media think that the biggest factor is NIO putting a stop to the construction of its Shanghai factory.



Is it bad news that NIO has halted the construction of its Shanghai factory?

**A look at NIO's Shanghai factory**

On February 7, 2018, Jiading News, a local media outlet in Jiading District of Shanghai, first reported that the NIO complete vehicle base would take up 800 *mu*[1] of land in Waigang Town in Jiading. A NIO spokesperson responded by saying, "Waigang is where NIO's second factory will be after our Hefei base. We are unable to disclose more information at this point in time." This is the first time NIO's Shanghai factory project was reported in the newspapers.

In subsequent media reports, we learned more about the factory: Construction was set to begin in mid-2018. Plans called for the factory to be set up at the west side of Waigang Hi-Tech Park, and it was positioned as a benchmark factory that met the requirements for manufacturing passenger vehicles.

For the JAC-NIO factory, it took a total of 13 months from the laying of the first pile to the production line going into full operation. Based on this level of efficiency and NIO's launch schedule of one new model every year, it was not impossible for the ES6 production to be carried out in the Shanghai factory, but the schedule was fairly tight.

---

[1] Translator's note: 800 *mu* is equivalent to approximately 533.333 square meters.

https://chejiahao.autohome.com.cn/info/3426672/

On May 8, 2018, JAC announced that after its initial discussions with NIO, NIO's second model, the ES6, would continue to be manufactured by JAC.

The fact is, in Q4 of 2018, NIO was still in the midst of planning for the construction of its Shanghai factory.

On September 12, NIO officially listed on the New York Stock Exchange. The IPO documents disclosed at that time detailed NIO's expectations for its Shanghai factory.

> **Build our own manufacturing capacity and continue to optimize manufacturing costs by leveraging a common platform and production flexibility**
>
> Construction has started on our own manufacturing facility in Shanghai in order to expand manufacturing capacity for the ET7 and future models, complementing our JAC manufacturing alliance supplying the ES8 and ES6. We expect that this facility will also facilitate our ability to obtain our own EV manufacturing license and potentially benefit from the NEV credit score system in the future. We aim to obtain our EV manufacturing license within two to three years following the date of this prospectus. We intend to design different models with adaptable platform architecture and electric powertrain systems and maintain standard high-quality control standards across our facilities and achieve cost effectiveness.

Specifically, the JAC-NIO factory would take on the manufacturing of the ES8 and ES6 while the NIO Shanghai factory served as its "complement" — manufacturing NIO's first sedan, the ET7, and subsequent models. NIO was hoping to obtain a manufacturing license within two to three years and receive new energy credits. In addition, NIO was looking to ensure high-quality control standards and lower manufacturing costs with the Shanghai factory.

In a subsequent document, NIO further stated that the Shanghai factory had received incentives from the Shanghai government for funding, taxes, factory construction, and land use.

Since the IPO filing in early August clearly mentioned that the Shanghai factory was then already under construction, the purpose of the additional investment was self-evident.

On October 27, the Signing Ceremony of Big Foreign Investment Projects was held in Shanghai. According to an official statement, "NIO would increase its capital in Jiading by RMB 16.66 billion in order to make R&D investments in the fields of electrification, intelligence, networking, and lightweighting."



NIO co-founder and executive vice president, Xiancong Zheng (front row, third from left)

https://chejiahao.autohome.com.cn/info/3426672/

This was the last time NIO spoke about the progress of its Shanghai factory in public.

Thereafter, things took a sharp turn.

**Has Tesla kicked NIO out of the game?**

Several media reports have attributed NIO's factory construction halt to the groundbreaking and commencement of construction of Tesla's gigafactory in Shanghai, citing the *Automotive Industry Investment Administration Regulations* promulgated by the National Development and Reform Commission.

On December 10, 2018, the National Development and Reform Commission promulgated the *Automotive Industry Investment Administration Regulations*, which were set to take effect on January 10, 2019.

 **National Development and Reform Commission**

Home > Policy Announcement Center > Development and Reform Orders

**National Development and Reform Commission of the People's Republic of China**

**Order No. 22**

The *Automotive Industry Investment Administration Regulations* are hereby announced after having been deliberated and approved at an NDRC chairman's office meeting, and will be implemented on January 10, 2019. With consent from the State Council, new sino-foreign joint venture car manufacturer projects, new pure electric passenger vehicle manufacturing enterprise projects (including existing automotive enterprises manufacturing pure electric passenger vehicles in addition to the categories of vehicles they are already manufacturing), and other automotive investment projects approved by provincial governments, which are included in the *List of Investment Projects Approved by the Government (Year 2016)*, will no longer be subject to approval administration but instead be subject to filing administration.

Chairman: Lifeng He
December 10, 2018

The *Regulations* delegated the authority for approval of pure electric vehicle investment projects and manufacturing licenses to the local level, while setting out a very harsh provision in Article 17 of Chapter 4.

**Chapter 4: Pure Electric Vehicle Complete Vehicle Investment Projects**

17. Provinces in which new independent pure electric vehicle enterprise investment projects (including existing automotive enterprises building pure electric vehicle production capacity to manufacture passenger vehicles and commercial-purpose vehicles) are located should meet the following conditions:
    a. the vehicle production capacity utilization rates for the last two years are higher than the industry average for the same product category; and
    b. existing new independent pure electric vehicle enterprise investment projects for the same product category are completed and their annual production has reached the scale for which they were constructed.

https://chejiahao.autohome.com.cn/info/3426672/

Provinces in which new independent pure electric vehicle enterprise investment projects (including existing automotive enterprises building pure electric vehicle production capacity to manufacture passenger vehicles and commercial-purpose vehicles) are located should meet the following conditions:

- the vehicle production capacity utilization rates for the last two years are higher than the industry average for the same product category; and
- existing new independent pure electric vehicle enterprise investment projects for the same product category are completed and their annual production has reached the scale for which they were constructed.

You can interpret it this way: **When it comes to the Shanghai factory project, it is either Tesla or NIO, not both.**

If we run through the timeline again, we will see that the developments before and after the promulgation of the *Regulations* are rather confusing. It is very easy to draw the wrong conclusion that "Tesla has kicked NIO out of the game."



Robin Ren (second from left)

On June 6, 2018, Robin Ren, head of government negotiations for Tesla's China gigafactory and vice president of Global Sales and Service, attended Tesla's 2018 Annual Shareholder Meeting. This was a sign that Tesla's plan to build a factory in China was making progress. Elon's statement further confirmed what we thought: Tesla was finalizing negotiations with governments at all levels on some of the details of the factory construction, and the specific plan would be announced in July at the earliest.

On August 14, 2018, NIO filed its IPO prospectus. It was disclosed in the prospectus that NIO's Shanghai factory was already under construction.

https://chejiahao.autohome.com.cn/info/3426672/



On October 17, 2018, Tesla signed a Land Grant Contract with the Shanghai Municipal Planning and Land Resources Administration, which granted it over 1,200 *mu* (or 860,000 square meters) of land.

On October 27, 2018, NIO injected another RMB 16.66 billion to be used for the Shanghai factory project.

Please note that as of that date, **both companies were still concurrently moving forward with factory investment projects in the same city**.

On December 10, 2018, the "One City, One Factory" regulation was introduced.

On January 7, 2019, a groundbreaking ceremony was held for the Tesla Shanghai gigafactory.  Those who attended the ceremony include Tesla CEO Elon Musk, Shanghai Municipal Party Committee Deputy Secretary and Mayor Yong Ying, and leaders from the municipal government, the Ministry of Industry and Information Technology, and the National Development and Reform Commission.

https://chejiahao.autohome.com.cn/info/3426672/



The conclusion became clear: The authorities were giving priority to bringing in Tesla, a world-class leader in smart electric vehicles, while NIO, the leader of the new vehicle manufacturers, had no choice but to take a step back and be forced out of Shanghai. Is that really what happened?

**NIO's adjustment**

Let's look back at the timing of the disclosure about NIO's factory: In February 2018, shortly after NIO Day, orders for the NIO ES8 were flooding in with deliveries yet to begin, and the NIO service team had yet to become operational. **NIO had very promising prospects and was well-funded.**

Throughout 2018, despite suffering huge losses due to maintaining its earlier service levels (a certain amount of team redundancy was required to guarantee experience), NIO was still the only Chinese luxury vehicle brand selling over 10,000 units at an average price of over RMB 400,000. More crucially, **NIO's Q4 earnings data showed that NIO's gross margin had turned from red to green.**

This means that if NIO was determined to become a company with a long-term view that was committed to building a closed stronghold for an excellent user experience, predictable losses would no longer be worth discussing, and the Q4 gross margin turning from red to green was a testament to NIO's business capabilities.

However, by January 2019, the situation had changed. We know that NIO launched the ES6 on NIO Day in December 2018.

After the release of Tesla Model 3, Elon Musk personally wrote an article about the differences between the Model S and the Model 3 in terms of product positioning, function

https://chejiahao.autohome.com.cn/info/3426672/

parameters, space, etc. At the same time, Tesla discontinued the Model S 60/75D and other models to further define the differentiation between its product lines.

NIO was facing the same problem. After the ES6 was launched, some customers who had reserved an ES8 and did not have an urgent need to purchase a car went for it instead. This diversion was even more evident when considering some of the significant improvements in the ES6.

Affected by the Chinese New Year holiday, New Year's Day holiday, and subsidy policy factors mentioned by NIO's management, NIO's deliveries in January and February, in NIO CFO Louis Hsieh's words, "saw a higher-than-expected year-over-year decrease."

NIO's cash flow began to come under pressure.

After delivering 1,805 units in January, on February 4, NIO issued a US$650 million convertible preferred bond at 4.50% per annum that was due in 2024.

NIO had to re-evaluate its Shanghai factory investment project.

On the other hand, the JAC-NIO factory, which has a designed annual production capacity of 100,000 units, possesses the scalability to ramp up to 150,000 units per year. If the partnership between NIO and JAC is driven by excess capacity of automotive factories in China, what is the rationale for carrying out preparations for the Shanghai factory at a time when JAC is rolling out 10,000+ ES8s? Especially when cash flow is tight, the more logical approach is to continue to let JAC manufacture the ET7.

According to William Li, NIO and JAC have already confirmed that JAC will still be manufacturing the third model, i.e. the ET7.

In addition, a shift in policy completely sealed the fate of the Shanghai factory project.

As mentioned above, according to the IPO document, there were three expectations for the NIO Shanghai factory:
• obtain a manufacturing license;
• receive new energy credits; and
• ensure high-quality control standards and lower manufacturing costs.

At the earnings meeting, William Li offered the following explanation regarding the factory project:

Last November, the Chinese Ministry of Industry and Information Technology issued a very important document, which, for the first time, very clearly states that automotive R&D enterprises and existing manufacturers are allowed to pursue manufacturing cooperation. In other words, the model of cooperation between NIO and JAC (Anhui Jianghuai Automobile Group) is, in general, a model of cooperation and innovation that China encourages.

The benefit for NIO is that **in the future, instead of subsidies and emission credits being transferred to us through JAC, we can apply for them directly with the government departments**. At the same time, **we are able to manage our products as an independent automotive company**. This has strategic significance for the company in the long run.

This means that the two main expectations NIO had last year are no longer valid today.

https://chejiahao.autohome.com.cn/info/3426672/

Considering that the Shanghai factory investment project has been moving forward for some time, NIO's shift in position will certainly involve some small costs.. However, overall, it makes more sense to hold off on the second factory, cut costs, and improve efficiency.

As NIO Finance Vice President Dongning Wang said, putting a stop to the Shanghai factory project "**will indeed have some impact on capital expenditures in the short term, but in the long run, this strategic adjustment is going to bring us a higher return on assets.**"

Tags: New energy vehicle   Brand analysis

https://chejiahao.autohome.com.cn/info/3426672/