# EXHIBIT 33

**In the Matter Of:**

*In Re: NIO, Inc. Securities Litigation*

*EVA HUANG*

*September 06, 2022*



1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

CASE NO. 19-cv-1424 (NGG) (JRC)

-----------------------------------------X

IN RE:

NIO, INC. SECURITIES LITIGATION,

-----------------------------------------X

REMOTE DEPOSITION OF EVA HUANG

Tuesday, September 6, 2022

12:08 p.m. (EDT)

Reported by:

Joan Ferrara, RMR, FCRR

Job No. 2022-858475

16

E. Huang

A    Yes.

Q    What other languages do you speak?

A    Mandarin.

Q    Can you read in English?

A    I can.

Q    When did you learn to read in English?

A    Through work.

Q    When did you learn to read in English?

A    Around 2,000, perhaps.

Q    How proficient would you say you are reading English?

A    Except for -- except for legal documents or some documents that are very technical, I can read the daily documents.

Q    What are the daily documents?

A    Just the notices or documents or the usual things that were mailed to me.

Q    How much English do you speak in your day-to-day life?

A    I speak very little English at home.  I would speak English when I go to

17

                        E. Huang

work with my colleagues and I would also

speak English when I go out to buy things.

     Q     Do you watch the news in

English?

     A     Yes.

     Q     Do you read the news in English?

     A     Seldom.

     Q     Now, you mentioned the legal or

technical documents that you have trouble

reading in English.

           For this matter, did you get

translated versions of any legal or

technical documents?

     A     Yes, my attorney gave me the

translated documents.

     Q     Which documents did you receive

translated?

     A     Documents pertaining to the

complaint or filing the lawsuit.

     Q     Did you receive a translated

version of the complaint?

     A     Yes.

     Q     Did you receive a translated

version of the second amended complaint?

18

E. Huang

A     Yes.

Q     Did you receive a translated version of any briefs on the motion to dismiss?

A     That, no.  However, the attorney or attorneys explained it to me over the phone.

Q     Any other documents you remember receiving a translated version of from your attorneys here?

A     I can no longer recall.

Q     You can't answer one way or another?

A     I can no longer recall whether they have sent me any additional ones.

Q     Okay.  Did you review any information -- strike that.

Did you read any news about NIO in English?

A     No.

Q     Did you review -- did you read any news about NIO in Chinese?

A     Yes.

Q     What publications did you read?

E. Huang

it again?

A       Friend or friends introduced NIO, the company, to me.  However, prior to that, I had never purchased any stocks of any Chinese companies.

Q       Who are the friends that introduced you to NIO?

A       A good friend of mine.

Q       And how did this good friend know about NIO?

A       Perhaps he or she found it through the news.  I am not sure.

Q       And what did this friend tell you about NIO?

A       He or she said that this company at the time was the first company in China that had its own batteries and that this company had a good future, and also because at the time that electrical vehicle was the direction of the future, something like that.

He basically said that this company should be a good one and that this company also manufactured SUVs and many

Case 1:19-cv-01424-NGG-JRC    Document 122-34    Filed 12/23/22    Page 8 of 19 PageID
In Re: NIO, Inc. Securities Litigation              #: 4211                                    Eva Huang
                                                                                    September 06, 2022

35

                         E. Huang

people would like it.

         He or she also said that this

company built its own factory or factories

in Shanghai.

    Q    So this friend told you that NIO

built its own factories in Shanghai?

    A    I can't remember whether he or

she told me that they were in the process

of building the factory or factories or

they had already built their factory or

factories.  He or she saw that information

through the news as well.

              THE INTERPRETER:  I'm sorry, for

    the last sentence --

    A    However, he saw this information

through the news.

    Q    How do you know he saw this

information through the news?

    A    He or she looked at the news,

looked at a lot of news on a daily basis.

So, however, I -- in terms of where he saw

the news, what stories he got the news

from, I'm not sure.

    Q    Is this friend also invested in

58

E. Huang

that question to the best of your ability.

A     If, in the beginning, they did not say --

THE INTERPRETER:  Let me say it again.

A     If, in the beginning, they indicated that they did not have a factory, that would be okay.

However, if they said that they had a factory or factories in the beginning and now decides not to build it, I don't believe that's permissible.  I would think that is dishonesty.

Q     What if the company had decided to build a factory and then changed their mind later on, would that be permissible?

MR. SHI:  Objection.  Calls for a legal conclusion.

A     Theoretically, it would be okay. However, it would still hurt the interests of the shareholders.

Q     And are you alleging here that the company at the time of the IPO was not

Case 1:19-cv-01424-NGG-JRC    Document 122-34    Filed 12/23/22    Page 10 of 19
In Re: NIO, Inc. Securities Litigation    PageID #: 4213

Eva Huang
September 06, 2022

59

E. Huang

planning to build a factory?

A       This factory never existed at all.  They had never built the factory to begin with.

So at the time when the investors bought the shares, I believe we were misled.  It hurt our interests.  I believe that the company was being dishonest.  I don't understand why that company would do something like that.  I don't understand.

Q       If NIO had started building the factory at the time of the IPO, would you still believe its statements were misleading?

A       It was said that the factory was under construction.  That means that the construction had already started.  It was not that they were preparing to do the construction.

Q       My question is, if construction had begun at the factory, would NIO's statements have been misleading?

A       If at the time they were already

Case 1:19-cv-01424-NGG-JRC   Document 122-34   Filed 12/23/22   Page 11 of 19
In Re: NIO, Inc. Securities Litigation   PageID #: 4214

Eva Huang
September 06, 2022

113

E. Huang

A    I think that all of the IPOs should not conceal any information and should provide truthful information and facts to the investors.

And if there were any concealing of information, according to the Securities and Exchange Act 10D, after 25 days of the IPO, the investor could apply to recover their losses.

Q    So that didn't really answer my question.

What made you think you have a securities claim here?

MR. SHI:  Same objection.  Calls for a legal conclusion.

Ms. Huang, you may respond, but do not reveal any attorney client communications.

A    My hope was that through this litigation, I could try to obtain the maximum compensation that the other investors are entitled to.  That's my purpose.  I could monitor the attorneys' work and communicate with the attorneys in

114

E. Huang

order to obtain the compensations for all investors.  That is my purpose.

Q    Did you research whether you might have a securities claim against NIO?

A    My hope is that for my attorney to put in their max effort to investigate and to have the judge to confirm through this class action lawsuit and to try to obtain the best benefit for all the shareholders involved.

Q    When did you contact a lawyer?

A    I signed the document on March the 28th to ask my attorney to represent me.

Q    We can put it up, but I believe your signature is on March 24th.

Does that sound correct to you?

A    Yes, yes.  Yes, I recalled it wrong.

Q    And so that's the first day you reached out to the Rosen Law Firm?

A    I had contacted them prior to that.  However, I no longer recall which date.

128

E. Huang

Q    Now, you did file the amended complaint in this action, correct?

A    My attorneys sent it to me to review.

Q    So let's pull that up now, a document previously marked as Defendant's Exhibit 11.

Now, you said your attorneys sent you a draft.  Did you review the amended complaint?

A    Yes.

Q    Did you receive a translated copy of the amended complaint?

A    Yes.

Q    How long did you spend reading the amended complaint?

A    I spent more than half a day of time to read it.

Q    Did you provide any comments?

A    No.

Q    Do you know if Mr. Mundy provided any comments?

A    I don't know.

Q    How many drafts of the amended

Case 1:19-cv-01424-NGG-JRC   Document 122-34   Filed 12/23/22   Page 14 of 19
In Re: NIO, Inc. Securities Litigation   PageID #: 4217

Eva Huang
September 06, 2022

130

E. Huang

decided.

Q     And did you communicate with the attorneys in English or Chinese?

A     Chinese.

Q     Did you personally investigate any of the allegations in the amended complaint before it was filed?

A     No.

Q     Did you discuss the amended complaint with anyone outside of counsel?

A     No.

Q     Now let's introduce the second amended complaint, which has been previously marked Defendant's Exhibit 12.

Did you review any drafts of the second amended complaint?

A     Yes.

Q     Did you approve the filing of the second amended complaint?

A     Yes.

Q     Did you personally investigate any of the allegations in the second amended complaint before it was filed?

A     No.

Case 1:19-cv-01424-NGG-JRC  Document 122-34  Filed 12/23/22  Page 15 of 19
In Re: NIO, Inc. Securities Litigation  PageID #: 4218

Eva Huang
September 06, 2022

131

E. Huang

Q    Did you discuss the second amended complaint with anyone besides counsel?

A    No.

Q    Do you know if Mr. Mundy reviewed any drafts of the second amended complaint?

A    I don't know.

Q    And when you received a draft of the second amended complaint from counsel, was it translated?

A    Yes.

Q    Now we're going to turn to page 6 -- to page 7, excuse me, where the second amended complaint lists each defendant.

So the first defendant is NIO. What did NIO do wrong here?

MR. SHI:  Objection.  Asked and answered.

Q    You can answer.

A    The CEO of the NIO company and their executives and also the nine banks and the NIO company itself concealed the facts and truth and did not conduct due

Case 1:19-cv-01424-NGG-JRC   Document 122-34   Filed 12/23/22   Page 16 of 19
In Re: NIO, Inc. Securities Litigation      PageID #: 4219

Eva Huang
September 06, 2022

132

E. Huang

diligence to investigate.

Q    So would that be true of all of the defendants listed in this complaint?

A    The difference is that the nine banks did not conduct due diligence investigation.

However, in terms of NIO's executives, they clearly knew that the factory did not exist.  However, they still claimed that it was in the process of construction.  And about that, I cannot understand.

Q    What's the basis for your statement that NIO's executives clearly knew the factory did not exist?

MR. SHI:  Objection.  You may respond if it doesn't reveal attorney client communication.

A    The CEO and CFO of the NIO company were the one that would have to approve any statements or documents that were to be released to the government -- sorry, released to the public.  They would know the truth and facts clearly.

133

E. Huang

Q     Besides what you think they should have or must have known, do you have any evidence or have you seen anything regarding how the CEO and CFO knew that the factory did not exist?

A     Because they announced that they would no longer are build the factory. However, they never started to build the factory, and that was the fact.

Q     My question is, what's the basis for your information that they clearly knew that the factory did not exist?

MR. SHI:  Objection.  Asked and answered.

Ms. Huang, you may respond to the extent that it doesn't reveal any attorney client communication.

A     Because the news or reports that came out later indicated that the factory was never built.

Q     So besides what you've heard in the news, you have no specific information that indicates that any of the executives knew that the factory was not being built?

Case 1:19-cv-01424-NGG-JRC   Document 122-34   Filed 12/23/22   Page 18 of 19
In Re: NIO, Inc. Securities Litigation   PageID #: 4221

Eva Huang
September 06, 2022

136

E. Huang

THE VIDEOGRAPHER:  We are now back on the record.  The time is 7:02 p.m.

BY MS. FLUMENBAUM:

Q     Do you know whether the second amended complaint refers to anonymous former employees?

A     The ones that were mentioned in it, yes, I know about it.

Q     And do you have any idea who the anonymous former employees are?

A     I don't know.

Q     Do you have a guess of who any of the former employees are?

A     I cannot.

Q     Have you ever spoken to any of the anonymous former employees?

A     No.

Q     What is your understanding of who comprises the class in this action?

A     The class action comprises the investors that invested after the IPO date and up to May 5, 2019 and also it comprises the investors that made investment 25 days

Case 1:19-cv-01424-NGG-JRC   Document 122-34   Filed 12/23/22   Page 19 of 19
In Re: NIO, Inc. Securities Litigation   PageID #: 4222

Eva Huang
September 06, 2022

137

E. Huang

after the IPO up to May 5, 2019.

Let me make a correction.  It was not May 5th, it was March 5th, both March 5th.

Q    Do you know how many individuals that would be?

A    I don't know.

Q    Any guess?

A    I cannot.

Q    Are you aware that there is a state action against NIO in New York State Court?

A    I know about it.  However, I seem to believe that the judge did not approve it.  The case did not proceed.

Q    Have you talked to any of the lead plaintiffs in the state action?

A    No.

Q    Have you spoken to the lawyers who filed the complaint in the state action?

A    No.

Q    Why did you not seek appointment as lead plaintiff in the State Court