**MANDATE**

E.D.N.Y. - Bklyn
19-cv-1424
Garaufis, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of October, two thousand twenty-three.

Present:

Denny Chin,
Michael H. Park,
  *Circuit Judges*,
Anne M. Nardacci,
  *District Judge.* *

NIO Inc., et al.,

  *Petitioners*,

v.                                                                23-1190

Mark Mundy and Eva Huang, individually and on behalf of all others similarly situated,

  *Respondents*.

Petitioners request, pursuant to Federal Rule of Civil Procedure 23(f), leave to immediately appeal the district court's order granting class certification.  They also move for leave to file a reply. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply is GRANTED, but the Rule 23(f) petition is DENIED because an immediate appeal is not warranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139–40 (2d Cir. 2001).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

* Judge Anne M. Nardacci, of the United States District Court for the Northern District of New York, sitting by designation.

**MANDATE ISSUED ON 10/24/2023**