UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

*In re NIO, Inc. Securities Litigation*

Case No: 1:19-cv-01424-NGG-JRC

Class Action

---

### NOTICE OF CLASS REPRESENTATIVES' UNOPPOSED MOTION TO APPROVE THE FORM AND MANNER OF CLASS NOTICE

PLEASE TAKE NOTICE that Court-appointed Class Representatives Mark Mundy and Eva Huang, by and through their undersigned attorneys, will move this Court, before the Honorable Nicholas G. Garaufis, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY, 11201, on a date and at a time designated by the Court, for an Order, pursuant to Rules 23 of the Federal Rules of Civil Procedure:

1. Approving the form and content of the proposed Notice of Pendency of Class Action ("Long Notice"), the proposed Summary Notice of Pendency of Class Action ("Summary Notice"), and the proposed Postcard Notice ("Postcard Notice," together with the Long Notice and Summary Notice, the "Notice"); and

2. Approving the proposed methods of disseminating the Notice to the Court-certified Class.

PLEASE TAKE FURTHER NOTICE that a Memorandum of Law and the Declaration of Laurence Rosen and exhibits thereto are submitted herewith in support of the motion.

PLEASE TAKE FURTHER NOTICE that a proposed order is submitted herewith.

Defendants do not oppose this motion.

1

Dated: July 10, 2024                                  Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Laurence Rosen*
Laurence Rosen
Yu Shi
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
           yshi@rosenlegal.com

*Class Counsel*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 10, 2024, I caused the foregoing to be filed with the Court's CM/ECF system, which will notify those attorneys who are registered with CM/ECF of this filing.

      */s/ Laurence Rosen*
      Laurence Rosen