**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *In re NIO, Inc. Securities Litigation* | Case No: 1:19-cv-01424-NGG-JRC<br><br>Class Action |

### DECLARATION OF LAURENCE ROSEN IN SUPORT OF CLASS REPRESENTATIVES' UNOPPOSED MOTION TO APPROVE THE FORM AND MANNER OF CLASS NOTICE

I, Laurence Rosen, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.  I am a partner at The Rosen Law Firm, P.A., Court-appointed Class Counsel for Class Representatives Mark Mundy and Eva Huang and the Court-certified Class in the above-captioned action ("Action"). I am admitted to practice before this Court.

2.  I am familiar with the facts set forth below and submit this declaration in support of Class Representatives' Unopposed Motion to Approve the Form and Manner of Class Notice.

3.  Attached hereto as Exhibit 1 is the proposed Notice of Pendency of Class Action.

4.  Attached hereto as Exhibit 2 is the proposed Summary Notice of Pendency of Class Action.

5.  Attached hereto as Exhibit 3 is the proposed Postcard Notice.

6.  Attached hereto as Exhibit 4 is a true and correct copy of the resume of Strategic Claims Services, the administrator Class Counsel is proposing to disseminate notice to the Class.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of July, 2024 in New York, New York.

/s/ *Laurence Rosen*
Laurence Rosen

1