# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *In re NIO, Inc. Securities Litigation* | Case No: 1:19-cv-01424-NGG-JRC |

## SUMMARY NOTICE OF PENDENCY OF CLASS ACTION

**To Members of the Following Class:**

**(1) All persons and entities who purchased or otherwise acquired the American Depositary Shares ("ADSs") of NIO Inc. ("NIO") pursuant and/or traceable to the registration statement and prospectus issued in connection with NIO's September 12, 2018 Initial Public Offering ("IPO"); and (2) all persons and entities who purchased or otherwise acquired NIO ADSs during the period from October 8, 2018 to March 5, 2019, both dates inclusive.[1]**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Eastern District of New York, that the above-captioned litigation (the "Action") has been certified as a class action.

In the Action, Class Representatives allege that Defendants violated federal securities laws by issuing false and misleading statements concerning the construction of NIO's manufacturing facility in Shanghai, China. Defendants have denied and continue to deny that they violated any federal securities laws. At this time, there is no judgment, settlement, or monetary recovery. The Court has not yet set a trial date.

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION. This is only a summary of matters regarding the litigation. A detailed notice (the "Notice") describing the litigation and the rights of potential class members, including procedures for participating or seeking exclusion, has been mailed to potential class members whose contact information is already known. You may download the notice from the Notice Administrator's website, http://www.NIOSecuritiesLitigation.com. You may also obtain a copy of the more detailed notice by contacting the Notice Administrator by mail, email, or telephone as follows:

NIO Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

---

[1] Excluded from the Class are (a) persons and entities who suffered no compensable losses; and (b) Defendants, the present and former officers and directors of NIO, members of such excluded persons' immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which any of the Defendants, or any person excluded under this subsection (b), has or had a majority ownership interest at any time.

Tel.:  866-274-4004
Fax:  610-565-7985
info@strategicclaims.net

Inquiries, other than requests for the Notice, may be made to Class Counsel:

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen
Yu Shi
275 Madison Ave, 40th Floor
New York, NY 10016
Phone: (212) 686-1060

THIS NOTICE IS NOT AN EXPRESSION OF ANY OPINION BY THE COURT AS TO THE MERITS OF ANY CLAIMS OR DEFENSES ASSERTED BY EITHER SIDE IN THIS CASE.  THE SOLE PURPOSE OF THIS NOTICE IS TO INFORM YOU OF THE LAWSUIT SO THAT YOU CAN MAKE AN INFORMED DECISION AS TO WHETHER YOU SHOULD REMAIN IN OR OPT OUT OF THIS CLASS ACTION.

If you are a Class Member, you have the right to decide whether to remain a member of the Class. If you choose to remain a member of the Class, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in NIO ADSs. You will be represented by Class Counsel and the Class Representatives appointed by the Court.  You will also have the right to appear by your own counsel at your own expense.  Regardless of whether you appear by your own counsel, if you are a Class Member and do not exclude yourself from the Class, you will be bound by the proceedings in this Action, including all orders and judgments of the Court, whether favorable or unfavorable.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of this Court, and ***you will not be eligible to receive a share of any money which might be recovered for the benefit of the Class***. To exclude yourself from the Class, you must submit a written request for exclusion postmarked no later than _____, 2024 to the Notice Administrator in accordance with the instructions set forth in the full, more detailed Notice.

**To ensure that you receive all future notices in this Action, you are requested to register your name and contact information with the Notice Administrator at www.NIOSecuritiesLitigation.com.  If the Notice Administrator does not have your correct address, you may not receive any future notices that may be disseminated in this Action. You do not need to register if you are excluding yourself from the Class.**

**DO NOT CONTACT THE COURT OR THE
CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: _____                                BY ORDER OF THE COURT:
                                                    United States District Court
                                                    For the Eastern District of New York