# EXHIBIT 3

NIO Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

**Court-Ordered Legal Notice**
**Forwarding Service**
**Requested**

Important Notice authorized by
the United States District Court
for the Eastern District of New
York

*This Notice may affect your*
*legal rights. Please read it*
*carefully.*

*This is not attorney advertising.*

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

**COURT ORDERED LEGAL NOTICE:** *In re NIO, Inc. Securities Litigation,* **Case No. 1:19-cv-01424-NGG-JRC (E.D.N.Y.)**
*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE CLASS ACTION.*
*PLEASE VISIT* **WWW.NIOSECURITIESLITIGATION.COM** *FOR MORE INFORMATION AND TO REGISTER TO RECEIVE UPDATES.*

This Notice has been sent to you under a court order in the class action lawsuit captioned *In re NIO, Inc. Securities Litigation,* Case No. 19-cv-01424-NGG-JRC, which is pending in the Eastern District of New York (the "Court"). The Court has certified a class (the "Class") of:

> **(1) All persons and entities who purchased or otherwise acquired the American Depositary Shares ("ADSs") of NIO Inc. ("NIO") pursuant and/or traceable to the registration statement and prospectus issued in connection with NIO's September 12, 2018 Initial Public Offering ("IPO"); and (2) all persons and entities who purchased or otherwise acquired NIO ADSs during the period from October 8, 2018 to March 5, 2019, both dates inclusive.**

You may be a member of this Class, and this Notice summarizes your rights as a potential Class Member. For a full description of the class action, please obtain a copy of the detailed Notice of Pendency of Class Action by visiting the website: www.NIOSecuritiesLitigation.com. You may also request copies of the Notice from the Notice Administrator by: (1) mail: NIO Inc. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (2) toll-free phone: (866) 274-4004; (3) fax: (610) 565-7985; or (4) email: info@strategicclaims.net.

This is a securities class action alleging that that Defendants violated federal securities laws by issuing false and misleading statements concerning the construction of NIO Inc.'s manufacturing facility in Shanghai, China. Defendants have denied and continue to deny that they violated any federal securities laws. At this time, there is no judgment, settlement, or monetary recovery.

You do not need to do anything to remain in the Class. If you remain in the Class, you may participate in any recovery the Plaintiffs might obtain for the Class on the same basis as other Class members. You also may enter an appearance in the case as a class member through your own counsel at your own expense. Any judgment in this lawsuit, whether favorable or not, will be binding on all Class members who do not request exclusion from the Class.

If you do not want to remain in the Class and wish to keep your right to sue Defendants at your own expense (and give up any right to share in any recovery from this Class Action), you must inform the Notice Administrator by sending a letter to: NIO Inc. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063, no later than _____, 2024, stating your name, address, number of shares of NIO ADSs purchased, acquired, and/or sold (1) pursuant and/or traceable to NIO's IPO Registration Statement, or (2) during the period from October 8, 2018 through March 5, 2019, both dates inclusive, including dates and prices of each transaction, and a statement that you wish to opt out of the class in *In re NIO, Inc. Securities Litigation*, and sign it at the bottom.

**Visit www.NIOSecuritiesLitigation.com for more information and to register to receive updates on this litigation.**