

Yu Shi<br>yshi@rosenlegal.com

November 19, 2024

**VIA ECF**

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *In re NIO Inc. Securities Litigation,* Case No. 1:19-cv-01424-NGG-JRC

Dear Judge Garaufis and Judge Cho:

  I write on behalf of the parties to: (a) provide a status report concerning the mediation that took place on November 5, 2024, and (b) respectfully request a modification of the schedule for the parties' summary judgment motions.

**Post-Mediation Status Report:**

  The parties participated in a mediation on November 5, 2024 with David Murphy, Esq. of Phillips ADR Enterprises. The mediation was unsuccessful.

**Summary Judgment Briefing Schedule:**

  In accordance with the schedule previously entered by the Court (*see* ECF Minute Entry Dated May 22, 2024), Plaintiffs served their motion for summary judgment on Defendants on September 30, 2024. Defendants' opposition to Plaintiffs' motion and Defendants' cross-motion for summary judgment are due December 30, 2024. Defendants seek, and Plaintiffs consent to, a 30-day extension of the deadline for Defendants to serve their opposition and cross-motion (with all remaining summary judgment briefing deadlines pushed back by a corresponding 30 days).

Accordingly, the parties respectfully request that the Court grant the following modifications to the summary judgment briefing schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants to serve: (a) opposition to Plaintiffs' motion for summary judgment, and (b) cross-motion for summary judgement. | December 30, 2024 | January 30, 2025 |
| Plaintiffs to serve: (a) reply in further support of Plaintiffs' motion for summary judgment, and (b) opposition to Defendants' cross-motion. | March 31, 2025 | April 30, 2025 |
| Defendants to serve reply in further support of Defendants' cross-motion and e-file fully briefed summary judgment motions | May 16, 2025 | June 16, 2025 |

The modifications above does not affect any other deadlines in this case.

Respectfully submitted,

/s/ Yu Shi
Yu Shi

cc: all counsel of record via ECF

**Application granted.**
**So Ordered.**
s/ Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: 11/19/24

2