# EXHIBIT 1

| | |
|---|---|
| **From:** | Yu Shi |
| **To:** | Fumerton, Robert A; Griffin, Michael C; Flumenbaum, Judy A |
| **Cc:** | Laurence Rosen |
| **Subject:** | RE: NIO - deposition schedule |
| **Date:** | Friday, January 10, 2025 1:16:00 PM |
| **Attachments:** | image001.png |

Rob/Mike/Judy:

Do you have any updates regarding deposition dates?

Thanks,

**Yu Shi**

THE ROSEN LAW FIRM, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Direct: (646) 437-7796

Main: (212) 686-1060

Fax: (212) 202-3827

Email: yshi@rosenlegal.com

www.rosenlegal.com



**From:** Yu Shi

**Sent:** Thursday, November 14, 2024 1:37 PM

**To:** Fumerton, Robert A <Robert.Fumerton@skadden.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; Flumenbaum, Judy A <Judy.Flumenbaum@skadden.com>; Schwartz, Jed <JSchwartz@milbank.com>; Wolf, Rachel <rwolf@milbank.com>; Satterlee, Ashley <ASatterlee@milbank.com>; aehrlich@paulweiss.com; O'Brien, Jane B <jobrien@paulweiss.com>; Sui, Xinshu Sylvia <xsui@paulweiss.com>

**Cc:** Laurence Rosen <lrosen@rosenlegal.com>

**Subject:** NIO - deposition schedule

Dear counsel:

We'd like to get depositions scheduled.

Below is a list of witnesses we seek to depose:

NIO – full day:

1. Bin Li
2. Louis Hsieh
3. Lihong Qin
4. Colliven Ke

5. Nick Wang
6. Henry Zheng

NIO – half day:

7. Tian Cheng
8. Xiang Li
9. Hai Wu
10. Yaqin Zhang
11. Xiangping Zhong
12. Zhaohui Li
13. Padmasree Warrior

Underwriters – full day:

14. Morgan Stanley 30(b)(6)
15. Angel Chen (formerly MS, currently at Goldman)
16. Mohammed Yeolawala (Citi)
17. Sophie Wen (Citi)

Given that a large number of them are in Asia , and in light of the Chinese New Year holidays in late-Jan to early-Feb, we propose taking the Asia-based depositions starting in mid-February (after the Chinese New Year holiday), that would allow us to conclude in early March.  For the director defendants, we can do 2 per day.

I assume Padmasree Warrior is in the U.S. -  we can take her deposition remotely after the Asia ones.  If anyone else is also in the U.S., please let us know.

Lastly, please also let us know who will need interpreters as well as the Chinese dialect (e.g. Mandarin or Cantonese), and whether the Asia depositions will be in Hong Kong or Singapore.

Thanks.

**Yu Shi**

THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY  10016
Direct: (646) 437-7796
Main: (212) 686-1060
Fax: (212) 202-3827
Email: yshi@rosenlegal.com
www.rosenlegal.com

