# EXHIBIT 2

| | |
|---|---|
| **From:** | Flumenbaum, Judy A |
| **To:** | Yu Shi; Fumerton, Robert A; Griffin, Michael C |
| **Cc:** | Laurence Rosen; Michael Cohen |
| **Subject:** | RE: NIO |
| **Date:** | Tuesday, December 10, 2024 3:40:29 PM |
| **Attachments:** | image001.png |

## [EXTERNAL EMAIL]

Yu – Are you available to meet and confer Thursday at 2 pm?  Regarding depositions, the individuals are considering whether to retain separate counsel.  We will get back to you when we have further information.

Thanks,
Judy

---

**From:** Yu Shi <yushi@rosenlegal.com>
**Sent:** Thursday, December 5, 2024 12:46 PM
**To:** Fumerton, Robert A (NYC) <Robert.Fumerton@skadden.com>; Griffin, Michael C (NYC) <Michael.Griffin@skadden.com>; Flumenbaum, Judy A (NYC) <Judy.Flumenbaum@skadden.com>
**Cc:** Laurence Rosen <lrosen@rosenlegal.com>; Michael Cohen <mcohen@rosenlegal.com>
**Subject:** [Ext] RE: NIO

Rob/Mike/Judy -

Following up on a couple things:

1. Could you please provide some times next week to meet & confer regarding documents withheld on the basis of PRC law?  I understand that you guys had a trial and there was the Thanksgiving holidays, but we asked for the meet and confer a month ago and have not gotten a response.

2. Any updates on the deposition schedule?  Given the large number of depositions (most of which presumably will be in Hong Kong), and the holidays both in the US and China over the next two months, we would like to get dates firmed up as soon as possible so that we can start making arrangements.

Thanks.

**Yu Shi**

THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY  10016
Direct: (646) 437-7796
Main: (212) 686-1060
Fax: (212) 202-3827

Email: yshi@rosenlegal.com
www.rosenlegal.com



---

**From:** Yu Shi
**Sent:** Wednesday, November 6, 2024 2:55 PM
**To:** Fumerton, Robert A <Robert.Fumerton@skadden.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; Flumenbaum, Judy A <Judy.Flumenbaum@skadden.com>
**Cc:** Laurence Rosen <lrosen@rosenlegal.com>; Michael Cohen <mcohen@rosenlegal.com>
**Subject:** NIO

Counsel:

We'd like to schedule a meet and confer for next week or the following week regarding the documents that NIO has withheld pursuant to PRC Law.

We're generally available Nov. 13, 15, and 18-22.

Please give us some times on those dates that you're available to meet and confer.

Thanks.

**Yu Shi**

THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Direct: (646) 437-7796
Main: (212) 686-1060
Fax: (212) 202-3827
Email: yshi@rosenlegal.com
www.rosenlegal.com



-------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

====================================================================================
============