# EXHIBIT 3

| | |
|---|---|
| **From:** | Flumenbaum, Judy A |
| **To:** | Yu Shi; Fumerton, Robert A; Griffin, Michael C; Schwartz, Jed; Wolf, Rachel; Satterlee, Ashley; aehrlich@paulweiss.com; Sui, Xinshu Sylvia; "Miller, Emily M" |
| **Cc:** | Laurence Rosen |
| **Subject:** | RE: In re NIO - Notices of Deposition |
| **Date:** | Monday, February 3, 2025 9:33:19 PM |
| **Attachments:** | image001.png |

<div style="background-color:red; color:white; text-align:center;">**[EXTERNAL EMAIL]**</div>

Counsel,

As you are aware, the former officers, directors and employees are communicating with Pillsbury about a potential representation. Please reach out to Ron Cheng (ronald.cheng@pillsburylaw.com) to discuss dates for those depositions. With respect to the current NIO employees, NIO is currently out of the office for the Lunar New Year holiday and thus we can endeavor to provide dates for depositions next week. Notably, however, Plaintiffs here have requested more depositions than the Federal Rules provide. *See* Federal Rule of Civil Procedure 30(a)(2)(A)(i). NIO proposes that we meet and confer to discuss priority of witnesses and who can be dropped from this list. Please let us know if you are available to meet and confer on Wednesday.

Judy

**From:** Yu Shi <yushi@rosenlegal.com>
**Sent:** Thursday, January 30, 2025 5:14 PM
**To:** Fumerton, Robert A (NYC) <Robert.Fumerton@skadden.com>; Griffin, Michael C (NYC) <Michael.Griffin@skadden.com>; Flumenbaum, Judy A (NYC) <Judy.Flumenbaum@skadden.com>; Schwartz, Jed <JSchwartz@milbank.com>; Wolf, Rachel <rwolf@milbank.com>; Satterlee, Ashley <ASatterlee@milbank.com>; aehrlich@paulweiss.com; Sui, Xinshu Sylvia <xsui@paulweiss.com>
**Cc:** Laurence Rosen <lrosen@rosenlegal.com>
**Subject:** [Ext] RE: In re NIO - Notices of Deposition

Counsel:

I'm writing to follow up again regarding deposition dates.

Please provide specific dates for each witness by next Tuesday, February 4. If we don't have dates for each witness by next Tuesday, we will seek the Court's intervention.

Thanks.

**Yu Shi**
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Direct: (646) 437-7796

Main: (212) 686-1060
Fax: (212) 202-3827
Email: yshi@rosenlegal.com
www.rosenlegal.com



**From:** Yu Shi
**Sent:** Wednesday, January 22, 2025 9:44 AM
**To:** Fumerton, Robert A <Robert.Fumerton@skadden.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; Flumenbaum, Judy A <Judy.Flumenbaum@skadden.com>; Schwartz, Jed <JSchwartz@milbank.com>; Wolf, Rachel <rwolf@milbank.com>; Satterlee, Ashley <ASatterlee@milbank.com>; aehrlich@paulweiss.com; Sui, Xinshu Sylvia <xsui@paulweiss.com>
**Cc:** Laurence Rosen <lrosen@rosenlegal.com>
**Subject:** RE: In re NIO - Notices of Deposition

Counsel:

I'm following up on the deposition notices that we served last week.  Do those dates work for your clients?  If not, when can we expect to get dates?

As you know, fact discovery closes the end of March and we've been asking for deposition dates since November.

**Yu Shi**
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY  10016
Direct: (646) 437-7796
Main: (212) 686-1060
Fax: (212) 202-3827
Email: yshi@rosenlegal.com
www.rosenlegal.com



**From:** Yu Shi <yushi@rosenlegal.com>
**Sent:** Tuesday, January 14, 2025 2:02 PM
**To:** Fumerton, Robert A <Robert.Fumerton@skadden.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; Flumenbaum, Judy A <Judy.Flumenbaum@skadden.com>; Schwartz, Jed <JSchwartz@milbank.com>; Wolf, Rachel <rwolf@milbank.com>; Satterlee, Ashley <ASatterlee@milbank.com>; aehrlich@paulweiss.com; Sui, Xinshu Sylvia <xsui@paulweiss.com>
**Cc:** Laurence Rosen <lrosen@rosenlegal.com>
**Subject:** In re NIO - Notices of Deposition

Dear counsel:

Please see attached Notices of Deposition for the defendants/witnesses listed in my email from November 14, 2024.

**Yu Shi**

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY  10016

Direct: (646) 437-7796

Main: (212) 686-1060

Fax: (212) 202-3827

Email: yshi@rosenlegal.com

[www.rosenlegal.com]www.rosenlegal.com



--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=====================================================================================