SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 1000 I

———

TEL: (2 I 2) 735-3000

FAX: (2 I 2) 735-2000

www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(2 I 2) 735-3902
DIRECT FAX
(9 I 7) 777-3902
EMAIL ADDRESS
ROBERT.FUMERTON@SKADDEN.COM

February 11, 2025

**VIA ECF**

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:    *In re NIO Inc. Sec. Litig.*, Case No. 19-cv-01424 (NGG) (JRC)

Dear Judge Garaufis and Judge Cho:

We write on behalf of the parties to respectfully request modifications of the schedules for discovery and the parties' summary judgment motions. We also write to notify Your Honors that Plaintiffs are no longer seeking relief related to their February 4, 2025, letter motion (ECF No. 147) to compel deposition dates and to request permission to take 16 non-expert depositions.[1]

In accordance with the schedule previously entered by the Court (May 22, 2024 Minute Order, and modified on November 20, 2024 (ECF No. 143)), Plaintiffs served their partial motion for summary judgment on September 30, 2024, and

---

[1]    Plaintiffs reserve their right to renew their request if the parties are unable to come to an agreement regarding the number of depositions.

February 11, 2025
Page 2

Defendants served their cross-motion and opposition to Plaintiffs' partial motion on January 30, 2025. Plaintiffs seek, and Defendants consent to, a 30-day extension of the deadline for Plaintiffs to serve their reply and opposition, with all remaining briefing deadlines pushed back by a corresponding 30 days.

Additionally, to accommodate witness schedules and travel to the PRC for depositions, Defendants seek, and Plaintiffs consent to, an approximately 45-day extension of all remaining discovery deadlines.

Accordingly, the parties respectfully request that the Court grant the following modifications to the schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day for Parties to complete fact discovery. | March 31, 2025 | May 15, 2025 |
| Last day for Plaintiffs to serve: (a) reply in further support of Plaintiffs' motion for summary judgment, and (b) opposition to Defendants' cross-motion. | April 30, 2025 | May 30, 2025 |
| Last day for affirmative expert disclosures. | May 31, 2025 | July 16, 2025 |
| Last day for Defendants to serve reply in further support of Defendants' cross-motion and e-file fully briefed summary judgment motions. | June 16, 2025 | July 16, 2025 |
| Last day for rebuttal expert disclosures. | July 31, 2025 | September 15, 2025 |

Respectfully,

/s/ Robert A. Fumerton

Robert A. Fumerton

cc:     All counsel of record (via ECF)

**So Ordered.**

s/Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**
**Date:** 2/12/25