UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------- X

In re: NIO, Inc., Securities Litigation

-------------------------------------- X

1:19-cv-01424-NGG-JRC

NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

TO: The Rosen Law Firm, P.A.
275 Madison Ave, 40th Floor
New York, NY 10016

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Ronald Cheng, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Eastern District of New York for an order allowing the admission of movant, a member of the firm of Pillsbury Winthrop Shaw Pittman LLP and a member in good standing of the bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendants Padmasree Warrior, Tian Cheng, Xiang Li, Yaqin Zhang and Louis T. Hsieh. There are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

Dated: 03/11/2025

/s/ Ronald Cheng
Ronald Cheng
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
ronald.cheng@pillsburylaw.com
+1.213.488.3631