**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *In re NIO, Inc. Securities Litigation* | Case No: 1:19-cv-01424-NGG-JRC |

**DECLARATION OF LAURENCE ROSEN IN SUPPORT OF PLAINTIFFS'**
**MOTION TO COMPEL**

I, Laurence Rosen, declare the following pursuant to 28 U.S.C. §1746:

1.      I am an attorney at The Rosen Law Firm, P.A., the Court-appointed Class Counsel in the above-captioned action. I am over 18 years of age and am admitted to practice law in this Court. I submit this declaration in support of Plaintiffs' Motion to Compel, dated July 3, 2025 and filed herewith. I make this declaration solely to transmit documents to the Court.

2.      Attached hereto are true and correct copies of the following documents:

- Exhibit 1:    Declaration of Professor Zhang Hong (certified translation).

- Exhibit 2:    Categorical Log of Defendant NIO Inc. for Documents Withheld Pursuant to PRC Regulations

- Exhibit 3:    Framework Agreement, produced in this litigation by Defendant NIO Inc. with bates numbers NIO0000000004-11 (certified translation).

- Exhibit 4:    Email thread with the subject line "Preparation of plan document and commitment letter in the absence of a construction entity", produced in this litigation by Defendant NIO Inc. bearing bates numbers NIO0000168028-9 (certified translation).

- Exhibit 5:    Defendants' Rule 56.1 Statement of Undisputed Material Facts as to which there is No Genuine Issue to be Tried.

- Exhibit 6:    Email thread with the subject line "Shanghai Plant.xlsx" with attachment, produced in this litigation by Defendant NIO Inc. bearing bates number NIO0000169119 (certified translation).

- <u>Exhibit 7</u>:    Email thread with the subject line "Comments on the handling of Jiawei contract" with attachment, produced in this litigation by Defendant NIO Inc. bearing bates number NIO0000171567 (certified translation).

- <u>Exhibit 8</u>:    Email with the subject line "Letter of Intent of Shanghai NIO Automobile Co., Ltd. (1).docx" with attachment, produced in this litigation by Defendant NIO Inc. bearing bates numbers NIO000017699-700 (certified translation).

- <u>Exhibit 9</u>:    November 5, 2018 Board of Directors Meeting Minutes, produced in this litigation by Defendant NIO Inc. bearing bates numbers NIO0000171389-92.

- <u>Exhibit 10</u>:    Email thread with the subject line "Blue Sky II – Preliminary Offering Memorandum (1/18)" with attachment, produced in this litigation by Defendant NIO Inc. bearing bates numbers NIO0000029730-29936 (this exhibit contains an excerpted portion of the attachment).

- <u>Exhibit 11</u>:    Email thread with the subject line "NIO CB ASRG memo", produced in this litigation by Defendant Goldman Sachs bearing bates number UW_GS_0064865.

- <u>Exhibit 12</u>:    NIO Pure Electric Vehicle Project Investment Agreement, produced in this litigation by Defendant NIO Inc. bearing bates number NIO0000104795-813 (certified translation), with metadata.

- <u>Exhibit 13</u>:    Email thread with the subject line "Blue sky ECC memo", produced in this litigation by Defendant Bank of America Merrill Lynch bearing bates number UW_ML_0013912-16.

- <u>Exhibit 14</u>:    Excerpts from the Deposition Transcript of Bin Li.

- <u>Exhibit 15</u>:    Excerpts from the Deposition Transcript of Colliven Ke.

- <u>Exhibit 16</u>:    Excerpts from the Deposition Transcript of Louis Hsieh.

- <u>Exhibit 17</u>:    Transcript of May 2, 2025 Hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 3, 2025 in New York, NY.

*/s/Laurence Rosen*
Laurence Rosen
