# EXHIBIT 2

CONFIDENTIAL

| Categorical Log of Defendant NIO Inc. for Documents Withheld Pursuant to PRC Regulations *In re NIO, Inc. Securities Litigation*, 19-cv-1424 (NGG) (JRC) Exchanged October 14, 2024 | | | | | |
|---|---|---|---|---|---|
| Category | Date Range | Key Individuals Involved | Category Description | Applicable Protection (PRC Regulations) | Document Count |
| 1 | 10/22/2017 – 8/8/2018 | **NIO:** Colliven Ke; Jessie Wu; William Li; Lihong Qin; Jack Cheng; Charlie Zhang; Hannah Sun; Leilei Liu; Cindy Cao; Danting Shi; Heather Diwu; Ting Zhang; Fang Liu<br><br>**Other Parties:** Individuals from Shanghai International Automobile City (SIAC)<br><br>**Domain Names Involved:** @nio.com; @siac-autopark.com | Cooperation memorandum with a government partner and related documents containing sensitive government information | Law on Guarding State Secrets (Arts. 2, 13, 64);<br><br>Data Security law (Art. 36);<br><br>Supreme People's Court's Judicial Interpretation on Several Issues concerning the Specific Application of the Law in the Trial of Cases of Stealing, Spying on, Purchasing or Illegally Providing State Secrets or Intelligence to Entities outside the PRC Territory (Art. 5) | 75 |

CONFIDENTIAL

| Category | Date Range | Key Individuals Involved | Category Description | Applicable Protection (PRC Regulations) | Document Count |
|---|---|---|---|---|---|
| 2 | 12/28/2017 – 10/18/2018 | **NIO:** Ting Zhang; Jessie Wu; Colliven Ke<br><br>**Other Parties:** Individuals from SIAC<br><br>**Domain Names Involved:** @nio.com; @siac-sh.com | Agreements with a government partner and related documents containing sensitive government information | Law on Guarding State Secrets (Arts. 2, 13, 64);<br><br>Data Security law (Art. 36);<br><br>Supreme People's Court's Judicial Interpretation on Several Issues concerning the Specific Application of the Law in the Trial of Cases of Stealing, Spying on, Purchasing or Illegally Providing State Secrets or Intelligence to Entities outside the PRC Territory (Art. 5) | 17 |

CONFIDENTIAL

| Category | Date Range | Key Individuals Involved | Category Description | Applicable Protection (PRC Regulations) | Document Count |
|---|---|---|---|---|---|
| 3 | 10/25/2017 – 12/27/2018 | **NIO:** Colliven Ke; Jiale Xu; Henry Zheng; Yue Wang; Feng Xing<br><br>**Other Parties:** Individuals from SIAC<br><br>**Domain Names Involved:** @nio.com; @siac-autopark.com | Communications regarding non-public information relating to government documents, including applications for government's approvals government's decisions and feedbacks thereto | Law on Guarding State Secrets (Arts. 2, 13, 64);<br><br>Data Security law (Art. 36);<br><br>Supreme People's Court's Judicial Interpretation on Several Issues concerning the Specific Application of the Law in the Trial of Cases of Stealing, Spying on, Purchasing or Illegally Providing State Secrets or Intelligence to Entities outside the PRC Territory (Art. 5) | 55 |

3

CONFIDENTIAL

| Category | Date Range | Key Individuals Involved | Category Description | Applicable Protection (PRC Regulations) | Document Count |
|---|---|---|---|---|---|
| 4 | 11/30/2017 – 2/20/2019 | **NIO:** William Li; Lihong Qin; Jack Cheng; Charlie Zhang; Feng Shen; Louis Hsieh; Nick Wang; Fei Shen; Ping Jiang; Owen Zhou; Kelly Lu; Fang Liu; Jessie Wu; Susanna Wu; Qing Zhu; Cindy Cao; Colliven Ke; Feng Xing; Johnny Zhao; Danting Shi; Robert Yu; Henry Cao; Jinggang Xie; Haiying Lou; Ting Zhang; Henry Zheng; Biao Jiang<br><br>**Other Parties:** Individuals from Century 3[1]<br><br>**Domain Names Involved:** @nio.com; @century3inc.cn | Communications regarding non-public information relating to government licenses and attachments thereto | Law on Guarding State Secrets (Arts. 2, 13, 64);<br><br>Data Security law (Art. 36);<br><br>Supreme People's Court's Judicial Interpretation on Several Issues concerning the Specific Application of the Law in the Trial of Cases of Stealing, Spying on, Purchasing or Illegally Providing State Secrets or Intelligence to Entities outside the PRC Territory (Art. 5) | 562 |

[1] Century 3 is a company engaged for managing and supervising the construction work for the Shanghai plant.

4

CONFIDENTIAL

| Category | Date Range | Key Individuals Involved | Category Description | Applicable Protection (PRC Regulations) | Document Count |
|---|---|---|---|---|---|
| 5 | 10/31/2017 – 9/26/2018 | **NIO:** Colliven Ke; Biao Jiang; Henry Zheng; Haiying Lou; Yue Wang; Henry Cao; Joey Zhu; Feng Xing; Charlie Zhang; Jessie Wu; Junjun Shi; Qinxin Chi; Allen Ye; Gleen Guo; Hui Lin; Robert Yu; Bream Wang; Eric Wang; Amelie Wang; Leilei Liu; Howell Shen; Tracy Fang<br><br>**Other Parties:** Individuals from SIAC; Individuals from Shanghai Jianke Environmental Technology Co. Ltd. (JKENVC)[2];  Individuals from Ingenics[3]; Individuals from Wideshot[4]; Individuals from Century 3<br><br>**Domain Names Involved:** @nio.com; @jkenvc.com; @siac-autopark.com; @ingenics.de; @wideshot.at; @century3inc.cn | Documents containing non-public geographical mapping information and related email correspondence | Data Security Law (Arts. 21, 36);<br><br>Provisions on the Scope of State Secrets in the Administration of Geographical Mapping Information (Art. 2);<br><br>Administrative Measures for Data Security in the Field of Natural Resources (Arts. 9, 10)<br><br>Security Assessment Measures for Cross-border Data Transfer (Arts. 8, 19) | 178 |

[2] JKENVC is a company that provided environmental impact assessment services in relation to the Shanghai plant.

[3] Ingenics is a company that provided consulting services in relation to the procurement and production processes of the Shanghai plant.

[4] Wideshot is a company that provided consulting services in relation to the layout design of the Shanghai plant.

CONFIDENTIAL

| Category | Date Range | Key Individuals Involved | Category Description | Applicable Protection (PRC Regulations) | Document Count |
|---|---|---|---|---|---|
| 6 | 2/1/2018 – 5/21/2018 | **NIO:** Susanna Wu, Charlie Zhang, Jenny Yu<br><br>**Other Parties:** N/A<br><br>**Domain Names Involved:** @nio.com | Communications regarding non-public information relating to government subsidies and attachments thereto | Law on Guarding State Secrets (Arts. 2, 13, 64);<br><br>Data Security law (Art. 36);<br><br>Supreme People's Court's Judicial Interpretation on Several Issues concerning the Specific Application of the Law in the Trial of Cases of Stealing, Spying on, Purchasing or Illegally Providing State Secrets or Intelligence to Entities outside the PRC Territory (Art. 5) | 6 |

6

CONFIDENTIAL

| Category | Date Range | Key Individuals Involved | Category Description | Applicable Protection (PRC Regulations) | Document Count |
|---|---|---|---|---|---|
| 7 | 10/16/2018 – 10/19/2018 | **NIO:** Colliven Ke, Qing Zhu<br><br>**Other Parties:** N/A<br><br>**Domain Names Involved:** @nio.com | Communications discussing government policies and attachments thereto | Law on Guarding State Secrets (Arts. 2, 13, 64);<br><br>Data Security law (Art. 36);<br><br>Supreme People's Court's Judicial Interpretation on Several Issues concerning the Specific Application of the Law in the Trial of Cases of Stealing, Spying on, Purchasing or Illegally Providing State Secrets or Intelligence to Entities outside the PRC Territory (Art. 5) | 22 |

7

CONFIDENTIAL

| Category | Date Range | Key Individuals Involved | Category Description | Applicable Protection (PRC Regulations) | Document Count |
|---|---|---|---|---|---|
| 8 | 11/7/2017 – 12/1/2017 | **NIO:** Colliven Ke<br><br>**Other Parties:** N/A<br><br>**Domain Names Involved:** @nio.com | Communications regarding events involving government officials | Law on Guarding State Secrets (Arts. 2, 13, 64);<br><br>Data Security law (Art. 36);<br><br>Supreme People's Court's Judicial Interpretation on Several Issues concerning the Specific Application of the Law in the Trial of Cases of Stealing, Spying on, Purchasing or Illegally Providing State Secrets or Intelligence to Entities outside the PRC Territory (Art. 5) | 3 |
| 9 | N/A | N/A | Blank files attached to documents withheld pursuant to PRC regulations | | 32 |