Message

| | |
|---|---|
| From: | Henry Zheng [henry.zheng@nio.com] |
| Sent: | 9/30/2018 3:41:40 AM |
| To: | Colliven Ke [colliven.ke@nio.com]; Jinggang Xie [jinggang.xie@nio.com] |
| Subject: | RE: Preparation of plan document and commitment letter in the absence of a construction entity |
| Attachments: | Design plan statement 07A-03_20180930.docx; Design plan statement 07A-04_20180930.docx |

The revised draft of the commitment letter is attached for your reference.

Best Regards,

Henry Zheng | Shaoyu Zheng

MFG NIO

| | |
|---|---|
| From: | Colliven Ke |
| Sent: | 9/30/2018 14:51 |
| To: | Jinggang Xie <jinggang.xie@nio.com>; Henry Zheng <henry.zheng@nio.com>; Robert Yu <robert.yu@nio.com> |
| CC: | Charlie Zhang <charlie.zhang@nio.com>; Jessie Wu <jessie.wu@nio.com> |
| Subject: | Preparation of plan document and commitment letter in the absence of a construction entity |

Hi Robert, Hi Jinggang,

As communicated, in order to catch up with the project progress, the relevant authority of the district has agreed to review the plan for approval and conduct land value assessment first in the absence of the construction entity, provided that the applicant submits the stamped plan review commitment letter in accordance with the format requirements. Please refer to the attachment for the commitment letter template.
The signing party of the commitment letter is left blank for now.

In addition, since the construction entity is no longer Jiawei Auto Parts Co., Ltd., and the new entity has not yet been confirmed, please coordinate with the design institute to modify the proposed plan document according to the following comments:
1. Prepare the plan for Plot A and Plot B respectively, including renderings. Please ensure that the renderings must show and explain that "the canopy is only a steel structure and does not count as a building area";
2. Project name on the cover of the plan document: shall not show the company name, and shall be named with the plot numbers of Plot A and Plot B: Plot 07A-03 (or 07A-04) Construction Project Plan Design;
3. The title blocks on the lower right corner of all drawings in the plan document:
a. Construction company: blank (delete Jiawei Auto Parts Co., Ltd.);
b. Project name: Plot 07A-03 Construction Project; or Plot 07A-04 Construction Project;
c. The rest remains unchanged.
4. All drawings and descriptions in the plan document:
a. Shall not contain any names related to "NIO" or the company logo;
b. All references to "Shanghai Jiawei Auto Parts Co., Ltd." shall be replaced with "Project Implementation Entity";
5. Regarding the "Main Technical and Economic Indicators" in the master plan, it must be stated in the "Remarks" column to indicate the usage and composition of the underground area, for example: equipment foundation pit x square meters, underground garage x square meters, etc.
6. The official seal of the design institute is required for the final submission of the document per previous requirements.

Feel free to let me know if you have any questions!
Thank you!

Confidential.                                                              NIO0000168028

Regards,

Colliven Ke | Liwen Ke
Senior Manager, Industry Planning

Phone: +86 (21) 6908 2197
Mobile: +86 [redacted text]

NIO
Building 20, No. 56 Antuo Road, Anting, Jiading Shanghai P.R. China



Confidential.

NIO0000168029



# Certificate of Accuracy

| Original File Name | Translated File Name |
|---|---|
| NIO0000168030.pdf | NIO0000168030_EN.pdf |

August 12, 2024

We, Translate.One, hereby certify that to the best of our knowledge and belief the document attached to this letter is a true and accurate translation of the original document.

For all certified translations, Translate.One follows an ISO 9001:2015 certified process. A fully vetted professional translator who is a native speaker of the target language and expert in the subject matter translates the documents. Thereafter, an equally qualified linguist edits the translations, which are then sent back to the lead translator for finalization. As a final step, the project manager and quality control specialist review the final translation for completeness.

*Zhanna Sprow*

Zhanna Sprow
Project Manager
Translate.One

Translate.One
3200 Cobb Galleria Parkway
Suite 200
Atlanta, GA 30339
412.261.1101
translate.one

Message

_____

**From:** Henry Zheng 郑少愚 [henry.zheng@nio.com]
**Sent:** 9/30/2018 3:41:40 AM
**To:** Colliven Ke 柯莉文 [colliven.ke@nio.com]; Jinggang Xie 谢景刚 [jinggang.xie@nio.com]
**Subject:** 答复:缺省建设主体情况下的方案文本准备及承诺函
**Attachments:** 设计方案情况说明07A-03-20180930.docx; 设计方案情况说明07A-04-20180930.docx

承诺书修改草稿供参考

Best Regards

Henry Zheng | 郑少愚

MFG NIO

_____

**发件人:** Colliven Ke 柯莉文
**发送时间:** 2018年9月30日 14:51
**收件人:** Jinggang Xie 谢景刚 <jinggang.xie@nio.com>; Henry Zheng 郑少愚 <henry.zheng@nio.com>; Robert Yu 余其瑜 <robert.yu@nio.com>
**抄送:** Charlie Zhang 张洋 <charlie.zhang@nio.com>; Jessie Wu 吴洁 <jessie.wu@nio.com>
**主题:** 缺省建设主体情况下的方案文本准备及承诺函

Hi Robert，Hi Jinggang,

如沟通，为追赶项目进度，区相关部门同意在缺建设主体的情况下先行做方案审批及地价评估，前提是申请方按照格式要求提交方案审核承诺书并盖章。承诺函模板请参考附件。
承诺函落款单位暂时留空。

另外，因为建设主体已经不是嘉蔚部件有限公司，同时新的主体尚未确认，因此对于准备报送的方案文本请协调设计院按照以下意见进行修改：
1.    方案分别按照A、B地块准备，包括效果图。请注意效果图一定要能体现、说明"罩棚只是钢结构，不算建筑面积"；
2.    方案文本封面项目名称：不体现公司，分别按照A、B地块号命名：07A-03 (或07A-04)地块建设项目方案设计；
3.    方案文本内所有图纸右下角图签：
a.    建设单位：空白（嘉蔚部件有限公司删除）；
b.    项目名称：07A-03地块建设项目；或07A-04地块建设项目；
c.    其余不变
4.    方案文本内所有的图纸，和文本描述内容：
a.    一律不能出现"蔚来"相关的名称，和公司logo；
b.    所有出现"上海嘉蔚汽车部件有限公司"的地方，全部更换成"项目实施主体"；
5.    关于总平图"主要技术经济指标"里面，地下面积需在"备注栏写明地下面积的用途与构成，例如：其中设备基坑？平方米，地下车库？平方米等等
6.    最终递交文本设计院需参考之前要求盖章。

如有任何疑问，请随时沟通！
多谢~~

Confidential.    NIO0000168028

Regards

**Colliven Ke | 柯莉文**
**Senior Manager, Industry Planning**

Phone: +86 (21) 6908 2197

Mobile: +86 █████████

NIO蔚来
上海嘉定安拓路56号汽车创新港20栋
Building 20. No. 56 Antuo Road, Anting, Jiading Shanghai P.R. China



Confidential.                                                                                        NIO0000168029