# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

*In re NIO, Inc. Securities Litigation*

Case No.: 19-cv-1424 (NGG) (JRC)

---

## DEFENDANTS' RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED

Pursuant to Rule 56.1 of the Local Rules of the United States District Court for the Eastern District of New York, NIO, Inc. ("NIO"), Tian Cheng, Louis T. Hsieh, Bin Li, Xiang Li, Lihong Qin, Padmasree Warrior, Hai Wu, Yaqin Zhang, Xiangping Zhong, Zhaohui Li, Morgan Stanley & Co. LLC, Goldman Sachs (Asia) L.L.C, J.P Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Inc., Deutsche Bank Securities Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, UBS Securities LLC, and WR Securities, LLC (collectively, "Defendants") hereby submit this statement of material facts as to which there is no genuine issue to be tried. Unless otherwise indicated, documents referenced in this statement are attached to the accompanying Declaration of Robert A. Fumerton in Support of Defendants' Cross-Motion for Summary Judgment and referred to as "Ex.___."

### A. NIO's Background and its September 2018 U.S. IPO

1. Headquartered in Shanghai, China, NIO is one of the largest electric vehicle ("EV") developers in China and designs, manufactures, and sells smart and connected premium EVs. (Ex. 3, NIO Prospectus at 8.)

2. On September 12, 2018, NIO launched its initial public offering ("IPO") at $6.26 per American Depository Share on the New York Stock Exchange. (Ex. 3, Prospectus at 1;

1

Ex. 4, NIO 2018 Annual Report at F-11.)  When the over-allotment options were fully exercised on October 12, 2018, NIO raised a total of $1.095 billion in net proceeds from the IPO.  (Ex. 4, NIO 2018 Annual Report at F-11.)

**B.  <u>NIO and the Shanghai Government's Partnership Regarding the Shanghai Facility</u>**

3.  NIO entered into an arrangement with Jianghuai Automobile Group Co., Ltd. ("JAC"), a Chinese state-owned manufacturer, to produce its electric vehicles starting from May 2016.  (Ex. 3, NIO Prospectus at 16, 135.)

4.  On November 28, 2017, NIO entered into an agreement ("Framework Agreement") with Shanghai International Automobile City (Group) Co., Ltd. ("Shanghai Autocity"), an entity wholly owned by the Shanghai Jiading District government, for construction of NIO's own manufacturing facility in Shanghai (the "Shanghai Facility").  (*Id*. at 137; Ex. 5, Framework Agreement.)

5.  Pursuant to the Framework Agreement, Shanghai Autocity, through its project company Shanghai Jiawei Automobile Parts Co., Ltd. ("Shanghai Jiawei"), was responsible for constructing the Shanghai Facility, which would then be leased to and outfitted by NIO after construction of the shell of the Shanghai Facility was complete.  (Ex. 3, NIO Prospectus at 137; Ex. 5, Framework Agreement.)

6.  The Framework Agreement described the chosen site for the Shanghai Facility in Waigang Town, Jiading District, and stated that the site would take up about 775 mu (a Chinese unit of area measurement equivalent to approximately 667 square meters).  (Ex. 5, Framework Agreement at NIO0000000006.)

7.  According to Article 4 of the Framework Agreement, the total estimated investment in the Shanghai Facility was RMB 6.13 billion, with NIO's project company

providing RMB 3.7 billion, and Shanghai Autocity, through Shanghai Jiawei, providing not more than RMB 2.43 billion. (*Id.*)

8.    By the end of 2017, NIO founded its project company, Shanghai NIO New Energy Automobile Co., Ltd. ("NIO New Energy"), which would operate the Shanghai Facility after completion of construction. (Ex. 6, NIO New Energy Business License at NIO0000005238-39.)

9.    NIO obtained financing support and tax incentives from Shanghai Autocity, as memorialized in the Framework Agreement and a funding support memorandum with Shanghai Autocity executed in November 2017. (Ex. 5, Framework Agreement; Ex. 7, Funding Support Memorandum at NIO0000005214-16.)

10.    Article 6 of the Framework Agreement provided that, in the event NIO obtained less than RMB 1.5 billion of financing from a financial institution, Shanghai Autocity would make up the difference by designating a third party to inject additional capital into Shanghai NIO Technology Co., Ltd., a 50% owner in NIO New Energy, or by any other legal means. (Ex. 5, Framework Agreement at NIO0000000007; *see also* Ex. 6, Nio New Energy Business License at NIO0000005239.)

11.    NIO obtained agreements from the Bank of Shanghai in May 2018 for RMB 1.5 billion in financing for constructing the Shanghai Facility. In an internal email dated May 11, 2018, a NIO employee wrote that the legal department of the Bank of Shanghai had approved the final versions of relevant agreements regarding a loan and comprehensive credit facility of RMB 1.5 billion. That email attached the relevant agreements, including the final loan agreement and the final comprehensive credit facility agreement. (Ex. 8, May 11, 2018 Email; *see also id.* at

3

NIO0000009904-29, Bank of Shanghai Loan Agreement; *id.* at NIO0000009935-48, Bank of Shanghai Comprehensive Credit Facility Agreement.)

**C. Construction on the Shanghai Facility Was Well Underway Before the IPO**

12.     Merriam Webster defines "construction" as "the process, art, or manner of constructing something." (Ex. 9, Merriam Webster Definition, "construction.")

13.     The Oxford English Dictionary defines "construction" as "the action of framing, devising, or forming, by the putting together of parts; erection, building" generally. (Ex. 10, Oxford English Dictionary Definition, "construction.")

14.     The Cambridge Advanced Learner's Dictionary defines "Under construction" as "in the process of being created or built." (Ex. 11, Cambridge Advanced Learner's Dictionary Definition, "construction.")

15.     Lead Plaintiff Mark Mundy testified that he understood the phrase "[a]ctual construction underway" to mean a "[s]hovel in the ground." (Ex. 12, Mundy Dep. at 156:7-12.)

16.     Construction industry professionals in China consider "construction" to include several different workstreams, including land requisition and assignment, contractor bidding, geotechnical investigation,[1] environmental impact assessment, design, procurement of materials, onsite work, and inspection. Often, different workstreams occur in parallel with onsite construction work. (Ex. 1, Qui Decl. ¶¶ 11, 20.)

17.     Construction work in China frequently occurs without permitting. (Ex. 1, Qiu Decl. ¶ 35.)

18.     On December 11, 2017, the land use rights were granted for construction purposes for lots 1706 and 1707 of the Shanghai Facility and on February 7, 2018, the land use rights were

---

[1] Geotechnical investigation is a study of the geological environment of the construction site (e.g., the physical properties of soil earthworks), the results of which inform the preparation of structural designs.

granted for industrial purposes for lot 1705 of the Shanghai Facility. The Jiading District Planning and Natural Resources Bureau website published notices showing the approvals for "initial phase development" of lots 1706 and 1707 in February 2018 and the same for lot 1705 in May 2018. (Ex. 1, Qiu Decl. ¶ 28.)

19.    In an internal email dated December 21, 2017, a NIO employee circulated two design memoranda for the Shanghai Facility, and stated that "[t]hese are project design memos that were jointly checked with the design institute after communications with relevant government entities and Autocity today." (Ex. 13, Dec. 21, 2017 Email.) The design memoranda covered land planning and composition, including the factory building, warehouses, parking lots, connecting corridors, and a ring-shaped structure. (*Id.*)

20.    On December 30, 2017, NIO internally circulated several drawings, including the layout for the Shanghai Facility, garage, and landscape. (Ex. 14, Dec. 30, 2017 Email.)

21.    Design drawings for the Shanghai Facility were continuously refined in the following months. (Ex. 15, Jan. 4, 2018 Email; Ex. 16, Jan. 5, 2018 Email; Ex. 17, Mar. 2, 2018 Email; Ex. 18, June 28, 2018 Email; Ex. 19, July 27, 2018 Email; Ex. 20, Aug. 24, 2018 Email; Ex. 21, Oct. 8, 2018 Email.)

22.    On January 5, 2018, NIO emailed Shanghai Autocity the layout of the Shanghai Facility with drawings attached. (Ex. 16, Jan. 5, 2017 Email.)

23.    An announcement posted on January 5, 2018 on the website of the Shanghai Jiading District Administrative Service Center stated that NIO, along with Waigang New Energy Industrial Base and an environmental assessment consulting company, met with the Jiading Environmental Protection Bureau to discuss NIO's environmental impact assessment. The announcement stated that the parties "communicated thoroughly [o]n aspects of factory

5

construction, plan design, environmental assessment formulation and approval, so as to advance vigorously the construction of the project within the shortest time at the fastest speed." (Ex. 22, Jan. 5, 2018 Announcement.)

24.     On January 17, 2018, the Shanghai Jiading District government announced that the site for the Shanghai Facility had been selected. (Ex. 23, Jan. 17, 2018 Jiading Government Announcement.) Consistent with the November 2017 Framework Agreement, the announcement stated that the Shanghai Facility would be in Waigang Township and take up approximately 800 mu (approximately 132 acres). (*Id.*)

25.     On January 11, 2018, a Shanghai Autocity affiliated engaged Shanghai Institute of Geotechnical Geology Co., Ltd. to conduct a preliminary geotechnical investigation, develop a topographical map, and conduct preliminary assessments of the site environment, including the soil and underground water. (Ex. 1, Qiu Decl. ¶ 21; *see also* Ex. 24, Geotechnical Investigation at NIO0000141864-71.)

26.     On January 25 and 30, 2018, NIO circulated technical requirements for geotechnical investigation of the Shanghai Facility. (Ex. 1, Qiu Decl. ¶ 21; *see also* Exs. 25-26.)

27.     Beginning in January 2018, Shanghai Autocity and Shanghai Jiawei engaged contractors to carry out the construction work, such as Zhejiang Qinye Construction Group Co., Ltd., Shanghai Jiangong Machinery, and Zhong Chuan Surveying Design Institute Co., Ltd. (Ex. 48 at NIO0000140067; Ex. 27, Apr. 8-13 2018 Weekly Report at NIO0000004763; *see also* Ex. 24 at NIO0000141859-63; Ex. 49 at NIO0000206601-04.)

28.     Shanghai Autocity's project company, Shanghai Jiawei Automobile Parts Co., Ltd., retained contractors on March 22, 2018 to conduct the comprehensive geotechnical

investigation for the Shanghai Facility. (Ex. 1, Qiu Decl. ¶ 21; *see also* Ex. 24, Geotechnical Investigation at NIO0000141701-17, NIO0000141718-34.)

29.     Photographs of onsite work were taken, and progress reports were drafted as early as March 2018. (Ex. 50, Mar. 27, 2018 Daily Report; Ex. 52, Mar. 19, 2018 Daily Report.)

30.     A photograph was taken on March 28, 2018 of representatives from NIO and its government partner attending a trial piling ceremony at the construction site of the Shanghai Facility. In the background of the photograph are concrete piles, cranes, bulldozers, and personnel operating such machinery. (Ex. 51, Mar. 28, 2018 Photograph.)

31.     Shanghai Autocity and Shanghai Jiawei engaged Century 3 (Shanghai) Inc. ("Century 3") to manage construction of the Shanghai Facility. (Ex. 53, Transcript of Dec. 14, 2022 Deposition of NIO's 30(b)(6) Representative ("Chen Tr.") 85:8-86:3.)

32.     Century 3 kept NIO informed on the progress of construction through progress reports, some of which included pictures of personnel and equipment onsite. (Ex. 53, Chen Tr. 85:8-86:25, 87:16-22; s*ee, e.g.*, Exs. 27-47, 54, 56-62, April 2018-November 2018 Century 3 Reports.)

33.     A daily progress report dated March 27, 2018 states that Zhejiang Qinye Construction Group Co. Ltd. conducted mud cleaning, land refilling, and land flattening at the Shanghai Facility. (Ex. 50, Mar. 27, 2018 Project Daily Report.)

34.     In April 2018, Shanghai Autocity began erecting temporary walls, building access roads, flattening and backfilling land, digging temporary trenches for drainage, connecting the construction site to water and electricity, and trial piling. (Ex. 27, Apr. 8-13 Weekly Report; Ex. 54, Apr. 22, 2018 Weekly Report; Ex. 63, May 2018 Monthly Report; Ex. 64, Apr. 26, 2018 Daily Report.)

7

35.    The weekly progress report for April 8-13, 2018, states that several types of work were conducted onsite, including land backfilling, static piling tests, pathway repairs, and trench digging for drainage.  The report states that land backfilling was 91% complete and that the static piling tests were 40% complete.  It also references the onsite equipment and personnel dispatched by three contractors, involving more than 150 workers and over 100 machines. (Ex. 27, Apr. 8-13 2018 Weekly Report at NIO0000004762-64.)

36.    A daily progress report dated April 26, 2018 states land refilling was complete and a static piling test with 13 concrete piles was finished.  (Ex. 64, Apr. 26, 2018 Daily Progress Report.)  That daily progress report also provided the results of the piling test.  (*Id.*)

37.    The monthly progress report for May 2018 includes pictures showing that temporary walls and gates erected to close off the construction site.  (Ex. 63, May 2018 Monthly Report.)

38.    An internal NIO email dated April 22, 2018 contains a spreadsheet titled "Progress Plan for Three Connections and One Leveling."  (Ex. 65, Apr. 22, 2018 Email.) According to this spreadsheet, electricity and water connection work started on March 17, 2018 and water connectivity had since been obtained.  (*Id.*)  Moreover, as of March 28, 2018 a transformer for construction site power was put into place.  (*Id.*)  Three other transformers were set to be in place by April 30, 2018.  (*Id.*)

39.    In April 2018, Shanghai Autocity confirmed in due diligence for the IPO that the Shanghai Facility was "under construction."  (Ex. 66, Project Blue Sky Due Diligence Questionnaire at NIO0000000021.)

8

40.    By May 15, 2018, Shanghai Autocity, through Shanghai Jiawei, had executed various contracts for work relating to the Shanghai Facility, with a total combined contract price of RMB 52 million.  (Ex. 67, Jiawei Automobile Parts Co., Ltd. Contract List.)

41.    According to a spreadsheet tracking Shanghai Jiawei's contractual arrangements, Shanghai Jiawei engaged (i) Shanghai Jianke Environmental Consulting Co., Ltd. (a/k/a Shanghai Huanke Environmental Assessment Consulting Co.) for environmental impact assessment; (ii) Shanghai Jianjing Investment Consulting Co., Ltd. as a bidding agent; and (iii) Shanghai Institute of Geotechnical Geology Co., Ltd. to provide geotechnical investigation services.  (Ex. 67, Jiawei Automobile Parts Co., Ltd. Contract List.)  By October 19, 2018, the combined executed contract price for contracts executed by Shanghai Jiawei was approximately RMB 58 million, of which RMB 11.1 million had been paid by Shanghai Jiawei.  (Ex. 68, Area A and B Project Contracts.)

42.    NIO also acquired equipment for outfitting the Shanghai Facility.  An internal NIO email thread from March 2018 to June 2018 titled "New Factory Procurement Tracking" circulated a continuously updated spreadsheet that listed the procurement progress for different equipment items, such as a tryout press and painting line.  (Ex. 69, New Factory Procurement Tracking; Ex. 70, Gongcheng Article.)

43.    In March 2018, NIO entered into two procurement contracts with a European supplier for production equipment, one priced at EUR 19,650,000 (~$20.6 million) and the other priced at RMB 101,505,000 (~$14 million).  (Ex. 71, First Equipment Procurement Contract; Ex. 72, Second Equipment Procurement Contract; Ex. 70, Gongcheng Article.)

44.    Shanghai Jiawei also began accepting public bids for services.  On June 20, 2018, Century 3 emailed NIO a public bidding document seeking project management services for the

9

Shanghai Facility. The document was scanned and stamped with company seals from Shanghai Jiawei and a bidding agent named Shanghai Jianjing Investment Consulting Co, Ltd. (Ex. 73, June 20, 2018 Email.)

45.    An email dated August 24, 2018, from Automotive Engineering Corporation, the entity engaged to design drawings for the Shanghai Facility, to Century 3 and NIO included a schematic plan for Area B of the Shanghai Facility—which would house workshops for painting and assembling the EVs—and attached drawings such as the transportation analysis drawing and landscape analysis drawing. (Ex. 20, Aug. 24, 2018 Email; *see also* Ex. 74, Jan. 25, 2018 Email at NIO0000194186-87.)

46.    By October 2018, Century 3 completed approximately 8200 hours of work, 1,316 of which related to onsite construction. (Ex. 75, Oct. 31, 2018 Email.)

47.    Environment assessment reports were issued for the Shanghai Facility in September 2018 and March 2019. (Ex. Qiu Decl. ¶ 14(j); *see also* Exs. 76-77; Ex. 78, Environmental Impact Report.)

### D. The Registration Statement Disclosed That Construction of the Shanghai Facility Had Begun And Included Risk Disclosures

48.    NIO disclosed in the Registration Statement that construction on the Shanghai Facility had started:

A. "***The construction and operation of our own manufacturing plant in Shanghai or other manufacturing facilities are subject to regulatory approvals and may be subject to delays, cost overruns or may not produce expected benefits.*** We are developing our own manufacturing facility in Shanghai which we expect to be ready by the end of 2020. Such manufacturing facility is currently being constructed by relevant Shanghai authorities. As a result, such construction is largely outside of our control and could experience delays or other difficulties. Construction projects of this scale are subject to risks and will require significant capital. Any failure to complete these projects on schedule and within budget could adversely impact our financial condition, production capacity and results of operations. Under PRC law, construction projects are subject to broad and strict government supervision and approval procedures, including but not limited to project

approvals and filings, construction land and project planning approvals, environment protection approvals, the pollution discharge permits, work safety approvals, fire protection approvals, and the completion of inspection and acceptance by relevant authorities. Some of the construction projects being carried out by us are undergoing necessary approval procedures as required by law. As a result, the relevant entities operating such construction projects may be subject to administrative uncertainty construction projects in question within a specified time frame, fines or the suspension of use of such projects." (Ex. 3, NIO Prospectus at 32.)

B. "**Our Strategies . . .** *Build our own manufacturing capacity and continue to optimize manufacturing costs by leveraging a common platform and production flexibility.* Construction has started on our own manufacturing facility in Shanghai in order to expand manufacturing capacity for the ET7 and future models, complementing our JAC manufacturing alliance supplying the ES8 and ES6. We expect that this facility will also facilitate our ability to obtain our own EV manufacturing license and potentially benefit from the NEV credit score system in the future. We aim to obtain our EV manufacturing license within two to three years following the date of this prospectus. . . . " (*Id.* at 122.)

C. "*Our Future Manufacturing Plant* Our own manufacturing facility in Shanghai is currently under construction by certain Shanghai government entities. We expect that this facility will expand our manufacturing capacity for the ET7 and future models, complementing our JAC manufacturing alliance supplying the ES8 and ES6. We expect that this facility will be ready by 2020 and will facilitate our ability to obtain our own EV manufacturing license. To encourage and facilitate our establishment of this factory, we have entered into arrangements with the Shanghai governmental authority and an authorized investment entity pursuant to which such parties have agreed to provide us with certain financing, tax incentives and other support, including constructing the factory. Pursuant to such arrangements, we have entered into a framework agreement with relevant authorized investment entity of the Shanghai authority, under which we expect to obtain a leasehold interest in the property on which the facility is located and such lease is expected to have a term of no less than 10 years. The first five years will be rent-free and the following five years will have a discounted rental fee with reference to local market rates, the construction cost of the factory and our contribution to the local economy each as determined by the Shanghai authority. We expect to finalize the terms of the leasehold interest, including any renewal terms and enter into the relevant lease agreement prior to completion of construction of the factory. We expect to make significant capital expenditures in connection with the establishment of our own manufacturing facility. . . ." (*Id.* at 137.)

49. NIO disclosed in the Registration Statement the regulatory uncertainty and

potential delays associated with the Shanghai Facility:

"Such manufacturing facility is currently being constructed by relevant Shanghai authorities. As a result, such construction is largely outside of our control and could experience delays or other difficulties. We are also building phase two of our

11

manufacturing facilities in Nanjing.  Construction projects of this scale are subject to risks and will require significant capital.  Any failure to complete these projects on schedule and within budget could adversely impact our financial condition, production capacity and results of operations.  Under PRC law, construction projects are subject to broad and strict government supervision and approval procedures, including but not limited to project approvals and filings, construction land and project planning approvals, environment protection approvals, the pollution discharge permits, work safety approvals, fire protection approvals, and the completion of inspection and acceptance by relevant authorities.  Some of the construction projects being carried out by us are undergoing necessary approval procedures as required by law.  As a result, the relevant entities operating such construction projects may be subject to administrative uncertainty construction projects in question within a specified time frame, fines or the suspension of use of such projects.  Any of the foregoing could have a material adverse impact on our operations.  Furthermore, we expect that the construction of our own vehicle manufacturing facility in Shanghai will facilitate our ability to obtain our own EV manufacturing license and potentially benefit from the NEV credit score system in the future.  There can be no assurance that the completion of such factory will ensure that we will be able to obtain such license.  In addition, to the extent we are unable to successfully complete construction on time or at all, our ability to obtain our own EV manufacturing license and potentially benefit from the NEV credit score system could be adversely affected, which in turn could impact our growth prospects.”  (*Id.* at 32-33; *see also id.* at 151-52 (“Regulations on Planning of a Construction Project”).)

50.    NIO also disclosed in the Registration Statement the financing risks associated

with the Shanghai Facility:

A. “We also expect to require significant capital and incur substantial costs in setting up, equipping and improving our future manufacturing plant in Shanghai, which could potentially face cost overruns.  As we ramp up our production capacity and operations we may also require significant capital to maintain our property, plant and equipment and such costs may be greater than anticipated. . . .  We expect that our level of capital expenditures will be significantly affected by user demand for our products and services.  The fact that we have a limited operating history means we have limited historical data on the demand for our products and services.  As a result, our future capital requirements may be uncertain and actual capital requirements may be different from those we currently anticipate.  We plan to seek equity or debt financing to finance a portion of our capital expenditures.  Such financing might not be available to us in a timely manner or on terms that are acceptable, or at all.” (*Id.* at 26.)

B. “We plan to use the net proceeds of this offering as follows: . . . 25% of the net proceeds (approximately US$276.7 million) for the development of our manufacturing facilities and the roll-out of our supply chain.  We estimate that total capital expenditures in connection with the improvements and installation of equipment at our Shanghai manufacturing facility will be approximately US$650 million.  Half of such expenditures are expected to be financed through net proceeds from this offering, cash on hand obtained through prior

equity financing and cash from sales of vehicles, and the other half are expected to be financed through interest-free or low-interest debt financing supported by the relevant Shanghai governmental entities . . . . The foregoing represents our current intentions based upon our present plans and business conditions to use and allocate the net proceeds of this offering. Our management, however, will have significant flexibility and discretion to apply the net proceeds of this offering. If an unforeseen event occurs or business conditions change, we may use the proceeds of this offering differently than as described in this prospectus." (*Id.* at 63.)

C. "Once the [Shanghai manufacturing facility] is completed by such entities we plan to purchase and procure our equipment and make improvements to the factory which we expect will involve significant capital expenditures. We currently estimate that such capital expenditures will be approximately US$650 million, with approximately half financed through proceeds from this offering and cash on hand obtained through prior equity financing and cash from sales of vehicles and the other half financed through interest-free or low-interest debt financing supported by the relevant Shanghai governmental entities. We expect that our level of capital expenditures will be significantly affected by user demand for our products and services. The fact that we have a limited operating history means we have limited historical data on the demand for our products and services. As a result, our future capital requirements may be uncertain and actual capital requirements may be different from those we currently anticipate. To the extent the proceeds of this offering and cash flows from our business activities are insufficient to fund future capital requirements, we may need to seek equity or debt financing. We will continue to make capital expenditures to support the expected growth of our business." (*Id.* at 94.)

51.     NIO further disclosed that the Shanghai Facility was not expected to be ready until the end of 2020, two years after the September 2018 IPO: "[w]e are developing our own manufacturing facility in Shanghai which we expect to be ready by the end of 2020." (*Id.* at 32.)

### E.  **At the J.P. Morgan CES Tech Conference in January 2019, NIO Disclosed that It Was in No Rush to Complete the Shanghai Facility**

52.     On January 14, 2019, J.P. Morgan issued an analyst report covering NIO. (Ex. 79, J.P. Morgan Analyst Report, January 14, 2019.) That report explains that J.P. Morgan "hosted the managements of two high technology auto parts suppliers . . . and one automaker (NIO), at the J.P. Morgan Tech Forum conference in the Bellagio on the sidelines of last week's Consumer Electronics Show (CES) in Las Vegas." (*Id.* at 1.)

13

53.     One of J.P. Morgan's "key takeaways" from its conversation with NIO management was that they were "in no rush" to complete their "wholly-owned assembly plant." (*Id.*)

54.     J.P. Morgan China Autos analyst Nick Lai reported further that NIO's CFO Louis Hesch explained during his presentation that:

> [A] recent rules change means [NIO] now no longer needs to have a plant first in order to apply for a license for permission to manufacture new vehicles, in our view easing the process and reducing associated risks of organic capacity expansion.  With that said, management noted that expansion of the JAC plant from its current —120K units capacity to a higher —170K units seems a more efficient use of capital than opening a new plant. And number of automakers (and now even perhaps supplier Magna International) are interested in producing vehicles for NIO, again suggesting less need for a wholly-owned plant in the near-term.  Management instead plans to allocate capital toward R&D, increasing customer satisfaction, and boosting sales.

(*Id.* at 5.)

## F.  On March 6, 2019, NIO Disclosed Poor Earnings Results, Lowered Guidance, and that the Shanghai Facility Had Been Terminated

55.     On March 6, 2019, NIO announced financial results for the fourth quarter and full year 2018.  (Ex. 80, 4Q18 Earnings Release.)

56.     NIO reported (i) a net loss of approximately $1.4 billion for FY 2018, a 92% increase from FY 2017; (ii) "greater than anticipated slowdown in monthly deliveries" due to the phase-out of the government subsidies for EV buyers, among other things; and (iii) "expect[ed] deliveries in the second quarter 2019 to reflect continued weakness."  (*Id*. at 3-5.)

57.     During the earnings call, NIO CEO William Li also noted that NIO's new EV model, the ES8, had "experienced a lot of challenges" and that NIO "need[s] to improve a lot." (Ex. 81, 4Q18 Earnings Call at 14.)

14

58. In the same earnings release, NIO also announced the termination of the Shanghai Facility project:

> In 2017, NIO signed framework agreements and memorandums with the government and related entities in Jia Ding, Shanghai, to build a manufacturing plant for NIO. Recently, the Company has agreed in principle with these contractual counterparties to terminate the plan for this manufacturing plant, pending signing of definitive termination agreement.
>
> This new initiative allows NIO to focus on the joint manufacturing model in the long term. The Company believes that the existing NIO/JAC plant in Hefei will give it capacity and flexibility to support its market penetration and growth plans for the next two to three years. (Ex. 80, 4Q18 Earnings Release at 4.)

59. In the accompanying earnings call, NIO executives elaborated on the reasons for terminating the Shanghai Facility project:

> First, in 2018, a new policy was issued by the government authorities, which allow and encourage the entities that operate its vehicle research and development and design to work with vehicle manufacturing companies to manufacture vehicles cooperatively. This joint manufacturing model between NIO and JAC is endorsed and perceived as an innovative manufacturing model in China. Secondly, through an efficiency perspective, we can leverage the existing capacity of NIO's JAC plant and enjoy the flexibilities to expand the capacity to support NIO's market penetration and growth plans for the next 2 or 3 years. (Ex. 81, 4Q18 Earnings Call at 5.)

60. NIO executives also explained that the Company would no longer "need to apply for [manufacturing] subsidies or the carbon emission credit via JAC" and that this arrangement would be better for "long-term strategic funding." (*Id.* at 9.) Only one analyst commented on this topic during the call, agreeing that terminating the project "could have a very positive implication for return on invested capital." (*Id.*)

61. By the time the Shanghai Facility project was terminated, NIO had spent "several tens of millions RMB," including "design fees, the fees or the cost for the personnels for the future project company, business trip expenses, and cost for procuring equipment." (Ex. 53, Chen Tr. 129:21-24, 130:4.)

62.     Deutsche Bank analysts reported that termination of the Shanghai Facility was positive, explaining that "NIO's current production business model will not hinder the original sales outlook," "we view this as a more flexible option with potentially lower capex outlay," and "[t]he advantage of this arrangement for NIO is that it should be able to apply for subsidies and carbon credits directly, as well as directly manage the joint operation to enhance efficiency." (Ex. 82, Deutsche Bank Rep. at 1, 3-5.)  The Deutsche Bank analysts "raise[d] [their] price target from USD8.6 to USD10.2 mainly on [a] lower overall capex estimate given the termination of the [Shanghai Facility] and hence better free cash flow."  (*Id.* at 5.)

63.     Morgan Stanley analysts reported they "view the joint manufacturing mode as [a] positive" that "could save on capex while keeping sufficient capacity."  (Ex. 83, Morgan Stanley Report at 1.)

64.     J.P. Morgan analysts placed the termination "on the positive side" of the Q4/FY18 Earnings Announcements and highlighted that it would allow NIO to "leverag[e] JAC's existing capacity" and "implies cost savings and better investment returns" that could "translate to higher ROIC [return on invested capital] in the long-run."  (Ex. 84, J.P. Morgan Report, Mar. 6, 2019 at 1, 3.)

65.     At his deposition, when shown the analyst reports covering NIO during the relevant time period, Plaintiffs' class certification expert Dr. Werner stated that the analyst reports covering NIO following the March 6, 2019 disclosure characterized the termination of the Shanghai Facility as a positive.  (Ex. 85, Werner Tr. 222:20-224:10, 227:13-228:19, 229:25-231:11.)

**G. NIO Continued to Face Headwinds Throughout 2019**

66.     NIO's financial challenges continued over the ensuing months. On May 28, 2019, NIO confirmed that the subsidy reduction and a downturn in the Chinese economy generally had caused a "greater than anticipated slowdown in monthly deliveries" of the model ES8. (Ex. 86, 1Q19 Earnings Release at 6.)

67.     On September 24, 2019, NIO announced a further decrease in vehicle sales during the second quarter of 2019 because of the subsidy reduction. NIO also issued a battery recall for the ES8 due to fires. (Ex. 87, 2Q19 Earnings Release at 2, 4.)

Dated: January 30, 2025                              Respectfully submitted,


 */s/ Jed M. Schwartz*                               */s/ Robert A. Fumerton*
Scott A. Edelman                                    Robert A. Fumerton
  (sedelman@milbank.com)                              (robert.fumerton@skadden.com)
Jed M. Schwartz                                     Scott D. Musoff
  (jschwartz@milbank.com)                             (scott.musoff@skadden.com)
Rachel G. Wolf                                      Michael C. Griffin
  (rwolf@milbank.com)                                 (michael.griffin@skadden.com)
**MILBANK LLP**                                     Judith A. Flumenbaum
55 Hudson Yards                                       (judy.flumenbaum@skadden.com)
New York, NY 10001-2163                             **SKADDEN, ARPS, SLATE,**
Tel: (212) 530-5000                                 **  MEAGHER & FLOM LLP**
                                                    One Manhattan West
*Counsel for Defendants Morgan Stanley &*           New York, NY 10001
*Co. LLC, Goldman Sachs (Asia) L.L.C., J.P.*        Tel: (212) 735-3000
*Morgan Securities LLC, Merrill Lynch,*             Fax: (212) 735-2000
*Pierce, Fenner & Smith Inc., Deutsche Bank*
*Securities Inc., Citigroup Global Markets*         *Counsel for Defendants NIO Inc., Bin Li,*
*Inc., Credit Suisse Securities (USA) LLC,*         *Louis T. Hsieh, Lihong Qin, Yaqin Zhang,*
*UBS Securities LLC and WR Securities, LLC*         *Tian Cheng, Hai Wu, Xiang Li and Padmasree*
                                                    *Warrior*



 */s/ Andrew J. Ehrlich*
Andrew J. Ehrlich
  (aehrlich@paulweiss.com)
**PAUL, WEISS, RIFKIND,**
**  WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000

*Counsel for Defendants Xiangping Zhong and*
*Zhaohui Li*


18