Message

---

| **From:** | Nick Wang 汪冬宁 [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=USER1479D516] |
| **Sent:** | 10/11/2018 4:26:53 AM |
| **To:** | Qing Zhu 朱清 [qing.zhu@nio.com] |
| **Subject:** | RE: Shanghai Plant.xlsx |
| **Attachments:** | 副本Shanghai Plant.xlsx |

Updated slightly.

Nick

---

**From:** Qing Zhu 朱清
**Sent:** Wednesday, October 10, 2018 6:55 PM
**To:** Nick Wang 汪冬宁 <nick.wang@nio.com>
**Subject:** Shanghai Plant.xlsx

Nick:
  附件是Shang Hai Plant方案。
  谢谢！

Confidential.                                                                 NIO0000169119

**Jiading factory produces ET7+ NP2**

## Base Case

### Project assumptions

Jiading factory with a high-end environment + GLP's joint venture role as a major landowner + A wholly-owned NIO factory

| | |
|---|---|
| Product: | ET7 + NP2 |
| Capacity: | 150K Capacity |
| Factory location: | Jiading, Shanghai |
| Factory style: | High-end and high cost |
| Factory construction start time: | 12/30/2018 |
| ET7 mass production time: | 08/17/2020 |

### Relevant investment factors / Amount of investment

mil RMB (all including VAT)

| Relevant investment factors | Amount of investment |
|---|---|
| Investment in land and factory buildings for complete vehicle production | 3,563 |
| Investment in land and factory buildings for battery pack production | 347 |
| Investment in major conventional equipment | 3,423 |
| Investment in battery pack factory | 148 |
| Investment in supplier mold | 796 |
| Other investments | 422 |
| Total | 8,700 |

### Investment methods

| Investors | | NIO investment ratio | Project loan ratio | NIO loan | NIO capital |
|---|---|---|---|---|---|
| GLP | NIO | 25% | 50% | 445 | 445 |
| Jiading Government | | | | | |
| | NIO | 100% | 44% | 1,500 | 1,923 |
| | NIO | 100% | 0% | – | 148 |
| | NIO | 100% | 0% | – | 796 |
| | NIO | 100% | 0% | – | 422 |
| | | | | 1,945 | **3,735** |

### Other important decision-making factors beyond NIO capital

Will the government consider GLP?

Bank of Shanghai's loan revaluation risk?

SEC disclosure risks

Jiading District provides RMB770 million as interest subsidy

## Alt 1

### Project assumptions

Jiading factory with a high-end environment + GLP's joint venture role as a major landowner + NIO joint-venture factory

| | |
|---|---|
| Product: | ET7 + NP2 |
| Capacity: | 150K Capacity |
| Factory location: | Jiading, Shanghai |
| Factory style: | High-end and high cost |
| Factory construction start time: | 12/30/2018 |
| ET7 mass production time: | 08/17/2020 |

### Relevant investment factors / Amount of investment

mil RMB (all including VAT)

| Relevant investment factors | Amount of investment |
|---|---|
| Investment in land and factory buildings for complete vehicle production | 3,563 |
| Investment in land and factory buildings for battery pack production | 347 |
| Investment in major conventional equipment | 3,423 |
| Investment in battery pack factory | 148 |
| Investment in supplier mold | 796 |
| Other investments | 422 |
| Total | 8,700 |

### Investment methods

| Investors | | NIO investment ratio | Project loan ratio | NIO loan | NIO capital |
|---|---|---|---|---|---|
| GLP | NIO | 25% | 50% | 445 | 445 |
| Jiading Government | | | | | |
| Shanghai Electric | NIO | 50% | 44% | 750 | 962 |
| Shanghai Electric | NIO | 50% | 0% | – | 74 |
| Shanghai Electric | NIO | 50% | 0% | – | 398 |
| Shanghai Electric | NIO | 50% | 0% | – | 211 |
| | | | | 1,195 | **2,090** |

### Other important decision-making factors beyond NIO capital

Will the government consider GLP?

SEC disclosure risks

Intellectual property risks

Jiading District provides RMB770 million as interest subsidy

The equity of the new energy company has been pledged to the Bank of Shanghai

The time risk for commencement within 3 months and mass production of ET7 increases

(Shanghai Electric needs a decision-making process)

Delay cost: 200~300m/month
700

## Alt 2

### Project assumptions

Jiading factory with a high-end environment + NIO joint venture (landlord + factory)

| | |
|---|---|
| Product: | ET7 + NP2 |
| Capacity: | 150K Capacity |
| Factory location: | Jiading, Shanghai |
| Factory style: | High-end and high cost |
| Factory construction start time: | 12/30/2018 |
| ET7 mass production time: | 08/17/2020 |

### Relevant investment factors / Amount of investment

mil RMB (all including VAT)

| Relevant investment factors | Amount of investment |
|---|---|
| Investment in land and factory buildings for complete vehicle production | 3,563 |
| Investment in land and factory buildings for battery pack production | 347 |
| Investment in major conventional equipment | 3,423 |
| Investment in battery pack factory | 148 |
| Investment in supplier mold | 796 |
| Other investments | 422 |
| Total | 8,700 |

### Investment methods

| Investors | | NIO investment ratio | Project loan ratio | NIO loan | NIO capital |
|---|---|---|---|---|---|
| Shanghai Electric | NIO | 50% | 50% | 891 | 891 |
| Shanghai Electric | NIO | 50% | 50% | 87 | 87 |
| Shanghai Electric | NIO | 50% | 44% | 750 | 962 |
| Shanghai Electric | NIO | 50% | 0% | – | 74 |
| Shanghai Electric | NIO | 50% | 0% | – | 398 |
| Shanghai Electric | NIO | 50% | 0% | – | 211 |
| | | | | 1,728 | **2,622** |

### Other important decision-making factors beyond NIO capital

Will the government consider Shanghai Electric?

SEC disclosure risks

Intellectual property risks

Jiading District provides RMB770 million as interest subsidy

May provide land at a preferential price (220,000*722=158,000,000)

The equity of the new energy company has been pledged to the Bank of Shanghai

The time risk for commencement within 3 months and mass production of ET7 increases

(Shanghai Electric needs a decision-making process)

Delay cost: 200~300m/month
700

## Alt 3

### Project assumptions

: charming environment + Jiading Government's wholly-owned landowner s

| | |
|---|---|
| Product: | ET7 + NP2 |
| Capacity: | 100K Capacity |
| Factory location: | Jiading, Shanghai |
| Factory style: | Compact yet charming |
| Factory construction start time: | 04/01/2019 |
| ET7 mass production time: | 11/17/2020 |

### Relevant investment factors / Amount of investment

mil RMB (all including VAT)

| Relevant investment factors | Amount of investment |
|---|---|
| Investment in land and factory buildings for complete vehicle production | 2,430 |
| Investment in land and factory buildings for battery pack production | 347 |
| Investment in major conventional equipment | 3,188 |
| Investment in battery pack factory | 99 |
| Investment in supplier mold | 796 |
| Other investments | 422 |
| Total | 7,282 |

### Investment methods

| Investors | | NIO investment ratio | Project loan ratio | NIO loan | NIO capital |
|---|---|---|---|---|---|
| Jiading Government | | 0% | 0% | – | – |
| Jiading Government | | | | | |
| | NIO | 100% | 47% | 1,500 | 1,688 |
| | NIO | 100% | 0% | – | 99 |
| | NIO | 100% | 0% | – | 796 |
| | NIO | 100% | 0% | – | 422 |
| | | | | 1,500 | **3,005** |

### Other important decision-making factors beyond NIO capital

Will the government reconsider?

Ordinary factory image

The equity of the new energy company has been pledged to the Bank of Shanghai

The time risk for commencement within 3 months and mass production of ET7 increases
(We need to re-handle the process)
Delay cost: 200~300m/month
200

## Alt 4

### Project assumptions

Jiading factory with a compact yet charming environment + Jiading Government's wholly-owned landowner status + NIO joint-venture factory

| | |
|---|---|
| Product: | ET7 + NP2 |
| Capacity: | 100K Capacity |
| Factory location: | Jiading, Shanghai |
| Factory style: | Compact yet charming |
| Factory construction start time: | 04/01/2019 |
| ET7 mass production time: | 11/17/2020 |

### Relevant investment factors / Amount of investment

mil RMB (all including VAT)

| Relevant investment factors | Amount of investment |
|---|---|
| Investment in land and factory buildings for complete vehicle production | 2,430 |
| Investment in land and factory buildings for battery pack production | 347 |
| Investment in major conventional equipment | 3,188 |
| Investment in battery pack factory | 99 |
| Investment in supplier mold | 796 |
| Other investments | 422 |
| Total | 7,282 |

### Investment methods

| Investors | | NIO investment ratio | Project loan ratio | NIO loan | NIO capital |
|---|---|---|---|---|---|
| Jiading Government | | 0% | 0% | – | – |
| Jiading Government | | | | | |
| | NIO | 50% | 47% | 750 | 844 |
| | NIO | 50% | 0% | – | 49 |
| | NIO | 50% | 0% | – | 398 |
| | NIO | 50% | 0% | – | 211 |
| | | | | 750 | **1,503** |

### Other important decision-making factors beyond NIO capital

Will the government reconsider?

Ordinary factory image

The equity of the new energy company has been pledged to the Bank of Shanghai

The time risk for commencement within 3 months and mass production of ET7 increases
(We need to re-handle the process)
Delay cost: 200~300m/month
200

**JAC factory ET7 + Jiading factory NP2**

## Alt 5

### JAC factory is compact yet charming

| Project assumptions | | Relevant investment factors (mil RMB (all including VAT)) | Amount of investment | Investors | NIO investment ratio | Project loan ratio | NIO loan | NIO capital | Other important decision-making factors beyond NIO capital |
|---|---|---|---|---|---|---|---|---|---|
| Product: | ET7 | Investment in land and factory buildings for complete vehicle production (JAC provides land) | 1,485 | NIO | 100% | 50% | 743 | 743 | Will JAC consider it? |
| | | | | | | | | | JAC needs to provide land |
| Capacity: | 100K Capacity | Investment in land and factory buildings for battery pack production | | | | | | | SEC disclosure risks |
| Factory location: | JAC | Investment in major conventional equipment | 2,829 | NIO | 100% | 50% | 1,415 | 1,415 | Ordinary factory image |
| Factory style: | JAC expands its vehicle production line and produces battery packs in NJ | Investment in battery pack factory | 99 | NIO | 100% | 50% | 49 | 49 | NP1 will be manufactured in Hefei |
| Factory construction start time: | 12/30/2018 (need to confirm) | Investment in supplier mold | 796 | NIO | 100% | 50% | 398 | 398 | |
| ET7 mass production time: | 08/17/2020 (need to confirm) | Other investments | 422 | NIO | 100% | 50% | 211 | 211 | The factory construction and mass production time need to be further confirmed |
| | | Total | 5,631 | | | | 2,815 | **2,815** | |

### Jiading factory with a compact yet charming environment + Jiading Government's wholly-owned landowner status + A wholly-owned NIO factory

| Project assumptions | | Relevant investment factors | Amount of investment | Investors | NIO investment ratio | Project loan ratio | NIO loan | NIO capital | Other important decision-making factors beyond NIO capital |
|---|---|---|---|---|---|---|---|---|---|
| Product: | NP2 | Investment in land and factory buildings for complete vehicle production | 2,430 | Jiading Government | 0% | 0% | – | – | |
| Capacity: | 100K Capacity | Investment in land and factory buildings for battery pack production | 347 | Jiading Government | | | | | Will the government reconsider? |
| Factory location: | Jiading, Shanghai | Investment in major conventional equipment | 2,954 | NIO | 100% | 51% | 1,500 | 1,454 | Ordinary factory image |
| Factory style: | Compact yet charming | Investment in battery pack factory | 99 | NIO | 100% | 0% | – | 99 | The factory has sufficient time to respond to the NP2 model |
| Factory construction start time: | 04/01/2019 | Investment in supplier mold | | NIO | 100% | 0% | – | – | The equity of the new energy company has been pledged to the Bank of Shanghai |
| NP2 mass production time: | 06/01/2021 | Other investments | 422 | NIO | 100% | 0% | – | 422 | |
| | | Total | 6,252 | | | | 1,500 | 1,975 | |

## Alt 6

### JAC factory with a compact yet charming environment + NIO joint venture (plant + factory)

| Project assumptions | | Relevant investment factors (mil RMB (all including VAT)) | Amount of investment | Investors | NIO investment ratio | Project loan ratio | NIO loan | NIO capital | Other important decision-making factors beyond NIO capital |
|---|---|---|---|---|---|---|---|---|---|
| Product: | ET7 | Investment in land and factory buildings for complete vehicle production (JAC provides land) | 1,485 | NIO | 50% | 50% | 371 | 371 | Will JAC consider it? |
| | | | | | | | | | JAC needs to provide land |
| Capacity: | 100K Capacity | Investment in land and factory buildings for battery pack production | | | | | | | SEC disclosure risks |
| Factory location: | JAC | Investment in major conventional equipment | 2,829 | NIO | 50% | 50% | 707 | 707 | Ordinary factory image |
| Factory style: | JAC expands its vehicle production line and produces battery packs in NJ | Investment in battery pack factory | 99 | NIO | 50% | 50% | 25 | 25 | NP1 will be manufactured in Hefei |
| Factory construction start time: | 12/30/2018 (need to confirm) | Investment in supplier mold | 796 | NIO | 50% | 50% | 199 | 199 | Intellectual property risks |
| ET7 mass production time: | 08/17/2020 (need to confirm) | Other investments | 422 | NIO | 50% | 50% | 105 | 105 | The factory construction and mass production time need to be further confirmed |
| | | Total | 5,631 | | | | 1,408 | **1,408** | |

### Jiading factory with a compact yet charming environment + Jiading Government's wholly-owned landowner status + A wholly-owned NIO

| Project assumptions | | Relevant investment factors | Amount of investment | Investors | NIO investment ratio | Project loan ratio | NIO loan | NIO capital | Other important decision-making factors beyond NIO capital |
|---|---|---|---|---|---|---|---|---|---|
| Product: | NP2 | Investment in land and factory buildings for complete vehicle production | 2,430 | Jiading Government | 0% | 0% | – | – | |
| Capacity: | 100K Capacity | Investment in land and factory buildings for battery pack production | 347 | Jiading Government | | | | | Will the government reconsider? |
| Factory location: | Jiading, Shanghai | Investment in major conventional equipment | 2,954 | NIO | 100% | 51% | 1,500 | 1,454 | Ordinary factory image |
| Factory style: | Compact yet charming | Investment in battery pack factory | 99 | NIO | 100% | 0% | – | 99 | The factory has sufficient time to respond to the NP2 model |
| Factory construction start time: | 04/01/2019 | Investment in supplier mold | | NIO | 100% | 0% | – | – | The equity of the new energy company has been pledged to the Bank of Shanghai |
| NP2 mass production time: | 06/01/2021 | Other investments | 422 | NIO | 100% | 0% | – | 422 | |
| | | Total | 6,252 | | | | 1,500 | 1,975 | |

## Alt 7

### JAC factory with a compact yet charming environment + NIO joint venture (plant + factory)

| Project assumptions | | Relevant investment factors (mil RMB (all including VAT)) | Amount of investment | Investors | NIO investment ratio | Project loan ratio | NIO loan | NIO capital | Other important decision-making factors beyond NIO capital |
|---|---|---|---|---|---|---|---|---|---|
| Product: | ET7 | Investment in land and factory buildings for complete vehicle production (JAC provides land) | 1,485 | NIO | 50% | 50% | 371 | 371 | Will JAC consider it? |
| | | | | | | | | | JAC needs to provide land |
| Capacity: | 100K Capacity | Investment in land and factory buildings for battery pack production | | | | | | | SEC disclosure risks |
| Factory location: | JAC | Investment in major conventional equipment | 2,829 | NIO | 50% | 50% | 707 | 707 | Ordinary factory image |
| Factory style: | JAC expands its vehicle production line and produces battery packs in NJ | Investment in battery pack factory | 99 | NIO | 50% | 50% | 25 | 25 | NP1 will be manufactured in Hefei |
| Factory construction start time: | 12/30/2018 (need to confirm) | Investment in supplier mold | 796 | NIO | 50% | 50% | 199 | 199 | Intellectual property risks |
| ET7 mass production time: | 08/17/2020 (need to confirm) | Other investments | 422 | NIO | 50% | 50% | 105 | 105 | The factory construction and mass production time need to be further confirmed |
| | | Total | 5,631 | | | | 1,408 | **1,408** | |

### Jiading factory with a compact yet charming environment + Jiading Government's wholly-owned landowner status + NIO joint-venture factory

| Project assumptions | | Relevant investment factors | Amount of investment | Investors | NIO investment ratio | Project loan ratio | NIO loan | NIO capital | Other important decision-making factors beyond NIO capital |
|---|---|---|---|---|---|---|---|---|---|
| Product: | NP2 | Investment in land and factory buildings for complete vehicle production | 2,430 | Jiading Government | 0% | 0% | – | – | |
| Capacity: | 100K Capacity | Investment in land and factory buildings for battery pack production | 347 | Jiading Government | | | | | Will the government reconsider? |
| Factory location: | Jiading, Shanghai | Investment in major conventional equipment | 2,954 | NIO | 50% | 51% | 750 | 727 | Ordinary factory image |
| Factory style: | Compact yet charming | Investment in battery pack factory | 99 | NIO | 50% | 0% | – | 49 | The factory has sufficient time to respond to the NP2 model |
| Factory construction start time: | 04/01/2019 | Investment in supplier mold | | NIO | 50% | 0% | – | – | Intellectual property risks |
| NP2 mass production time: | 06/01/2021 | Other investments | 422 | NIO | 50% | 0% | – | 211 | The equity of the new energy company has been pledged to the Bank of Shanghai |
| | | Total | 6,252 | | | | 750 | 987 | |

Unit: M RMB

| | Jia Ding Plant Budget @July 2018 | | Jia Ding Plant Changed @ Aug 2018 | | Proposal A (JAC has existing plant to increase capacity) | | Proposal B (JAC builds new plant to increase capacity) | |
|---|---|---|---|---|---|---|---|---|
| | 30JPH | 30JPH | 30JPH | 30JPH | 20JPH—>25JPH | | 20JPH—>40JPH | |
| | Amount (w/o VAT) | Amount (with VAT) | Amount (w/o VAT) | Amount (with VAT) | Amount (w/o VAT) | Amount (with VAT) | Amount (w/o VAT) | Amount (with VAT) |
| **Vehicle** | | | | | | | | |
| Land | 800 | 800 | 800 | 800 | | | | |
| Building | 2,512 | 2,763 | 2,512 | 2,763 | | - | 1,350 | 1,485 |
| Vehicle Plant | | | | | | | | |
| GA & Paint & BIW & Stamping | 2118 | 2,457 | 2,237 | 2,595 | 392 | 455 | 1,800 | 2,088 |
| QA | 140 | 162 | 140 | 162 | | - | 30 | 35 |
| Logistic | 88 | 102 | 88 | 102 | 20 | 23 | 40 | 46 |
| IT | 203 | 235 | 203 | 235 | 20 | 23 | 100 | 116 |
| Launch | 200 | 232 | 200 | 232 | 180 | 209 | 180 | 209 |
| Sub | 2749 | 3,189 | 2,868 | 3,327 | 612 | 709 | 2,150 | 2,494 |
| Dies | 210 | 235 | 289 | 335 | 289 | 335 | 289 | 335 |
| Sub | 6,271 | 6,986 | 6,469 | 7,225 | 901 | 1,045 | 3,789 | 4,314 |
| **Battery Pack** | | | | | | | | |
| Land | | | | | | | | |
| Building | | | | | | | | |
| Plant | 128 | 148 | 128 | 148 | 43 | 49 | 85 | 99 |
| Sub | 128 | 148 | 128 | 148 | 43 | 49 | 85 | 99 |
| **Vendor Tooling** | 686 | 796 | 686 | 796 | 686 | 796 | 686 | 796 |
| **Opex** | 415 | 422 | 825 | 844 | 825 | 844 | 825 | 844 |
| **Total** | 7,500 | 8,353 | 8,108 | 9,013 | 2,454 | 2,734 | 5,385 | 6,053 |

**MORNINGSIDE**
A Questel Company

morningtrans.com

# TRANSLATION CERTIFICATION

Date: 2025/02/11

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- 'NIO0000169120.XLSX'

Oscar Ojeda, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of **Oscar Ojeda**, Project Manager

QUESTEL CONFIDENTIAL

4001 S 700 East, Suite 500 #B17
Salt Lake City, UT 84107

**嘉定工厂 做ET7+ NP2**

## Base Case

嘉定工厂高大上 + 普洛斯合资大地主 + NIO全资工厂

| 项目假设 | |
| --- | --- |
| 产品： | ET7 + NP2 |
| 产能： | 150K Capacity |
| 工厂地点： | 上海嘉定 |
| 工厂风格： | 高大上；造价高 |
| 工厂开建时间： | 12/30/2018 |
| ET7量产时间： | 08/17/2020 |

| 相关投资要素 mil RMB（均含VAT） | 投资额 |
| --- | --- |
| 整车土地厂房投资 | 3,563 |
| 电池包土地厂房投资 | 347 |
| 主要常规设备投资 | 3,423 |
| 电池包工厂投资 | 148 |
| 供应商模具投资 | 796 |
| 其它投资 | 422 |
| 合计 | 8,700 |

投资方式

| 出资方 | | NIO出资比例 | 项目贷款比例 | NIO贷款 | NIO资本金 |
| --- | --- | --- | --- | --- | --- |
| 普洛斯 | NIO | 25% | 50% | 445 | 445 |
| 嘉定政府 | | | | | |
| | NIO | 100% | 44% | 1,500 | 1,923 |
| | NIO | 100% | 0% | - | 148 |
| | NIO | 100% | 0% | - | 796 |
| | NIO | 100% | 0% | - | 422 |
| | | | | 1,945 | 3,735 |

NIO资本金外的其它重要决策因素

政府会考虑普洛斯吗？
上海银行贷款重估风险？
SEC 披露风险

嘉定区提供7.7亿利息补贴

## Alt 1

嘉定工厂高大上 + 普洛斯合资大地主 + NIO合资工厂

| 项目假设 | |
| --- | --- |
| 产品： | ET7 + NP2 |
| 产能： | 150K Capacity |
| 工厂地点： | 上海嘉定 |
| 工厂风格： | 高大上；造价高 |
| 工厂开建时间： | 12/30/2018 |
| ET7量产时间： | 08/17/2020 |

| 相关投资要素 mil RMB（均含VAT） | 投资额 |
| --- | --- |
| 整车土地厂房投资 | 3,563 |
| 电池包土地厂房投资 | 347 |
| 主要常规设备投资 | 3,423 |
| 电池包工厂投资 | 148 |
| 供应商模具投资 | 796 |
| 其它投资 | 422 |
| 合计 | 8,700 |

投资方式

| 出资方 | | NIO出资比例 | 项目贷款比例 | NIO贷款 | NIO资本金 |
| --- | --- | --- | --- | --- | --- |
| 普洛斯 | NIO | 25% | 50% | 445 | 445 |
| 嘉定政府 | | | | | |
| 上海电气 | NIO | 50% | 44% | 750 | 962 |
| 上海电气 | NIO | 50% | 0% | - | 74 |
| 上海电气 | NIO | 50% | 0% | - | 398 |
| 上海电气 | NIO | 50% | 0% | - | 211 |
| | | | | 1,195 | 2,090 |

NIO资本金外的其它重要决策因素

政府会考虑普洛斯吗？
SEC 披露风险
知识产权风险
嘉定区提供7.7亿利息补贴
新能源公司股权已经质押给上海银行

3个月开工及ET7量产的时间风险加大
（上海电气需要决策流程）
Delay cost：200~300m/月    700

## Alt 2

嘉定工厂高大上 + NIO合资（地主 + 工厂）

| 项目假设 | |
| --- | --- |
| 产品： | ET7 + NP2 |
| 产能： | 150K Capacity |
| 工厂地点： | 上海嘉定 |
| 工厂风格： | 高大上；造价高 |
| 工厂开建时间： | 12/30/2018 |
| ET7量产时间： | 08/17/2020 |

| 相关投资要素 mil RMB（均含VAT） | 投资额 |
| --- | --- |
| 整车土地厂房投资 | 3,563 |
| 电池包土地厂房投资 | 347 |
| 主要常规设备投资 | 3,423 |
| 电池包工厂投资 | 148 |
| 供应商模具投资 | 796 |
| 其它投资 | 422 |
| 合计 | 8,700 |

投资方式

| 出资方 | | NIO出资比例 | 项目贷款比例 | NIO贷款 | NIO资本金 |
| --- | --- | --- | --- | --- | --- |
| 上海电气 | NIO | 50% | 50% | 891 | 891 |
| 上海电气 | NIO | 50% | 50% | 87 | 87 |
| 上海电气 | NIO | 50% | 44% | 750 | 962 |
| 上海电气 | NIO | 50% | 0% | - | 74 |
| 上海电气 | NIO | 50% | 0% | - | 398 |
| 上海电气 | NIO | 50% | 0% | - | 211 |
| | | | | 1,728 | 2,622 |

NIO资本金外的其它重要决策因素

政府会考虑上海电气吗？
SEC 披露风险
知识产权风险
嘉定区提供7.7亿利息补贴
可能会优惠提供土地（22万*722=1.58亿）
新能源公司股权已经质押给上海银行
3个月开工及ET7量产的时间风险加大
（上海电气需要决策流程）
Delay cost：200~300m/月    700

## Alt 3

嘉定工厂小而美 + 嘉定政府全资地主 + NIO全资工厂

| 项目假设 | |
| --- | --- |
| 产品： | ET7 + NP2 |
| 产能： | 100K Capacity |
| 工厂地点： | 上海嘉定 |
| 工厂风格： | 小而美 |
| 工厂开建时间： | 04/01/2019 |
| ET7量产时间： | 11/17/2020 |

| 相关投资要素 mil RMB（均含VAT） | 投资额 |
| --- | --- |
| 整车土地厂房投资 | 2,430 |
| 电池包土地厂房投资 | 347 |
| 主要常规设备投资 | 3,188 |
| 电池包工厂投资 | 99 |
| 供应商模具投资 | 796 |
| 其它投资 | 422 |
| 合计 | 7,282 |

投资方式

| 出资方 | | NIO出资比例 | 项目贷款比例 | NIO贷款 | NIO资本金 |
| --- | --- | --- | --- | --- | --- |
| 嘉定政府 | | 0% | 0% | - | - |
| 嘉定政府 | | | | | |
| | NIO | 100% | 47% | 1,500 | 1,688 |
| | NIO | 100% | 0% | - | 99 |
| | NIO | 100% | 0% | - | 796 |
| | NIO | 100% | 0% | - | 422 |
| | | | | 1,500 | 3,005 |

NIO资本金外的其它重要决策因素

政府会重新考虑吗？
工厂形象普通
新能源公司股权已经质押给上海银行

3个月开工及ET7量产的时间风险加大
（我们需要重新跑流程）
Delay cost：200~300m/月    200

## Alt 4

嘉定工厂小而美 + 嘉定政府全资地主 + NIO合资工厂

| 项目假设 | |
| --- | --- |
| 产品： | ET7 + NP2 |
| 产能： | 100K Capacity |
| 工厂地点： | 上海嘉定 |
| 工厂风格： | 小而美 |
| 工厂开建时间： | 04/01/2019 |
| ET7量产时间： | 11/17/2020 |

| 相关投资要素 mil RMB（均含VAT） | 投资额 |
| --- | --- |
| 整车土地厂房投资 | 2,430 |
| 电池包土地厂房投资 | 347 |
| 主要常规设备投资 | 3,188 |
| 电池包工厂投资 | 99 |
| 供应商模具投资 | 796 |
| 其它投资 | 422 |
| 合计 | 7,282 |

投资方式

| 出资方 | | NIO出资比例 | 项目贷款比例 | NIO贷款 | NIO资本金 |
| --- | --- | --- | --- | --- | --- |
| 嘉定政府 | | 0% | 0% | - | - |
| 嘉定政府 | | | | | |
| | NIO | 50% | 47% | 750 | 844 |
| | NIO | 50% | 0% | - | 49 |
| | NIO | 50% | 0% | - | 398 |
| | NIO | 50% | 0% | - | 211 |
| | | | | 750 | 1,503 |

NIO资本金外的其它重要决策因素

政府会重新考虑吗？
工厂形象普通
新能源公司股权已经质押给上海银行

3个月开工及ET7量产的时间风险加大
（我们需要重新跑流程）
Delay cost：200~300m/月    200

---

| 项目假设 | |
| --- | --- |

JAC工厂 小而美

相关投资要素 mil RMB（均含VAT）    投资额

投资方式

| 出资方 | NIO 出资比例 | 项目贷款比例 | NIO贷款 | NIO资本金 |
| --- | --- | --- | --- | --- |

NIO资本金外的其它重要决策因素

**JAC工厂ET7 + 嘉定工厂NP2**

## Alt 5

| 项目假设 | 相关投资要素 | 投资额 | 出资方 | NIO 出资比例 | 项目贷款比例 | NIO贷款 | NIO资本金 | NIO资本金外的其它重要决策因素 |
|---|---|---|---|---|---|---|---|---|
| 产品： ET7 | 整车土地厂房投资(JAC提供土地) | 1,485 | NIO | 100% | 50% | 743 | 743 | JAC 会考虑吗？ |
| 产能： 100K Capacity | 电池包土地厂房投资 | | NIO | 100% | 50% | | | JAC需要提供土地 |
| 工厂地点： 江淮 | 主要常规设备投资 | 2,829 | NIO | 100% | 50% | 1,415 | 1,415 | SEC 披露风险 |
| 工厂风格： JAC整车产线扩展，在NJ生产电池包 | 电池包工厂投资 | 99 | NIO | 100% | 50% | 49 | 49 | 工厂形象普通 |
| 工厂开建时间： 12/30/2018（需要确认） | 供应商模具投资 | 796 | NIO | 100% | 50% | 398 | 398 | NP1将集中与合肥制造 |
| ET7量产时间： 08/17/2020（需要确认） | 其它投资 | 422 | NIO | 100% | 50% | 211 | 211 | |
| | 合计 | 5,631 | | | | 2,815 | **2,815** | 工厂建设及量产时间需要进一步确认 |

**嘉定工厂小而美 + 嘉定政府全资地主 + NIO全资工厂**

| 项目假设 | 相关投资要素 | 投资额 | 出资方 | NIO 出资比例 | 项目贷款比例 | NIO贷款 | NIO资本金 | NIO资本金外的其它重要决策因素 |
|---|---|---|---|---|---|---|---|---|
| 产品： NP2 | 整车土地厂房投资 | 2,430 | 嘉定政府 | 0% | 0% | - | - | |
| 产能： 100K Capacity | 电池包土地厂房投资 | 347 | 嘉定政府 | | | | | 政府会重新考虑吗？ |
| 工厂地点： 上海嘉定 | 主要常规设备投资 | 2,954 | NIO | 100% | 51% | 1,500 | 1,454 | 工厂形象普通 |
| 工厂风格： 小而美 | 电池包工厂投资 | 99 | NIO | 100% | 0% | - | 99 | 工厂具有充足时间应对NP2车型 |
| 工厂开建时间： 04/01/2019 | 供应商模具投资 | | NIO | 100% | 0% | - | - | 新能源公司股权已经质押给上海银行 |
| NP2量产时间： 06/01/2021 | 其它投资 | 422 | NIO | 100% | 0% | - | 422 | |
| | 合计 | 6,252 | | | | 1,500 | 1,975 | |

## Alt 6

| 项目假设 mil RMB（均含VAT） | 相关投资要素 | 投资额 | 出资方 | NIO 出资比例 | 项目贷款比例 | NIO贷款 | NIO资本金 | NIO资本金外的其它重要决策因素 |
|---|---|---|---|---|---|---|---|---|
| **JAC工厂小而美+NIO合资（厂房+工厂）** | | | | | | | | JAC 会考虑吗？ |
| 产品： ET7 | 整车土地厂房投资(JAC提供土地) | 1,485 | NIO | 50% | 50% | 371 | 371 | JAC需要提供土地 |
| 产能： 100K Capacity | 电池包土地厂房投资 | | | | | | | SEC 披露风险 |
| 工厂地点： 江淮 | 主要常规设备投资 | 2,829 | NIO | 50% | 50% | 707 | 707 | 工厂形象普通 |
| 工厂风格： JAC整车产线扩展，在NJ生产电池包 | 电池包工厂投资 | 99 | NIO | 50% | 50% | 25 | 25 | NP1将集中与合肥制造 |
| 工厂开建时间： 12/30/2018（需要确认） | 供应商模具投资 | 796 | NIO | 50% | 50% | 199 | 199 | 知识产权风险 |
| ET7量产时间： 08/17/2020（需要确认） | 其它投资 | 422 | NIO | 50% | 50% | 105 | 105 | |
| | 合计 | 5,631 | | | | 1,408 | **1,408** | 工厂建设及量产时间需要进一步确认 |

**嘉定工厂小而美 + 嘉定政府全资地主 + NIO全资工厂**

| 项目假设 | 相关投资要素 | 投资额 | 出资方 | NIO 出资比例 | 项目贷款比例 | NIO贷款 | NIO资本金 | NIO资本金外的其它重要决策因素 |
|---|---|---|---|---|---|---|---|---|
| 产品： NP2 | 整车土地厂房投资 | 2,430 | 嘉定政府 | 0% | 0% | - | - | |
| 产能： 100K Capacity | 电池包土地厂房投资 | 347 | 嘉定政府 | | | | | 政府会重新考虑吗？ |
| 工厂地点： 上海嘉定 | 主要常规设备投资 | 2,954 | NIO | 100% | 51% | 1,500 | 1,454 | 工厂形象普通 |
| 工厂风格： 小而美 | 电池包工厂投资 | 99 | NIO | 100% | 0% | - | 99 | 工厂具有充足时间应对NP2车型 |
| 工厂开建时间： 04/01/2019 | 供应商模具投资 | | NIO | 100% | 0% | - | - | 新能源公司股权已经质押给上海银行 |
| NP2量产时间： 06/01/2021 | 其它投资 | 422 | NIO | 100% | 0% | - | 422 | |
| | 合计 | 6,252 | | | | 1,500 | 1,975 | |

## Alt 7

| 项目假设 mil RMB（均含VAT） | 相关投资要素 | 投资额 | 出资方 | NIO 出资比例 | 项目贷款比例 | NIO贷款 | NIO资本金 | NIO资本金外的其它重要决策因素 |
|---|---|---|---|---|---|---|---|---|
| **JAC工厂小而美+NIO合资（厂房+工厂）** | | | | | | | | JAC 会考虑吗？ |
| 产品： ET7 | 整车土地厂房投资(JAC提供土地) | 1,485 | NIO | 50% | 50% | 371 | 371 | JAC需要提供土地 |
| 产能： 100K Capacity | 电池包土地厂房投资 | | | | | | | SEC 披露风险 |
| 工厂地点： 江淮 | 主要常规设备投资 | 2,829 | NIO | 50% | 50% | 707 | 707 | 工厂形象普通 |
| 工厂风格： JAC整车产线扩展，在NJ生产电池包 | 电池包工厂投资 | 99 | NIO | 50% | 50% | 25 | 25 | NP1将集中与合肥制造 |
| 工厂开建时间： 12/30/2018（需要确认） | 供应商模具投资 | 796 | NIO | 50% | 50% | 199 | 199 | 知识产权风险 |
| ET7量产时间： 08/17/2020（需要确认） | 其它投资 | 422 | NIO | 50% | 50% | 105 | 105 | |
| | 合计 | 5,631 | | | | 1,408 | **1,408** | 工厂建设及量产时间需要进一步确认 |

**嘉定工厂小而美 + 嘉定政府全资地主 + NIO合资工厂**

| 项目假设 | 相关投资要素 | 投资额 | 出资方 | NIO 出资比例 | 项目贷款比例 | NIO贷款 | NIO资本金 | NIO资本金外的其它重要决策因素 |
|---|---|---|---|---|---|---|---|---|
| 产品： NP2 | 整车土地厂房投资 | 2,430 | 嘉定政府 | 0% | 0% | - | - | |
| 产能： 100K Capacity | 电池包土地厂房投资 | 347 | 嘉定政府 | | | | | 政府会重新考虑吗？ |
| 工厂地点： 上海嘉定 | 主要常规设备投资 | 2,954 | NIO | 50% | 51% | 750 | 727 | 工厂形象普通 |
| 工厂风格： 小而美 | 电池包工厂投资 | 99 | NIO | 50% | 0% | - | 49 | 工厂具有充足时间应对NP2车型 |
| 工厂开建时间： 04/01/2019 | 供应商模具投资 | | NIO | 50% | 0% | - | - | 知识产权风险 |
| NP2量产时间： 06/01/2021 | 其它投资 | 422 | NIO | 50% | 0% | - | 211 | 新能源公司股权已经质押给上海银行 |
| | 合计 | 6,252 | | | | 750 | 987 | |

Unit：M RMB

| | Jia Ding Plant Budget @July 2018 | | Jia Ding Plant Changed @ Aug 2018 | | Propsal A（JAC 现有厂房提升产能） | | Propsal B（JAC 新建厂房提升产能） | |
|---|---|---|---|---|---|---|---|---|
| | 30JPH | 30JPH | 30JPH | 30JPH | 20JPH—>25JPH | | 20JPH—>40JPH | |
| | Amount(w/o VAT) | Amount(with VAT) | Amount(w/o VAT) | Amount(with VAT) | Amount(w/o VAT) | Amount(with VAT) | Amount(w/o VAT) | Amount(with VAT) |
| **Vehicle** | | | | | | | | |
| Land | 800 | 800 | 800 | 800 | | | | |
| Building | 2,512 | 2,763 | 2,512 | 2,763 | | – | 1,350 | 1,485 |
| Vehicle Plant | | | | | | | | |
| GA&Paint&BIW&Stamping | 2118 | 2,457 | 2,237 | 2,595 | 392 | 455 | 1,800 | 2,088 |
| QA | 140 | 162 | 140 | 162 | | – | 30 | 35 |
| Logistic | 88 | 102 | 88 | 102 | 20 | 23 | 40 | 46 |
| IT | 203 | 235 | 203 | 235 | 20 | 23 | 100 | 116 |
| Lanuch | 200 | 232 | 200 | 232 | 180 | 209 | 180 | 209 |
| Sub | 2749 | 3,189 | 2,868 | 3,327 | 612 | 709 | 2,150 | 2,494 |
| Dies | 210 | 235 | 289 | 335 | 289 | 335 | 289 | 335 |
| Sub | 6,271 | 6,986 | 6,469 | 7,225 | 901 | 1,045 | 3,789 | 4,314 |
| **Batttery Pack** | | | | | | | | |
| Land | | | | | | | | |
| Building | | | | | | | | |
| Plant | 128 | 148 | 128 | 148 | 43 | 49 | 85 | 99 |
| Sub | 128 | 148 | 128 | 148 | 43 | 49 | 85 | 99 |
| Vendor Tooling | 686 | 796 | 686 | 796 | 686 | 796 | 686 | 796 |
| Opex | 415 | 422 | 825 | 844 | 825 | 844 | 825 | 844 |
| Total | 7,500 | 8,353 | 8,108 | 9,013 | 2,454 | 2,734 | 5,385 | 6,053 |