Message
_____

| | |
|---|---|
| From: | Colliven Ke [/0=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=USER05039DCD] |
| Sent: | 12/5/2018 1:53:22 AM |
| To: | Picasso Lin [picasso.lin@nio.com] |
| Subject: | Fw: Comments on the handling of Jiawei contract |
| Attachments: | Handling Opinions of Signed Contracts with Jiawei_1025_V1.xlsx |

FYI.
_____

| | |
|---|---|
| From: | Howell Shen |
| Sent: | Thursday, October 25, 2018 5:02 PM |
| To: | Jessie Wu <jessie.wu@nio.com>; Colliven Ke <colliven.ke@nio.com> |
| Cc: | Jinggang Xie <jinggang.xie@nio.com>; Robert Yu <robert.yu@nio.com> |
| Subject: | Comments on the handling of Jiawei contract |

Jessie,

Attached please find the handling opinions given by the NIO project team regarding the previously signed contracts of Jiawei. Generally speaking, as long as you maintain a good relationship with the government-backed Auto Park, we recommend that most of the signed contracts with suppliers be continued. However, it is necessary to reassess the contract amounts according to market prices and redefine the contract terms to meet NIO's legal and audit requirements. Column N in the table contains comments and benchmarks for your reference. Feel free to delete the column if you find them not appropriate to share with the Auto Park. Thank you.

Best Regards,
Howell Shen

Confidential.                                                                                          NIO0000171567

Handling Opinions of Signed Contracts with Shanghai Jiawei Auto Parts Co., Ltd. for Plot A and Plot B Projects (Draft for Discussion

| No. | Contract Title | Contract Type | Contract Amount (Ten Thousand RMB) | Amount Paid (Ten Thousand RMB) | % of Amount Paid | Status of Contract Signing | Party B of Contract | Contract Content | Contract Signing Date | Contract Execution Progress | Auto Park Suggestion | NIO Suggestion | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. Contracts for Surveys and Designs** | | | | | | | | | | | | | |
| 1 | Survey Contract for the Plot A Production Plant Project of Jiawei Auto Parts Co., Ltd. | Provisional total price, settlement based on actual price | 318.35 | | 0.00% | Signed | Shanghai Geotechnical Research Institute Co., Ltd. | Project survey of Plot A | 2018.3.30 | The company was determined through public bidding and the contract content has been executed. | Change the entity of the contract | Can continue using this supplier, change the entity of the contract, and re-evaluate the contract amount and terms | The maximum provisional price for public bidding can now be set, and can be renegotiated based on the current market price of RMB3.5 million (RMB1.2 million for Plot A and RMB2.3 million for Plot B) |
| 2 | Survey Contract for the Plot B Production Plant Project of Jiawei Auto Parts Co., Ltd. | Provisional total price, settlement based on actual price | 629.10 | | 0.00% | Signed | Shanghai Geotechnical Research Institute Co., Ltd. | Project survey of Plot B | 2018.3.31 | The company was determined through public bidding and the contract content has been executed. | Change the entity of the contract | Can continue using this supplier, change the entity of the contract, and re-evaluate the contract amount and terms | |
| 3 | Design Contract for the Plot A Production Plant Project of Jiawei Auto Parts Co., Ltd. | Provisional total price, settlement based on actual price | 840.00 | 336.00 | 40.00% | Signed | China Automotive Industry Engineering Co., Ltd. | Project design of Plot A | 2018.3.32 | The company was determined through public bidding, the advance payment has been paid, the plan design has been completed and entered the preliminary design stage. | Change the entity of the contract and settle the paid amounts | Continue using this supplier, and change the entity of the contract | |
| 4 | Design Contract for the Plot B Production Plant Project of Jiawei Auto Parts Co., Ltd. | Provisional total price, settlement based on actual price | 1680.00 | 672.00 | 40.00% | Signed | China Automotive Industry Engineering Co., Ltd. | Project design of Plot B | 2018.3.33 | The company was determined through public bidding, the advance payment has been paid, the plan design has been completed and entered the preliminary design stage. | Change the entity of the contract and settle the paid amounts | Continue using this supplier, and change the entity of the contract | |
| **2. Contracts for Consulting and Management Services** | | | | | | | | | | | | | |
| 5 | Environmental Impact Assessment Contract for the Plot A Production Plant Project of Jiawei Auto Parts Co., Ltd. | Fixed total price | 7.50 | | 0.00% | Signed | Shanghai Huanke Environmental Assessment Consulting Co., Ltd. | Environmental impact assessment of Plot A | 2018.1.30 | The contract text has been basically completed, but no formal draft or review has been issued. | Change the entity of the contract | Continue using this supplier, change the entity of the contract, and re-evaluate the contract terms | |
| 6 | Environmental Impact Assessment Contract for the Plot B Production Plant Project of Jiawei Auto Parts Co., Ltd. | Fixed total price | 7.50 | | 0.00% | Signed | Shanghai Huanke Environmental Assessment Consulting Co., Ltd. | Environmental impact assessment of Plot B | 2018.1.30 | The contract text has been basically completed, but no formal draft or review has been issued. | Change the entity of the contract | Continue using this supplier, change the entity of the contract, and re-evaluate the contract terms | |
| 7 | Traffic Impact Assessment Contract for the New Plant Construction Project of Jiawei Auto Parts Co., Ltd. | Fixed total price | 55.00 | | 0.00% | Signed | Shanghai Grand Planning & Design Co., Ltd. | Traffic impact assessment | 2018.4.3 | The contract text has been basically completed, but no formal draft or review has been issued. | Change the entity of the contract | Continue using this supplier, change the entity of the contract, and re-evaluate the contract terms | |
| 8 | Energy Saving Assessment Report Preparation Contract for the Plot A Production Plant Project of Jiawei Auto Parts Co., Ltd. | Fixed total price | 10.73 | | 0.00% | Signed | Shanghai Jiangnan Architectural Design Institute Co., Ltd. | Energy saving assessment report preparation of Plot A | 2018.4.25 | The contract text has been basically completed, but no formal draft or review has been issued. | Change the entity of the contract | Continue using this supplier, change the entity of the contract, and re-evaluate the contract terms | |
| 9 | Energy Saving Assessment Report Preparation Contract for the Plot B Production Plant Project of Jiawei Auto Parts Co., Ltd. | Fixed total price | 16.00 | | 0.00% | Signed | Shanghai Jiangnan Architectural Design Institute Co., Ltd. | Energy saving assessment report preparation of Plot B | 2018.4.25 | The contract text has been basically completed, but no formal draft or review has been issued. | Change the entity of the contract | Continue using this supplier, change the entity of the contract, and re-evaluate the contract terms | |
| 10 | Drawing Review Contract for the Plot A Production Plant Project of Jiawei Auto Parts Co., Ltd. | Fixed total price | 97.49 | | 0.00% | Signed | Shanghai Kaidi Engineering Consulting Co., Ltd. | Plot A production plan project drawing review | 2018.4.30 | The company was determined through public bidding and has started working to support the design. | Change the entity of the contract | Can continue using this supplier, change the entity of the contract, and re-evaluate the contract amount and terms | The maximum provisional price for public bidding can now be set, and the contract amount can be renegotiated based on the current market price of RMB2/sqm |
| 11 | Drawing Review Contract for the Plot B Production Plant Project of Jiawei Auto Parts Co., Ltd. | Fixed total price | 184.77 | | 0.00% | Signed | Shanghai Kaidi Engineering Consulting Co., Ltd. | Plot B production plan project drawing review | 2018.4.30 | The company was determined through public bidding and has started working to support the design. | Change the entity of the contract | Can continue using this supplier, change the entity of the contract, and re-evaluate the contract amount and terms | |

| # | Contract Name | Price Type | Amount | | % | Status | Company | Service | Contract Status | Date | Work Progress | Adjustment | Recommendation | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | New Construction Information and Preliminary Procedures Consulting Contract for the Plot A and Plot B Production Plant Project of Jiawei Auto Parts Co., Ltd. | Fixed total price | 265.89 | | 0.00% | Signed | Shanghai Zhenzhen Construction Engineering Consulting Co., Ltd. | New construction information and preliminary procedures consulting | | 2018.5.20 | The company was determined through public bidding and has started working to support the preliminary procedures, while the work on engineering information has not started. | Adjust the contract content according to the actual needs of NIO and change the entity of the contract | Adjust the contract content according to the actual needs of NIO and change the entity of the contract, contract amount and terms need to be re-evaluated | The consulting service fee for this contract is too high, at RMB500,000 |
| 13 | Bidding Agency Contract for the Plot A Production Plant Project of Jiawei Auto Parts Co., Ltd. | Provisional total price, settlement based on actual price | 244.50 | 18.20 | 7.45% | Signed | Shanghai Jianjing Investment Consulting Co., Ltd. | Plot A project bidding agency | | 2018.3.2 | The company was determined through public bidding, has started working to support the bidding process, and has prepared some bidding documents. | Adjust the contract content according to the actual needs of NIO and change the entity of the contract | The bidding work method has changed, settle the completed workload, and terminate and cancel the original contract | |
| 14 | Bidding Agency Contract for the Plot B Production Plant Project of Jiawei Auto Parts Co., Ltd. | Provisional total price, settlement based on actual price | 351.45 | 30.69 | 8.73% | Signed | Shanghai Jianjing Investment Consulting Co., Ltd. | Plot B project bidding agency | | 2018.3.2 | The company was determined through public bidding, has started working to support the bidding process, and has prepared some bidding documents. | Adjust the contract content according to the actual needs of NIO and change the entity of the contract | The bidding work method has changed, settle the completed workload, and terminate and cancel the original contract | |
| 15 | Investment Supervision Contract for the Plot A Production Plant Project of Jiawei Auto Parts Co., Ltd. | Provisional total price, settlement based on actual price with cap | 283.88 | 28.00 | 9.86% | Signed | Shanghai Yuping Construction Engineering Consulting Co., Ltd. | Plot A project investment supervision | | 2018.3.19 | The company was determined through public bidding and has started working to support the preparation of the investment budgeting process. | Adjust the contract content according to the actual needs of NIO and change the entity of the contract | The bidding work method has changed, settle the completed workload, and terminate and cancel the original contract | |
| 16 | Investment Supervision Contract for the Plot B Production Plant Project of Jiawei Auto Parts Co., Ltd. | Provisional total price, settlement based on actual price with cap | 580.28 | | 0.00% | Signed | Shanghai First Surveying, Ltd. | Plot B project investment supervision | | 2018.4.25 | The company was determined through public bidding and has started working to support the preparation of the investment budgeting process. | Adjust the contract content according to the actual needs of NIO and change the entity of the contract | The bidding work method has changed, settle the completed workload, and terminate and cancel the original contract | |
| 17 | Green Building and LEED Consulting Service Contract for the Plot A and Plot B Production Plant Project of Jiawei Auto Parts Co., Ltd. | Provisional total price, settlement based on actual price | 282.24 | | 0.00% | In the signing process | Fali Investment (Shanghai) Co., Ltd. | Green building and LEED consulting service | Contract under review | | The company was determined through public bidding and has already carried out consultation and support work. | Change the entity of the contract | Contract has not been signed yet, can sign new contract with NIO | |
| 18 | Management Service Contract for the Plot A and Plot B Production Plant Project of Jiawei Auto Parts Co., Ltd. | Fixed total price | 2538.20 | | 0.00% | In the signing process | Century 3 (Shanghai), Inc. | EPCM whole-process project management service | Contract under review | | The company was determined through public bidding and has already carried out consultation and support work. | Change the entity of the contract | Contract has not been signed yet, can sign new contract with NIO | |
| 19 | Commissioning Services Contract for Access System Engineering Programming for the Plot A and Plot B Production Plant Project of Jiawei Auto Parts Co., Ltd. | Fixed total price | 17.80 | | 0.00% | In the signing process | State Grid Shanghai Electric Power Design Co., Ltd. | Plot A and Plot B production plant access system engineering programming | Contract under review | | The power access design work has started. | Change the entity of the contract | Contract has not been signed yet, can sign new contract with NIO | |
| 20 | Acceptance Survey Service Contract for the Plot A Production Plant Project of Jiawei Auto Parts Co., Ltd. | Fixed total price | 32.47 | | 0.00% | Under review | Shanghai Chengxin Surveying and Mapping Co., Ltd. | Plot A project acceptance survey service | Contract under review | | No work has been carried out on the necessary processes for the construction of the project. | Change the entity of the contract | Contract has not been signed yet, can sign new contract with NIO | |
| 21 | Acceptance Survey Service Contract for the Plot B Production Plant Project of Jiawei Auto Parts Co., Ltd. | Fixed total price | 78.49 | | 0.00% | Under review | Shanghai Chengxin Surveying and Mapping Co., Ltd. | Plot B project acceptance survey service | Contract under review | | No work has been carried out on the necessary processes for the construction of the project. | Change the entity of the contract | Contract has not been signed yet, can sign new contract with NIO | |

3. Contracts for Construction

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | Contract for Test Pile Works for New Construction of the Plot A and Plot B Production Plant Project of Jiawei Auto Parts Co., Ltd. | Provisional total price, settlement based on actual price | 195.76 | | 0.00% | Signed | Shanghai Construction Mechanical Engineering Co., Ltd. | Plot B project test pile works | | The company was determined through public bidding and the contract works have been completed and are being audited for settlement. | Settle payments | Settle the payments once the workload is accounted for, with Jiawei paying first to terminate the contract, and subsequent settlement will be made between Jiawei and NIO | The maximum provisional price for public bidding can now be set, settle the payment on time for a total of 13 test piles and the construction and material costs of RMB200,000, or a maximum of RMB250,000 if adding the cost of 2 pile drivers |
| **4. Other Contracts** | | | | | | | | | | | | | |
| 23 | Temporary Land Surveying Contract for the Plot A and Plot B Production Plant Project of Jiawei Auto Parts Co., Ltd. | Fixed total price | 0.43 | | 0.00% | Signed | Shanghai Jiafang Real Estate Surveying And Mapping Co., Ltd. | Temporary land surveying | | The survey report has been completed. | Settle payments | Jiawei to make payments to terminate the contract | Temporary land surveying can be considered as part of land costs, to be paid by Jiawei |
| 24 | Temporary Land Compensation Agreement for the Plot A and Plot B Production Plant Project of Jiawei Auto Parts Co., Ltd. | Fixed total price | 18.22 | 18.22 | 100.00% | Signed | Yangdian Village of Waigang Town of Jiading District | Temporary land compensation | | Payment has been made. | Settle payments | Jiawei to make payments to terminate the contract | Temporary land surveying can be considered as part of land costs, to be paid by Jiawei |
| 25 | Land Gas Engineering Advance Payment Agreement for Lot 1706 and Lot 1707 of NIO Automobile | Provisional total price, excess payment shall be refunded and deficiency shall be repaid | 10.00 | 10.00 | 100.00% | Signed | North Shanghai Gas Business Co., Ltd. | Gas engineering advance payment | | The gas design advance payment has been already paid. | Change the entity of the contract and settle the paid amounts | Jiawei to make payments to terminate the contract | Laying of gas pipelines for seven accesses and site leveling can be considered as part of land costs, to be paid by Jiawei |
| | | | | | | | | | | | | | |
| | Total | | 8746.03 | 1113.11 | 12.73% | | | | | | | | |



# Certificate of Accuracy

| Original File Name | Translated File Name |
| --- | --- |
| NIO0000171567.pdf | NIO0000171567_EN.pdf |

August 12, 2024

We, Translate.One, hereby certify that to the best of our knowledge and belief the document attached to this letter is a true and accurate translation of the original document.

For all certified translations, Translate.One follows an ISO 9001:2015 certified process. A fully vetted professional translator who is a native speaker of the target language and expert in the subject matter translates the documents. Thereafter, an equally qualified linguist edits the translations, which are then sent back to the lead translator for finalization. As a final step, the project manager and quality control specialist review the final translation for completeness.

*Zhanna Sprow*
Zhanna Sprow
Project Manager
Translate.One

Translate.One
3200 Cobb Galleria Parkway
Suite 200
Atlanta, GA 30339
412.261.1101
translate.one



# Certificate of Accuracy

| Original File Name | Translated File Name |
|---|---|
| Attachment - Shanghai Jiawei Contracts - For Discussion.pdf | Attachment - Shanghai Jiawei Contracts - For Discussion_EN.pdf |

August 12, 2024

We, Translate.One, hereby certify that to the best of our knowledge and belief the document attached to this letter is a true and accurate translation of the original document.

For all certified translations, Translate.One follows an ISO 9001:2015 certified process. A fully vetted professional translator who is a native speaker of the target language and expert in the subject matter translates the documents. Thereafter, an equally qualified linguist edits the translations, which are then sent back to the lead translator for finalization. As a final step, the project manager and quality control specialist review the final translation for completeness.

*Zhanna Sprow*

Zhanna Sprow
Project Manager
Translate.One

Translate.One
3200 Cobb Galleria Parkway
Suite 200
Atlanta, GA 30339
412.261.1101
translate.one

Message

---

**From:**  Colliven  Ke  柯莉文  [/O=EXCHANGELABS/OU=EXCHANGE  ADMINISTRATIVE  GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=USER05039DCD]

**Sent:**  12/5/2018 1:53:22 AM

**To:**  Picasso Lin 林夏 [picasso.lin@nio.com]

**Subject:**  FW: 嘉蔚合同处理意见

**Attachments:**  嘉蔚公司已签合同处理意见_1025_V1.xlsx

FYI.

---

**From:** Howell Shen 沈浩
**Sent:** Thursday, October 25, 2018 5:02 PM
**To:** Jessie Wu 吴洁 <jessie.wu@nio.com>; Colliven Ke 柯莉文 <colliven.ke@nio.com>
**Cc:** Jinggang Xie 谢景刚 <jinggang.xie@nio.com>; Robert Yu 余其瑜 <robert.yu@nio.com>
**Subject:** 嘉蔚合同处理意见

Jessie,
附件是对前期嘉蔚签署的合同，蔚来项目组我们给出的处理意见，基于总体上和政府汽车城保持好的关系的前提下，对于大多数已签署的合同我们还是建议供应商沿用，只是需要对合同金额根据市场价格重新核定下，并对合同条款重新确定来符合蔚来的法务及审计要求。表格里第N列，是给你的comments和benchmark，如果不方便share给汽车城，你删掉即可，谢谢！


Best Regards
Howell Shen

Confidential.

NIO0000171567

# 上海嘉蔚汽车部件有限公司A区、B区项目合同处理意见（讨论稿）

| 序号 | 合同名称 | 合同类型 | 合同金额（万元） | 已付款（万元） | 付款百分比 | 签署状态 | 签约乙方 | 合同内容 | 合同订立日期 | 合同执行情况 | 汽车城建议处理意见 | NIO建议处理意见 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. 勘察、设计类合同** | | | | | | | | | | | | | |
| 1 | 建设嘉蔚汽车部件有限公司A区生产厂房项目勘察合同 | 暂定总价、按实结算 | 318.35 | | 0.00% | 已签署 | 上海市岩土地质研究院有限公司 | A区项目勘察 | 2018.3.30 | 公开招标确定单位，合同内容已执行完成。 | 变更合同主体 | 供应商可沿用，变更合同主体，合同价格及条款重新核定 | 公开招标暂定最高限价，现在可按照市场价350万重新协定（A区120万，B区230万） |
| 2 | 建设嘉蔚汽车部件有限公司B区生产厂房项目勘察合同 | 暂定总价、按实结算 | 629.10 | | 0.00% | 已签署 | 上海市岩土地质研究院有限公司 | B区项目勘察 | 2018.3.30 | 公开招标确定单位，合同内容已执行完成。 | 变更合同主体 | 供应商可沿用，变更合同主体，合同价格及条款重新核定 | |
| 3 | 建设嘉蔚汽车部件有限公司A区生产厂房项目设计合同 | 暂定总价、按实结算 | 840.00 | 336.00 | 40.00% | 已签署 | 中国汽车工业工程有限公司 | A区项目设计 | 2018.3.30 | 公开招标确定单位，预付款已支付，完成方案设计并进入初步设计阶段 | 变更合同主体并结算已支付费用 | 供应商沿用，变更合同主体 | |
| 4 | 建设嘉蔚汽车部件有限公司B区生产厂房项目设计合同 | 暂定总价、按实结算 | 1680.00 | 672.00 | 40.00% | 已签署 | 中国汽车工业工程有限公司 | B区项目设计 | 2018.3.30 | 公开招标确定单位，预付款已支付，完成方案设计并进入初步设计阶段。 | 变更合同主体并结算已支付费用 | 供应商沿用，变更合同主体 | |
| **2. 咨询、管理类合同** | | | | | | | | | | | | | |
| 5 | 建设嘉蔚汽车部件有限公司A区生产厂房项目环境影响评价合同 | 固定总价 | 7.50 | | 0.00% | 已签署 | 上海环科环境评估咨询有限公司 | A区环境影响评价 | 2018.1.30 | 合同确定文本已基本完成，未出正式稿及评审 | 变更合同主体 | 供应商沿用，变更合同主体，合同条款重新核定 | |
| 6 | 建设嘉蔚汽车部件有限公司B区生产厂房项目环境影响评价合同 | 固定总价 | 7.50 | | 0.00% | 已签署 | 上海环科环境评估咨询有限公司 | B区环境影响评价 | 2018.1.30 | 合同确定文本已基本完成，未出正式稿及评审 | 变更合同主体 | 供应商沿用，变更合同主体，合同条款重新核定 | |
| 7 | 建设嘉蔚汽车部件有限公司新建厂房项目交通影响评价合同 | 固定总价 | 55.00 | | 0.00% | 已签署 | 上海广境规划设计有限公司 | 交通影响评价 | 2018.4.3 | 合同确定文本已基本完成，未出正式稿及评审 | 变更合同主体 | 供应商沿用，变更合同主体，合同条款重新核定 | |
| 8 | 建设嘉蔚汽车部件有限公司A区生产厂房项目节能评估报告编制合同 | 固定总价 | 10.73 | | 0.00% | 已签署 | 上海江南建筑设计院有限公司 | A区节能评估报告编制 | 2018.4.25 | 合同确定文本已基本完成，未出正式稿及评审 | 变更合同主体 | 供应商沿用，变更合同主体，合同条款重新核定 | |
| 9 | 建设嘉蔚汽车部件有限公司B区生产厂房项目节能评估报告编制合同 | 固定总价 | 16.00 | | 0.00% | 已签署 | 上海江南建筑设计院有限公司 | B区节能评估报告编制 | 2018.4.25 | 合同确定文本已基本完成，未出正式稿及评审 | 变更合同主体 | 供应商沿用，变更合同主体，合同条款重新核定 | |
| 10 | 建设嘉蔚汽车部件有限公司A区生产厂房项目审图合同 | 固定总价 | 97.49 | | 0.00% | 已签署 | 上海凯迪工程咨询有限公司 | A区生产厂房项目审图 | 2018.4.30 | 公开招标确定单位，开始配合设计工作。 | 变更合同主体 | 供应商可沿用，变更合同主体，合同价格及条款重新核定 | 公开招标固定最高限价，现在可按照市场价2元/m²万重新协定合同价格 |
| 11 | 建设嘉蔚汽车部件有限公司B区生产厂房项目审图合同 | 固定总价 | 184.77 | | 0.00% | 已签署 | 上海凯迪工程咨询有限公司 | B区生产厂房项目审图 | 2018.4.30 | 公开招标确定单位，开始配合设计工作。 | 变更合同主体 | 供应商可沿用，变更合同主体，合同价格及条款重新核定 | |
| 12 | 建设嘉蔚汽车部件有限公司A、B区生产厂房新建工程资料及前期手续咨询合同 | 固定总价 | 265.89 | | 0.00% | 已签署 | 上海振臻建设工程咨询有限公司 | 新建工程资料及前期手续咨询合同 | 2018.5.20 | 公开招标确定单位，开始配合前期手续办理工作，工程资料工作未启动。 | 根据蔚来实际需要调整合同内容并变更主体 | 根据蔚来实际需要调整合同内容并变更合同主体，合同价格及条款需要重新核定 | 此合同咨询服务费用过高，50万 |
| 13 | 建设嘉蔚汽车部件有限公司A区生产厂房项目招标代理合同 | 暂定总价、按实结算 | 244.50 | 18.20 | 7.45% | 已签署 | 上海建经投资咨询有限公司 | A区项目招标代理 | 2018.3.2 | 公开招标确定单位，开始配合招标工作，已编制部分招标文件。 | 根据蔚来方实际需要调整合同内容并变更主体 | 招标工作方式变化，结算已完成工作量，结束并取消原合同 | |
| 14 | 建设嘉蔚汽车部件有限公司B区生产厂房项目招标代理合同 | 暂定总价、按实结算 | 351.45 | 30.69 | 8.73% | 已签署 | 上海建经投资咨询有限公司 | B区项目招标代理 | 2018.3.2 | 公开招标确定单位，开始配合招标工作，已编制部分招标文件。 | 根据蔚来方实际需要调整合同内容并变更主体 | 招标工作方式变化，结算已完成工作量，结束并取消原合同 | |
| 15 | 建设嘉蔚汽车部件有限公司A区生产厂房项目投资监理合同 | 暂定总价、按实结算、封顶价 | 283.88 | 28.00 | 9.86% | 已签署 | 上海誉平建设工程咨询有限公司 | A区项目投资监理 | 2018.3.19 | 公开招标确定单位，开始配合编制投资预算工作。 | 根据蔚来方实际需要调整合同内容并变更主体 | 招标工作方式变化，结算已完成工作量，结束并取消原合同 | |
| 16 | 建设嘉蔚汽车部件有限公司B区生产厂房项目投资监理合同 | 暂定总价、按实结算、封顶价 | 580.28 | | 0.00% | 已签署 | 上海第一测量师事务所有限公司 | B区项目投资监理 | 2018.4.25 | 公开招标确定单位，开始配合编制投资预算工作。 | 根据蔚来方实际需要调整合同内容并变更主体 | 招标工作方式变化，结算已完成工作量，结束并取消原合同 | |
| 17 | 建设嘉蔚汽车部件有限公司A、B区生产厂房项目绿色建筑及LEED咨询服务合同 | 暂定总价、按实结算 | 282.24 | | 0.00% | 签署中 | 法利投资（上海）有限公司 | 绿色建筑及LEED咨询服务 | 合同审批中 | 公开招标确定单位，咨询配合工作已开展。 | 变更合同主体 | 合同尚未签署，蔚来重新签订合同 | |
| 18 | 建设嘉蔚汽车部件有限公司A、B区生产厂房工程项目管理服务合同 | 固定总价 | 2538.20 | | 0.00% | 签署中 | 生特瑞（上海）工程顾问有限公司 | EPCM全过程项目管理服务 | 合同审批中 | 公开招标确定单位，咨询配合工作已开展。 | 变更合同主体 | 合同尚未签署，蔚来重新签订合同 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 上海嘉蔚汽车部件有限公司A、B生产厂房接入系统工程方案编制委托合同 | 固定总价 | 17.80 | | 0.00% | 签署中 | 国网上海电力设计有限公司 | A、B生产厂房接入系统工程方案编制 | 合同审批中 | 电力接入设计已启动。 | 变更合同主体 | 合同尚未签署，蔚来重新签订合同 |
| 20 | 建设嘉蔚汽车部件有限公司A区生产厂房项目验收测绘服务合同 | 固定总价 | 32.47 | | 0.00% | 审批中 | 上海城欣测绘有限公司 | A区项目验收测绘服务 | 合同审批中 | 未开展工作，工程建设必要工序。 | 变更合同主体 | 合同尚未签署，蔚来重新签订合同 |
| 21 | 建设嘉蔚汽车部件有限公司B区生产厂房项目验收测绘服务合同 | 固定总价 | 78.49 | | 0.00% | 审批中 | 上海城欣测绘有限公司 | B区项目验收测绘服务 | 合同审批中 | 未开展工作，工程建设必要工序。 | 变更合同主体 | 合同尚未签署，蔚来重新签订合同 |
| **3. 施工合同** | | | | | | | | | | | | |
| 22 | 建设嘉蔚汽车部件有限公司A、B生产厂房新建工程试桩工程承包合同 | 暂定总价、按实结算 | 195.76 | | 0.00% | 已签署 | 上海市建工机械工程有限公司 | B区项目试桩 | 2018.4.19 | 公开招标确定单位，合同工程内容已完成，正在审计结算。 | 结算费用 | 核算工程量后结算费用，由嘉蔚先付款关闭合同，后续嘉蔚和蔚来结算 | 公开招标暂定最高限价，按时结算，共试桩13根，施工和材料费用20万，如再加上2台桩机设备费用，最多25万 |
| **4. 其他合同** | | | | | | | | | | | | |
| 23 | 建设嘉蔚汽车部件有限公司A、B区生产厂房项目临时用地测绘合同 | 固定总价 | 0.43 | | 0.00% | 已签署 | 上海嘉房房地产测绘有限公司 | 临时用地测绘 | 2018.2.28 | 测绘报告已完成。 | 结算费用 | 嘉蔚付款结束此合同 | 临时用地测绘理解为土地费用之一，嘉蔚支付 |
| 24 | 建设嘉蔚汽车部件有限公司A、B区生产厂房临时用地补偿协议 | 固定总价 | 18.22 | 18.22 | 100.00% | 已签署 | 嘉定区外冈镇杨甸村 | 临时用地补偿 | 2018.3.16 | 资金已支付。 | 结算费用 | 嘉蔚付款结束此合同 | 临时用地补偿理解为土地费用之一，嘉蔚支付 |
| 25 | 蔚来汽车1706、1707地块燃气工程预收款协议书 | 暂定总价、多退少补 | 10.00 | 10.00 | 100.00% | 已签署 | 上海燃气市北销售有限公司 | 燃气工程预收款 | 2018.4.25 | 燃气设计预付款，已支付。 | 变更合同主体并结算费用 | 嘉蔚付款结束此合同 | 七通一平燃气管道铺设，为土地费用之一，嘉蔚支付 |
| | | | | | | | | | | | | |
| | 合计 | | 8746.03 | 1113.11 | 12.73% | | | | | | | |