Message

| | |
|---|---|
| From: | Colliven Ke [/0=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=USER05039DCD] |
| Sent: | 10/26/2018 2:58:20 AM |
| To: | Tracy Fang [tracy.fang@nio.com] |
| Subject: | Letter of Intent of Shanghai NIO Automobile Co., Ltd. (1).docx |
| Attachments: | Letter of Intent of Shanghai NIO Automobile Co., Ltd. (1).docx |

Confidential.     NIO0000170699



Letter of Intent
Doc. No.:

**Letter of Intent**

To: Century 3 (Shanghai) Inc.

This Letter of Intent confirms that <u>Shanghai NIO Automobile Co., Ltd.</u> intends to enter into a <u>Plot A and Plot B Production Plant Construction Project Management Service Contract of Shanghai NIO Automobile Co., Ltd.</u> with your Company. The total contract amount is <u>RMB</u> (in words:    yuan).

Currently, your project management service contract with Shanghai Jiawei Auto Parts Co., Ltd. has been suspended as of October 30, 2018.

To ensure the smooth progress of NIO's project management work and to ensure the normal operation of project design, procurement, and subsequent construction management work, and taking into account the actual situations of the project, we hereby formally notify your Company of the following:

1. Party A in the original contract for the production plant construction in Plot A and Plot B of Shanghai Jiawei Auto Parts Co., Ltd. will be changed from Shanghai Jiawei Auto Parts Co., Ltd. to Shanghai NIO Automobile Co., Ltd.
2. Upon the change of Party A of the contract, Century 3 (Shanghai) Inc. will execute the new contract starting from November 1, 2018. The rights and obligations of Century 3 (Shanghai) Inc. in the new contract will remain unchanged.
3. Our Company will enter into the contract with your Company as soon as possible.

Please continue to carry out the related work upon receipt of this Letter of Intent.

<u>Shanghai NIO Automobile Co., Ltd.</u>
October 31, 2018

---

Confidential.                                                                    NIO0000170700



# Certificate of Accuracy

| Original File Name | Translated File Name |
| --- | --- |
| NIO0000170699.pdf | NIO0000170699_EN.pdf |

August 12, 2024

We, Translate.One, hereby certify that to the best of our knowledge and belief the document attached to this letter is a true and accurate translation of the original document.

For all certified translations, Translate.One follows an ISO 9001:2015 certified process. A fully vetted professional translator who is a native speaker of the target language and expert in the subject matter translates the documents. Thereafter, an equally qualified linguist edits the translations, which are then sent back to the lead translator for finalization. As a final step, the project manager and quality control specialist review the final translation for completeness.

*Zhanna Sprow*

Zhanna Sprow
Project Manager
Translate.One

Translate.One
3200 Cobb Galleria Parkway
Suite 200
Atlanta, GA 30339
412.261.1101
translate.one



# Certificate of Accuracy

| Original File Name | Translated File Name |
|---|---|
| NIO0000170700.pdf | NIO0000170700_EN.pdf |

August 12, 2024

We, Translate.One, hereby certify that to the best of our knowledge and belief the document attached to this letter is a true and accurate translation of the original document.

For all certified translations, Translate.One follows an ISO 9001:2015 certified process. A fully vetted professional translator who is a native speaker of the target language and expert in the subject matter translates the documents. Thereafter, an equally qualified linguist edits the translations, which are then sent back to the lead translator for finalization. As a final step, the project manager and quality control specialist review the final translation for completeness.

*Zhanna Sprow*

Zhanna Sprow
Project Manager
Translate.One

Translate.One
3200 Cobb Galleria Parkway
Suite 200
Atlanta, GA 30339
412.261.1101
translate.one

Message

---

**From:**      Colliven Ke 柯莉文 [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=USER05039DCD]

**Sent:**      10/26/2018 2:58:20 AM

**To:**      Tracy Fang 方麒莹 [tracy.fang@nio.com]

**Subject:**      上海蔚来汽车有限公司签约意向书(1).docx

**Attachments:**      上海蔚来汽车有限公司签约意向书(1).docx

Confidential.

NIO0000170699



**Letter of Intent 签约意向书**
**Doc. No.文件号：**

## 签约意向书

至：生特瑞（上海）工程顾问股份有限公司

这封意向书是确认 上海蔚来汽车有限公司 有意向与贵公司签署上海蔚来汽车有限公司 A、B 区生产厂房工

程项目管理服务合同。总合同价格为人民币　　　元 （大写：　元整）。

目前贵司与嘉蔚汽车部件有限公司的项目管理服务合同已于 2018 年 10 月 30 日起中止。

为了确保蔚来汽车项目管理工作顺利推进，同时确保项目设计、采购及后续施工管理工作正常开展，结合项目实际情况，现郑重通知贵司如下内容：

1. 原建设嘉蔚汽车部件有限公司 A 区、B 区生产厂房工程合同中的签约甲方主体将由 上海嘉蔚汽车部件有限公司 变更为 上海蔚来汽车有限公司。
2. 合同甲方签约主体变更后生特瑞（上海）工程顾问股份有限公司于 2018 年 11 月 1 日起执行新合同。新合同中的生特瑞公司的权利和义务保持不变。
3. 我司将尽快与贵司进行签约。

请贵公司收到本意向书后即日起继续开展相关的工作。

上海蔚来汽车有限公司

2018-10-31

---

**www.century3inc.cn**
Address: 6/F,Xinda Commercial Building #1 No.1178 Beidi Road, Shanghai, China,200335
Phone: +86 21 5216 2266 | Fax: +86 21 5216 2662

Confidential.

NIO0000170700