# EXHIBIT 9

**MINUTES OF AUDIT COMMITTEE, COMPENSATION COMMITTEE,**
**AND REGULAR MEETING OF**
**THE BOARD OF DIRECTORS OF**
**NIO INC.**

| | |
|---|---|
| DATE: | November 5, 2018 |
| TIME: | 3:30 pm HK time |
| PLACE: | Hong Kong |
| DIRECTORS PRESENT: | Bin Li, Chairman |
| | Lihong Qin |
| | James Gordon Mitchell |
| | Hai Wu |
| | Denny Lee |
| OTHERS PRESENT: | Louis T. Hsieh, Chief Financial Offier |
| | Dongning Wang, Board Secretary |
| | Hui Diwu, Board Assistant |
| | PricewaterhouseCoopers (Song Wang, Jiajun Song, Haoran Cai) |

1.  Call to Order.

    A regular meeting of the Board of Directors (the "Board") of NIO Inc., a Cayman Islands corporation (the "Company"), **an Audit Committee ("AC") meeting** and **a Compensation Committee ("CC") meeting** were held in person and via teleconference at the above place, date and times. Mr. Dongning Wang called the meeting to order and announced that a quorum of directors was present and that the meeting, having been duly convened, was ready to proceed with its business. Mr. Dongning Wang then introduced and reviewed the agenda. Mr. Dongning Wang acted as Secretary of the meeting.

2.  Declaration of Directors' Interest

    It was noted that the interests of all members of the Board of the Company in the matters below have been declared and none of them is prohibited from voting on the matters.

3.  **Compensation Committee**: Fourth Quarter 2018 Option Grant

    Mr. Hsieh led the Committee in a discussion and review of the Company's option grant status and names of the employees and their respective grant amounts and types, vesting commencement dates, the applicable Share Incentive Plan pursuant to which the grant is made and other relevant information are set out in *Exhibit A* attached hereto (the "**Proposed Grant**").

    After discussion, upon motion made and seconded, the Committee resolved to grant up to a number of 3,164,550 from the Company's reserved incentive shares pursuant to the Company's currently effective share incentive plans (each, a "Share Incentive Plan") . It is also resolved that (i) the exercise price of the Proposed Grant shall be US$6.74, which is the closing trading price of the Company's American depositary shares on November 7, 2018 ; (ii) the expiration date of the Proposed Grant shall be the seventh (7th) anniversary of the date of grant; and (iii) the Proposed Grant shall vest in in four (4) years with twenty-five percent (25%) of the shares subject to the Option vesting at the end of the first twelve (12)-month period after the vesting commencement date as set out in each grantee's definitive award agreement, and with the remaining seventy-five percent (75%) of the shares subject to the Option vesting in equal monthly installments over next thirty-six (36) months thereafter, subject to the employee's continuous service with the Company through each vesting date.

    The terms and conditions of the Proposed Grant shall be set forth in, and the grant of the options thereunder shall be evidenced by, the applicable Notice of Stock Option Award and Stock Option Award Agreement under the respective Share Incentive Plan, substantially in the forms as attached hereto in *Exhibit B* (collectively, the "**Award Agreements**")

NIO0000171389

Mr. Li further proposed that as the cost of ESOP to employees has been increased during years, managements need to consider offering RSU and ESOP two options to employees at certain levels to maintain the value of the stock incentive program to employees. Detailed proposals should be presented by managements in next board meeting.

4.      **Compensation Committee**: Special Bonus to Employees

Mr. Hsieh then led the Committee in a discussion of engagement of special bonus to employees. The management of the Company proposed that it is advisable, and in the best interests of the Company and its shareholders, to approve award bonuses to certain of its employees who were involved in and contributed to Company's initial public offering of American Depositary Shares on the New York Stock Exchange ("Special Bonus").

After discussion, upon motion made and seconded, the Committee resolved that:
The award bonuses in an aggregate amount of up to US$4,000,000 be and is hereby ratified, confirmed and approved. Such bonuses may include cash bonuses and incentive shares in the form of restricted share units. The number of total incentive shares to be awarded shall be calculated by dividing US$6.74, which is the closing trading price of the Company's American depositary shares on November 7, 2018. The incentive shares shall be 100% vest immediately on Nov 8 2018 or 50% vest immediately on Nov 8 2018 and 50% vest six (6) months later.

5.      **Audit Committee**: Auditor's Report on Third Quarter 2018 Results Earnings Release

The Company's auditor, PricewaterhouseCoopers ("PwC"), reported to the board results of their independent review of the Company's operating results for Third Quarter 2018. Mr. Hsieh also reviewed the draft earnings release, a copy of which is attached hereto as ***Exhibit C*** (the "**Earnings Release**") regarding the quarterly results with the Board. Mr. Lee then led the Committee in a discussion of the approval of the Company's earnings release.
After discussion, upon motion made and seconded, the Committee resolved that Earnings Release be, and is hereby, approved and confirmed.

6.      **Audit Committee:** Sox 404 Project and Compliance Committee

Mr. Hsieh presented and reviewed with the Committee the Company's SOX 404 overall timeline and progress. Mr. Hsieh also led the Committee in a discussion of the establishment of the Company's compliance committee. It is proposed that it is advisable, in the best interests of this Company and its shareholders to establish a compliance committee (the "**Compliance Committee**") to implement a series of compliance policies approved and adopted by the board of the Company prior to the Company's listing on the New York Stock Exchange.

After discussion, upon motion made and seconded, the Committee resolved that:
The establishment of the Compliance Committee be, and is hereby, approved and confirmed; The Compliance Committee should consist of at least three (3) members which shall be nominated, appointed or removed by the board or this Committee. The initial committee members shall comprise of five members as follows: Fang Liu (Compliance Committee Chair), Owen Zhou, Nick Wang, Berry Song and Paul Zhou. The Compliance Committee shall report directly to the Board and Compensation Committee, and shall be the only authority of any compliance related issues in the Company.

7.      **Audit Committee:** Nonaudit Services Provided by PwC

PwC led the Committee to review and discuss the list of non-audit services provided or to be provided by PricewaterhouseCoopers Zhong Tian LLP and/or its affiliates to the Company (the "**Nonaudit Services**"), a copy of the contents of which attached hereto as ***Exhibit D***.

After discussion, upon motion made and seconded, the Committee resolved that:
the Non-audit Services provided by PricewaterhouseCoopers Zhong Tian LLP and/or its affiliates to the Company be, and is hereby ratified, confirmed, approved and adopted in all respects.

2

Confidential.

NIO0000171390

8.      **Board:** Discussion of Financials and Operations

Mr. Wang presented the results of Third Quarter 2018 and the operational updates of the Company. The board discussed the financial and operational status.

9.      **Board:** Discussion of Battery Installment Program

Mr. Wang showed the high subscription rate of ES8 users choose battery installments program, presented PwC's previous view on the battery installment program and raised potential revenue recognition issue. The board discussed and agreed that the managements shall further clarify and confirm with PwC the risk of unsuccessful vehicle revenue recognition caused by battery installment program. Unless PwC and the managements are 100% sure about the full vehicle revenue recognition, the battery installment program shall be forced to stop to avoid any possible risks.

10.     **Board:** Discussion of Shanghai Plant

Mr. Li presented the latest status and progress of the negotiation with Shanghai government re. the new plant. The board discussed and agreed that the managements shall be in the best interests of this Company and its shareholders to work on a most optimal solution to ensure on-time fulfillment of the future capacity demands, trying best to do less capex investment by the Company itself.

11.     **Board:** Discussion of Cash Burn Rate and Budget

Mr. Wang presented the cash burn rate of the Company and cash position outlook. The board discussed and agreed that the Company's cash burn rate is too high and the managements shall recognize the recent continuous slump of the global capital market and Marco economy, which implies the difficulties of further financing next year. The managements shall start to control spending more strictly to save cash for the core product plans and avoid any unexpected financial position. To be specific, the power network shall be built to demand; the recruitment of employees shall be tightly controlled; the development of NIO second product generation platform shall be reasonably prioritized and potentially postponed; Fiscal year 2019 budget shall be reviewed and approved by the board on a quarterly basis, some selected strategic projects shall be reviewed and approved by the board individually. A fiscal year 2019 budget review board meeting shall be hosted in January 2019, all budget numbers shall be broken-down to be reviewed and approved carefully and strictly.

12.     General Resolution

**FURTHER RESOLVED,** that each officer of the Company be, and each such officer hereby is, authorized and directed to take all actions and to prepare, execute and deliver all documents which such officer deems necessary or advisable to carry out the intent of the Board as described in the above described Board Minutes.

3

Confidential.                                                                      NIO0000171391

13.    <u>Adjournment</u>

There being no further business to come before the Board, upon motion duly made, seconded and unanimously carried, the meeting was adjourned.

Dongning Wang
Secretary of the Meeting

Approved:

_____

Bin Li
Chairman of the Meeting

4

Confidential.                                                       NIO0000171392