# EXHIBIT 10

Case 1:19-cv-01424-NGG-JRC    Document 170-11    Filed 07/03/25    Page 1 of 5 PageID #: 4861

Message

| | |
|---|---|
| **From**: | Kong, Ming [Ming.Kong@skadden.com] |
| **Sent**: | 1/18/2019 11:01:10 AM |
| **To**: | 'list.projectblueskyii@credit-suisse.com' [list.projectblueskyii@credit-suisse.com]; BLUESKYII Core [BLUESKYII_Core@jpmorgan.com]; 'bluesky-ms-ii' [bluesky_ms_ii@morganstanley.com]; gs-blueskyll@ny.email.gs.com; 'projectblueskyII.lwteam@lw.com' [projectblueskyII.lwteam@lw.com]; 'bluesky2019.list@hankunlaw.com' [bluesky2019.list@hankunlaw.com]; blueskyII.list@tongshang.com; projectbluesky-pwc@cn.pwc.com; 'valetia.tan@bnymellon.com' [valetia.tan@bnymellon.com]; 'jocelyn.pan@bnymellon.com' [jocelyn.pan@bnymellon.com]; 'vivian.hui@bnymellon.com' [vivian.hui@bnymellon.com]; 'ivy.lam@bnymellon.com' [ivy.lam@bnymellon.com]; 'ray.wong@bnymellon.com' [ray.wong@bnymellon.com]; 'johannes.juette@cliffordchance.com' [johannes.juette@cliffordchance.com]; 'james.booth@cliffordchance.com' [james.booth@cliffordchance.com]; 'jason.hitch@cliffordchance.com' [jason.hitch@cliffordchance.com] |
| **CC**: | DLPBLUESKY@skadden.com; NIO Project Blue Sky Core [bluesky.core@nio.com] |
| **Subject**: | Blue Sky II - Preliminary Offering Memorandum (1/18) |
| **Attachments**: | Blue Sky II - Preliminary Offering Memorandum.docx; BLACKLINE vs. IPO Prospectus.pdf; mg_info.txt |

All,

Attached please find an initial draft of the Preliminary Offering Memorandum (save for the Description of Notes and Description of Capped Call Transactions sections), as well as a blackline against the IPO prospectus.

Please note that the attached remains subject to review and comment by our client in all respects.

Please let us know if you have any comments.

Kind regards,
Ming

**Ming Kong 孔明**
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square | New York | 10036-6522
T: 212.735.3325 | F: 917.777.3325
ming.kong@skadden.com

Confidential.

Subject to Completion, dated [●], 2019

The information in this preliminary offering memorandum is not complete and may be changed. This preliminary offering memorandum is not an offer to sell the notes and it is not soliciting an offer to buy the notes in any jurisdiction where the offer or sale is not permitted.

PRELIMINARY OFFERING MEMORANDUM                                                                 STRICTLY CONFIDENTIAL

## US$[   ]

[Insert Company Logo]

# NIO Inc.

### [   ]% Convertible Senior Notes due 20[   ]
### Convertible into American Depositary Shares,
### each currently representing one Class A ordinary share

———————————

We are offering US$[   ] million principal amount of our [   ]% Convertible Senior Notes due 20[   ] (the "notes"). The notes will bear interest at a rate of [   ]% per year, payable [semiannually] in arrears on [[      ] and [      ]] of each year, beginning on [      ]. The notes will mature on [      ].

[Holders may convert their notes at their option prior to the close of business on the business day immediately preceding [      ] only under the following circumstances: (1) during any calendar quarter commencing after the calendar quarter ending on [ ] (and only during such calendar quarter), if the last reported sale price of American Depositary Shares ("ADSs"), each representing as of the date of this offering memorandum one Class A ordinary share of NIO Inc., par value US$$0.00025 per share, for at least [20] trading days (whether or not consecutive) during a period of [30] consecutive trading days ending on, and including, the last trading day of the immediately preceding calendar quarter is greater than or equal to [   ]% of the conversion price on each applicable trading day; (2) during the five business day period after any ten consecutive trading day period (the "measurement period") in which the "trading price" (as defined below) per US$1,000 principal amount of notes for each trading day of the measurement period was less than 98% of the product of the last reported sale price of the ADSs and the conversion rate on each such trading day; (3) if we call the notes for a tax redemption; or (4) upon the occurrence of specified corporate events.] [On or after [   ] until the close of business on the second scheduled trading day immediately preceding the maturity date, holders may convert their notes at any time.] Upon conversion, we will pay or deliver, as the case may be, cash, ADSs, or a combination of cash and ADSs, at our election, as described in this offering memorandum.

The conversion rate will initially be [   ] ADSs per US$1,000 principal amount of notes (equivalent to an initial conversion price of approximately US$[   ] per ADS). The conversion rate will be subject to adjustment in some events but will not be adjusted for any accrued and unpaid interest. In addition, following certain corporate events that occur prior to the maturity date or following our delivery of a notice of tax redemption, we will, in certain circumstances, increase the conversion rate for a holder who elects to convert its notes in connection with such a corporate event or such notice of tax redemption, as the case may be.

We may not redeem the notes prior to their stated maturity date except in the event of certain tax law changes as described herein under "Description of the Notes—Optional Redemption for Changes in the Tax Laws of the Relevant Taxing Jurisdiction." No sinking fund is provided for the notes.

[Holders have the right to require us to repurchase for cash all or part of their notes on [      ] at a repurchase price equal to [100]% of the principal amount of the notes to be repurchased, *plus* accrued and unpaid interest to, but excluding, the repurchase date. In addition, if we undergo a fundamental change, holders may require us to repurchase for cash all or part of their notes at a repurchase price equal to [100]% of the principal amount of the notes to be repurchased, *plus* accrued and unpaid interest to, but excluding, the fundamental change repurchase date.]

The notes will be our senior unsecured obligations and will rank senior in right of payment to any of our indebtedness that is expressly subordinated in right of payment to the notes, will rank equal in right of payment to any of our unsecured indebtedness that is not so subordinated, will rank effectively junior in right of payment to any of our secured indebtedness to the extent of the value of the assets securing such indebtedness and will rank structurally junior to all indebtedness and other liabilities (including trade payables) of our subsidiaries and consolidated affiliated entities.

We do not intend to file a shelf registration statement for resale of the notes, the ADSs deliverable upon conversion of the notes, if any, or the Class A ordinary shares represented thereby. [We will, however, be required to pay additional interest in respect of the notes under specified circumstances. See "Description of the Notes—No Registration Rights; Additional Interest" for further information.]

We do not intend to apply to list the notes on any securities exchange or any automated dealer quotation system. The ADSs are listed on the New York Stock Exchange under the symbol "NIO." The last reported sale price of the ADSs on the New York Stock Exchange on January [27], 2019 was US$[   ] per ADS. However, the ADSs deliverable upon any conversion of notes will not be listed and will not be fungible with the listed ADSs while the restrictions on transfer and resale described under "Transfer Restrictions" apply.

———————————

**See "Risk Factors" beginning on page [•] for a discussion of certain risks that you should consider in connection with an investment in the notes.**

———————————

We have granted the initial purchasers an option to purchase, during a [•] period beginning on, and including, the first date on which the notes are issued, up to an additional US$[•] principal amount of notes.

The notes, the ADSs deliverable upon conversion of the notes, if any, and the Class A ordinary shares represented thereby have not been registered under the Securities Act of 1933, as amended (the "Securities Act"), or any state securities laws. They may not be offered or sold within the United States or to U.S. persons, except to qualified institutional buyers ("QIBs") in reliance on the exemption from registration provided by Rule 144A under the Securities Act, and to certain non-U.S. persons in offshore transactions in reliance on Regulation S under the Securities Act. You are hereby notified that sellers of the notes may be relying on the exemption from the provisions of Section 5 of the Securities Act provided by Rule 144A. See "Transfer Restrictions."

We expect that delivery of the notes will be made to investors in book-entry form through The Depository Trust Company on or about February [1], 2019.

———————————

*Joint Book-Running Managers*

**[LW to provide]**

———————————

January [28], 2019

controls are documented, designed, operated or reviewed, or if it interprets the relevant requirements differently from us. In addition, as we have become a public company, our reporting obligations may place a significant strain on our management, operational and financial resources and systems for the foreseeable future. We may be unable to timely complete our evaluation testing and any required remediation.

During the course of documenting and testing our internal control procedures, in order to satisfy the requirements of Section 404, we may identify other weaknesses and deficiencies in our internal control over financial reporting. In addition, if we fail to maintain the adequacy of our internal control over financial reporting, as these standards are modified, supplemented or amended from time to time, we may not be able to conclude on an ongoing basis that we have effective internal control over financial reporting in accordance with Section 404. If we fail to achieve and maintain an effective internal control environment, we could suffer material misstatements in our financial statements and fail to meet our reporting obligations, which would likely cause investors to lose confidence in our reported financial information. This could in turn limit our access to capital markets, harm our results of operations, and lead to a decline in the trading price of our ADSs. Additionally, ineffective internal control over financial reporting could expose us to increased risk of fraud or misuse of corporate assets and subject us to potential delisting from the stock exchange on which we list, regulatory investigations and civil or criminal sanctions. We may also be required to restate our financial statements from prior periods.

***If our suppliers fail to use ethical business practices and comply with applicable laws and regulations, our brand image could be harmed due to negative publicity.***

Our core values, which include developing high quality electric vehicles while operating with integrity, are an important component of our brand image, which makes our reputation sensitive to allegations of unethical business practices. We do not control our independent suppliers or their business practices. Accordingly, we cannot guarantee their compliance with ethical business practices, such as environmental responsibilities, fair wage practices, and compliance with child labor laws, among others. A lack of demonstrated compliance could lead us to seek alternative suppliers, which could increase our costs and results in delayed delivery of our products, product shortages or other disruptions of our operations.

Violation of labor or other laws by our suppliers or the divergence of an independent supplier's labor or other practices from those generally accepted as ethical in the markets in which we do business could also attract negative publicity for us and our brand. This could diminish the value of our brand image and reduce demand for our electric vehicles if, as a result of such violation, we were to attract negative publicity. If we, or other manufacturers in our industry, encounter similar problems in the future, it could harm our brand image, business, prospects, results of operations and financial condition.

***If we update our manufacturing equipment more quickly than expected, we may have to shorten the useful lives of any equipment to be retired as a result of any such update, and the resulting acceleration in our depreciation could negatively affect our financial results.***

We and JAC have invested and expect to continue to invest significantly in what we believe is state of the art tooling, machinery and other manufacturing equipment for the product lines where the ES8 and ES6 are manufactured, and we depreciate the cost of such equipment over their expected useful lives. However, manufacturing technology may evolve rapidly, and we or JAC may decide to update our manufacturing process with cutting-edge equipment more quickly than expected. Moreover, as our engineering and manufacturing expertise and efficiency increase, we or JAC may be able to manufacture our products using less of our installed equipment. The useful life of any equipment that would be retired early as a result would be shortened, causing the depreciation on such equipment to be accelerated, and to the extent we own such equipment, our results of operations could be negatively impacted.

***The construction and operation of our own manufacturing plant in Shanghai or other manufacturing facilities are subject to regulatory approvals and may be subject to delays, cost overruns or may not produce expected benefits.***

We have been developing our own manufacturing facility in Shanghai. The construction of such manufacturing facility is largely controlled by relevant Shanghai authorities, and is thus subject to delays, suspensions or other difficulties beyond our control. As of the date of this offering memorandum, the construction of such manufacturing

199

2013013-NYCSR07A - MSW

Confidential.

NIO0000029764

facility has come to a halt, and we are considering commercially reasonable alternatives. We may build a new manufacturing plant in Shanghai or elsewhere, or manufacture the ET7 through partnership with JAC by expanding our existing production capacity at JAC. We are also building phase two of our manufacturing facilities in Nanjing. Construction projects of this scale are subject to risks and will require significant capital. Any failure to complete these projects on schedule and within budget could adversely impact our financial condition, production capacity and results of operations. Under PRC law, construction projects are subject to broad and strict government supervision and approval procedures, including but not limited to project approvals and filings, construction land and project planning approvals, environment protection approvals, the pollution discharge permits, work safety approvals, fire protection approvals, and the completion of inspection and acceptance by relevant authorities. Some of the construction projects being carried out by us are undergoing necessary approval procedures as required by law. As a result, the relevant entities operating such construction projects may be subject to administrative uncertainty construction projects in question within a specified time frame, fines or the suspension of use of such projects. Any of the foregoing could have a material adverse impact on our operations.

Furthermore, we expect that the construction of our own vehicle manufacturing facility will facilitate our ability to obtain our own EV manufacturing license and potentially benefit from the NEV credit score system in the future. There can be no assurance that the completion of such factory will ensure that we will be able to obtain such license. In addition, to the extent we are unable to successfully complete construction on time or at all, our ability to obtain our own EV manufacturing license and potentially benefit from the NEV credit score system could be adversely affected, which in turn could impact our growth prospects.

*Our vehicles make use of lithium-ion battery cells, which have been observed to catch fire or vent smoke and flame.*

The battery packs that we produce make use of lithium-ion cells. On rare occasions, lithium-ion cells can rapidly release the energy they contain by venting smoke and flames in a manner that can ignite nearby materials as well as other lithium-ion cells. While we have designed the battery pack to passively contain any single cell's release of energy without spreading to neighboring cells, a field or testing failure of our vehicles or other battery packs that we produce could occur, which could subject us to lawsuits, product recalls, or redesign efforts, all of which would be time consuming and expensive. Also, negative public perceptions regarding the suitability of lithium-ion cells for automotive applications or any future incident involving lithium-ion cells such as a vehicle or other fire, even if such incident does not involve our vehicles, could seriously harm our business.

In addition, we store a significant number of lithium-ion cells at our facilities. Any mishandling of battery cells may cause disruption to the operation of our facilities. While we have implemented safety procedures related to the handling of the cells, a safety issue or fire related to the cells could disrupt our operations. Such damage or injury could lead to adverse publicity and potentially a safety recall. Moreover, any failure of a competitor's electric vehicle or energy storage product may cause indirect adverse publicity for us and our products. Such adverse publicity could negatively affect our brand and harm our business, prospects, financial condition and operating results.

*Interruption or failure of our information technology and communications systems could impact our ability to effectively provide our services.*

We aim to provide our users with an innovative suite of services through our mobile application. In addition, our in-car services depend to a certain extent, on connectivity. The availability and effectiveness of our services depend on the continued operation of our information technology and communications systems. Our systems are vulnerable to damage or interruption from, among others, fire, terrorist attacks, natural disasters, power loss, telecommunications failures, computer viruses, computer denial of service attacks or other attempts to harm our systems. Our data centers are also subject to break-ins, sabotage, and intentional acts of vandalism, and to potential disruptions. Some of our systems are not fully redundant, and our disaster recovery planning cannot account for all eventualities. Any problems at our data centers could result in lengthy interruptions in our service. In addition, our products and services are highly technical and complex and may contain errors or vulnerabilities, which could result in interruptions in our services or the failure of our systems.

2013013-NYCSR07A - MSW

Confidential.

NIO0000029765