# EXHIBIT 11

| | |
|---|---|
| **From:** | Byun, Edward [IBD] [edward.byun@hk.ibd.email.gs.com] |
| **Sent:** | 1/18/2019 2:59:56 AM |
| **To:** | Tian, Jia [GSGH IBD] [tianjia@ap.ibd.gsgh.cn]; gs-blueskyll [gs-blueskyll@gs.com] |
| **CC:** | Zhu, Hansong [GSGH IBD] [hzhua@ap.ibd.gsgh.cn]; Shen, Bei [GSGH IBD] [shebei@ap.ibd.gsgh.cn]; Li, John [GSGH IBD] [ljohny@ap.ibd.gsgh.cn]; Wu, Jackson [GSGH IBD] [wjacks@ap.ibd.gsgh.cn] |
| **Subject:** | RE: NIO CB ASRG memo |

not necessarily for this submission of ASRG memo, but things we should discuss:
1)    Shanghai plant delay, per Piers' email -- has company reference this at all in public statements?
2)    What Q4 guidance did the company provide, aside from at time of IPO ?
3)    For the street estimates as part of FDD -- what did the analysts assume for car deliveries?

---

**From:** Tian, Jia [GSGH IBD]
**Sent:** Friday, January 18, 2019 10:53 AM
**To:** gs-blueskyll
**Cc:** Zhu, Hansong [GSGH IBD]; Shen, Bei [GSGH IBD]; Li, John [GSGH IBD]; Wu, Jackson [GSGH IBD]
**Subject:** NIO CB ASRG memo

Team

Attached is the updated ASRG memo (kindly note that we rewrite the discussion point 1). Will submit shortly. Thank you.

Regards,
Jia Tian

T: (8610) 6627-3375  M: (86) 158-1147-8576
e-mail: jia.tian@gsgh.cn

This message may contain information that is confidential or privileged. If you are not the intended recipient, please advise the sender immediately and delete this message. See http://www.gsgh.cn/disclaimer/email/index.html for further information on confidentiality and the risks inherent in electronic communication.

此电邮可能包含机密信息，如阁下并非本电邮指明的接收方，请及时联系我们并将阁下拥有的本电邮删除。请于
http://www.gsgh.cn/disclaimer/email/chinese.html 参看更多关于保密及不安全电子交流风险的信息。

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unintended recipients are prohibited from taking action on the basis of information in this e-mail.
E-mail messages may contain computer viruses or other defects, may not be accurately replicated on other systems, or may be intercepted, deleted or interfered with without the knowledge of the sender or the intended recipient. If you are not comfortable with the risks associated with e-mail messages, you may decide not to use e-mail to communicate with Goldman Sachs.
Goldman Sachs reserves the right, to the extent and under circumstances permitted by applicable law, to retain, monitor and intercept e-mail messages to and from its systems. See the http://www.gs.com/disclaimer/afg/ for important information regarding this message and your reliance on information contained in it.

---

Your Personal Data: We may collect and process information about you that may be subject to data protection laws. For more information about how we use and disclose your personal data, how we protect your information, our legal basis to use your information, your rights and who you can contact, please refer to.
www.gs.com/privacy-notices