# EXHIBIT 13

| | |
|---|---|
| **From**: | Liu, Joyce - GCIB HK [j.liu@baml.com] |
| **Sent**: | 4/22/2018 2:00:11 PM |
| **To**: | Zhang, Roger - GCIB HK [roger.zhang@baml.com]; celine.geng@baml.com; roger.zhang@baml.com; Geng, Celine - GCIB HK [celine.geng@baml.com]; Zhang, Roger - GCIB HK [roger.zhang@baml.com] |
| **CC**: | dantong.chu@baml.com; Chu, Dantong - GCIB HK [dantong.chu@baml.com] |
| **Subject**: | RE: Blue sky ECC memo |

I meant based on our meeting notes with Louis in November 2017. Thanks

Best Regards,
**Joyce Liu**
T 852.3508.6241 M 852.9129.1936

---

**From:** Liu, Joyce - GCIB HK
**Sent:** Sunday, April 22, 2018 1:59 PM
**To:** Geng, Celine - GCIB HK <celine.geng@baml.com>; Zhang, Roger - GCIB HK <roger.zhang@baml.com>
**Cc:** Chu, Dantong - GCIB HK <dantong.chu@baml.com>
**Subject:** RE: Blue sky ECC memo

According to the latest MP circulated by GS yesterday, Shanghai plant will be ready (put into operation) by Q4 2019. The land is granted to NIO in 4Q 2017 based on our meeting notes with Louis in November 2019, and NIO is in late stage discussion with Shanghai bank regarding the $1.5bn project loan for the plant, but as Louis told us in the meeting last Monday, Company may consider holding the construction plan the IPO does not go smoothly. Thanks.

Best Regards,
**Joyce Liu**
T 852.3508.6241 M 852.9129.1936

---

**From:** Geng, Celine - GCIB HK
**Sent:** Sunday, April 22, 2018 1:53 PM
**To:** Liu, Joyce - GCIB HK <j.liu@baml.com>; Zhang, Roger - GCIB HK <roger.zhang@baml.com>
**Cc:** Chu, Dantong - GCIB HK <dantong.chu@baml.com>
**Subject:** RE: Blue sky ECC memo

Quick question – do we have detailed information regarding the SH plant? When is it granted to NIO, when is it expected to be put into operation?

Thanks.

Celine Geng
Bank of America Merrill Lynch
T +852 3508 6194 | C +852 9129 2359

---

**From:** Liu, Joyce - GCIB HK
**Sent:** Sunday, April 22, 2018 1:52 PM
**To:** Geng, Celine - GCIB HK <celine.geng@baml.com>; Zhang, Roger - GCIB HK <roger.zhang@baml.com>
**Cc:** Chu, Dantong - GCIB HK <dantong.chu@baml.com>
**Subject:** RE: Blue sky ECC memo

CONFIDENTIAL

UW_ML_0013912

Hi Celine, have sent the slides to Dantong for consolidation around 12pm today, will resend shortly. Thanks!

Best Regards,
**Joyce Liu**
T 852.3508.6241 M 852.9129.1936

---

**From:** Geng, Celine - GCIB HK
**Sent:** Sunday, April 22, 2018 1:50 PM
**To:** Zhang, Roger - GCIB HK <roger.zhang@baml.com>; Liu, Joyce - GCIB HK <j.liu@baml.com>
**Cc:** Chu, Dantong - GCIB HK <dantong.chu@baml.com>
**Subject:** FW: Blue sky ECC memo

Joyce – when can we have a consoldiated version? We need to cross –check to avoid repetitive / conflicting points before circulating to wider group.

Say 2:30 or 3pm? Thanks.

Celine Geng
Bank of America Merrill Lynch
T +852 3508 6194 | C +852 9129 2359

---

**From:** Chu, Dantong - GCIB HK
**Sent:** Friday, April 20, 2018 10:36 PM
**To:** Zhou, Xiaoming - GCIB HK <xiaoming.zhou@baml.com>; Geng, Celine - GCIB HK <celine.geng@baml.com>; Liu, Joyce - GCIB HK <j.liu@baml.com>; Zhang, Roger - GCIB HK <roger.zhang@baml.com>; Chen, Lingling - GCIB HK <lingling.chen@baml.com>
**Cc:** Guo, Yijun - GCIB HK <yijun.guo@baml.com>
**Subject:** RE: Blue sky ECC memo

Sure will do.

Roger / Joyce – please send us your rider for consolidation on Sunday morning. We will cross check to ensure the consistency of the data. Thanks!

Regards,
Dantong

---

**From:** Zhou, Xiaoming - GCIB HK
**Sent:** Friday, April 20, 2018 9:46 PM
**To:** Geng, Celine - GCIB HK <celine.geng@baml.com>; Liu, Joyce - GCIB HK <j.liu@baml.com>; Chu, Dantong - GCIB HK <dantong.chu@baml.com>; Zhang, Roger - GCIB HK <roger.zhang@baml.com>; Chen, Lingling - GCIB HK <lingling.chen@baml.com>
**Cc:** Guo, Yijun - GCIB HK <yijun.guo@baml.com>
**Subject:** Re: Blue sky ECC memo

Please circulate another consolidated version by Sunday noon. Thx.

Sent from my BlackBerry 10 smartphone.

**From:** Geng, Celine - GCIB HK
**Sent:** Friday, 20 April, 2018 7:04 PM

CONFIDENTIAL                                                                 UW_ML_0013913

**To:** Liu, Joyce - GCIB HK; Zhou, Xiaoming - GCIB HK; Chu, Dantong - GCIB HK; Zhang, Roger - GCIB HK; Chen, Lingling - GCIB HK
**Cc:** Guo, Yijun - GCIB HK
**Subject:** RE: Blue sky ECC memo

Let's meet at Margaret room.

Xiaoming – we will meet you there.

Thanks.

Celine Geng
Bank of America Merrill Lynch
T +852 3508 6194 | C +852 9129 2359

-----Original Appointment-----
**From:** Liu, Joyce - GCIB HK
**Sent:** Friday, April 20, 2018 6:52 PM
**To:** Liu, Joyce - GCIB HK; Zhou, Xiaoming - GCIB HK; Chu, Dantong - GCIB HK; Geng, Celine - GCIB HK; Zhang, Roger - GCIB HK; Chen, Lingling - GCIB HK
**Cc:** Guo, Yijun - GCIB HK
**Subject:** Blue sky ECC memo
**When:** Friday, April 20, 2018 6:55 PM-7:25 PM (UTC+08:00) Beijing, Chongqing, Hong Kong, Urumqi.
**Where:** At office/Dial in

Hi team,

Please find below the dial-in for our ECC discussion shortly, will print the copies for team and let's meet at Margart room. Thanks!

Passcode: 14074940#

Hong Kong: 30114635
China: 4008811239
US: +17046650860
UK: +442034639725
Germany: +49 69170776601
Singapore: +6564155277

Blackberry Friendly Dial-in
Hong Kong: +85230114635 x14074940#
China: 4008811239 x14074940#
US: +17046650860 x14074940#
UK: +442034639725 x14074940#
Germany: +49 69170776601 x14074940#
Singapore: +6564155277 x14074940#

CONFIDENTIAL

UW_ML_0013914

_____

**From:** Zhou, Xiaoming - GCIB HK
**Sent:** Friday, April 20, 2018 3:05 PM
**To:** Liu, Joyce - GCIB HK <j.liu@baml.com>; Guo, Yijun - GCIB HK <yijun.guo@baml.com>
**Cc:** Chu, Dantong - GCIB HK <dantong.chu@baml.com>; Geng, Celine - GCIB HK <celine.geng@baml.com>; Zhang, Roger - GCIB HK <roger.zhang@baml.com>; Chen, Lingling - GCIB HK <lingling.chen@baml.com>
**Subject:** RE: Blue sky ECC memo


This needs to be beefed up. Some initial comments as follows:

Page 5, Describe the business in a more objective style. You don't need a whole box to describe the partnership. The map is suitable for first page of overview as well. You missed important information as to who invested in this company, expected delivery timetable, previous fund raising.
Page 6, the top left chart is good, but please also somewhere show the calculation to explain why NIO can be so much cheaper than Tesla.
Page 7, how come there are still references to "our"?? This page is also distracting, the focus should be the company's manufacturing model, high quality service. This page has too much unnecessary details
Page 9, why do we need to talk about Tencent relationship? Not relevant.
Page 10, please check updated draft of industry section and follow that flow.
Page 12, Isn't this a US$2.0Bn IPO with 4% fee?
Page 18, delete the bullet in the bottom.
Page 19, this is internal memo, not pitch, so let's be conservative. Show Tesla, Geely, BYD, Cherry, BAIC as well as global auto makers subject to Yijun's view.
Where are issues for ECC consideration?

**From:** Liu, Joyce - GCIB HK
**Sent:** Thursday, April 19, 2018 9:54 PM
**To:** Zhou, Xiaoming - GCIB HK <xiaoming.zhou@baml.com>; Guo, Yijun - GCIB HK <yijun.guo@baml.com>
**Cc:** Chu, Dantong - GCIB HK <dantong.chu@baml.com>; Geng, Celine - GCIB HK <celine.geng@baml.com>; Zhang, Roger - GCIB HK <roger.zhang@baml.com>; Chen, Lingling - GCIB HK <lingling.chen@baml.com>
**Subject:** RE: Blue sky ECC memo

Hi Xiaoming/Yijun,

Please find attached the latest draft of ECC that we prepared. Kindly let us know your comments.

Thanks!

Best Regards,
**Joyce Liu**
T 852.3508.6241 M 852.9129.1936


**From:** Zhou, Xiaoming - GCIB HK
**Sent:** Thursday, April 19, 2018 5:22 PM
**To:** Liu, Joyce - GCIB HK <j.liu@baml.com>; Chu, Dantong - GCIB HK <dantong.chu@baml.com>; Geng, Celine - GCIB HK <celine.geng@baml.com>; Zhang, Roger - GCIB HK <roger.zhang@baml.com>; Chen, Lingling - GCIB HK <lingling.chen@baml.com>
**Cc:** Guo, Yijun - GCIB HK <yijun.guo@baml.com>
**Subject:** Blue sky ECC memo

CONFIDENTIAL

UW_ML_0013915

When can I take a look at a draft? In each page, please in the top right corner mark the name of the individual who holds the pen on that particular page.

Thanks!

CONFIDENTIAL

UW_ML_0013916