# EXHIBIT 14

Page 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------x

                                        :

                                        : Case No.:

                                        : 1:19-cv-01424-NGG-JRC

In re NIO, Inc. Securities Litigation,:

                                        :

                                        :

---------------------------------------x

VIDEO-RECORDED DEPOSITION of BIN LI

VOLUME 1

Monday, May 12, 2025

AT:

8:03 a.m.


Taken at:

Skadden Arps Slate Meagher & Flom

42nd Floor Edinburgh Tower

The Landmark

15 Queen's Road

Central, Hong Kong


Court Reporter:

BRANDY STULL, CSR

CA CSR No. 13381

Page 146

BY MR. ROSEN:

Q.   If you go to the very last column it says:

"Other important decision-making factors beyond NIO capital."

It lists:

"Will the government consider GLP?"

Was government approval necessary for GLP to invest in the land and factory buildings for the Shanghai manufacturing facility?

A.   We had the framework agreement with Shanghai Auto City, and in my understanding, if GLP wanted to do this business, of course they would need to obtain the agreement and approval from Shanghai Auto City to modify the framework.

Q.   Why would NIO want to modify the framework agreement and have GLP invest the 800 million for the land and the other whatever RMB1.6 billion for the construction of the building if Shanghai International Auto City was willing to do that already?

MR. KWOK:   Objection to "NIO want to modify." Misstating testimony.

Also objecting to "Shanghai Auto City was willing to."

Page 147

WITNESS:  That was related to the project team.  I don't really know the details.  I don't really know why they had such a consideration, or what details were considered.  By the project team.

BY MR. ROSEN:

Q.    Okay.  Let's go -- let's go to the next -- there's an Alternative 1, and then there's an Alternative 2.  Let's go to Alternative 2.

You see, if you go to the column under Investment -- "Investors," the amount of money to be invested is still RMB3.563 billion, but now the investors proposed are Shanghai Electric and NIO.  You see that?

A.    I see it now in this exhibit but I haven't seen this document before.

Q.    All right.  Are you aware of any meetings between NIO and Shanghai Electric in 2018 concerning having Shanghai Electric provide financing for the land and factory buildings for the planned NIO manufacturing facility in Shanghai?

A.    I don't remember this clearly.

Q.    Are you -- you have heard of Shanghai Electric Group?

A.    Yes.

Q.    They're a -- they're a large power

Page 160

negotiations with the Shanghai government regarding the new plant as of the date of this board meeting?

A.   I don't remember this clearly, but I can make a reasonable assumption.

At this stage, we've had some very refined detailed designs.  For example, there might be discussions related to the design of the battery packs and some possible investments, so I think there might be some discussions surrounding those at that time.

Q.   Well, it says:

"... progress of the negotiation with [the] Shanghai government ..."

Doesn't that refer to what we saw in that prior spreadsheet relating to Alt -- I think Alt 5 for the Shanghai plant, and it said, "will the government reconsider?"  So isn't this -- aren't these negotiations with the Shanghai government NIO's efforts to get the Shanghai government to change its mind about pulling out of financing the land and construction of NIO's factory in Shanghai?

MR. KWOK:   Objection.  Misstating the testimony and misdescribing the exhibit.

WITNESS:   I really don't recall this very detailed scenario or information clearly, and

regarding the description or the text related to the board meeting here, did we produce any document for this?  If you have that in the production, perhaps you can show me.   That would help me remember.

BY MR. ROSEN:

Q.   We're -- we're trying to obtain the documents, and as soon as we do, we will provide them, show them to you.

A.   If not, then I would think that it was just a simple brief on the situation.  And there was nothing that would require the making of any substantive decision.

Q.   The next sentence of that entry, item number 10 in the board minutes, says:

"The board discussed and agreed that the management shall be in the best interests of this Company and its shareholders to work on a most optimal solution to ensure on-time fulfillment of the future capacity demands, trying best to do less capex investment by the Company itself."

What does that sentence refer to?

A.   For a car company, the investment into the production capacity and the fixed assets have always been one of the most important decisions in terms of the investment, and we need to maintain the