# EXHIBIT 15

Page 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

--------------------------------------x

                              :

                              : Case No.:

                              : 1:19-cv-01424-NGG-JRC

In re NIO, Inc. Securities Litigation,:

                              :

                              :

--------------------------------------x

VIDEO-RECORDED DEPOSITION of COLLIVEN KE

VOLUME 1

Friday, May 9, 2025

AT:

9:00 a.m.

Taken at:

Skadden Arps Slate Meagher & Flom

42nd Floor Edinburgh Tower

The Landmark

15 Queen's Road

Central, Hong Kong

Court Reporter:

BRANDY STULL, CSR

CA CSR No. 13381

Page 48

Q.     The second bullet point says that this week the management company received an official letter from Jiawei.

A.     Okay.  I see it.

Q.     And they temporarily suspended work.  Do you see that?

A.     Yes, I see it.

Q.     Do you know what that's referring to?

A.     Based on my knowledge, it says what this Chinese text said.

Q.     Do you know what this official letter was referring to?

A.     That -- that I don't know because I didn't -- did not see the official letter.

Q.     So did -- so did anyone at NIO receive a copy of this letter?

A.     That I don't know.

Q.     Do you know why Century 3 said that it was suspending work because of this letter?

A.     Based on my -- based on what I learned subsequently, it was mainly because there -- the signing of their formal agreement was not completed.

Q.     And you're referring to the formal agreement between whom?

A.     The agreement between the management

Page 55

company set up by Shanghai Auto City, so I assume that it would be the same person.  But if it's not, then let me know.

A.    Based on the scope of my work, I mainly communicated with Jiawei.

Q.    So you were the primary person -- you were the primary point person between NIO and Jiawei; is that right?

A.    With regard to performing the work, yes.

MR. KWOK:  "Working level."

WITNESS:  With regard to the working level, yes.

BY MR. SHI:

Q.    And what do you mean by "working level"?

A.    The actual implementation level of carrying out the task.

Q.    So did Jiawei ever tell you why their service contract with C3 was suspended?

A.    Based on what I remember, no.

Q.    Did you ask Jiawei?

A.    No.

Q.    Were you curious about why the contract was suspended?

A.    I was not curious.

Q.    So could the Shanghai facility

Page 56

construction continue if -- if Jiawei had suspended the contract with Century 3?

A.   Yes.

Q.   Do you remember when was it exactly that the contract between Jiawei and Century 3 was suspended?

A.   I don't know, but based on this document, it was in the end of October.

Q.   Prior to the official suspension of the contract between Jiawei and Century 3, did anyone -- did Jiawei tell you and NIO that they were considering suspending it?

A.   I don't remember.

Q.   When did you first learn about the suspension of the contract between C3 and Jiawei?

MR. KWOK:  Objection.  Misstate -- misstated testimony.

WITNESS:  The first time I learned about it was when the contract was switched to signing it with NIO, when I was -- when I got involved in handling that.

BY MR. SHI:

Q.   And how did you learn about the suspension of the contract between C3 and Jiawei?

A.   That calls for the details.  I don't

Page 60

Q.   So I'll read the translation, and you -- you can read the Chinese or the English, it's up to you.  So it says:

"As communicated, in order to catch up with the project progress, the relevant authority of the district has agreed to review the plan for approval and conduct land value assessment first in the absence of the construction entity ..."

Do you see that?

A.   Yes, I see it.

Q.   What did you mean by -- by that?

A.   This was an email from 2018, and looking at it right now, I really don't recall clearly what I meant.  But I think it means what the text says, which is that in order to catch up with the project progress, the relevant authority of the district has agreed to review the plan for approval and conduct land value assessment, first in the absence of the construction entity.

Q.   Okay.  Let's look at the next paragraph where it says:

"In addition, since the construction entity is no longer Jiawei Auto Parts Co., Ltd. ..."

Do you see that?

A.   I see it.

Q.    So what did you mean by "the construction entity is no longer Jiawei"?

A.    I don't remember the background of this.

Q.    So does this document refresh your memory or -- about whether Jiawei was still responsible for constructing the Shanghai facility after it suspended its contract with Century 3?

A.    I don't remember the background of this, but when I was doing my work at that time, indeed, Jiawei was still responsible for the construction work, because my counterparty did not change.

Q.    So then why did you -- did you say in your email that the construction entity is no longer Jiawei?

A.    I really don't remember the background.

A.    (In English) Or the details.

A.    Or the details.

Q.    So would there be any email communications between NIO and Jiawei that would help refresh your memory and understanding as to why you say in this email that the construction entity is no longer Jiawei?

A.    I don't know.

Q.    So let's look at this list, this list of items in this paragraph.

Page 77

BY MR. SHI:

Q.    So after October 2018, after the official suspension of Jiawei's contract with Century 3, did Jiawei continue to pay for the construction work of the Shanghai facility?

A.    After the contract with C3 was suspended, in my understanding, Jiawei was still responsible for the jianshe work of the Shanghai facility.

Q.    And did the party responsible for paying the various third parties that were hired by Jiawei change from Jiawei to somebody else?

MR. KWOK:    I think -- can you translate that again, please?

(Question repeated by interpreter)

WITNESS:    Based on my knowledge, I do not know if it was changed from Jiawei to somebody else.  I don't know that.

BY MR. SHI:

Q.    Do you know whether NIO ended up paying for those contracts that Jiawei had entered into for the construction of the Shanghai facility?

A.    I answered this earlier.  I don't know it because I was not responsible for procurement work.

Q.    When did your communications with Jiawei regarding the construction of the Shanghai facility