# EXHIBIT 16

Page 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------x

                                       :

                                       : Case No.:

                                       : 1:19-cv-01424-NGG-JRC

In re NIO, Inc. Securities Litigation,:

                                       :

                                       :

---------------------------------------x


          VIDEO-RECORDED DEPOSITION of LOUIS HSIEH

                    VOLUME 1

              Friday, June 20, 2025

                      AT:

                   8:58 a.m.

          Taken at:

          Skadden Arps Slate Meagher & Flom

          42nd Floor Edinburgh Tower

          The Landmark

          15 Queen's Road

          Central, Hong Kong


     Court Reporter:

     BRANDY STULL, CSR

     CA CSR No. 13381

or own destiny and not be dependent on third party manufacturers to make our EVs.  And, three, it would give us flexibility, and if we got to scale it would actually save us a lot of money, increase our gross margins on our cars.  So those are the three main reasons that I recall that I was in favor of it.

Q.   Okay.  Did -- were there any financial models or financial analysis created to justify building the Shanghai plant?

A.   I'm sure there were, but I don't recall the specifics of them.

Q.   Do you recall whether those models were in writing?

A.   I don't recall.  I'm sure there were -- I'm sure there was some spreadsheets created, I just don't recall the contents.

Q.   Did you order them to be created?

A.   That was Nick's project, so I'm sure William ordered him to do it.  I didn't have anything to do with the Shanghai plant because it was in -- it was all in Chinese.  I don't read or write Chinese.

Q.   Do you speak Chinese?

A.   Yes.

Q.   So you speak Chinese but you don't

Page 122

A.    Okay.

Q.    So Exhibit 105, I'll represent that this is a log that NIO produced in this litigation, and it's meant to identify documents that NIO has withheld from production based on PRC law.

And I want to ask you about category 4 on page 4.

A.    Okay.

Okay.  I'm on the page.

Q.    Okay.  So this category of documents -- so do you -- do you -- do you see the column that says "Key Individuals Involved"?

A.    Yes.

Q.    And your name is listed there.  Do you see that?

A.    This is all the officers.  Yeah.

Q.    And then the -- next to the "Category Description" it says:

"Communications regarding non-public information relating to government licenses and attachments thereto."

Do you see that?

A.    Yes.

Q.    Do you have any idea what these documents are?

MR. CHENG:  I'm going to object at this point, and there may be a supplemental objection from Mr. Kwok, but there is a lack of foundation as to this witness having any understanding of what appears to be a document prepared by counsel, and in addition, to the extent it relates to documents that have been withheld for a particular reason, there may very well be -- this question may very well intrude on the attorney-client privilege.

MR. KWOK:  I join in that, but if Mr. Hsieh knows, he can answer.

WITNESS:  I don't know.

BY MR. SHI:

Q.  Do you remember having any discussions about government licenses and -- well, strike that.

Do you remember having any email discussions about government licenses?

A.  I don't recall any.

Q.  Are you aware of a company called Century 3?

A.  No.

Q.  And is it -- would it be fair to say that you never spoke with anyone from Century 3 about the Shanghai factory?

A.  Not that I'm aware.