UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                 :    Case No.: 19-cv-1424 (NGG) (JRC)
                                 :

*In re NIO, Inc. Securities Litigation*      :
                                 :
                                 :

-------------------------------------------------------- x

## DECLARATION OF ROBERT A. FUMERTON IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

I, ROBERT A. FUMERTON, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I am a member of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants NIO, Inc., Bin Li, Lihong Qin, and Hai Wu in the above captioned action. I am an attorney duly admitted to practice before this Court.

2.     I respectfully submit this declaration in support of Defendants' Opposition to Plaintiffs' Renewed Motion to Compel, filed concurrently herewith, and to transmit the true and correct copies of the following documents attached as Exhibits to this Declaration:

| Exhibit | Document |
|---------|----------|
| A | NIO's Prospectus filed on Form 424(b)(4), dated September 11, 2018, and filed with the SEC on September 12, 2018 |
| B | Framework Agreement for the NIO Pure Electric Vehicle Factory Project, entered into between Shanghai International Automobile City (Group) Co., Ltd. and Shanghai NIO Automobile Co., Ltd. on November 28, 2017 (certified translation) (NIO0000000004-11) |
| C | Article titled "The environmental protection bureau window makes full efforts to advance the environmental assessment of major project NIO," Shanghai Jiading Government Website (January 5, 2018), www.jiading.gov.cn/xzfw/gzdt/content_470404 (certified translation) |

| **Exhibit** | **Document** |
|---|---|
| D | Project Blue Sky Third Party Due Diligence Questionnaire (certified translation) (NIO0000000019-28) |
| E | Photograph dated March 28, 2018 (NIO0000004750) |
| F | Transcript Excerpts from the Deposition of William Li, dated May 12, 2025 |
| G | Transcript Excerpts from the Deposition of Louis Hsieh, dated June 20, 2025 |
| H | Transcript Excerpts from the Deposition of Colliven Ke, dated May 9, 2025 |
| I | Email thread re: "MS Singapore Conference – Louis Hsieh presentation ppt.," dated November 7-22, 2018, attaching November 2018 Management presentation (NIO0000171467-503) |
| J | Email thread re: "Dec. 2018 – MP updates," dated December 5-9, 2018, attaching December 2018 Management presentation (NIO0000171631-667) |
| K | Email from Liu Fang attaching Blue Sky II Draft Offering Memorandum, dated January 21, 2019 (attachment excerpted) (NIO0000031104-05; NIO0000031149) |
| L | Email thread re: "Blue Sky II – Preliminary Offering Memorandum (1/18)," dated January 19-20, 2019 (attachment excerpted) (NIO0000030962-63; NIO0000031012-13) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21 2025, in New York, New York.

/s/ *Robert A. Fumerton*
Robert A. Fumerton

2