# Exhibit D

Case 1:19-cv-01424-NGG-JRC    Document 173-6    Filed 08/21/25    Page 1 of 23 PageID #: 5334

# LIONBRIDGE

STATE OF NEW YORK )
)
) ss
)
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached Third Party Due Diligence

Questionnaire.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this 15th day of October , 20 22 .

_____

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702  .
Qualified in New York County
My Commission Expires 04-27-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

**Project Blue Sky**

**Third Party Due Diligence Questionnaire**
第**三方**尽**职调**查**问题**清单

**Landlord**
业主

## 1.    Background
背景

1.1    Please provide an overview of your company (e.g., year of establishment, size, geographic presence, headquarters, major products and/or services and industry position).

请介绍贵公司的基本情况，包括成立年份、规模、地理分布情况、公司总部所在地、主要产品和/或服务及行业地位。

A: The company was established in September 2001. It is a state-owned enterprise and a first-class land developer, mainly engaging in the business of park development and providing property leasing services to many auto companies. It is located in the Anting area of Jiading District in Shanghai. The name of our development zone is Shanghai International Automobile City, and tenants include enterprises engaged in automobile trade, automobile manufacturing, automobile parts manufacturing, automobile research and development, automobile sports and other industries.

1.2    Please describe your role within your company. When did you join this company? How long have you been in your current position? Please discuss your credentials/relevant industry experience.

请介绍您在贵公司的职务，何时加入贵公司，您在当前职位的任职时间，以及您的资质或相关行业经验。

A: I am the company's Automotive Innovation Department's Operations Director and have served for 16 years. My main responsibilities are customer services for the enterprises enrolled in our park and the management of the park site.

## 2.    Relationship with NIO Inc. ("Nio")
和蔚来汽车的关系

2.1    Please outline the history, nature and length of the relationship between your company and Nio (e.g., when and how the relationship started).

请概述贵公司与蔚来汽车业务关系的历史、现状及持续时间（如双方业务关系是何时及如何开始）。

A: NIO is an enterprise that our company has attracted investments in. In its start-up stage, the relevant procedures for the application of certificates were handled by our company, and it is an important enterprise in the park.

2.2    Who is your company's contact person at Nio? How often does your company speak/meet with him/her? What are the meetings usually about?

贵公司在蔚来汽车的联系人是谁？贵公司多久与他/她谈话/会面一次？会面的内容通常关于哪些方面？

A: The Administrative Department mainly communicates matters related to the leased properties.

1

ASIA-DOCS\10265982.9
CONFIDENTIAL

NIO0000000020

2.3 Is your company fully independent of, or in any way connected with, Nio in terms of finance, operations and business? If they are connected, please describe any special financial, operational and business arrangements between your company and Nio.

贵公司与蔚来汽车在财务、营运和业务上是否完全独立或存在任何关系？如存在任何关系，一般财务、营运和业务上有什么特别的安排。

A: No.

2.4 Does your company have any relationship with Nio's shareholders, directors, senior management or their respective family members?

贵公司是否与蔚来汽车的股东、董事、高级管理人员或其亲属存在任何关系？

A: No.

2.5 To the extent you have dealt with them sufficiently to form a basis for judgment, what is your view of Nio's procurement team, sales and marketing team, production team, customer service team and management team? How do they compare to those of other electric vehicle manufacturers?

视您和蔚来汽车的熟悉程度，请评价蔚来汽车的采购团队、销售与营销团队、生产团队、客户服务团队以及管理团队。该等团队与其他电动汽车制造商的团队相比如何？

A: I am mainly familiar with the administrative team. NIO is a relatively diversified enterprise. The NIO factory is still under construction in the park. The construction of the factory is funded by our company, which is then leased to NIO.

2.6 How would you describe the overall relationship of your company with Nio? Would you regard the current arrangements between your company and Nio to be satisfactory? How do you expect the relationship between your company and Nio to develop in the next several years?

您如何评价贵公司和蔚来汽车的整体关系？您对目前双方之间的安排是否满意？您预计贵公司与蔚来汽车的业务关系在今后几年会如何发展？

A: The two sides cooperate very well.

2.7 Please describe any significant issues or ongoing disputes (commercial or legal) between your company and Nio. Do you foresee any disputes/disruptions in the future? Please describe the mechanisms your company and Nio have used to resolve those issues and/or disputes as well as any mechanisms your company and Nio currently use. How would you describe the conflict management and resolution process on the part of Nio?

如有，请描述贵公司与蔚来汽车之间存在的任何重大问题或正进行的（商业或法律的）争议。您是否预见到未来会有任何争议/关系中断情形？请描述贵公司与蔚来汽车曾用于解

ASIA-DOCS\10265982.9
CONFIDENTIAL

NIO0000000021

决这些问题和/或争议的机制，以及贵公司与蔚来汽车当前所用的机制。您会如何描述蔚来汽车的冲突管理与解决程序？

A: No.

2.8 Are there any material matters related to the relationship of your company with Nio that we have not yet discussed of which we should be aware?

是否仍有需要我们注意但仍未讨论的贵公司和蔚来汽车之间的重大事项？

A: Not involved.

3. **Lease of Property**
物业租赁

3.1 Please describe the property (the "property") that Nio leases from you (e.g., location, ownership and officially designated purpose). Is Nio a key tenant of your company?

请介绍蔚来汽车向贵公司租赁的物业（例如位置、所有权和政府指定用途）。蔚来汽车是否为贵公司的关键承租人？

A: NIO's leased property is located in our company's International Automobile City located in Anting, Jiading District, and accounts for one-sixth [of the Automobile City].

Are you the owner of the property, or you are a tenant yourself? If you are a tenant, who is the landlord and what are the terms of you lease agreement(s) with the landlord? Do such lease agreements include any provisions regarding the duration of your leases, and whether any sublease/assignment of the property would require the landlord's consent?

您是该物业的所有者还是承租人？如果您是承租人，谁是业主？您与业主订立的租约的条款是什么？您的租赁协议是否包括有关租赁期限的条款？您的转租/转让是否均需要业主的同意？

A: Owner.

3.2 Who was the tenant before Nio (if any)? What were the major reasons for replacing the previous tenant with Nio?

蔚来汽车之前的承租人是谁（若有）？承租人变成蔚来汽车的主要原因是什么？

A: Not applicable.

3.3 Please provide the rental income from the property in 2016 and 2017 (if any) and the expected rental income in 2018, 2019 and 2020 and the key assumptions underlying the estimates.

请提供贵公司 2016 年与 2017 年从该物业获得的租金收入（若有），以及 2018 年、2019 年和 2020 年的预期租金收入及基于的主要假设。

3

CONFIDENTIAL

A: The monthly rent is more than one million yuan, not including the property management fee.

| year 年份 | rental income 租金收入 |
|---|---|
| 2016 | |
| 2017 | |
| 2018 | |
| 2019 | |
| 2020 | |

3.4    How do you determine rents for the property? How often do you adjust the rents? Did such rents increase over the past three years? If so, what was the average annual incremental amount? Did the changes reflect local real property market conditions?

贵公司如何确定该物业的租金？租金调整的频率是什么？该等租金在过去三年内是否有所增长？如果是，年均增长量是多少？该等变化是否反映了当地不动产市场状况？

A: In the initial stage, the rent collected by the company would be preferential, but the rent would be gradually increased in the later stage.

3.5    What percentage do you expect the rental income from Nio to account for the total income of your company for 2018, 2019 and 2020?

2018 年、2019 年和 2020 年来自蔚来汽车的租金收入预计占贵公司总收入的比例分别是多少？

A: NIO occupies one-sixth of the area of the park and contributes about one-sixth of the total rent.

3.6    To your knowledge, does Nio use the property in accordance with the officially designated purpose of the property?

据您所知，蔚来汽车对该物业的使用是否与政府指定购买用途相一致？

A: Consistent.

3.7    Has Nio made any structural changes to the property?

蔚来汽车是否对该物业进行了结构性的改变？

A: No.

3.8    To your knowledge, does Nio rent other property in your area? If so, who are the landlord(s) of the property? Do you know if any of these landlord(s) have terminated their lease(s) with Nio?

据您所知，蔚来汽车是否在您的区域内租赁了其他财产？如果是，房东是谁？您是否知悉这些房东是否终止了与蔚来汽车的租约？

4

A: NIO also has rental properties in other parks of the company.

3.9    Does your company provide property maintenance services to Nio? Has there been cases where you were unable to provide maintenance services to Nio?

贵公司是否向蔚来汽车提供物业维护服务？贵公司是否曾有过未能向蔚来汽车提供维护服务的情况？

A: The company provides property services for NIO in common areas.

3.10   Have you or Nio purchased property insurance?

贵公司或蔚来汽车是否已购买了财产保险？

A: Not applicable.

3.11   Are there any changes of circumstances that have affected or may affect the ability of your company to lease property to Nio in the future?

是否存在某些情况变化已经影响或可能会影响贵公司未来向蔚来汽车出租物业的能力？

A: No.

4.     **Competition**
       竞争

4.1    Who are Nio's major competitors? What are the key parameters of competition? What do you view as the competitive strengths and weaknesses of each player?

蔚来汽车的主要竞争对手是谁？竞争的关键参数是什么？您认为每个公司的竞争优势与劣势是什么？

A: At present, there's no competition at this stage, so I don't think there is any concept of "competitors."

4.2    Does your company also lease property to Nio's competitors? If so, who are these competitors?

贵公司是否也向蔚来汽车的竞争对手出租物业？若是，请介绍该等竞争者。

A: The company leases properties to other auto companies. The park mainly leases to various types of new energy vehicles, such as Great Wall Motors.

4.3    What do you think are the key areas in which Nio needs to address to stay competitive? How can Nio improve itself?

您认为蔚来汽车保持竞争力需要解决的关键问题是什么？蔚来汽车可如何提升自己？

ASIA-DOCS\10265982.9
CONFIDENTIAL

NIO0000000024

A: Not involved.

**5.    Contracts**
合约

5.1    Please describe the key terms of your company's contracts and arrangements with Nio and any material changes to such terms, including:

请介绍贵公司与蔚来汽车之间的合同及安排的主要条款以及该等条款的任何重大变更情况，包括：

a.    term

期限

b.    rental price

租金

c.    payment frequency

支付频率

d.    security deposits

保证金

e.    fees (including utilities fees and maintenance fees)

费用（包括设施费和维护费）

f.    rent-free months

免租金的月份

g.    cancellation right and penalties

撤销权与处罚

h.    assignment/sublease

转让/转租

i.    expiration date

到期日

j.    termination clause

6

终止条款

k.  renewal clause

续期条款

l.  other key terms (please specify)

其它关键条款（请具体说明）

A: The lease contract between the two parties has been renewed for five years, at a monthly rent of more than 1 million, not including the property management fee.

5.2    Please describe the process whereby you and Nio entered into the current lease agreement(s). Whether such process is significantly different from those of other lease agreements with other tenants. Whether Nio and/or you have properly recorded/registered Nio's leasehold interest in the property.

请描述您与蔚来汽车订立目前的租赁协议的过程。该过程是否与其他承租人订立的其他租赁协议有显著不同？蔚来汽车和/或您是否已经正确备案/登记了蔚来汽车在该财产上的租赁利益？

A: The lease agreement between the company and NIO is not significantly different from other lease agreements of other lessees. [The lease] has been filed on record.

5.3    When will the current lease agreement(s) expire? Do you expect to renew lease agreement(s) with Nio? Does Nio have a right to renew? What factors do you consider when you decide whether to renew a lease? Where does Nio stand with respect to such factors? How will the rent be decided for the renewal period?

租约何时到期？您预计是否会与蔚来汽车续约？蔚来汽车是否有权续约？在决定是否与蔚来汽车续约时您考虑什么因素？蔚来汽车是否可以满足该等因素？续期的租赁期间的租金如何决定？

A: The two parties have renewed the contract for 5 years. Compared with the earlier lease period, the rent has been adjusted higher.

Are the terms of the contracts and arrangements between your company and Nio in line with market practice? How do such terms compare with those offered to other tenants?

贵公司与蔚来汽车之间的合同和安排中的条款是否符合市场惯例？该等条款相比提供给其他租户的条款如何？

A: Not involved.

5.4    Do you foresee any changes to the contracts or arrangements between your company and Nio in the near future or in the medium to long term? Please describe any proposals to amend any key terms of such contracts or arrangements.

7

ASIA-DOCS\10265982.9
CONFIDENTIAL

NIO0000000026

您是否预见贵公司与蔚来汽车之间的合同或安排在近期或者中长期内会有任何变化？请介绍任何对该等合同或安排的关键条款的修订方案。

A: No.

5.5    Has Nio ever materially breached its contracts or arrangements with your company, including failing to pay rents on time? If so, please provide details on such breach (including the consequences of such breach, and if and how the breach was rectified).

蔚来汽车是否曾发生过重大违反与贵公司合同或安排的情形，包括未及时支付租金的情况？若是，请介绍该等违约的细节（如违约后果以及该等违约是否和如何得到纠正）。

A: No.

## 6.    Other
其他

6.1    What is your view of Nio's business reputation?

您觉得蔚来汽车的商业信誉如何？

A: Very good.

6.2    Are you aware of any potential changes in laws, regulations or industry practices that may affect your company's business dealings with Nio? If so, please specify.

您是否知悉任何可能影响到贵公司和蔚来汽车的业务关系的法律、法规或行业惯例变化？若有，请详细说明。

A: Not involved.

6.3    Please provide your view on the general outlook for the new energy passenger vehicle industry in terms of growth, trends and risks.

请提供您对新能源乘用车行业总体前景（如发展、趋势和风险等）的看法。

A: I am optimistic about the prospects of the industry.

6.4    Please discuss major trends/developments in the industry in which your company operates. Do you foresee any changes in the relationship between your company and Nio in the near future? Do you expect an increase or decrease in the scale of business between your company and Nio?

请评价贵公司作为业主面临的重要行业趋势/变化。您预期贵公司与蔚来汽车之间的关系在不久的将来会否有任何改变？您预计未来贵公司与蔚来汽车的业务将会增长还是下降？

ASIA-DOCS\10265982.9
CONFIDENTIAL

NIO0000000027

A: The relationship between the parties will remain unchanged.

Are there any other matters or issues you would like to bring to our attention?

您是否有其他希望告知我们的事项或者问题?

A: No.

9

CONFIDENTIAL

NIO0000000028

**Project Blue Sky**

**Third Party Due Diligence Questionnaire**
第三方尽职调查问题清单

**Landlord**
业主

ASIA-DOCS\10265982.9

Confidential.

NIO0000000019

1.    **Background**
      **背景**

1.1   Please provide an overview of your company (e.g., year of establishment, size, geographic presence, headquarters, major products and/or services and industry position).

      请介绍贵公司的基本情况，包括成立年份、规模、地理分布情况、公司总部所在地、主要产品和/或服务及行业地位。

      **答**：公司成立于 2001 年 9 月，是国有企业，一级土地开发商，主要业务为园区开发，为很多汽车企业提供物业租赁服务。地理位置位于上海市嘉定区安亭地区。我们开发区名称是上海国际汽车城，有汽车贸易、汽车生产制造、汽车零部件的生产制造、汽车研发、汽车运动等企业入驻。

1.2   Please describe your role within your company. When did you join this company? How long have you been in your current position? Please discuss your credentials/relevant industry experience.

      请介绍您在贵公司的职务，何时加入贵公司，您在当前职位的任职时间，以及您的资质或相关行业经验。

      **答**：本人是公司汽车创新岗运营总监，任职了 16 年，主要职责是录入企业的客户服务和园区现场管理。

2.    **Relationship with NIO Inc. ("Nio")**
      **和蔚来汽车的关系**

2.1   Please outline the history, nature and length of the relationship between your company and Nio (e.g., when and how the relationship started).

      请概述贵公司与蔚来汽车业务关系的历史、现状及持续时间（如双方业务关系是何时及如何开始）。

      **答**：蔚来是本公司招商进来的企业，在其初创阶段的办证相关手续都由本公司代为办理，属于园区重要入驻企业。

2.2   Who is your company's contact person at Nio? How often does your company speak/meet with him/her? What are the meetings usually about?

      贵公司在蔚来汽车的联系人是谁？贵公司多久与他/她谈话/会面一次？会面的内容通常关于哪些方面？

      **答**：行政部门，主要沟通租赁物业的相关事项。

1

ASIA-DOCS\10265982.9

Confidential.    NIO0000000020

2.3    Is your company fully independent of, or in any way connected with, Nio in terms of finance, operations and business? If they are connected, please describe any special financial, operational and business arrangements between your company and Nio.

贵公司与蔚来汽车在财务、营运和业务上是否完全独立或存在任何关系？如存在任何关系，一般财务、营运和业务上有什么特别的安排。

**答**：没有。

2.4    Does your company have any relationship with Nio's shareholders, directors, senior management or their respective family members?

贵公司是否与蔚来汽车的股东、董事、高级管理人员或其亲属存在任何关系？

**答**：没有。

2.5    To the extent you have dealt with them sufficiently to form a basis for judgment, what is your view of Nio's procurement team, sales and marketing team, production team, customer service team and management team? How do they compare to those of other electric vehicle manufacturers?

视您和蔚来汽车的熟悉程度，请评价蔚来汽车的采购团队、销售与营销团队、生产团队、客户服务团队以及管理团队。该等团队与其他电动汽车制造商的团队相比如何？

**答**：本人主要是与行政团队比较熟悉，蔚来属于比较多元化的企业，蔚来厂房在园区还在建设中，厂房是由本公司出资建设，再租赁给蔚来。

2.6    How would you describe the overall relationship of your company with Nio? Would you regard the current arrangements between your company and Nio to be satisfactory? How do you expect the relationship between your company and Nio to develop in the next several years?

您如何评价贵公司和蔚来汽车的整体关系？您对目前双方之间的安排是否满意？您预计贵公司与蔚来汽车的业务关系在今后几年会如何发展？

**答**：双方配合很好。

2.7    Please describe any significant issues or ongoing disputes (commercial or legal) between your company and Nio. Do you foresee any disputes/disruptions in the future? Please describe the mechanisms your company and Nio have used to resolve those issues and/or disputes as well as any mechanisms your company and Nio currently use. How would you describe the conflict management and resolution process on the part of Nio?

如有，请描述贵公司与蔚来汽车之间存在的任何重大问题或正进行的（商业或法律的）争议。您是否预见到未来会有任何争议/关系中断情形？请描述贵公司

2

ASIA-DOCS\10265982.9

Confidential.                                                                    NIO0000000021

与蔚来汽车曾用于解决这些问题和/或争议的机制，以及贵公司与蔚来汽车当前所用的机制。您会如何描述蔚来汽车的冲突管理与解决程序？

**答：** 没有。

2.8    Are there any material matters related to the relationship of your company with Nio that we have not yet discussed of which we should be aware?

是否仍有需要我们注意但仍未讨论的贵公司和蔚来汽车之间的重大事项？

**答：** 未涉及。

3.    **Lease of Property**
**物业租赁**

3.1    Please describe the property (the "property") that Nio leases from you (e.g., location, ownership and officially designated purpose). Is Nio a key tenant of your company?

请介绍蔚来汽车向贵公司租赁的物业（例如位置、所有权和政府指定用途）。蔚来汽车是否为贵公司的关键承租人？

**答：** 蔚来租赁在本公司位于嘉定区安亭的国际汽车城，占比六分之一。

Are you the owner of the property, or you are a tenant yourself? If you are a tenant, who is the landlord and what are the terms of you lease agreement(s) with the landlord? Do such lease agreements include any provisions regarding the duration of your leases, and whether any sublease/assignment of the property would require the landlord's consent?

您是该物业的所有者还是承租人？如果您是承租人，谁是业主？您与业主订立的租约的条款是什么？您的租赁协议是否包括有关租赁期限的条款？您的转租/转让是否均需要业主的同意？

**答：** 所有人。

3.2    Who was the tenant before Nio (if any)? What were the major reasons for replacing the previous tenant with Nio?

蔚来汽车之前的承租人是谁（若有）？承租人变成蔚来汽车的主要原因是什么？

**答：** 未涉及。

3.3    Please provide the rental income from the property in 2016 and 2017 (if any) and the expected rental income in 2018, 2019 and 2020 and the key assumptions underlying the estimates.

请提供贵公司 2016 年与 2017 年从该物业获得的租金收入（若有），以及 2018 年、2019 年和 2020 年的预期租金收入及基于的主要假设。

3

Confidential.

NIO0000000022

**答：** 月租金一百多万，未包含物业管理费。

| year 年份 | rental income 租金收入 |
|:---:|---|
| 2016 | |
| 2017 | |
| 2018 | |
| 2019 | |
| 2020 | |

3.4    How do you determine rents for the property? How often do you adjust the rents? Did such rents increase over the past three years? If so, what was the average annual incremental amount? Did the changes reflect local real property market conditions?

贵公司如何确定该物业的租金？租金调整的频率是什么？该等租金在过去三年内是否有所增长？如果是，年均增长量是多少？该等变化是否反映了当地不动产市场状况？

**答：** 在初创期，本公司收取的租金会有优惠，后期逐步提升租金。

3.5    What percentage do you expect the rental income from Nio to account for the total income of your company for 2018, 2019 and 2020?

2018 年、2019 年和 2020 年来自蔚来汽车的租金收入预计占贵公司总收入的比例分别是多少？

**答：** 蔚来在园区所占面积六分之一，租金大致也占六分之一。

3.6    To your knowledge, does Nio use the property in accordance with the officially designated purpose of the property?

据您所知，蔚来汽车对该物业的使用是否与政府指定购买用途相一致？

**答：** 一致。

3.7    Has Nio made any structural changes to the property?

蔚来汽车是否对该物业进行了结构性的改变？

**答：** 没有。

3.8    To your knowledge, does Nio rent other property in your area? If so, who are the landlord(s) of the property? Do you know if any of these landlord(s) have terminated their lease(s) with Nio?

据您所知，蔚来汽车是否在您的区域内租赁了其他财产？如果是，房东是谁？您是否知悉这些房东是否终止了与蔚来汽车的租约？

4

ASIA-DOCS\10265982.9

Confidential.

NIO0000000023

**答:** 蔚来在本公司的其他园区也有租赁房产。

3.9    Does your company provide property maintenance services to Nio? Has there been cases where you were unable to provide maintenance services to Nio?

贵公司是否向蔚来汽车提供物业维护服务? 贵公司是否曾有过未能向蔚来汽车提供维护服务的情况?

**答:** 本公司在公共区域为蔚来提供物业服务。

3.10    Have you or Nio purchased property insurance?

贵公司或蔚来汽车是否已购买了财产保险?

**答:** 未涉及。

3.11    Are there any changes of circumstances that have affected or may affect the ability of your company to lease property to Nio in the future?

是否存在某些情况变化已经影响或可能会影响贵公司未来向蔚来汽车出租物业的能力?

**答:** 没有。

## 4.    Competition
## 竞争

4.1    Who are Nio's major competitors? What are the key parameters of competition? What do you view as the competitive strengths and weaknesses of each player?

蔚来汽车的主要竞争对手是谁? 竞争的关键参数是什么? 您认为每个公司的竞争优势与劣势是什么?

**答:** 目前处于未形成竞争的阶段,所以本人认为还不存在竞争对手的概念。

4.2    Does your company also lease property to Nio's competitors? If so, who are these competitors?

贵公司是否也向蔚来汽车的竞争对手出租物业? 若是,请介绍该等竞争者。

**答:** 本公司有向其他汽车企业出租物业,园区主要租赁给各种类型的新能源汽车,有长城汽车等。

4.3    What do you think are the key areas in which Nio needs to address to stay competitive? How can Nio improve itself?

您认为蔚来汽车保持竞争力需要解决的关键问题是什么? 蔚来汽车可如何提升自己?

5

ASIA-DOCS\10265982.9

Confidential.                                                                NIO0000000024

**答：** 未涉及。

## 5.    Contracts
### 合约

5.1    Please describe the key terms of your company's contracts and arrangements with Nio and any material changes to such terms, including:

请介绍贵公司与蔚来汽车之间的合同及安排的主要条款以及该等条款的任何重大变更情况，包括：

a.    term

   期限

b.    rental price

   租金

c.    payment frequency

   支付频率

d.    security deposits

   保证金

e.    fees (including utilities fees and maintenance fees)

   费用（包括设施费和维护费）

f.    rent-free months

   免租金的月份

g.    cancellation right and penalties

   撤销权与处罚

h.    assignment/sublease

   转让/转租

i.    expiration date

   到期日

j.    termination clause

ASIA-DOCS\10265982.9

Confidential.                                                    NIO0000000025

终止条款

k.  renewal clause

续期条款

l.  other key terms (please specify)

其它关键条款（请具体说明）

**答：**双方的租赁合同续签了五年，月租金 100 多万，未包括物业管理费用。

5.2  Please describe the process whereby you and Nio entered into the current lease agreement(s). Whether such process is significantly different from those of other lease agreements with other tenants. Whether Nio and/or you have properly recorded/registered Nio's leasehold interest in the property.

请描述您与蔚来汽车订立目前的租赁协议的过程。该过程是否与其他承租人订立的其他租赁协议有显著不同？蔚来汽车和/或您是否已经正确备案/登记了蔚来汽车在该财产上的租赁利益？

**答：**本公司与蔚来的租赁协议与其他承租人的其他租赁协议无显著不同，已办理备案。

5.3  When will the current lease agreement(s) expire? Do you expect to renew lease agreement(s) with Nio? Does Nio has a right to renew? What factors do you consider when you decide whether to renew a lease? Where does Nio stand with respect to such factors? How will the rent be decided for the renewal period?

租约何时到期？您预计是否会与蔚来汽车续约？蔚来汽车是否有权续约？在决定是否与蔚来汽车续约时您考虑什么因素？蔚来汽车是否可以满足该等因素？续期的租赁期间的租金如何决定？

**答：**双方已经续约 5 年，相较于租赁前期，租金会有所上调。

Are the terms of the contracts and arrangements between your company and Nio in line with market practice? How do such terms compare with those offered to other tenants?

贵公司与蔚来汽车之间的合同和安排中的条款是否符合市场惯例？该等条款相比提供给其他租户的条款如何？

**答：**未涉及。

5.4  Do you foresee any changes to the contracts or arrangements between your company and Nio in the near future or in the medium to long term? Please describe any proposals to amend any key terms of such contracts or arrangements.

7

ASIA-DOCS\10265982.9

Confidential.

NIO0000000026

您是否预见贵公司与蔚来汽车之间的合同或安排在近期或者中长期内会有任何变化？请介绍任何对该等合同或安排的关键条款的修订方案。

**答：** 没有。

5.5   Has Nio ever materially breached its contracts or arrangements with your company, including failing to pay rents on time? If so, please provide details on such breach (including the consequences of such breach, and if and how the breach was rectified).

蔚来汽车是否曾发生过重大违反与贵公司合同或安排的情形，包括未及时支付租金的情况？若是，请介绍该等违约的细节（如违约后果以及该等违约是否和如何得到纠正）。

**答：** 没有。

6.    **Other**
      **其他**

6.1   What is your view of Nio's business reputation?

您觉得蔚来汽车的商业信誉如何？

**答：** 良好。

6.2   Are you aware of any potential changes in laws, regulations or industry practices that may affect your company's business dealings with Nio? If so, please specify.

您是否知悉任何可能影响到贵公司和蔚来汽车的业务关系的法律、法规或行业惯例变化？若有，请详细说明。

**答：** 未涉及。

6.3   Please provide your view on the general outlook for the new energy passenger vehicle industry in terms of growth, trends and risks.

请提供您对新能源乘用车行业总体前景（如发展、趋势和风险等）的看法。

**答：** 本人看好行业前景。

6.4   Please discuss major trends/developments in the industry in which your company operates. Do you foresee any changes in the relationship between your company and Nio in the near future? Do you expect an increase or decrease in the scale of business between your company and Nio?

请评价贵公司作为业主面临的重要行业趋势/变化。您预期贵公司与蔚来汽车之间的关系在不久的将来会否有任何改变？您预计未来贵公司与蔚来汽车的业务将会增长还是下降？

8

ASIA-DOCS\10265982.9

Confidential.

NIO0000000027

**答：** 双方关系不会改变。

Are there any other matters or issues you would like to bring to our attention?

您是否有其他希望告知我们的事项或者问题？

**答：** 没有。

9

**答：** 双方关系不会改变。

Confidential.

NIO0000000028