# Exhibit E



Confidential.

NIO0000004750

Case 1:19-cv-01424-NGG-JRC    Document 173-7    Filed 08/21/25    Page 3 of 4 PageID #: 5359

# Metadata of NIO0000004750



