# Exhibit F

Page 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------x

                                        :

                                        : Case No.:

                                        : 1:19-cv-01424-NGG-JRC

In re NIO, Inc. Securities Litigation,:

                                        :

                                        :

---------------------------------------x


            VIDEO-RECORDED DEPOSITION of BIN LI

                    VOLUME 1

                Monday, May 12, 2025

                        AT:

                    8:03 a.m.


        Taken at:

        Skadden Arps Slate Meagher & Flom

        42nd Floor Edinburgh Tower

        The Landmark

        15 Queen's Road

        Central, Hong Kong


Court Reporter:

BRANDY STULL, CSR

CA CSR No. 13381

Page 8

P R O C E E D I N G S

VIDEOGRAPHER:  Here begins Video 1 in the Rule 26 and 30 video-recorded deposition of Bin Li in the matter of NIO, Inc. Securities Litigation in the United States District Court, Eastern District of New York, Case Number 1:19-cv-01424-NGG-JRC.

Today is 12th May 2025.  The time on the video monitor is 8:03.  The videographer today is Raymond Lee from One Square Communications.  The court reporter is Brandy Stull from Veritext.

The deposition is taking place at Skadden's Hong Kong office, 42nd Floor, The Landmark, Edinburgh Tower, Central, Hong Kong.

Would counsels and interpreter please identify themselves and state whom they represent.

MR. KWOK:  Steve Kwok, Skadden Arps, for NIO Inc., and we also represent William Li individually.

MS. PATERNO:  Beatriz Paterno, Skadden Arps, for NIO and William Li.

MS. FLUMENBAUM:  Judy Flumenbaum from Skadden for NIO and William Li.

MR. ROSEN:  Anybody else, right, introduce themselves?

MS. ZHOU:  This is Adeline Zhou from Skadden

representing the company and Mr. Li.

MR. KWOK:  And then also in the room we have company representatives, and then PRC counsel. Could they identify themselves, please?

MS. LIN:  Yanhua Lin, Fangda Partners.

MS. SHI:  Danting Shi Xu, NIO.

MS. TANG:  Eve Tang from NIO.

MS. XU:  Yilin Xu from NIO.

MR. KWOK:  And then on the phone do we have underwriters' counsel?

MR. RAMNATH:  Yes.  This is Arman Ramnath from Milbank representing underwriters.

MR. KWOK:  And counsel for the individual defendants?

MR. CAFFARONE:  Chris Caffarone from Pillsbury Winthrop Shaw Pittman for the individual defendants.

MS. SUI:  And Xinshu Sui from Paul, Weiss Rifkind, Wharton & Garrison, representing defendants Xiangping Zhong and Zhaohui Li.

VIDEOGRAPHER:  Would the -- would the court reporter please swear in the interpreter and the witness.

COURT REPORTER:  Do you want to introduce --

MR. KWOK:  I take --

MR. ROSEN:  I just -- oh, I'm sorry.

Page 10

Laurence Rosen, Rosen Law Firm, for the plaintiffs.

MR. SHI:  Yu Shi, Rosen Law Firm, plaintiffs.

MR. ROSEN:  I wanted to put a stipulation on the record.  Should we wait until he's sworn in before we put the stipulation?

MR. KWOK:  Sure.

(Testimony taken through a Mandarin interpreter.)

(Amanda Lin, Interpreter, and Helena Chung, check interpreter, after having been duly sworn or affirmed to translate the Mandarin language into the English language and the English language into the Mandarin language to the best of his/her ability, interpreted the following:)

BIN LI,

after having been duly sworn or affirmed, through the Interpreter, testified as follows:

EXAMINATION

BY MR. ROSEN:

Q.   Good morning, Mr. Li.  Have you -- have you ever been deposed before?

A.   No.

Q.   Okay.  Your -- your attorney, Mr. Kwok, may object to my questions, or some of the other attorneys on the line may object to the questions.

A.    With regard to the cooperation of the factory project?

Q.    Yes.  Were there -- besides this first one we looked at, the framework agreement, and this second one, this memorandum, were there any other written understandings, memoranda, agreements between NIO and Shanghai Auto City concerning the factory project?

A.    Not to my memory.

Q.    Now, is it correct to say that Shanghai Auto City, the -- the general idea of these -- the framework agreement was for Shanghai Auto City to create a project company Shanghai Jiawei Automobile Company to be the landowner, to acquire the land on which to build the factory, and that Shanghai Auto City would pay for the cost of the land and the construction of the factory, and that NIO would have its project company rent the factory building and pay for and install all the factory equipment?

A.    Your overall understanding is correct, and the name of the project company does not matter. But in general your understanding is correct.

Q.    Okay.  Prior to the IPO, was -- how was NIO manufacturing its -- its electric vehicles?

A.    We cooperated with JAC.  We commissions

Page 112

the work related to the design, the on-site work and the design of the production line and also the procurement work for the production line, I believe a lot of -- of such work started in the first half of 2018.

Q.    And -- and what work specifically do you believe constituted construction on the Shanghai manufacturing facility in 2018?

A.    We can divide the -- the construction into two parts.  One is the land and the factory building, the other one is the manufacturing line -- production line.  And these two are interrelated.

Therefore, in terms of the construction of the factory building in the preliminary stage or in earlier stage, there is one thing that's different from the office building with regard to the land and the factory, and it's that we possibly have to do a lot of work in parallel in order to speed up the process.  In my understanding -- in my understanding, although the details that I talk about may be a little bit different from the timeline, but in my understanding, the first step was to do the piling work because we had already known the land, and we know what it looked like, and we needed to know the limit of withstanding the

Page 113

weight of that land and also the quality of the soil.  And it was not just for the building itself. It's more for the production lines.  Therefore, we needed to obtain a lot of data.  We needed to do the piling work.  That was the Phase 1 construction.

And the data could be used for the subsequent design of the building and also the design of the production line.

And for the Phase 1 of the construction, we would do things separately.  The land and the factory building will be handled or dealt with by the project company, or I would just say Shanghai Auto City.  And, for the three connections and one flattening, meaning to connect the roads, to connect the logistics, and so that the vehicles for the construction work -- on-site construction work can pass, and also we needed to connect the electricity and water supply, and we also needed to flatten the land, those parts were also important work.

And this part of the work is to ensure that there would be no obstacles for the work performed in Phase 3.  For example, there's a -- a household of people, they reside on the land, but they did not want to move.  We need to address that. Or there's a hill on the site, we need to address

that too.  Or there are water pits, so we need to deal with that too.  So that's why I said three connections and one flattening would be an important part in the process.

In my understanding, in the first half of 2018, our work on -- on -- in terms of the land and the factory building, we have completed the three connections and one flattening construction work.

And in Phase 2, one piece of important work that NIO's team had to do was to perform further design work and optimization work based on the data that was obtained in first -- in the first phase.  And in the first phase we worked more towards the concept.  But in Phase 2, we needed to go in depth in terms of realizing and implementing -- implementing the concept.  For example, we need to figure out the location to install the stamping machine because the stamping machine is a piece of equipment for long cycles or longer cycles, so we needed to figure out where to install it, and we needed to start the procurement work of such a machine.

So, in this phase, we needed to work with the Shanghai Auto City project company in order to finalize the in-depth design of the factory building

Page 115

and the production lines in order to finalize all the final details.

CHECK INTERPRETER:  One clarification:

"According to our production line and our future products to be manufactured."

INTERPRETER:  Thank you.

WITNESS:  Based on my memory, I believe we procured the stamping machine in the first half of 2018 because that would take a longer cycle.  The reason I remember this vividly was that we purchased the agreement-- we purchased the equipment and the equipment already arrived in 2019, but we decided to stop the construction project in March of 2019.  But we've already spent hundreds of -- ten -- dozen -- dozens of millions of U.S. dollars to purchase the equipment.  So, based on my memory, in the end of 2019 or the beginning of 2020 we sold the equipment to Tesla, and that's the reason why I remembered this clearly.

And that was the second phase.  And for this phase, usually it would involve a longer period for the work to be performed.

And in Phase 3, Shanghai Auto City Company would base on our drawings to carry out the actual on-site work, and in this phase they would

**Page 116**

purchase the land and they would spend about a year or shorter -- in China it could be faster -- to actually do the building -- building work of the building, so they would engage an architecture company to do the actual building of the factory building work.

CHECK INTERPRETER:  Just one clarification at the beginning:

"Would base on our final architectural or building drawings."

WITNESS:  And when the on-site construction went to a certain level, our equipment needed to enter the facility.  For example, even before the roof was covered, some of our equipment would have to enter the facility, for example, the stamping machine; otherwise, they would not be able to enter into the facility in the later stage.  So that part of the work was like setting -- a setting, or stone-setting work for the factory building.

A.    (In English)  Yes.

CHECK INTERPRETER:  I'm sorry, can I clarify.

WITNESS:  (In English) Please.

CHECK INTERPRETER:  He also said:

"So all these tasks would be carried out in parallel as a kind of parallel work."

Page 117

WITNESS:  (In English)  Yes.

CHECK INTERPRETER:  "So before the entire facility was fully constructed, we would need to carry out certain installation of some equipment. So these tasks would happen in parallel."

WITNESS:  (Via interpreter) And in phase 4 when the construction work was okay, and that the factory building was built, the equipment would -- all of the equipment would have to be in the facility, and that is the time when we started to perform the tuning work.  We would have all the toolings for the cars we were about to manufacture ready in the facility and we would carry out the trial manufacturing in order to fine-tune.

WITNESS:  (In English) No, Phase 5 (Mandarin spoken).

CHECK INTERPRETER:  Sorry:

           "And that would take about a few months' time."

WITNESS:  (Via interpreter) And Phase 5 would be to seek and apply for the manufacturing qualification needed for manufacturing vehicles from the government authorities in order to manufacture and obtain the permit to manufacture the products.

           And the qualifications would include both

the qualifications for the manufacturing as well as the qualifications of our products, for example, for manufacturing ES6 and ET7, the qualifications for the products.

So that would cover two parts, one for the manufacturing, one for the permit of the products.

BY MR. ROSEN:

Q.   May I ask a quick question?

MR. KWOK:  Can we have the translation first?

WITNESS:  So from my perspective, the construction of a car factory would consist of those five phases, in my perspective, and it would also involve a lot of parallel work in terms of the land, the factory building, the equipment, the production lines.  It is a complicated process, and it involves a lot of parallel work.

CHECK INTERPRETER:  "And the content is very broad."

WITNESS:  (In English) Yep, please.

BY MR. ROSEN:

Q.   As far as on-site construction that had occurred prior to the IPO, you mentioned three roads and a flattening, and you mentioned trial piling. Were there any other on-site construction activities

Page 119

that occurred at the site prior to the IPO?

MR. KWOK:  I -- I think he said "piling," not "trial piling," but the record will speak for itself.

WITNESS:  In my understanding, for Phase 1, we did the filing work in order to obtain the data related to the quality of the land and soil to help with the subsequent design work of the factory building and the production line.  In Phase 2, we did a lot of work related to three connections and one flattening, and that's from NIO's perspective. And I believe you referred to the on-site construction work.  And this is what we -- what was done in Phase 1 and Phase 2, in my understanding, but I'm not quite sure if other work was done.

CHECK INTERPRETER:  Just one point of clarification:  Can be translated as "geological data," (Mandarin spoken).

WITNESS:  (In English) Yeah, (Mandarin spoken), yeah.

BY MR. ROSEN:

Q.  And at the time of the IPO, did you believe that any permanent foundation had been laid for the Shanghai manufacturing facility?

A.  How do you define what's permanent?

Page 120

Q.   The actual permanent foundation on which the factory building will reside.

A.   I don't have an understanding about it, but no doubt the construction work already started. But as for the permanent foundation that referred to, I don't have an understanding about it.

Q.   When you say you don't have an understanding, are you saying you don't know what a permanent foundation is, or you don't know whether or not a permanent foundation had begun at the time of the IPO?

A.   I roughly understand what are you referring to as "permanent foundation," but I am not clear as to whether or not the design work that had already been carry -- been carried out at that point already satisfied what you referred to or you defined as "permanent foundation."

Q.   Did you receive any updates on the progress for the construction of the Shanghai manufacturing facility during 2018?

A.   The project -- the project team will update the information and communicate the update information to me, but it was not on a regular basis.  It was not, for example, daily or weekly. They communicated the information and update to me

Page 123

company.  But I am not certain about the details as who eventually hired the project management company.

I'm not sure if it was Auto City or its project company.

(Exhibit 83 previously marked for identification)

MR. ROSEN:  So I'm going to introduce an exhibit that was previously marked as Exhibit 83.

BY MR. ROSEN:

Q.    Before I ask you about this exhibit I just want to ask you a couple of questions.

At some point in the summer of 2018 or September, either August or September 2018, did Shanghai International Auto City tell NIO that it no longer wanted to pay or invest any money into the planned NIO manufacturing facility?

A.    Not to my memory.

Q.    Did Shanghai International Auto City ever tell NIO that it didn't want to go forward with paying for either the land or the construction of the building for the manufacturing facility, for NIO?

A.    To my memory, no.

Q.    Have you ever heard of a Singaporean company called Global Logistics Properties?

A.    What's the Chinese name?

Page 135

2018."

So were you aware that the project management service contract -- were you aware, in 2018, that the Century 3 project management service contract with Shanghai Jiawei had been suspended?

A.   I don't remember these details.

Like what I said earlier, we entered into the framework agreement with Shanghai Auto City, but as to which project company it wished to use and what the situation was with regard to its project company, that was not to my concern.  That was not the detail I needed to pay attention to in performing my management duties at that time.

Q.   Did you learn at some point in August or September 2018 that Shanghai International Auto City did not intend to pay any money for the acquisition of the land or the construction of the building for the proposed manufacturing facility?

A.   I don't remember that there was such a formal notification like that.

Q.   Was -- was there any informal notification?

A.   I don't remember there was such an informal notification either.

Page 140

depending on the company's authorization mechanism and levels, I believe we would have different relevant colleagues to handle the signing.

Q.   Do you know what contract --

INTERPRETER:  And the witness also said, "If those were indeed to be signed."

MR. ROSEN:  Okay.

BY MR. ROSEN:

Q.   And do you recall, in 2018, what the amount of contract would have to exceed for it to require the signature of senior management at NIO?

A.   At that time, with regard to the mechanism of DOA, the signing and authorization mechanism, I don't remember that clearly.

MR. ROSEN:  Okay.  I'm going to introduce Exhibit 93.

(Exhibit 93 marked for identification)

BY MR. ROSEN:

Q.   Tell me if you've ever seen either the email or the attached spreadsheet before.

A.   I was not copied on the email.  I think I have not seen it.

Q.   Okay.  So the Bates stamps for the document, just for the record since it's -- are NIO0000169119 through --

Page 151

never made their way in to a serious discuss --

discussion in the company.

BY MR. ROSEN:

Q.   Okay.   But the RMB2.43 billion under

"Amount of investment," that matched precisely the

amount of investment in land and factory buildings

that Shanghai Auto City had said that it would

invest in the framework agreement; right?

MR. KWOK:   Objection.   Documents speak for

themselves.

You can answer if you know.

WITNESS:   These two numbers are the same, as

you've already pointed out.

BY MR. ROSEN:

Q.   Right.   And then under "Investors" it

lists the Jiading government as -- as the investor,

right?  For the land and factory buildings.

MR. KWOK:   Continuing objection.

WITNESS:   This was just a document containing

the possible scenarios made by our colleague in the

finance department.   These were not agreements, and

these were not documents that were required to be

disclosed to the external party.

CHECK INTERPRETER:   One clarification:

"Most part contained in this document

Page 152

would not be accurate."

BY MR. ROSEN:

Q. Okay. Then under "Other important decision-making" -- well, before we get there, so under "NIO investment ratio" and "Project loan ratio," NIO, it's a 0 percent for the land and factory buildings; right?

A. This was just a scenario based on all sorts of possibilities, and you actually do not need to ask me that question. It's very clearly indicated in the spreadsheet.

MR. KWOK: I'm going to maintain my objection.

BY MR. ROSEN:

Q. All right. Now, is it fair to say that this Alternative 3 listed in the spreadsheet closely match -- matched the arrangement in the framework agreement with Shanghai International Auto City?

A. You can compare these numbers by yourself.

Q. Okay. Let's go to the last column where it says "Other important decision-making factors beyond NIO capital." The first factor listed is "Will the government reconsider?"

Does that refer to the fact that the Shanghai government had told NIO that it no longer

Page 153

wanted to finance the land and buildings for the construction of NIO's planned manufacturing facility in Shanghai?

MR. KWOK:  Objection.  Assume facts not in evidence.  Lack of foundation.  Calls for speculation.

WITNESS:  We were not notified in that way. We did not get that notification.

BY MR. ROSEN:

Q.   In -- in what way were you note -- notified?

MR. KWOK:  Objection.  Same objections.

CHECK INTERPRETER:  Just one clarification. The previous answer given by the witness was:

"We did not get such a notification."

MR. ROSEN:  Okay.  I'll withdraw my last question.

BY MR. ROSEN:

Q.   Do you know what is meant then by "Will the government reconsider?" here in this spreadsheet for Alt 3?

MR. KWOK:  Only if you know.

WITNESS:  I don't know.

BY MR. ROSEN:

Q.   Okay.  And then if you go a little

Page 156

facilities in Hefei -- Hefei? -- to accommodate NIO's need to increase production capacity?

A.    I don't remember that clearly, but I believe there were discussions during the process, because at the end of 2018, a policy encouraging such a working model like ours with JAC was announced by the Chinese government to encourage such a working model.  So I believe -- if I am to take a guess right now, I believe it was around that time.

I believe that document was announced in November or sometime around it in November 2018.

Q.    Did -- did you or anyone else at NIO, to your knowledge, consider updating its IPO registration statement after learning of the decision by Jiawei to pull out of the Shanghai manufacturing facility project?

MR. KWOK:  Object -- objection.  Assumes facts not in evidence to Jiawei pulling out of the Shanghai manufacturing facility project.

WITNESS:  Like what I said repeatedly, Jiawei was only a project company.  We did not believe that a project company such as this one would lead or result in substantive changes in our relationship with Shanghai Auto City.

**Page 157**

BY MR. ROSEN:

Q.   So, as of October 10th, 2018, you still believed that Shanghai Auto City was committed to providing the RMB 2.43 billion for investment in land and factory buildings for the -- NIO's Shanghai manufacturing facility?

A.   In my memory, at that time point the framework agreement was still a commitment they wanted to keep and clarify on.

Q.   What do you mean by "clarify on"?

MR. KWOK:   There's a translation error.

WITNESS:   It was -- they were still willing to follow the framework agreement.  They wanted to execute that.

BY MR. ROSEN:

Q.   Mr. Li, you mentioned that -- the fact that Shanghai Jiawei was no longer the project company was not important.  Do you know if Shanghai International Auto City ever set up another project company to replace Shanghai Jiawei as a project company for the NIO manufacturing facility?

MR. KWOK:   Objection.  Misstating the testimony.

WITNESS:   I don't know about this.

(Exhibit 94 marked for identification)

Page 160

negotiations with the Shanghai government regarding the new plant as of the date of this board meeting?

A.   I don't remember this clearly, but I can make a reasonable assumption.

At this stage, we've had some very refined detailed designs.  For example, there might be discussions related to the design of the battery packs and some possible investments, so I think there might be some discussions surrounding those at that time.

Q.   Well, it says:

"... progress of the negotiation with [the] Shanghai government ..."

Doesn't that refer to what we saw in that prior spreadsheet relating to Alt -- I think Alt 5 for the Shanghai plant, and it said, "will the government reconsider?"  So isn't this -- aren't these negotiations with the Shanghai government NIO's efforts to get the Shanghai government to change its mind about pulling out of financing the land and construction of NIO's factory in Shanghai?

MR. KWOK:  Objection.  Misstating the testimony and misdescribing the exhibit.

WITNESS:  I really don't recall this very detailed scenario or information clearly, and

regarding the description or the text related to the board meeting here, did we produce any document for this?  If you have that in the production, perhaps you can show me.  That would help me remember.

BY MR. ROSEN:

Q.   We're -- we're trying to obtain the documents, and as soon as we do, we will provide them, show them to you.

A.   If not, then I would think that it was just a simple brief on the situation.  And there was nothing that would require the making of any substantive decision.

Q.   The next sentence of that entry, item number 10 in the board minutes, says:

"The board discussed and agreed that the management shall be in the best interests of this Company and its shareholders to work on a most optimal solution to ensure on-time fulfillment of the future capacity demands, trying best to do less capex investment by the Company itself."

What does that sentence refer to?

A.   For a car company, the investment into the production capacity and the fixed assets have always been one of the most important decisions in terms of the investment, and we need to maintain the