# Exhibit G

Page 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------x

                                        :

                                        : Case No.:

                                        : 1:19-cv-01424-NGG-JRC

In re NIO, Inc. Securities Litigation,:

                                        :

                                        :

---------------------------------------x


            VIDEO-RECORDED DEPOSITION of LOUIS HSIEH

                       VOLUME 1

                 Friday, June 20, 2025

                          AT:

                       8:58 a.m.

            Taken at:

            Skadden Arps Slate Meagher & Flom

            42nd Floor Edinburgh Tower

            The Landmark

            15 Queen's Road

            Central, Hong Kong


    Court Reporter:

    BRANDY STULL, CSR

    CA CSR No. 13381

Page 8

P R O C E E D I N G S

VIDEOGRAPHER:  Good morning.  We are going on the record at 8:58 a.m. on June 20, 2025.  Please note that the microphones are sensitive and may pick up whispering and private conversations.  Please mute your phones at this time.  Audio and video-recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the video-recorded deposition of Louis Hsieh taken by counsel for plaintiff in the matter of In re Nio, Inc. Securities Litigation filed in the United States District Court for the Eastern District of New York.  The case number is 1:19-cv-01424-NGG-JRC.

The location of the deposition is Skadden Arps Slate Meagher & Flom, LLP, 42nd Floor, Edinburgh Tower, The Landmark, 15 Queen's Road, Central, Hong Kong.

My name is Matthiew Leulier representing Veritext.  I am the videographer.  The court reporter is Brandy Stull, CSR No. 13381, from the firm Veritext.

I am not authorized to administer an oath, I am not related to any party in this action, nor am I financially interested in the outcome.  If

there are any objections to proceeding, please state them at the time of your appearance.

Counsel and all present, including remotely, will now state their appearances and affiliations for the record, beginning with the noticing attorney.

MR. SHI:  Yu Shi from The Rosen Law Firm for the plaintiffs.

MR. CHENG:  And Ronald Cheng for Pillsbury Winthrop Shaw & Pittman, LLP, for the witness Louis Hsieh and defendant, as well as other individual defendants.

MR. CAFFARONE:  Chris Caffarone from Pillsbury Winthrop Shaw & Pittman as well.

MR. KWOK:  Steve Kwok, Skadden, for NIO, Inc.

MS. ZHOU:  Adeline Zhou from Skadden for NIO, Inc.

MR. ZHANG:  Yin Feng Zhang, NIO company representative.

MR. KWOK:  Can we also have counsel on the line identify themselves?

MS. FLUMENBAUM:  Judy Flumenbaum from Skadden on behalf of NIO and certain individual defendants.

MS. SUI:  This is Xinshu Sui from Paul Weiss Rifkind Wharton & Garrison representing defendants

Page 10

Xianping Zhong and Zhaohui Li.

MS. XU:  Yilin Xu, NIO company representative.

VIDEOGRAPHER:  Will the court reporter please swear in the witness, and then counsel may proceed.

LOUIS HSIEH,

after having been duly sworn or affirmed, testified as follows:

MR. SHI:  All right.  And before we begin, I would like to put on the record a stipulation that any objection by Mr. Chen, counsel for Mr. Hsieh, shall count as an objection by all other counsel.

MR. CHENG:  So stipulated.

EXAMINATION

BY MR. SHI:

Q.   Good morning, Mr. Hsieh.  Were you the CFO of NIO from approximately May 2017 to October 2019?

A.   Yes.

Q.   And who -- who were you your direct reports at NIO?

A.   The legal team, the finance team, and the IR team.

Q.   Specifically who from the finance team reported to you directly?

A.   Nick Wang.

Page 11

Q.   What was Nick Wang's role --

A.   He was VP of finance.

COURT REPORTER:  Just wait until he finishes the question.

WITNESS:  Also Stanley Qu.  He was controller.

BY MR. SHI:

Q.   Okay.  And I am going to introduce our first exhibit.  It is actually an exhibit that was previously marked as Exhibit 93.  So I will introduce it now and let me know once you see it on your screen.

(Exhibit 93 previously marked for identification)

WITNESS:  Okay.

MR. CHENG:  The witness has the exhibit.

BY MR. SHI:

Q.   Okay.  Mr. Hsieh, have you seen this document previously?  So it's --

A.   I don't know.  I mean, it's so --

Q.   It's a -- so this is the -- it's the -- the original is in Chinese --

A.   Yeah, I can't read it, so I haven't --

Q.   It's followed -- so there's an English translation of this document followed by the original Chinese.

A.   I don't recall ever seeing this document.

Page 12

Q.    So you've never seen this -- this spreadsheet?

A.    Not that I can remember, no.

Q.    So if you look at the first page of Exhibit 93, you'll see that this spreadsheet was sent from somebody by the name of Qing Zhu to Nick Wang.  And who is Qing Zhu, or Chinese name Zhu Qing?

MR. CHENG:  May I ask, are you directing the witness to the original Chinese or to the English translation?

MR. SHI:  You know, I'm looking at the original Chinese right now, but it's up to him which document he wants to look at.

WITNESS:  I don't know who Qing Zhu is.

BY MR. SHI:

Q.    So you do not know Qing Zhu is?

A.    I do not know.

Q.    And Nick Wang is your direct report at NIO, is that correct, from the finance department.

A.    Partially.  He also reports to William.  He has dual reporting.  William being Li Bin, CEO.

Q.    Yes.  So you just testified that you've never seen this spreadsheet before, but did anyone discuss the content of this spreadsheet with you?

Page 13

A.    I haven't read the spreadsheet.  I don't know.  I don't think so.  I don't recall.  Let's put it that way.

Q.    Well, why don't you take a look at the spreadsheet right now and see if it refreshes your memory as to whether anyone might have discussed the contents of it with you.

MR. CHENG:  And for the record, clarifying that you are directing the witness's attention to his time when he served as CFO at the company?

MR. SHI:  That is right.

WITNESS:  I don't recall seeing this, discussing this.

BY MR. SHI:

Q.    And did you know that such a spreadsheet was created?

A.    I don't recall.  I don't think so.  I never saw this before.

Q.    Are you familiar with a company called GLP, which stands for Global Logistics Partners?

A.    I don't think so.

Q.    What about Shanghai Electric?

A.    Shanghai Electric.  I'm not a hundred percent sure, but I think that relates to the NIO plant.  I've heard that Shanghai Electric

Page 22

COURT REPORTER:  -- asking the question.

WITNESS:  It's the same question.

I don't recall, but it's logical if there's no -- you don't raise any money, that the plant may be pushed back a little bit, but we were successful in the IPO.

BY MR. SHI:

Q.   So was there a minimum amount of proceeds raised that would enable NIO to proceed with the plan to build the factory?

A.   In my mind, we needed to raise at least 800- to US$1 billion.

Q.   So if NIO raised 800 million to USD1 billion, then the Shanghai plant could proceed as planned?

A.   It'd depend on other factors like vehicle sales.  It also depended on capacity and things like that, but it would give us cash to -- to help with construction of the Shanghai plant.  But there was no -- no firm decision that it had to be 800- to a billion.  That's just what I thought.

Q.   So if NIO did not raise that amount, 800- to a billion, then what would have happened to the Shanghai plant?

MR. CHENG:  Objection -- objection.  Calls for

Q.   Specifically, what construction work had been done as of the IPO date?

A.   I don't know all the specifics, but I know that designs were done.  I saw the renderings for the plant and they were being -- constantly being updated and changed.  I know that there was a lot of road -- I mean roads built to the area.  I know there was utilities connected to the site.  I know that there was grading done to get the site ready for -- for -- for the plant, for the building, and I also know that there was equipment ordered or in -- in negotiations to outfit the plant because they had longer lead times.

Q.   So when did construction of the Shanghai plant begin?

MR. CHENG:  Objection.  If you know.

WITNESS:  I don't know.  But it was certainly before the IPO.  Well before the IPO.

BY MR. SHI:

Q.   So earlier you talked about one of the benefits to NIO having its own plant was so that NIO could get its own EV manufacturing license; is that right?

A.   Correct.

Q.   What is the benefit of having NIO's own

Page 44

Q.   So by -- by "no," did you mean you don't know or there -- or there was no such quota?

A.   I wasn't aware of any such program -- quota.

Q.   Did the Shanghai government -- well, strike that.

Did the Shanghai government pull out of the agreement to build the Shanghai facility?

A.   No, not that I'm aware.

Q.   Were you aware that around October 2018 NIO took over contracts for construction of the Shanghai factory that had been signed -- had been entered into by Shanghai Auto City's project company?

A.   I was not aware.

MR. CHENG:  Yu, we're coming up an hour.  Do you want, say, another five, ten minutes and then take our first break?

MR. SHI:  Yeah, why don't we go through one more exhibit and then we can break.

MR. CHENG:  That's fine.

MR. SHI:  All right.  This is going to be Exhibit 101.

MR. CHENG:  We're skipping 100?

MR. SHI:  I thought we -- we did 100.

Page 48

The Shanghai plant really didn't cost much then. Like I said, it was -- the first part of the construction is done by Shanghai government.  So it wasn't the main topic of optimize, as far as I recall.

Also, as I recall, at the time, JAC still had capacity, plenty of capacity, and also they were getting better at manufacturing the cars.  The throughput was faster.  So I think that may be part of the optimize as well.

Q.   What was the construction status of the Shanghai factory as of that board meeting?

A.   I don't recall.  I believe it was still ongoing.  I don't recall specific how far they'd gotten.

Q.   And was it your understanding that the Shanghai government was still involved in constructing the Shanghai factory?

A.   Absolutely.

Q.   And committed to -- to funding it?

A.   As far as I knew, yes.

MR. SHI:  All right.  We can take a 10-minute break.  So it's 10:08 now.  Let's come back at 10:18.

VIDEOGRAPHER:  And we're going off record.