# Exhibit I

Message
---

**From:**       Lam, Annie [Annie.Lam@morganstanley.com]
**Sent:**       11/22/2018 3:18:35 AM
**To:**         Heather Diwu 第五蕙 [heather.diwu@nio.com]
**CC:**         Soon, Amanda [Amanda.Soon@morganstanley.com]
**Subject:**    MS Singapore Conference - Louis Hsieh presentation ppt.
**Attachments:** NIO (Electric Vehicles Startup)_1109.pdf

Hi Heather,

Can you please confirm if Louis will also be using this same ppt. for his track presentation? If not, would you please send through his stand alone presentation ppt. to us once available? Thank you!

Best,
Annie Lam
**Morgan Stanley | Marketing**
International Commerce Centre | 1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-4251
Fax: +852 3407-0495
Annie.Lam@morganstanley.com

Be carbon conscious. Please consider our environment before printing this email.

---

**From:** Heather Diwu 第五蕙 [mailto:heather.diwu@nio.com]
**Sent:** Friday, November 09, 2018 12:37 PM
**To:** apevents_printing
**Cc:** Lam, Annie (Marketing); Soon, Amanda (GCM)
**Subject:** RE: REMINDER: Presentation File Submission Deadline for Morgan Stanley's Seventeenth Annual Asia Pacific Summit

MS printing team,

Attached please find NIO presentation and please print out enough hardcopies for us in our meeting room, please DO NOT upload our presentation to event website. Thanks

Best,
Heather

---

**From:** Lam, Annie [mailto:Annie.Lam@morganstanley.com]
**Sent:** Wednesday, November 07, 2018 11:50 AM
**Cc:** apevents-printing <apevents_printing@morganstanley.com>
**Subject:** REMINDER: Presentation File Submission Deadline for Morgan Stanley's Seventeenth Annual Asia Pacific Summit

Dear Sir/Madam,

Thank you for registering to the Morgan Stanley Seventeenth Annual Asia Pacific Summit on Nov 28-30, 2018 at the Mandarin Oriental Singapore.

To those who require our printing service for one-on-one meeting material, kindly be reminded that **November 14 (Wednesday) is the deadline for file submission**. Please send your presentation softcopy to apevents_printing@morganstanley.com and also indicate in your email if we may have your permission to:

a.      upload your presentation slides to our **Event Website**?

Confidential.                                                                   NIO0000171467

b.        display hardcopies at our **on-site Summit Library**?

Printing format will be in **A5 size booklet, 1 slide per page, double sided saddle stitch.  Black and White only**.

**Should you not require our printing service, please drop us a line for our record.**

If you have any **Company Literature** for your one-on-one meetings and/or Summit Library, please prepare sufficient copies according to your one-on-one meeting schedules. To ensure proper delivery, please use the attached shipping label and mark the purpose clearly before affixing it to the parcel(s). Kindly advise us your **airway bill number** for tracking purposes. To avoid any custom delay, please arrange arrival of delivery within **November 19-23, 2018**. Morgan Stanley will not be responsible for any shipping costs.

Should there be any leftover materials that you would like to mail back to your office post-conference, please kindly self-arrange.
Your kind and prompt response will be highly appreciated.

Should you require any assistance, please do not hesitate to contact us. We look forward to welcoming you in Singapore!

Many thanks,
Annie

Annie Lam
**Morgan Stanley | Marketing**
International Commerce Centre | 1 Austin Road West, Kowloon
Hong Kong
Phone: +852 3963-4251
Fax: +852 3407-0495
Annie.Lam@morganstanley.com

Be carbon conscious. Please consider our environment before printing this email.

NOTICE: Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent required and/or permitted under applicable law, to monitor electronic communications, including telephone calls with Morgan Stanley personnel. This message is subject to the Morgan Stanley General Disclaimers available at the following link: http://www.morganstanley.com/disclaimers.  If you cannot access the links, please notify us by reply message and we will send the contents to you. By communicating with Morgan Stanley you acknowledge that you have read, understand and consent, (where applicable), to the foregoing and the Morgan Stanley General Disclaimers.

NOTICE: Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent required and/or permitted under applicable law, to monitor electronic communications, including telephone calls with Morgan Stanley personnel. This message is subject to the Morgan Stanley General Disclaimers available at the following link: http://www.morganstanley.com/disclaimers.  If you cannot access the links, please notify us by reply message and we will send the contents to you. By communicating with Morgan Stanley you acknowledge that you have read, understand and consent, (where applicable), to the foregoing and the Morgan Stanley General Disclaimers.



NIO | Management Presentation
November 2018

Confidential.                                                                                                           NIO0000171469

## Our Vision

# To Shape a Joyful Lifestyle

By offering premium smart electric vehicles and being the best user enterprise

Confidential.                                                                                                            NIO0000171470

# Why We Are Different



Confidential.

NIO0000171471

## Relentless Innovation



**Title Sponsor for the Drivers' Championship Winning Team in the 1st FIA Formula E Season**

2015



**FORMULA E**

Proprietary energy management system



**World Record Setting Electric Vehicle**

2016



**EP9**

Nürburgring Nordschleife electric vehicle lap record



**The First China Manufactured Premium Electric SUV**

2017



**ES8**

7-seater SUV
NOMI / NIO Pilot
All-aluminum alloy body
0-100km/h acceleration: 4.4s
355 km NEDC range

**Leading Premium EV Company in China**

2018



**ES6**

5-seater SUV
Advanced NOMI / NIO Pilot
450 km+ driving range



future




**ET7**

Sedan
Leveraging the platform technologies from ES8 and ES6

4

Confidential.

# Global Talent and Operations with China Focus



Note: Number of employees as of 30 September 2018, number of registered patents and patent applications as of 30 September 2018.

Confidential.

NIO0000171473

01

# Market Opportunity

Confidential.                                                                                                                  NIO0000171474

# China Remains the Largest PV Growth Market Globally, and Also Dominates the BEV Growth

## China Commands Majority of Incremental Passenger Vehicles Sales Globally

### Incremental PV Sales Volume During 2017-2022E



| PV Sales (MM units) | China | Global |
|---|---|---|
| 2017 | 25.7 | 80.0 |
| 2022E | 33.1 | 88.6 |

**Source:** Frost & Sullivan; Global and China New Energy Passenger Vehicle Market
**Note:** RoW represents rest of the world.

## Exponential Growth of China's Battery Electric Vehicle Sales

('000 units)

2017 Battery Electric Vehicle Sales Volume



China 54% (476 thousands)

RoW* (400 thousands)



81%

2013 – 2022E CAGR

Confidential.

NIO0000171475

# NIO is Launching into the Fastest Growing PV Segments in China

## Premium Segment Outgrowing the Broader Market

2017-2022E CAGR



| Sales (MM units) | Premium | Mid-Range | Entry |
|---|---|---|---|
| 2017 | 2.7 | 12.6 | 10.5 |
| 2022E | 4.8 | 15.6 | 12.7 |

## SUV Segment Witnessing the Fastest Growth

2017-2022E CAGR



| Sales (MM units) | SUV | Sedan | MPV |
|---|---|---|---|
| 2017 | 10.8 | 12.2 | 2.7 |
| 2022E | 16.9 | 13.4 | 2.8 |

**Source:** Frost & Sullivan: Global and China New Energy Passenger Vehicle Market
**Note:** Entry level refers to price range under RMB100,000, Mid-Range refers to price range within RMB100,000 to RMB300,000, Premium level refers to price range above RMB300,000.

Confidential.

NIO0000171476

# Substantial Demands, Strong Regulatory Push and Fast-built Infrastructure

## 6MM+ Unmet Needs in Tier 1 Cities Generated by Car Plate Restrictions

**Average Probability of Obtaining an Internal Combustion Engine Car Plate**

| 0.1% | 0.8% |
|------|------|
| Beijing | Shenzhen |
| 4.5% | 1.5% |
| Shanghai | Guangzhou |
| 0.8% | 0.9% |
| Tianjin | Hangzhou |

**Potential Users[1]**

6.1 Million

**Car Plate Restrictions**

- 7 Cities in Place[2]

## Government Target on NEV Sales by 2020

- NEV Annual Sales Volume of **2MM** Units

- **5MM** NEVs Being On The Road

## 5MM Total Charging Piles[3] by 2022

('000 Piles)

**63%**
2017-2022E CAGR

| 2013 | 2017 | 2022E |
|------|------|-------|
| 23 | 446 | 5,064 |

## NEV Credit Ratio Requirement by 2020

For Companies with 30,000+ Annual Vehicle Production Volume[4]:



| 2019E | 2020E |
|-------|-------|
| 10% | 12% |

**Source:** Frost & Sullivan; Global and China New Energy Passenger Vehicle Market.
**Notes:** (1) The total number of applicants for car plates by end of 2017 in Beijing, Shanghai, Shenzhen, Guangzhou, Tianjin and Hangzhou;
(2) 7 cities include Beijing, Shanghai, Shenzhen, Guangzhou, Tianjin, Hangzhou, and Guiyang;
(3) Including both public and private charging piles;
(4) Under the temporary regime proposed by MIIT in September 2017.

9

Confidential.

NIO0000171477

02

# Key Highlights

Confidential.                                                                                                    NIO0000171478

# Key Highlights

 Pioneer in China's premium EV market

 Redefining EV experience with cutting-edge proprietary technology, visionary engineering and smart connectivity

 Revolutionary and comprehensive charging solutions

 User enterprise advocating a unique and holistic mobility lifestyle

 Strategic partnerships with global best-in-class technology and industrial leaders

 World-class management and corporate governance

11

Confidential.

NIO0000171479

# Pioneer in China's Premium EV Market

China BEV SUV Market Landscape



Source: Frost & Sullivan: Global and China New Energy Passenger Vehicle Market
Note: MSRP pre subsidies.

12

Confidential.

NIO0000171480

## ES8 Has Best-in-class Specifications Outperforming its Competitors...

| SUV Model | NIO – ES8 (BEV) | Tesla – Model X 75D (BEV) | Audi Q7 45 e-tron (PHEV 2.0L) | Mercedes- Benz AMG GLS 63 (ICE) |
|---|---|---|---|---|
| MSRP (RMB) [1] | 448,000 | 964,900 | 875,000 [2] | 1,981,800 |
| 0 to 100km/h (s) | 4.4 | 5.2 | 5.9 | 4.6 |
| Maximum Torque (N·m) | 840 | 660 | 700 | 760 |
| Maximum Power (kW/HP) | 480/650 | 386/525 | 270/367 | 430/585 |
| NEDC Driving Range (km) | 355 | 406 | 56 [3] | – |
| Autonomous Driving | Level 2+ | Level 2+ | Level 2 | Level 2 |

**Source:** Frost & Sullivan; Global and China New Energy Passenger Vehicle Market
**Notes:** (1) Customs duty calculated as Ex-Factory Price * 15%; In the second half of 2018, the Chinese government applied an additional 25% customs duty to certain categories of vehicles, among other products, imported from the US;
(2) As Audi Q7 45 e-tron is only produced in Europe, thus such tariff change has no impact on its price, it applies the customs duty of 15%;
(3) At electric-only mode.

13

Confidential.

NIO0000171481

## ...And Enjoys Clear Price Advantage

| (RMB) | NIO ES8 (BEV) | Tesla Model X 75D (BEV) | Audi Q7 45 e-tron (PHEV 2.0L) | Mercedes- Benz AMG GLS 63 (ICE) |
|---|---|---|---|---|
| Ex-Factory Price | 386,207 | 594,150 | 655,922 | 732,192 |
| Customs Duty [1] | – | 237,660 | 98,388 [7] | 292,877 |
| Consumption Tax [2] | – | – | – | 683,379 |
| VAT [3] | 61,793 | 133,090 | 120,690 | 273,352 |
| MSRP | 448,000 | 964,900 | 875,000 | 1,981,800 |
| Purchasing Tax [4] | – | 83,181 | – | 170,845 |
| Vehicle and Vessel Use Tax [5] | – | – | – | 4,245 |
| Plate Fee | – | – | – | 500 |
| National and Local Subsidies [6] | (74,067) | – | – | – |
| Total Consumer Cost | 373,933 | 1,048,081 | 875,000 | 2,157,390 |

**Source:** Frost & Sullivan; Global and China New Energy Passenger Vehicle Market
**Notes:** (1) Customs duty calculated as Ex-Factory Price * 15%; in the second half of 2018, the Chinese government applied an additional 25% customs duty to certain categories of vehicles, among other products, imported from the US;
(2) For vehicles >4L, calculated as (Ex-Factory Price + Customs Duty)/(1-40%)*40%;
(3) Calculated as (Ex-Factory Price + Customs Duty + Consumption Tax)*16%;
(4) Tesla Model X is excluded from the EV White List; calculated as MSRP/(1+VAT 16%)*10%;
(5) As there is no nationwide uniform vehicle and vessel tax standard, the information above uses the average vehicle and vessel use tax in Beijing, Shanghai, Guangzhou and Shenzhen;
(6) Average NEV national and local subsidies in Beijing, Shanghai, Guangzhou and Shenzhen;
(7) As Audi Q7 45 e-tron is only produced in Europe, thus such tariff change has no impact on its price. It applies the customs duty of 15%.

14

Confidential.

NIO0000171482





**4.4 S** | **650 HP** | **840 NM** | **355 KM** | **5-Star\*** | **Level 2+**
0-100 km/h | Peak Power | Torque | NEDC Range | Safety | Autonomous Driving

**Note:** Under C-NCAP safety standards.

15

Confidential.  NIO0000171483

# Redefining EV Experience with Cutting-edge Proprietary Technology

## NIO Architecture

- All-aluminum alloy body and chassis, enabling high body torsional stiffness for ride and handling
- Modular chassis with active air suspension

## NIO Safety

- Designed to meet the 5-star rating standards under C-NCAP safety standards
- Braking distance from 100km/h: 33.8m



100-0km/h braking distance: 33.8m

Aerospace grade aluminum architecture

Latest generation active air suspension

Confidential.

NIO0000171484

# Redefining EV Experience with Cutting-edge Proprietary Technology (cont'd)

## NIO E-propulsion

- Intelligent E-propulsion platform
- Volume production of induction motor electric drive system
- High-power output guaranteed by unique electrical architecture



Induction motor with copper rotor

Liquid cooling and swappable battery system

HV Battery Pack
High power density

Rear Integrated EDS
240kW 420N*m

Front Integrated EDS
240kW 420N*m

17

Confidential.

NIO0000171485



# Thoughtful, Spacious and Innovative

- Size: 5,022mm x 1,962mm x 1,756mm
- Wheelbase: 3,010mm
- Lounge seat with child-care mode
- Premium audio system
- Smart air quality system
- Wireless charging board
- Nappa leather wrap

18

Confidential.                    NIO0000171486

# Driving Becomes a Fun and Interactive Journey

## nomi

AI Assistant Capable of Deep Learning

- Designed to be one of the most advanced AI systems in a production vehicle
- In-car & cloud computation
- Voice interaction
- Vehicle intelligence + car connectivity
- A fun, expressive, and intuitive companion that can listen to, talk with, and help drivers along the way



19

Confidential.

NIO0000171487

# Giving Back Your Time with Safety & Convenience



## NIO Pilot

### Comprehensive ADAS Package

- World's 1st vehicle to come equipped with the Mobileye EyeQ®4 ADAS processor
- Designed with highway pilot, traffic jam pilot, and automatic emergency braking
- FOTA updates
- 23 sensors

20

Confidential.

NIO0000171488

# NIO App – "One-click" Convenience for Users

## For Sales

- Direct order

## For Power

- Valet charging powered by NIO Cloud

## For Services

- Maintenance & repair
- Valet service
- Upgradeable data plan
- Courtesy car



Confidential.    NIO0000171489



# NIO Charging – Revolutionary and Comprehensive Solutions Deployed on Demand

- One click for power
- 24 hour services
- Data synchronization by NIO Cloud

**Power Home**
Complimentary home charger installation

**Charging Network**
Access to 214,000 public charging piles as of 30 September2018

**Power Swap**
Fully automated battery swap within minutes

**Power Mobile**
10 mins for 100 km

Confidential.

22

NIO0000171490

# NIO Community – Integrated Online and Offline Channels

## Online – NIO APP [1]



**Moment Sharing**



**Activities**



**Friends & Social Events**



**NIO Life**



**User Engagement**

## Offline – NIO HOUSE & NIO EVENTS



- Interactive gallery
- In-house user advocates
- Consistent user experience



**Notes**: (1) As of 30 September 2018, NIO APP had over 576,000 registered users;

23

Confidential.

NIO0000171491

# Successful ES8 Deliveries Boosting NIO User Community

## Positive Feedback

In terms of driving control, it's very stable and smooth offering great sense of safety. Despite its higher ride height, ES8 doesn't shake when passing by a larger vehicle.
**Diving Fan Tim**

Driving experience is fantastic – the acceleration of ES8 is much faster than CE cars and can easily overtake them.
**FANG Hong**



#One-click for Power # NIO service staff arrived on time even under today's extreme heat in Shanghai. Wish NIO a bright future!
**haolan963**

In particular for quick start, ES8 gives me a little buffer, while Tesla starts out of a sudden. ES8 absolutely wins in terms of comfort.
**Viking**

I have never had such pleasant and comfortable comfort driving experience to services.
**Linjia Nongshu**

NOMI responses fast under good wifi connection with precise voice recognition and perfect execution of commands. My whole family are fond of this little thing.
**SkyWalker**



NIO ES8 is definitely worth waiting! The driving range is good, even longer than the official data.
**Shawn Lin**

ES8 is also comfortable for long-haul rides. Little tiredness after the round trip and received compliment from my family. It has a better driving experience than CE.
**Hua Man de Lou**

## Expanding User Community Along with ES8 Deliveries



4,941 ES8 Delivered[1]

Provinces with ES8 delivered[1][2]



Notes: (1) As of 30 October 2018;
(2) Based on information from public news and NIO APP.

24

Confidential.

NIO0000171492

# NIO Mode – Redefining the User Experience Enabled by Full Value Chain Coverage



**TRADITIONAL OEM**

Direct consumer feedback & fast response
Revenue retained across the value chain
Centralized deployment on resources & effective quality control

| R&D/Design | Procurement | Manufacture | Direct Sales | Insurance | Finance | 15GB Internet Data per Month [1] | Charging [2] | Maintenance | FOTA Upgrade |

**PRE SALE** | **DURING SALE** | **POST SALE**

**Notes**: (1) Includes 7GB data per month from the Service Package;
(2) Charging service is a supplemental cost.

Confidential.

25

NIO0000171493



Confidential.

NIO0000171494

# Manufacturing Efficiency with Direct Control of Core Components

## In-house Developed Core Components

### NIO E-Propulsion
EDS / ESS / VIS development

## Manufacturing Efficiency

### NIO Pilot Line
Advances production time by 6-8 months

### NIO – JAC Plant
Speed to market with cost flexibility
Capacity: 120,000 vehicles annually

### Shanghai Manufacturing Plant
Strong government support

## Strict Quality Control

### NIO Standard
APQP (Advanced Product Quality Planning) throughout development / supply chain / manufacturing phases



27

Confidential.                                                                NIO0000171495

# World-class Management Team and Corporate Governance

Visionary Founder | Management Team with Impeccable Record in Auto and Tech Industry



### WILLIAM LI
*Founder*
*Chairman and CEO*
*Director*



#### LIHONG QIN
*Co-Founder, President*
*Director*

Former Executive Director and CMO of Longfor Properties

Former Deputy General Manager of Anhui Chery Automobile Sales and Service Company



#### LOUIS HSIEH
*CFO*

Independent Director and Audit Chairman of JD.com and YUM China

Current Director and Former President and CFO of New Oriental

Former MD and TMT Head of UBS AG



#### JACK CHENG
*Co-founder*
*Executive Vice President*

Former Chairman and CEO of Magneti Marelli China

Former Chairman and CEO of FIAT China



#### PADMASREE WARRIOR
*Chief Development Officer*
*and CEO of NIO USA, Inc*

Former CTO and CSO of Cisco

Former Executive Vice President and CTO of Motorola

Director of Microsoft and Spotify



#### JAMES GORDON MITCHELL
*Director*

Senior Executive Vice President and CSO of Tencent Holdings



#### HAI WU
*Independent Director*

MD of Temasek China



#### DENNY TING BUN LEE
*Independent Director*

Independent non-executive director on the board of NetEase, Inc.

Board of Directors

28

Confidential.

NIO0000171496

# Our Growth Strategies



### Technological Innovation

- Continuously attract global talent
- Further advance e-powertrain system and autonomous driving



### Product Launch

- Launch ES6 and ET7 timely
- Expand into a broader consumer base



### Manufacturing Optimization

- Build up manufacturing capability and optimize cost
- Leverage a common platform and achieve production flexibility



### User Experience & Lifetime Engagement

- Expand infrastructure and service coverage
- Create more monetization opportunities in every aspect of car ownership

Confidential.                                                                                    NIO0000171497

03

# Financial Highlights

Confidential. NIO0000171498

# Strong Delivery Ramp-up

Monthly Delivery Volume [1]



Units

| 4,941 |
| Total |
| Delivery [2] |

1,766          1,573[3]

1,500

1,121

1,000

500          381

100

0

2018-Jun      2018-Jul      2018-Aug      2018-Sep      2018-Oct

**Notes**: (1) Deliveries for June represent deliveries for the period from 28 June 2018 (being the date we began making deliveries of the ES8 to the public) through 30 June 2018;
(2) As of 30 October 2018;
(3) ES8 production line had been temporarily shut down for 10 days at the beginning of October for routine maintenance and to install equipment for ES' in observance of the China National Day one week holiday.

31

Confidential.

NIO0000171499

# Long-Term Operating Goals

| | Long-Term Goal (%) |
|---|---|
| Revenues | 100 |
| Vehicle Sales | 90-92 |
| Others Sales | 8-10 |
| Gross Margin | 23-25 |
| Research and Development | 5-6 |
| Selling, General and Administrative | 7-8 |
| Operating Margin | 10-12 |
| EBITDA* Margin | 13-15 |

**Note:** EBITDA is a Non-GAAP measure.

32

Confidential.

NIO0000171500



Confidential.                                                                                                    NIO0000171501

## Disclaimer

This presentation does not constitute an offer to sell or issue or the solicitation of an offer to buy or acquire securities of NIO Inc. (the "Company") in any jurisdiction or an inducement to enter into investment activity, nor may it or any part of it form the basis of or be relied on in connection with any contract, commitment or investment decision whatsoever. Specifically, this presentation does not constitute a "prospectus" within the meaning of the U.S. Securities Act of 1933, as amended (the "Securities Act").

This presentation does not contain all relevant information relating to the Company or its securities, particularly with respect to the risks and special considerations involved with an investment in the securities of the Company. No securities of the Company may be offered or sold in the United States without registration with the United States Securities and Exchange Commission or an exemption from such registration pursuant to the Securities Act and the regulations promulgated thereunder. Any decision to purchase securities in the proposed offering should be made solely on the basis of the information contained in the statutory prospectus issued or to be issued in due course in relation to the proposed offering.

This presentation has been prepared by the Company solely for use at this presentation held in connection with the proposed offering. The information included herein was obtained from various sources, including certain third parties, and has not been independently verified. No representation, warranty or undertaking, express or implied, is made as to, and no reliance should be placed on, the fairness, accuracy, completeness or correctness of the information or the opinions contained herein. None of the Company, any of its affiliates, shareholders, directors, employees, agents, advisors or representatives or the underwriters will be liable (in negligence or otherwise) for any loss howsoever arising from any use of this presentation or its contents or otherwise arising in connection with the presentation.

This presentation contains forward-looking statements. These statements include descriptions regarding the intent, belief or current expectations of the Company or its officers and may be recognized by the use of words such as "expects," "plans," "will," "estimates," "projects," "intends," or words of similar meaning. Such forward-looking statements are not guarantees of future performance and involve risks and uncertainties. Actual results may differ from those in the forward-looking statements as a result of various factors, many of which are beyond the Company's control. The Company, its affiliates, advisors and representatives and the underwriters assume no obligation to and do not undertake to update such forward-looking statements to reflect future events or circumstances.

THE INFORMATION CONTAINED IN THIS DOCUMENT IS HIGHLY CONFIDENTIAL AND MAY NOT BE FORWARDED, PUBLISHED OR DISTRIBUTED, DIRECTLY OR INDIRECTLY, TO ANY OTHER PERSON (WHETHER WITHIN OR OUTSIDE YOUR ORGANIZATION/ FIRM) FOR ANY PURPOSE AND MAY NOT BE REPRODUCED IN ANY MANNER WHATSOEVER. ANY FORWARDING, PUBLICATION, DISTRIBUTION OR REPRODUCTION OF THIS DOCUMENT IN WHOLE OR IN PART IS UNAUTHORIZED.

By attending this presentation, participants agree not to remove this document, or any materials provided in connection herewith, from the conference room where such documents are provided. Participants agree further not to photograph, copy or otherwise reproduce these materials in any form or pass on these materials to any other person for any purpose, during the presentation or while in the conference room. Participants must return this presentation and all other materials provided in connection herewith to the Company at the completion of the presentation.

This presentation speaks as the date hereof. The information presented or contained in this presentation is subject to change without notice. Neither the delivery of this presentation nor any further discussions of the Company, any of its affiliates, shareholders, directors, employees, agents, advisors, representatives or the underwriters with any of the recipients shall, under any circumstances, create any implication that there has been no change in the affairs of the Company since that date.

Confidential.                                                                                                                    NIO0000171502



Confidential. NIO0000171503