# Exhibit J

Message

---

**From:** Heather Diwu 第五蕙 [heather.diwu@nio.com]
**Sent:** 12/9/2018 11:09:24 PM
**To:** Jade Wei 魏裕 [jade.wei@nio.com]
**CC:** Louis Hsieh 谢东萤 [louis.hsieh@nio.com]; Nick Wang 汪冬宁 [nick.wang@nio.com]
**Subject:** RE: Dec. 2018 - MP updates
**Attachments:** 201812-NIO-NDR-v14.pdf

Hi Jade,
Thanks and I made some revisions ass attached. Yes, as said below, I will update the ES6 specs, industry and market parts when the data is available. About the cover, as you are leading the communications with design team, please help to ask them to design a new one with ES6 on it, thank you.

Best,
Heather

---

**From:** Jade Wei 魏裕
**Sent:** Monday, December 10, 2018 9:58 AM
**To:** Heather Diwu 第五蕙 <heather.diwu@nio.com>
**Cc:** Louis Hsieh 谢东萤 <louis.hsieh@nio.com>; Nick Wang 汪冬宁 <nick.wang@nio.com>
**Subject:** RE: Dec. 2018 - MP updates

Heather,

Thanks for the MP update. My understanding is that we will further update the MP after the ES6 is launched with new photos/features, comparison and industry data. Here are some discussion with Louis in Singapore for you to consider.

1.      Cover page  - change back to the Cars (Let's have the design team to design a cover with ES6 in the photo)
2.      IP – Let's use 1000+ in the quarterly update. The company will update it once in the annual report then we can use the most updated numbers.
3.      Add ES6 photo and key features when it's available
4.      Industry data to be updated/re-organized
a)      Market size for Full Size/Mid size SUVs (With existing top 3 premium models sales' numbers as a reference if ES8 is already the number one in the 450K+ category)
b)      Industry growth rates for PV, NEV, BEV, Premium to show that EV and Premium are still growing much faster than PV

Please let me know if you need my help on this. Thanks!

Jade

---

**From:** Heather Diwu 第五蕙
**Sent:** Wednesday, December 5, 2018 12:43 PM
**To:** Louis Hsieh 谢东萤 <louis.hsieh@nio.com>; Nick Wang 汪冬宁 <nick.wang@nio.com>; Jade Wei 魏裕 <jade.wei@nio.com>
**Subject:** Dec. 2018 - MP updates

Hi team,

Confidential.                                                                  NIO0000171631

Attached please review the Dec. 2018 MP with Nov delivery number, management team updates. I keep TSLA sales price as the new custom duty has not been officially released yet. Industry data will be renewed by the end of this year, thanks.

**Heather DIWU |** 第五蕙

Manager, Investor Relations

T: +86 (10) 5687 4108
M: +86 ██████████████

北京市朝阳区来广营西路5号院诚盈中心1号楼13/14层

13/14F, Building 1, Cheng Ying Center, No.5 Lai Guang Ying West Rd., Chaoyang, Beijing, P.R. China



Confidential.



NIO | Management Presentation
December 2018

Confidential.

## Our Vision

# To Shape a Joyful Lifestyle

By offering premium smart electric vehicles and being the best user enterprise

2

Confidential.                                                                                              NIO0000171634

# Why We Are Different



Confidential.

NIO0000171635

# Relentless Innovation

   

| **Title Sponsor for the Drivers' Championship Winning Team in the 1st FIA Formula E Season** | **World Record Setting Electric Vehicle** | **The First China Manufactured Premium Electric SUV** | **Leading Premium EV Company in China** | |
|---|---|---|---|---|
| 2015 | 2016 | 2017 | 2018 | future |

    

| FORMULA E | EP9 | ES8 | ES6  | ET7 |
|---|---|---|---|---|
| Proprietary energy management system | Nürburgring Nordschleife electric vehicle lap record | 7-seater SUV<br>NOMI / NIO Pilot<br>All-aluminum alloy body<br>0-100km/h acceleration: 4.4s<br>355 km NEDC range | 5-seater SUV<br>Advanced NOMI / NIO Pilot<br>450 km+ driving range | Sedan<br>Leveraging the platform technologies from ES8 and ES6 |

Confidential.

NIO0000171636

# Global Talent and Operations with China Focus



Confidential.

NIO0000171637

01

# Market Opportunity

Confidential.                                                                                          NIO0000171638

# China Remains the Largest PV Growth Market Globally, and Also Dominates the BEV Growth

China Commands Majority of Incremental
Passenger Vehicles Sales Globally

Incremental PV Sales Volume During 2017-2022E



| PV Sales (MM units) | China | Global |
|---|---|---|
| 2017 | 25.7 | 80.0 |
| 2022E | 33.1 | 88.6 |

*Source:* Frost & Sullivan: Global and China New Energy Passenger Vehicle Market
*Note:* RoW represents rest of the world.

Exponential Growth of China's
Battery Electric Vehicle Sales

('000 units)

2017 Battery Electric
Vehicle Sales Volume



China 54%
(476 thousands)

RoW*
(400 thousands)



81%

2013 – 2022E CAGR

Confidential.

NIO0000171639

7

# NIO is Launching into the Fastest Growing PV Segments in China



## Premium Segment Outgrowing the Broader Market

### 2017-2022E CAGR

| Sales (MM units) | Premium | Mid-Range | Entry |
|---|---|---|---|
| 2017 | 2.7 | 12.6 | 10.5 |
| 2022E | 4.8 | 15.6 | 12.7 |

## SUV Segment Witnessing the Fastest Growth

### 2017-2022E CAGR

| Sales (MM units) | SUV | Sedan | MPV |
|---|---|---|---|
| 2017 | 10.8 | 12.2 | 2.7 |
| 2022E | 16.9 | 13.4 | 2.8 |

**Source:** Frost & Sullivan: Global and China New Energy Passenger Vehicle Market
**Note:** Entry level refers to price range under RMB100,000, Mid-Range refers to price range within RMB100,000 to RMB300,000, Premium level refers to price range above RMB300,000.

8

Confidential.

NIO0000171640

# Substantial Demands, Strong Regulatory Push and Fast-built Infrastructure

## 6MM+ Unmet Needs in Tier 1 Cities Generated by Car Plate Restrictions

Average Probability of Obtaining an Internal Combustion Engine Car Plate

| | |
|---|---|
| **0.1%** Beijing | **0.8%** Shenzhen |
| **4.5%** Shanghai | **1.5%** Guangzhou |
| **0.8%** Tianjin | **0.9%** Hangzhou |

Potential Users[1]



6.1 Million

Car Plate Restrictions

- 7 Cities in Place[2]

## Government Target on NEV Sales by 2020

- NEV Annual Sales Volume of **2MM** Units
- **5MM** NEVs Being On The Road

## 5MM Total Charging Piles[3] by 2022

('000 Piles)

**63%**
2017-2022E CAGR

| 2013 | 2017 | 2022E |
|---|---|---|
| 23 | 446 | 5,064 |

## NEV Credit Ratio Requirement by 2020

For Companies with 30,000+ Annual Vehicle Production Volume[4]:



| 2019E | 2020E |
|---|---|
| 10% | 12% |

**Source:** Frost & Sullivan; Global and China New Energy Passenger Vehicle Market.
**Notes:** (1) The total number of applicants for car plates by end of 2017 in Beijing, Shanghai, Shenzhen, Guangzhou, Tianjin and Hangzhou;
(2) 7 cities include Beijing, Shanghai, Shenzhen, Guangzhou, Tianjin, Hangzhou, and Guiyang;
(3) Including both public and private charging piles;
(4) Under the temporary regime proposed by MIIT in September 2017.

9

Confidential.

NIO0000171641

02

# Key Highlights

Confidential.                                                                                                  NIO0000171642

# Key Highlights

 Pioneer in China's premium EV market

 Redefining EV experience with cutting-edge proprietary technology, visionary engineering and smart connectivity

 Revolutionary and comprehensive charging solutions

 User enterprise advocating a unique and holistic mobility lifestyle

 Strategic partnerships with global best-in-class technology and industrial leaders

 World-class management and corporate governance

11

Confidential.

NIO0000171643

# Pioneer in China's Premium EV Market

China BEV SUV Market Landscape



Source: Frost & Sullivan: Global and China New Energy Passenger Vehicle Market
Note: MSRP pre subsidies.

12

Confidential.

NIO0000171644

# ES8 Has Best-in-class Specifications Outperforming its Competitors...

| SUV Model | NIO – ES8 (BEV) | Tesla – Model X 75D (BEV) | Audi Q7 45 e-tron (PHEV 2.0L) | Mercedes- Benz AMG GLS 63 (ICE) |
|---|---|---|---|---|
| MSRP (RMB) [1] | 448,000 | 964,900 | 875,000 [2] | 1,981,800 |
| 0 to 100km/h (s) | 4.4 | 5.2 | 5.9 | 4.6 |
| Maximum Torque (N·m) | 840 | 660 | 700 | 760 |
| Maximum Power (kW/HP) | 480/650 | 386/525 | 270/367 | 430/585 |
| NEDC Driving Range (km) | 355 | 406 | 56 [3] | – |
| Autonomous Driving | Level 2+ | Level 2+ | Level 2 | Level 2 |

**Source:** Frost & Sullivan; Global and China New Energy Passenger Vehicle Market

**Notes:** (1) Customs duty calculated as Ex-Factory Price * 15%; In the second half of 2018, the Chinese government applied an additional 25% customs duty to certain categories of vehicles, among other products, imported from the US;
(2) As Audi Q7 45 e-tron is only produced in Europe, thus such tariff change has no impact on its price, it applies the customs duty of 15%;
(3) At electric-only mode.

Confidential.

13

NIO0000171645

## ...And Enjoys Clear Price Advantage

| (RMB) | NIO ES8 (BEV) | Tesla Model X 75D (BEV) | Audi Q7 45 e-tron (PHEV 2.0L) | Mercedes- Benz AMG GLS 63 (ICE) |
|---|---|---|---|---|
| Ex-Factory Price | 386,207 | 594,150 | 655,922 | 732,192 |
| Customs Duty [1] | – | 237,660 | 98,388 [7] | 292,877 |
| Consumption Tax [2] | – | – | – | 683,379 |
| VAT [3] | 61,793 | 133,090 | 120,690 | 273,352 |
| MSRP | 448,000 | 964,900 | 875,000 | 1,981,800 |
| Purchasing Tax [4] | – | 83,181 | – | 170,845 |
| Vehicle and Vessel Use Tax [5] | – | – | – | 4,245 |
| Plate Fee | – | – | – | 500 |
| National and Local Subsidies [6] | (74,067) | – | – | – |
| Total Consumer Cost | 373,933 | 1,048,081 | 875,000 | 2,157,390 |

**Source:** Frost & Sullivan; Global and China New Energy Passenger Vehicle Market
**Notes:** (1) Customs duty calculated as Ex Factory Price * 15%; in the second half of 2018, the Chinese government applied an additional 25% customs duty to certain categories of vehicles, among other products, imported from the US;
(2) For vehicles >4L, calculated as (Ex Factory Price + Customs Duty)/(1 40%)*40%;
(3) Calculated as (Ex-Factory Price + Customs Duty + Consumption Tax)*16%;
(4) Tesla Model X is excluded from the EV White List; calculated as MSRP/(1+VAT 16%)*10%;
(5) As there is no nationwide uniform vehicle and vessel tax standard, the information above uses the average vehicle and vessel use tax in Beijing, Shanghai, Guangzhou and Shenzhen;
(6) Average NEV national and local subsidies in Beijing, Shanghai, Guangzhou and Shenzhen;
(7) As Audi Q7 45 e-tron is only produced in Europe, thus such tariff change has no impact on its price. It applies the customs duty of 15%.

14

Confidential.

NIO0000171646





**4.4 S** | **650 HP** | **840 NM** | **355 KM** | **5-Star*** | **Level 2+**
0-100 km/h | Peak Power | Torque | NEDC Range | Safety | Autonomous Driving

**Note:** Under C-NCAP safety standards.

15

Confidential.

NIO0000171647

# Redefining EV Experience with Cutting-edge Proprietary Technology

## NIO Architecture

- All-aluminum alloy body and chassis, enabling high body torsional stiffness for ride and handling
- Modular chassis with active air suspension

## NIO Safety

- Designed to meet the 5-star rating standards under C-NCAP safety standards
- Braking distance from 100km/h: 33.8m



100-0km/h braking distance: 33.8m

Aerospace grade aluminum architecture

Latest generation active air suspension

16

Confidential.

NIO0000171648

# Redefining EV Experience with Cutting-edge Proprietary Technology (cont'd)

## NIO E-propulsion

- Intelligent E-propulsion platform
- Volume production of induction motor electric drive system
- High-power output guaranteed by unique electrical architecture



Induction motor with copper rotor

Liquid cooling and swappable battery system

HV Battery Pack High power density

Rear Integrated EDS 240kW 420N*m

Front Integrated EDS 240kW 420N*m

17

Confidential.

NIO0000171649



# Thoughtful, Spacious and Innovative

- Size: 5,022mm x 1,962mm x 1,756mm
- Wheelbase: 3,010mm
- Lounge seat with child-care mode
- Premium audio system
- Smart air quality system
- Wireless charging board
- Nappa leather wrap

18

Confidential.

NIO0000171650

# Driving Becomes a Fun and Interactive Journey



## nomi

AI Assistant Capable of Deep Learning

- Designed to be one of the most advanced AI systems in a production vehicle
- In-car & cloud computation
- Voice interaction
- Vehicle intelligence + car connectivity
- A fun, expressive, and intuitive companion that can listen to, talk with, and help drivers along the way

Confidential.

19

NIO0000171651

# Giving Back Your Time with Safety & Convenience



**NIO** Pilot

Comprehensive ADAS Package

- World's 1st vehicle to come equipped with the Mobileye EyeQ®4 ADAS processor
- Designed with highway pilot, traffic jam pilot, and automatic emergency braking
- FOTA updates
- 23 sensors



## NIO App – "One-click" Convenience for Users

### For Sales
- Direct order

### For Power
- Valet charging powered by NIO Cloud

### For Services
- Maintenance & repair
- Valet service
- Upgradeable data plan
- Courtesy car

21

Confidential. NIO0000171653







# NIO Community – Integrated Online and Offline Channels

## Online - NIO APP [1]



**Moment Sharing**



**Activities**



**Friends & Social Events**



**NIO Life**



**User Engagement**

## Offline - NIO HOUSE & NIO EVENTS



- Interactive gallery
- In-house user advocates
- Consistent user experience



*Notes*: (1) As of 30 September 2018, NIO APP had over 576,000 registered users;

23

Confidential.

# Successful ES8 Deliveries Boosting NIO User Community

## Positive Feedback

In terms of driving control, it's very stable and smooth offering great sense of safety. Despite its higher ride height, ES8 doesn't shake when passing by a larger vehicle.

**Diving Fan Tim**

Driving experience is fantastic – the acceleration of ES8 is much faster than CE cars and can easily overtake them.

**FANG Hong**



#One-click for Power # NIO service staff arrived on time even under today's extreme heat in Shanghai. Wish NIO a bright future!

**haolan963**

In particular for quick start, ES8 gives me a little buffer, while Tesla starts out of a sudden. ES8 absolutely wins in terms of comfort.

**Viking**

I have never had such a pleasant and comfortable confirm driving experience to services.

**Linjia Nongshu**

NOMI responses fast under good wifi connection with precise voice recognition and perfect execution of commands. My whole family are fond of this little thing.

**SkyWalker**



NIO ES8 is definitely worth waiting! The driving range is good, even longer than the official data.

**Shawn Lin**

ES8 is also comfortable for long-haul rides. Little tiredness after the round trip and received compliment from my family. It has a better driving experience than CE.

**Hua Man de Lou**

## Expanding User Community Along with ES8 Deliveries



8,030 ES8 Delivered[1]

Provinces with ES8 delivered[1][2]

**Notes**: (1) As of 30 November 2018;
(2) Based on information from public news and NIO APP.

24

Confidential.

NIO0000171656

# NIO Mode – Redefining the User Experience Enabled by Full Value Chain Coverage



**TRADITIONAL OEM**

Direct consumer feedback & fast response
Revenue retained across the value chain
Centralized deployment on resources & effective quality control

| R&D/Design | Procurement | Manufacture | Direct Sales | Insurance | Finance | 15GB Internet Data per Month [1] | Charging [2] | Maintenance | FOTA Upgrade |

**PRE SALE** | **DURING SALE** | **POST SALE**

*Notes*: (1) Includes 7GB data per month from the Service Package;
(2) Charging service is a supplemental cost.

Confidential.

25

NIO0000171657



Confidential.

NIO0000171658

# Manufacturing Efficiency with Direct Control of Core Components

## In-house Developed Core Components

### NIO E-Propulsion
EDS / ESS / VIS development

## Manufacturing Efficiency

### NIO Pilot Line
Advances production time by 6-8 months

### NIO – JAC Plant
Speed to market with cost flexibility
Capacity: 120,000 vehicles annually

### Shanghai Manufacturing Plant
Strong government support

## Strict Quality Control

### NIO Standard
APQP (Advanced Product Quality Planning) throughout development / supply chain / manufacturing phases



27

Confidential.    NIO0000171659

# World-class Management Team and Corporate Governance

Visionary Founder | Management Team with Impeccable Record in Auto and Tech Industry



**WILLIAM LI**

*Founder*
*Chairman and CEO*
*Director*



**LIHONG QIN**
*Co-Founder, President*

*Director*

Former Executive Director and CMO of Longfor Properties

Former Deputy General Manager of Anhui Chery Automobile Sales and Service Company



**LOUIS HSIEH**
*CFO*

Independent Director and Audit Chairman of JD.com and YUM China

Current Director and Former President and CFO of New Oriental

Former MD and TMT Head of UBS AG



**JACK CHENG**
*Co-founder*
*Executive Vice President*

Former Chairman and CEO of Magneti Marelli China

Former Chairman and CEO of FIAT China



**JAMES GORDON MITCHELL**
*Director*

Senior Executive Vice President and CSO of Tencent Holdings



**HAI WU**
*Independent Director*

MD of Temasek China



**DENNY TING BUN LEE**
*Independent Director*

Independent non-executive director on the board of NetEase, Inc.

Board of Directors

28

NIO0000171660

# Our Growth Strategies



**Technological Innovation**

- Continuously attract global talent
- Further advance e-powertrain system and autonomous driving



**Product Launch**

- Launch ES6 and ET7 timely
- Expand into a broader consumer base



**Manufacturing Optimization**

- Build up manufacturing capability and optimize cost
- Leverage a common platform and achieve production flexibility



**User Experience & Lifetime Engagement**

- Expand infrastructure and service coverage
- Create more monetization opportunities in every aspect of car ownership

29

Confidential.

NIO0000171661

03

# Financial Highlights

Confidential.                                                                      NIO0000171662

# Strong Delivery Ramp-up

## Monthly Delivery Volume (1)



**Notes**: (1) Deliveries for June represent deliveries for the period from 28 June 2018 (being the date we began making deliveries of the ES8 to the public) through 30 June 2018;
(2) As of 30 November 2018;

31

Confidential.

NIO0000171663

## Long-Term Operating Goals

|  | Long-Term Goal (%) |
|---|---|
| Revenues | 100 |
| Vehicle Sales | 90-92 |
| Others Sales | 8-10 |
| Gross Margin | 23-25 |
| Research and Development | 5-6 |
| Selling, General and Administrative | 7-8 |
| Operating Margin | 10-12 |
| EBITDA* Margin | 13-15 |

**Note:** EBITDA is a Non-GAAP measure.

32

Confidential.

NIO0000171664



Confidential.

NIO0000171665

## Disclaimer

This presentation does not constitute an offer to sell or issue or the solicitation of an offer to buy or acquire securities of NIO Inc. (the "Company") in any jurisdiction or an inducement to enter into investment activity, nor may it or any part of it form the basis of or be relied on in connection with any contract, commitment or investment decision whatsoever. Specifically, this presentation does not constitute a "prospectus" within the meaning of the U.S. Securities Act of 1933, as amended (the "Securities Act").

This presentation does not contain all relevant information relating to the Company or its securities, particularly with respect to the risks and special considerations involved with an investment in the securities of the Company. No securities of the Company may be offered or sold in the United States without registration with the United States Securities and Exchange Commission or an exemption from such registration pursuant to the Securities Act and the regulations promulgated thereunder. Any decision to purchase securities in the proposed offering should be made solely on the basis of the information contained in the statutory prospectus issued or to be issued in due course in relation to the proposed offering.

This presentation has been prepared by the Company solely for use at this presentation held in connection with the proposed offering. The information included herein was obtained from various sources, including certain third parties, and has not been independently verified. No representation, warranty or undertaking, express or implied, is made as to, and no reliance should be placed on, the fairness, accuracy, completeness or correctness of the information or the opinions contained herein. None of the Company, any of its affiliates, shareholders, directors, employees, agents, advisors or representatives or the underwriters will be liable (in negligence or otherwise) for any loss howsoever arising from any use of this presentation or its contents or otherwise arising in connection with the presentation.

This presentation contains forward-looking statements. These statements include descriptions regarding the intent, belief or current expectations of the Company or its officers and may be recognized by the use of words such as "expects," "plans," "will," "estimates," "projects," "intends," or words of similar meaning. Such forward-looking statements are not guarantees of future performance and involve risks and uncertainties. Actual results may differ from those in the forward-looking statements as a result of various factors, many of which are beyond the Company's control. The Company, its affiliates, advisors and representatives and the underwriters assume no obligation to and do not undertake to update such forward-looking statements to reflect future events or circumstances.

THE INFORMATION CONTAINED IN THIS DOCUMENT IS HIGHLY CONFIDENTIAL AND MAY NOT BE FORWARDED, PUBLISHED OR DISTRIBUTED, DIRECTLY OR INDIRECTLY, TO ANY OTHER PERSON (WHETHER WITHIN OR OUTSIDE YOUR ORGANIZATION/ FIRM) FOR ANY PURPOSE AND MAY NOT BE REPRODUCED IN ANY MANNER WHATSOEVER. ANY FORWARDING, PUBLICATION, DISTRIBUTION OR REPRODUCTION OF THIS DOCUMENT IN WHOLE OR IN PART IS UNAUTHORIZED.

By attending this presentation, participants agree not to remove this document, or any materials provided in connection herewith, from the conference room where such documents are provided. Participants agree further not to photograph, copy or otherwise reproduce these materials in any form or pass on these materials to any other person for any purpose, during the presentation or while in the conference room. Participants must return this presentation and all other materials provided in connection herewith to the Company at the completion of the presentation.

This presentation speaks as the date hereof. The information presented or contained in this presentation is subject to change without notice. Neither the delivery of this presentation nor any further discussions of the Company, any of its affiliates, shareholders, directors, employees, agents, advisors, representatives or the underwriters with any of the recipients shall, under any circumstances, create any implication that there has been no change in the affairs of the Company since that date.

34

Confidential.                                                                                                                NIO0000171666



Confidential.

NIO0000171667