# Exhibit K

Message

---

| **From:** | Liu    Fang    刘昉    [/O=EXCHANGELABS/OU=EXCHANGE    ADMINISTRATIVE    GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=USERF9E3788A] |
| **Sent:** | 1/21/2019 1:50:51 AM |
| **To:** | Yuanzhen Du 杜媛桢 [yuanzhen.du@nio.com] |
| **Attachments:** | 1 - Blue Sky II - Outstanding Information Request Packet - If comments - 20190119.pdf |

Print. Thanks!

**Fang Liu | 刘昉**
**General Counsel & Chief Compliance Officer**
**Legal Department**

Phone: +86 (21) 6908 2277

Mobile: +86 ▮▮▮▮▮▮

NIO蔚来
上海嘉定安拓路56号汽车创新港20栋
Building 20. No. 56 Antuo Road, Anting, Jiading Shanghai P.R. China



Confidential.

## ~~PROSPECTUS~~OFFERING SUMMARY

*The following summary is qualified in its entirety by, and should be read in conjunction with, the more detailed information and financial statements appearing elsewhere in this ~~prospectus~~offering memorandum. In addition to this summary, we urge you to read the entire ~~prospectus~~offering memorandum carefully, especially the risks of investing in ~~our ADSs~~the notes discussed under "Risk Factors," before deciding whether to invest in ~~our ADSs. This prospectus~~the notes. This offering memorandum contains information from an industry report commissioned by us and prepared by Frost & Sullivan, an independent research firm, to provide information regarding our industry and our market position in China and globally. We refer to this report as the "Frost & Sullivan Report."*

**Our Mission**

Our mission is to shape a joyful lifestyle by offering premium smart electric vehicles and being the best user enterprise.

**Business Overview**

We are a pioneer in China's premium electric vehicle market. We design, jointly manufacture, and sell smart and connected premium electric vehicles, driving innovations in next generation technologies in connectivity, autonomous driving and artificial intelligence. Redefining user experience, we aim to provide users with comprehensive, convenient and innovative charging solutions and other user-centric service offerings. Our Chinese name, Weilai ( 蔚来), which means Blue Sky Coming, reflects our commitment to a more environmentally friendly future.

The first model we developed was the EP9 supercar, introduced in 2016. The EP9 set a world record as the then fastest all-electric car on the track at the Nürburgring Nordschleife "Green Hell" track in Germany in May 2017, finishing a lap in 6 minutes and 45.90 seconds. Combined with an attractive design and strong driving performance, the EP9 delivers extraordinary acceleration and best-in-class electric powertrain technology, helping position us as a premium brand.

We launched our first volume manufactured electric vehicle, the ES8, to the public at our NIO Day event on December 16, 2017 and began making deliveries to users on June 28, 2018. The ES8 is a 7-seater all aluminum alloy body, premium electric SUV that offers exceptional performance, functionality and mobility lifestyle. It is equipped with our proprietary electric powertrain system, which is capable of accelerating from zero to 100 km per hour in 4.4 seconds and delivering a New European Driving Cycle, or NEDC, driving range of up to 355 km and a maximum range of up to 500 km in a single charge. As of ~~August~~December 31, 2018, we had delivered ~~1,602~~11,348 ES8s and had unfulfilled reservations for ~~15,778~~[_____] ES8s with deposits. Of these reservations, ~~6,201~~[_____] consisted of reservations for which non-refundable RMB45,000 deposits had been made and ~~9,577~~[_____] consisted of reservations for which only an initial fully refundable deposit of RMB5,000 had been made. Upon signing of a purchase agreement, which is required prior to a vehicle entering into production, the initial RMB5,000 deposit becomes non-refundable and the user must pay an additional RMB40,000 non-refundable deposit.

We ~~plan to launch~~launched our second volume manufactured electric vehicle, the ES6, ~~by~~to the ~~end of 2018 and start initial deliveries in the first half of 2019~~public at our NIO Day event on December 15, 2018. The ES6 is a 5-seater, high-performance premium electric SUV~~, set at a lower price point~~. The ES6 is smaller but more affordable than the ES8, allowing us to target a broader ~~customer base.~~market in the premium SUV segment. The ES6 currently offers the Standard and Performance versions with pre-subsidy starting prices of RMB358,000 and RMB398,000, respectively. Users can pre-order the ES6 through the NIO App and we expect to begin making deliveries of the ES6 in June 2019. At the same event we also launched the six-seater NIO ES8 variant with a pre-subsidy starting price of RMB456,000 and deliveries of this ES8 variant are expected to be made beginning late March 2019.

We aim to create the most worry-free experience for our users, online or offline, at home or on-the-go. In response to common concerns over the accessibility and convenience of EV charging, we offer a comprehensive, convenient and innovative suite of charging solutions. These solutions include Power Home, our home charging solution, Power Swap, our innovative battery swapping service, Power Mobile, our mobile charging service through

1

209
2013024.01-NYCSR07A

MSW - Draft January 12, 2019 - 11:39 AM

Redline NIO Inc. 424(b)(4) 2013024v1 and Blue Sky II - Preliminary Offering Memorandum 2013013v4 1/18/2019 10:48:19 AM

Confidential.

NIO0000031105

techniques and uses renewable energies. Photovoltaic panels on top of the factory are expected to be installed to make use of solar energy and ground-source heat pumps have been used in the assembly area to provide a temperate working environment. We along with JAC have also put together a high-quality workforce, consisting of experienced management and supervisors from us and JAC and thousands of front-line employees selected from JAC, providing what we believe to be sufficient manpower for an annual production capacity of 120,000 vehicles based on running three shifts per day.

As of July[December 31], 2018, the factory had approximately [2,056] employees, of which approximately [150] were employed by us and the remainder were employed by JAC. Our employees at the factory take on key management and supervisory roles in production, quality control and training.

We estimate that if all our current unfulfilled reservations, for [15,778] ES8s as of August[December 31], 2018, are ultimately converted into orders, we would fulfill such orders within approximately [six] months following the date of this prospectus[offering memorandum]. Our aim is in the future to manufacture vehicles within [21-28] days from the order date.

### Powertrain and Battery Pack

We manufacture our powertrain, or e-propulsion system, our battery pack and engine driving system. We established our Advanced Manufacturing Technology Centers, or AMTECs, in Nanjing for pilot production, motors and EDSs, Kunshan for inverters and Changshu for energy storage systems.

Nanjing AMTEC is located in the Nanjing Economic and Technological Development Zone. Its first phase was completed in August 2016. Its plant and ancillary facilities have a building area of 64,000 square meters and mainly produce motor and electric drive products with a planned capacity to make up to 300,000 motors annually. It is equipped with an intelligent information management system which is able to trace real-time performance of labor, equipment and materials, and technique parameters, quality and final products. Nanjing AMTEC has advanced equipment sourced from reputable international suppliers including ABB, DMG, and TRUMF.

A second phase of Nanjing AMTEC is under construction, with planned production bases and power centers for PM motors, ESS, EDS and inverters, and additional highly automated lines which are expected to be[has been] put into operation by the end of 2018. Meanwhile, Nanjing AMTEC has passed the ISO 16949 audit.

In Changshu we have a joint venture with Zhengli Investment Co., Ltd. for the production of pure electric automobile energy storage systems for the ES8. In Kunshan we have our manufacturing base for inverters.

***Our Future Manufacturing Plant*** [Note: We understand from the MDD that the construction of the Shanghai plant has come to a halt. Company to advise if there has been any change to the legal arrangements described below.]

Our own manufacturing facility in Shanghai is currently under construction by certain Shanghai government entities. We expect that this facility will expand our manufacturing capacity for the ET7 and future models, complementing our JAC manufacturing alliance supplying the ES8 and ES6. We expect that this facility will be ready by 2020 and will facilitate our ability to obtain our own EV manufacturing license. To encourage and facilitate our establishment of this factory, we have entered into arrangements with the Shanghai governmental authority and an authorized investment entity pursuant to which such parties have agreed to provide us with certain financing, tax incentives and other support, including constructing the factory.

Pursuant to such arrangements, we have entered into a framework agreement with relevant authorized investment entity of the Shanghai authority, under which we expect to obtain a leasehold interest in the property on which the facility is located and such lease is expected to have a term of no less than 10 years. The first five years will be rent-free and the following five years will have a discounted rental fee with reference to local market rates, the construction cost of the factory and our contribution to the local economy each as determined by the Shanghai authority. We expect to finalize the terms of the leasehold interest, including any renewal terms and enter into the relevant lease agreement prior to completion of construction of the factory.

Redline NIO Inc. 424(b)(4) 2013024v1 and Blue Sky II - Preliminary Offering Memorandum 2013013v4 1/18/2019 10:48:19 AM

Confidential.

NIO0000031149

*Powertrain and Battery Pack*

We manufacture our powertrain, or e-propulsion system, our battery pack and engine driving system. We established our Advanced Manufacturing Technology Centers, or AMTECs, in Nanjing for pilot production, motors and EDSs, Kunshan for inverters and Changshu for energy storage systems.

Nanjing AMTEC is located in the Nanjing Economic and Technological Development Zone. Its first phase was completed in August 2016. Its plant and ancillary facilities have a building area of 64,000 square meters and mainly produce motor and electric drive products with a planned capacity to make up to 300,000 motors annually. It is equipped with an intelligent information management system which is able to trace real-time performance of labor, equipment and materials, and technique parameters, quality and final products. Nanjing AMTEC has advanced equipment sourced from reputable international suppliers including ABB, DMG, and TRUMF.

A second phase of Nanjing AMTEC is under construction, with planned production bases and power centers for PM motors, ESS, EDS and inverters, and additional highly automated lines which are expected to be[has been] put into operation by the end of 2018. Meanwhile, Nanjing AMTEC has passed the ISO 16949 audit.

In Changshu we have a joint venture with Zhengli Investment Co., Ltd. for the production of pure electric automobile energy storage systems for the ES8. In Kunshan we have our manufacturing base for inverters

*Our Future Manufacturing Plant* [Note: We understand from the MDD that the construction of the Shanghai plant has come to a halt. Company to advise if there has been any change to the legal arrangements described below.]

Our own manufacturing facility in Shanghai is currently under construction by certain Shanghai government entities. We expect that this facility will expand our manufacturing capacity for the ET7 and future models, complementing our JAC manufacturing alliance supplying the ES8 and ES6. We expect that this facility will be ready by 2020 and will facilitate our ability to obtain our own EV manufacturing license. To encourage and facilitate our establishment of this factory, we have entered into arrangements with the Shanghai governmental authority and an authorized investment entity pursuant to which such parties have agreed to provide us with certain financing, tax incentives and other support, including constructing the factory.

Pursuant to such arrangements, we have entered into a framework agreement with relevant authorized investment entity of the Shanghai authority, under which we expect to obtain a leasehold interest in the property on which the facility is located and such lease is expected to have a term of no less than 10 years. The first five years will be rent-free and the following five years will have a discounted rental fee with reference to local market rates, the construction cost of the factory and our contribution to the local economy each as determined by the Shanghai authority. We expect to finalize the terms of the leasehold interest, including any renewal terms and enter into the relevant lease agreement prior to completion of construction of the factory.

---

into operation by the end of 2018. Meanwhile, Nanjing AMTEC has passed the ISO 16949 audit.

1/18/2019 12:53 PM          schar

**S   COMMENT**

Our Future Manufacturing Plant [Note: We understand from the MDD that the construction of the Shanghai plant

has come to a halt. Company to advise if there has been any change to the legal arrangements described below.]

1/18/2019 12:53 PM          schar

**F   COMMENT**

Currently, there is no change to this agreement, need to double check with Finance, Zhu Qing, and Jenny Chen, Ding Huan.

1/19/2019 06:20 AM          fang.liu

**S   COMMENT**

We have developed close relationships with several key suppliers. These include Mobileye B.V., which

provides its Mobileye EyeQ® 4 ADAS processor used in the ES8, CATL, which provides battery cells used in the

Hidden content (Visible)