**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *In re NIO, Inc. Securities Litigation* | Case No: 1:19-cv-01424-NGG-JRC |

**DECLARATION OF LAURENCE ROSEN IN FURTHER SUPPORT OF PLAINTIFFS'**
**MOTION TO COMPEL**

I, Laurence Rosen, declare the following pursuant to 28 U.S.C. §1746:

1.      I am an attorney at The Rosen Law Firm, P.A., the Court-appointed Class Counsel in the above-captioned action. I am over 18 years of age and am admitted to practice law in this Court. I submit this declaration in further support of Plaintiffs' motion to compel Defendant NIO Inc. to produce documents withheld under PRC blocking statutes.  I make this declaration solely to transmit documents to the Court.

2.      Attached hereto are true and correct copies of the following documents:

- Exhibit 18:    Excerpts from the Deposition Transcript of Bin Li.

- Exhibit 19:    Goldman Sachs' Confidential Commitments Committee Memorandum, dated January 22, 2019, produced in this litigation by Goldman Sachs with bates numbers UW_GS_0067593-67641.

- Exhibit 20:    Memorandum of Law in Support of Defendants' Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 28, 2025 in New York, NY.

*/s/Laurence Rosen*
Laurence Rosen