# EXHIBIT 18

Page 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------x

                  :

                  : Case No.:

                  : 1:19-cv-01424-NGG-JRC

In re NIO, Inc. Securities Litigation,:

                  :

                  :

---------------------------------------x

VIDEO-RECORDED DEPOSITION of BIN LI

VOLUME 1

Monday, May 12, 2025

AT:

8:03 a.m.

Taken at:

Skadden Arps Slate Meagher & Flom

42nd Floor Edinburgh Tower

The Landmark

15 Queen's Road

Central, Hong Kong

Court Reporter:

BRANDY STULL, CSR

CA CSR No. 13381

Page 167

our goal was to complete it -- the overall goal was to complete it at the end of 2020.  And according to the practices of building and architecture in China, at that time, by 2019, if we look at this and also look at it in line with the 2020 -- end of 2020 goal, we still had sufficient time to carry out the work for Phase 3.

CHECK INTERPRETER:  Just one small clarification:

"The timing would be January 2019 to look at the timing, and there would still be sufficient time to begin the work for Phase 3."

MR. KWOK:  Can I do a time check?  Are we on track to complete --

MR. ROSEN:  Yeah, that's what I'm discussing.

MR. KWOK:  Okay.  Great.  Thanks.

BY MR. ROSEN:

Q.    Was there any on-site construction for the Shanghai manufacturing facility happening as of January 2019?

A.    Based on what I said just now, we had just completed the work related to Phase 2 and we are between the completion of Phase 2 and the beginning or the start of Phase 3, and it would require us to have finalized all the details with

Page 168

regard to the design, the factory building and the production lines.  So based on my current understanding, if I am to make a reasonable assumption, the work related to Phase 3 had not yet started because the work for Phase 3 would involve the purchase of the land, and the actual building or construction of the factory building according to the drawings.  So based on my current understanding, the work for Phase 3 at that time had not yet started.

WITNESS:   (In English) Yeah, Phase 3 construction.

WITNESS:   (Via interpreter)  The -- the Phase 3 construction at that stage had not yet started.

BY MR. ROSEN:

Q.   Okay.  Let's look at the next paragraph. It says:

"NDRC has revised the regulation on December 18, 2018.  According to the New Regulations on Automobile Industry Investment ... new EV manufacturing projects will no longer require central government's approval, but need to file with the local government."

Why was that -- was that important for