**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re NIO, Inc. Securities Litigation* | Case No: 1:19-cv-01424-NGG-JRC |

**DECLARATION OF LAURENCE ROSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Laurence Rosen, declare the following pursuant to 28 U.S.C. §1746:

1. I am an attorney at The Rosen Law Firm, P.A., the Court-appointed Class Counsel in the above-captioned action. I am over 18 years of age and am admitted to practice law in this Court. I submit this declaration in further support of Plaintiffs' Motion for Partial Summary Judgment and to transmit true and correct copies of the following documents:

- Exhibit 1: NIO's Registration Statement, filed with the SEC on September 11, 2018, obtained through the SEC's Electronica Data Gathering, Analysis, and Retrieval (EDGAR) website.

- Exhibit 2: Pages from NIO's annual report for the fiscal year ended December 31, 2018, filed with the SEC on Form 20-F on April 2, 2019, obtained through EDGAR.

- Exhibit 3: Pages from "Global and China New Energy Passenger Vehicle Market: Independent Market Research Report to NIO" prepared by Frost & Sullivan, produced in this litigation by Morgan Stanely with bates numbers UW_MS_00014492-14632.

- Exhibit 4: Morgan Stanley Asian Equity Commitment Committee Memorandum, dated August 13, 2018, produced in this litigation by Morgan Stanley with bates numbers UW_MS_00072325-72391.

- Exhibit 5: JL Warren Capital, *NIO Post-CBS Rally Making TSLA Valuation a Grand Bargain*, dated February 27, 2019.

- Exhibit 6: Email thread with the subject line "NIO Notes", produced in this litigation by Morgan Stanley with bates numbers UW_MS_00134040-134044.

- Exhibit 7: Email thread with the subject line "Follow up", produced in this litigation by Deutsche Bank with bates numbers UW_DB_00037874-37875.

- Exhibit 8: Email thread with the subject line "Nio Economics", produced in this litigation by Citigroup with bates numbers UW_CITI_0029117-29123.

- Exhibit 9: Email thread with the subject line "Thoughts on NIO Post Management Meeting", produced in this litigation by Goldman Sachs with bates number UW_GS_0051958.

- Exhibit 10: Email thread with the subject line "NIO feedback from Chime Echo as of September 9:30AM HKT", produced in this litigation by J.P. Morgan with bates number UW_JPM_0086032.

- Exhibit 11: Email thread with the subject line "NY June 19 TTW", produced in this litigation by Citigroup with bates number UW_CITI_0033568.

- Exhibit 12: Renaissance Capital IPO Research, *NIO (NIO)*: *China-based producer of high-performance electric vehicles*, produced in this litigation by Deutsche Bank with bates numbers UW_DB_00061095-61104.

- Exhibit 13: Email thread with the subject line "[CICC] NIO Limited (NIO) | Initiate with HOLD | Unique play at branding & product; operating expenses still high | Initial Coverage", produced in this litigation by NIO with bates numbers NIO0000171429-171420.

- Exhibit 14: Email thread with the subject line "Blue Sky – AP Q&A", produced in this litigation by Citigroup with bates numbers UW_CITI_0037246-37248.

- Exhibit 15: Email thread with the subject line "BARON pre meeting feedback on NIO", produced in this litigation by UBS with bates numbers UBS_NIO_0100019-100020.

- Exhibit 16: Article titled "Census Bureau Construction Data: From Stone Age to Space Age," obtained from the website of the United State Census Bureau at https://www.census.gov/library/stories/2022/02/census-bureau-construction-data-from-stone-age-to-space-age.html

- Exhibit 17: Certified translation of email with the subject line "Construction schedule" and attachment, produced in this litigation by NIO with bates number NIO0000040190.

- Exhibit 18: Certified translation of "Framework Agreement Between Shanghai International Automobile City (Group) Co., Ltd. And Shanghai NIO Automobile Co., Ltd. On NIO Pure Electric Vehicle Factory Project", produced in this litigation by NIO with bates numbers NIO0000000004-11, and previously filed as Exhibit

B to the Declaration of Robert A. Fumerton in Support of Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification.

- Exhibit 19: NIO Inc.'s Responses and Objections to Plaintiffs' Supplemental Written Requests for Information Under Rule 30(b)(6).

- Exhibit 20: Excerpts from the transcript of the deposition of Rui Chen pursuant to Rule 30(b)(6).

- Exhibit 21: Email thread with the subject line "Blue Sky – S&S Outline" and attachment, produced in this litigation by Morgan Stanley with bates numbers UW_MS_00000208-223.

- Exhibit 22: Email and attachment produced in this litigation by Morgan Stanley with bates numbers UW_MS_00097769-97773.

- Exhibit 23: Email thread with the subject line "Blue Sky – Revised Strengths & Strategies Outline" and attachment, produced in this litigation by Morgan Stanley with bates numbers UW_MS_00001666-1672.

- Exhibit 24: Certified translation of email thread with the subject line "Preparation of plan document and commitment letter in the absence of a construction entity" and attachment, produced in this litigation by NIO with bates numbers NIO0000168028-168031.

- Exhibit 25: Certified translation of the May 2018 Project Monthly Report for the Shanghai Facility construction project, produced in this litigation by NIO with bates numbers NIO0000004792-4797.

- Exhibit 26: Certified translation of Weekly Project Report (April 8-April 13, 2018) for the Shanghai Facility construction project, produced in this litigation by NIO with bates numbers NIO0000004757-4771.

- Exhibit 27: Certified translation of the April 2018 Project Monthly Report for the Shanghai Facility construction project, produced in this litigation by NIO with bates numbers NIO0000136354-136360.

- Exhibit 28: Certified translation of the August 2018 Project Monthly Report for the Shanghai Facility construction project, produced in this litigation by NIO with bates numbers NIO0000004894-4899.

- Exhibit 29: Certified translation of Weekly Project Report (2018 Week 45) for the Shanghai Facility construction project, produced in this litigation by NIO with bates numbers NIO0000004963-4973.

- Exhibit 30: Certified translation of Weekly Project Report (2018 Week 43) for the Shanghai Facility construction project, produced in this litigation by NIO with bates numbers NIO0000004941-4951.

- Exhibit 31: Certified translation of a draft Letter of Intent, dated October 31, 2018, produced in this litigation by NIO with bates number NIO0000170700.

- Exhibit 32: Email thread with the subject line "Weekly report of B+U", produced in this litigation by NIO with bates number NIO0000166162-166164.

- Exhibit 33: Defendant NIO Inc.'s Responses and Objections to Plaintiffs' Third Set of Interrogatories.

- Exhibit 34: Certified translation of the Environmental Impact Report by Shanghai Jianke Environmental Consulting Co., Ltd., produced in this litigation by NIO with bates numbers NIO0000004541-4746.

- Exhibit 35: Goldman Sachs' Confidential Commitments Committee Memorandum, dated January 22, 2019, produced in this litigation by Goldman Sachs with bates numbers UW_GS_0067593-67641.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 30, 2024 in New York, NY.

*/s/Laurence Rosen*
Laurence Rosen