UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *In re NIO, Inc. Securities Litigation* | : | Case No.: 19-cv-1424 (NGG) (JRC) |

## DECLARATION OF ROBERT A. FUMERTON

I, ROBERT A. FUMERTON, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Nio, Inc., Bin Li, Louis T. Hsieh, Lihong Qin, Padmasree Warrior, Tian Cheng, Xiang Li, Hai Wu and Yaqin Zhang in the above captioned action. I am an attorney duly admitted to practice before this Court.

2. I respectfully submit this declaration in support of Defendants' Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment, filed concurrently herewith, and to transmit the true and correct copies of the following documents attached as Exhibits to this Declaration:

| Exhibit | Document |
|---|---|
| 1 | Declaration of Chuang Qiu, dated January 30, 2025 |
| 2 | Declaration of Dr. Paul Gompers, dated January 30, 2025 |
| 3 | NIO's Prospectus filed on Form 424(b)(4), dated September 11, 2018 and filed with the SEC on September 12, 2018 |
| 4 | NIO's Annual Report FY 2018, filed on Form 20-F, April 2, 2019 |

| Exhibit | Document |
|---|---|
| 5 | Framework Agreement for the NIO Pure Electric Vehicle Factory Project, entered into between Shanghai International Automobile City (Group) Co., Ltd. and Shanghai NIO Automobile Co., Ltd., dated November 28, 2017 (certified translation) (NIO0000000004-11) |
| 6 | Nio New Energy Business License, dated December 26, 2017 (translated in relevant part) (NIO0000005237-39) |
| 7 | Funding Support Memorandum, dated November 28, 2017 (certified translation) (NIO0000005213-24) |
| 8 | Email from J. Ye to Y. Chen et al., dated May 11, 2018 (certified translation) (NIO0000009854-9948) |
| 9 | Merriam Webster Definition, “construction” |
| 10 | Oxford English Dictionary Definition, “construction.” |
| 11 | Cambridge Advanced Learner’s Dictionary Definition, “construction.” |
| 12 | Transcript Excerpts from the Deposition of Mark Mundy, dated August 30, 2022 |
| 13 | Email from H. Zheng to C. Ke et al., dated December 21, 2017 (translated in relevant part) (NIO0000039273-83) |
| 14 | Email from H. Zheng to H. Lou et al., dated December 30, 2017 (attachment excerpted) (translated in relevant part) (NIO0000039486, at -490, -494, -496, -498, -500, -502, -506, -508, -510, -514, -518) |
| 15 | Email from C. Ke to J. Huang, dated January 4, 2018 (translated in relevant part) (NIO0000039975-79) |
| 16 | Email from C. Ke to J. Huang, dated January 5, 2018 (translated in relevant part) (NIO0000040001-09) |
| 17 | Email to H. Zheng et al., dated March 2, 2018 (translated in relevant part) (NIO0000105222-25) |

| **Exhibit** | **Document** |
|---|---|
| 18 | Email from H. Lou to T. Yu et al., dated June 28, 2018 (translated in relevant part) (NIO0000151410-15)[1] |
| 19 | Email from H. Zheng to C. Ke, dated July 27, 2018 (translated in relevant part) (NIO0000156924-25) |
| 20 | Email from ygi.zzs to S. Rickey et al., dated August 24, 2018 (translated in relevant part) (NIO0000207221-73) |
| 21 | Email from ygi.zzs to H. Zheng et al., dated October 8, 2018 (translated in relevant part) (NIO0000208607-50) |
| 22 | The Environmental Protection Bureau Window Makes Full Efforts to Advance the Environmental Assessment of Major Project NIO, Shanghai Jiading Government Website, dated January 5, 2018 (certified translation) |
| 23 | Jiading Government Announcement, dated January 17, 2018 (translated in relevant part) |
| 24 | Geotechnical Investigation Excerpt (translated in relevant part) (NIO0000141630-734, at -859-871) |
| 25 | Technical Requirements of Geotechnical Investigation for Area A, dated January 25, 2018 (translated in relevant part) |
| 26 | Technical Requirements of Geotechnical Investigation for Area B, dated January 30, 2018 (translated in relevant part) (NIO0000095753-60) |
| 27 | Weekly Report, dated April 8-13 2018 (translated in relevant part) (NIO0000004757-71) |
| 28 | Weekly Report, 2018 Week 21 (NIO0000004772-85) |
| 29 | Weekly Report, 2018 Week 22 (NIO0000004786-97) |
| 30 | Weekly Report, 2018 Week 23 (NIO0000004798-806) |
| 31 | Weekly Report, 2018 Week 25 (NIO0000004807-15) |
| 32 | Weekly Report, 2018 Week 27 (NIO0000004816-24) |

[1] The attachment at NIO0000151414 is produced here in a PDF version of the native document.

| **Exhibit** | **Document** |
|---|---|
| 33 | Weekly Report, 2018 Week 28 (NIO0000004825-33) |
| 34 | Weekly Report, 2018 Week 29 (NIO0000004834-42) |
| 35 | Weekly Report, 2018 Week 30 (NIO0000004843-51) |
| 36 | Weekly Report, 2018 Week 31 (NIO0000004852-60) |
| 37 | Monthly Report, July 2018 (NIO0000004861-65) |
| 38 | Weekly Report, 2018 Week 33 (NIO0000004866-74) |
| 39 | Weekly Report, 2018 Week 34 (NIO0000004875-83) |
| 40 | Weekly Report, 2018 Week 35 (NIO0000004884-99) |
| 41 | Weekly Report, 2018 Week 36 (NIO0000004900-09) |
| 42 | Weekly Report, 2018 Week 37 (NIO0000004910-19) |
| 43 | Weekly Report, 2018 Week 38 (NIO0000004920-29) |
| 44 | Weekly Report, 2018 Week 41 (NIO0000004930-40) |
| 45 | Weekly Report, 2018 Week 43 (NIO0000004941-51) |
| 46 | Weekly Report, 2018 Week 44 (NIO0000004952-62) |
| 47 | Weekly Report, 2018 Week 45 (NIO0000004963-73) |
| 48 | Email from J. Huang to C. Ke, dated May 18, 2018 (translated in relevant part) (NIO0000140066-67)[2] |
| 49 | Email from C. Xu to J. Xie et al., dated July 19, 2018 (translated in relevant part) (NIO0000206598-633)[3] |
| 50 | Daily Report, dated March 27, 2018 (translated in relevant part) (NIO0000196472-79) |
| 51 | Photograph, dated March 28, 2018 (NIO0000004750) |

[2] The attachment at NIO0000140067 is produced here in a PDF version of the native document.

[3] The attachments at NIO0000206599-60 are produced here in PDF versions of the native documents.

| **Exhibit** | **Document** |
|---|---|
| 52 | Daily Report, dated March 29, 2018 (translated in relevant part) (NIO0000196593-99) |
| 53 | Transcript from NIO 30(b)(6) Deposition by Rui Chen, dated December 14, 2022 |
| 54 | Weekly Report, dated April 16-20, 2018 (translated in relevant part) (NIO0000129033-49) |
| 55 | Weekly Report, dated April 23-27, 2018 (translated in relevant part) (NIO0000135962-74) |
| 56 | Monthly Report, April 2018 (translated in relevant part) (NIO0000136353-60) |
| 57 | Weekly Report, 2018W18 (translated in relevant part) (NIO0000136387-96) |
| 58 | Weekly Report, 2018W19 (translated in relevant part) (NIO0000137984-92) |
| 59 | Weekly Report, 2018W20 (translated in relevant part) (NIO0000140339-48) |
| 60 | Weekly & Monthly Reports, 2018W26 & June 2018 (NIO0000151447-61) |
| 61 | Daily Report, dated April 1, 2018 (translated in relevant part) (NIO0000196605-10) |
| 62 | Daily Report, dated April 9, 2018 (translated in relevant part) (NIO0000196724-29) |
| 63 | Monthly Report, May 2018 (translated in relevant part) (NIO0000004792-97) |
| 64 | Daily Report, dated April 26, 2018 (translated in relevant part) (NIO0000199660-62) |
| 65 | Email from Y. Wang to H. Zheng et al., dated April 22, 2018 (translated in relevant part) (NIO0000199494-503)[4] |

[4] The attachments at NIO0000199495-98 are produced here in PDF versions of the native documents.

| **Exhibit** | **Document** |
|---|---|
| 66 | Project Blue Sky Due Diligence Questionnaire (certified translation) (NIO0000000019-28) |
| 67 | Jiawei Automobile Parts Co., Ltd. Contract List, dated May 18, 2018 (certified translation) (NIO0000140159-60)[5] |
| 68 | Area A and B Project Contracts, dated October 19, 2018 (translated in relevant part) (NIO0000170169-70)[6] |
| 69 | New Factory Procurement Tracking, dated June 8, 2018 (translated in relevant part) (NIO0000202760-69)[7] |
| 70 | Gongcheng Article, dated September 12, 2018 (certified translation) |
| 71 | First Equipment Procurement Contract, dated March 9, 2018 (NIO0000005103-39) |
| 72 | Second Equipment Procurement Contract, dated March 9, 2018 (NIO0000005140-74) |
| 73 | Email from R. Yan to T. Fang et al., dated June 20, 2018 (translated in relevant part) (NIO0000203015-33) |
| 74 | Email from H. Lou to H. Zheng et al., dated January 25, 2018 (translated in relevant part) (NIO0000194174-87) |
| 75 | Email from R. Yan to J. Xie et al., dated October 31, 2018 (translated in relevant part) (NIO0000209591-93)[8] |
| 76 | Environment Assessment Report, dated September 4, 2018 (translated in relevant part) (NIO0000004974-5034) |
| 77 | Environment Assessment Report, dated September 4, 2018 (translated in relevant part) (NIO0000005035-5102) |
| 78 | NIO Environmental Impact Report, dated March 2019 (certified translation) (NIO0000004541-4746) |

[5] The attachment at NIO0000140160 is produced here in a PDF version of the native document.

[6] The attachment at NIO0000170170 is produced here in a PDF version of the native document.

[7] The attachment at NIO0000202769 is produced here in a PDF version of the native document.

[8] The attachment at NIO0000209592 is produced here in a PDF version of the native document.

| **Exhibit** | **Document** |
|---|---|
| 79 | J.P. Morgan Analyst Report, *US Autos & Auto Parts: Takeaways from JPM's CES Auto Tech Conference for Aptiv, NIO, & Veoneer*, dated January 14, 2019 |
| 80 | NIO's Unaudited Fourth Quarter and Full Year 2018 Financial Results, filed on Form 6-K, dated March 6, 2019 |
| 81 | Transcript of NIO's Fourth Quarter 2018 Earnings Call, dated March 6, 2019 |
| 82 | Deutsche Bank, *Recent Sales Headwind Should be Mitigated by Improved Cash Flow*, dated March 7, 2019 |
| 83 | Morgan Stanley, *FY18 Earnings Call Takeaways*, dated March 7, 2019 |
| 84 | J.P. Morgan, *NIO: A Soft Start in 2019 but Expect a Meaningful Rebound in 2H*, dated March 6, 2019 |
| 85 | Transcript from the Deposition of Adam Werner, dated September 13, 2022 |
| 86 | NIO's Unaudited First Quarter 2019 Financial Results, filed on Form 6-K, dated May 28, 2019 |
| 87 | NIO's Unaudited Second Quarter 2019 Financial Results, filed on Form 6-K, dated September 24, 2019 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2025, in New York, New York.

*/s/ Robert A. Fumerton*
Robert A. Fumerton