**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re NIO, Inc. Securities Litigation* | Case No: 1:19-cv-01424-NGG-JRC |

**SUPPLEMENTAL DECLARATION OF LAURENCE ROSEN IN OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Laurence Rosen, declare the following pursuant to 28 U.S.C. §1746:

1. I am an attorney at The Rosen Law Firm, P.A., the Court-appointed Class Counsel in the above-captioned action. I am over 18 years of age and am admitted to practice law in this Court. I submit this declaration to transmit true and correct copies of the following documents:

- Exhibit 1: Excerpts from the transcript of the May 12, 2025 deposition of Bin Li.
- Exhibit 2: Email thread with the subject line "RE: Blue Sky – 3rd party DD", produced in this litigation by Defendant Citigroup with bates number UW_CITI_0024736-24745.
- Exhibit 3: Excerpts from the transcript of the June 20, 2025 deposition of Louis Hsieh.
- Exhibit 4: Email from Ting Zhang to Colliven Ke dated September 28, 2018, with attachment, produced in this litigation by Defendant NIO with bates number NIO0000212026-212027 (certified translation).
- Exhibit 5: Email from Ting Zhang to Colliven Ke dated September 29, 2018, with attachment, produced in this litigation by Defendant NIO with bates number NIO0000212028-212036 (certified translation).
- Exhibit 6: Email from Nick Wang to Qing Zhu dated October 11, 2018, with attachment, produced in this litigation by Defendant NIO with bates number NIO0000169119 (certified translation).

- Exhibit 7: "Special Report on the NIO Battery Electric Passenger Vehicle Project", dated July 31, 2018, produced in this litigation by Defendant NIO with bates number NIO0000211999-212000 (certified translation)

- Exhibit 8: Email from Colliven Ke to various recipients dated October 11, 2018, with attachment, produced in this litigation by Defendant NIO with bates number NIO0000212061-212070 (certified translation).

- Exhibit 9: Email thread with the subject line "RE: Preparation of plan document and commitment letter in the absence of a construction entity", with attachments, produced in this litigation by Defendant NIO with bates number NIO0000168028-212031 (certified translation).

- Exhibit 10: Email from Colliven Ke to Tracy Fang dated October 26, 2018, with attachment, produced in this litigation by Defendant NIO with bates number NIO0000170699-170700 (certified translation).

- Exhibit 11: Minutes of NIO's November 5, 2018 Board of Directors Meeting, produced in this litigation by Defendant NIO with bates number NIO0000171389-171392.

- Exhibit 12: Email from Charlie Zhang to various recipients, produced in this litigation by Defendant NIO with bates number NIO0000212176-212178.

- Exhibit 13: "MIIT License Project – Internal Communication", produced in this litigation by Defendant NIO with bates number NIO0000212186-212193.

- Exhibit 14: Press release attached as an exhibit to NIO's Form 6-K filed with the SEC on February 4, 2019, obtained from the SEC through the SEC's Electronica Data Gathering, Analysis, and Retrieval (EDGAR) website.

- Exhibit 15: Email from Ming Kong to various recipients dated January 18, 2019, with attachment, produced in this litigation by Defendant NIO with bates number NIO000029730-29936.

- Exhibit 16: Email from Edward Byun to various recipients, dated January 18, 2019, produced in this litigation by Defendant Goldman Sachs with bates number UW_GS_0064865.

- Exhibit 17: Offering Document for NIO's February 4, 2019 Convertible Notes Offering, produced in this litigation by Defendant J.P. Morgan with bates number UW_JPM_0113886-0114259.

- Exhibit 18: Email thread with the subject line "RE: Blue sky ECC memo", produced in this litigation by Defendant Bank of America Merrill Lynch with bates number UW_ML_0013912-0013916.

- Exhibit 19: "Project Bluesky II: Investor Q&A", produced in this litigation by Defendant J.P. Morgan with bates number UW_JPM_0110708-0110720.

- Exhibit 20: Executive Employment Agreement, attached as an exhibit to NIO's Registration Statement filed with the SEC on September 11, 2018, obtained from the SEC through the SEC's Electronica Data Gathering, Analysis, and Retrieval (EDGAR) website.

- Exhibit 21: Excerpts from the transcript of the May 9, 2025 deposition of Colliven Ke.

- Exhibit 22: Transcript of NIO's Q4 2018 Earnings Call, obtained from Bloomberg.

- Exhibit 23: Excerpts from the transcript of the April 15, 2025 deposition of Paul A. Gompers.

- Exhibit 24: Analyst report on NIO by CICC, dated March 8, 2019, produced in this litigation by NIO with bates number SABRY-000018-28.

- Exhibit 25: Email thread with the subject line "RE: NIO initial coverage models", produced in this litigation by Defendant NIO with bates number NIO0000169061-169062.

- Exhibit 26: Email thread between Class Counsel and counsel for Defendant NIO.

- Exhibit 27: Email thread between Class Counsel and counsel for Defendant Louis Hsieh.

- Exhibit 28: Morgan Stanley's Asian Equity Commitment Committee Memorandum, dated April 26, 2018, produced in this litigation by Defendant Morgan Stanley with bates number UW_MS_00024017-24077.

- Exhibit 29: Email thread with the subject line "RE: NIO", produced in this litigation by Defendant Bank of America Merrill Lynch with bates number UW_ML_0105469-105471.

- Exhibit 30: Email thread with the subject line "RE: Blue Sky – Meeting with Company this Friday (March 8)", produced in this litigation by Defendant J.P. Morgan with bates number UW_JPM_0115955-0115957.

- Exhibit 31: Email from Michael Vollmerich to various recipients, dated March 8, 2019, produced in this litigation by Defendant Morgan Stanley with bates number UW_MS_00217535-217536.

- Exhibit 32: Email thread with the subject line "RE: NIO Results", produced in this litigation by Defendant Morgan Stanley with bates number UW_MS_00217531-217534.

- Exhibit 33: Email thread with the subject line "Comments on the handling of Jiawei contract", with attachment, produced in this litigation by Defendant NIO with bates number NIO0000171567 (certified translation).

- Exhibit 34: Email thread with the subject line "RE: Project Blue Sky – Update", produced in this litigation by Defendant Citigroup with bates number UW_CITI_0032027-32029.

- Exhibit 35: Email thread with the subject line "Re: Nio / research analyst", produced in this litigation by Defendant Goldman Sachs with bates number UW_GS_0001471-0001473.

- Exhibit 36: Email thread with the subject line "RE: Updates on NIO", produced in this litigation by Defendant Goldman Sachs with bates number UW_GS_0015418-0015423.

- Exhibit 37: Email thread with the subject line "FW: 169254 – Forwarder2017 / Research Update", produced in this litigation by Defendant Goldman Sachs with bates number UW_GS_0056682-56697.

- Exhibit 38: Email thread with the subject line "RE: NIO – test drive /site visit", produced in this litigation by Defendant J.P. Morgan with bates number UW_JPM_0051972-51973.

- Exhibit 39: Email from Ting Zhang to various recipients dated October 16, 2018, with attachment, produced in this litigation by Defendant NIO with bates number NIO0000212071-212080 (certified translation).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 20, 2026 in New York, NY.

*/s/Laurence Rosen*
Laurence Rosen