**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re NIO, Inc. Securities Litigation* | Case No: 1:19-cv-01424-NGG-JRC |

**SUPPLEMENTAL DECLARATION OF ROBERT A. FUMERTON IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGEMENT**

I, ROBERT A. FUMERTON, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Nio, Inc., Bin Li, Lihong Qin, and Hai Wu in the above captioned action. I am an attorney duly admitted to practice before this Court.

2. I respectfully submit this supplemental declaration in support of Defendants' Reply to Plaintiffs' Opposition to Defendants' Cross-Motion for Summary Judgment, filed concurrently herewith, and to transmit the true and correct copies of the following documents attached as Exhibits to this Declaration:

| **Exhibit** | **Document** |
|---|---|
| 88 | Supplemental Declaration of Chuang Qiu, dated May 19, 2026 |
| 89 | Supplemental Declaration of Dr. Paul Gompers, dated May 19, 2026 |
| 90 | Transcript Excerpts from the Deposition of Henry Y. Hsieh, dated May 1, 2026 |
| 91 | Transcript Excerpts from the Deposition of Zhongda (Charles) Wu, dated April 22, 2026 |

| **Exhibit** | **Document** |
|---|---|
| 92 | Cambridge Dictionary Translator definitions |
| 93 | Contract for "three connections and one flattening" on-site construction (certified translation) (translated in relevant part) (NIO0000141859-63) |
| 94 | Contract for technical consulting (certified translation) (translated in relevant part) (NIO0000141864-71) |
| 95 | Contract for bidding agent services (certified translation) (translated in relevant part) (NIO0000141872-79) |
| 96 | Contract for construction cost consulting (certified translation) (translated in relevant part) (NIO0000141880-86) |
| 97 | Contract for construction supervision (certified translation) (translated in relevant part) (NIO0000141887-901) |
| 98 | Daily Report, dated April 2, 2018 (certified translation) (NIO0000196626-31) |
| 99 | Daily Report, dated April 3, 2018 (certified translation) (NIO0000196632-37) |
| 100 | Daily Report, dated April 4, 2018 (certified translation) (NIO0000196656-61) |
| 101 | Daily Report, dated April 13, 2018 (certified translation) (NIO0000197490-93) |
| 102 | Monthly Report, August 2018 (translated) (NIO0000004894-99) |
| 103 | Weekly Report, 2018 Week 36 (translated) (NIO0000004900-09) |
| 104 | Weekly Report, 2018 Week 45 (translated) (NIO0000004963-73) |
| 105 | "Enterprise Investment Project Filing Certificate of Shanghai" (上海市企业投资项目备案证明) filed with the Jiading Development and Reform Committee ("Jiading DRC") in January 2018 (certified translation) (NIO0000004753-54) |

| **Exhibit** | **Document** |
|---|---|
| 106 | Transcript Excerpts from the Deposition of Bin Li, dated May 12, 2025 |
| 107 | Transcript Excerpts from the Deposition of Louis Hsieh, dated June 20, 2025 |
| 108 | Transcript Excerpts from the Deposition of Colliven Ke, dated May 9, 2025 |
| 109 | Email from T. Zhang to C. Ke, dated September 28, 2018 (certified translation) (NIO0000212026-27) |
| 110 | Email from T. Zhang to C. Ke, dated September 29, 2018 (certified translation) (NIO0000212028-36) |
| 111 | Email from C. Ke to T. Zhang et al., dated October 11, 2018 (certified translation) (NIO0000212061-70) |
| 112 | Email from T. Zhang to C. Ke et al., dated October 16, 2018 (certified translation) (NIO0000212071-80) |
| 113 | Email from C. Ke to T. Fang, dated October 26, 2018 (certified translation) (NIO0000170699-700) |
| 114 | Email from H. Diwu to H. Wu et al., dated November 26, 2018 (NIO0000171556-66) |
| 115 | Email from F. Liu to Y. Du, dated January 21, 2019 (NIO0000031654-712) |
| 116 | Transcript Excerpts from the Deposition of William H. Purcell, dated May 6, 2026 |
| 117 | Transcript Excerpts from the Deposition of Adam Werner, dated April 29, 2026 |
| 118 | Email from J. Li to M. Kong et al., dated January 20, 2019, and Excerpted Attachment (NIO0000030962-1013) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2026, in New York.

*/s/ Robert A. Fumerton*
Robert A. Fumerton