**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

*In re NIO, Inc. Securities Litigation*

Case No.: 1:19-cv-01424-NGG-JRC

**DECLARATION OF RACHEL G. WOLF**
**IN SUPPORT OF UNDERWRITER DEFENDANTS' RESPONSE**
**TO PLAINTIFFS' RULE 56.1 ADDITIONAL STATEMENT OF MATERIAL FACTS**

I, Rachel G. Wolf, hereby declare as follows:

1. I am an attorney at the law firm Milbank LLP, counsel for Defendants Morgan Stanley & Co. LLC, Goldman Sachs (Asia) L.L.C., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, UBS Securities LLC, and WR Securities, LLC (collectively, "Underwriter Defendants") in the above captioned action. I am a member in good standing of the bar of the State of New York and of this Court. I submit this declaration ("Declaration") in support of the Underwriter Defendants' Response to Plaintiffs' Rule 56.1 Additional Statement of Material Facts.

2. This Declaration identifies and attaches certain documents that are among those quoted or referenced in the Underwriter Defendants' Response to Plaintiffs' Rule 56.1 Additional Statement of Material Facts. All of these materials are part of the discovery record in this proceeding.

3. On May 12, 2025, Plaintiffs' counsel deposed Defendant Bin "William" Li. Mr. Li is the Chief Executive Officer of Defendant NIO, Inc. Attached hereto as **Exhibit A** is a true

and correct copy of select excerpts from the final transcript of Mr. Li's deposition on May 12, 2025.

4. On May 1, 2026, counsel for Defendant NIO Inc. deposed Plaintiffs' expert Henry Y. Hsieh. Attached hereto as **Exhibit B** is a true and correct copy of select excerpts from the final transcript of Mr. H. Hsieh's deposition on May 1, 2026.

5. On April 22, 2026, counsel for Defendant NIO Inc. deposed Plaintiffs' expert Zhongda "Charles" Wu. Attached hereto as **Exhibit C** is a true and correct copy of select excerpts from the final transcript of Mr. Wu's deposition on April 22, 2026.

6. On May 7, 2025, Plaintiffs' counsel deposed Defendants' expert Chuang Qiu. Attached hereto as **Exhibit D** is a true and correct copy of select excerpts from the final transcript of Mr. Qiu's deposition on May 7, 2025.

7. On May 9, 2025, Plaintiffs' counsel deposed Colliven Ke. Ms. Ke is employed by Defendant NIO, Inc. Attached hereto as **Exhibit E** is a true and correct copy of select excerpts from the final transcript of Ms. Ke's deposition on May 9, 2025.

8. On June 20, 2025, Plaintiffs' counsel deposed Defendant Louis Hsieh. Mr. L. Hsieh is the former Chief Financial Officer of Defendant NIO, Inc. Attached hereto as **Exhibit F** is a true and correct copy of select excerpts from the final transcript of Mr. L. Hsieh's deposition on June 20, 2025.

9. Attached hereto as **Exhibit G** is a true and correct copy of a document produced by Underwriter Defendant Citigroup Global Markets Inc. bearing Bates numbers UW_CITI_0046727–UW_CITI_0046744. The document is an email from S. Wen dated April 17, 2018, with attachment.

10. On April 15, 2025, Plaintiffs' counsel deposed Defendants' expert Paul A. Gompers, PhD. Attached hereto as **Exhibit H** is a true and correct copy of select excerpts from the final transcript of Dr. Gompers' deposition on April 15, 2025.

11. On May 6, 2026, Defendants' counsel deposed Plaintiffs' expert William H. Purcell. Attached hereto as **Exhibit I** is a true and correct copy of select excerpts from the final transcript of Mr. Purcell's deposition on May 6, 2026.

12. Attached hereto as **Exhibit J** is a true and correct copy of a document produced by Underwriter Defendant J.P. Morgan Securities LLC bearing Bates numbers UW_JPM_0055079–UW_JPM_0055086. The document is an email from A. Li to S. Chinnaraj *et al.* dated July 16, 2018.

13. On April 29, 2026, counsel for Defendant NIO, Inc. deposed Plaintiffs' expert Adam Werner, PhD. Attached hereto as **Exhibit K** is a true and correct copy of select excerpts from the final transcript of Dr. Werner's deposition on April 29, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2026
New York, New York

/s/ *Rachel G. Wolf*
Rachel G. Wolf